AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lansford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, John Doe 2

CASE NUMBE

CASE NUMBER   1:06CV01561

JUDGE: Richard J. Leon

DECK TYPE: Antitrust

DATE STAMP: 09/05/2006

TO: (Name and address of Defendant)

Bob Ward
16608 Bealle Hill Road
Waldorf, Maryland 20601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP - 5 2006
CLERK                               DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:30 am on September 8, 2006, I served Bob Ward at 16608 Bealle Hill Road, Waldorf, Maryland 20601 by serving, Geraldine Ward, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
    SEX-    FEMALE
    AGE-    46
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    165
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 09/08/06
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176274