IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY JAKEYIA ASHFORD, ET AL. | * | |
| **Plaintiffs** | * | |
| v. | * | **Case No. 06cv 1561** |
| A-1 Evictions Services | * | |
| **Defendants** | * | |

### ENTRY OF APPEARANCE

Please enter the appearance of Gina M. Smith and Meyers, Rodbell & Rosenbaum, P.A., on behalf of Defendants A-1 Evictions Services and Tanya Smith.

Respectfully submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____
Gina M. Smith
D.C. Bar No. 449353
6801 Kenilworth Avenue, #400
Riverdale Park, Maryland 20737
301) 699-5800

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of September, 2006, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800