IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY JAKEYIA ASHFORD, ET AL. | * |
| Plaintiffs | * |
| v. | * Case No. 06cv 1561 |
| A-1 Evictions Services | * |
| Defendants | * |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants A-1 Evictions and Tanya Smith ("Defendants"), by their attorneys, Gina M. Smith and Meyers, Rodbell and Rosenbaum, P.A., moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an Order enlarging the time within which Defendants may file an answer or otherwise respond by motion to the Plaintiffs' Complaint up to and including October 27, 2006. Good cause exists for granting an enlargement as follows:

1. Defendants were served with the Complaint in this case on or about September 8, 2006.

2. Therefore, Defendants' answer or responsive pleading is due on September 28, 2006.

3. Defendants' counsel has met with Plaintiffs' counsel to explore early case resolution.

4. Defendants' counsel needs additional time to investigate the allegations of Plaintiffs and to explore an early resolution of this claim.

5. Plaintiffs, through their counsel, consent to this request for enlargement of time.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

**WHEREFORE**, Defendants A-1 Evictions and Tanya Smith respectfully request this Court grant an enlargement of time, to and including October 27, 2006 to file an answer or otherwise respond by motion to Plaintiffs' Complaint.

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____
Gina M. Smith
D.C. Bar No.: 449353
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
(301) 699-5800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of September 2006, a copy of Defendants A-1 Evictions and Tanya Smith's Consent Motion for Enlargement of Time was mailed, postage prepaid to:

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800