IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY JAKEYIA ASHFORD, ET AL.** | * |
| **Plaintiffs** | * |
| v. | * **Case No. 06cv 1561** |
| **A-1 Evictions Services** | * |
| **Defendants** | * |

## ORDER

**UPON CONSIDERATION** of Defendants A-1 Evictions and Tanya Smith's Consent Motion for Enlargement of Time, and for good and sufficient grounds therefore having been shown, it is this ____ day of _____, 2006, by the United States District Court for the District of Columbia,

1.   **ORDERED,** that Defendants A-1 Evictions and Tanya Smith's Consent Motion for Enlargement of Time is **GRANTED**, and it is further

2.   **ORDERED,** that Defendants A-1 Evictions and Tanya Smith are required to answer or otherwise respond by motion to Plaintiffs' Complaint by and including October 27, 2006.

_____
Richard Leon, Judge
United States District Court

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

**Copies to:**

Gina M. Smith, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800