## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HARRY JAKEYIA ASHFORD, et al., | ) ) ) | **APPEARANCE** |
| *Plaintiffs* | ) ) ) |  |
| v. | ) ) | Case No.1:06-cv-01561-RJL |
| EAST COAST EXPRESS EVICTION, et al., | ) ) |  |
| *Defendants* | ) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of Lee F. Berger as counsel in the above captioned case for Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated.


September 28, 2006                              /s/ Lee F. Berger
D.C. Bar Number 482435         Lee F. Berger
                               Cleary Gottlieb Steen & Hamilton LLP
                               2000 Pennsylvania Avenue N.W.
                               Washington, DC 20006
                               (202) 974-1646
                               lberger@cgsh.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HARRY JAKEYIA ASHFORD, et al., | ) ) ) | **CERTIFICATE OF SERVICE** |
| *Plaintiffs* | ) ) |  |
| v. | ) ) | Case No.1:06-cv-01561-RJL |
| EAST COAST EXPRESS EVICTION, et al., | ) ) |  |
| *Defendants* | ) ) |  |

I, Lee F. Berger, hereby certify that:

On, September 28, 2006, the Notice of Appearance of Lee F. Berger on behalf of Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated filed on September 28, 2006, was served by electronic notification through the Court's CM/ECF on the following party:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue # 400
> Riverdale Park, Maryland 20737

and was served by U.S. First Class Mail on the following party:

> Stephanie D. Kinder
> The Law Office of Stephanie D. Kinder
> 10 N. Calvert St. Suite 930
> Baltimore, MD 21202

Dated: September 28, 2006

    /s/ Lee F. Berger
    Lee F. Berger