AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lansford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, John Doe 2

CASE N

CASE NUMBER   1:06CV01561

JUDGE: Richard J. Leon

DECK TYPE: Antitrust

DATE STAMP: 09/05/2006

TO: (Name and address of Defendant)

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP - 5 2006

CLERK                                                DATE

/s/ M. Higgins
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AMENDED AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order and Case Management Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:03 am on September 20, 2006, I served All American Eviction Company at 1350 Pennsylvania Avenue, NW, #511, Washington, DC by serving Linden Terry a/k/a Linston Terry, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    26
 HEIGHT-    5'10"
   HAIR-    BLACK
 WEIGHT-    165
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___9-28-06___
               Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176267

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al., ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.1:06-cv-01561-RJL |
| ) | |
| EAST COAST EXPRESS EVICTION, et al.,) | |
| ) | |
| Defendants ) | |
| ) | |

I, Lee F. Berger, hereby certify that:

On, September 28, 2006, the Amended Affidavit of Service of All American Eviction Company filed on September 28, 2006, was served by electronic notification through the Court's CM/ECF on the following party:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue # 400
> Riverdale Park, Maryland 20737

and was served by U.S. First Class Mail on the following party:

> Stephanie D. Kinder
> The Law Office of Stephanie D. Kinder
> 10 N. Calvert St. Suite 930
> Baltimore, MD 21202

Dated: September 28, 2006

                                                                     /s/ Lee F. Berger
                                                                       Lee F. Berger