AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lansford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, John Doe 2

CASE NUMBER   1:06CV01561

CASE   JUDGE: Richard J. Leon

DECK TYPE: Antitrust

DATE STAMP: 09/05/2006

TO: (Name and address of Defendant)

Big Time Movers
11816 Pittson Road
Silver Spring, MD 20906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   SEP - 5 2006
CLERK                                         DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:50 am on September 21, 2006, I served Big Time Movers at 6601 Fairwood Road, Hyattsville, Maryland 20784 by serving Brenda Thomas, President and Owner, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    42
 HEIGHT-    5'5"
   HAIR-    BLACK
 WEIGHT-    120
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   9/22/06  
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176269

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al., ) | AMENDED CERTIFICATE |
| ) | OF SERVICE |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Case No.1:06-cv-01561-RJL |
| ) | |
| EAST COAST EXPRESS EVICTION, et al.,) | |
| ) | |
| *Defendants* ) | |
| ) | |

I, Lee F. Berger, hereby certify that:

On, September 29, 2006, the Affidavit of Service of Big Time Movers filed on September 29, 2006, was served by electronic notification through the Court's CM/ECF on the following party:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue # 400
> Riverdale Park, Maryland 20737

and on September 28, 2006 the Affidavit of Service of Big Time Movers was served by U.S. First Class Mail on the following party:

> Stephanie D. Kinder
> The Law Office of Stephanie D. Kinder
> 10 N. Calvert St. Suite 930
> Baltimore, MD 21202

Dated: September 29, 2006

/s/ Lee. F. Berger
Lee F. Berger

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al., )
)
Plaintiffs )      **CERTIFICATE OF SERVICE**
)
v. )      Case No.1:06-cv-01561-RJL
)
EAST COAST EXPRESS EVICTION, et al.,)
)
Defendants )

I, Lee F. Berger, hereby certify that:

On, September 29, 2006, the Affidavit of Service of Big Time Movers and Amended Certificate of Service filed on September 29, 2006, was served by electronic notification through the Court's CM/ECF on the following party:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue # 400
> Riverdale Park, Maryland 20737
> gsmith@mrrlaw.net

and was served by U.S. First Class Mail on the following party:

> Stephanie D. Kinder
> The Law Office of Stephanie D. Kinder
> 10 N. Calvert St. Suite 930
> Baltimore, MD 21202

Dated: September 29, 2006

_____/s/ Lee F. Berger_____
Lee F. Berger