**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **HARRY ASHFORD et al** | ) | **Civil Action No.: 06cv1561 (RJL)** |
|  | ) |  |
| **Plaintiffs,** | ) |  |
|  | ) |  |
|  | ) |  |
| **v.** | ) |  |
|  | ) |  |
|  | ) |  |
| **EAST COAST EXPRESS et al** | ) |  |
|  | ) |  |
| **Defendants** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**DEFENDANT A&A CARDINAL EVICTION'S AND ROBERT WARD'S
<u>MOTION TO DISMISS</u>**

Pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure

and Local Civil Rule 7, Defendants A& A Cardinal Eviction and Robert Ward

(collectively referred to as "A & A Defendants") moves to dismiss Plaintiffs' Complaint

for lack of personal jurisdiction over A & A Defendants .and improper venue.  The

grounds for this Motion are more fully set forth in the Memorandum in Support of the

Motion to Dismiss, filed contemporaneously herewith.

Dated: October 17, 2006

      /s/ J. Wyndal Gordon_____
J. Wyndal Gordon
Law Offices of J Wyndal Gordon
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202
(410) 332-4121


/s/ Stephanie D. Kinder_____
Stephanie D. Kinder,  Fed Bar No. 446209
Law Offices of Stephanie D. Kinder, PA
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202
(410) 244-6263