AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, individually and on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lansford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, John Doe 2

CASE NUMBER 1:06CV01561

CASE NUMF   JUDGE: Richard J. Leon

DECK TYPE: Antitrust

DATE STAMP: 09/05/2006

TO: (Name and address of Defendant)

Nelson Terry
27 U Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      SEP - 5 2006

CLERK                           DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, SCOTT KUCIK, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; and Case Management Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 04-15-1966.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:30 pm on October 16, 2006, I served Nelson Terry at 29 U Street, NW, Washington, DC 20001 by serving Otis Williams, housemate, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
   SEX-    MALE
   AGE-    70
HEIGHT-    6'0"
  HAIR-    BROWN
WEIGHT-    165
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-17-06
                Date

SCOTT KUCIK
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176272

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>EAST COAST EXPRESS EVICTION, et al.,)<br>)<br>Defendants )<br>) | **CERTIFICATE OF SERVICE**<br><br>Case No.1:06-cv-01561-RJL |

I, Lee F. Berger, hereby certify that:

On, October 19, 2006, the Affidavit of Service on Nelson Terry filed on October 19, 2006, was served by electronic notification through the Court's CM/ECF on the following party:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue # 400
> Riverdale Park, Maryland 20737

and was served by U.S. First Class Mail on the following parties:

> Stephanie D. Kinder
> The Law Office of Stephanie D. Kinder
> 10 N. Calvert St. Suite 930
> Baltimore, MD 21202
>
> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street
> Fairfax, VA 22030

Dated: October 19, 2006

_____/s/ Lee F. Berger_____
Lee F. Berger