IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants*. | Civil Action No. 06-<u>CV</u>-1561 <br><br> Hon. Richard J. Leon |

JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND REPLY AND
REQUEST FOR HEARING

The Parties hereby move for an enlargement of the time through and until November 13, 2006, for Plaintiffs to file their response to Defendant A&A Cardinal Eviction's and Defendant Robert Ward's Motion to Dismiss, filed on October 17, 2006. The Parties also hereby move for an enlargement of the time through and until December 1, 2006, for Defendant A&A Cardinal Eviction and Defendant Robert Ward to file their reply to Plaintiffs' response. In support of this motion, the Parties state as follows:

1

1. On October 20, 2006, Plaintiffs' counsel spoke to A&A Cardinal Eviction and Robert Ward's counsel and agreed to the extensions noted above.

2. Because of other interim filing deadlines in other cases and the vacations and holidays for both Parties' counsel, the Parties respectfully request an enlargement of time to respond and to reply.

In addition, the Parties respectfully request that the Court set a time for a hearing on Defendant A&A Cardinal Eviction's and Defendant Robert Ward's Motion to Dismiss.

WHEREFORE, the Parties respectfully request that the Court set November 13, 2006, as the deadline for Plaintiffs to file their response to Defendant A&A Cardinal Eviction and Defendant Robert Ward's Motion to Dismiss and that the Court set December 1, 2006, as the deadline for Defendant A&A Cardinal Eviction and Defendant Robert Ward to file their reply to Plaintiffs' response.

Defendant A&A Cardinal Eviction's and Defendant Robert Ward's counsel consent to Plaintiffs' counsel submitting this joint motion on their behalf.

Dated: October 25, 2006

        Respectfully submitted,

        _____/s/ Lee F. Berger_____

        LEE F. BERGER (D.C. Bar # 386986)
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006-1801
        Telephone:  (202) 974-1500
        Facsimile:   (202) 974-1999

        Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, October 25, 2006, a copy of the foregoing Joint Motion for Enlargement of Time to Respond and Reply and Request for Hearing has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net

> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> J. Wyndal Gordon
> Law Offices of J Wyndal Gordon
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030

Dated:  October 25, 2005                                  /s/Allison E. Collins
                                                          Allison E. Collins