IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants*. | Civil Action No. 06-CV-1561 <br><br> Hon. Richard J. Leon |

**[PROPOSED] ORDER ON JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND REPLY AND REQUEST FOR A HEARING**

On October 25, 2006, the Parties filed a Joint Motion for Enlargement of Time to Respond and Reply and Request for a Hearing. Having reviewed their motion, it is hereby

ORDERED:

1. The Parties' Motion for an Enlargement of Time to Respond and Reply is hereby GRANTED.

2. Plaintiffs' Response to Defendant A&A Cardinal Eviction's and Defendant Robert Ward's Motion to Dismiss is due on or before November 13, 2006.

1

2

      3.  Defendant A&A Cardinal Eviction's and Defendant Robert Ward's Reply to Plaintiffs' Response is due on or before December 1, 2006.

      4.  The Parties' request for a hearing is hereby GRANTED.

      5.  A hearing on Defendant A&A Cardinal Eviction's and Defendant Robert Ward's Motion to Dismiss will be held on _____, 2006.

      So ORDERED on this _____ day of _____, 2006.

      _____

      Richard J. Leon, Judge

## List of Parties

Gina Marie Smith  
Myers, Rodbell & Rosenbaum, P.A.  
6801 Kenilworth Avenue  
Riverdale, MD 20737-1331  
Email: gsmith@mrrlaw.net  

Stephanie Dawn Kinder  
10 North Calvert Street  
Suite 930  
Baltimore, MD 21202  
Email: Skinder@epcounsel.com  

East Coast Express Evictions  
29 U Street, N.W.  
Washington, D.C. 20001  

All American Evictions Company  
1112 48th Street, N.E.  
Washington, D.C. 20019  

Linden Terry  
29 U Street, N.W.  
Washington, D.C. 20001  

Butch Enterprises, Inc.  
10332 Main Street  
Fairfax, VA 22030  

Big Time Movers  
11816 Pittson Road  
Silver Spring, MD 20906  

Caroline Lanford  
1112 48th St. N.E.  
Washington, D.C. 20001  

Nelson Terry  
29 U Street, N.W.  
Washington, D.C. 20001