IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY JAKEYIA ASHFORD, ET AL. | * |
| Plaintiffs | * |
| v. | * Case No. 06cv 1561 |
| A-1 Evictions Service, Inc. | * |
| Defendants | * |

## SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants A-1 Eviction Services, Inc. and Tanya Smith ("Moving Defendants"), by their attorneys, Gina M. Smith and Meyers, Rodbell and Rosenbaum, P.A., moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for a second Order enlarging the time within which Defendants may file an answer or otherwise respond by motion to the Plaintiffs' Complaint up to and including December 15, 2006. Good cause exists for granting an enlargement as follows:

1. Pursuant to this Court's prior Order, Moving Defendants' answer or responsive pleading is due on October 27, 2006. This is the second extension requested by Moving Defendants; Moving Defendants' previous request was granted.

2. Moving Defendants' counsel has met with Plaintiffs' counsel to explore early case resolution, and settlement negotiations continue between these Parties.

3. Moving Defendants' counsel needs additional time to further investigate the allegations of Plaintiffs and to provide additional information to Plaintiffs'

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

counsel as part of the on-going settlement negotiations. The Moving Defendants and Plaintiffs, through their counsel, represent to this Court that serious settlement discussions are on-going and that counsel are extremely optimistic that a settlement will be reached between these Parties.

4. Plaintiffs, through their counsel, consent to this request for enlargement of time in light of the ongoing and good faith settlement negotiations.

5. However, the Moving Defendants and Plaintiffs agree that the Court should not postpone the litigating parties' meet and confer meetings, the submission of a Scheduling Order or a Scheduling Conference pursuant to the Court's Case Management Order of September 8, 2006, based on the Moving Defendants; request for an extension in answering or pleading because such extension is due only to the Moving Defendants' and Plaintiffs' good faith efforts to finalize a settlement agreement in this litigation. The Moving Defendants and Plaintiffs expect to have finalized a settlement agreement in this case before the expiration of the currently requested enlargement. Furthermore, the Moving Defendants agree that if they do not voluntarily participate in the meet and confer and case scheduling process due to this extension, that the Moving Defendants will not object to or challenge any schedule the Court enters. Accordingly, the Moving Defendants and Plaintiffs jointly move the Court to require the litigating parties perform their duties under Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3 and the Court's Case Management Order within 30 days of all other Defendants answering, pleading or defaulting, notwithstanding the Moving Defendants' request for an enlargement of time to plead or answer.

**WHEREFORE**, Defendants A-1 Eviction Services, Inc. and Tanya Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

respectfully request this Court grant a second enlargement of time, to and including December 15, 2006, to file an answer or otherwise respond by motion to Plaintiffs' Complaint.

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____/s/_____
Gina M. Smith
D.C. Bar No.: 449353
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
Telephone: (301) 699-5800
Facsimile: (301) 779-5746

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 day of October, 2006, a copy of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Second Consent Motion for Enlargement of Time was mailed, postage prepaid to:

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

_____/s/_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY JAKEYIA ASHFORD, ET AL.** | * |
| | * |
| **Plaintiffs** | * |
| v. | *   **Case No. 06cv 1561** |
| | * |
| A-1 Evictions Service, Inc. | * |
| | * |
| **Defendants** | * |

### ORDER

**UPON CONSIDERATION** of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Second Consent Motion for Enlargement of Time, and for good and sufficient grounds therefore having been shown, it is this ___ day of _____, 2006, by the United States District Court for the District of Columbia,

    1.  **ORDERED,** that Defendants A-1 Eviction Service, Inc. and Tanya Smith's Second Consent Motion for Enlargement of Time is **GRANTED**, and it is further

    2.  **ORDERED,** that Defendants A-1 Eviction Services, Inc. and Tanya Smith are required to answer or otherwise respond by motion to Plaintiffs' Complaint by and including December 15, 2006, and it is further

    3.  **ORDERED,** that the litigating parties' meet and confer meetings, the submission of a Scheduling Order or a Scheduling Conference pursuant to the

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

Court's Case Management Order of September 8, 2006 should not be delayed as a result of the extension granted in this Order.

                                                      Richard Leon, Judge
                                                      United States District Court

**Copies to:**

Gina M. Smith, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800