**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, ) ) ) individually and on behalf ) of all others similarly situated, ) ) *Plaintiffs*, ) ) ) East Coast Express Eviction, A 1 Eviction ) Services, A & A Cardinal Eviction, All ) American Eviction Company, Butch ) Enterprises, Inc., Big Time Movers, ) Caroline Lanford, Tanya Smith, Nelson ) Terry, Linden Terry, Bob Ward, John ) Doe 1, and John Doe 2, ) ) *Defendants*. ) ) | Civil Action No. 06-cv-1561 (RJL)   Hon. Richard J. Leon |

**[PROPOSED] ORDER DENYING MOTION TO DISMISS OF DEFENDANT BUTCH ENTERPRISES, INC.**

The Motion to Dismiss of Defendant Butch Enterprises, Inc. is hereby denied.

SO ORDERED.

Dated: _____

_____
Richard J. Leon, Judge

## List of Parties

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
mslater@cgsh.com
lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

Butch Enterprises, Inc.
Attn:  I. Staten
10332 Main Street
Fairfax, VA 22030

Big Time Movers
Attn:  Brenda Thomas
6601 Fairwood Road
Hyattsville, MD 20784

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Linden Terry
29 U Street, N.W.
Washington, D.C. 20001