IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br> v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED ON DEFENDANT NELSON TERRY AND OF SERVICE ON DEFENDANT EAST COAST EXPRESS EVICTION**

Erika J. Davis, being duly sworn, deposes and says as follows:

1. I am the Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On September 12, 2006 defendant Nelson Terry executed an affidavit in which he stated under oath that his address is 29 U Street, NW, Washington, DC 20001. Defendant Terry's affidavit is attached as Exhibit A to this affidavit.

3. On October 17, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant Terry, a summons issued to defendant East Coast Express Eviction, one copy of the complaint in the above-captioned action, and one copy of all pleadings appearing on the Court's docket as of October 17, 2006 in this action to

[Washington DC #347064 v1]

be served on the defendants Terry and East Coast Express Eviction by Certified Mail, return receipt requested, at the following address:

    Nelson Terry
    East Coast Express Eviction
    29 U Street, NW
    Washington, DC 20001

4. A copy of the summons served on defendant Terry and a copy of the summons served on defendant East Coast Express Eviction are attached as Exhibit B and Exhibit C (respectively) to this affidavit.

I declare under the penalty of perjury that the foregoing information contained herein is true and correct.

    Erika J. Davis
    Cleary Gottlieb Steen & Hamilton LLP
    2000 Pennsylvania Avenue, NW
    Washington, DC 20006
    Telephone: (202) 974-1500
    Facsimile:  (202) 974-1999

Subscribed and sworn to before me
this 27th day of October, 2006

_____
Notary Public

    Geraldine C. Ellenberger
    Notary Public District of Columbia
    My Commission Expires February 28, 2008

2

[Washington DC #347064 v1]

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 27, 2006, a copy of the foregoing Affidavit of Service by Certified Mail, Return Receipt Requested on Defendant Nelson Terry and of Service on Defendant East Coast Express Eviction has been served by electronic transmission through the Court's CM/ECF System on the following parties:

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, Maryland 20730
gsmith@mrrlaw.net

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, PA
10 N. Calvert Street, Shite 930
Baltimore, Maryland 21202
skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following party:

I. Staten
Butch Enterprises, Inc.
10332 Main Street, Suite 352
Fairfax, Virginia 22030

Dated: October 27, 2006                    /s/ Allison E. Collins
                                           Allison E. Collins