**Affidavit**
District of Columbia

BEFORE ME, the undersigned Notary, George L Wheeler Sr. ~~Nelson Terry Sr.~~, on this 10 12 06 day of _____, 2006, personally appeared Mr. Nelson M. Terry, Sr., known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

I Mr. Nelson M. Terry, Sr., on this date October __, 2006 make oath and say as follows:
- I am the sole proprietor of East Coast Express Eviction
- Linston Terry is my son
- Linston Terry has never had ownership, involvement, or control of East Coast Express Eviction (i.e. never was an employee, agent, manager, supervisor, never had controlling interest, and never received a paycheck or compensation for work performed for East Coast Express Eviction)
- I will not transfer to Linston Terry ownership, involvement, or control of East Coast Express Eviction

X _____Nelson Terry_____
signature

Nelson M. Terry, Sr.
29 U ST NW
Washington, DC 20001

Subscribed and sworn to before me, this 12th day of September, 2006.

[Notary Seal:]

_____George L. Wheeler Sr._____
[signature of Notary]

George L. Wheeler Sr.
[print name of Notary]

NOTARY PUBLIC

My commission expires: 2/1/09 , ~~2006.~~

EXHIBIT A