IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>    *Defendants.* | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST DEFENDANT BIG TIME MOVERS

I hereby certify under penalty of perjury, this 27th day of October, 2006, that I am an attorney of record for the Plaintiffs in the above-entitled case and that the Defendant, Big Time Movers, was personally served with process pursuant to D.C. Code § 13-337 on September 21, 2006 in Hyattsville, Maryland. Defendant Big Time Movers is a Defendant in this matter pursuant to the District of Columbia's Long Arm Statute at D.C. Code § 13-423(a)(1). Service was affected on Brenda Thomas, President and Owner, authorized to accept service. The Affidavit of Service on Big Time Movers appears at #15 of the Court's docket for this matter.

I further certify under penalty of perjury that no appearance has been entered by Defendant Big Time Movers in this case, no pleading has been filed and none served upon the attorney for the Plaintiffs, and that the Defendant is neither an infant nor an incompetent person.

The Clerk is respectfully requested to enter a Default against Defendant Big Time Movers.

City of / District of Columbia

*[Notary signature and stamp: Sharma Contasto, Notary Public, District of Columbia, My Commission Expires...]*

_____
Lee F. Berger  (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, October 27, 2006, a copy of the foregoing Affidavit in Support of Default Against Defendant Big Time Movers has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>
>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, Virginia 22030

Dated:  October 27, 2006                              /s/ Allison E. Collins
                                                      Allison E. Collins