## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, ) ) ) individually and on behalf ) of all others similarly situated, ) ) *Plaintiffs*, ) v. ) ) East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, ) ) ) ) ) ) ) ) ) *Defendants*. ) ) | Civil Action No. 06-cv-1561 (RJL) Hon. Richard J. Leon |

## **[PROPOSED] DEFAULT**

It appearing that the above-named defendant, Big Time Movers, has failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the 21st day of September, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that Big Time Movers herein is in default.

By _____
Nancy Mayer - Whittington

1

[Washington DC #347088 v2]