IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## AFFIDAVIT OF SERVICE ON DEFENDANT CAROLINE LANFORD

Allison E. Collins, being duly sworn, deposes and says as follows:

1. I am the Assistant Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On October 19, 2006, defendant Caroline Lanford executed an affidavit in which she stated under oath that her address is 1112 48th Street, NE, Washington, DC 20019. Defendant Lanford's affidavit is attached as Exhibit A to this affidavit.

3. On October 20, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant Lanford, copy of the complaint in the above-captioned action, and one copy of all pleadings appearing on the Court's docket as of October 20, 2006 in this action to be served on the defendant, Lanford by Certified Mail, return receipt requested, at the following address:

        Caroline Lanford
        1112 48th Street, NE
        Washington, DC 20019

4. A copy of the summons served on Defendant Lanford is attached as Exhibit B to this affidavit.

I declare under the penalty of perjury that the foregoing information contained herein is true and correct.

        _____
        Allison E. Collins
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, NW
        Washington, DC 20006
        Telephone: (202) 974-1500
        Facsimile: (202) 974-1999

Subscribed and sworn to before me
this 27th day of October, 2006

_____
Notary Public

Geraldine C. Ellenberger
Notary Public District of Columbia
My Commission Expires February 28, 2009

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, October 27, 2006, a copy of the foregoing Affidavit of Service by Certified Mail, Return Receipt Requested on Caroline Lanford has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030

Dated: October 27, 2006                             /s/ Allison E. Collins
                                                    Allison E. Collins