Affidavit
District of Columbia

BEFORE ME, the undersigned Notary, __DARLINDA SANDERS__, on this __19TH__ day of __OCTOBER__, 2006, personally appeared Ms. Caroline D. Lanford, known to me to be a credible *person and of lawful age, who being by me first duly sworn, on her oath, deposes and says*:

I Ms. Caroline D. Lanford of 1112 – 48th ST NE Washington, DC 20019 on this date October __, 2006 make oath and say as follows:
- I am the sole proprietor of All American Eviction Company
- Linston Terry is my son
- Linston Terry has never had ownership, involvement, or control All American Eviction Company (i.e. never was an employee, agent, manager, supervisor, never had controlling interest, and never received a paycheck or compensation for work performed for All American Eviction Company)
- I will not transfer to Linston Terry ownership, involvement, or control of All American Eviction Company

*Caroline D. Lanford*
signature

Caroline D. Lanford
1112 – 48th ST NE
Washington, DC 20019

Subscribed and sworn to before me, this __19TH__ day of __OCTOBER__, 2006.

[Notary Seal:]   Darlinda Sanders
NOTARY PUBLIC
Prince George's County, Maryland
My Commission Expires 8/7/07

*Darlinda Sanders*
[signature of Notary]

__DARLINDA SANDERS__
[print name of Notary]

NOTARY PUBLIC

My commission expires: __8/7/07__, 2006.

EXHIBIT A