IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## AFFIDAVIT OF SERVICE ON DEFENDANT ALL AMERICAN EVICTION COMPANY

Allison E. Collins, being duly sworn, deposes and says as follows:

1. I am the Assistant Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On October 19, 2006, defendant Caroline Lanford, sole proprietor of All American Eviction Company, executed an affidavit in which she stated under oath that her address is 1112 48th Street, NE, Washington, DC 20019. Defendant Lanford's affidavit is attached as Exhibit A to this affidavit.

3. On October 20, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant All American Eviction Company, copy of the complaint in the above-captioned action, and one copy of all pleadings appearing on the

Court's docket as of October 20, 2006 in this action to be served on the defendant All American Eviction by Certified Mail, return receipt requested, at the following address:

>All American Eviction Company
>Attn: Caroline Lanford
>1112 48th Street, NE
>Washington, DC 20019

4. A copy of the summons served on defendant All American Eviction Company is attached as Exhibit B to this affidavit.

I declare under the penalty of perjury that the foregoing information contained herein is true and correct.

*Allison Collins*
Allison E. Collins
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

Subscribed and sworn to before me
this 27 day of October, 2006

_____
Notary Public

Shawna Contacts
Notary Public, District of Columbia
My Commission Expires 5-31-2010

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, October 27, 2006, a copy of the foregoing Affidavit of Service on Defendant All American Eviction Company has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030

Dated:  October 27, 2006                               /s/Allison E. Collins
                                                        Allison E. Collins