IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> Defendants. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

## AFFIDAVIT IN SUPPORT OF DEFAULT OF DEFENDANT BUTCH ENTERPRISES, INC.

Plaintiffs respectfully request that the Clerk enter a default against defendant Butch Enterprises, Inc. In support of that request, I hereby certify the following under penalty of perjury:

1. I am an attorney of record for the plaintiffs in the above-captioned case.

2. Defendant Butch Enterprises, Inc., is a Defendant in this matter pursuant to the District of Columbia's Long Arm Statute at D.C. Code § 13-423(a)(1).

3. Defendant Butch Enterprises, Inc., is a corporation and is not an infant or incompetent person.

4. Bruce A. Gross, a registered agent of defendant Butch Enterprises, Inc., was personally served with process pursuant to D.C. Code § 13-337 on September 12, 2006 in Manassas,

VA. The Affidavit of Service on Butch Enterprises, Inc., appears at item number 7 of the Court's docket for this matter.

5. Defendant Butch Enterprises, Inc., has made no appearance in this Court in this matter and has not filed any pleading with the Court.

6. Defendant Butch Enterprises, Inc. has not served plaintiffs with any valid pleading. On October 13, 2006, defendant Butch Enterprises, Inc., served on plaintiffs' counsel a *pro se* Motion to Dismiss, Response and Answer (the "*Pro Se* Pleading"). However, the *Pro Se* Pleading is neither a valid pleading nor a proper appearance because (1) Butch Enterprises, Inc., is a corporation, (2) the *Pro Se* Pleading was not signed by an attorney and was instead signed by Butch Enterprises, Inc.'s president (a non-attorney) *pro se*, and (3) corporations are not permitted to appear before this Court *pro se*. *Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 166 n.1 (D.C. Cir. 1990); *Liberty Mut. Ins. Co. v. Hurricane Logistics Co.*, 216 F.R.D. 14, 15 n.3 (D.D.C. 2003); s*ee also, Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984). Besides the invalid *Pro Se* Pleading, Butch Enterprises, Inc., has not served plaintiffs with any pleadings.

7. For the foregoing reasons, the Clerk is respectfully requested to enter a Default against defendant Butch Enterprises, Inc.

Date: October 27, 2006

City of District of Columbia

[Notary stamp: Sharma Contexis, Notary Public, District of Columbia, My Commission Expires 5-31-2010]

Lee F. Berger (DC Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, October 27, 2006, a copy of the foregoing Affidavit in Support of Default of Defendant Butch Enterprises, Inc. has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, Virginia 22030

Dated: October 27, 2006                    /s/Allison E. Collins
                                           Allison E. Collins