# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, ) ) ) individually and on behalf ) of all others similarly situated, ) ) *Plaintiffs*, ) v. ) ) East Coast Express Eviction, A 1 Eviction ) Services, A & A Cardinal Eviction, All ) American Eviction Company, Butch ) Enterprises, Inc., Big Time Movers, ) Caroline Lanford, Tanya Smith, Nelson ) Terry, Linden Terry, Bob Ward, John ) Doe 1, and John Doe 2, ) ) *Defendants*. ) ) | Civil Action No. 06-cv-1561 (RJL) Hon. Richard J. Leon |

## **[PROPOSED] DEFAULT**

It appearing that the above-named defendant, Butch Enterprises, Inc. has failed to plead properly or otherwise properly defend this action though duly served with summons and a copy of the complaint on the 12th day of September, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that Butch Enterprises, Inc. herein is in default.

By _____
Nancy M. Mayer - Whittington