IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**RETURN OF SERVICE UNEXECUTED ON ALL AMERICAN EVICTION COMPANY**

Allison E. Collins, being duly sworn, deposes and says as follows:

1. I am the Assistant Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On October 19, 2006, defendant Caroline Lanford executed an affidavit in which she stated under oath that she is the sole proprietor of All American Eviction Company and that her address is 1112 48th Street, NE, Washington, DC 20019. Defendant Lanford's affidavit is attached as Exhibit A to this Return of Service.

3. On October 20, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant All American Eviction Company, copy of the complaint in the above-captioned action, and one copy of all pleadings appearing on the

Court's docket as of October 20, 2006 in this action to be served on the defendant All American Eviction by Certified Mail, return receipt requested, at the following address:

> All American Eviction Company
> Attn: Caroline Lanford
> 1112 48th Street, NE
> Washington, DC 20019

4. A copy of the summons served on defendant All American Eviction Company is attached as Exhibit B to this Return of Service.

5. On October 30, 2006, I, Allison Collins, confirmed, using the U.S. Postal Service Track and Confirm, that the U.S. Postal Service attempted to deliver the above noted documents at 5:05 PM on October 23, 2006. The U.S. Postal Service confirms that notice was left at All American Eviction Company's address to notify Caroline Lanford, the sole proprietor of All American Eviction Company, that the package of documents is available for her retrieval. To date, defendant All American Eviction Company has not retrieved that package. A copy of the U.S. Postal Service Certified Mail Receipt is attached as Exhibit C to this Return of Service.

I declare under the penalty of perjury that the foregoing information contained herein is true and correct.

_Allison E. Collins_
Allison E. Collins
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

Subscribed and sworn to before me
this 30 day of October, 2006.

Sherma Contesto
Notary Public, District of Columbia
My Commission Expires 5-31-2010

_____
Notary Public

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 30, 2006, a copy of the foregoing Return of Service Unexecuted on All American Eviction Company has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030

Dated: October 30, 2006                                /s/Allison E. Collins
                                                       Allison E. Collins