IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br> v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## RETURN OF SERVICE UNEXECUTED ON NELSON TERRY AND EAST COAST EXPRESS EVICTION

Erika J. Davis, being duly sworn, deposes and says as follows:

1. I am the Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On September 12, 2006 defendant Nelson Terry executed an affidavit in which he stated under oath that his address is 29 U Street, NW, Washington, DC 20001. That affidavit also states that defendant Nelson Terry is the sole proprietor of defendant East Coast Express Eviction. Defendant Nelson Terry's affidavit is attached as Exhibit A to this affidavit.

3. On October 17, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant Nelson Terry, a summons issued to defendant

1

East Coast Express Eviction, one copy of the complaint in the above-captioned action, and one copy of all pleadings appearing on the Court's docket as of October 17, 2006 in this action to be served on the defendants Terry and East Coast Express Eviction by Certified Mail, return receipt requested, at the following address:

> Nelson Terry
> East Coast Express Eviction
> 29 U Street, NW
> Washington, DC 20001

4. A copy of the summons served on defendant Terry and a copy of the summons served on defendant East Coast Express Eviction are attached as Exhibit B and Exhibit C (respectively) to this Return of Service.

5. On October 30, 2006, I, Erika Davis, confirmed, using the U.S. Postal Service Track and Confirm, that the U.S. Postal Service attempted to deliver the above noted documents at 5:12 PM on October 19, 2006. The U.S. Postal Service confirms that notice was left at Nelson Terry's address to notify him that package of documents is available for his retrieval. To date, defendant Terry has not retrieved that package. A copy of the U.S. Postal Service Certified Mail Receipt is attached as Exhibit D to this Return of Service.

I declare under the penalty of perjury that the foregoing information contained herein is true and correct.

> Erika J. Davis
> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, NW
> Washington, DC 20006
> Telephone: (202) 974-1500
> Facsimile: (202) 974-1999

Subscribed and sworn to before me this 30 day of October, 2006

_____
Notary Public

Shenna Contents
Notary Public, District of Columbia
My Commission Expires 5-31-2010

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 30, 2006, a copy of the foregoing Return of Service Unexecuted on Nelson Terry and East Coast Express Eviction has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030

Dated: October 30, 2006                 /s/Allison E. Collins
                                        Allison E. Collins