**Affidavit**
District of Columbia

BEFORE ME, the undersigned Notary, *George L Wheeler Sr* , on this _12 06_ day of _____, 2006, personally appeared Mr. Nelson M. Terry, Sr., known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

I Mr. Nelson M. Terry, Sr., on this date October __, 2006 make oath and say as follows:

- I am the sole proprietor of East Coast Express Eviction
- Linston Terry is my son
- Linston Terry has never had ownership, involvement, or control of East Coast Express Eviction (i.e. never was an employee, agent, manager, supervisor, never had controlling interest, and never received a paycheck or compensation for work performed for East Coast Express Eviction)
- I will not transfer to Linston Terry ownership, involvement, or control of East Coast Express Eviction

X _____
signature

Nelson M. Terry, Sr.
29 U ST NW
Washington, DC 20001


Subscribed and sworn to before me, this _12th_ _____ day of _September_ , 2006.

[Notary Seal:]


[signature of Notary]

[print name of Notary]

NOTARY PUBLIC

My commission expires: _2 / 1 0 9_ , ~~2006.~~