**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Nelson Terry
Street, Apt. No.; or PO Box No.  East Coast Express Eviction
City, State, ZIP+4  29 U Street, NW
Washington, DC 20001

PS Form 3800, June 2002      See Reverse for Instructions

---

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Ma[il]
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. F[or] valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof [of] delivery. To obtain Return Receipt service, please complete and attach a Ret[urn] Receipt (PS Form 3811) to the article and add applicable postage to cover t[he] fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver [for] a duplicate return receipt, a USPS® postmark on your Certified Mail receipt [is] required.
- For an additional fee, delivery may be restricted to the addressee [or] addressee's authorized agent. Advise the clerk or mark the mailpiece with [the] endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the a[rti]cle at the post office for postmarking. If a postmark on the Certified M[ail] receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquir[y.] Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

---

EXHIBIT D