## DECLARATION OF ROBERT WARD

I, Robert Ward, declare as following:

1. I am over 18 years of age and a resident of the State of Maryland. I make this declaration of my own personal knowledge, having personal knowledge of all the matters contained herein and I could testify competently as to the truth of the matters asserted herein if called to do so.

2. I am the owner of A & A Cardinal Eviction ("A&A").

3. A & A provides eviction services in Maryland.

4. A & A is based in Maryland and does not perform any of its services outside of Maryland.

5. Specifically, A & A does not perform or provide any of its services in Washington, D.C.

6. Paragraphs 1-4 also apply to Robert Ward in his personal capacity.

10/17/06  
Date

Robert Ward  
Robert Ward

Exhibit A