IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte,<br><br>individually and on behalf<br>of all others similarly situated,<br><br>              *Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>              *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST
DEFENDANT NELSON TERRY**

I hereby certify under penalty of perjury, this 9th day of November 2006, that I am an attorney of record for the Plaintiffs in the above-entitled case and that the Defendant, Nelson Terry, was personally served with process pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(2) on October 16, 2006 at 27 U Street, NW, Washington, DC. Service was affected on Otis Williams, housemate of Nelson Terry. The Affidavit of Service on Nelson Terry appears at #18 of the Court's docket for this matter.

I further certify under penalty of perjury that no appearance has been entered by Defendant Nelson Terry in this case, no pleading has been filed and none served upon the attorney for the Plaintiffs, and that the Defendant is neither an infant nor an incompetent person.

The Clerk is respectfully requested to enter a Default against Defendant Nelson Terry.

I, JACQUELINE BROWN, hereby certify that this is a true and correct copy of the original document
_Jacquelin Brown_ Signatory
District of Columbia
Subscribed and Sworn to me
this 9th day of November, 2006
Washington, DC   Notary Public, D.C.
My commission expires 1-14-2009

Jacqueline M. Brown
Notary Public, District of Columbia
My Commission Expires 1-14-2009

Lee F. Berger  (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
*Attorney for Plaintiffs*

2

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On, November 9, 2006, a copy of the foregoing Proposed Default on Nelson Terry has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> I. Staten
> Butch Enterprises, Inc.
> 10332 Main Street, Suite 352
> Fairfax, Virginia 22030
>
> Lloyd Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 8613 Cedar St
> Silver Spring, MD 20910-4324

Dated: November 9, 2006                    /s/ Allison E. Collins
                                           Allison E. Collins