IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>        *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## [PROPOSED] DEFAULT

It appearing that the above-named defendant, Nelson Terry, has failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the 16th day of October, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that Nelson Terry herein is in default.

By _____
Nancy Mayer – Whittington