# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD, ET AL.**

V.                                    CASE NO. 06-CV-01561

**EAST COAST EXPRESS EVICTION, ET AL.**

AFFIDAVIT OF AMBIKO GUICE

I, Ambiko Guice, hereby depose and say:

That I am not a party to or otherwise interested in this case.

That on October 24, 2006, at 4:10 p.m., I served legal process in the above referenced case on Caroline Lanford. (SEE AFFIDAVITS OF AMBIKO GUICE, EXECUTED 10-26-06)

The following is to report what occurred at and around the time of service.

My office was provided information that Ms. Lanford had signed an affidavit in the above referenced case using the address of 1112 48th Street, N.E., Washington, D.C. 20019. Accordingly, on the morning of October 24, I conducted surveillance at the address in an effort to serve Ms. Lanford. I did not see Ms. Lanford in the early a.m. At approximately 9:00 a.m., following instructions from my manager to interview neighbors to clarify if Ms. Lanford did reside at 1112 48th Street, I knocked on the door of the home next to the home at 1112 48th Street. The address to this home is 1116 48th Street. A woman opened the door and, after I informed her that I was looking for Caroline Lanford, stated that her name was Shay Felder and that she was the niece of Caroline Lanford. She indicated that Ms. Lanford was not home but that she would be returning home sometime in the afternoon. I left service documents for Ms. Lanford with Ms. Felder. It was unclear to me what home Ms. Lanford resided in, the home at 1112 48th Street or 1116 48th Street.

After I informed my manager, Scott Kucik, what had occurred, he told me to return to the address/addresses and conduct surveillance in an effort to serve Ms. Lanford, personally, when she arrived at the address/addresses. I had papers for Ms. Lanford, personally, and for All American Eviction Company.

At or around 4:10 p.m., a van parked near the above addresses and a woman in a pink coat exited the van as did a man. The daughter of Shay Felder was outside of her home and I asked her who the individuals were who had exited the van. She indicated that the woman in the pink coat was Caroline Lanford and the man was Nelson Terry. I approached the door to the home and knocked on it. It was opened. Mr. Terry was near the door and behind him, within feet of me, was Caroline Lanford. I informed Ms.

Lanford that I was serving legal process on her in the above referenced case. Mr. Terry became agitated and stated that Ms. Lanford was out of the country. I indicated to Ms. Lanford that I was leaving the papers in her presence after it became clear that she would not willingly accept them in her hand. I did so, leaving them at the praecipe of the door within feet of Ms. Lanford. I then left the property.

      I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

                                                  Ambiko Guice

Subscribed and Sworn to before me this November 2, 2006.

                                                  Notary Public

My commission expires: 01-14-09

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 4:10 pm on October 24, 2006, I served Caroline Lanford at 1112 48th Street, NE, Washington, DC 20019 by serving Caroline Lanford, personally. Described herein:

```
SEX-     FEMALE
AGE-     43
HEIGHT-  5'7"
HAIR-    BROWN/BLACK
WEIGHT-  250
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 10-26-06
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 176270

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06CV01561 RJL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order and Case Management Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:10 pm on October 24, 2006, I served All American Eviction Company at 1112 48th Street, NE, Washington, DC 20019 by serving Caroline Lanford, Officer, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    43
 HEIGHT-    5'7"
   HAIR-    BROWN/BLACK
 WEIGHT-    250
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  10-26-06
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 177770