Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

Plaintiff(s)

Civil Action No. __06-1561 (RJL)__

v.

EAST COAST EXPRESS EVICTION et al

Defendant(s)

NELSON TERRY

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on      October 6, 2006      , and an affidavit on behalf of the plaintiff having been filed, it is this __13th__ day of __November__, __2006__ declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Jackie Francis
Deputy Clerk