# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

## [PROPOSED] ORDER DENYING FIRST MOTION TO DISMISS OF DEFENDANTS A&A CARDINAL EVICTION AND ROBERT WARD

The First Motion to Dismiss of Defendants A&A Cardinal Eviction and Robert Ward is hereby denied.

SO ORDERED.

Dated: _____                             _____

                                                                                                                      Richard J. Leon, Judge

## List of Parties

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
mslater@cgsh.com
lberger@cgsh.com

Stephanie Dawn Kinder
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, Maryland 21044

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Butch Enterprises, Inc.
Attn: I. Staten
10332 Main Street
Fairfax, VA 22030

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: jwgaattys@aol.com