# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>*Defendants*. | Civil Action No. 06-CV-1561 RJL<br><br>Hon. Richard J. Leon |

### DECLARATION OF LEE F. BERGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT A&A CARDINAL EVICTIONS AND BOB WARD'S SECOND MOTION TO DISMISS

Lee F. Berger declares as follows:

1. I am one of the attorneys at Cleary Gottlieb Steen & Hamilton LLP representing plaintiffs in this litigation. I am personally familiar with the matters set forth herein and could so testify if called upon to do so.

2. On September 25, 2006, I spoke by telephone with counsel for A&A Cardinal Evictions ("A&A") and Bob Ward ("Ward"), Stephanie Kinder, and agreed to allow A&A and Ward 15 additional days, or until October 13, 2006, to respond to the complaint. *See* Sept. 27, 2006 Letter from Stephanie Kinder to Lee F. Berger, a true and correct copy of which is attached as Exhibit 1 hereto.

3. On October 12, 2006, A&A and Ward's counsel, Stephanie Kinder, contacted me by telephone to request three additional days to respond to the complaint. I agreed to provide her with the three additional days requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                  Executed on November 15, 2006.

                                  _____
                                  Lee F. Berger

# EXHIBIT 1

# THE LAW OFFICE OF
## STEPHANIE D. KINDER, P.A.
### ATTORNEY AT LAW
10 N. CALVERT STREET, SUITE 930
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 244-6263

FACSIMILE (410) 347-3144

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Lee Berger | Stephanie D. Kinder |
| COMPANY | DATE: 9/27/2006 |
| FAX NUMBER: (202) 974-1999 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: (202) 974-1646 | SENDER'S REFERENCE NUMBER: |
| RE: Ashford et al v. Bob Ward et al | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

The Law Office of

# Stephanie D. Kinder, P.A.

10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202
Tel.: (410) 244-6263
Fax: (410) 347-3144
skinder@epcounsel.com

September 27, 2006

**VIA FACSIMILE (202) 974-1999**
**AND US MAIL**
Lee Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

Re:   Ashford et al v. Bob Ward et al
      Civil Action No. 05CV1561 (RJL)

Dear Mr Berger:

I write to confirm our September 25, 2006 conversation regarding the above-referenced matter. As you may recall, you agreed to extend my client, Bob Ward and A&A Cardinal Eviction, an additional fifteen (15) days to respond to the Complaint. If I am incorrect, please advise immediately.

Thank you for your consideration.

Very truly yours,

Stephanie D. Kinder

cc: J. Wyndal Gordon, Esq