**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, | ) ) ) | |
| individually and on behalf | ) | Civil Action No. 06-cv-1561 (RJL) |
| of all others similarly situated, | ) ) | Hon. Richard J. Leon |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry,  Linden Terry, Bob Ward, John Doe 1, and John Doe 2, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## [PROPOSED] DEFAULT

It appearing that the above-named defendant, East Coast Express Eviction, has failed to

plead or otherwise defend this action though duly served with summons and a copy of the

complaint on the 19th day of October, 2006, and a declaration on behalf of the plaintiffs having

been filed, it is this _____ day of _____, _____ declared that East

Coast Express Eviction herein is in default.


By _____

Nancy Mayer – Whittington

**List of Parties**

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  mslater@cgsh.com
Email:  lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

Butch Enterprises, Inc.
Attn:  I. Staten
10332 Main Street
Fairfax, VA 22030

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com