IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, <br><br> individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

**JOINT MOTION TO DISMISS DEFENDANT LINSTON TERRY WITHOUT PREJUDICE**

The Plaintiffs and defendant Linston Terry hereby move for dismissal without prejudice of defendant Linston Terry, also known as Linden Terry. In support of this motion, the Plaintiffs state as follows:

1. On September 12, 2006, defendant Nelson Terry executed an affidavit in which he stated under oath that he is the sole proprietor of East Coast Express Eviction. Defendant Nelson Terry also stated under oath that Linston Terry has never had ownership or control of or involvement with East Coast Express Eviction. Defendant Nelson Terry further stated under oath that he will not transfer to defendant Linston Terry ownership or control of East Coast Express Eviction. Defendant Nelson Terry's affidavit is attached as Exhibit A.

2. On October 19, 2006, defendant Caroline Lanford executed an affidavit in which she stated under oath that she is the sole proprietor of All American Eviction Company. Defendant

1

Caroline Lanford also stated under oath that Linston Terry has never had ownership or control of or involvement with All American Eviction Company. Defendant Caroline Lanford further stated under oath that she will not transfer to defendant Linston Terry ownership or control of All American Eviction Company. Defendant Caroline Lanford's affidavit is attached as Exhibit B.

3. Because it does not appear that Defendant Linston Terry had or has ownership or control of or involvement with defendant East Coast Express Eviction and defendant All American Eviction Company, the Plaintiffs and defendant Linston Terry jointly and respectfully request that Defendant Linston Terry be dismissed from this action without prejudice.

4. Defendant Linston Terry has consented to the entry of this Motion by counsel for the Plaintiffs.

Dated: November 28, 2006

Respectfully submitted,

_____/s/ Lee F. Berger_____
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

SO ORDERED.

Dated: _____

_____
Richard J. Leon, Judge

## **CERTIFICATE OF SERVICE**

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On November 28, 2006, a copy of the foregoing Motion to Dismiss Defendant Linston Terry without Prejudice and accompanying documents have been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, Maryland 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and have been served by U.S. mail, first-class postage prepaid, on the following party:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, Virginia 22030

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

and have been served by electronic mail on the following party:

Linston Terry
linstonterry@gmail.com

Dated: November 28, 2006        /s/ Allison E. Collins
                                Allison E. Collins