**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, ) ) ) individually and on behalf ) of all others similarly situated, ) ) *Plaintiffs*, ) ) ) East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, ) ) ) ) ) ) ) ) ) ) *Defendants*. ) | Civil Action No. 06-cv-1561 (RJL) Hon. Richard J. Leon |

### [PROPOSED] ORDER OF DIMISSAL OF DEFENDANT LINSTON TERRY WITHOUT PREJUDICE

Defendant Linston Terry, also known as Linden Terry, is hereby dismissed from the action without prejudice.

SO ORDERED.

Dated: _____

_____
Richard J. Leon, Judge