IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, | ) ) ) | |
| | ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf of all others similarly situated, | ) ) ) | Hon. Richard J. Leon |
| *Plaintiffs*, | ) ) ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

NOTICE OF FILING

TO THE COURT AND DEFENDANTS AND COUNSEL FOR DEFENDANTS:

PLEASE TAKE NOTICE THAT, on November 29, 2006, the Plaintiffs have submitted the following exhibits associated with the Joint Motion to Dismiss Defendant Linston Terry Without Prejudice, filed November 28, 2006, through the Court's Electronic Filing System:

- Exhibit A – Affidavit of Nelson Terry

- Exhibit B – Affidavit of Caroline Lanford

Dated: November 29, 2006                    Respectfully Submitted,

        /s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On November 29, 2006, a copy of Exhibit A and Exhibit B to the Motion to Dismiss Defendant Nelson Terry without Prejudice have been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, Maryland 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and have been served by U.S. mail, first-class postage prepaid, on the following parties:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, Virginia 22030

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Columbia Parkway
>Suite 430
>Columbia, Maryland 21044
>Attorney for Big Time Movers
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Caroline Lanford
>1112 48th Street, N.E.
>Washington, DC 20019
>
>All American Eviction Company
>1112 48th Street, N.E.
>Washington, DC 20019

and have been served by electronic mail on the following party:

>Linston Terry
>linstonterry@gmail.com

Dated: November 29, 2006                          /s/ Allison E. Collins
                                                  Allison E. Collins