# EXHIBIT B

Affidavit
District of Columbia

BEFORE ME, the undersigned Notary, _DARLINDA SANDERS_, on this _19TH_ day of _OCTOBER_, 2006, personally appeared Ms. Caroline D. Lanford, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

I Ms. Caroline D. Lanford of 1112 – 48th ST NE Washington, DC 20019 on this date October __, 2006 make oath and say as follows:
- I am the sole proprietor of All American Eviction Company
- Linston Terry is my son
- Linston Terry has never had ownership, involvement, or control All American Eviction Company (i.e. never was an employee, agent, manager, supervisor, never had controlling interest, and never received a paycheck or compensation for work performed for All American Eviction Company)
- I will not transfer to Linston Terry ownership, involvement, or control of All American Eviction Company

_Caroline D. Lanford_
signature

Caroline D. Lanford
1112 – 48th ST NE
Washington, DC 20019

---

Subscribed and sworn to before me, this _19TH_ day of _OCTOBER_, 2006.

[Notary Seal:]  Darlinda Sanders
NOTARY PUBLIC
Prince George's County, Maryland
My Commission Expires 8/7/07

_Darlinda Sanders_
[signature of Notary]

_DARLINDA SANDERS_
[print name of Notary]

NOTARY PUBLIC

My commission expires: _8/7/07_, 2006.

EXHIBIT B