**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, | ) ) ) | |
| individually and on behalf of all others similarly situated, | ) ) ) ) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

## **[PROPOSED] DEFAULT**

It appearing that the above-named defendant, All American Eviction Company, has failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the 24th day of October, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that All American Eviction Company herein is in default.


By _____
Nancy Mayer – Whittington