IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte,<br><br>individually and on behalf<br>of all others similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST DEFENDANT CAROLINE LANFORD

I hereby certify under penalty of perjury, this 1st day of December 2006, that I am an attorney of record for the Plaintiffs in the above-entitled case and that the Defendant, Caroline Lanford, was personally served with process pursuant to D.C. Superior Court Rule of Civil Procedure 4(e)(2) on October 24, 2006 at 1112 48th St, NE Washington, DC. The Affidavit of Service on Caroline Lanford appears at #35 of the Court's docket for this matter.

I further certify under penalty of perjury that no appearance has been entered by Defendant Caroline Lanford in this case, no pleading has been filed and none served upon the attorney for the Plaintiffs, and that the Defendant is neither an infant nor an incompetent person.

1

The Clerk is respectfully requested to enter a Default against Defendant Caroline Lanford.

                                          _____
                                          Lee P. Berger  (D.C. Bar #482435)
                                          Cleary Gottlieb Steen & Hamilton LLP
                                          2000 Pennsylvania Avenue, NW
                                          Washington, DC 20006
                                          Telephone: (202) 974-1500
                                          Facsimile:  (202) 974-1999
                                          *Attorney for Plaintiffs*

District of Columbia
City of Washington

December 1, 2006

*Geraldine C. Ellenberger*

Geraldine C. Ellenberger
Notary Public District of Columbia
My Commission Expires February 28, 2008

## CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 1, 2006, a copy of Affidavit in Support of Default Against Defendant Caroline Lanford has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, Maryland 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, Virginia 22030

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019


Dated: December 1, 2006                    _____/s/ Allison E. Collins_____
                                                  Allison E. Collins