FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, <br><br> individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants.* | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

## [PROPOSED] ORDER OF DIMISSAL OF DEFENDANT LINSTON TERRY WITHOUT PREJUDICE

Defendant Linston Terry, also known as Linden Terry, is hereby dismissed from the action without prejudice.

SO ORDERED.

Dated: 12/2/06

_____
Richard J. Leon, Judge