## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2,<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND FOR OTHER PROCEDURAL RELIEF

Plaintiffs' Motion to for Leave to File an Amended Complaint and for Other Procedural Relief is hereby GRANTED.

Plaintiffs' First Amended Class Action Complaint shall be filed effective this date.

All currently pending motions to dismiss the complaint in this matter are deemed to apply to the amended complaint.

Plaintiffs shall move for class certification in accordance with this Court's Rules and the Rules of Federal Procedure on or before _____.

IT IS SO ORDERED.

Dated: _____

_____
Richard J. Leon
United States District Judge

## List of Parties

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: mslater@cgsh.com
Email: lberger@cgsh.com

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, Maryland 21044

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

I. Staten
10332 Main Street
Fairfax, VA 22030

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Butch Enterprises, Inc.
10332 Main Street
Fairfax, VA 22030

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: jwgaattys@aol.com

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019