**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,** ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No.: 1:06cv1561 |
| v. ) | |
| ) | Judge: Richard J. Leon |
| **EAST COAST EXPRESS EVICTION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE OF APPEARANCE FOR DEFENDANT BUTCH ENTERPRISES, INC.**

I HEREBY enter my appearance as counsel for Butch Enterprises, Inc., in this litigation.

Respectfully submitted,

/s/
David E. Fox, Esq.
*Attorney for Defendant Butch Enterprises, Inc.*
1325 Eighteenth Street, NW, Suite 103
Washington, D.C.  20036
(202) 955-5300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,** ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No.: 1:06cv1561 |
| v. ) | |
| ) | Judge: Richard J. Leon |
| **EAST COAST EXPRESS EVICTION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Praecipe of Appearance, was served by electronic transmission through the Court's CM/ECF system to:

Matthew D. Slater, Esq.  
*Attorney for Plaintiffs*  
2000 Pennsylvania Avenue, NW  
Washington, DC 20006-1801,

Stephanie D. Kinder, Esq.  
*Attorney for Defendant Bob Ward and*  
*A & A Cardinal Eviction*  
10 N. Calvert Street, Sutie 930  
Baltimore, Maryland 21202,

Gina M. Smith, Esq.  
*Attorney for A 1 Eviction Services and Tanya Smith*  
6801 Kenilworth Avenue, #400  
Riverdale Park, Maryland 20730,

and via U.S. Mail, postage prepaid, to:

Lloyd J. Eisenberg, Esq.  
*Attorney for Big Time Movers*  
10632 Little Columbia Parkway, Suite 430  
Columbia, Maryland 21044,

East Coast Express Evictions  
29 U Street, NW  
Washington, DC 20001,

Nelson Terry  
29 U Street, NW  
Washington, DC 20001,

Caroline Lanford  
1112 Forty-eighth Street, NE  
Washington, DC 20019,

All American Eviction Company
1112 Forty-eighth Street, NE
Washington, DC 20019,

and by electronic mail to:

Linston Terry
linstonterry@gmail.com

this __8th__ day of__December__, 2006.

                                                                     /s/
David E. Fox, Esq.
*Attorney for Defendant Butch Enterprises, Inc.*
1325 Eighteenth Street, NW, Suite 103
Washington, D.C. 20036
(202) 955-5300