IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry,  Linden Terry, Bob Ward, John Doe 1, and John Doe 2, <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

**PLAINTIFFS' RESPONSE TO MOTION TO VACATE ENTRY OF DEFAULT AGAINST DEFENDANT BUTCH ENTERPRISES, INC.**

Plaintiffs Harry Jakeyia Ashford, Kirk Douglas Greene and Anthony Forte respectfully notify the Court that plaintiffs do not oppose Defendant Butch Enterprises, Inc.'s ("Butch") Motion to Vacate Entry of Default Against Defendant Butch Enterprises, Inc. ("Motion to Vacate").

Additionally, it is plaintiffs' position that all briefing filed regarding Butch's original motion to dismiss (docket # 41) applies fully and equally to Butch's new motion to dismiss appended to the Motion to Vacate.  The parties completed briefing in October under the

1

Court's Local Rules, which key filing deadlines from the date of service.  While there are non-substantive differences between Butch's original motion to dismiss and its new motion to dismiss that have changed the paragraph numbering and therefore have rendered outdated paragraph references in the plaintiffs' previously filed opposition (docket # 21), there have been no substantive changes in the new motion to dismiss that should give rise to a need to resubmit briefing regarding this motion.  Accordingly, there is no change that gives rise to a need for the parties or this Court to take on the additional burden, expense and delay associated with a round of duplicative briefing.  Butch's motion to dismiss is fully briefed and ripe for the Court's decision.

Dated:  December 11, 2006               Respectfully submitted,

                                        /s/ Lee. F. Berger                    

                                        Lee F. Berger (D.C. Bar # 482435)
                                        Matthew D. Slater (D.C. Bar # 386986)
                                        Larry C. Dembowski (D.C. Bar # 486331)
                                        Cleary Gottlieb Steen & Hamilton LLP
                                        2000 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20006-1801
                                        Telephone:  (202) 974-1500
                                        Facsimile:   (202) 974-1999

                                        *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 11, 2006, a copy of the foregoing Plaintiffs' Response to Motion to Vacate Entry of Default Against Defendant Butch Enterprises, Inc. has been served by electronic transmission through the Court's CM/ECF System on the following parties:

        Stephanie D. Kinder
        Law Offices of Stephanie D. Kinder, P.A.
        10 N. Calvert Street, Suite 930
        Baltimore, Maryland 21202
        skinder@epcounsel.com
        Attorney for Bob Ward and A & A Cardinal Eviction

        J. Wyndal Gordon
        The Law Office of J. Wyndal Gordon, P.A.
        10 North Calvert Street, Suite 930
        Baltimore, Maryland 21202
        jwgaattys@aol.com
        Attorney for Bob Ward and A & A Cardinal Eviction

        Gina M. Smith
        Meyers, Rodbell & Rosenbaum, P.A.
        6801 Kenilworth Avenue, #400
        Riverdale Park, Maryland 20730
        gsmith@mrrlaw.net
        Attorney for A 1 Eviction Services and Tanya Smith

        David E. Fox
        1325 Eighteenth Street, NW, Suite 103
        Washington, D.C. 20036
        dfox159937@aol.com
        Attorney for Butch Enterprises, Inc.

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Columbia Parkway
> Suite 430
> Columbia, Maryland 21044
> Attorney for Big Time Movers
>
> East Coast Express Evictions
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Nelson Terry
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Caroline Lanford
> 1112 48th Street, N.E.
> Washington, DC 20019
>
> All American Eviction Company
> 1112 48th Street, N.E.
> Washington, DC 20019

Dated: December 11, 2006                    /s/ Emily C. Capehart_____
                                            Emily C. Capehart