IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY JAKEYIA ASHFORD, ET AL. | * |
| **Plaintiffs** | * |
| v. | * Case No. 06cv 1561 |
| A-1 Evictions Service, Inc. | * |
| **Defendants** | * |

## THIRD CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants A-1 Eviction Services, Inc. and Tanya Smith ("Defendants"), by their attorneys, Gina M. Smith and Meyers, Rodbell and Rosenbaum, P.A., moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for a third Order enlarging the time within which Defendants may file an answer or otherwise respond by motion to the Plaintiffs' Complaint up to and including December 29, 2006. Good cause exists for granting an enlargement as follows:

1. Pursuant to this Court's prior Order, Defendants' answer or responsive pleading was due on December 15, 2007. This is the third extension requested by Defendants; Defendants' previous requests were granted.

2. Defendants' counsel has met with Plaintiffs' counsel to explore early case resolution. Presently, settlement negotiations continue between these Parties, and counsel are scheduled to meet again on December 14, 2006 at 3:00 p.m. to continue these discussions.

3. Progress toward settlement has been made, but additional time is necessary to conclude settlement negotiations. Counsel anticipate that settlement will be finalized within the next few weeks.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

4. Accordingly, in order to finalize settlement, Plaintiffs, through their counsel, consent to this third request for enlargement of time in light of the ongoing and good faith settlement negotiations.

**WHEREFORE**, Defendants A-1 Eviction Services, Inc. and Tanya Smith respectfully request this Court grant a third enlargement of time to, and including, December 29, 2006, to file an answer or otherwise respond by motion to Plaintiffs' Complaint.

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____
Gina M. Smith
D.C. Bar No.: 449353
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
Telephone: (301) 699-5800
Facsimile: (301) 779-5746

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of December 2006, a copy of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Third Consent Motion for Enlargement of Time was mailed, postage prepaid to:

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

J. Wyndal Gordon, Esquire
Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

David E. Fox, Esquire
1325 Eighteenth Street, NW, Suite 103
Washington, D.C. 20036

Lloyd J. Eisenberg, Esquire
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway, Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Evictions Company
1112 48th Street, N.E.
Washington, D.C. 20019

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800