IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY JAKEYIA ASHFORD, ET AL.** \* | |
| \* | |
| **Plaintiffs** \* | |
| v.  \* | **Case No. 06cv 1561** |
| \* | |
| **A-1 Evictions Service, Inc.** \* | |
| \* | |
| **Defendants** \* | |

### ORDER

**UPON CONSIDERATION** of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Third Consent Motion for Enlargement of Time, and for good and sufficient grounds therefore having been shown, it is this ___ day of

_____, 2006, by the United States District Court for the District of Columbia,

    1.   **ORDERED,** that Defendants A-1 Eviction Service, Inc. and Tanya Smith's Third Consent Motion for Enlargement of Time is **GRANTED**, and it is further

    2.   **ORDERED,** that Defendants A-1 Eviction Services, Inc. and Tanya Smith are required to answer or otherwise respond by motion to Plaintiffs' Complaint by, and including, December 29, 2006.

_____
Richard Leon, Judge
United States District Court

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

**Copies to:**

Gina M. Smith, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder, Esquire
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

J. Wyndal Gordon, Esquire
Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202

David E. Fox, Esquire
1325 Eighteenth Street, NW, Suite 103
Washington, D.C. 20036

Lloyd J. Eisenberg, Esquire
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway, Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Evictions Company
1112 48th Street, N.E.
Washington, D.C. 20019

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800