Subj:    **Ashford v. East Coast Express Evictions, No. 06-CV-1561 ( D.D.C.)**
Date:    11/28/2006 3:58:32 PM Eastern Standard Time
From:    ldembowski@cgsh.com
To:      jwgaattys@aol.com, skinder@epcounsel.com
CC:      lberger@cgsh.com, annenewton@cgsh.com

Dear Ms. Kinder and Mr. Gordon,

We would like to schedule a call with you to discuss a schedule for the *Ashford* litigation going forward and other preliminary matters as required by the Federal Rules and the D.C. District Court's Local Rules. As you know, the Court's rules require that counsel confer on a number of issues before submitting a proposed schedule to the Court. *See* L. Civ. R. 16.3. Is there a time in the next day or two that would be convenient for you?

To help facilitate our discussion, below is a proposed schedule. This is a preliminary suggestion, and we look forward to hearing your thoughts on it.

1. Plaintiffs to file an amended complaint (adding new named plaintiffs and defendants but otherwise asserting the same substantive claims as the initial complaint) and motion for leave to file the amended complaint -- Dec. 1, 2006.

2. Defendants respond to amended complaint -- Dec. 22, 2006. In the event any new defendants file a motion to dismiss, plaintiffs' opposition to such motions to dismiss due -- Jan. 19, 2007. Defendants reply as appropriate -- Feb. 2, 2007.

3. Initial disclosures due -- Jan. 5, 2007.

4. Discovery opens -- Jan. 5, 2007.

5. Scheduling conference among parties to discuss any need to amend the schedule based on new defendants' motion(s) to dismiss -- Jan. 19, 2007.

6. Plaintiffs move for class certification -- May 4, 2007. Defendants' opposition to class certification -- June 1, 2007. Plaintiffs' reply -- July 6, 2007.

7. Close of fact discovery -- July 20, 2007.

8. Exchange of expert reports (if any) -- Aug. 3, 2007.

9. Close of expert discovery -- Aug. 17, 2007.

10. Submission of summary judgment motions (if any) -- Aug. 31, 2007. Opposition to summary judgment -- Oct. 5, 2007. Reply -- Oct. 26, 2007.

11. Hearing on summary judgment -- approximately Nov. 15, 2007.

12. Scheduling conference for trial -- approximately Dec. 1, 2007.

We look forward to hearing from you to discuss these matters. We also remain open to discussing settlement of this case at your convenience.

Sincerely,
Larry Dembowski and Lee Berger