IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY ASHFORD et al** ) | Civil Action No.: 06cv1561 (RJL) |
| **Plaintiffs,** ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| **EAST COAST EXPRESS et al** ) | |
| **Defendants** ) | |

## ANSWER TO FIRST AMENDED COMPLAINT

Defendants A & A Cardinal Eviction and Robert Ward (collectively referred to as "Defendants"), by and through their undersigned counsel, and under Fed. R.Civ. P. 12(b), answers Plaintiffs' First Amended Complaint as follows:

### FIRST DEFENSE

Defendants generally deny liability.

### SECOND DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### THIRD DEFENSE

This Court lacks jurisdiction over Defendants.

### FOURTH DEFENSE

Venue in this Court is improper.

## FIFTH DEFENSE

Defendants did not intentionally or otherwise deprive or cause Plaintiffs to be deprived of any rights

## SIXTH DEFENSE

Defendant did not violate or cause the violation of any of Plaintiffs' rights.

## SEVENTH DEFENSE

This action is barred by the applicable statute of limitations

## EIGHTH DEFENSE

This action is barred by the doctrines of waiver, laches and estoppel.

## NINTH DEFENSE

Plaintiffs do not adequately represent the proposed class.

## TENTH DEFENSE

Class actions brought under Rule 23 and FLSA are mutually exclusive and irreconcilable.

## ELEVENTH DEFENSE

Plaintiffs suffered no anti-trust injuries.

## TWELFTH DEFENSE

Defendants are not incorporated entities.

## THIRTEENTH DEFENSE

The claims set forth in the Complaint are barred by the doctrine of accord and satisfaction.

## FOURTEENTH DEFENSE

Plaintiff assumed the risk of some or all the injuries or damages allegedly sustained.

## FIFTEENTH DEFENSE

Plaintiffs were contributorily negligent, causing in whole or in part the injuries or damages allegedly sustained.

## SIXTEENTH DEFENSE

The claims set forth in the Complaint are barred by the doctrine of fraud.

## SEVENTEENTH DEFENSE

The claims set forth in the Complaint are barred by the doctrine of illegality.

## EIGHTEENTH DEFENSE

The claims set forth in the Complaint are barred because Defendant has made payment of any amount due.

## NINETEENTH DEFENSE

Plaintiff has released some or all of the claims asserted.

## TWENTIETH DEFENSE

The claims set forth in the Compliant are barred by the doctrine of res judicata.

## TWENTY FIRST DEFENSE

The claims set forth in the Complaint are barred by the doctrine of ultra vires.

## TWENTY SECOND DEFENSE

The claims set forth in the Complaint are barred by the law of usery.

## TWENTY THIRD DEFENSE

Plaintiff has waived some or all of the claims asserted.

## TWENTY FOURTH DEFENSE

Others' negligent acts or omissions may have constituted intervening or superseding causes of all damages or injuries allegedly sustained.

## TWENTY FIFTH DEFENSE

Plaintiff failed to notify Defendant of any alleged defect or breach of warranty in a timely fashion as required by operation of law and express warranty.

## TWENTY SIXTH DEFENSE

Defendants' responses to the allegations of the numbered paragraphs of Plaintiffs' Complaint are as follows:

1. Defendants are not required to respond to ¶ 1 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants admit that the Complaint is styled as alleged and deny the remainder of the allegations.

2. Defendants are not required to respond to ¶ 2 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants admit that this Court has subject matter jurisdiction.

3. Defendants deny the allegations contained in ¶ 3 of the Complaint.

4. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 4. To the extent a response is necessary, Defendants deny the allegations.

5. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 5. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Harry Ashford has performed evictions for Defendants.

6. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 6. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Kirk Green has performed evictions for Defendants.

7. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 7. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Anthony Forte has performed evictions for Defendants.

8. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 8. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Hassan Shakur has performed evictions for Defendants.

9. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 9. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Theodore Green has performed evictions for Defendants.

10. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 10. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Alvin Dozier has performed evictions for Defendants.

11. Defendants are without sufficient information to admit or deny the

allegations contained in ¶ 11. To the extent a response is necessary, Defendants deny the allegations. Moreover, Defendants specifically deny that Plaintiff Donald Brooks has performed evictions for Defendants.

12. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 12. To the extent a response is necessary, Defendants deny the allegations.

13. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 13. To the extent a response is necessary, Defendants deny the allegations.

14. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 14. To the extent a response is necessary, Defendants deny the allegations.

15. Defendant A & A Cardinal Eviction denies that it performs eviction work for customers throughout the D.C. Metro Area. The remainder of the allegations contained in ¶ 15 are admitted.

16. The allegations contained in ¶ 16 are admitted.

17. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 17. To the extent a response is necessary, Defendants deny the allegations.

18. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 18. To the extent a response is necessary, Defendants deny the allegations.

19. Defendants are without sufficient information to admit or deny the

allegations contained in ¶ 19. To the extent a response is necessary, Defendants deny the allegations.

20. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 20. To the extent a response is necessary, Defendants deny the allegations.

21. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 21. To the extent a response is necessary, Defendants deny the allegations.

22. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 22. To the extent a response is necessary, Defendants deny the allegations.

23. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 23. To the extent a response is necessary, Defendants deny the allegations.

24. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 24. To the extent a response is necessary, Defendants deny the allegations.

25. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 25. To the extent a response is necessary, Defendants deny the allegations.

26. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 26. To the extent a response is necessary, Defendants deny the allegations.

27. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 27. To the extent a response is necessary, Defendants deny the allegations.

28. Defendants are not required to respond to ¶ 28 of the Complaint as it sets forth Plaintiffs' legal interpretations. Defendants admit that the Complaint is styled as alleged in ¶ 27.

29. Defendants deny the allegations in ¶ 29.

    a. Defendants deny the allegations in ¶ 29a.

    b. Defendants deny the allegations in ¶ 29b.

    c. Defendants deny the allegations in ¶ 29c.

    d. Defendants deny the allegations in ¶ 29d.

    e. Defendants deny the allegations in ¶ 29e.

    f. Defendants deny the allegations in ¶ 29f.

30. Defendants deny the allegations in ¶ 29..

31. Defendants deny the allegations in ¶ 30.

32. Defendants are not required to respond to ¶ 32 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations in ¶ 32 a – l..

33. Defendants are without sufficient information to admit or deny the competency of counsel in class action litigation. To the extent a response is necessary, Defendants deny all allegations in ¶ 33.

34. The allegations of ¶ 34 are conclusions of law, and Defendants are not

required to provide a response. To the extent a response is necessary, the allegations are denied.

35. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 35. To the extent a response is necessary, Defendants deny the allegations.

36. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 36. To the extent a response is necessary, Defendants deny the allegations.

37. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 37. To the extent a response is necessary, Defendants deny the allegations.

38. The allegations of ¶ 38 are conclusions of law, and Defendants are not required to provide a response. To the extent a response is necessary, the allegations are denied.

39. The allegations of ¶ 39 are conclusions of law, and Defendants are not required to provide a response. To the extent a response is necessary, the allegations are denied.

40. Defendants admit that landlords hire them to perform evictions. The remainder of the allegations cannot be admitted or denied as Defendants are without sufficient information. To the extent a response is necessary, Defendants deny the allegations contained in ¶ 40.

41. Defendants deny the allegations contained in ¶ 41.

42. Defendants deny the allegations contained in ¶ 42.

43. Defendants deny the allegations contained in ¶ 43.

44. Defendants deny the allegations contained in ¶ 44.

45. Defendants deny the allegations contained in ¶ 45.

46. Defendants deny the allegations contained in ¶ 46.

47. Defendants deny the allegations contained in ¶ 47.

48. Defendants deny the allegations contained in ¶ 48.

49. Defendants deny the allegations contained in ¶ 49.

50. Defendants deny the allegations contained in ¶ 50.

51. Defendants deny the allegations contained in ¶ 51.

52. Defendants are not required to respond to ¶ 52 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

53. Defendants are not required to respond to ¶ 53 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

54. Defendants are not required to respond to ¶ 54 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

55. Defendants are not required to respond to ¶ 55 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

56. Defendants are not required to respond to ¶ 56 of the Complaint as it sets forth

Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

57. Defendants are not required to respond to ¶ 57 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

58. Defendants are not required to respond to ¶ 58 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

59. Defendants are not required to respond to ¶ 59 of the Complaint as it sets forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations.

60. Defendants deny the allegations contained in ¶ 60

61. Defendants deny the allegations contained in ¶ 61.

62. Defendants admit Defendant A & A Cardinal Eviction maintains payroll records. The remainder of the allegations contained in ¶ 62 are denied.

63. Defendants admit Defendant A & A Cardinal Eviction maintains payroll records. The remainder of the allegations contained in ¶ 63 are denied.

64. Defendants are without sufficient information to admit or deny whether the allegations contained in ¶ 64. To the extent a response is necessary, Defendants deny the allegations.

65. Defendants deny that Plaintiff Ashford was picked up by Defendants and/or

that he performed eviction services for Defendants. The remainder of the allegations contained in ¶ 65 cannot be admitted or denied because Defendants are without sufficient information. To the extent a response is necessary, Defendants deny the allegations

66. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 66. Moreover, Defendants are not required to respond as the allegations set forth Plaintiffs' legal interpretations. To the extent a response is necessary, Defendants deny the allegations. See Response to ¶ 65.

67. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 67. To the extent a response is necessary, Defendants deny the allegations.

68. Defendants deny the allegations contained in ¶ 68.

69. Defendants deny the allegations contained in ¶ 69.

70. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 70. To the extent a response is necessary, Defendants deny the allegations.

71. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 71. To the extent a response is necessary, Defendants deny the allegations.

72. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 72. To the extent a response is necessary, Defendants deny the allegations.

73. Defendants are without sufficient information to admit or deny the

allegations contained in ¶ 73.  To the extent a response is necessary, Defendants deny the allegations.

74. Defendants deny the allegations contained in ¶ 74.

75. Defendants deny the allegations contained in ¶ 75.

76. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 76.  To the extent a response is necessary, Defendants deny the allegations.

77. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 77.  To the extent a response is necessary, Defendants deny the allegations.

78. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 78.  To the extent a response is necessary, Defendants deny the allegations.

79. Defendants deny the allegations contained in ¶ 79.

80. Defendants deny the allegations contained in ¶ 80.

81. Defendants deny the allegations contained in ¶ 81.

82. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 82.  To the extent a response is necessary, Defendants deny the allegations.

83. Defendants deny the allegations contained in ¶ 83.

84. Defendants are without sufficient information to admit or deny the allegations contained in ¶ 84.  To the extent a response is necessary, Defendants deny the allegations.

85. Defendants deny the allegations contained in ¶ 85.

86. Defendants deny the allegations contained in ¶ 86.

87. Defendants deny the allegations contained in ¶ 87.

88. Defendants deny the allegations contained in ¶ 88.

89. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-88 above as if fully set forth herein.

90. Defendants deny the allegations contained in ¶ 90.

91. Defendants deny the allegations contained in ¶ 91.

92. Defendants deny the allegations contained in ¶ 92.

93. Defendants deny the allegations contained in ¶ 93.

94. Defendants deny the allegations contained in ¶ 94.

95. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-94 above as if fully set forth herein.

96. Defendants deny the allegations contained in ¶ 96.

97. Defendants deny the allegations contained in ¶ 97.

98. Defendants deny the allegations contained in ¶ 98.

99. Defendants deny the allegations contained in ¶ 99.

100. Defendants deny the allegations contained in ¶ 100.

101. Defendants deny the allegations contained in ¶ 101.

102. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-101 above as if fully set forth herein.

103. Defendants deny the allegations contained in ¶ 103.

104. Defendants deny the allegations contained in ¶ 104.

105. Defendants deny the allegations contained in ¶ 105.

106. Defendants deny the allegations contained in ¶ 106.

107. Defendants deny the allegations contained in ¶ 107.

108. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-107 above as if fully set forth herein.

109. Defendants deny the allegations contained in ¶ 109.

110. Defendants deny the allegations contained in ¶ 110.

111. Defendants deny the allegations contained in ¶ 111.

112. Defendants deny the allegations contained in ¶ 112.

113. Defendants deny the allegations contained in ¶ 113.

114. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-113 above as if fully set forth herein.

115. Defendants deny the allegations contained in ¶ 115.

116. Defendants deny the allegations contained in ¶ 116.

117. Defendants deny the allegations contained in ¶ 117.

118. Defendants deny the allegations contained in ¶ 118.

119. The allegations of ¶ 119 are conclusions of law, and Defendants are not required to provide a response. To the extent a response is necessary, the allegations are denied.

120. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-119 above as if fully set forth herein.

121. Defendants deny the allegations contained in ¶ 121.

122. Defendants deny the allegations contained in ¶ 122.

123. Defendants deny the allegations contained in ¶ 123.

124. Defendants deny the allegations contained in ¶ 124.

125. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-124 above as if fully set forth herein.

126. Defendants deny the allegations contained in ¶ 126.

127. Defendants deny the allegations contained in ¶ 127.

128. Defendants deny the allegations contained in ¶ 128.

129. Defendants deny the allegations contained in ¶ 129.

130. Defendants deny the allegations contained in ¶ 130.

131. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-130 above as if fully set forth herein.

132. Defendants deny the allegations contained in ¶ 132.

133. Defendants deny the allegations contained in ¶ 133.

134. Defendants deny the allegations contained in ¶ 134.

135. Defendants deny the allegations contained in ¶ 135.

136. Defendants deny the allegations contained in ¶ 136.

137. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-136 above as if fully set forth herein.

138. Defendants deny the allegations contained in ¶ 138.

139. Defendants deny the allegations contained in ¶ 139.

140. Defendants deny the allegations contained in ¶ 140.

141. Defendants deny the allegations contained in ¶141.

142. Defendants deny the allegations contained in ¶ 142.

143. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-142. above as if fully set forth herein.

144. Defendants deny the allegations contained in ¶ 144.

145. Defendants deny the allegations contained in ¶ 145.

146. Defendants incorporate by reference its admissions and denials as set forth in ¶¶ 1-145. above as if fully set forth herein.

147. Defendants deny the allegations contained in ¶ 147.

148. Defendants deny the allegations contained in ¶ 148.

## **TWENTY SEVENTH DEFENSE**

Defendant further states that any and all allegations not affirmatively admitted are denied.

WHEREFORE, Defendant respectfully requests that this Court:

1:    Dismiss Plaintiffs' Complaint;

2.    Deny Plaintiffs all relief requested;

3.    Enter judgment in favor of Defendants;

4.    Award Defendants costs and reasonable attorney's fees.

> Respectfully submitted,
>
> _/s/ J. Wyndal Gordon_____
> J. Wyndal Gordon, Fed Bar. No. 23572
> Law Offices of J Wyndal Gordon
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> (410) 332-4121
>
> /s/ Stephanie D. Kinder_____
> Stephanie D. Kinder, Fed Bar No. 446209
> Law Offices of Stephanie D. Kinder, PA
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> (410) 244-6263