AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford et al

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction et al

CASE NUMBER:   06cv1561 (RJL)

TO: (Name and address of Defendant)

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 21 2006

CLERK                                                            DATE

*Jackie [signature]*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06CV1561 (FJL)

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Case Management Order and First Amended Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:29 pm on January 2, 2007, I served Crawford & Crawford at 200 55th Street, NE, #24, Washington, DC 20019 by serving Vincent Crawford, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'9"
HAIR-    BALD
WEIGHT-  250
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-3-07
              Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181510

## CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 8, 2007, a copy of the Affidavit of Service on Crawford & Crawford has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, PA
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>I. Staten
>Butch Enterprises, Inc.
>10332 Main Street, Suite 352
>Fairfax, VA 22030

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E. Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Vincent Crawford
200 55th Street N.E. Apt. 24
Washington, D.C. 20019

Dated: January 8, 2007                                    /s/ Allison E. Collins
                                                             Allison E. Collins