**EXHIBIT A**

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 20, 2006, the Summons in a Civil Case issued to I. Staten, a copy of the Amended Complaint and a copy of the Case Management Order entered September 8, 2006 have been served by U.S. Certified mail – return receipt requested on the following party:

> I Staten
> 10332 Main Street
> Fairfax, VA 22030

Dated:  December 20, 2006

*Allison E. Collins*
Allison E. Collins