# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>ASmN ttturc   12/22/06 |
| 1. Article Addressed to:<br><br>I. STATEN<br>10332 MAIN ST<br>FAIRFAX VA 22030 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE
MD VA 22
22 DEC 2006 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ALLISON COLLINS
CLEARY GOTTLIEB
2000 PENNSYLVANIA AV NW
WASHINGTON DC 20006