IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Shakur, Sandy Green, Alvin Dozier and Donald Brooks<br><br>individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, I. Staten, Choya Rodriguez, Vincent Crawford and John Doe 1<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED ON DEFENDANT I. STATEN**

Allison E. Collins, being duly sworn, deposes and says as follows:

1. I am an Assistant Managing Clerk for Cleary Gottlieb Steen & Hamilton LLP in Washington, D.C.

2. On December 20, 2006, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3), I caused a summons issued to defendant I. Staten, a copy of the amended complaint and copy of the case management order entered September 8, 2006 to be served on defendant

1

I. Staten by certified mail, return receipt requested, at 10332 Main Street, Fairfax, VA 22030. On December 20, 2006, I executed the enclosed certificate of service (Exhibit A).

3. I have enclosed the returned U. S. Postal Service receipt of delivery as Exhibit B.

Dated: January 11, 2007

*Allison E. Collins*
Allison E. Collins

Subscribed and sworn to before me this 11th day of January, 2007

*Katherine Krents*
Notary Public

Katherine W. Krents
Notary Public, District of Columbia
My Commission Expires 8-31-09

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 11, 2007, a copy of the foregoing affidavit of service by certified mail, return receipt requested on defendant I. Staten was served by electronic transmission through the Court's CM/ECF System on the following parties:

> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, P.A.
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> J. Wyndal Gordon
> The Law Office of J. Wyndal Gordon, P.A.
> 10 North Calvert Street, Suite 930
> Baltimore, Maryland 21202
> jwgaattys@aol.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Defendant Butch Enterprises, Inc.

and was served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Columbia Parkway
> Suite 430

Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

I. Staten
10332 Main Street
Fairfax, VA 22030

Dated: January 11, 2007

_Allison E. Collins_
Allison E. Collins