AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Harry Jakeyia Ashford et al

**SUMMONS IN A CIVIL CASE**

V.

East Coast Express Eviction et al

CASE NUMBER:   06cv1561 (RJL)

TO: (Name and address of Defendant)

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew D. Slater
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 21 2006
CLERK                                          DATE

*Jackie Truax*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06CV1561 (FJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Case Management Order and First Amended Class Action Complaint for Violations of Federal, District of Columbia, Maryland and Virginia Minimum Wage Laws, Violations of Federal, DC, Maryland and Virginia Antitrust Laws and Equitable Relief and Demand for a Jury Trial in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 5:45 am on January 9, 2007, I served Choya Lord Rodriguez at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriguez, personally.  Described herein:

```
    SEX-    MALE
    AGE-    46
 HEIGHT-    5'11"
   HAIR-    BLACK
 WEIGHT-    200
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-16-07
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181511

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 17, 2007, a copy of the foregoing Affidavit of Service on Choya Lord Rodriguez, was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, Maryland 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Defendant Butch Enterprises, Inc.

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Columbia Parkway
>Suite 430

Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

I. Staten
10332 Main Street
Fairfax, VA 22030

Dated: January 17, 2007

_Allison Collins_
Allison E. Collins