IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks<br><br>individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST
DEFENDANT I. STATEN**

I hereby certify under penalty of perjury, this 18th day of January, 2007, that I am an attorney of record for the Plaintiffs in the above-entitled case and that the Defendant, I. Staten, was served on December 22, 2006 in Fairfax, Virginia, by certified mail, return receipt requested pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(3)Code § 13-337. I. Staten is a Defendant in this matter pursuant to the District of Columbia's Long Arm Statute at D.C. Code § 13-423(a)(1). The Affidavit of Service on I. Staten is at #59 of the Court's docket.

I further certify under penalty of perjury that no appearance has been entered by Defendant I. Staten, no pleading has been filed and none served upon the attorney for the Plaintiffs, and that the Defendant is neither an infant nor an incompetent person.

The Clerk is respectfully requested to enter a Default against Defendant I. Staten.

                                              Lee F. Berger (D.C. Bar #482435)
                                              Cleary Gottlieb Steen & Hamilton LLP
                                              2000 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              Telephone: (202) 974-1500
                                              Facsimile: (202) 974-1999
                                              *Attorney for Plaintiffs*

Subscribed and sworn to before me
this 18th day of January, 2007

_____
Notary Public

Jacqueline M. Brown
Notary Public, District of Columbia
My Commission Expires 1-14-2009

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 19, 2007, a copy of the foregoing Affidavit in Support of Default Against Defendant I. Staten and accompanying papers, was served by electronic transmission through the Court's CM/ECF System on the following parties:

> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, P.A.
> 10 N. Calvert Street, Suite 930
> Baltimore, Maryland 21202
> skinder@epcounsel.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> J. Wyndal Gordon
> The Law Office of J. Wyndal Gordon, P.A.
> 10 North Calvert Street, Suite 930
> Baltimore, Maryland 21202
> jwgaattys@aol.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, Maryland 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Defendant Butch Enterprises, Inc.

and was served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Columbia Parkway
> Suite 430

Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

I. Staten
10332 Main Street
Fairfax, VA 22030

Dated: January 19, 2007

*Emily C. Capehart*
Emily C. Capehart