# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks | |
| | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf of all others similarly situated, | Hon. Richard J. Leon |
| *Plaintiffs*, | |
| v. | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 | |
| *Defendants*. | |

## [PROPOSED] DEFAULT

It appearing that the above-named defendant, I. Staten, has failed to plead or otherwise defend this action though duly served with summons and a copy of the amended complaint on the 22nd day of December, 2006, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of _____, _____ declared that I. Staten herein is in default.

By _____
Nancy Mayer – Whittington