# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks,<br><br>individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Crawford & Crawford, Platinum Realtor Services, Inc., Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, Choya Lord Rodriguez, Vincent Crawford and John Doe 1<br><br>*Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Larry C. Dembowski as counsel in the above captioned case for Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks, individually and on behalf of all others similarly situated.

| | |
|---|---|
| January 22, 2007<br>D.C. Bar Number 486331 | /s/ Larry C. Dembowski<br>Larry C. Dembowski<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 974-1500<br>Facsimile:  (202) 974-1999<br>LDembowski@cgsh.com<br>*Attorney for Plaintiffs* |

CERTIFICATE OF SERVICE

I, Allison Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 22, 2007, a copy of the foregoing Appearance of Larry C. Dembowski was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, Maryland 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, Maryland 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, Maryland 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Defendant Butch Enterprises, Inc.

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Columbia Parkway
>Suite 430

Columbia, Maryland 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

I. Staten
10332 Main Street
Fairfax, VA 22030


Dated:  January 22, 2007                         /s/ Allison E. Collins_____
                                                                  Allison E. Collins