## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks, individually and on behalf of all others similarly situated, ) ) ) ) ) ) ) ) ) | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |
| *Plaintiffs*, ) ) <br> v. ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. ) ) | |

## **[PROPOSED] DEFAULT**

It appearing that the above-named defendant, Crawford & Crawford, has failed to plead or otherwise defend this action though duly served with summons, a copy of the amended complaint and case management order on the 2nd day of January, 2007, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of _____, _____ declared that Crawford & Crawford herein is in default.

By _____
Nancy Mayer – Whittington