IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al.,           )<br>                                          )<br>            Plaintiffs                   )<br>                                          )    Case No.: 1:06cv1561<br>    v.                                    )<br>                                          )    Judge: Richard J. Leon<br>EAST COAST EXPRESS EVICTION, et al.,      )<br>                                          )<br>            Defendants.                   )<br>                                          ) | |

### DECLARATION OF I. STATEN

I, I. Staten, hereby declare the following:

1. I did not sign for or receive any registered or certified mail from Allison Collins.

2. I have never authorized anyone to act as my agent to receive on my behalf personal mail or packages from the U.S. Post Office.

_____
I. Staten