IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1, <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

### PLAINTIFFS' RESPONSE TO DEFENDANT I. STATEN'S OPPOSITION TO ENTRY OF DEFAULT AGAINST DEFENDANT I. STATEN

On February 5, 2007, defendant I. Staten submitted an Opposition to Entry of Default (1) opposing entry of default against him and (2) moving to dismiss the Complaint against him for lack of personal jurisdiction, contending that service of process upon him has been insufficient. In light of the fact that Mr. Staten now appears to be engaging in this litigation and has made an appearance through counsel, plaintiffs respectfully notify the Court that plaintiffs hereby withdraw their request for default against Mr. Staten based upon his failure to respond to the First Amended Complaint. Because Mr. Staten's submission raises new arguments that amount to a motion to dismiss for insufficient process under Fed. R. Civ. P. 12,

1

2

plaintiffs reserve the right to respond to those arguments within the time permitted under the

Rules for an opposition to such a motion and intend to submit their opposition on or before

February 20, 2007.

Dated:  February 15, 2006                               Respectfully submitted,

                                                        /s/ Larry C. Dembowski

Larry C. Dembowski (D.C. Bar # 486331)
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999

*Attorneys for Plaintiffs*

2

plaintiffs reserve the right to respond to those arguments within the time permitted under the

Rules for an opposition to such a motion and intend to submit their opposition on or before

February 20, 2007.

Dated:  February 15, 2006                               Respectfully submitted,

                                       /s/ Larry C. Dembowski

Larry C. Dembowski (D.C. Bar # 486331)
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 15, 2007, a copy of the foregoing Plaintiffs' Response to Defendant I. Staten's Opposition to Entry of Default Against Defendant I. Staten and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.

10632 Little Patuxent Parkway, Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated:  February 15, 2007              /s/ Emily C. Capehart
                                       Emily C. Capehart