# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

## [PROPSED] ORDER WITHDRAWING PLAINTIFFS' AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST DEFENDANT I. STATEN AND DIRECTING FILING OF PLAINTIFFS' RESPONSE TO DEFENDANT I. STATEN'S FED. R. CIV. P. RULE 12 MOTION TO DISMISS

Plaintiffs' Affidavit in Support of Default Against Defendant I. Staten, filed January 19, 2007, is hereby withdrawn. Plaintiffs' response to those portions of Defendant I. Staten's Opposition to Entry of Default Against Defendant I. Staten seeking dismissal is to be filed with this Court on or before February 20, 2007.

SO ORDERED.

Dated: _____                                              _____
                                                                                                                 Richard J. Leon, Judge

# List of Parties

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  mslater@cgsh.com
Email:  lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019