IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br>  v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**JOINT STIPULATION AND MOTION TO STAY PROCEEDINGS
AGAINST DEFENDANTS A 1 EVICTION SERVICES, INC., AND TANYA SMITH**

  Plaintiffs and Defendants A 1 Eviction Services, Inc., and Tanya Smith (the "Settling Defendants") respectfully request that the Court enter an order staying all proceedings against the Settling Defendants until such time as the Court approves or denies the settlement agreement that Plaintiffs and the Settling Defendants have reached. The proposed stay would not affect the plaintiffs' and remaining defendants' obligations under the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Case Management Order.

1

In support of this request, plaintiffs and Settling Defendants jointly stipulate as follows:

1. Plaintiffs and the Settling Defendants entered into a Settlement Agreement on January 23, 2007 (attached hereto as Exhibit A) to settle the above-captioned action.

2. The Settlement Agreement provides that it will be presented to the Court for preliminary and final approval under the Federal Rules of Civil Procedure.

3. The Plaintiffs and Settling Defendants expect the approval process will take several months, and the Plaintiffs intend to request preliminary approval of the Settlement Agreement concurrently with their motion for certification of this matter as a class action, which is currently scheduled to be submitted on or before March 20, 2007, pursuant to the Court's Order of December 20, 2006.

4. Paragraph 3 of the Settlement Agreement provides as follows:

    <u>Stay of the Action</u>.  Within 10 Business Days of the Execution Date, the Parties will submit a joint stipulation to the Court requesting that the Court stay all proceedings in the Action regarding the Settling Defendants, except any proceedings necessary to effectuate this Agreement, and suspend all time deadlines accordingly until such time as the Agreement is rescinded or the Action is dismissed as to the Settling Defendants.

5. Plaintiffs will continue to prosecute their claims against the other defendants who have not yet settled this case, and entering a stay of proceedings as to the Settling Defendants should not interfere with such prosecution.

Accordingly, plaintiffs, individually and on behalf the proposed class, and the Settling Defendants jointly agree, and jointly request the Court, to stay all proceedings and suspend all time deadlines as to the Settling Defendants in this case except those proceedings necessary to carry out the Settlement Agreement executed by Plaintiffs and Settling Defendants on January 23, 2007.  Plaintiffs and the Settling Defendants further request that this stay remain in place

until such time as the Settlement Agreement is approved an all Settling Defendants are dismissed from this case, or until further order from the Court.

Dated:  February 15, 2007

Respectfully submitted, Respectfully submitted,

  /s/ Larry C. Dembowski_____     /s/ Gina M. Smith, with permission/
Larry C. Dembowski (D.C. Bar # 486331)    LCD
Matthew D. Slater (D.C. Bar # 386986)    Gina M. Smith (D.C. Bar # 449353)
Lee F. Berger (D.C. Bar # 482435)    Meyers, Rodbell & Rosenbaum, P.A.
Cleary Gottlieb Steen & Hamilton LLP    6801 Kenilworth Avenue
2000 Pennsylvania Avenue, N.W.    Suite 400
Washington, D.C.  20006-1801    Riverdale Park, MD 20737-1385
Telephone:  (202) 974-1500    Telephone: (301) 699-5800
Facsimile:   (202) 974-1999    Facsimile: (301) 779-5746
*Attorneys for Plaintiffs*    *Attorney for Defendants A 1 Eviction Services and Tanya Smith*

3

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 15, 2007, a copy of the foregoing Joint Stipulation and Motion to Stay Proceedings Against Defendants A1 Eviction Services, Inc., and Tanya Smith and accompanying papers, was served by electronic transmission through the Court's CM/ECF System on the following parties:

> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, P.A.
> 10 N. Calvert Street, Suite 930
> Baltimore, MD 21202
> skinder@epcounsel.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> J. Wyndal Gordon
> The Law Office of J. Wyndal Gordon, P.A.
> 10 North Calvert Street, Suite 930
> Baltimore, MD 21202
> jwgaattys@aol.com
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Defendant Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Caroline Lanford
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>All American Eviction Company
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Crawford & Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

          Vincent Crawford
          200 55th Street, N.E.
          Apt. # 24
          Washington, D.C. 20019

Dated:  February 15, 2007                                                     /s/ Emily C. Capehart
                                                                                           Emily C. Capehart