**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, and Anthony Forte, | ) ) ) | |
| individually and on behalf of all others similarly situated, | ) ) | Civil Action No. 06-cv-1561 (RJL) |
| | ) | Hon. Richard J. Leon |
| *Plaintiffs*, | ) ) ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Caroline Lanford, Tanya Smith, Nelson Terry, Linden Terry, Bob Ward, John Doe 1, and John Doe 2, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**
**AND MOTION TO STAY PROCEEDINGS AGAINST DEFENDANTS**
**A 1 EVICTION SERVICES, INC., AND TANYA SMITH**

Having considered the Joint Stipulation and Motion to Stay Proceedings Against Defendants A1 Eviction Services, Inc., and Tanya Smith and for good cause shown, the Court finds that the motion should be GRANTED.   Accordingly, it is hereby ORDERED as follows:

1.      All proceedings as to defendants A1 Evictions Services, Inc., and Tanya Smith shall be stayed until such time as those defendants are dismissed from this case or the settlement agreement entered into between them and the plaintiffs is rescinded.  However, proceedings as to defendants A1 Eviction Services, Inc., and Tanya Smith shall continue to the extent necessary to carry out such settlement agreement.

1

2.      All deadlines as to defendants A1 Evictions Services, Inc., and Tanya Smith shall be suspended until such time as those defendants are dismissed from this case or the settlement agreement entered into between them and the plaintiffs is rescinded.  However, deadlines shall apply to those defendants in connection with any proceedings necessary to carry out the Settlement Agreement.

3.      The stay of proceedings and suspension of deadlines set forth above does not affect the plaintiffs' or other defendants' obligations in this case, which remain in effect as provided in Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's Case Management Order.


IT IS SO ORDERED.

Dated:  _____                    _____
                                                 Richard J. Leon
                                                 United States District Judge

## List of Parties

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  mslater@cgsh.com
Email:  lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019