# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks<br><br>individually and on behalf<br>of all others similarly situated,<br><br><br><br><br>*Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Crawford & Crawford, Platinum Realtor Services, Inc., Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, Choya Lord Rodriguez, Vincent Crawford and John Doe 1<br><br>*Defendants.* | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon<br><br>**In re: Defendant Caroline Lanford** |

**MILITARY AFFIDAVIT**

(Certificate in Compliance with Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

  I hereby certify under penalty of perjury, this 20th day of February, 2007, that I am the attorney of record on behalf of the plaintiffs in the above-listed case and make this certificate on plaintiffs' behalf.

  I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960. On behalf of the plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies. Such investigation included submission of an inquiry to the Department of Defense

1

Manpower Data Center including the above-named defendant's name, social security number, and date of birth. The result of such inquiry is attached to the Affidavit in Support of Default Against Defendant Caroline Lanford as Exhibit B. As a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as an entrepreneur of All American Eviction Company.

                                                      Larry C. Dembowski
                                                      (D.C. Bar Number 486331)
                                                      Cleary Gottlieb Steen & Hamilton LLP
                                                      2000 Pennsylvania Avenue, NW
                                                      Washington, DC 20006
                                                      Telephone: (202) 974-1500
                                                      Facsimile: (202) 974-1999

                                                      *Attorney for Plaintiffs*

Subscribed and sworn to before me
this 20th day of February, 2007

_____
Notary Public

Geraldine C. Ellenberger
Notary Public District of Columbia
My Commission Expires February 28, 2009

2