# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Harry Jakeyia Ashford, Kirk Douglas | ) | |
| Greene, Anthony Forte, Hassan Gerald | ) | |
| Shakur, Sandy Theodore Green, Alvin | ) | |
| Eugene Dozier and Donald Brooks | ) | |
| | ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf | ) | |
| of all others similarly situated, | ) | Hon. Richard J. Leon |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | |
| | ) | |
| East Coast Express Eviction, A 1 Eviction | ) | |
| Services, A & A Cardinal Eviction, All | ) | |
| American Eviction Company, Butch | ) | |
| Enterprises, Inc., Big Time Movers, | ) | |
| Platinum Realtor Services, Inc., Crawford | ) | |
| & Crawford, Caroline Lanford, | ) | |
| Tanya Smith, Nelson Terry, Robert "Bob" | ) | |
| Ward, I. Staten, Choya Lord Rodriguez and | ) | |
| Vincent Crawford and John Doe 1 | ) | |
| | ) | |
| *Defendants*. | ) | |

_____)

## [PROPOSED] DEFAULT

It appearing that the above-named defendant, Caroline Lanford, has failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the 24th day of October, 2006, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of _____, _____ declared that Caroline Lanford herein is in default.


By _____
          Nancy Mayer – Whittington