IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks<br><br>individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1<br><br>*Defendants.* | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST
DEFENDANT CHOYA LORD RODRIGUEZ**

I hereby certify under penalty of perjury, this 20th day of February, 2007, that I am an attorney of record for the Plaintiffs in the above-entitled case and that the Defendant, Choya Lord Rodriguez, was served personally with process on January 9, 2007 at 6705 McKeldin Drive, Suitland, Maryland 20746. Defendant Choya Lord Rodriguez is a Defendant in this matter pursuant to the District of Columbia's Long Arm Statute at D.C. Code § 13-423(a)(1). The Affidavit of Service on Defendant Choya Lord Rodriguez appears at #60 of this Court's docket.

I further certify under penalty of perjury that no appearance has been entered by Defendant Choya Lord Rodriguez, no pleading has been filed and none served upon the attorney for the Plaintiffs, and that the Defendant is neither an infant nor an incompetent person.

1

The Clerk is respectfully requested to enter a Default against Defendant Choya Lord Rodriguez.

Attached to this Affidavit in Support of Default Against Defendant Choya Lord Rodriguez are Exhibit A – Military Affidavit regarding Defendant Choya Lord Rodriguez and Exhibit B – Department of Defense Manpower Data Center Military Status Report regarding Defendant Choya Lord Rodriguez.

_____
Larry C. Dombowski
(D.C. Bar Number 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs*

Subscribed and sworn to before me
this 20th day of February, 2007

_____
Notary Public

Geraldine C Ellenberger
Notary Public District of Columbia
My Commission Expires February 28, 2008

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 20, 2007, a copy of the foregoing Affidavit in Support of Default Against Defendant Choya Lord Rodriguez, Military Affidavit regarding Defendant Choya Lord Rodriguez and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.

10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: February 20, 2007

_____
Emily C. Capehart