## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Harry Jakeyia Ashford, Kirk Douglas )
Greene, Anthony Forte, Hassan Gerald )
Shakur, Sandy Theodore Green, Alvin )
Eugene Dozier and Donald Brooks )
                                   )          Civil Action No. 06-cv-1561 (RJL)

individually and on behalf )
of all others similarly situated, )          Hon. Richard J. Leon
                                   )
               *Plaintiffs*, )
         v. )
                                     )
East Coast Express Eviction, A 1 Eviction )
Services, A & A Cardinal Eviction, All )
American Eviction Company, Butch )
Enterprises, Inc., Big Time Movers, )
Platinum Realtor Services, Inc., Crawford )
& Crawford, Caroline Lanford, )
Tanya Smith, Nelson Terry, Robert "Bob" )
Ward, I. Staten, Choya Lord Rodriguez and )
Vincent Crawford and John Doe 1 )
                                     )
              *Defendants*. )
_____)

### [PROPOSED] DEFAULT

       It appearing that the above-named defendant, Choya Lord Rodriguez, has failed to plead

or otherwise defend this action though duly served with summons and a copy of the amended

complaint on the 9th of January, 2007, and an affidavit on behalf of the plaintiffs having been

filed, it is this _____ day of _____, _____, declared that Choya Lord

Rodriguez herein is in default.


                         By _____
                                Nancy Mayer – Whittington