## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks ) ) ) ) ) | |
| | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) of all others similarly situated, ) | Hon. Richard J. Leon |
| *Plaintiffs*, ) v. ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) | |
| *Defendants*. ) | |

### [PROPOSED] DEFAULT

It appearing that the above-named defendant, Vincent Crawford, has failed to plead or otherwise defend this action though duly served with summons and a copy of the amended complaint on the 2nd of January, 2007, and an affidavit on behalf of the plaintiffs having been filed, it is this _____ day of _____, _____, declared that Vincent Crawford herein is in default.

By _____
Nancy Mayer – Whittington