# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks ) ) ) ) ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf of all others similarly situated, ) ) | Hon. Richard J. Leon |
| *Plaintiffs*, v. ) ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. ) | |

## **[PROPOSED] ORDER DENYING DEFENDANT I. STATEN'S MOTION TO DISMISS**

Having considered Defendant I. Staten's motion to dismiss and plaintiffs' opposition, such motion is hereby DENIED. Defendant I. Staten shall submit an answer to the First Amended Complaint within one week of the date of this order. Defendant I. Staten shall also indicate in his next filing in this matter his full name and residence address.

IT IS SO ORDERED.

Dated: _____

_____
Richard J. Leon, Judge

**List of Parties**

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  mslater@cgsh.com
Email:  lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019