IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks ) ) ) ) ) individually and on behalf ) of all others similarly situated, ) ) *Plaintiffs*, ) v. ) ) East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) ) ) ) ) ) ) ) ) ) ) *Defendants*. ) | Civil Action No. 06-cv-1561 (RJL) Hon. Richard J. Leon |

## JOINT REPORT PURSUANT TO LCvR 16.3(d)

Plaintiffs together with Defendants A&A Cardinal Eviction and Robert Ward hereby jointly submit this report of their pre-trial scheduling meeting and conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(d). Plaintiffs' counsel have attempted to engage the other non-defaulting defendants in the required conference process, but none of those defendants have yet responded to plaintiffs' counsel's attempts to confer with them. As indicated in the Joint Stipulation and Motion to Stay Proceedings Against Defendants A1 Eviction Services, Inc., and Tanya Smith (Docket Item No. 70), submitted on February 15, 2007, Plaintiffs have entered a settlement agreement with Defendants A1 Eviction Services, Inc., and Tanya Smith and have

requested that the Court stay proceedings with respect to those defendants without prejudice to the scheduling and related issues presented in this Joint Report.

Counsel for the Plaintiffs and Defendants A&A Cardinal Eviction and Robert Ward met telephonically on February 5, 2007, to address and discuss the matters set forth in Fed. R. Civ. P. 26(f) and Local Rule 16.3(d). The parties agreed on most matters but failed to agree on others as set forth below. The item numbers below correspond to the numbered matters for discussion in Local Rule 16.3(c).

**Item 1:**

The parties agree that the case is not likely to be resolved by dispositive motion prior to the completion of discovery. The parties do not believe that discovery should await decision on any outstanding motions.

**Item 2:**

The parties propose that any new defendants should be joined and that the pleadings shall be amended, if necessary, on or before June 1, 2007. The parties do not believe that the factual and legal issues can be agreed upon or narrowed at this time.

**Item 3:**

The parties do not believe that the case should be assigned to a Magistrate Judge at this time.

**Item 4:**

The parties believe that a settlement of the case may be possible and will continue to engage in settlement discussions. However, at present, the parties do not believe that proceedings in this matter should be delayed in light of those discussions.

**Item 5:**

The parties do not believe that alternative dispute resolution would be beneficial at this time. Alternative dispute resolution may be beneficial after the close of discovery.

**Item 6:**

    Plaintiffs and Defendants believe that the case may be resolved by summary judgment motions. Defendants believe that the case may be resolved by a motion to dismiss. The parties submit the following proposed schedule for summary judgment motions and related briefing:

    1. Opening summary judgment motions to be filed on or before October 20, 2008.

    2. Oppositions to summary judgment motions to be filed on or before November 17, 2008.

    3. Replies in support of summary judgment motions to be filed on or before December 8, 2008.

**Item 7 :**

    The parties believe that the initial disclosure requirements of Federal Rule 26(a) should not be waived. The parties believe that the scope and form of those disclosures should not be modified.

**Item 8:**

    The parties submit the following proposed schedule for fact discovery:

    1. Start of discovery and exchange of initial disclosures: March 1, 2007

    2. Close of fact discovery: January 2, 2008.

    3. The parties do not currently contend that a protective order is necessary, but upon exchange of each side's discovery requests, such an order may become necessary, and the parties reserve the right to request an appropriate protective order from the Court.

**Item 9:**

    The parties submit the following proposed schedule for expert witnesses:

    1. Production of plaintiffs' expert reports: March 3, 2008.

    2. Production of defendants' expert reports: June 2, 2008.

    3. Production of plaintiffs' rebuttal expert reports (if any): July 3, 2008.

    4. Close of expert discovery: August 15, 2008.

**Item 10:**

The parties submit the following proposed schedule for class certification:

1. Plaintiffs' motion for class certification: March 20, 2007.

2. Defendants' opposition to class certification: Within the time period normally provided under the Rules.

3. Plaintiffs' reply in support of class certification:

    Plaintiffs' Statement: Plaintiffs request an additional five business days beyond the time normally provided under the Rules for submission of their reply brief in light of the Passover (begins April 2, 2007 and continues to April 10, 2007) and Easter (April 8, 2007) holidays. Plaintiffs' counsel have religious and family commitments during this time that will reduce their availability to work on the reply. In any event, plaintiffs' counsel request additional time in light of the importance of class certification in this case and the foreseeable complexity of the motion. Plaintiffs' counsel have offered defendants' counsel an extra week for their opposition brief, and plaintiffs' counsel continue to be amenable to such an extension. Defendants' counsel have declined that offer.

    Defendants' Statement: A&A Cardinal Evictions and Mr. Ward oppose any additional briefing time on the class certification motion. Monday, April 2, 2007 falls within the time Defendants' Response is due. Defendants are not at this time requesting additional time to file their Response. Therefore, Plaintiffs are in no way adversely affected by the beginning of Passover [Monday, April 2, 2007 (non-legal holiday)]. Easter falls on Sunday, April 8, 2007, and in no way interferes with the time available to Plaintiffs to file their optional Reply. See, Federal Rule for Civil Procedure 6(a). The last day of Plaintiffs' time period to file a Reply does not fall on a Saturday, a Sunday, or legal holiday. Id.

**Item 11:**

The parties believe that discovery should proceed according to the timelines proposed above. The parties do not believe that the trial should be bifurcated.

**Item 12:**

The parties propose that the pretrial conference be set for January 5, 2009, or as soon thereafter as is convenient for the Court.

**Item 13:**

The parties agree that the trial date should be set for early March of 2009, within 60 days after the pretrial conference, or as close to that time period as is convenient for the Court.

Dated: February 20, 2007

Respectfully Submitted,

| | |
|---|---|
| /s/ Larry C. Dembowski<br>Larry C. Dembowski (D.C. Bar # 486331)<br>Matthew D. Slater (D.C. Bar # 386986)<br>Lee F. Berger (D.C. Bar # 482435)<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>*Attorneys for Plaintiffs* | /s/ Stephanie Kinder, with permission/LCD<br>Stephanie Kinder<br>D.C. Bar # 446209<br>The Law Office of Stephanie Kinder, P.A.<br>10 North Calvert Street, Suite 930<br>Baltimore, MD 21202<br>Telephone: (410) 244-6263<br>Facsimile: (410) 347-3144<br><br>J. Wyndal Gordon<br>The Law Office of J. Wyndal Gordon, P.A.<br>10 North Calvert Street, Suite 930<br>Baltimore, MD 21202<br>Telephone: (410) 332-4121<br>Facsimile: (410) 347-3144<br>*Attorneys for Defendants A&A Cardinal Evictions and Robert Ward* |

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 20, 2007, a copy of the foregoing Joint Report Pursuant to LCvR 16.3(d) and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430

Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated:  February 20, 2007                                                      /s/ Emily C . Capehart_____
                                                                                                   Emily C. Capehart