**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas ) <br> Greene, Anthony Forte, Hassan Gerald ) <br> Shakur, Sandy Theodore Green, Alvin ) <br> Eugene Dozier and Donald Brooks ) <br>  ) <br> individually and on behalf ) <br> of all others similarly situated, ) <br>  ) <br> *Plaintiffs*, ) <br>     v. ) <br>  ) <br> East Coast Express Eviction, A 1 Eviction ) <br> Services, A & A Cardinal Eviction, All ) <br> American Eviction Company, Butch ) <br> Enterprises, Inc., Big Time Movers, ) <br> Platinum Realtor Services, Inc., Crawford ) <br> & Crawford, Caroline Lanford, ) <br> Tanya Smith, Nelson Terry, Robert "Bob" ) <br> Ward, I. Staten, Choya Lord Rodriguez and ) <br> Vincent Crawford and John Doe 1 ) <br>  ) <br> *Defendants*. ) <br> _____) | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Having conferred on the schedule for pre-trial proceedings, the plaintiffs and defendants A&A Cardinal Eviction and Robert Ward respectfully request that the Court adopt one of their alternative proposed schedules and enter the proposed scheduling order attached in Exhibit A.

Dated: February 20, 2007                                        Respectfully submitted,

/s/ Larry C. Dembowski_____                 /s/ Stephanie Kinder, with permission/LCD
Larry C. Dembowski (D.C. Bar # 486331)        Stephanie Kinder
Matthew D. Slater (D.C. Bar # 386986)          D.C. Bar # 446209
Lee F. Berger (D.C. Bar # 482435)                   The Law Office of Stephanie Kinder, P.A.
Cleary Gottlieb Steen & Hamilton LLP            10 North Calvert Street, Suite 930
2000 Pennsylvania Avenue, N.W.                    Baltimore, MD  21202
Washington, D.C.  20006-1801                        Telephone:  (410) 244-6263
Telephone:  (202) 974-1500                              Facsimile:  (410) 347-3144
Facsimile:  (202) 974-1999

*Attorneys for Plaintiffs*

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD  21202
Telephone:  (410) 332-4121
Facsimile:  (410) 347-3144
*Attorneys for Defendants A&A Cardinal Evictions and Robert Ward*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 20, 2007, a copy of the foregoing Joint Motion for Entry of Scheduling Order and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430

Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Dated:  February 20, 2007                              /s/ Emily C. Capehart
                                                                  Emily C. Capehart