# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks ) ) ) ) ) | |
| | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) of all others similarly situated, ) ) | Hon. Richard J. Leon |
| *Plaintiffs*, ) v. ) ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. ) | |

### [PROPOSED] SCHEDULING ORDER

Having considered the Joint Motion for Entry of Scheduling Order submitted by plaintiffs and defendants A&A Cardinal Evictions and Robert Ward and the Joint Report submitted by the parties pursuant to Local Rule 16 and for good cause shown, the Court finds that the plaintiffs' scheduling proposal should be entered. It is, therefore, ORDERED that:

1. Discovery in this matter will begin on March 1, 2007, and the parties shall exchange their initial disclosures on that date.

2. Plaintiffs shall move for class certification on or before March 20, 2007.

**Alternative Order Number One (Plaintiffs' Alternative):**

3. Defendants shall file their opposition to Plaintiffs' motion for class certification within the time period provided under the Local Rules of this Court.

4. Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for class certification within ten (10) business days of receipt of Defendants' opposition.

**Alternative Order Number Two (Defendants' Alternative):**

3. Defendants shall file their opposition to Plaintiffs' motion for class certification within the time period provided under the Local Rules of this Court.

4. Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for class within the time provided under the Local Rules of this Court.


5. Any motion to add new defendants or to amend the pleadings shall be submitted on or before June 1, 2007.

6. Fact discovery will close on January 2, 2008.

7. Plaintiffs will produce expert reports, if any, on or before March 3, 2008.

8. Defendants will produce expert reports, if any, on or before June 2, 2008.

9. Plaintiffs will produce rebuttal expert reports, if any, on or before July 3, 2008.

10. Expert discovery will close on August 15, 2008.

11. The parties will file any motions for summary judgment on or before October 20, 2008.

12. The parties will file any opposition to motions for summary judgment on or before November 17, 2008.

13. The parties will file any reply in support of motions for summary judgment on or before December 8, 2008.

14. The Court will hold a hearing on summary judgment on or about December 17, 2008.

15. A pretrial conference will be held on or about January 5, 2009.

SO ORDERED.

Dated: _____

                                                          Richard J. Leon,
United States District Judge

## List of Parties

| | |
|---|---|
| Matthew D. Slater<br>Lee F. Berger<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Email:  mslater@cgsh.com<br>Email:  lberger@cgsh.com | Gina Marie Smith<br>Myers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue<br>Riverdale, MD 20737-1331<br>Email: gsmith@mrrlaw.net |
| Stephanie Dawn Kinder<br>The Law Office of Stephanie Kinder, P.A.<br>10 North Calvert Street<br>Suite 930<br>Baltimore, MD 21202<br>Email: skinder@epcounsel.com | David E. Fox<br>1325 Eighteenth Street, NW<br>Suite 103<br>Washington, D.C. 20036<br>Email:  dfox159937@aol.com |
| Lloyd J. Eisenberg<br>Lloyd J. Eisenberg & Associates, P.A.<br>10632 Little Patuxent Parkway<br>Suite 430<br>Columbia, Maryland 21044 | East Coast Express Evictions<br>29 U Street, N.W.<br>Washington, D.C. 20001 |
| Caroline Lanford<br>1112 48th St. N.E.<br>Washington, D.C. 20019 | All American Eviction Company<br>1112 48th Street, N.E.<br>Washington, D.C. 20019 |
| Nelson Terry<br>29 U Street, N.W.<br>Washington, D.C. 20001 | J. Wyndal Gordon<br>The Law Office of J. Wyndal Gordon, P.A.<br>10 North Calvert Street<br>Suite 930<br>Baltimore, MD 21202<br>Email:  jwgaattys@aol.com |
| Platinum Realtor Service, Inc.<br>5204 Belgreen Street<br>Suitland, MD 20746 | Choya Lord Rodriguez<br>5204 Belgreen Street<br>Suitland, MD 20746 |
| Crawford & Crawford<br>200 55th Street, N.E.<br>Washington, D.C. 20019 | Vincent Crawford<br>200 55th Street, N.E.<br>Washington, D.C. 20019 |