Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASHFORD et al

    Plaintiff(s)

V.

Civil Action No. 1:06-cv-01561-RJL

EAST COAST EXPRESS EVICTION et al

    Defendant(s)

RE: VINCENT CRAWFORD

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 02, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of February, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Jackie Francis
    Deputy Clerk