Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASHFORD et al

_____
      Plaintiff(s)

    v.

EAST COAST EXPRESS EVICTION et al

_____
     Defendant(s)

Civil Action No.  1:06-cv-01561-RJL

    CAROLINE LANFORD

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    October 24, 2006    , and an affidavit on behalf of the plaintiff having been filed, it is this  28th  day of  February , 2007  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Jackie Francis
                Deputy Clerk