Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASHFORD et al

_____

Plaintiff(s)                                                    Civil Action No.  1:06-cv-01561-RJL

V.

EAST COAST EXPRESS EVICTION et al

_____

Defendant(s)

CHOYA LORD RODRIGUEZ

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on     January 09, 2007     , and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of February , 2007 declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Jackie Francis

Deputy Clerk