Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

Plaintiff(s)

Civil Action No.  06-cv-01561-RJL

v.

EAST COAST EXPRESS EVICTION et al

Defendant(s)

PLATINUM REALTOR SERVICES, INC.

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    January 09, 2007    , and an affidavit on behalf of the plaintiff having been filed, it is this  7th  day of  March , 2007  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:  Jackie Francis
Deputy Clerk