IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASHFORD, et al | * | |
| Plaintiff | * | |
| v. | * | |
| EAST COAST EXPRESS EVICTIONS, et al | * | Case No.: 06-CV-1561 RJL |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this _1st_ day of _March_, 2007, a copy of Defendants Interrogatories, Request for Production of Documents and Request for Admissions was mailed to Lee Berger, Larry Dembowsky and Mathew Slater, CLEARY GOTTLIEB STEEN & HAMILTON, 2000 Pennsylvania Avenue, N.W., Washington, D.C. 20006.

_____
J. Wyndal Gordon, Esquire
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
Attorney for Defendants
410.332.4121