IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>               *Plaintiffs*, )<br>   v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>               *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**JOINT REPORT PURSUANT TO LCvR 16.3(d)**

Plaintiffs together with defendant Butch Enterprises, Inc. ("Butch Enterprises") hereby jointly submit this report of their pre-trial scheduling meeting and conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3(d). Plaintiffs' counsel and counsel for Butch Enterprises met telephonically on March 15, 2007, to address and discuss the matters set forth in Fed. R. Civ. P. 26(f) and Local Rule 16.3(d). The parties agreed on most matters but failed to agree on others as set forth below. The item numbers below correspond to the numbered matters for discussion in Local Rule 16.3(c).

Pursuant to the Court's instruction at the status conference held on March 5, 2007, plaintiffs' counsel have requested a meet and confer regarding defendant I. Staten, who is the principal of Butch Enterprises and who is represented by the same counsel as Butch Enterprises. However, counsel for Mr. Staten takes the position that Mr. Staten is not obliged to meet and confer or to submit a Rule 16 report until the Court rules on his currently pending motion to dismiss because Mr. Staten is not yet a party to this case. Accordingly, the parties submit this report only on behalf of plaintiffs and Butch Enterprises.

**Item 1:**

Plaintiffs and Butch Enterprises agree that the case is not likely to be resolved by dispositive motion prior to the completion of discovery and do not believe that discovery should await decision on any outstanding motions.

**Item 2:**

The parties propose that any new defendants should be joined and that the pleadings shall be amended, if necessary, on or before June 1, 2007. The parties do not believe that the factual and legal issues can be agreed upon or narrowed at this time.

**Item 3:**

The parties do not believe that the case should be assigned to a Magistrate Judge at this time.

**Item 4:**

The parties believe that a settlement of the case may be possible and will continue to engage in settlement discussions. However, at present, the parties do not believe that proceedings in this matter should be delayed in light of those discussions.

**Item 5:**

The parties have engaged in settlement discussions, but the parties have not yet come to an agreement. The parties respectfully request that the Court consider appointing a settlement judge to facilitate further settlement negotiations.

**Item 6:**

Plaintiffs and Butch Enterprises believe that the case may be resolved by summary judgment motions. Butch Enterprises believes that the case may be resolved by a motion to dismiss. The parties propose that the current briefing schedule for summary judgment motions be amended as follows:

> 1. Opening summary judgment motions to be filed on or before November 3, 2008, as currently scheduled pursuant to the Court's scheduling order of February 22, 2007.

> 2. Oppositions to summary judgment motions to be filed on or before December 10, 2008.
>
> 3. Replies in support of summary judgment motions to be filed on or before January 7, 2009.

**Item 7 :**

Butch Enterprises will serve its Rule 26(a) initial disclosures, as well as a Rule 7.1 corporate disclosure statement, by March 30, 2007. Plaintiffs will not object to submission of these items by that date.

**Item 8:**

The parties agree that discovery should proceed as currently scheduled by the Court.

**Item 9:**

The parties agree that expert discovery should proceed as currently scheduled by the Court.

**Item 10:**

The parties propose that the current briefing schedule for class certification be amended as follows:

> 1. Plaintiffs' motion for class certification to be filed on or before April 2, 2007, as currently scheduled pursuant to the Court's scheduling order of February 22, 2007.
>
> 2. Defendants' opposition to class certification to be filed on or before April 23, 2007.
>
> 3. Plaintiffs' reply in support of class certification to be filed on or before May 14, 2007.

**Item 11:**

The parties believe that discovery should proceed according to the schedule currently in place. Plaintiffs do not believe the trial should be bifurcated. Butch Enterprises believes liability

and damages should be bifurcated and also believes the differences between its contractors and other defendants' contractors/employees should be bifurcated.

**Item 12:**

The parties propose that the pretrial conference be set for January 14, 2009, or as soon thereafter as is convenient for the Court.

**Item 13:**

The parties agree that the trial date should be set for early March of 2009, within 60 days after the pretrial conference, or as close to that time period as is convenient for the Court.


Dated:  March 16, 2007


Respectfully Submitted,


| /s/ Larry C. Dembowski_____ | /s/ David. E Fox, with permission /LCD____ |
|---|---|
| Larry C. Dembowski (D.C. Bar # 486331) | David E. Fox (D.C. Bar # 165258) |
| Matthew D. Slater (D.C. Bar # 386986) | 1325 Eighteenth Street, NW, Suite 103 |
| Lee F. Berger (D.C. Bar # 482435) | Washington, D.C.  20036 |
| Cleary Gottlieb Steen & Hamilton LLP | Telephone:  (202) 955-5300 |
| 2000 Pennsylvania Avenue, N.W. | Facsimile:  (202) 872-0200 |
| Washington, D.C.  20006-1801 | *Attorney for Defendant Butch Enterprises, Inc.* |
| Telephone:  (202) 974-1500 | |
| Facsimile:  (202) 974-1999 | |

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On March 16, 2007, a copy of the foregoing Joint Report Pursuant to LCvR 16.3(d), was served by electronic transmission through the Court's CM/ECF System on the following parties:

        Stephanie D. Kinder
        Law Offices of Stephanie D. Kinder, P.A.
        10 N. Calvert Street, Suite 930
        Baltimore, MD 21202
        skinder@epcounsel.com
        Attorney for Bob Ward and A & A Cardinal Eviction

        J. Wyndal Gordon
        The Law Office of J. Wyndal Gordon, P.A.
        10 North Calvert Street, Suite 930
        Baltimore, MD 21202
        jwgaattys@aol.com
        Attorney for Bob Ward and A & A Cardinal Eviction

        Gina M. Smith
        Meyers, Rodbell & Rosenbaum, P.A.
        6801 Kenilworth Avenue, #400
        Riverdale Park, MD 20737-1331
        gsmith@mrrlaw.net
        Attorney for A 1 Eviction Services and Tanya Smith

        David E. Fox
        1325 Eighteenth Street, N.W.
        Suite 103
        Washington, D.C. 20036
        dfox159937@aol.com
        Attorney for Defendant Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Caroline Lanford
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>All American Eviction Company
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Crawford & Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

Dated: March 16, 2007                                                       ___/s/ Emily C. Capehart____
                                                                                                          Emily C. Capehart