IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
Harry Jakeyia Ashford, et al.,            )
                                          )   Civil Action No. 06-cv-1561 (RJL)
individually and on behalf                )
of all others similarly situated,         )   Hon. Richard J. Leon
                                          )
        *Plaintiffs*,                     )
    v.                                    )
                                          )
East Coast Express Eviction, et al.,      )
                                          )
        *Defendants*.                     )
_____)

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Having conferred on the schedule for pre-trial proceedings, the plaintiffs and defendant Butch Enterprises, Inc., respectfully request that the Court enter the proposed scheduling order attached in Exhibit A.

Dated: March 16, 2007                                         Respectfully submitted,

/s/ Larry C. Dembowski_____             /s/ David E. Fox, with permission/ LCD
Larry C. Dembowski (D.C. Bar # 486331)         David E. Fox (D.C. Bar # 165258)
Matthew D. Slater (D.C. Bar # 386986)          1325 Eighteenth Street, NW, Suite 103
Lee F. Berger (D.C. Bar # 482435)              Washington, D.C.  20036
Cleary Gottlieb Steen & Hamilton LLP           Telephone:  (202) 955-5300
2000 Pennsylvania Avenue, N.W.                 Facsimile:  (202) 872-0200
Washington, D.C.  20006-1801                   *Attorney for Defendant Butch Enterprises, Inc.*
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On March 16, 2007, a copy of the foregoing Joint Motion For Entry of Scheduling Order and accompanying papers, was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20737-1331
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Defendant Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

>Vincent Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

Dated: March 16, 2007                                        /s/ Emily C. Capehart
                                                             Emily C. Capehart