# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks ) ) ) ) ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf of all others similarly situated, ) ) | Hon. Richard J. Leon |
| *Plaintiffs*, ) ) | |
| v. ) | |
| East Coast Express Eviction, A 1 Eviction Services, A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, I. Staten, Choya Lord Rodriguez and Vincent Crawford and John Doe 1 ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. ) | |

## **[PROPOSED] SCHEDULING ORDER**

Having considered the Joint Motion for Entry of Scheduling Order submitted by plaintiffs and defendants A&A Cardinal Evictions and Robert Ward and the Joint Report submitted by the parties pursuant to Local Rule 16 and for good cause shown, the Court finds that the plaintiffs' scheduling proposal should be entered. It is, therefore, ORDERED that:

1. Discovery in this matter will begin on March 1, 2007, and the parties shall exchange their initial disclosures on that date.

2. Plaintiffs shall move for class certification on or before March 20, 2007.

**Alternative Order Number One (Plaintiffs' Alternative):**

3.  Defendants shall file their opposition to Plaintiffs' motion for class certification within the time period provided under the Local Rules of this Court.

4.  Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for class certification within ten (10) business days of receipt of Defendants' opposition.

**Alternative Order Number Two (Defendants' Alternative):**

3.  Defendants shall file their opposition to Plaintiffs' motion for class certification within the time period provided under the Local Rules of this Court.

4.  Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for class within the time provided under the Local Rules of this Court.


5.  Any motion to add new defendants or to amend the pleadings shall be submitted on or before June 1, 2007.

6.  Fact discovery will close on January 2, 2008.

7.  Plaintiffs will produce expert reports, if any, on or before March 3, 2008.

8.  Defendants will produce expert reports, if any, on or before June 2, 2008.

9.  Plaintiffs will produce rebuttal expert reports, if any, on or before July 3, 2008.

10. Expert discovery will close on August 15, 2008.

11. The parties will file any motions for summary judgment on or before October 20, 2008.

12. The parties will file any opposition to motions for summary judgment on or before November 17, 2008.

13. The parties will file any reply in support of motions for summary judgment on or before December 8, 2008.

14. The Court will hold a hearing on summary judgment on or about December 17, 2008.

15. A pretrial conference will be held on or about January 5, 2009.

SO ORDERED.

Dated: _____

                                                         Richard J. Leon,
                                                        United States District Judge

### **List of Parties**

Matthew D. Slater
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  mslater@cgsh.com
Email:  lberger@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019