# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., | ) | |
| | ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, | ) | |
| v. | ) | Hon. Richard J. Leon |
| | ) | |
| East Coast Express Eviction, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## NOTICE OF ERRATA BY PLAINTIFFS HARRY JAKEYIA ASHFORD ET AL.

Plaintiffs submit this Notice of Errata to amend an error in the docketing of their Joint Motion for Order/Entry of Scheduling Order submitted jointly with defendant Butch Enterprises, Inc., on March 16, 2007 (Docket Item No. 84). Plaintiffs filed their Joint Motion for Entry of Scheduling Order through the Court's ECF system. Although Plaintiffs' filing included a Proposed Scheduling Order, the document that Plaintiffs docketed as the Proposed Order (Attachment #1 to Docket Item No. 84) was inadvertently a duplicate of Plaintiffs' Proposed Order (Attachment #1 to Docket Item No. 76) that had been submitted with Docket Item Number 76 on February 20, 2007. Accordingly, Plaintiffs submit the correct Proposed Scheduling Order to be attached to Docket Item No. 84, which is attached hereto as Exhibit A.

Dated: March 19, 2007

/s/ Larry C. Dembowski
Larry C. Dembowski
(D.C. Bar Number 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP,

hereby certify that:

On March 19, 2007, a copy of the foregoing Notice of Errata by Plaintiffs Harry Jakeyia

Ashford et al. and accompanying papers were served by electronic transmission through the

Court's CM/ECF System on the following parties:

> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, P.A.
> 10 N. Calvert Street, Suite 930
> Baltimore, MD 21202
> skinder@epcounsel.com
> Attorney for Bob Ward and A & A Cardinal Eviction

> J. Wyndal Gordon
> The Law Office of J. Wyndal Gordon, P.A.
> 10 North Calvert Street, Suite 930
> Baltimore, MD 21202
> jwgaattys@aol.com
> Attorney for Bob Ward and A & A Cardinal Eviction

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith

> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Defendant Butch Enterprises, Inc. and I.
> Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated:  March 19, 2007

_____/s/ Emily C. Capehart_____
Emily C. Capehart