## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,**        Plaintiffs<br><br>    v.<br><br>**EAST COAST EXPRESS EVICTION, et al.,**        Defendants. | Case No.: 1:06cv1561<br><br>Judge: Richard J. Leon |

### DEFENDANT BUTCH ENTERPRISES, INC.'s PRELIMINARY RULE 26 (a) DISCLOSURES

Defendant Butch Enterprises, Inc. (Butch), intends to call the following witnesses:

1. Irwin Staten, President of Butch Enterprises, Inc., 10332 Main Street, Fairfax, VA 22030;

2. Otto Hines, independant consultant/contractor, 1425 N Street, NW, WDC;

3. Derrick Gaskins, independant consultant/contractor, 1229 G Street, SE, WDC;

Both Mr. Hines and Mr. Gaskins picked up laborers for Butch, took them to jobs and organized jobs.

4. All plaintiffs;

5. All defendants, whether or not they settle prior to trial;

6. All witnesses identified as potential witnesses by any party, including witnesses that may be or have been identified by a defendant who has or later does settle prior to trial;

7. Anyone who deposition is taken by any plaintiff.

Defendant Butch Enterprises, Inc. (Butch), intends to introduce the following documents into evidence:

1. Independent contractor agreements signed by plaintiffs;

2. Any financial information regarding any plaintiff;

3. All corporate records of Butch's corporate organization (though not all corporate records);

4. All records produced by any plaintiff or any defendant;

5. All documents obtained in discovery and by any subpoena.

      Defendant Butch reserves the right to timely add to the above list if and when new witnesses with pertinent information, or additional pertinent documents become known and available.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    David E. Fox, Esq.
                                                    *Attorney for Defendant Butch Enterprises, Inc.*
                                                    1325 Eighteenth Street, NW, Suite 103
                                                    Washington, D.C. 20036
                                                    (202) 955-5300

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,** ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No.: 1:06cv1561 |
| v. ) | |
| ) | Judge: Richard J. Leon |
| **EAST COAST EXPRESS EVICTION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendant Butch Enterprises, Inc.,

Preliminary Rule 26 (a) Disclosures, were served by electronic transmission or via U.S. Mail to:

Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
phone: 202-974-1646
fax: 202-974-1999
http://www.clearygottlieb.com

J. Wyndal Gordon, Esq. and Stephanie D. Kinder, Esq.
*Attorneys for Defendant Bob Ward and
A & A Cardinal Eviction*
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202,

Gina M. Smith, Esq.
*Attorney for A 1 Eviction Services and Tanya Smith*
6801 Kenilworth Avenue, #400
Riverdale Park, Maryland 20730,

Lloyd J. Eisenberg, Esq.                    East Coast Express Evictions
*Attorney for Big Time Movers*              29 U Street, NW
10632 Little Columbia Parkway, Suite 430    Washington, DC 20001,
Columbia, Maryland 21044,

| | |
|---|---|
| Nelson Terry<br>29 U Street, NW<br>Washington, DC 20001, | Caroline Lanford<br>1112 Forty-eighth Street, NE<br>Washington, DC 20019, |
| All American Eviction Company<br>1112 Forty-eighth Street, NE<br>Washington, DC 20019, | Platinum Realtor Services, Inc.<br>6705 McKeldin Drive<br>Suitland, MD 20746 |
| Choya Lord rodriguez<br>6705 McKeldin Drive<br>Suitland, MD 20746 | Crawford & Crawford<br>200 55th Street, NE<br>Apt. #24<br>Washington, DC 20019 |
| Vincent Crawford<br>200 55th Street, NE<br>Apt. #24<br>Washington, DC 20019 | |

this   30th   day of   March  , 2007.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　David E. Fox, Esq.
　　　　　　　　　　　　　　　　　　*Attorney for Defendant I. Staten*
　　　　　　　　　　　　　　　　　　1325 Eighteenth Street, NW, Suite 103
　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　(202) 955-5300