# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

For the reasons set forth in the Joint Memorandum of Law in Support of Plaintiffs', A 1 Eviction Services, Inc.'s, and Tanya Smith's Motion for Preliminary Approval of Proposed Settlement submitted herewith, plaintiffs and defendants A 1 Eviction Services, Inc., and Tanya Smith jointly request that the Court issue an order (1) preliminarily approving the settlement they have reached, (2) conditionally certifying the settlement class, (3) approving the form and content of the proposed notice to the class, (4) approving a disbursement from the settlement fund to pay for notice, and (5) setting a date for a fairness hearing.

Dated: March 30, 2007

Respectfully submitted,

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **MEYERS, RODBELL & ROSENBAUM, P.A.** |
| /s/ Lee F. Berger_____ | /s/ Gina M. Smith, with permission/LFB |
| Lee F. Berger (D.C. Bar # 482435) | Gina Smith (D.C. Bar # 449353) |
| Matthew D. Slater (D.C. Bar # 386986) | 6801 Kenilworth Avenue |
| Larry C. Dembowski (D.C. Bar # 486331) | Suite 400 |
| 2000 Pennsylvania Avenue, N.W. | Riverdale Park, MD 20737-1385 |
| Suite 9000 | Tel: (301) 699-5800 |
| Washington, D.C. 20006 | Fax: (301) 779-5746 |
| Tel: (202) 974-1646 | |
| Fax: (202) 974-1999 | ATTORNEY FOR DEFENDANTS A 1 EVICTION SERVICES, INC. AND TANYA SMITH |
| ATTORNEYS FOR PLAINTIFFS | |

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On March 30, 2007, a copy of the foregoing Joint Motion for Preliminary Approval of Proposed Settlement and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Caroline Lanford
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>All American Eviction Company
>1112 48th Street, N.E.
>Washington, D.C. 20019
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Crawford & Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019
>
>Vincent Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

Dated: March 30, 2007                                     /s/ Emily C. Capehart_____
                                                                     Emily C. Capehart