# EXHIBIT B
# Part 1

AFFIDAVIT OF _Sinatra Adarr_

I, _Sinatra Adarr_, hereby affirm and state the following:

1. I currently live in _Franklin Shelter_, and have been living here since _3 months_.

2. The last eviction I performed took place on _December 2006_ at _ASE DC_. On that day, I was engaged to perform evictions and picked-up at approximately _9_ a.m. at _SOME_ by _(Brenda Robinson) Vincent_. The first eviction of the day began at _9:30_ a.m./p.m. and took place in _Livingston Gats_. I performed a total of _4_ evictions on this day. In total, I spent _2_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

_Livingston apartments NE_
_1 walkthrough_
_1 cancelled_.

Afterwards, I was dropped-off at approximately _1:00_ a.m./p.m. at _SOME_ by _Vincent_.

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day. I was paid a rate of _$5 per eviction_

1

ASH000001

5. Besides the evictions mentioned above, I have worked on at least ___*500*___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___*Maryland, Baltimore*___. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___*$5 per eviction*___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1 / 26 / 2007__    _(signature)_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
_(signature)_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000002

AFFIDAVIT OF _Alvin Baisey_

I, _Alvin Baisey_, hereby affirm and state the following:

1. I currently live in _1355 New York Ave NE_, and have been living here since _1 year_.

2. The last eviction I performed took place on _December 13_ at _Maryland/DC_. On that day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _New York + North Capitol_ by _Troy_. The first eviction of the day began at _9:00_ a.m./p.m. and took place in _Maryland and DC_. I performed a total of _6_ evictions on this day. In total, I spent _9_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _All took place off MLK Ave in SW DC_

Afterwards, I was dropped-off at approximately _4:30_ a.m./p.m. at _Gas Station North Capital / + Florida_ by _Troy_.

3. In addition to the time spent working at the eviction sites, _1-2_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _20_ for the entire day. I was paid a rate of _$5 per eviction_.

1

ASH000003

5. Besides the evictions mentioned above, I have worked on at least _150-250_ evictions in the past four years.  To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _DC and Maryland_.  To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5.00 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-25-07_ 2006.

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _25th_ day of _January_ , _2007_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000004

New York Ave Shelter



**ASH000005**

AFFIDAVIT OF _James Marlowe Barnister_

I, _James Barnister_, hereby affirm and state the following:

1. I currently live in _NY avenue Shelter_, and have been living here since _January 9/07_. Previously lived in CCNV shelter

2. The last eviction I performed took place on _January 17_ at _Laurel, Maryland_ _Queens apartments_. On that day, I was engaged to perform evictions and picked-up at approximately _9.30_ a.m. at _2nd and D Streets_ by _Donald Sanders (A1)_. The first eviction of the day began at _10.00_ a.m./p̶.m̶. and took place in _Queens Apartments_. I performed a total of _17_ evictions on this day. In total, I spent _6_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _Queens apartments_

   _____

   _____

   Afterwards, I was dropped-off at approximately _5.00_ a̶.m̶./p.m. at _CCNV_ by _Donald Sanders_.

3. In addition to the time spent working at the eviction sites, _1 hour_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _50 =_ for the entire day. I was paid a rate of _$ 6.15 per hour_.

1

ASH000006

5.  Besides the evictions mentioned above, I have worked on at least _3,000_

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____Maryland, DC,_____ .  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per job. Tania now pays minimum wage._
_In the past I have worked for Butch (driver) Tania, Terry_
_Otis, Otto, Dave, Anthony, Bill, Brenda Robinson,_
_Gloria, and they always paid $5 per job._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jan 19_ , 200~~9~~ 7  _[signature]_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _19th_ day of _January_ _2007_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000007

<u>AFFIDAVIT</u>

I, _Monté Berry_, hereby affirm and state the following:

1. I currently live at _801-East_, and have been living there since _2004_.

2. To the best of my memory, I have worked on a minimum of _120_ evictions in the past ~~four~~ two years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in DC / MD / ~~VA~~ (circle all that apply). The names of the drivers and companies I remember working for are: _Fats, Otto, Bill, Platinum, Baltimore_

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 apartment $10 house_.

3. The most recent day I performed an eviction was on _early January, 2007_ (date) at in DC / (MD) / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m./p.m. at _?_ (location) by _Father McKenzie's new driver_ (driver and vehicle). The first eviction of the day began at _9_ a.m./p.m. and took place in _nw Landover_ (location). I performed a total of _1 business_ evictions on this day. In total, I spent _2_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _2_ hours of my time were spent in transit in the company's van between eviction sites and _____ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _Business Location in Landover_

   _____

   _____

1

ASH000008

Afterwards, I was dropped-off at approximately _12.30_ ~~a.m.~~/p.m. at

_Near JOME_ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a
rate of $_10_ per eviction or $_____ for a package deal or $_____ per hour. At
the end of the day, I was paid a total of US$_10_ for the entire day.

5. The best mailing address where I can be reached at is:

_202 . 652 . 7706 (girlfried)_

6. A phone number where I can be reached at is: _____.

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/30/07_, 2007        x _Monte Berry_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _30th_ day of _January_, 2007
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000009

AFFIDAVIT OF _Stanley Billups_

I, _Stanley Billups_ hereby affirm and state the following:

1. I currently live in _New York Avenue Shelter_, and have been living here since _May 2006_ .cell phone is _(202) 341-1215_

2. The last eviction I performed took place on _Jan. 11, 2007_ at _NW DC (house) and other places (whole day)_. On that day, I was engaged to perform evictions and picked-up at approximately _8_ (a.m.) at _First & O st. (Somes)_ by _Mathews Otto in a blue van_. The first eviction of the day began at _9:15_ (a.m.)/p.m. and took place in _Conn. Ave. NW (DC)_. I performed a total of _5_ evictions on this day. In total, I spent _7_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   1) Conn. Ave. NW (DC) 2) Taylor St. NW, 3) Park Rd. NW 4) Lamont St. NW. A Total of 1 house and 4 apartments on that day.

   Afterwards, I was dropped-off at approximately _3:50_ a.m.(p.m.) at _5th and K St. NW_ by _3:30 pm (Otto driver)_.

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _20_ for the entire day. I was paid a rate of $ _____.

ASH000010

1

5.  Besides the evictions mentioned above, I have worked on at least _3 days a week from May 2006_
_to Thanksgiving 2006._
evictions in the past four years.  To the best of my memory, on each of these occasions I
was picked up at a location in the District of Columbia to perform evictions in

_monthly in DC (sometimes w/d)_ .  To the best of my memory, in
exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$2 an hour, $20 a day for at least 7 hours_
_I go on evictions with whomever comes by to pick up_
_(Otto) sometimes Butch in a U-Haul truck._
_Also Terry in 2 different vans (black) another is white._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01 - 19 -_ , 2007        _Stanley Billups_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires  14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 19th day of January 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000011

<u>AFFIDAVIT OF</u> *David Blake*

I, *David Blake* , hereby affirm and state the following:

1. I currently live in *925 13th St NW, D.C.* , and have been living here since *1 year* .

2. The last eviction I performed took place on *October 6, 2006* at *Montgomery County, MD* . On this day, I was engaged to perform evictions and picked-up at approximately *9:00* a.m. at <del>near</del> *SOME* by *Tanya Smith* . The first eviction of the day took place at *Montgomery County MD*, began at _____ a.m./p.m. and continued until _____ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _____ evictions on this day. These *the eviction did not occur so we came back* evictions took place at, respectively and in sequential order,

   *Montgomery County, MD.*

   _____

   _____

   Afterwards, I was dropped-off at approximately *11:00* a.m./p.m. at *SOME* by *Tanya Smith* .

3. In addition to the time spent working at the eviction sites, *1.75* hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of *2.00* hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000012

5. In exchange for the labor I provided to the eviction company, I was paid a total of

US$ _19.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _600_____

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_D.C, Maryland and Virginia_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per eviction_____.

_this last eviction was the first time I got paid more than $5_
_per eviction. I have worked also for EastCoast Eviction, All American, Butch_
I declare under penalty of perjury that the foregoing is true and correct. _Stanton, Bob Ward and others._

Executed on _Oct. 12_, 2006        _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 200 6
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000013

AFFIDAVIT OF _John Boone_

I, _John Boone_, hereby affirm and state the following:

1. I currently live in _1355 NY Avenue NE_, and have been living here since _1 1/2 years_.

2. The last eviction I performed took place on _10/10/06_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _7:30 a.m._ at _N Street NW_ by _Butler enterprises O+O Hines_. The first eviction of the day took place at _400 DC_, began at _9:00 a.m./p.m._ and continued until _9:20 a.m./p.m._ The last eviction of the day began at _1:00 a.m./p.m._ and continued until _1:20 a.m./p.m._ I performed a total of _5_ evictions on this day. These evictions took place at, respectively and in sequential order, _DC_

_____

_____

Afterwards, I was dropped-off at approximately _2:00 a.m./p.m._ at _N Street N_ by _O+O Hines_

3. In addition to the time spent working at the eviction sites, _2-3_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _6 1/2_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000014

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ _25_ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least _More than 50_

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_DC_ .  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$50 /eviction_ .
_Public housing    $7/eviction_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006        _John Pobul_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

<table>
<tr><td>District of Columbia SS<br>Subscribed and Sworn to before me, in my presence,<br>this _12th_ day of _October_ _2006_<br>_____<br>Austin A.B. Ownbey, Notary Public, D.C.<br>My commission expires April 14, 2011</td></tr>
</table>



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

**ASH000015**

AFFIDAVIT OF _Ulysses Boykin_

I, _Ulysses Boykin_, hereby affirm and state the following:

1. I currently live in _19 Eye Street NW, Washington DC_, and have been living here since _3-4 years_.

2. The last eviction I performed took place on _Oct 10_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _near 05th NW_ by _Butch_. The first eviction of the day took place at _DC_, began at _9:00_ a.m./p.m. and continued until _9:30_ a.m./p.m. The last eviction of the day began at _12:30_ a.m./p.m. and continued until _1:00_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _16th & Q_

   Afterwards, I was dropped-off at approximately _1:00_ a.m./p.m. at _N Jersey Ave & P_ by _Butch (driver is Otto)_

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _4_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000016

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ __15__ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least __80-90__ evictions in the past two years.  To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in __washington, Maryland, Virginia__ To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of __75 /person__ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct. 12__ , 2006    _Ulysee Bonf_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of October 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000017

AFFIDAVIT OF _Stuart Brewster_

I, _Stewart Brewster_, hereby affirm and state the following:

1. I currently live in _1355 Newton Ave NE_ and have been living here since _1 year_.

2. The last eviction I performed took place on _10/4/06_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _1st & N NW_ by _Butch Inc._. The first eviction of the day took place at _8:00 DC_, began at _9:30_ a.m./p.m. and continued until _11:30_ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _1_ evictions on this day. These evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _12:30_ a.m./p.m. at _1st & N_ by _Butch Inc._.

3. In addition to the time spent working at the eviction sites, _2 1/2_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _5_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000018

5. In exchange for the labor I provided to the eviction company, I was paid a total of

US$_____5_____ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _____50_____

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____DC_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _____$5 /eviction_____.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on Oct. 12, 2006        Stuart Brewster


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


Notary Public _____

Notary's printed name: _____

_____

District of Columbia SS
Subscribed and sworn to before me, in my presence,
this 12th day of October, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000019

AFFIDAVIT OF _Adonis Bryan_

I, _Adonis Bryan_, hereby affirm and state the following:

1. I currently live in _311 Seton Place, NE, DC._, and have been living here since _2 years_.

2. The last eviction I performed took place on _beginning of August 2006_ at _Southeast ~~the~~ Washington_ On this day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. ~~at~~ near _SOME_ by _Nelson Terry_. The first eviction of the day took place at _Southeast_, began at _9:15_ (a.m.)/p.m. and continued until _9:45_ (a.m.)/p.m. The last eviction of the day began at ~~2:00~~ a.m./(p.m.) and continued until _2:30_ a.m./(p.m.) I performed a total of _5_ evictions on this day. These evictions took place at, respectively and in sequential order, _all in the Southeast_

   Afterwards, I was dropped-off at approximately _3_ a.m./p.m. at _by 27 Ust NW_ by _Mr. Terry_.

3. In addition to the time spent working at the eviction sites, _2.50_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _6.50_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000020

5. In exchange for the labor I provided to the eviction company, I was paid a total of
US$ _20_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _35_
evictions in the past two years. To the best of my memory, on each of these occasions, I
was picked up at a location in the District of Columbia to perform evictions in
_D.C._ . To the best of my memory, in
exchange for the labor I provided to the eviction companies on these occasions, I was
paid at a rate of _$5 per eviction and usually not paid if the eviction didn't happen._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006    _Adam B_____

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_, _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expir    14 2011

2

ASH000021

AFFIDAVIT OF ~~Dat~~ Hosie Bryant

I, _Hosie Bryant_, hereby affirm and state the following:

1. I currently live in _CCNV_, and have been living here since _April 2006_.

2. The last eviction I performed took place on _beginning of August_ at _Southwest DC_. On that day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SOMB_ by _white truck_. The first eviction of the day began at _10:00 am_ ~~a.m./p.m.~~ and took place in _Southwest DC_. I performed a total of _1_ evictions on this day. In total, I spent _0.75_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   (1) _Southwest DC_

   Afterwards, I was dropped-off at approximately _2:30_ a.m./(p.m.) at _SOME_ by _the white truck_.

3. In addition to the time spent working at the eviction sites, _5.75_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$_5.00_ for the entire day. I paid a rate of _$5 per eviction and not paid when another eviction was cancelled_

1

ASH000022

5.  Besides the evictions mentioned above, I have worked on at least _____15_____

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____D. C._____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 for apartments, $7 per house_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/24_____, 2006

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 24th day of October, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

**ASH000023**

<u>AFFIDAVIT OF</u>  *Ralph A.Burton-Bey*

I, <u>Ralph Burton - Bey</u>, hereby affirm and state the following:

1. I currently live in <u>801-East MLK Sreter</u>, and have been living here since <u>7 yeas</u>.

2. The last eviction I performed took place on <u>October 11</u> at <u>Bowie MD</u>. On this day, I was engaged to perform evictions and picked-up at approximately <u>8·00</u> a.m. at <u>SOME</u> by <u>Vince</u>. The first eviction of the day took place at <u>Bowie</u>, began at <u>10</u> a.m./p.m. and continued until <u>10.30</u> a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of <u>One</u> evictions on this day. These evictions took place at, respectively and in sequential order, <u>Bowie MD</u>

_____

_____ .

Afterwards, I was dropped-off at approximately <u>11·30</u> a.m./p.m. at <u>SOME</u> by <u>Vince</u>.

3. In addition to the time spent working at the eviction sites, <u>2</u> hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of <u>3</u> hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000024

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

    US$ _7.00_ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least _10_

    evictions in the past two years.  To the best of my memory, on each of these occasions, I

    was picked up at a location in the District of Columbia to perform evictions in

    _Washington DC + Maryland_ . To the best of my memory, in

    exchange for the labor I provided to the eviction companies on these occasions, I was

    paid at a rate of _x 5 per eviction_ .


I declare under penalty of perjury that the foregoing is true and correct.


Executed on _October 12,_ 2006     _Ralph Avon Burton - Bey_


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_ , _200 6_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 1 2011

2

ASH000025

## AFFIDAVIT

I, _Antonio Cabbagestalk_, hereby affirm and state the following:

1. I currently live at _501 Shelter_, and have been living there since _3 months_.

_Drivers_
_Forty-brother_
_Forty-sister_
_Regina_

2. To the best of my memory, I have worked on a minimum of _200_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC / MD / VA (circle all that apply).

The names of the drivers and companies I remember working for are: _BMV —_
_Botch, Otto, Fats, AJ_.

To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 / eviction_ or _packs for $2_.

_Forty drove_
_a box truck_

3. The most recent day I performed an eviction was on _Fall 2006_ (date) at in DC / (MD)/ VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _7_ (a.m)/p.m. at _K st. + 5th_ (location) by _Regina (burgandy Van)_ (driver and vehicle). The first eviction of the day began at _9_ (a.m)/p.m. and took place in _SE DC_ (location). I performed a total of _3_ evictions on this day. In total, I spent _____ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _____ hours of my time were spent in transit in the company's van between eviction sites and _30 min._ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

_SE DC; trash out in MD_

1

ASH000026

Afterwards, I was dropped-off at approximately _____ a.m./p.m. at

K & 5th _____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ 5 per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ 35 for the entire day. + $20 for trash out

5. The best mailing address where I can be reached at is:

12630 Veirs Mill Rd.
Rockville, MD
28 20853

301-312-7461 (cell)

6. A phone number where I can be reached at is: 301-949-9358 (mom)

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

He's working for A-1, now. Butch would sometimes pay people ~~not~~ who didn't work because the driver knows them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-20 , 2007     x Anthony Callender

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This 20th day of February , 2007

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commiss...xpires April 14, 2011

2

ASH000027

AFFIDAVIT OF _Jerome Marshall Carter_

I, _Jerome Carter_, hereby affirm and state the following:

1. I currently live in _the Franklin Shelter_, and have been living here since _2 ½ years_.

2. The last eviction I performed took place on _about 2 months ago_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _7:30_ a.m. at _SOME_ by _Troy in Uttant_. The first eviction of the day took place at _Maryland_, began at _1:00_ a.m./p.m. and continued until _2:30_ a.m./p.m. The last eviction of the day began at _N/A_ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _one_ evictions on this day. These evictions took place at, respectively and in sequential order,

_One in Maryland_

_____

_____

Afterwards, I was dropped-off at approximately _3:30_ a.m./p.m. at _SOME_ by _Troy_.

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _8._ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000028

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _at least 35-40_

evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _picked up at SOME worked in in DC, maryland, Baltimore and Virginia_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 per eviction in DC and VA $10 per eviction in Maryland_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 20_, 2006    _Jerome W Culen_

SUBSCRIBED AND SWORN TO BEFORE ME, this _20_ th day of ~~August~~ _October_, 2006.

_Cheyenne K. Cashin_
Notary Public

Notary's printed name:

_Cheyenne K. Cashin_

**CHEYENNE K. CASHIN**
**District of Columbia**
**Commission Expires: January 31, 2009**

2

ASH000029

AFFIDAVIT OF _Charles COX_

I, _Charles Cox_, hereby affirm and state the following:

1. I currently live in _B55 NY ave shelter_, and have been living here since _One year_.

2. The last eviction I performed took place on _April 2006_ at _SE+ NE washington DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SOME_ by _Otis_. The first eviction of the day took place at _# washington DC_ began at _9·30_ a.m./p.m. and continued until _10.30_ a.m./p.m. The last eviction of the day began at _11·00_ a.m./p.m. and continued until _11.30_ a.m./p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order, _NE and SE washington DC_

_____

_____

Afterwards, I was dropped-off at approximately _1·00_ a.m./p.m. at _SOME_ by _Otis_.

3. In addition to the time spent working at the eviction sites, _½_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _2_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000030

5. In exchange for the labor I provided to the eviction company, I was paid a total of

   US$ __10__ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___one___

   evictions in the past two years. To the best of my memory, on each of these occasions, I

   was picked up at a location in the District of Columbia to perform evictions in

   ___Washington DC___. To the best of my memory, in

   exchange for the labor I provided to the eviction companies on these occasions, I was

   paid at a rate of ___#5 per eviction___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 12___, 2006        _Charles Cox_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of October, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000031

AFFIDAVIT OF Robert Dancey

I, Robert Dancey, hereby affirm and state the following:

1. I currently live in 801 St. Elizabeth ~~Martin Luther King~~ shelter, and have been living here since ~~~~ Jan. 2005

2. The last eviction I performed took place on June 28th at DC and MD. On this day, I was engaged to perform evictions and picked-up at approximately 7:30 a.m. at North Capitol & O st by Platinum (Realtor) The first eviction of the day took place at MD, began at 11:30 a.m./p.m. and continued until 11:45 a.m./p.m. The last eviction of the day began at 2 a.m./p.m. and continued until 2:20 a.m./p.m. I performed a total of 3 evictions on this day. These evictions took place at, respectively and in sequential order,

_I was on Southern Ave._

_____

_____

_____

Afterwards, I was dropped-off at approximately 3:15 a.m./p.m. at Michigan Ave & North Capitol Ave by _____.

3. In addition to the time spent working at the eviction sites, 3 hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of 3 hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000032

5. In exchange for the labor I provided to the eviction company, I was paid a total of

US$ _20_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___50 .___

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___DC + MD___ . To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___# $ 5 - 10 per job.___ .


I declare under penalty of perjury that the foregoing is true and correct.


Executed on _June 29th_, 2006


SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.


Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 29th day of June, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000033

AFFIDAVIT OF _ANDREW DAVIS_
SSN 578788 259

I, _ANDREW DAVIS_, hereby affirm and state the following:

1. I currently live in _FRANKLIN SQUARE_, and have been living here since _13th & K St._ _every so often for a year to 2 years._

2. The last eviction I performed took place on _Maryland_ at _a house_ _in Baltimore_ _in January 2004_. On that day, I was engaged to perform evictions and picked-up at approximately _6:30_ a.m. at _New York Avenue_ by _Cromwell Shelter_. The first eviction of the day began at _8_ ~~a.m.~~/p.m. and took place in _a house in Baltimore_. I performed a total of _3_ evictions on this day. In total, I spent _8_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   1) _A house in Baltimore_, 2) _another place (video store)_ _in Michigan Avenue, N.E. Other places (do not remember)_
   * _I was picked up by Butch in a White Bus (his company is in left_

   Afterwards, I was dropped-off at approximately _4_ ~~a.m.~~/p.m. at _Cromwell Shelter_ by _4 pm at New York Avenue_

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15.00_ for the entire day. I was paid a rate of _$5/hour_.

   _I did evictions for about 7 months in 2004._ _I also was picked up by a guy named Paul in a Van ground_

1

ASH000034

5. Besides the evictions mentioned above, I have worked on at least _70 plus evictions but only in 2004_ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in

_Baltimore, sometimes in DC, NE_ . To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 hour or just $15 for the day._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 19_, 2007    _Andrew Davis_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _19th_ day of _January_, _2007_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000035

<u>AFFIDAVIT OF</u>  *DAVID DAWKINS*

I, ___*David Dawkins*___, hereby affirm and state the following:

1. I currently live in ___*423 Jefferson Street NW*___, and have been living here since
   *Homeless mailing address*
   _____.

2. The last eviction I performed took place on ___*early January 2007*___ at
   ___*DC - NE*___. On that day, I was engaged to perform evictions and
   picked-up at approximately ___*9*___ a.m. at ___*SOME*___ by
   ___*East Coast (Otis)*___. The first eviction of the day began at ___*10.30*___
   a.m./~~p.m.~~ and took place in ___*NE*___. I performed a total of
   ___*2*___ evictions on this day. In total, I spent ___*2 1/2*___ hours actually performing the
   evictions. These evictions took place at, respectively and in sequential order,
   ___*both in NE - apartment block*___
   _____
   _____

   Afterwards, I was dropped-off at approximately ___*5*___ ~~a.m.~~/p.m. at
   ___*P + N. Capital*___ by ___*Otis*___.

3. In addition to the time spent working at the eviction sites, ___*5 1/2*___ hours of my
   time were spent in transit in the company's van between eviction sites, waiting for the
   next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
   US$ ___*10*___ for the entire day. I was paid a rate of ___*$5 per eviction*___

1

ASH000036

5.  Besides the evictions mentioned above, I have worked on at least ___4___

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____DC_____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 per eviction._____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/26/07 ~~2008~~          David Dawkins

                                        202. 841. 2275  (cell)



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000037

## AFFIDAVIT

I, _Garcia Day_, hereby affirm and state the following:

1. I currently live at _2750 Lawren Dr D Smith (Hights, MD)_ and have been living there since _2 years_.

2. To the best of my memory, I have worked on a minimum of ___2___ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in DC / (MD) / VA (circle all that apply). The names of the drivers and companies I remember working for are: _____
   _Brenda    Brown Van ; Chris  Uhaul Truck_.
   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 /eviction_

3. The most recent day I performed an eviction was on _December 2005_ (date) at in (DC) /MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _7:30_ a.m./p.m. at _SOME_ (location) by _Chris U-Haul Truck_ (driver and vehicle). The first eviction of the day began at _9:30_ a.m./p.m. and took place in _DC ; NW_ (location). I performed a total of ___1___ evictions on this day. In total, I spent _6_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _2_ hours of my time were spent in transit in the company's van between eviction sites and _2_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):
   _One location._
   _Unload Trash from building & then Place elsewhere_

1

ASH000038

Afterwards, I was dropped-off at approximately _6:30_ a.m./p.m. at

_Vamon + N. Capitol St_ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _____ per eviction or $ _20_ for a package deal or $ _____ per hour. At

the end of the day, I was paid a total of US$ _20_ for the entire day.

5. The best mailing address where I can be reached at is:

_2750 Corring Dr. #204_

_District Heights, MD 20747_

_____

6. A phone number where I can be reached at is _( 301 ) 420-1313._

7. An email address where I can be reached at is: _____

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

_/ eviction - involved removing tenants & belongings_
_and disposing of same._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _30th_ , 2007    X _Marvin D. Dy___

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _30th_ day of _January_ , 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000039

<u>AFFIDAVIT OF</u> _Gerald Dobbins_

I, _Gerald Dobbins_ , hereby affirm and state the following:

1. I currently live in _1309 Columbia Rd NW_ #309 with daughter, and have been living here since _3 years_ .

2. The last eviction I performed took place on _December 2006_ at _Maryland + SE_ . On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _SOME_ by _(Terry) David_ . The first eviction of the day began at _10:00_ a.m./p.m. and took place in _Maryland_ . I performed a total of _3_ evictions on this day. In total, I spent _3_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _____

   _____

   _____

   Afterwards, I was dropped-off at approximately _2:00_ a.m./p.m. at _1st + U_ by _David Richardson_ .

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15_ for the entire day. I was paid a rate of _$5 per eviction_ .

1

ASH000040

5. Besides the evictions mentioned above, I have worked on at least ____*95*____

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____*maryland*_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ____*$5 per eviction*_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *1/26/07*, 2006

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this *26th* day of *January* *2007*

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000041

AFFIDAVIT OF _Thomas Dobbins_

I, _Thomas Dobbins_, hereby affirm and state the following:

1. I currently live in _on the street in D.C._, and have been living here since _5 years_.

2. The last eviction I performed took place on _October 11, 2006_ at _Centerville, MO_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SOME_ by _"Ruff and Tuff" by Dave_. The first eviction of the day took place at _Centerville, MO_, began at _10:00_ a.m./p.m. and continued until _10:30_ a.m./p.m. ~~The last eviction of the day began at~~ _____ ~~a.m./p.m. and contiated until~~ _____ ~~a.m./p.m.~~ I performed a total of _1_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Centerville, MO_

   _____

   _____

   Afterwards, I was dropped-off at approximately _12:00_ a.m./p.m. at _SOME_ by _Dave_.

3. In addition to the time spent working at the eviction sites, _3.50_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _4:00_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000042

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _7.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _125_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _D.C., Maryland and Virginia_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _sometimes $5 per eviction, sometimes $10 per eviction._


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006          _Thoms Dolis_


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_ ,2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000043

<u>AFFIDAVIT OF</u> _____

I, _John Douglas_ , hereby affirm and state the following:

1. I currently live in ___DC_____ , and have been living here since
_all life_____ .

2. The last eviction I performed took place on ___last month____ at
___DC_____ . On that day, I was engaged to perform evictions and
picked-up at approximately _6:30_ a.m. at ___SOME_____ by
_Barbara_____ . The first eviction of the day began at _9_
a.m./p.m. and took place in ___DC_____ . I performed a total of
___2____ evictions on this day. In total, I spent _4.5_ hours actually performing the
evictions. These evictions took place at, respectively and in sequential order,
_NE_____
_NE_____
_____

Afterwards, I was dropped-off at approximately _12:30_ a.m./p.m. at
___SOME_____ by _____ .

3. In addition to the time spent working at the eviction sites, _1/2 time_ hours of my
time were spent in transit in the company's van between eviction sites, waiting for the
next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
US$ _10___ for the entire day. I was paid a rate of _5/ eviction_

1

ASH000044

5. Besides the evictions mentioned above, I have worked on at least _____8_____

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_DC_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ____$5 /eviction - $10/_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/26/07_, 2006⁷    John B. Douglas

District of Columbia  SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January , 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000045