# EXHIBIT B
# Part 2

<u>AFFIDAVIT</u>

I, _Derek Downs_ , hereby affirm and state the following:

1. I currently live at _425 2nd St. (CCMV)_ , and have been living there
   since _Feb. 2006_ .

2. To the best of my memory, I have worked on a minimum of _3_ evictions
   in the past four years. On each of these occasions, I was picked up at a location in the
   District of Columbia to perform evictions in DC / MD / VA (circle all that apply).
   The names of the drivers and companies I remember working for are: _a U-Haul_

   To the best of my memory, in exchange for the labor I provided to the eviction
   companies on these occasions, I was generally paid at a rate of _$5 all day_ .

3. The most recent day I performed an eviction was on _Aug. 2006_ (date) at
   in DC / MD / VA (circle all that apply). On that day, I was engaged to perform
   evictions and picked-up at approximately _8_ a.m./p.m. at _Some_
   (location) by _a guy in a U-Haul_ (driver and vehicle). The first eviction
   of the day began at _10_ a.m./p.m. and took place in _N.E. DC_ (location).
   I performed a total of _1_ evictions on this day. In total, I spent _5_ hours
   actually performing the evictions. In addition to the time spent working at the eviction
   sites, _3.5_ hours of my time were spent in transit in the company's van between
   eviction sites and _2.5_ hours of my time were spent waiting for the next eviction
   assignment or awaiting payment from the eviction company. The evictions I participated
   with took place at, respectively and in sequential order (locations):
   _N.E. DC in a U-Haul._

ASH000046

Afterwards, I was dropped-off at approximately __1__ a.m./p.m. at
_Maryland Ave. N.E. DC_ (location).

4.  In exchange for the labor I provided to the eviction company on this day, I was paid at a
    rate of $_5.00_ per eviction or $_5.00_ for a package deal or $_____ per hour. At
    the end of the day, I was paid a total of US$_5.00_ for the entire day.

5.  The best mailing address where I can be reached at is:

    _CCMV_
    _____
    _____
    _____

6.  A phone number where I can be reached at is: _____.

7.  An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _2/20_, 2007    x _Derek W. Downes_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _20th_ day of _February_, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC ~ OF COLUMBIA
My Commission ι ι4, 2011

2

ASH000047

AFFIDAVIT OF _Marty Ferguson_

I, _Marty Ferguson_, hereby affirm and state the following:

1. I currently live in _801 East MLK Ave_, and have been living here since _2 years_.

2. The last eviction I performed took place on _Jan 17_ at _Alabama Ave SE_. On that day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _1st + M st_ by _Fats_. The first eviction of the day began at _9:15_ a.m./p.m. and took place in _DC and MD_. I performed a total of _4_ evictions on this day. In total, I spent _3_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _2 in Temple Hills, 1 SE_

Afterwards, I was dropped-off at approximately _2:00_ a.m./p.m. at _MLK Ave_ by _Fats_.

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _17_ for the entire day. I was paid a rate of _$5 per eviction_

1

ASH000048

5. Besides the evictions mentioned above, I have worked on at least _30 - 40_

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_MD, DC, VA_ . To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per eviction_ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/25/07_ , 2007



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 25th day of January 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000049

P.O. Box 628
Oxon Hill, MD 20745



ASH000050

AFFIDAVIT OF _Richard Footman_

I, _Richard_ , hereby affirm and state the following:

1. I currently live in _19_ , _Eye St. NW_ , and have been living here since _5-6 years_ .

2. The last eviction I performed took place on _Friday Jan 12_ at _suburbs, MD_ . On that day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _19 Eye St._ by _Terry_ . The first eviction of the day began at _9_ a.m./p.m. and took place in _MD_ . I performed a total of _1_ evictions on this day. In total, I spent _3_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _____

   _____

   _____

   Afterwards, I was dropped-off at approximately _12_ a.m./p.m. at _North Cap._ by _____ .

3. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day. I was paid a rate of _$10 /eviction_

1

**ASH000051**

5.  Besides the evictions mentioned above, I have worked on at least ___*160*___

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___*DC, MD, + VA*___.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___*$5 / eviction*___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _*1-19-07*_, 200~~8~~7    *Richard foatryn*

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this *19th* day of *January*    *2007*

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

ASH000052

<u>**AFFIDAVIT**</u>

I, _Alan Ford_____, hereby affirm and state the following:

1. I currently live at _601 Edgewood Dr. DC_, and have been living there

   since _1 month_____.

2. To the best of my memory, I have worked on a minimum of _50_____ evictions

   in the past four years. On each of these occasions, I was picked up at a location in the

   District of Columbia to perform evictions in _DC_ / _MD_ / VA (circle all that apply).

   The names of the drivers and companies I remember working for are: _____

   _Gloria, Vince_____.

   To the best of my memory, in exchange for the labor I provided to the eviction

   companies on these occasions, I was generally paid at a rate of _$5/eviction___.

3. The most recent day I performed an eviction was on _August 2006_ (date) at

   in _DC_ / _MD_ / VA (circle all that apply). On that day, I was engaged to perform

   evictions and picked-up at approximately _7:30_ a.m./p.m. at _SOME_____

   (location) by _Gloria Van Van 1990-95_ (driver and vehicle). The first eviction

   of the day began at _8:00_ a.m./p.m. and took place in _Hyattsville, MD_ (location).

   I performed a total of _3_____ evictions on this day. In total, I spent _3___ hours

   actually performing the evictions. In addition to the time spent working at the eviction

   sites, _2,25_ hours of my time were spent in transit in the company's van between

   eviction sites and _30 minutes_ hours of my time were spent waiting for the next eviction

   assignment or awaiting payment from the eviction company. The evictions I participated

   with took place at, respectively and in sequential order (locations):

   _Hyattsville — Baltimore — DC_____

   _____

   _____

1

ASH000053

Afterwards, I was dropped-off at approximately _1:30_ a.m./p.m. at

_SOME_____ (location).

4.  In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $_5___ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$_~~$125~~_ for the entire day.

5.  The best mailing address where I can be reached at is:

_____        Sixtus (202) 396 0576
_____        Aunti
_____

6.  A phone number where I can be reached at is: _(202) 232-6248_.

7.  An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

$5/ house — DC
$10/ house - MD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/30/_, 2007    X _[signature]_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _30th_ day of _January_, 2007
_[signature]_
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000054

AFFIDAVIT OF _Armando Franklin_

I, _Aranford Franklin_, hereby affirm and state the following:

1. I currently live in _Franklin Shelter_, and have been living here since _October, 2005_.

2. The last eviction I performed took place on _Summer 2005_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _8.00_ a.m. at _Some_ by _Short/Stocky in parch Truck_. The first eviction of the day took place at _Maryland_, began at _10.00_ a.m./p.m. and continued until _____ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _One_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Maryland_

   _____

   Afterwards, I was dropped-off at approximately _12 Noon_ a.m./p.m. at _North Capitol and Michigan_ by _____.

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _4_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000055

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___3___ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Maryland and DC_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$10 for the whole day_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006                    _(signature)_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
_(signature)_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011



2

**ASH000056**

AFFIDAVIT OF _Thomas, Green_

I, _Thomas Green_ , hereby affirm and state the following:

1. I currently live in _Adam Place shelter_ , and have been living here since _2 months_ .

2. The last eviction I performed took place on _January 24_ at _Malboro Pike PG County_ On that day, I was engaged to perform evictions and picked-up at approximately _9:00_ a.m. at _N st + 1 st_ by _Butch (Auto)_ . The first eviction of the day began at _9:00 a.m_ ~~a.m.~~/p.m. and took place in _Maryland_ . I performed a total of _8_ evictions on this day. In total, I spent _4_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _Marlboro Pike apartment complex_

Afterwards, I was dropped-off at approximately _1:30_ a.m./~~p.m.~~ at _New Jersey Ave + K st_ by _Auto_ .

3. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _30_ for the entire day. I was paid a rate of _9 evictions for $30_

1

ASH000057

5. Besides the evictions mentioned above, I have worked on at least _____*100 +*_____

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____*Maryland, DC and Virginia*_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _____*$5 per eviction*_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____*1-26-07*_____  _____*Thomas Green*_____.



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011


AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

ASH000058

AFFIDAVIT OF _Dewey, Greene_

I, _____, hereby affirm and state the following:

1. I currently live in ____DC_____, and have been living here since
____5 years____.

2. The last eviction I performed took place on _Tuesday 1/24_ at
____MD_____. On that day, I was engaged to perform evictions and
picked-up at approximately _8 30_ a.m. at ____Some_____ by
____Fats____. The first eviction of the day began at _9:15_
a.m./p.m. and took place in ____MD_____. I performed a total of
__2__ evictions on this day. In total, I spent _3_ hours actually performing the
evictions. These evictions took place at, respectively and in sequential order,
_Rockville, MD_____
_____
_____

Afterwards, I was dropped-off at approximately _1:30_ a.m./p.m. at
____Some____ by ____Fats_____.

3. In addition to the time spent working at the eviction sites, _1 hr_____ hours of my
time were spent in transit in the company's van between eviction sites, waiting for the
next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
US$ _15_ for the entire day. I was paid a rate of _____.

1

ASH000059

5. Besides the evictions mentioned above, I have worked on at least ___30___ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in __DC & MD_____. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of __$5 / eviction_____.

(Mail) 1355 New York Ave NE
Wash, D.C. 20002

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-26___, 2006̶7

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000060

<u>AFFIDAVIT OF</u> _____

I, _Malcolm Grooms_ , hereby affirm and state the following:

1. I currently live in _1355 NY Ave_ , and have been living here since _2 yrs_ .

2. The last eviction I performed took place on _Month ago_ at _NW_ . On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _some_ by _Gloria_ . The first eviction of the day began at _9:30_ a.m./p.m. and took place in _NW_ . I performed a total of _2_ evictions on this day. In total, I spent _4_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _NW_ _____

   _____

   _____

   Afterwards, I was dropped-off at approximately _1:00_ a.m./(p.m.) at _some_ by _Gloria_ .

3. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$_10_ for the entire day. I was paid a rate of _$ 5 / eviction_ .

1

ASH000061

*[handwritten: 60 evichings pickups]*

5. Besides the evictions mentioned above, I have worked on at least _*20 in 2006*_

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____*SOME*_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _*$5 ~~$100~~ apt*_ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _*1 26*_ , 200*7* *[signature]*

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _26th_ day of _January_ , _2007_

_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000062

## AFFIDAVIT OF _Patrick Hawkis_

I, _Patrick Hawkis_, hereby affirm and state the following:

1. I currently live at _on the street in DC_, and have been living here since _19 years_.

2. The last eviction I performed took place on _Summer 2004_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _7:30_ a.m. at _9:30 club, 65 street_ by _White Van_. The first eviction of the day took place at _Maryland_, began at _8:30_ (a.m.)/p.m. and continued until _9:45_ (a.m.)/p.m. The last eviction of the day began at _1:00_ a.m./(p.m.) and continued until _3:00_ a.m./(p.m.) I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order, _all in Maryland._

Afterwards, I was dropped-off at approximately _4:00_ a.m./(p.m.) at _9:30 club_ by _white Van_.

3. In addition to the time spent working at the eviction sites, _3.75_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _8.50_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000063

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ __15.00__ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least __1__

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____Maryland, and DC._____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of __$5.00 per evct._____.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on __Oct. 12__, 2006     _Patrick Hawkins 16_


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


_____
Notary Public

Notary's printed name:


_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of __October__, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011




AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000064

## AFFIDAVIT

I, *Melvin Hawkins* hereby affirm and state the following: *and 13th Street (Franklin Shelter)*

1. I currently live at *New York Ave (Shelter)*, and have been living there

   since *2004* .

2. To the best of my memory, I have worked on a minimum of *3 or 4 Times a week since 1980 and went about 1st eviction* evictions *year went 1st eviction*

   in the past four years. On each of these occasions, I was picked up at a location in the

   District of Columbia to perform evictions in DC / MD / VA (circle all that apply).

   The names of the drivers and companies I remember working for are: *Auto and*
   *Terry (owner) in DC. Now work mostly w/ A1 (pays $7 hour)*

   To the best of my memory, in exchange for the labor I provided to the eviction

   companies on these occasions, I was generally paid at a rate of *$5 a day, sometimes a $25 "package" deal*

3. The most recent day I performed an eviction was on *2nd week of January* (date) at

   in (DC)/(MD)/(VA) (circle all that apply). On that day, I was engaged to perform

   evictions and picked-up at approximately *8:00* (a.m.)/p.m. at *Dunbar High School (1st St.) N.W.*

   (location) by *Butch / Auto in a white van* (driver) and vehicle. The first eviction

   of the day began at *9* (a.m.)/p.m. and took place in *MD later back to evict in DC* (location).

   I performed a total of *2* evictions on this day. In total, I spent *5* hours

   actually performing the evictions. In addition to the time spent working at the eviction

   sites, *3* hours of my time were spent in transit in the company's van between

   eviction sites and *2, waiting for next eviction* hours of my time were spent waiting for the next eviction

   assignment or awaiting payment from the eviction company. The evictions I participated

   with took place at, respectively and in sequential order (locations):

   *In M/d, then came back to DC in SE (apartment).*

1

ASH000065

Afterwards, I was dropped-off at approximately _2 or 3pm_ a.m./p.m. at *sometimes you wait an hour to get your money.*

_Dunbar High_ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ _5_ per eviction or $ _25_ *for about 9 to 10 jobs.* for a package deal or $ _2.50_ per hour. At the end of the day, I was paid a total of US$ _25.00_ for the entire day. *(9 to 10 jobs)*

5. The best mailing address where I can be reached at is:

   _New 9:30 Club_

6. A phone number where I can be reached at is: _None_

7. An email address where I can be reached at is: _____

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

DCID# 9980

Executed on _02/20/07_ 2007      X _[signature]_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _20th_ day of _February_ , 2007

_[signature]_
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000066

AFFIDAVIT OF _Tyrone Hendricks_

I, _Tyrone Hendricks_, hereby affirm and state the following:

1. I currently live in _CCNV shelter_, and have been living here since _11 months_.

2. The last eviction I performed took place on _last week_ (_October 18_) at _Washington DC SE_. On that day, I was engaged to perform evictions and picked-up at approximately _8.30_ a.m. at _SOME_ by _Bill in a dark Green van_. The first eviction of the day began at _9.00_ a.m./p.m. and took place in _SE Washington_. I performed a total of _5_ evictions on this day. In total, I spent ___ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

_1- 4 in Washington SE with Bill. Then was out for a fight with Bills partner S. Bowie, Maryland - had to wait 45 minutes for sheriff to arrive._

Afterwards, I was dropped-off at approximately _3.30_ a.m./p.m. at _DC Municipal Building_ by _Bill's partner_.

3. In addition to the time spent working at the eviction sites, _about 2_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$_25.00_ for the entire day. I was paid a rate of _$5.00 per eviction_.

1

ASH000067

5.  Besides the evictions mentioned above, I have worked on at least ___*14*___

evictions in the past four years.  To the best of my memory, on each of these occasions, I

*(SOME)*

was picked up at a location in the District of Columbia to perform evictions in

___*S.E. in The projects*___ .  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___*$5 per eviction*___ .

*I Have also worked for Terry (East Coast)
and Brenda.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*10/24*___ , 2006       *Tyrone Hendricks Jr*

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 24th day of *October* , 200 6
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000068

AFFIDAVIT OF _Robert Howard_

I, _Robert Howard_, hereby affirm and state the following:

1. I currently live in _On the streets_, and have been living here since _one year_.

2. The last eviction I performed took place on _March 2006_ at _Washington DC SW_. On this day, I was engaged to perform evictions and picked-up at approximately _6.00_ a.m. at _SOME_ by _Fats_. The first eviction of the day took place at _Washington DC SW_, began at _9.30_ a.m./p.m. and continued until _____ a.m./p.m. The last eviction of the day began at _3.30_ a.m./p.m. and continued until _4.15_ a.m./p.m. I performed a total of _7_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Washington DC SW_

   _4 ~~houses~~ apartments_

   _3 houses_

   Afterwards, I was dropped-off at approximately _~~4.30~~ 4.30_ a.m./p.m. at _5th + NY Avenue_ by _Fats_.

3. In addition to the time spent working at the eviction sites, _2 hours_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _____ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000069

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _22_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___20___ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Washington DC + Maryland (Dave)_ To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___$5 per eviction___.

_package deal of $22.00 for 5 jobs_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006    _Robert T. Howard_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000070

AFFIDAVIT OF _Michael Hudgens_

I, _Michael Hudgens_, hereby affirm and state the following:

1. I currently live in _1221 M Street NW #718_, and have been living here since _2½ years_.

2. The last eviction I performed took place on _October 11/06_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _7:30_ a.m. at _1st and N_ by _Butch's company_. The first eviction of the day took place at _Maryland_, began at _11:00_ a.m./p.m. and continued until _11:15_ a.m./p.m. The last eviction of the day began at _11:30_ a.m./p.m. and continued until _12:00_ a.m./p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Same Apartments complex in Maryland_

   _____

   Afterwards, I was dropped-off at approximately _1:00_ a.m./p.m. at _1st and N_ by _Butch's Company_.

3. In addition to the time spent working at the eviction sites, _½_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _2 hrs_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000071

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10._ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _200_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Washington DC + Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006    _Michl Higgins_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

Notary Public

Notary's printed name:

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_, _2006_

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000072

AFFIDAVIT OF _Darnell Jackson_

I, _Darnell Jackson_, hereby affirm and state the following: _20030 (father's house)_

1. I currently live in _1920 Jackson Place, NE Wash. DC_, and have been living here since _25 years_.

2. The last eviction I performed took place on _Minnesota Avenue, SE_ _went w/ Bill in a Ryder rental truck on 9/18/06_ at _Gone to do evictions about 20 times in 2006_. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _Somes_ by _Bill_. The first eviction of the day began at _8:30 a.m._ a.m./p.m. and took place in _Minnesota Avenue, SE_ I performed a total of _3_ evictions on this day. In total, I spent _8_ hours actually performing the _at $5 a house_ evictions. These evictions took place at, respectively and in sequential order, _Penn Ave., SE and Portlane Place, SE_

Afterwards, I was dropped-off at approximately _4_ a.m./**p.m.** at _Somes_ by _Bill (Ryder rental truck_ _Waited for the marshall about 2 to 3 hours, and_

3. In addition to the time spent working at the eviction sites, _1 hour for last one._ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15.00_ for the entire day. I was paid a rate of _$5 per house_.

1

ASH000073

5. Besides the evictions mentioned above, I have worked on at least ___*50 evictions*___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___*S.E. Wash. DC*___. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___*$ 5.₀₀*___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __*10 - 31-06*__, 2006        *Darnell Jackson*

District of Columbia: SS
Subscribed and Sworn to before me, in my presence,
this _31st_ day of _October_, _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000074

AFFIDAVIT OF _Donald A. Jackson_

I, _Donald A. Jackson_, hereby affirm and state the following:

1. I currently live in _1533 New York Ave NE_, and have been living here since _2 years_.

2. The last eviction I performed took place on _October 4_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8:30 a.m._ at _1st & N NW_ by _Fast Coast Evictions_. The first eviction of the day took place at _11:30-11:00 in DC_, began at _11:30 a.m._/p.m. and continued until ____ a.m./p.m. The last eviction of the day began at ____ a.m./p.m. and continued until ____ a.m./p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _2- Maryland (PG county) - cancelled "package deal" - all day for $30 but most were cancelled & only paid for 2 - $10_

   Afterwards, I was dropped-off at approximately _3:30 a.m./p.m._ at ____ by ____.

3. In addition to the time spent working at the eviction sites, _4 1/2_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _6 1/2 - 7_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

**ASH000075**

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _50 – 60_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _DC, Maryland, Im Virginia_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___$5 / uicum___.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006          _Donald A. Jackson_


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


Notary Public

Notary's printed name:

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000076

AFFIDAVIT OF _Xavier James_

I, _Xavier James_, hereby affirm and state the following:

1. I currently live in _on the street_, and have been living here since _last 3years_.

2. The last eviction I performed took place on _June 28th_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _7:30_ a.m. at _1st St. and NY Ave._ by _____. The first eviction of the day took place at _____, began at _8:15_ a.m./p.m. and continued until

@ . _8:20_ (a.m.)/p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _4_ a.m./(p.m.) I performed a total of _7._ evictions on this day. These evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _5_ a.m./(p.m.) at _1st and NY Ave_ by _Same truck._

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _____ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000077

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ __35__ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least ____50____

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

__DC and MD._____ . To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 per job   Sometimes___

package deal
$25-30 for anything over
5 jobs per
complex

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29th, 2006        X _____

SUBSCRIBED AND SWORN TO BEFORE ME, this __29__ th day of June, 2006.

_____
Notary Public

Notary's printed name:

Austin Ownbey

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia  SS
Subscribed and Sworn to before me, in my presence,
this 29th day of ___June_____, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000078

AFFIDAVIT OF _Franus Jefferson_

I, _Franus Jefferson_, hereby affirm and state the following:

1. I currently live in _D C_, and have been living here since _37 years._

2. The last eviction I performed took place on _10/10/06_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _P Street NW_ by _East Coast Evictions_ The first eviction of the day took place at _Maryland_, began at _10_ a.m./p.m. and continued until _10:30_ a.m./p.m. The last eviction of the day began at _12_ a.m./p.m. and continued until _12:30_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Maryland_

   _____

   _____

   Afterwards, I was dropped-off at approximately _1:30_ a.m./p.m. at _P Street NW_ by _East Coast_.

3. In addition to the time spent working at the eviction sites, _about 3_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _5_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000079

5.  In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15_ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least ___20___ evictions in the past two years.  To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Maryland & DC_ .  To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 / eviction_ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006    _Francis Jefferson_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

Notary Public _____

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_, _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011



2

ASH000080

AFFIDAVIT OF _Christopher Johnson_

I, _____, hereby affirm and state the following:

1. I currently live in _Washington DC_, and have been living here since _8 years_.

2. The last eviction I performed took place on _past three months_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _Some_ by _unknown_. The first eviction of the day took place at _DC_, began at _9:00_ a.m./p.m. and continued until _11:00_ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _1_ evictions on this day. These evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _early afternoon_ a.m./p.m. at _gas station_ _N. Capitol Street_ by _unknown_.

3. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _3_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000081

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ _10_ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least _20_

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_Washington DC_ . To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$10/day_ .


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_ , 2006          _Christopher E. Johnson_


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


_____
Notary Public

Notary's printed name:

_____



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_ , 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011


AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000082

AFFIDAVIT OF _Tadiwos Kebede_

I, _Tadiwos Kebede_, hereby affirm and state the following:

1. I currently live in _New York Ave. Shelter_, and have been living here since _Oct 2005_.

2. The last eviction I performed took place on _end of September_ at _SOME_. On this day, I was engaged to perform evictions and picked-up at approximately _8:45_ (a.m.) at _SOME_ by _white van_. The first eviction of the day took place at _Southeast D.C._, began at _10:30_ (a.m.)/p.m. and continued until _12:30_ a.m./(p.m.) The last eviction of the day began at _12:40_ a.m./(p.m.) and continued until _2:45_ a.m./(p.m.) I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order, _both in Southeast D.C_

   Afterwards, I was dropped-off at approximately _4:00_ a.m./(p.m.) at _New York Ave_ by _same white van_.

3. In addition to the time spent working at the eviction sites, _3.25_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _7.25_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000083



5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ ⎽⎽⎽⎽10.00⎽⎽⎽⎽ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least ⎽⎽⎽⎽100⎽⎽⎽⎽

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

⎽⎽⎽D.C. and Maryland⎽⎽⎽ .  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ⎽⎽$5 per eviction⎽⎽ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Oct. 12 , 2006    _Tadurees_

SUBSCRIBED AND SWORN TO BEFORE ME, this ⎽⎽⎽⎽th day of August, 2006.

Notary Public ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

Notary's printed name:

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of October , 2006
_A. A. Ownbey_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000084

AFFIDAVIT OF _Fredrick Kelly_

I, _Fredrick Kelly_, hereby affirm and state the following:

1. I currently live in _1355 New York Ave NE, D.C._ _Catholic Charity shelter_, and have been living here since _2 years_.

2. The last eviction I performed took place on _June 23, 2006_ at _Kenilworth Ave SE, D.C._. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SAME_ by _Dave_. The first eviction of the day took place at _Kenilworth Ave SE_, began at _9:00_ a.m./p.m. and continued until _10:45_ a.m./p.m. The last eviction of the day began at _10:30_ a.m./p.m. and continued until _11:30_ a.m./p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _Kenilworth Ave SE_

   _____

   _____

   Afterwards, I was dropped-off at approximately _1:00_ a.m./p.m. at _SOME_ by _Dave_.

3. In addition to the time spent working at the eviction sites, _4_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _2_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000085

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _200_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _D.C. and Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 a job_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jun 29_, 2006        _Ferdays Kelly_

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_____
Notary Public

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

Notary's printed name:

_Austin Ownbey_

District of Columbia SS.
Subscribed and Sworn to before me, in my presence,
this 29th day of June, 2006
Austin A.B. Ownbey, Notary Public,
My commission expires April 14, 2011.

2

ASH000086

AFFIDAVIT OF _Brent Lewis_

I, _Brent Lewis_, hereby affirm and state the following:

1.  I currently live in _801-East 2700 MLK Avenue_, and have been living here since _8 months_.

2.  The last eviction I performed took place on _about 2 weeks ago_ at _Maryland + DC_. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _N. Capitol + Florida_ by _Bill_. The first eviction of the day began at _12 noon_ a.m./p.m. and took place in _Maryland_. I performed a total of _1_ evictions on this day. In total, I spent _½_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

    _Maryland_
    _DC - cancelled_
    _DC - cancelled_

    Afterwards, I was dropped-off at approximately _2:30_ a.m./p.m. at _N. Capitol + Florida_ by _Bill_.

3.  In addition to the time spent working at the eviction sites, _6_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

    _Bill was round and round in traffic collecting shopping, eating 15 in track waiting._

4.  In exchange for the labor I provided to the eviction company, I was paid a total of US$ _5.00_ for the entire day. I was paid a rate of _$5 per eviction_

1

ASH000087

5. Besides the evictions mentioned above, I have worked on at least ___20___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___DC, Maryland_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 per eviction_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-31-__, 2006          _[signature]_



District of Columbia SS
Subscribed and sworn to before me, in my presence,
this _31st_ day of _October_, _2006_
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000088

<u>AFFIDAVIT OF</u> *Kenneth Edward Lovejoy, Sr.*

I, *Kenneth Edward Lovejoy, Sr.*, hereby affirm and state the following:

1. I currently live in ~~19 EYE STREET NW, Washington DC~~ *Franklin Shelter* and have been living here since *2005*.

2. The last eviction I performed took place on *June 22, 2006* at *a site in Prince George's County, MD*. On this day, I was engaged to perform evictions and picked-up at approximately *8:00* a.m. at *the corner of 1st and L St.* by *East Coast Evictions*. The first eviction of the day took place at *a site in Prince George's County, MD*, began at *1:00* a.m./(p.m.) and continued until *3:00* a.m./(p.m.). ~~The last eviction of the day began at~~ _____ ~~a.m./p.m. and continued until~~ _____ ~~a.m./p.m.~~ I performed a total of *1* evictions on this day. These evictions took place at, respectively and in sequential order,

*at a site in Prince George's County, MD. Another eviction was scheduled for earlier in the day, but was cancelled.*

Afterwards, I was dropped-off at approximately *4:00* a.m./(p.m.) at *the corner of 1st and L streets* by *East Coast Evictions*.

3. In addition to the time spent working at the eviction sites, *4* hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of *2* hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000089

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _5.⁰⁰_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___forty___ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _the District of Columbia and Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _US$ 5.00 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6/29/06_, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_____
Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 2?th day of ____June____ , 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000090

<u>AFFIDAVIT</u>

_MCCULLERS_

I, _Charles McCullers_ hereby affirm and state the following:

1. I currently live at _McKenna Centre_, and have been living there since _One year_.

2. To the best of my memory, I have worked on a minimum of _50_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in DC / ~~MD / VA~~ (circle all that apply). The names of the drivers and companies I remember working for are: _____

   _____.

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _25 per eviction_

3. The most recent day I performed an eviction was on _end of august 200? on a Friday_ (date) at in DC / ~~MD / VA~~ (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m./~~p.m.~~ at _Erickson Park_ (location) by _white van_ (driver and vehicle). The first eviction of the day began at _8-30_ a.m./~~p.m.~~ and took place in _Washington DC_ (location). I performed a total of _3_ evictions on this day. In total, I spent _3_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites and _____ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _apartment block in Washington DC NW_

   _____

   _____

1

ASH000091

Afterwards, I was dropped-off at approximately ___12___ a.m./p.m. at

___Eviction Pck___ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ ___ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$_____ 5.00 for the entire day.

5. The best mailing address where I can be reached at is:

_____

_____

_____

_____

6. A phone number where I can be reached at is: ___433.965.5159 (cell)___

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

On some occasions, driver did not return
employees to pick-up point.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/30/06__, 2007        X _Charl.. McColl_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This __30th__ day of __January__, 2007

_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000092

AFFIDAVIT OF _Jennifer McLaughlin_

I, _Jennifer McLaughlin_ hereby affirm and state the following:

1. I currently live in _House of Roof at 351 10th St NE_, and have been living here since _1 month (10/1/06)_.

2. The last eviction I performed took place on _Summer 2005_ at _~~Williams~~ DC Somes_. On that day, I was engaged to perform evictions and picked-up at approximately _7:00_ a.m. at _Somes_ by _Terry in blue van_. The first eviction of the day began at _10:00 AM_ a.m./p.m. and took place in _DC_. I performed a total of _1_ evictions on this day. In total, I spent _9_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _DC 2005; Bloomberg, MD June 13, 2005_

   Afterwards, I was dropped-off at approximately _3:00_ a.m./~~p.m.~~ at _Somes_ by _Terry_.

3. In addition to the time spent working at the eviction sites, _4 - 5_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _5_ for the entire day. I was paid a rate of _____.

1

ASH000093

5. Besides the evictions mentioned above, I have worked on at least __3__

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

__D C   and   MD__ . To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of __$5 per day__ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct 31,__ , 2006      Jennifer McLaughlin



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _31st_ day of _October_ , _2006_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000094

AFFIDAVIT OF _Kenneth McSwain_

I, _Kenneth McSwain_, hereby affirm and state the following:

1. I currently live in _New York ave shelter_, and have been living here since _one year_.

2. The last eviction I performed took place on _October 10_ at _SE Washington_. On this day, I was engaged to perform evictions and picked-up at approximately _7.30_ a.m. at _1st + N Street NW_ by _OHO (butch teller price)_. The first eviction of the day took place at _Washington SE_ (marshalls were bec), began at _10.00_ a.m./p.m. and continued until _10.45_ a.m./p.m. The last eviction of the day began at _1.00_ a.m./p.m. and continued until _1.30_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _SE Washington DC_

   _____

   _____

   Afterwards, I was dropped-off at approximately _2.00_ a.m./p.m. at _1st + N Streets_ by _OHO_.

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _1 ½_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000095

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _____*15.*_____ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _____*100*_____ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _____*Washington DC + Maryland*_____. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _____*$5 per eviction*_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *October 12*, 2006          *Kenneth McSwain*

SUBSCRIBED AND SWORN TO BEFORE ME, this _____ th day of August, 2006.

_____

Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this *12th* day of *October*, *2006*
*[signature]*
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000096

AFFIDAVIT OF _Joseph Melton_

I, _Joseph Melton_ , hereby affirm and state the following:

1. I currently live in ___NE  DC___ , and have been living here since ___less than 1 month___

2. The last eviction I performed took place on ___2weeks ago___ at ___DC___ . On this day, I was engaged to perform evictions and picked-up at approximately __8__ a.m. at __P Street__ by __Rutun Enterprises__ The first eviction of the day took place at ___DC___ , began at __9__ a.m./p.m. and continued until _____ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until __1__ a.m./p.m. I performed a total of __4__ evictions on this day. These evictions took place at, respectively and in sequential order,

   ___DC___

   ___P Street___

   Afterwards, I was dropped-off at approximately __2__ 1:30 a.m./p.m. at _____ by __Rutun___ .

3. In addition to the time spent working at the eviction sites, __1 hr__ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of __0__ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000097

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _23_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _none than 50_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _DC & Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5/apartment_ _$10/house_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000098