# EXHIBIT B
# Part 3

AFFIDAVIT OF _Charles Millender_

I, _Charles Millender_, hereby affirm and state the following:

1. I currently live in _526 59th St NE #203_, and have been living here since _Washington DC. 20019_

2. The last eviction I performed took place on _1-17-07_ at _Queen's chapel Apartment. md._. On that day, I was engaged to perform evictions and picked-up at approximately _9:30_ a.m. at _425 2nd St N.W_ by _Donald Saunders_. The first eviction of the day began at _10:00 pm_ a.m./p.m. and took place in _Queen chapel Apartments_ I performed a total of _17_ evictions on this day. In total, I spent _7_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _____

   _____

   _____

   Afterwards, I was dropped-off at approximately _6:00 pm_ a.m./p.m. at _Eastern Ave_ by _Donald Saunders._

3. In addition to the time spent working at the eviction sites, _20 mins_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _50 00_ for the entire day. I was paid a rate of _6 15 hour_.

1

ASH000099

5. Besides the evictions mentioned above, I have worked on at least _2,000_

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_Md. Dc. VA._____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _5 Dollars per job. Tonay Pay's Now 6.15 hour_
_In Washington Dc. She pay's 7.15 hour_

_"Back in 99" in the Last 6 year's I was paid_
_5 dollar's per eviction job's Butch, Staen, Tonay._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___19th___, 2007    _Charles Millen Jr._

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 19th day of January, 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000100

AFFIDAVIT OF _____

I, _Ronald Moore_, hereby affirm and state the following:

1. I currently live in ___DC_____, and have been living here since _all life_____.

2. The last eviction I performed took place on _yesterday_ at ___MD_____. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _Some_____ by _David_____. The first eviction of the day began at _4:20_ a.m./p.m. and took place in ___MD_____. I performed a total of _3_____ evictions on this day. In total, I spent _9_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

_Oxen Hill_____
_Landover_____
_Cap Heights_____.

Afterwards, I was dropped-off at approximately _4:30_ a.m./p.m. at _Some_____ by _David_____.

3. In addition to the time spent working at the eviction sites, _5+6_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15____ for the entire day. I was paid a rate of _____.

1

ASH000101

5. Besides the evictions mentioned above, I have worked on at least __40 - 50__ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in __½ MD, ½ DC__. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of __$5__.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1 / 26__, 2007    _Ronald Moore_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000102

AFFIDAVIT OF _Terry Moore_

I, _Terry Moore_, hereby affirm and state the following:

1. I currently live in _620 Ellen Wilson Place SE and on the street, D.C._, and have been living here since _August 1960_.

2. The last eviction I performed took place on _June 2006_ at _copy place in Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _8:05_ (a.m.) at _SOME_ by _Fats_. The first eviction of the day took place at _copy place in Maryland_, began at _10_ (a.m.)/p.m. and continued until _11_ (a.m.)/p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m. I performed a total of _1_ evictions on this day. These evictions took place at, respectively and in sequential order, _copy place in Maryland_

   _____.

   Afterwards, I was dropped-off at approximately _11:45_ (a.m.)/p.m. at _SOME_ by _Fats_.

3. In addition to the time spent working at the eviction sites, _3_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _3_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000103

5. In exchange for the labor I provided to the eviction company, I was paid a total of

US$_____ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___60___

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___D.C. and Maryland___. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 a day___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6-29-06_, 2006    _Terry Moore_

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_____
Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 29th day of June, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000104

AFFIDAVIT OF _Michael Moss_

I, ___Michael Moss___ , hereby affirm and state the following:

1.  I currently live in _New York Ave. Shelter_ , and have been living here since _3 years_ .

2.  The last eviction I performed took place on _September 19, 2006_ at _near Allison St & Georgia Ave._ . On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _~~P&~~ SOME_ by _Brenda_ . The first eviction of the day took place at _~~9 & 901~~ Allison St & Georgia_ began at _9:45_ (a.m.)/p.m. and continued until _10:45_ (a.m.)/p.m. The last eviction of the day began at _11:00_ (a.m.)/p.m. and continued _while we waited for the eviction it did not occur_ until _11:45_ (a.m.)/p.m. I performed a total of _1_ ~~&~~ evictions on this day. These evictions took place at, respectively and in sequential order, _should go Po & evictions,_

    _① Allison Ave and Georgia_
    _② across from Washington Hospital center near soldier's home_

    Afterwards, I was dropped-off at approximately _12:15_ a.m.(p.m.) at _SOME_ by _a white van, Brenda paid us_

3.  In addition to the time spent working at the eviction sites, _3.50_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4.  A total of _4.15_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH00010⁵

5. In exchange for the labor I provided to the eviction company, I was paid a total of

US$ 5.00 for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _____ *MEM 10/12/06*

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___O. C and Maryland_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 per eviction_____.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on Oct. 12, 2006      *Michael T. Tross*


SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.


_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of October, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011


AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011



2

ASH000106

AFFIDAVIT OF *Kevin ~~Otto~~ Mouzon*

I, _____, hereby affirm and state the following:

1. I currently live in ___*801*___, and have been living here since ___*2-3 months*___.

2. The last eviction I performed took place on ___*Tuesday Jan 16*___ at
*1) Franklin St NE*
*2) Penn St NE*___ . On that day, I was engaged to perform evictions and
picked-up at approximately ___*9*___ a.m. at ___*SOME*___ by *9-11:30*
___*Otto (Butch)*___ . The first eviction of the day began at ___*10*___     *12:30-3*
(a.m.)/p.m. and took place in ___*30 minutes*___ . I performed a total of
___*2*___ evictions on this day. In total, I spent ___ hours actually performing the
evictions. These evictions took place at, respectively and in sequential order,
*The second eviction was rained out, but I*
*was paid for it.*
_____

Afterwards, I was dropped-off at approximately ___*3*___ a.m./(p.m.) at
___*Some*___ by _____ .

3. In addition to the time spent working at the eviction sites, ___*4.5*___ hours of my
time were spent in transit in the company's van between eviction sites, waiting for the
next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
US$ ___*10*___ for the entire day. I was paid a rate of *$5/eviction* .

1

**ASH000107**

*Last year was the first year that I have performed evictions.*

5. Besides the evictions mentioned above, I have worked on at least ___50___ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in *DC + Maryland*___. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___$5 per eviction___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-19-07_, 200_7_     _Kevin Mozer_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 18th day of _January_ 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000108

AFFIDAVIT OF *James Nesbitt*

I, *Jones Nesbitt*, hereby affirm and state the following:

1. I currently live in *Franklin Shelter*, and have been living here since *7 months*.

2. The last eviction I performed took place on *2 weeks ago* at *Maryland*. On that day, I was engaged to perform evictions and picked-up at approximately *8* a.m. at *SOME* by *Otis Terry*. The first eviction of the day began at *9:00 am* a.m./p.m. and took place in *Maryland*. I performed a total of *2* evictions on this day. In total, I spent ___ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   *2 in Maryland*

   _____

   _____

   Afterwards, I was dropped-off at approximately *2* a.m./p.m. at *N. Capitol* by *(Terry) Otis*.

3. In addition to the time spent working at the eviction sites, *3 ½* hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ *10.00* for the entire day. I was paid a rate of *$5 per eviction*

1

ASH000109

5. Besides the evictions mentioned above, I have worked on at least _about 300_ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _The District or Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5.00 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10-31_, 2006

District of Columbia ss
Subscribed and sworn to before me, in my presence,
this _31st_ day of _October_, _2006_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000110

<u>AFFIDAVIT OF</u>   William Oden

I, William Oden                , hereby affirm and state the following:

1. I currently live in ___CCNV shelter_____, and have been living here since
   ____1 year_____.

2. The last eviction I performed took place on __October 5, 2006__ at
   Minnesota Ave and Nash Place, NE On that day, I was engaged to perform evictions and
   picked-up at approximately __9:00__ a.m. at __E Street by CCNV__ by
   _____. The first eviction of the day began at ~~10:00~~ 10:45
   (a.m.)/p.m. and took ~~place in~~ __2 hours__. I performed a total of
   __1__ evictions on this day. In total, I spent __2__ hours actually performing the
   evictions. These evictions took place at, respectively and in sequential order,

   _____

   _____

   _____

   Afterwards, I was dropped-off at approximately __2:30 – 3:30__ a.m/(p.m.) at
   office off North Capitol by _____.

3. In addition to the time spent working at the eviction sites, __about 5 and 1/2__ hours of my
   time were spent in transit in the company's van between eviction sites, waiting for the
   next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
   US$ __5__ for the entire day. I was paid a rate of __$5 for the eviction__

1

ASH000111

5. Besides the evictions mentioned above, I have worked on at least __15__

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_D.C., picked up at Dunbar School by some_. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per eviction_ .

6. The eviction on October 5, 2006, was a three bedroom apartment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10 24_, 2006 66 _Irillean    Olen_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _24th_ day of _October_ _2006_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000112

AFFIDAVIT OF _Maxine Puzey_

I, _Maxine Puzey_, hereby affirm and state the following:

1. I currently live in _13484 Mapleview Plau_ and have been living here since
   _3 years_                SE

2. The last eviction I performed took place on _Week of June 19th_ at
   _Maryland_ ~~of District Columbia~~. On this day, I was engaged to perform evictions and
   picked-up at approximately _7:30_ a.m. at _SOME._ by
   _~~10:00 a.m.~~_. The first eviction of the day took place at
   _Maryland_, began at _10:00_ a.m./p.m. and continued until
   _about_ _11:00_ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued
   until _____ a.m./p.m. I performed a total of _1_ evictions on this day. These
   evictions took place at, respectively and in sequential order,

   _____

   _____

   _____

   Afterwards, I was dropped-off at approximately _____ a.m./p.m. at
   _____ by _____.

3. In addition to the time spent working at the eviction sites, _1_ hours of my
   time were spent on the company's van in transit between eviction sites, waiting for the
   next eviction assignment, or awaiting payment from the eviction company.

4. A total of _____ hours were spent in transit from the pick-up location to the first
   eviction site and from the last eviction site to the drop-off location.

1

ASH000113

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _____5_____ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ____4____ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _____Maryland + D.C._____. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _____$5/job_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 29_, 2006     *Maxine Puzey*

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_____
Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _29_ day of _June_ , _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000114

AFFIDAVIT OF _Thomas Quacles_

I, _Thomas Quarles_, hereby affirm and state the following:

1. I currently live in __CCNV shelter__, and have been living here since __Spring 2005__.

2. The last eviction I performed took place on __Fall 2003__ at __Paradise Manor NE__. On that day, I was engaged to perform evictions and picked-up at approximately __8:30__ a.m. at __SOME__ by __Mr. Terry__. The first eviction of the day began at __9 or 10__ (a.m.)/p.m. and took place in __D.C.__. I performed a total of __2__ evictions on this day. In total, I spent __2__ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   __Somewhere in Southeast__

   _____

   _____

   Afterwards, I was dropped-off at approximately __4__ a.m./(p.m.) at __5th and L, NW__ by _____

3. In addition to the time spent working at the eviction sites, __5½__ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$__10__ for the entire day. I was paid a rate of __$5 per eviction__.

1

ASH000115

5. Besides the evictions mentioned above, I have worked on at least ___25___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

the District of Columbia, and one in Maryland To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of $5 per eviction .

6. I performed one eviction at a house in Maryland. I was
paid $5 for that eviction.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-24-c , 2006     Thomas (Mel...

District of Columbia, ss
Subscribed and Sworn to before me, in my presence,
this 24th day of October , 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

ASH000116

AFFIDAVIT OF _Maurice Randall_

I, _Maurice Randall_, hereby affirm and state the following:

1. I currently live in _1300 I St NW, Franklin Square shelter D.C._, and have been living here since _3 week, 53 years in D.C._

2. The last eviction I performed took place on _June 28, 2006_ at _~ 420 8th St SE_. On this day, I was engaged to perform evictions and picked-up at approximately _9:00_ a.m. at _SOME_ by _Terry - East Cost Eviction_ The first eviction of the day took place at _420 8th St SE_, began at _10:45_ a.m./p.m. and continued until _11:30_ a.m./p.m. ~~The last eviction of the day began at____ a.m./p.m. and continued until____ a.m./p.m.~~ I performed a total of _1_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _only 1 eviction that actual happen - 3 others cancelled on site_

   Afterwards, I was dropped-off at approximately _12:00_ a.m./p.m. at _SOME_ by _Terry_

3. In addition to the time spent working at the eviction sites, _2.75_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _0.50_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000117

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _____ 5 _____ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___ 20 ___ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in ___ D.C., Prince Georges County, Montgomery County ___ To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___ $5 an apartment, $10 a house, only if the eviction happens, ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/29/06 , 2006      _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME, this 29 th day of June, 2006.

_[signature]_

Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 29th day of June , 2006
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000118

AFFIDAVIT OF _FLOYD RICHARDSON_

I, _FLOYD RICHARDSON_ hereby affirm and state the following:

1. I currently live in _1140 North Capitol St_, and have been living here since _5 years_.

2. The last eviction I performed took place on _Nov. 2005_ at _Suitland Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _7:00_ a.m. at _SOME_ by _M. Terry_. The first eviction of the day took place at _Suitland, Maryland_, began at _8:00_ (a.m.)/p.m. and continued until _8:15_ (a.m.)/p.m. The last eviction of the day began at _10:30_ (a.m.)/p.m. and continued until _11:00_ (a.m.)/p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order, _Both in Suitland, MD_

   Afterwards, I was dropped-off at approximately _1:00_ a.m./(p.m.) at _SOME_ by _M. Terry_.

3. In addition to the time spent working at the eviction sites, _4.25_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _5_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000119

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _5_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _D.C. and Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct, 12_, 2006       _FLOYD Richardson_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_, _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011



2

ASH000120

AFFIDAVIT OF _George Rivera_

I, _George Rivera_____, hereby affirm and state the following:

1. I currently live in _1355 New York Avenue_ and have been living here since _Two years_____.

2. The last eviction I performed took place on _October 2_____ at _Washington DC_____. On this day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _SOME_____ by _Otis_ _East Coast_____. The first eviction of the day took place at _Washington DC_ _apartment_____, began at _10.00_ a.m./p.m. and continued until _____ a.m./p.m. The last eviction of the day began at _12_ a.m./p.m. and continued until _1.00_ a.m./p.m. I performed a total of _3_____ evictions on this day. These evictions took place at, respectively and in sequential order,
   _Washington DC - all_____

   _____

   _____

   Afterwards, I was dropped-off at approximately _1.40_ a.m./p.m. at _North Capitch and U street_ by _Otis_____.

3. In addition to the time spent working at the eviction sites, _2½_____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _1½_____ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000121

5. In exchange for the labor I provided to the eviction company, I was paid a total of
US$ _15_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _300_

evictions in the past two years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_Washington DC or Maryland_. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per eviction_.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on _October 12_, 2006          _George Rivera_


SUBSCRIBED AND SWORN TO BEFORE ME, this ____th day of August, 2006.


_____
Notary Public

Notary's printed name:

_____



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011


AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

**ASH000122**

AFFIDAVIT OF_____

I, _Clinton Robertson_, hereby affirm and state the following:

1. I currently live in _____ DC _____, and have been living here since
_8 months._

2. The last eviction I performed took place on _last week_ at .
___DC._____. On that day, I was engaged to perform evictions and
picked-up at approximately _7:30_ a.m. at _SOME_____ by
_____. The first eviction of the day began at _8:30_
a.m./p.m. and took place in _____ DC _____. I performed a total of
_1_ evictions on this day. In total, I spent _5_ hours actually performing the
evictions. These evictions took place at, respectively and in sequential order,
_NW_____

_____

_____

Afterwards, I was dropped-off at approximately _12_ a.m/p.m. at
_close SOME_ by _____.

3. In addition to the time spent working at the eviction sites, _30 min_ hours of my
time were spent in transit in the company's van between eviction sites, waiting for the
next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
US$_5_ for the entire day. I was paid a rate of _____.

1

ASH000123

5. Besides the evictions mentioned above, I have worked on at least ___2___ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in ___DC___. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___$5___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___26___, 2007

District of Columbia SS
Subscribed and Sworn to before me, in my presence, this 26th day of January 2007

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

**ASH000124**

AFFIDAVIT OF _Mark Robinson_     301-505-9191
(sister)

I, _Mark Robinson_, hereby affirm and state the following:

1. I currently live in _New York Ave Shelter_ and have been living here since
   ~~first~~ _on and off past year_

2. The last eviction I performed took place on _Thursday of last week_ at

_1 in Alexandria, VA_
_2 in DC_
_. On this day, I was engaged to perform evictions and
picked-up at approximately _8:45_ a.m. at _O St. (some)_ by

_____. The first eviction of the day took place at

_Alexandria, VA_, began at _10_. (a.m.)/p.m. and continued until

_11:10_ (a.m.)/p.m. The last eviction of the day began at _8_ a.m./(p.m.) and continued

until _1:45_ a.m./(p.m.) I performed a total of ~~@~~ _3_ _(1 cancelled ≠ 4 total_ evictions on this day. These

evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _2:15_ a.m./(p.m.) at

_New York Ave_ by _Same Van._

3. In addition to the time spent working at the eviction sites, _10 min._ hours of my
   time were spent on the company's van in transit between eviction sites, waiting for the
   next eviction assignment, or awaiting payment from the eviction company.

4. A total of _1 hr 15 min._ hours were spent in transit from the pick-up location to the first
   eviction site and from the last eviction site to the drop-off location.

1

ASH000125

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _20_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least ___30___ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _mostly in DC, some in VA_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of ___$5 per job.___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 29th_, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _29th_ day of _June_, _2006_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000126

## AFFIDAVIT OF _Ronald Robinson_

I, _Ronald Robinson_ , hereby affirm and state the following:

1. I currently live in _New York Ave. Shelter, Washington DC_ and have been living here since _June 2004_ .

2. The last eviction I performed took place on _May 2006_ at _28th and R St SE and Alabama and 23rd street SE_. On this day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _(new) SOME_ by _White van - East Coast Eviction (Army)_. The first eviction of the day took place at _28th and R St E_, began at _11:00_ a.m./(p.m) and continued until _12:15_ a.m./(p.m) The last eviction of the day began at _12:30_ a.m./(p.m) and continued until _1:00_ a.m./(p.m) I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order, _See above_

Afterwards, I was dropped-off at approximately _1:30_ a.m./(p.m) at _Brady Ice House, Florida Ave_ by the white van.

3. In addition to the time spent working at the eviction sites, _4.5_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _1_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000127

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _20_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _D.C. and Maryland_ . To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 a job in DC, $10 a job in Maryland_ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6-29_ , 2006     _Ronald W Robinson_

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_[signature]_
Notary Public

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

Notary's printed name:

_Austin Ownbey_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _29th_ day of _June_ _2006_
_[signature]_
Austin A.B. Ownbey, Notary Public, DC
My commission expires April 14, 2011

2

ASH000128

AFFIDAVIT OF _Rickey Ryan_

I, _Rickey Ryan_, hereby affirm and state the following:

1. I currently live in _3113 Channing St NE_, and have been living here since _15 years_.

2. The last eviction I performed took place on _January 24/25_ at _Park Birkshire  6400 Penn Ave Beltsville, MD_. On that day, I was engaged to perform evictions and picked-up at approximately _8:15_ a.m. at _SOME_ by _Troy_. The first eviction of the day began at _10:00_ ~~a.m.~~/p.m. and took place in _Beltsville, MD_. I performed a total of _8_ evictions on this day. In total, I spent _4_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _all at Park Birkshire, different units_

   Afterwards, I was dropped-off at approximately _2:30_ (a.m.)/p.m. at _Bladensberg Rd & Benning Rd_ by _Troy_.

3. In addition to the time spent working at the eviction sites, _2:15_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _25_ for the entire day. I was paid a rate of _8 evictions for $25  package rate_

1

**ASH000129**

5.  Besides the evictions mentioned above, I have worked on at least _50_

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_MD and DC_. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/26/2007_, 200__7__



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _26th_ day of _January_, _2007_

Austin A.B. Ownbey, Notary Public D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000130

go to house frist.

(202) 635 4678

Blue Van



ASH000131

AFFIDAVIT OF _Batwibwi Seruwagi_____

I, _Batwibwi Seruwagi___, hereby affirm and state the following:

1. I currently live in _New York Ave. Shelter Washington DC_ and have been living here since _2 months in shelter, but six years in D.C._

2. The last eviction I performed took place on _June 28, 2006_ at _SE D.C.___. On this day, I was engaged to perform evictions and picked-up at approximately _9:00_ a.m. at _near SOMB____ by _Troy, in a Uhaul____. The first eviction of the day took place at ih _Maryland (Capital Heights)_ near Alban Road SE, began at _11_ a.m./p.m. and continued until _11:05_ a.m./p.m. The last eviction of the day began at _2:00_ a.m./p.m. and continued until _2:45_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order, _Southern Ave, Capitol Heights, near the D.C/Maryland border, on both sides of the border_

   Afterwards, I was dropped-off at approximately _3:30_ a.m./p.m. at _Florida Ave and 9th St NE_ by _the Uhaul___.

3. In addition to the time spent working at the eviction sites, _10_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _3.5_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000132

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ 20.00 for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _____1_____ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _____Maryland_____. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _____$5 for the day_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2006

SUBSCRIBED AND SWORN TO BEFORE ME, this 29 th day of June, 2006.

Notary Public

Notary's printed name:

Austin Ownbey

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 29 day of June 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000133

<u>AFFIDAVIT</u>

I, *Ray Simmons*, hereby affirm and state the following:

1. I currently live at *Franklin Shelter*, and have been living there since *4-5 months*.

2. To the best of my memory, I have worked on a minimum of *4-5* evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply). The names of the drivers and companies I remember working for are: *Nelson Terry Apec*

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of *$5 per eviction*

3. The most recent day I performed an eviction was on *1.5 years ago* (date) at in DC / MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately *7:30* (a.m.)/p.m. at *SOME* (location) by _____ (driver and vehicle). The first eviction of the day began at *9* (a.m.)/p.m. and took place in *NW DC* (location). I performed a total of *2/d 2 cancelled* evictions on this day. In total, I spent *2* hours actually performing the evictions. In addition to the time spent working at the eviction sites, *3* hours of my time were spent in transit in the company's van between eviction sites and *1* hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   *SW DC*
   *2 cancelled in MO*

1

ASH000134

Afterwards, I was dropped-off at approximately __2__ a.m. p.m. at

__SOME__ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ __5__ per eviction or $ _____ for a package deal or $ _____ per hour. At

the end of the day, I was paid a total of US$ __10__ for the entire day.

5. The best mailing address where I can be reached at is:

__2238 Bunker Hill Rd.__
__Washington, DC NE__
__20018__
_____

6. A phone number where I can be reached at is: __cell__ __202-580-5829__

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JANUARY 30__, 2007        X __Ray Simmons__

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This __30th__ day of __January__, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000135

AFFIDAVIT OF _Aaron Spann_

I, _Aaron Spann_ , hereby affirm and state the following:

1. I currently live in _1700 Massachusetts Ave SE_ , and have been living here since _1 year_ .

2. The last eviction I performed took place on _2 weeks ago_ at _NE Washington_ . On this day, I was engaged to perform evictions and picked-up at approximately _9:00 am_ ~~5:00 p.m.~~ a.m. at _O Street NW_ by _Unknown_ . The first eviction of the day took place at _4:00 NE Washington_ began at _9:00_ a.m./p.m. and continued until _10:00_ a.m./p.m. The last eviction of the day began at _1:00_ a.m./p.m. and continued until _2_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _NE Washington_ _____

   _____ _____

   _____ _____ .

   Afterwards, I was dropped-off at approximately _5_ a.m./p.m. at _O Street & N. Capitol_ by _unknown_ .

3. In addition to the time spent working at the eviction sites, _2 hours_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _0_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000136

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _l 0 0_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _washington , D C_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 /eviction_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006          _Aaron E Spann_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_ , 2006.
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000137

## AFFIDAVIT OF _Anthony Stewart_

I, _Anthony Stewart_ hereby affirm and state the following:

1. I currently live in _CCNV Shelter_, and have been living here since _February 2006_.

2. The last eviction I performed took place on _about 5 months ago_ at _clothes / shoes / tapes a store off Rhode Island Avenue NE_. On that day, I was engaged to perform evictions and picked-up at approximately _8.00_ a.m. at _SOME_ by _Man in maroon van_. The first eviction of the day began at _9.00am_ a.m./p.m. and took place in _NE - bJ above_. I performed a total of _One_ evictions on this day. In total, I spent _2-3_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _off Rhode Island NE_

   _____

   _____

   Afterwards, I was dropped-off at approximately _____ a.m./p.m. at _N. Capitol and Florida_ _same_ by _same driver_.

3. In addition to the time spent working at the eviction sites, _12.00_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _5.00_ for the entire day. I was paid a rate of _$5 / eviction_.

1

ASH000138

5. Besides the evictions mentioned above, I have worked on at least ___3___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in *(SOME)*

___Maryland, and DC___. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 / eviction___.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/24/__, 2006                   *Anthy P Stire*



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 24th day of __October__ __2006__
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000139

AFFIDAVIT OF *David Taylor*

I, *David Taylor*, hereby affirm and state the following:

1. I currently live in _NY Avenue Shelter_, and have been living here since _Two years_.

2. The last eviction I performed took place on _First week of December 2006_ at _Washington DC - NW_. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _Some_ by _David - East Coast_. The first eviction of the day began at _9_ a.m./p.m. and took place in _North West_. I performed a total of _2_ evictions on this day. In total, I spent _2_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _North West Washington_ _____

Afterwards, I was dropped-off at approximately _12.30_ a.m./p.m. at _1st + Rhode Island_ by _David_.

3. In addition to the time spent working at the eviction sites, _1 ½_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day. I was paid a rate of _$5 per eviction_

1

ASH000140

*Linmar*
*East Coast*
*At*
*Butch*  *and Troy*

5. Besides the evictions mentioned above, I have worked on at least _600 for the above co.s_ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in

_Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _± 5 per eviction_.

*New York Shelter*
*Franklin Shelter*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jan 25th_, 200_7_    _[signature]_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 25th day of January, 2007
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000141

AFFIDAVIT OF _Keith Taylor_

I, _Keith Taylor_, hereby affirm and state the following:

1. I currently live in _2117 G Street NE_, and have been living here since _2 years_.

2. The last eviction I performed took place on _10/11/06_ at _Maryland_. On this day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _N Street NW_ by _unknown_. The first eviction of the day took place at _10 Maryland_, began at _10_ a.m./p.m. and continued until _11:30_ a.m./p.m. The last eviction of the day began at _12:45_ a.m./p.m. and continued until _1:30_ a.m./p.m. I performed a total of _4_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _3 in Maryland_
   _1 in DC_

   Afterwards, I was dropped-off at approximately _2:15_ a.m./p.m. at _N Street NW_ by _unknown_.

3. In addition to the time spent working at the eviction sites, _1 1/2_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _5 1/2_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000142

5. In exchange for the labor I provided to the eviction company, I was paid a total of

   US$ __15__ for the entire day. *( regulars got $20)*

6. Besides the evictions mentioned above, I have worked on at least __75__

   evictions in the past two years. To the best of my memory, on each of these occasions, I

   was picked up at a location in the District of Columbia to perform evictions in

   __DC & Maryland__ . To the best of my memory, in

   exchange for the labor I provided to the eviction companies on these occasions, I was

   paid at a rate of __15 / eviction__ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct. 12__, 2006    __Keith Taylor__

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia **ss**
Subscribed and Sworn to before me, in my presence,
this 12th day of __October__, 2006
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expd    14, 2011

2

ASH000143

AFFIDAVIT OF _Lawerence Twyman_

I, _____, hereby affirm and state the following:

1. I currently live in _____ DC _____, and have been living here since _all life_.

2. The last eviction I performed took place on _4 days ago_ at _14th & Newton St. NW_; On that day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _SOME_ by _Otis_. The first eviction of the day began at _9:15_ a.m./p.m. and took place in _tousiness_. I performed a total of _1_ evictions on this day. In total, I spent _4_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _1:30_ a.m./p.m. at _SOME_ by _Otis_.

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day. I was paid a rate of _____.

1

ASH000144

5. Besides the evictions mentioned above, I have worked on at least ___20___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___DC, some MD for Co. out of Clinton___. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5 / eviction_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jan 26_, 200~~8~~7     _Lanna Tymen_



District of Columbia  SS
Subscribed and Sworn to before me, in my presence,
this 26th day of  Jan Vary    2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expi         201

2

ASH000145

AFFIDAVIT OF _William Venison_

I, _William Venison_, hereby affirm and state the following:

1. I currently live in _New York, Shelter Avenue_, and have been living here since _2 years_.

2. The last eviction I performed took place on _October 11_ at _Washington DC_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _1st and N_ by _Gloria_. The first eviction of the day took place at _Washington DC_, began at _9:30_ a.m./p.m. and continued until _10:30_ a.m./p.m. The last eviction of the day began at _1:30_ a.m./p.m. and continued until _2:30_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order, ___Washington DC   SE and NE___

   _____

   Afterwards, I was dropped-off at approximately _3:00_ a.m./p.m. at _"Eviction Park" (1st and Napibot)_ by _Gloria_.

3. In addition to the time spent working at the eviction sites, _____ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _____ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000146

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _5.00_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _60_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Washington DC and Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5.00 for whole day_.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 12_, 2006    _William Vanison_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_ , _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000147

AFFIDAVIT OF _Dave Vessels_

I, _____, hereby affirm and state the following:

1. I currently live in _____DC_____, and have been living here since _40 years_.

2. The last eviction I performed took place on _1 year ago_ at _____DC_____. On that day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SOME_ by _Boutch_. The first eviction of the day began at _8:30/9_ a.m./p.m. and took place in _MD_. I performed a total of _3_ evictions on this day. In total, I spent _8_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

   _SE_
   _NW_
   _____

   Afterwards, I was dropped-off at approximately _3_ a.m./p.m. at _SOME_ by _____.

3. In addition to the time spent working at the eviction sites, _2 hours_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$_15_ for the entire day. I was paid a rate of _____.

1

ASH000148

5. Besides the evictions mentioned above, I have worked on at least ~~20~~ _80_ evictions in the past four years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _DC, MD, VA_____. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 $15_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _J/1/25, 2007_  _Daniel Vesey_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 20th day of January, 2007
Austin A.B. Ownbey, Notary Public D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000149

AFFIDAVIT OF _Chester Howard Walker_

I, _Chuck_, hereby affirm and state the following:

1. I currently live in _945 K St._, and have been living here since _2 years_.

2. The last eviction I performed took place on _Jan. 17, 2007_ at _Queenstown MD_. On that day, I was engaged to perform evictions and picked-up at approximately _9:30_ a.m. at _2nd + O_ by _Donald Sanders_. The first eviction of the day began at _10_ a.m./p.m. and took place in _Queenstown, MD_. I performed a total of _17_ evictions on this day. In total, I spent _6.5_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order,

_____

_____

_____

Afterwards, I was dropped-off at approximately _5_ a.m./p.m. at _2nd + O_ by _____.

3. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _50_ for the entire day. I was paid a rate of _____.

1

**ASH000150**

5.  Besides the evictions mentioned above, I have worked on at least ___400___

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_DC  +  Maryland_____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5/eviction (Butch in Md $5/eviction)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-19-07_, 2007     _Chester Walker_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and sworn to before me, in my presence,
this _19th_ day of _January_ _2007_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000151

<u>AFFIDAVIT</u>

I, _DEANGELO WALKER_ hereby affirm and state the following:

1. I currently live at _Franklin Shelter_, and have been living there since _March 2006_.

2. To the best of my memory, I have worked on a minimum of _3 or 4 a week_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply). The names of the drivers and companies I remember working for are: _Butch_ _in a white Van_

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5_.

3. The most recent day I performed an eviction was on _2nd week of January 2007_ (date) at in (DC) / MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ (a.m)/p.m. at _SOMES_ (location) by _Butch_ (driver and vehicle). The first eviction of the day began at _1_ a.m /(p.m) and took place in _S.E._ (location). I performed a total of _1_ evictions on this day. In total, I spent _7_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _6_ hours of my time were spent in transit in the company's van between eviction sites and _5_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _S.E DC_

   _____

   _____

   _____

1

ASH000152

Afterwards, I was dropped-off at approximately __3__ a.m./p.m. at

__SOMES__ (location).

4.  In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ __5.00__ per eviction or $ __5.00__ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ __5.00_____ for the entire day.

5.  The best mailing address where I can be reached at is:

__Franklin Shelter__

_____

_____

_____

6.  A phone number where I can be reached at is: _____.

7.  An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-20-__, 2007            x _George L Luka_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This __20th__ day of __February__, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000153

AFFIDAVIT OF _Patricia Willkins_

I, _Patricia Willkins_, hereby affirm and state the following:

1. I currently live in _DC General Shelter_, and have been living here since _2 weeks_.

2. The last eviction I performed took place on _2 weeks ago_ at _DC_. On this day, I was engaged to perform evictions and picked-up at approximately _9_ a.m. at _1st St_ by _unknown_. The first eviction of the day took place at _DC_, began at _10_ a.m./p.m. and continued until _11_ a.m./p.m. The last eviction of the day began at _1_ a.m./p.m. and continued until _3_ a.m./p.m. I performed a total of _3_ evictions on this day. These evictions took place at, respectively and in sequential order, _DC & Maryland_

   Afterwards, I was dropped-off at approximately _4_ a.m./p.m. at _1st St_ by _unknown_.

3. In addition to the time spent working at the eviction sites, _2_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _7_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000154

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _25_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _3_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _DC / Maryland_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 per DC_ _$20 for 2 in Baltimore_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_, 2006    _Patricia Wilkins_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

_____
Notary Public

Notary's printed name:

_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 12th day of _October_, 2006
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000155

AFFIDAVIT OF _____

I, _Andre Williams_, hereby affirm and state the following:

1. I currently live in ___DC_____, and have been living here since
   _all life_____.

2. The last eviction I performed took place on __1 year____ at
   __DC_____. On that day, I was engaged to perform evictions and
   picked-up at approximately _9:30_a.m. at __SOME____ by
   _____. The first eviction of the day began at _10:00_
   a.m./p.m. and took place in __D C_____. I performed a total of
   __2___ evictions on this day. In total, I spent _1_ hours actually performing the
   evictions. These evictions took place at, respectively and in sequential order,
   _SE_____
   _NW_____
   _____.
   Afterwards, I was dropped-off at approximately __2__ a.m./p.m. at
   _SOME (close)_by _____ _(and wait time)_

3. In addition to the time spent working at the eviction sites, __4_____ hours of my
   time were spent in transit in the company's van between eviction sites, waiting for the
   next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of
   US$ _10____ for the entire day. I was paid a rate of _____.

1

ASH000156

5. Besides the evictions mentioned above, I have worked on at least ___4___

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

___DC, MD_____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of ___$5/apt  $10/house_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6-26 - 07_____     _signature_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

ASH000157

AFFIDAVIT OF _Michael Williams_

I, _Michael Williams_, hereby affirm and state the following:

1. I currently live in _36 Quincy Place NW_, and have been living here since _7 years_.

2. The last eviction I performed took place on _week of Jan 10/07_ at _SE_. On that day, I was engaged to perform evictions and picked-up at approximately _9.00_ a.m. at _Some_ by _Otto_. The first eviction of the day began at _10.00_ a.m./p.m. and took place in _SE_. I performed a total of _2_ evictions on this day. In total, I spent _2_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _Both in SE (apartments - no elevators)_

   Afterwards, I was dropped-off at approximately _3.00_ a.m./p.m. at _Otto Some_ by _Otto_.

3. In addition to the time spent working at the eviction sites, _4_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _10_ for the entire day. I was paid a rate of _$5 per eviction_

1

ASH000158

5. Besides the evictions mentioned above, I have worked on at least _____ *12* _____

evictions in the past four years. To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____ *DC, Maryland, Virginia* _____. To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _____ *$5 per eviction* _____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _*Jan 26*_, 200*7*    _(signature)_

_202. 783. 4445_



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this *26th* day of *January* *2007*
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000159

AFFIDAVIT OF _WILLIAM WIMBUSH_

I, _William Wimbush_, hereby affirm and state the following:

1. I currently live in _626 Newton Place NW #204_, and have been living here since _10 years_.

2. The last eviction I performed took place on _January 25_ at _Maryland_. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m. at _SOME_ by _Troy_. The first eviction of the day began at _9-30_ a.m./p.m. and took place in _Oxen Hill apartments_. I performed a total of _8_ evictions on this day. In total, I spent _5_ hours actually performing the evictions. These evictions took place at, respectively and in sequential order, _all in Oxen Hill apartments_

   Afterwards, I was dropped-off at approximately _3-00_ a.m./p.m. at _SOME_ by _Troy_.

3. In addition to the time spent working at the eviction sites, _2_ hours of my time were spent in transit in the company's van between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. In exchange for the labor I provided to the eviction company, I was paid a total of US$_25_ for the entire day. I was paid a rate of _"package deal"_

1

ASH000160

5. Besides the evictions mentioned above, I have worked on at least _____400_____

evictions in the past four years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_____Maryland_____ .  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _____$5 per eviction_____ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1/26/07_          _William Wimbush_



District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 26th day of January, 2007
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011


AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000161

AFFIDAVIT OF _Reginald Worrell_

I, _REGINALD Worrell_ hereby affirm and state the following:

1. I currently live in _SHelter NewYork_, and have been living here since _t month_.

2. The last eviction I performed took place on _2005 Summer_ at _Apartments IN S.E._ On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _Some's Address_ by _Nelson Terry_ _R.O.W_ _came back at 4:00pm_ The first eviction of the day took place at _Apartments in Southeast_, began at _9:00_ (a.m.)/p.m. and continued until _10:30_ (a.m.)/p.m. The last eviction of the day began at _1:00_ a.m./(p.m.) and continued until _3:00_ a.m./(p.m.) I performed a total of _5_ evictions on this day. These evictions took place at, respectively and in sequential order, _all in the Southeast_

Afterwards, I was dropped-off at approximately _4:45_ a.m./(p.m.) at _SOME_ by _Nelson Terry driving the van_

3. In addition to the time spent working at the eviction sites, _4.50_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _8.75_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000162

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _15_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least _3_ _with Tanya Smith_ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _Maryland and D.C._ . To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 per eviction_ .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct. 12_ , 2006 _Reginald B Worrell_

SUBSCRIBED AND SWORN TO BEFORE ME, this _____th day of August, 2006.

Notary Public _____

Notary's printed name: _____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _12th_ day of _October_ , _2006_
_____
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011



AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

**ASH000163**

AFFIDAVIT OF _Alvin Wynn_

I, _Alvin Wynn_ , hereby affirm and state the following:

1. I currently live in _1725 Lincoln Rd NE, Emerg Shelter, DC._ , and have been living here since _December 2005_ .

2. The last eviction I performed took place on _the middle of May 2006_ at _Upper Marlboro, MD_ . On this day, I was engaged to perform evictions and picked-up at approximately _8:30_ a.m. at _SOME_ by _white U-haul-like truck, picked up guy named Dave_ . The first eviction of the day took place at _Upper Marlboro, MD_ , began at _1:00_ a.m./p.m. and continued until _1:00_ a.m./p.m. The last eviction of the day began at _2:45_ a.m./p.m. and continued until _3:45_ a.m./p.m. I performed a total of _2_ evictions on this day. These evictions took place at, respectively and in sequential order,

   _2 in Upper Marlboro_

   Afterwards, I was dropped-off at approximately _3:45_ a.m./p.m. at _SOME_ by _Dave_ .

3. In addition to the time spent working at the eviction sites, _3.5_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4. A total of _2.5_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

_I also performed an eviction on NE side near Union station in May 2006_

ASH000164

5.  In exchange for the labor I provided to the eviction company, I was paid a total of

US$ _6.0_____ for the entire day.

6.  Besides the evictions mentioned above, I have worked on at least ___800___

evictions in the past two years.  To the best of my memory, on each of these occasions, I

was picked up at a location in the District of Columbia to perform evictions in

_D.C. and Maryland_____.  To the best of my memory, in

exchange for the labor I provided to the eviction companies on these occasions, I was

paid at a rate of _$5 per place_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6-29-_, 2006          _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_[signature]_
Notary Public

Notary's printed name:

_Austin Ownbey_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this _29th_ day of _June_, _2006_
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
commission expires April 14, 2011

2

ASH000165

AFFIDAVIT OF _Vincent Young_

I, _Vincent Young_, hereby affirm and state the following:

1.  I currently live in _801 MLK Blvd, SE, D.C._, and have been living here since _5 months_.

2.  The last eviction I performed took place on _May 2006_ [middle of] at _Arlington, VA_. On this day, I was engaged to perform evictions and picked-up at approximately _8:00_ a.m. at _SOME_ by _Dave (big guy w/moustache)_. The first eviction of the day took place at _Arlington, VA_, began at _11:00_ (a.m.)/p.m. and continued until ~~_____ a.m./p.m. The last eviction of the day began at _____ a.m./p.m. and continued until _____ a.m./p.m.~~ I performed a total of _4_ evictions on this day. These evictions took place at, respectively and in sequential order,

    _4 in Arlington, VA — we wait outside of 4 apartments but didn't actually perform any evictions_

    Afterwards, I was dropped-off at approximately _1:00_ a.m./(p.m.) at _SOME_ by _Dave_.

3.  In addition to the time spent working at the eviction sites, _4:00_ hours of my time were spent on the company's van in transit between eviction sites, waiting for the next eviction assignment, or awaiting payment from the eviction company.

4.  A total of _4_ hours were spent in transit from the pick-up location to the first eviction site and from the last eviction site to the drop-off location.

1

ASH000166

5. In exchange for the labor I provided to the eviction company, I was paid a total of US$ _6_ for the entire day.

6. Besides the evictions mentioned above, I have worked on at least __10__ evictions in the past two years. To the best of my memory, on each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in _D.C, Maryland and Virginia_. To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was paid at a rate of _$5 a job_.

_Whenever we got to a place with no furniture, we would not be paid_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6|29_, 2006    _Vincent Young_

SUBSCRIBED AND SWORN TO BEFORE ME, this _29_ th day of June, 2006.

_[signature]_
Notary Public

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

Notary's printed name:

_Austin Ownbey_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 29th day of _June_, 2006
_[signature]_
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

ASH000167

<u>AFFIDAVIT</u>

I, _Franco Chamberlin_____, hereby affirm and state the following:

1. I currently live at _3105 G St. SE_, and have been living there since _2 years_.

2. To the best of my memory, I have worked on a minimum of _100_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply).

+ 1 eviction The names of the drivers and companies I remember working for are: _Fatts_ _Butch Enterprises, Terry, O-team, Brenda Robinson_

To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5/eviction_.

3. The most recent day I performed an eviction was on _03/12/07_ (date) at in (DC)/ MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ (a.m)/p.m. at _SOME_ (location) by _Fatts - Green Van_ (driver and vehicle). The first eviction of the day began at _10_ (a.m)/p.m. and took place in _near Blair Rd NW_ (location). I performed a total of _2_ evictions on this day. In total, I spent _6.5_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites and _40 minutes_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

_NW_

1

**ASH000209**

Afterwards, I was dropped-off at approximately __6__ a.m./p.m. at

____SOME____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $__5__ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ __10__ for the entire day.

5. The best mailing address where I can be reached at is:

3105 6 St. ~~SE~~ #2

Washington, DC

20019

_____

6. A phone number where I can be reached at is: __202-575-07~~88~~32__

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:




I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/13__, 2007          X _____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This __13th__ day of __March__, 2007

_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000210

## AFFIDAVIT

I, _Franklin Howard_, hereby affirm and state the following:

1. I currently live at _816 MLK Avenue, NE_, and have been living there since _3 years_.

2. To the best of my memory, I have worked on a minimum of _50_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC)/(MD)/ VA (circle all that apply). The names of the drivers and companies I remember working for are: _East Coast_ _American Way_.

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 per eviction_

3. The most recent day I performed an eviction was on _March 12_ (date) at in DC /(MD)/ VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _12.30_ a.m./p.m. at _Some_ (location) by _American Way (white van)_ (driver and vehicle). The first eviction of the day began at _2_ a.m./p.m. and took place in _Bowie State university_ (location). I performed a total of _3_ evictions on this day. In total, I spent _____ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _____ hours of my time were spent in transit in the company's van between eviction sites and _2_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _3 evictions_

   _Returned 3.30 pm_

1

**ASH000211**

Afterwards, I was dropped-off at approximately _3.30_ a.m./p.m. at

_____SOME_____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _5_ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ _15.00_ for the entire day.

5. The best mailing address where I can be reached at is:

_____816 MLK AVE._____

_____

_____

_____

6. A phone number where I can be reached at is: _____.

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

Drivers  Otis
         Dave
         Terry

3 yrs on and off

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 13_, 2007    X _Jennifer Howard_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _13th_ day of _March_, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000212

## AFFIDAVIT

I, _DAKTARI MARTIN_, hereby affirm and state the following:

1. I currently live at _New York Ave. Shelter_, and have been living there
   since _March 2006_.

2. To the best of my memory, I have worked on a minimum of _3 daily for 1 year_ evictions
   in the past four years. On each of these occasions, I was picked up at a location in the
   District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply).
   The names of the drivers and companies I remember working for are: _OTIS in_
   _a white van and a U-Haul._
   To the best of my memory, in exchange for the labor I provided to the eviction
   companies on these occasions, I was generally paid at a rate of _$5 a job_.

3. The most recent day I performed an eviction was on _3/12/07_ (date) at
   in (DC) / MD / VA (circle all that apply). On that day, I was engaged to perform
   evictions and picked-up at approximately _9_, a.m./p.m. at _5pm_.
   (location) by _Some (by OTIS in White Van)_(driver and vehicle). The first eviction
   of the day began at _10_ (a.m.)/p.m. and took place in _Georgia Ave, NW_ (location).
   I performed a total of _2_ evictions on this day. In total, I spent _8_ hours
   actually performing the evictions. In addition to the time spent working at the eviction
   sites, _4_ hours of my time were spent in transit in the company's van between
   eviction sites and _3_ hours of my time were spent waiting for the next eviction
   assignment or awaiting payment from the eviction company. The evictions I participated
   with took place at, respectively and in sequential order (locations):
   _Georgia Ave., NW, Wash. DC_
   _Georgia Ave., 13th Street, N.W._

1

ASH000213

Afterwards, I was dropped-off at approximately _5:15_ a.m./p.m. at

___SOME___ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _125_ per eviction or $ _10_ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ _10.oo_ for the entire day.

5. The best mailing address where I can be reached at is:

___SOME___

_____

_____

_____

6. A phone number where I can be reached at is: _____.

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

_I went in OTi's van with another 20 guys. OTis will pay only to 7 guys and the other 13 did not get paid because One of the jobs got cancelled._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3-13-_, 2007        X _Dakton Mont_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _13th_ day of _March_, 2007

_____

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000214

<u>AFFIDAVIT</u>

I, _Xavier James_ , hereby affirm and state the following:

1. I currently live at _425 2nd St._ , and have been living there
since _7-8 years._

2. To the best of my memory, I have worked on a minimum of _1000_ evictions
in the past four years.  On each of these occasions, I was picked up at a location in the
District of Columbia to perform evictions in (DC) / (MD) / VA  (circle all that apply).
The names of the drivers and companies I remember working for are: _Big Time Movers_
_short, bright colors; tanya, terry, A1 evictions, Butch_
To the best of my memory, in exchange for the labor I provided to the eviction
companies on these occasions, I was generally paid at a rate of _$5 / eviction_
_with Big Time Movers_

3. The most recent day I performed an eviction was on _early June 200(_ (date) at
in (DC) / MD / VA  (circle all that apply).  On that day, I was engaged to perform
evictions and picked-up at approximately _7:30_ (a.m.)/p.m. at _SOME_
(location) by _____ (driver and vehicle).  The first eviction
of the day began at _9:9:30_ (a.m.)/p.m. and took place in _SW_ (location).
I performed a total of _4_ evictions on this day.  In total, I spent _2_ hours
actually performing the evictions.  In addition to the time spent working at the eviction
sites, _1_ hours of my time were spent in transit in the company's van between
eviction sites and _3_ hours of my time were spent waiting for the next eviction
assignment or awaiting payment from the eviction company. The evictions I participated
with took place at, respectively and in sequential order (locations):

_2 Berry Farms ; Somewhere NW_

_Otto_
_James_

1

ASH000215

Afterwards, I was dropped-off at approximately _3:30_ a.m./p.m. at
_____SOME_____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ _5_ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$ _20_ for the entire day.

5. The best mailing address where I can be reached at is:

   _425 2nd St. NW_
   _Washington, DC_
   _20001_

6. A phone number where I can be reached at is: _202·355-4966_.

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I have ~~never~~ heard of Bob Ward. The driver for Bob Ward wrote the address on the door as the Marshal arrived. The Marshal saw him and canceled the eviction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3-13-_, 2007        X _X (signature)_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _13th_ day of _March_, 2007
_____   _____

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

ASH000216

<u>AFFIDAVIT</u>

I, _Kevin Jones_ , hereby affirm and state the following:

1. I currently live at _425 2nd St. CNW_, and have been living there since _2 months_

2. To the best of my memory, I have worked on a minimum of ___300___ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC)/ (MD) VA (circle all that apply).

_+ 1 eviction_ The names of the drivers and companies I remember working for are: _Fatts_ _Butch Enterprises, ~~Eze~~ Terry, Brenda Robinson, O-team_

To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 /eviction_ .

3. The most recent day I performed an eviction was on _03/12/07_ (date) at in (DC)/ MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ (a.m)/p.m. at _SOME_ (location) by _Fatts - Green_ (driver and vehicle). The first eviction of the day began at _10_ (a.m)/p.m. and took place in _Near Blair Rd. NW_ (location). I performed a total of _2_ evictions on this day. In total, I spent _6.5_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1_ hours of my time were spent in transit in the company's van between eviction sites and _40 minutes_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

_NW_

1

**ASH000217**

Afterwards, I was dropped-off at approximately ___6___ a.m./p.m. at ___SOME___ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $__5__ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$__10__ for the entire day.

5. The best mailing address where I can be reached at is:

    _CCNU_____

    _____

    _____

    _____

6. A phone number where I can be reached at is: _202-562-8019_.

7. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3-13-07_, 2007       x _Kevin Jones_____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _13th_ day of _March_____, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

ASH000218