# EXHIBIT C-1

# If You Worked on an Eviction
A Class Action Settlement May Affect Your Rights.
A federal court authorized this notice.
This is not a solicitation from a lawyer.

You may be affected by a proposed settlement in a class action lawsuit. The lawsuit alleges that the Defendants, who perform evictions in the Washington, D.C. metropolitan area, conspired to pay their workers less than the legal minimum wage. One Defendant Company, A 1 Eviction Services, Inc., and its owner, Tanya Smith, have agreed to settle claims against them. Plaintiffs continue to litigate vigorously against the other Defendants.

**Who is affected:** You are a Class Member if you worked for any of the Defendants sometime from September 5, 2002 to [notice date] and were paid less that the applicable federal and state minimum wages (at least $5.15 per hour, and more in some cases).

**What the settlement provides:** A 1 Eviction Services and Tanya Smith have agreed to (1) pay $30,000 to the Settlement Class, (2) pay each eviction worker they employ at least the applicable minimum wage in the future, and (3) refrain from conspiring with others to fix or suppress wages.

**What your options are:** You need not do anything at this time to remain a Class Member; you will be bound by the Settlement but eligible to share in proceeds from it. If you wish to pursue your own legal action against A 1 Eviction Services and Tanya Smith, you must exclude yourself from the Settlement. You may also object to the Settlement and speak at a hearing about its fairness.

**The deadline for exercising these options is [insert].** For instructions on how to do so, and for more information:
1. Calling the National Coalition for the Homeless at (202) 462-4822,
2. Visiting [insert website address] on the Internet, or
3. Writing to the National Coalition for the Homeless, 2201 P St. NW, Washington, DC, 20037.