# EXHIBIT C-2

# If You Worked on an Eviction

Please Read this Legal Notice. A Proposed Class Action Settlement May Affect Your Rights.
*A federal court authorized this notice. This is not a solicitation from a lawyer.*

You may be affected by a settlement in a class action lawsuit. The lawsuit alleges that certain persons and companies who perform evictions in the Washington, D.C. metropolitan area paid their workers less than the Federal and state minimum wage, and conspired to do so, in violation of Federal and state antitrust laws.

The lawsuit is called Ashford et al. v. East Coast Express Eviction et al., No. 06-cv-1561 (RJL), and is in the United States District Court for the District of Columbia. One Defendant, A 1 Eviction Services, Inc., and its owner, Tanya Smith, have agreed to settle the claims against them. This notice summarizes your rights and options regarding the proposed settlement. More information is available at the website listed below. If you are included in the definition of the Class, you can remain part of the Class and be bound by the Settlement, or ask to be excluded and keep your right to sue A 1 Eviction Services and Tanya Smith.

**Are you affected?**
The Settlement applies only to persons who worked for one of the Defendants sometime from September 5, 2002 to [notice date] and were paid less than the applicable federal and state minimum wages, which was at least $5.15 per hour, and more in the District of Columbia and Maryland after certain dates. Defendants include East Coast Express Eviction, A 1 Eviction Services, Inc., A & A Cardinal Eviction, All American Eviction Company, Butch Enterprises, Inc., Big Time Movers, Inc., Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lansford, Tanya Smith, Nelson Terry, Robert "Bob" Ward, Irwin Staten, Choya Lord Rodriguez, and Vincent Crawford.

**What does the Settlement provide?**
A 1 Eviction Services and Tanya Smith have agreed to (1) pay $30,000 to the Settlement Class, (2) pay each eviction worker they employ at least the applicable minimum wage in the future, and (3) refrain from conspiring with others to fix or suppress wages. The Settlement also requires Class Members to give up future claims against A 1 Eviction Services and Tanya Smith arising out of the claims alleged in the lawsuit. The Settlement does not affect other Defendants, against whom the plaintiffs continue to vigorously litigate.

**Will I receive any payment from the Settlement?**
Maybe, but not right away. The money from the Settlement will be combined with money from any other settlements and recoveries. Once a Claims Administrator decides that there is sufficient money to distribute it fairly, or there is no prospect for further recovery, the Court will be asked to approve a plan for distributing money to Class Members. This plan may include direct payments, donating money to a charity that serves the homeless in the District of Columbia, or both.

**What about attorneys' fees?**
Attorneys for the Class are working on an unpaid or "pro bono" basis, but may, at a later date, seek Court approval of reasonable fees in the event of a judgment against additional Defendants. They also have applied to the Court for reimbursement from the Settlement fund for certain out-of-pocket expenses from the publication of this notice, and may apply for reimbursement or advancement of other reasonable litigation expenses.

**What are my options?**
You do not need to do anything at this time to continue as a Class Member. You will be eligible to share in the proceeds of the Settlement, but will also give up your right to file your own lawsuit against A 1 Eviction Services and Tanya Smith for the same legal claims in this case. If you do not want to be bound by the Settlement, you may exclude yourself from the Settlement Class, but must do so by filling out an Exclusion Form and mailing it with a postmark no later than [insert]. If you remain in the Settlement Class, you may object to or comment on the Settlement and ask to appear at a hearing on [insert], where the Court will consider whether to approve it, by filling out an Objection/Appearance Form and mailing it with a postmark no later than [insert].

Instructions for all of these options can be found in the full notice, which you can obtain by:

1. Calling the National Coalition for the Homeless at (202) 462-4822,
2. Visiting [insert website address] on the internet, or
3. Writing to the National Coalition for the Homeless, 2201 P St. NW, Washington, DC, 20037.

PLEASE DO NOT CONTACT THE COURT, A 1 EVICTION SERVICES, OR TANYA SMITH FOR INFORMATION.

**For more information, call the National Coalition for the Homeless at (202) 462-4822 or visit [insert website address].**