# EXHIBIT D

## Homeless Service Organizations to Receive Notice by Electronic Mail

**District of Columbia**

Bethany Women's Center
1333 N Street, NW
Washington, DC
www.nstreetvillage.org

Bread for the City
1525 Seventh Street, NW
Washington, DC
www.breadforthecity.org

Bright Beginnings, Inc.
128 M Street, NW
Suite 150
Washington, DC
www.brightbeginnings.org

Calvary Women's Services
928 5th Street, NW
Washington, DC
www.calvaryservices.org

Catholic Community Services of DC
924 G Street, NW
Washington, DC
www.ccs-dc.org

Central Union Mission (Men)
1350 R Street, NW
Washington, DC
www.missiondc.org

CCNV (Men and Women)
425 2nd Street, NW
Washington, DC
http://users.erols.com/ccnv/

Coalition on Human Needs
1120 Connecticut Avenue, NW
Suite 910
Washington, DC
www.chn.org

Community Council for the Homeless
At Friendship Place
4713 Wisconsin Avenue, NW
Washington, DC
www.cchfp.org

Community Family Life Services
305 E Street, NW
Washington, DC
www.cflsdc.org

Community of Hope (Family)
1413 Girard Street, NW
Washington, DC
www.communityofhopedc.org

Christ House
1717 Columbia Rd., NW
Washington, DC
www.christhouse.org

Charlie's Place
1830 Connecticut Avenue, NW
Washington, DC
www.stmargaretsdc.org/charliesplace

Church of the Pilgrims
2201 P Street, NW
Washington, DC
www.churchofthepilgrims.org

DC Coalition for the Homeless
1234 Massachusetts Avenue, NW
Washington, DC
www.dccfh.org

Dinner Program for Homeless Women
AND the "9:30 Club" Breakfast
309 E Street, NW
Washington, DC
www.dphw.org

1

DC Village (Family)
2-A DC Village Lane, SW
Washington, DC
www.dccfh.org/DCVillage.html

Food and Friends
219 Riggs Road, NE
Washington, DC
www.foodandfriends.org

Foundry Methodist Church
1500 16th Street, NW
Washington, DC
www.foundryumc.org

Friendship House
619 D Street, SE
Washington, DC
www.friendshiphouse.net

Georgetown Ministry Center
1041 Wisconsin Avenue, NW
Washington, DC
www.georgetownministrycenter.org

Gospel Rescue Ministries (Men)
810 5th Street, NW
Washington, DC
www.grm.org

Hermano Pedro Day Center
3211 Sacred Heart Way, NW
Washington, DC
www.ccs-dc.org

Housing Assistance Council
1025 Vermont Avenue, NW
# 606
Washington, DC
www.ruralhome.org

JHP, Inc. (Jobs and Housing)
1526 Pennsylvania Avenue, SE
Washington, DC
www.jobshavepriority.org

John Young Center (Women)
117 D Street, NW
Washington, DC
www.ccs-dc.org/find/services

Jubilee Jobs
1640 Columbia Road, NW
Washington, DC
www.jubileejobs.org

Martha's Table
2114 14th Street, NW
Washington, DC
www.marthastable.org

Miriam's Kitchen
2401 Virginia Avenue, NW
Washington, DC
www.miriamskitchen.org

National Coalition Against Domestic Violence
1120 Lincoln Street
#1603
Washington, DC
www.ncadv.org

National Coalition on Black Civic Participation
1025 Vermont Avenue, NW
#1010
Washington, DC
www.ncbcp.org

National Policy and Advocacy Council
K Street, NW
Suite 210
Washington, DC
www.npach.org

National Rural Housing Coalition
1250 Eye Street, NW
Suite 902
Washington, DC
www.nrhcweb.org

N Street Village (Women)
1333 N Street, NW
Washington, DC
www.nstreetvillage.org

Samaritan Ministry
1516 Hamilton Street, NW
Washington, DC
www.samaritanministry.org

Sasha Bruce Youthwork
741 8th Street, SE
Washington, DC
www.sashabruce.org

So Others Might Eat (SOME)
71 "O" Street, NW
Washington, DC
www.some.org

St. Luke's Episcopal Church
1514 15th Street, NW
Washington, DC

Travelers Aid International
1612 K Street, NW
Washington, DC
www.travelersaid.org
www.stlukesdc.edow.org

Travelers Aid, Union Station
50 Massachusetts Avenue, NE
Washington, DC
www.travelersaid.org/ta/dc.html

Unity Health Care, Inc.
3020 14th Street, NW
Washington, DC
www.unityhealthcare.org

Virginia Williams Resource Center
25 M Street, SW
Washington, DC
www.dccfh.org/VirginiaHse.html

Washington Legal Clinic for the Homeless
1200 U Street, NW
Washington, DC
www.legalclinic.org

The Welcome Table
Church of the Epiphany
1317 G Street, NW
Washington, DC
http://www.epiphanydc.org/ministry/welcometbl.htm

Whitman-Walker Clinic
1407 S Street, NW
Washington, DC
www.wwc.org

**Maryland**

Bethesda Cares
7728 Woodmont Church
Bethesda, MD
www.bethesdacares.com

Catholic Charities, Maryland
12247 Georgia Avenue
Silver Spring, MD
www.catholiccharitiesdc.org

Community Clinic, Inc.
8210 Colonial Lane
Silver Spring, MD
www.cciweb.org

Community Ministry of Montgomery County
114 W. Montgomery Avenue
Rockville, MD
www.communityministry.org

Community Place Café
311 68th Place
Seat Pleasant, MD
www.cmpgc.org

Manna Food Center
614-618 Lofstrand Lane
Rockville, MD
www.mannafood.org

Mission of Love
6180 Old Central Avenue
Capitol Heights, MD
www.molinc.org

Mobile Medical Care, Inc.
9309 Old Georgetown Road
Bethesda, MD
www.mobilemedicalcare.org

Warm Night Shelter
311 68th Place
Seat Pleasant, MD
www.cmpgc.org

**Virginia**

Abundant Life Christian Outreach
5154 Eisenhower Avenue
Alexandria, VA
www.anchor-of-hope.net

Alive, Inc.
2723 King Street
Alexandria, VA
www.alive-inc.org

Arlington-Alexandria Coalition for the Homeless
3103 Ninth Road North
Arlington, VA
www.aachhomeless.org

Arlington Free Clinic
3833 N Fairfax Drive
#400
Arlington, VA
www.arlingtonfreeclinic.org

Carpenter's Shelter
930 N. Henry Street
Alexandria, VA
www.carpentersshelter.org

David's Place Day Shelter
930 North Henry Street
Alexandria, VA
www.carpentersshelter.org

Legal Services of Northern Virginia
6066 Leesburg Pike
Suite 500
Falls Church, VA
www.lsnv.org

Our Daily Bread
10777 Main Street
Suite 320
Fairfax, VA
www.our-daily-bread.org