# EXHIBIT E

**Residential Shelters and Soup Kitchens for Information Sessions**

So Others Might Eat (SOME)
71 "O" Street, NW
Washington, DC

801 East, St. Elizabeth Hospital
2700 MLK Avenue, SE
Washington, DC

New York Ave Shelter
1355-57 New York Avenue, NE
Washington, DC