# EXHIBIT F



NEW YORK  WASHINGTON  PARIS  BRUSSELS  LONDON  MOSCOW  FRANKFURT  COLOGNE  ROME  MILAN  HONG KONG  BEIJING

# Cleary Gottlieb Steen & Hamilton LLP

### Firm Overview

Cleary Gottlieb Steen & Hamilton LLP is one of the leading international law firms widely recognized for its expertise in finance, mergers and acquisitions and antitrust law, as well as for its tax, regulatory and litigation practice. The firm was founded in 1946 by lawyers committed to excellence in the practice of law, the highest ethical standards and diversity and individuality in its lawyers.

### Litigation Practice

Cleary Gottlieb has a dynamic domestic and international litigation and arbitration practice, representing clients in matters ranging from major commercial cases to sensitive internal investigations. The *Chambers USA 2005* guide describes our practice as "thriving" with a "burgeoning team" of litigators who "focus on 'complete professionalism.'"

And the *Chambers USA 2006* guide reports on our "formidable litigation capability," describing a litigation practice that is a "highflier in both international arbitration and securities litigation," and also populated by "tremendous general commercial litigators."

Five of our litigation and arbitration partners served as Assistant United States Attorneys; others have worked in public service as Assistant to the Solicitor General of the United States, Deputy Assistant Attorney General of the Antitrust Division of the U.S. Department of Justice, Deputy General Counsel of the Air Force, Deputy Director of the Bureau of Competition in the Federal Trade Commission, counsel to former New York Governor Mario Cuomo, Special Counsel to former New York Mayor Edward Koch, and Chairman of the Board of the Urban Justice Center. Many of our litigators have clerked for judges throughout the U.S. federal system, including the Supreme Court of the United States.

We have proven our ability to represent clients before a variety of courts, tribunals, and regulatory agencies in the United States and around the world.

### Pro Bono

We have a long tradition of taking on significant pro bono litigation matters, assisting in the effort to make legal services available to all sectors of the community. The firm has received numerous awards for its pro bono activities. Our lawyers meet regularly with nonprofit legal services providers and longstanding pro bono clients to discuss ways Cleary Gottlieb's legal talent can best continue to help our communities.

CLEARY
GOTTLIEB

We provide services in the following areas: affordable housing, arts and entertainment, asylum and immigration, civil rights and discrimination, community economic development, criminal defense and death penalty cases, education and children's rights, family law, HIV/AIDS-related cases, homeless rights, housing litigation, international human rights, not-for-profit organizations, prisoners' rights including federal court cases, public service, women's rights, and WTC related matters.

***Selected Accolades***

Ranked #5 in Pro Bono Commitment
    **The American Lawyer, 2006 (NY-based firms)**

Global Competition/Antitrust Law Firm of the Year
    **Chambers Global, 2006**

Competition Law Firm of the Year
    **Acquisitions Monthly, 2006**

Washington, D.C. Office Honored for Pro Bono Work – one of 14 Washington, D.C. law firms in which 40% or more of its partners/counsel and of its associates in the office devoted at least 50 hours or more to pro bono legal services
    **The Standing Committee on Pro Bono Legal Services of the D.C. Circuit Judicial Conference, 2006**

Outstanding Achievement Award in the field of Immigration & Refugee Rights
For the Washington, D.C. Office
    **Washington Lawyers' Committee for Civil Rights and Urban Affairs, 2006**

Outstanding Achievement Award in the field of Disability Rights Project
    **Washington Lawyers' Committee for Civil Rights and Urban Affairs, 2005**

Pro Bono Award
    **Legal Aid Society, 2005**

Ranked #4 in Am Law A-List
    **The American Lawyer (based on revenue per lawyer, pro bono performance, treatment and development of junior lawyers, and workplace diversity), 2004**

President's Pro Bono Award for Large Law Firms
    **New York State Bar Association, 2004**

Pro Bono Award
    **American Immigration Lawyers Association, 2003**

CLEARY GOTTLIEB

***Selected Pro Bono Expertise***

- In conjunction with the Urban Justice Center (formerly the Legal Action Center for the Homeless) and the Coalition for the Homeless, we represented over 190 homeless New Yorkers in an action against the Grand Central Partnership Business Improvement District and related entities, challenging, under the Fair Labor Standards Act and New York State Law, the Partnership's practice of employing homeless workers at sub-minimum wage. The case went to trial in April 1997 and, in March 1998, the judge ruled in our favor and ordered the Grand Central Partnership to pay back wages and overtime to all of the plaintiffs in the action.

- Counsel to the Disability Rights Council of Greater Washington in a successful settlement of a complaint against The May Department Stores Company, which alleged that May Co. violated the Americans with Disabilities Act in its Hecht's and Lord & Taylor department stores, because the arrangement of movable sales fixtures prevented mobility-impaired shoppers from access to merchandise.

- Successful counsel for 200 homeless persons who were participants in programs operated by the two major Manhattan Business Improvements Districts. The BIDs argued that the programs provided training, exempting them from minimum wage laws. After trial, the Court held that the programs were jobs, not training, and that the $1/hour paid by the BIDs was unlawful. The verdict exceeded $1 million. The BIDs' appeal was withdrawn, making the judgment final, and we are now in the process of assisting in the distribution of payments.

- In conjunction with the Washington Lawyers' Committee for Civil Rights, we currently represent the Equal Rights Center in an ongoing litigation against the District of Columbia, alleging that the District of Columbia has denied persons with disabilities access to and use of its government buildings in violation of the American with Disabilities Act of 1990, the Rehabilitation Act of 1973, and the DC Human Rights Act.

CLEARY
GOTTLIEB

*Attorney Biographies*

**David M. Becker:** David M. Becker is a partner based in the Washington, D.C. office. Mr. Becker joined Cleary Gottlieb in 2002, following his service as General Counsel of the U.S. Securities and Exchange Commission. During his more than three years at the SEC, Mr. Becker counseled the Commission on virtually all enforcement, rule-making and regulatory actions that it took. Mr. Becker was particularly active in advising the Commission on matters related to corporate governance, and accounting and disclosure. Mr. Becker also was responsible for representing the SEC in all appellate actions, including enforcement actions.

Mr. Becker's practice covers the full range of issues arising out of capital markets activities. He focuses on SEC and other investigations, on corporate governance issues, and on a broad range of SEC regulatory matters.

Mr. Becker has a strong interest and background in enforcement matters, having focused on this work before becoming SEC General Counsel. Mr. Becker was a partner from 1982 to 1998, and an associate from 1978 to 1982, at Wilmer, Cutler & Pickering. He represented broker-dealers, financial institutions, issuers and individuals in enforcement investigations and proceedings before the SEC and the self-regulatory organizations. Mr. Becker conducted corporate investigations and represented issuers and underwriters in securities class action and shareholder derivative lawsuits.

Mr. Becker received a J.D. degree from Columbia University Law School, where he was editor-in-chief of the *Columbia Law Review*, in 1973, and an undergraduate degree from Columbia College in 1968. Following graduation, Mr. Becker served as law clerk to the Honorable Harold Leventhal of the U.S. Court of Appeals for the District of Columbia Circuit and a year later for the Honorable Stanley Reed (retired) of the U.S. Supreme Court. Mr. Becker is a member of the Bars in New York and the District of Columbia.

*       *       *       *       *

**Brian Byrne:** Brian Byrne is a partner based in the Washington, D.C. office. Mr. Byrne's practice focuses on a broad range of antitrust matters, including the competition review of mergers and acquisitions by the U.S. Federal Trade Commission and Department of Justice and various foreign antitrust enforcement authorities, pre-merger notification under the Hart-Scott-Rodino Act and similar laws in other jurisdictions, civil antitrust litigation, and criminal antitrust enforcement matters. He has represented clients in a number of industries, including chemicals and plastics, oil & gas, branded consumer products, telecommunications and technology, defense, health care, investment banking, pharmaceuticals, insurance, agricultural chemicals, grocery and other retail, building materials, airlines, and automotive and other manufacturing. He has represented clients in some of the largest mergers in recent history, including Premcor in its recent merger with Valero, which created the largest oil refining company in the United

CLEARY
GOTTLIEB

States. Mr. Byrne represented PeopleSoft in the antitrust review and litigation related to DOJ's challenge to the 18-month hostile tender offer by Oracle. He represented L'Air Liquide in its €2.68 billion acquisition of the US, German, and UK operations of industrial gas provider Messer Griesheim. He has represented Conoco in numerous matters, including its merger with Phillips Petroleum, and in ConocoPhillips' sale of sale of its retail and wholesale operations in the Mid-Atlantic and Northeast. He also represented The Dow Chemical Company on its acquisition of Union Carbide and subsequent matters such as the acquisition of the acrylics business of Celanese; Raytheon Company in its acquisition of Solipsys; Hanson Building Materials America in its acquisition of Better Materials Corporation; and Siemens on its joint venture with Draeger Medical.

Mr. Byrne has contributed to various ABA and other publications on the antitrust laws such as the Global Competition Review, ABA's Annual Review of Antitrust Law Developments and the ABA's Antitrust Law Developments (Fourth) and speaks on antitrust topics for groups such as ALI-ABA.

Mr. Byrne joined the firm in 1995 and became a partner in 2004. He received a J.D., *magna cum laude*, Order of the Coif, from University of Michigan in 1995 and an undergraduate degree, *magna cum laude*, from Brown University in 1992. Mr. Byrne is a member of Bars in California and the District of Columbia.

\*   \*   \*   \*   \*

***Matthew D. Slater:*** Matthew D. Slater is a partner of Cleary Gottlieb Steen & Hamilton LLP based in the Washington, D.C., office. His practice focuses on trial and appellate litigation, other adversarial processes, and dispute resolution. He has represented clients in a diverse range of matters, including government regulatory and enforcement matters in the banking, antitrust, environmental, and professional liability areas, constitutional law, commercial and securities matters, and product liability litigation. He is also actively involved in the firm's pro bono practice. Mr. Slater began work at the firm in 1985, became a partner in 1992, left for government service for a period, and rejoined the firm as a partner in 1999.

Mr. Slater was appointed Principal Deputy General Counsel of the Air Force in 1995 and served in that position through 1998, during which time he was responsible for providing oversight, guidance, and direction for legal advice throughout the Air Force. His responsibilities encompassed environmental cases, acquisition matters, civilian and military personnel law, base closings and realignments, international agreements, intelligence and law enforcement oversight, military justice matters, investigations, fiscal and administrative law, tort and other claims, information and privacy law, congressional and media relations, and contractor suspension and debarment matters. His work included oversight of major litigation, including litigation concerning national security information and the military and state secrets privilege, tort claims, environmental claims, major bid protests before the General Accounting Office and in the federal

CLEARY
GOTTLIEB

courts, major contract claims, and base closures. He served as the Air Force's dispute resolution specialist with responsibility for the Department's Alternative Dispute Resolution Program, in which capacity, for example, he helped develop an ADR process that contributed to resolution of one of the largest contract claims ever filed against the Air Force. Mr. Slater was awarded the Air Force Decoration for Exceptional Civilian Service.

Prior to joining the firm, Mr. Slater was a law clerk to the late Judge Carl McGowan of the U.S. Court of Appeals for the District of Columbia Circuit and then practiced with a plaintiffs litigation firm in Charleston, West Virginia. He is admitted to practice in the District of Columbia, as well as the United States Supreme Court and numerous federal appellate and trial courts. He is a member of the American Law Institute and the American Bar Association. He serves as a member of the Board of Directors of the Washington Lawyers' Committee for Civil Rights and Urban Affairs and on the Board of Trustees of the Lawyers' Committee for Civil Rights Under Law.

Mr. Slater received a J.D. degree from the University of Chicago Law School, where he graduated cum laude in 1983 and was Editor-in-Chief of the *University of Chicago Law Review*. Mr. Slater received his undergraduate degree in Social Studies from Harvard College, where he graduated *magna cum laude* in 1979. Mr. Slater is a member of the Bars in West Virginia and the District of Columbia.

\*   \*   \*   \*   \*

**Lee F. Berger:** Lee F. Berger is an associate based in the Washington, D.C. office. Mr. Berger's practice focuses on litigation and arbitration. He has represented clients in a diverse range of matters, including international arbitration and litigation for sovereigns and sovereign instrumentalities, and enforcement and class action litigations in antitrust, securities, labor and other areas. Mr. Berger is actively involved in international human rights and political asylum pro bono matters and currently serves on the firm's pro bono committee.

Mr. Berger joined the firm in 2002. He received a J.D. degree, *cum laude*, from Georgetown University Law Center in 2002 and an undergraduate degree, *magna cum laude*, from the American University in 1999. Mr. Berger is a member of the Bars in California and the District of Columbia.

\*   \*   \*   \*   \*

**Matthew J. Berman:** Matthew J. Berman is an associate based in the Washington, D.C. office. Mr. Berman's practice focuses on litigation, antitrust, and government enforcement regulatory matters. He also has experience in structured finance transactions.

Mr. Berman joined the firm in 2003. He received a J.D. degree, *cum laude*, from Georgetown University Law Center in 2003 and an undergraduate degree from the Washington University in

CLEARY GOTTLIEB STEEN & HAMILTON LLP
NEW YORK · WASHINGTON · PARIS · BRUSSELS · LONDON · MOSCOW · FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG · BEIJING
www.clearygottlieb.com

CLEARY
GOTTLIEB

St. Louis in 1995.  Mr. Berman is a member of the Bars in Maryland and the District of Columbia.

*   *   *   *   *

**Kevin R. Burke:**  Kevin R. Burke is an associate based in the Washington, D.C. office.  Kevin R. Burke joined the firm in 2006.  He received a J.D. degree, from George Washington University Law School in 2006 and an undergraduate degree, from the University of Notre Dame in 1999.  Mr. Burke is not yet a member of any Bar.

*   *   *   *   *

**Ryan Clough:**  Ryan Clough is an associate based in the Washington, D.C. office.  Ryan Clough joined the firm in 2005.  He received a J.D. degree, from Harvard Law School in 2006 and an undergraduate degree, from Emory University in 2003.  Mr. Clough is not yet a member of any Bar.

*   *   *   *   *

**Larry C. Dembowski:**  Larry C. Dembowski is an associate based in the Washington, D.C. office.  Mr. Dembowski's practice focuses on litigation and arbitration.  He has represented clients in a diverse range of matters, including international arbitration involving sovereign as well as private parties and litigation in federal and state courts involving antitrust, securities, and other areas.  Mr. Dembowski's practice also includes advising clients on various antitrust matters in connection with investigations and proposed transactions.  He is also actively involved in international human rights and workers' rights pro bono matters.

Mr. Dembowski joined the firm in 2002.  From 2003 to 2004, he left the firm to serve as a law clerk to the Honorable Charles F. Lettow on the United States Court of Federal Claims.  Mr. Dembowski received a J.D. degree, *cum laude*, from Georgetown University Law Center and a Master of Science in Foreign Service degree from Georgetown University in 2002.  He received his undergraduate degree from Southern Methodist University in 1997. Mr. Dembowski was a Fulbright Fellow in Austria from 1997 to 1998.  Mr. Dembowski is a member of the Bars in New York and the District of Columbia.

*   *   *   *   *

**Ryan C. Gaubert:**  Ryan C. Gaubert is an associate based in the Washington, D.C. office.  Ryan C. Gaubert joined the firm in 2005.  He received a J.D. degree, with High Honors, Order of the Coif, from the University of Texas School of Law in 2006, where he served as an Associate Editor of the Texas Law Review, and a B.B.A. degree, with High Distinction, from Emory University in 2003.  Mr. Gaubert is a member of the Bar in Texas and has applied for admission to the Bar in the District of Columbia.

CLEARY
GOTTLIEB

\*   \*   \*   \*   \*

***Abdoul A. Konare:***  Abdoul A. Konare is a staff attorney based in the Washington, D.C. office. Abdoul A. Konare joined the firm in 2006. He received a J.D. degree, *cum laude*, from Michigan State University College of Law in 2002, a LL.M. in Securities and Financial Regulation from Georgetown University Law Center in 2003 and an undergraduate degree, from Western Michigan University in 1999. In addition, he was Fellow at the Institute of International Economic Law in Washington, D.C. from 2002 to 2003. Mr. Konare is a member of the Bars in Michigan and the District of Columbia.

\*   \*   \*   \*   \*

***Jane S. Newport:***  Jane S. Newport is an international lawyer based in the Washington, D.C. office. Jane S. Newport joined the firm in 1991. She received a LL.B from the Inns of Court School of Law in 1968.

\*   \*   \*   \*   \*

***Anne Newton:***  Anne Newton is an associate based in the Washington, D.C. office. Ms. Newton's practices focuses on antitrust and commercial litigation, as well as counseling in connection with mergers and acquisitions. She also has experience with international arbitration. Ms. Newton is also actively involved in political asylum pro bono matters.

Ms. Newton joined the firm in 2004. She received a J.D. degree, *magna cum laude*, Order of the Coif, from Georgetown University Law Center in 2003, where she served as Executive Articles Editor of *Law & Policy in International Business* (now *The Georgetown Journal of International Law*), and an undergraduate degree, *summa cum laude*, from Indiana State University in 1999. From 2003 to 2004, she served as law clerk to the Honorable Francis M. Allegra of the U.S. Court of Federal Claims. Ms. Newton is a member of the Bars in New York and the District of Columbia.

\*   \*   \*   \*   \*

***Aaron Marr Page:***  Aaron Marr Page is an associate based in the Washington, D.C. office. Aaron M. Page joined the firm in 2004. He received a J.D. degree, from the University of Michigan Law School in 2005 and an undergraduate degree, from Oberlin College in 1998. Mr. Page is not yet a member of any Bar.