# EXHIBIT G

Case 1:06-cv-01561-RJL-JMF   Document 87-13   Filed 03/30/2007   Page 1 of 2

*A-1 Eviction Services, Inc.*

March 15, 2007

P.O. Box 4441
LARGO, MARYLAND 20775
(301) 772-2274
FAX (301) 772-1819

Michael Stoops
Acting Director
National Coalition for the Homeless
2201 P Street, N.W.
Washington, D.C. 20037

Dear Mr. Stoops:

As we discussed in our conversation on today, it was determined on March 5, 2007 that (12) workers were inadvertently not paid. This error was discovered on the same day and was corrected on March 6, 2007 and March 7, 2007. All workers have since been paid in full for work performed on March 5, 2007. The total amount owed to each worker was $10.00 each for 1.5 hours @ 6.15 per hour.

As I explained when we spoke on today, my driver on March 5, 2007 was not able to reach me by radio to receive the funds to pay the workers. (I may have been out of range). Therefore, upon completing his job at 1:00 p/m he released the workers without payment. I contacted this driver at approximately 3:00 p/m to ask if the job had been completed and learned of this error at that time. At this point all of the workers had left the area and could not be located to pay. This driver was reprimanded and told to locate each person until all workers were paid. (All of the affected workers perform eviction services with this particular driver frequently).

Four of the twelve workers were located and paid on March 6, 2007 and the remaining workers were located and paid on March 7, 2007. Each worker was asked to fill out a (new) timesheet with the date they were paid and given a copy.

To my knowledge, this has never occurred before and I assure you that I am monitoring this driver very closely to make certain this error does not occur again.

If you have any questions or concerns, please feel free to contact me at (301) 772-2274.

Sincerely,

Tanya H. Smith
President