# EXHIBIT H

U.S. Department of Justice
United States Marshals Service



# Service of Writs of Restitution (Evictions)

The United States Marshal for the Superior Court District of Columbia is responsible for serving process for the Superior Court for the District of Columbia. This process includes Writs of Restitution that are issued for the recovery by eviction of tenants and property for judgment and/or restitution. In all cases the following laws, regulations and procedures will be followed.



A survey of commercial properties must be made to determine if any special requirements are needed to accomplish the eviction. All special requirements must be provided for at the property owner's expense.

If the property manager or representative on-site is unable to meet conditions required to safely execute the eviction, it will be canceled and they will have to refile the Writ and pay again.

If special circumstances exist, such as a known pet, hazardous conditions, controlled items, or unstable personalities, please advise the U.S. Marshals Service representative when filing the Writ or when contacted.

Food items, chemicals (to include perfumes and other such items), dirty dishes, items posing a danger to the immediate public, and items deemed as trash will not be removed from the property. Property owners must arrange for disposal at a later time. Food can be removed by the tenant provided they are there to take custody and their possession violates no known law or statute.

## Fees

In addition to the filing fee charged by the Court, the U.S. Marshals Service charges a fee for executing the Writ. Typically, the Writ is executed by two Deputies in one hour or less and results in a charge of $90.00 per hour or any fraction thereof.

**Minimum Manpower Requirements:**

| | |
|---|---|
| House | 25 Persons |
| 1 Bedroom Apartments | 10 Persons |
| 2 Bedroom Apartments | 15 Persons |
| 3 Bedroom Apartments | 20 Persons |

The minimum numbers reflected refer to those on a site and available to work. Persons present in only supervisory or management capacities will not count toward the total.

ASH000186

## Information

**Landlord & Tenants Court**
Phone: (202) 879-4879

**United States Marshals Service**
Room: C-250
Phone: (202) 616-8631/8633

If a plaintiff or defendant is not satisfied with the service provided by the United States Marshals Service, they can apply in writing for further consideration of special circumstances. Complaints or other requests should be mailed to:

United States Marshal
for the
Superior Court District of Columbia
500 Indiana Avenue, Room C-250 NW
Washington, DC 20001

## Filing

Writs are filed in Landlord & Tenants Court (L&T). The L&T office then forwards the writ to the U.S. Marshals' office for scheduling of the actual eviction. Issued Writs have a life of 75 calendar days.

## Scheduling of the Eviction by the USMS

Upon receipt of the Writ by the U.S. Marshals Service, it is filed with others having addresses in that quadrant of the city and by the date received. Each weekday (Monday-Friday) a Schedule of Evictions is posted reflecting addresses which are scheduled for execution. Lists are posted in the L&T Court Clerk's office and in the U.S. Marshals' office. There are no evictions scheduled on Saturdays, Sundays, or holidays.

District of Columbia Law and Superior Court Rules prohibit the execution of evictions when a 50 percent or greater chance of precipitation is forecast for the next 24 hours. This ruling does not include evictions designated as a Walk-Thru (empty property where a tenant has left and removed all of their property). Additionally, if the weather forecast is for temperatures below 32 degrees Fahrenheit over the next 24 hours, evictions other than those designated as Walk-Thru and Commercial Property will be canceled.

Official weather determinations are based on the National Weather Service Forecast for Ronald Reagan National Airport, formerly National Airport, the official weather location for the District of Columbia.

When evictions are canceled due to weather and the Writ expires due to no fault of the U.S. Marshals Service, the Landlord will be required to refile for an Alias Writ and a new filing fee will be required. All Writs identified as Alias Writs and those that are about to expire, will be given priority scheduling.

Evictions that are started will continue until all tenants and their property have been removed and the premises returned to the property owner. The exceptions to this rule are evictions that are canceled by the Court, property management, or locations where the tenant's property was so extensive that hours of darkness result. A continuation of the eviction under hours of darkness could result in damage to property and/or injuries to the crew. That eviction would then be suspended and would resume at 9:00 A.M. the following day.

Evictions that are canceled due to weather or actions of the United States Marshals Service and where the property owner is in no way at fault, will be rescheduled for the next available scheduled eviction date, providing the Writ does not expire.

When scheduling a known Walk-Thru eviction, the Landlord is not required to have a crew present. However, if any of the tenant's property remains on the premises and insufficient crew or persons are present to remove it, the eviction will be canceled and the Landlord will be required to refile at their own expense.

Deputy U.S. Marshals (DUSMs) are law enforcement officers. Their official duties at times may result in delayed arrival to scheduled evictions. If management and their crew are present at the site of an eviction and the assigned DUSMs are not present, please call (202) 616-8622 for an estimated time of arrival. This may require a transfer of this assigned Writ to deputies in another area of the city.

## Posting

The daily Schedule of Evictions will be delivered to the L&T office in the afternoon on the last business day prior to the date of execution. This list will also be posted in the U.S. Marshals' office in the D.C. Superior Court, Room C-250 at 1:30 P.M. on the last business day prior to the scheduled day of execution, and at 9:00 A.M. on that date.

## Notification

The Landlord or their designated representative will be notified at least one business day in advance of the scheduling of their Writ. If the Landlord is unwilling to agree to the first scheduled date, only two additional opportunities for scheduling their eviction will occur. If the Landlord fails to schedule a date after three attempts, the Writ will be returned unexecuted to the L&T office.

Deputy U.S. Marshals will notify U.S. Marshals Service Communications of their arrival to all evictions. If property management and the eviction crew are not present, the Deputies will notify Communications of this and wait the allotted time (10 minutes) before canceling the eviction and proceeding to the next scheduled eviction. The Landlord of the canceled Writ will be required to refile at their own expense in these instances.

## Landlord Responsibilities

Property owners are responsible for having the necessary means for accomplishing evictions available. Items such as tow trucks for removal of tenant's autos, hand trucks for heavy property, and locksmiths [optional] for changing locks should be considered.

**Residential Evictions**—Landlords or their representatives are responsible for:

- Hiring their own eviction crew in sufficient numbers.
- Being present during eviction.
- Ensuring the address being evicted reflects the exact address on the Writ to include the apartment number or exact location.
- Providing a good contact number on the Writ.
- Ensuring that there are sufficient quantities of plastic bags or boxes available to secure small items of tenant property.

**Commercial Property Evictions**—The U.S. Marshals Service will contact property management to arrange for a survey of the property and inform them or their representative of the following:

- The number of movers that are required.
- The estimated hours required to complete the eviction.
- The need for payment of any additional fees.

ASH000187