# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| ) | |
| *Plaintiffs,* ) | |
| v.  ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants.* ) | |

### AFFIDAVIT OF LARRY C. DEMBOWSKI

I hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an associate in the Washington, D.C. office of Cleary Gottlieb Steen & Hamilton LLP and am one of the attorneys representing the plaintiffs in this litigation.

2. Both before and after plaintiffs filed their initial complaint in this matter, plaintiffs' counsel interviewed hundreds of actual and potential victims of defendants' alleged wage practices. Through these interviews, plaintiffs' counsel collected over eighty affidavits from individuals who had worked for defendants detailing specific instances as well as a pattern of practices of defendants' paying below the minimum wage. A number of these affiants detailed work for A 1 Eviction Services, Inc. ("A 1") for which they stated they had received wages below the minimum wage.

3. As part of our investigation, on July 19, 2006, my colleague, Mr. Berger, and I sent a letter to Ms. Tanya Smith, proprietor of A 1, to discuss the alleged wage violations and the possibility that we would file suit. In response to this letter, Joseph Chazen, counsel to A 1 and Ms. Smith, approached us to discuss the possibility of settlement. Starting in

September 2006, we conducted settlement negotiations with Mr. Chazen over electronic mail and telephone as well as at several face-to-face meetings. As a result of these negotiations, the parties reached an agreement, and A 1, Ms. Smith, and all seven plaintiffs gave their final approval to the settlement agreement by January 23, 2007.

4. During the settlement negotiations, Mr. Chazen provided my colleagues and me with copies of tax returns filed by A 1, which Mr. Berger and I reviewed. Through our review of these documents, and on the basis of representations made by Mr. Chazen, Mr. Berger and I determined that A 1 and Ms. Smith were likely not able to pay a settlement substantially larger than the one to which the parties ultimately agreed.

Executed on March 29, 2007, in Washington, D.C.

District of Columbia SS
Subscribed and Sworn to before me, In my presence,
this 29th day of March, 2007
Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

Larry C. Dembowski
(D.C. Bar Number 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   (202) 974-1500
Facsimile:    (202) 974-1999
*Attorney for Plaintiffs*

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011