# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford et al. ) | Civil Action No. 06-cv-1561 (RJL) |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction et al. ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**AFFIDAVIT OF MICHAEL STOOPS**

I, Michael Stoops, hereby affirm and state the following:

1. I am the Acting Executive Director of the National Coalition for the Homeless ("NCH"), a

   national network of homeless persons and advocates and activists for the homeless, working

   to meet the needs of the homeless and committed to ending the causes of homelessness. The

   NCH's headquarters are in Washington D.C., which gives NCH considerable experience

   working with the homeless population in and around the District of Columbia. NCH was

   first organized in 1982, incorporated in 1984, and opened in Washington D.C. in 1985. NCH

   maintains regular contact with the area's homeless population through visits on the streets

   and in the shelters and soup kitchens. NCH also maintains a recruiting program to expand

   the Faces of Homelessness Speakers' Bureau, a platform of the Homeless Empowerment

   project, which trains the homeless to advocate effectively on their own behalf.

2. I make this affidavit in support of Plaintiffs' proposed Notice Plan in the *Ashford v. East*

   *Coast Express Eviction* case. I have lived and worked with the homeless in Washington D.C.

   since 1988, and this affidavit is based upon my professional knowledge of issues faced by the

1

homeless and organizations that assist the homeless. I have reviewed the proposed Notice

Plan, as contained in the Memorandum in Support of the Motion for Preliminary Approval of

the Settlement.

3. *Street Sense* and *Express,* the publications referenced in Plaintiffs' Notice Plan, are

   publications that are broadly distributed in areas frequented by the homeless and are easily

   accessible to, and widely read by, potential class members.

4. *Street Sense* is a twice-monthly publication that is assembled largely by homeless and

   formerly homeless individuals and that focuses on issues that affect the homeless community

   in the Washington, D.C. area. *Street Sense* contains articles, photographs and art work

   submitted by the homeless and is sold and distributed exclusively by homeless individuals in

   the District of Columbia. Because *Street Sense* is closely connected to the local homeless

   population, it is my opinion that *Street Sense* is likely the best publication for providing

   notice to the homeless community.

5. *Express* is a free newspaper published daily, Monday through Friday, by *The Washington

   Post*. *Express* is widely distributed throughout the Washington, D.C. area without cost, and

   is widely read by members of the homeless community. It is my opinion that *Express* is

   likely the second best publication for providing notice to the homeless community.

6. Homeless persons typically enjoy free access to the Internet through computers located at the

   Martin Luther King Library and other public libraries and at many outreach centers that serve

   the homeless. Therefore, potential class members will have access to any notice published

   on the Internet.

7. The most effective way to reach the homeless persons in Washington, however, is to bring

   information to them directly at the service centers (for example, shelters, kitchens, and other

2

service providers) that they frequent most. As called for in Plaintiffs' Notice Plan, distributing flyers of the notice directly to homeless persons, posting flyers of the notice at these service centers, and hosting information sessions at the service centers, are the best ways to inform the homeless class members of their rights as potential class members and the procedures associated with class membership.

8. NCH will assist in the distribution of the Notice in the following ways: (i) by sending copies of the Notice by electronic mail to third-party organizations in the Washington Metro area that regularly provide assistance to the homeless, together with a request that they disseminate the Notice to their clients (I believe that the third-party organizations will distribute the Notice); (ii) by displaying the Notice on the NCH website; and (iii) by distributing the long-form Notice to all who request it.

9. I further affirm that, after review of the Plaintiffs' Notice Plan, I agree that the Plan combines the most effective means practicable under the circumstances to reach all potential class members to advise them on how to take action regarding their rights in this litigation.

_____
Michael Stoops
*Acting Executive Director*
National Coalition for the Homeless
2201 P St NW
Washington, DC 20037

Subscribed and sworn to before me
this 27 day of March, 2007

CHEYENNE K. CASHIN
District of Columbia
Commission Expires: January 31, 2009

3