# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## AFFIDAVIT OF LAURA THOMPSON OSURI

I, Laura Thompson Osuri, hereby affirm and state the following:

1. I am the co-founder and Executive Director of *Street Sense,* a newspaper founded in 2003 to give voice to the homeless and to promote public debate on issues relating to poverty and homelessness in the Washington, D.C. area. I have been a journalist for nine years and worked on community and financial newspapers before coming to *Street Sense*. As Executive Director of *Street Sense*, I communicate daily with homeless persons as they continually pass through the newspaper's office to pick up papers and share ideas. In this way I am able both to spread the word about *Street Sense* and to learn of current issues facing the homeless community more immediately than editors of the mainstream media.

2. I submit this affidavit in support of plaintiffs' proposed notice plan in *Ashford v. East Coast Express Eviction*. This affidavit is based upon my professional knowledge of publications and media strategies for and about the homeless and issues faced by the homeless. I have reviewed the proposed Notice Plan, as contained in the Memorandum in Support of the Motion for Preliminary Approval of the Settlement.

3. *Street Sense* and *Express,* the publications referenced in the Notice Plan, are publications that are broadly distributed to and widely read by homeless persons.

4. *Street Sense* is a publication closely knit to the homeless population of the Washington, D.C. metro area. The paper contains news article, features and opinion pieces written by homeless persons, formerly homeless persons, and volunteers. The paper also presents the collected literary, photographic and art works of the homeless citizens of our city. The 50 homeless vendors of *Street Sense* sell and distribute 20,000 issues a month. Since February of this year, *Street Sense* has published issues twice a month. Because *Street Sense*'s content and distribution network are tied closely to the local homeless population, *Street Sense* is an excellent vehicle for distribution of information and notice about the case to the homeless population.

5. A large percentage of homeless persons in Washington, D.C., also frequently read the *Express*, a free newspaper published five days a week by *The Washington Post*. *Express* is distributed throughout all parts of Washington for free, and homeless persons read it often. Accordingly, while notice in *Street Sense* would be particularly targeted at the homeless community, *Express*'s wide and frequent distribution also allows it to reach most parts of Washington's homeless population.

6. I further affirm that, after review of the Notice Plan, I agree that the Notice Plan combines the most effective means practicable under the circumstances to reach all potential class members to advise them on how to take action regarding their rights in this litigation.

                                                          Laura Thompson Osuri
                                                          Executive Director
                                                          *Street Sense*
                                                          1317 G Street NW
                                                          Washington, DC 20005

Subscribed and sworn to before me
this 30 day of March, 2007

_____
Notary Public