IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,<br><br>individually and on behalf<br>of all others similarly situated,<br><br>            *Plaintiffs*,<br>   v.<br><br>East Coast Express Eviction, et al.,<br><br>            *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## JOINT MOTION FOR ENTRY OF SCHEDULING AND DISCOVERY ORDER

Plaintiffs together with defendants Butch Enterprises, Inc., I. Staten, A&A Cardinal Evictions, and Robert Ward hereby jointly submit this motion for a scheduling and discovery order pursuant to the Court's instruction at the status conference held on March 27, 2007.

The parties jointly request that the Court enter an order setting a deadline for fact discovery in this case to be completed on or before July 18, 2007, which is thirty days before the next status conference in this case, which is currently scheduled for August 17, 2007.

Pursuant to Federal Rule of Civil Procedure 30(a)(2), the parties also jointly request that the Court grant leave for up to eighty depositions to be taken by each side. In support of this request, the parties note that (1) plaintiffs have, to date, identified to defendants more than eighty individuals who have provided affidavits attesting to potential violations of the law (in addition to the allegations of the named plaintiffs set forth in the First Amended Complaint), (2) this case includes sixteen defendants, including eight business entities, and (3) plaintiffs anticipate taking third-party discovery of the United States Marshal Service, local sheriff departments, and other

witnesses. In light of these facts, the parties submit that it is reasonable to allow additional depositions in this matter beyond the ten normally allowed under Rule 30(a)(2).

For the reasons set forth above, the parties respectfully request that the Court enter the proposed order attached to this motion as Exhibit A.

Dated: April 3, 2007

Respectfully Submitted,

| | |
|---|---|
| ___/s/ Lee F. Berger, with permission/MJB__<br>Lee F. Berger (D.C. Bar # 482435)<br>Matthew D. Slater (D.C. Bar # 386986)<br>Larry C. Dembowski (D.C. Bar # 486331)<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br><br>*Attorneys for Plaintiffs* | ___/s/ David E. Fox, with permission/ MJB___<br>David E. Fox (D.C. Bar # 165258)<br>1325 Eighteenth Street, NW, Suite 103<br>Washington, D.C. 20036<br>Telephone: (202) 955-5300<br>Facsimile: (202) 872-0200<br>*Attorney for Defendants Butch Enterprises, Inc., and I. Staten*<br><br>_/s/ Stephanie Kinder, with permission/MJB<br>Stephanie Kinder<br>D.C. Bar # 446209<br>The Law Office of Stephanie Kinder, P.A.<br>10 North Calvert Street, Suite 930<br>Baltimore, MD 21202<br>Telephone: (410) 244-6263<br>Facsimile: (410) 347-3144<br><br>J. Wyndal Gordon<br>The Law Office of J. Wyndal Gordon, P.A.<br>10 North Calvert Street, Suite 930<br>Baltimore, MD 21202<br>Telephone: (410) 332-4121<br>Facsimile: (410) 347-3144<br>*Attorneys for Defendants A&A Cardinal Evictions and Robert Ward* |

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On April 3, 2007, a copy of the foregoing Joint Motion for Entry of Scheduling and Discovery Order and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: April 3, 2007                    /s/ Allison E. Collins
                                           Allison E. Collins