# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>          *Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>          *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## [PROPOSED] SCHEDULING AND DISCOVERY ORDER

Having considered the Joint Motion for Entry of Scheduling and Discovery Order submitted by plaintiffs and defendants Butch Enterprises, Inc., I. Staten, A&A Cardinal Evictions, and Robert Ward and for good cause shown, the Court finds that the parties' proposed order should be entered.  It is, therefore, ORDERED that:

1. Fact discovery in this matter will be completed on or before July 18, 2007.

2. A party must obtain leave of the Court to take any deposition if the taking of such deposition would result in more than eighty depositions being taken by the plaintiffs or by the defendants.

SO ORDERED.

Dated: _____

                                                                     Richard J. Leon,
                                                                     United States District Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Riverdale, MD 20737-1331
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
5204 Belgreen Street
Suitland, MD 20746

Choya Lord Rodriguez
5204 Belgreen Street
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Washington, D.C. 20019