# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| ) | |
| individually and on behalf ) | Hon. Richard J. Leon |
| of all others similarly situated, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

### PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT IRWIN STATEN

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual as set forth below:

| | |
|---|---|
| **Deponent:** | Irwin Staten |
| **Deponent's Address:** | 10332 Main Street, Fairfax, VA 22030 |
| **Date and Time:** | June 6, 2007, 10:00 am |
| **Location:** | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801 |

The deposition will be taken before a person authorized by the law to administer oaths, pursuant to Fed. R. Civ. P. 28. The deposition will be videotaped and recorded by stenographic means.

Dated: May 1, 2007     Respectfully Submitted,

*[signature]*

Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| ) | |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF KIMBRA STATEN

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual as set forth below:

| | |
|---|---|
| **Deponent:** | Kimbra Staten |
| **Affiliated Defendant:** | Butch Enterprises |
| **Deponent's Address:** | 10332 Main Street, Fairfax, VA 22030 |
| **Date and Time:** | May 25, 2007, 10:00 am |
| **Location:** | Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801 |

The deposition will be taken before a person authorized by the law to administer oaths, pursuant to Fed. R. Civ. P. 28. The deposition may be videotaped and recorded by stenographic means.

Dated: May 1, 2007          Respectfully Submitted,

*[signature]*

Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., ) | | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) of all others similarly situated, ) | | Hon. Richard J. Leon |
| *Plaintiffs*, ) v. ) | | |
| East Coast Express Eviction, et al., ) | | |
| *Defendants*. ) | | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF OTTO HINES**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual as set forth below:

| | |
|---|---|
| **Deponent:** | Otto Hines |
| **Affiliated Defendant:** | Butch Enterprises |
| **Deponent's Address:** | 10332 Main Street, Fairfax, VA 22030 |
| **Date and Time:** | May 18, 2007, 10:00 am |
| **Location:** | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801 |

The deposition will be taken before a person authorized by the law to administer oaths, pursuant to Fed. R. Civ. P. 28. The deposition may be videotaped and recorded by stenographic means.

Dated: May 1, 2007               Respectfully Submitted,

*[signature]*

Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>                *Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>                *Defendants*. )<br>_____ ) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DERRICK GASKINS

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual as set forth below:

| | |
|---|---|
| **Deponent:** | Derrick Gaskins |
| **Affiliated Defendant:** | Butch Enterprises |
| **Deponent's Address:** | 10332 Main Street, Fairfax, VA 22030 |
| **Date and Time:** | May 31, 2007, 10:00 am |
| **Location:** | Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801 |

The deposition will be taken before a person authorized by the law to administer oaths, pursuant to Fed. R. Civ. P. 28. The deposition may be videotaped and recorded by stenographic means.

Dated: May 1, 2007   Respectfully Submitted,

_____
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 1, 2007, a copy of each of the foregoing:

- Plaintiffs' Notice of Deposition of Defendant Irwin Staten dated May 1, 2007
- Plaintiffs' Notice of Deposition of Kimbra Staten dated May 1, 2007
- Plaintiffs' Notice of Deposition of Otto Hines dated May 1, 2007
- Plaintiffs' Notice of Deposition of Derrick Gaskins dated May 1, 2007

was served by first-class mail, postage pre-paid, on the parties listed below:

> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> Attorney for Butch Enterprises, Inc. and I. Staten
>
> Stephanie D. Kinder
> Law Offices of Stephanie D. Kinder, P.A.
> 10 N. Calvert Street, Suite 930
> Baltimore, MD 21202
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> J. Wyndal Gordon
> The Law Office of J. Wyndal Gordon, P.A.
> 10 North Calvert Street, Suite 930
> Baltimore, MD 21202
> Attorney for Bob Ward and A & A Cardinal Eviction
>
> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> Attorney for A 1 Eviction Services and Tanya Smith
>
> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Patuxent Parkway
> Suite 430
> Columbia, MD 21044
> Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: May 1, 2007

_____
Emily C. Capehart

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

# FACSIMILE

| **From** | Emily C. Capehart | **Date** | May 2, 2007 |
|---|---|---|---|
| **Sender's direct dial** | 202-974-1761 | **For retransmission** | 202-974-1666 |
| **Sender's fax** | 202-974-1999 | **Total pages sent** | 11 |
| **To** | **At** | **Fax** | **Phone** |
| David E. Fox | 1325 Eighteenth St.<br>Suite 103<br>Washington, D.C. 20036 | 202-872-0200 | |

Please see attached courtesy copy.

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

Sender's ID. 05977        Our ref. # 90112.387

CONFIRMATION REPORT - MEMORY SEND

```
                                          Time       : MAY-02-07  09:34
                                          Fax number : 2029741889
                                          Name       : CLEARY,GOTTLIEB,STEEN...
```

| | | |
|---|---|---|
| Job | : | 233 |
| Date | : | MAY-02 09:31 |
| To | : | 05977#90112387#2028720200# |
| Doc. pages | : | 11 |
| Start time | : | MAY-02 09:31 |
| End time | : | MAY-02 09:34 |
| Pages sent | : | 11 |
| Job:233 | | *** SEND SUCCESSFUL *** |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

### FACSIMILE

| From | Emily C. Capehart | Date | May 2, 2007 |
|---|---|---|---|
| Sender's direct dial | 202-974-1761 | For retransmission | 202-974-1666 |
| Sender's fax | 202-974-1999 | Total pages sent | 11 |
| To | At | Fax | Phone |
| David E. Fox | 1325 Eighteenth St. Suite 103 Washington, D.C. 20036 | 202-872-0200 | |

Please see attached courtesy copy.

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate. Notify us immediately by telephone and return the original facsimile to us by mail.

Sender's ID: 05977            Our ref. # 90112.387