# EXHIBIT 1

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D SCHOTLAND
JOHN S MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M BECKER
GEORGE S CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D. SLATER
MICHAEL R LAZERWITZ
DAVID I GELFAND
MICHAEL A MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D MARQUARDT
BRIAN BYRNE
  RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DEC HINDS
  SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
  COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R GOODWIN
  SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M BABOUNAKIS
MATTHEW I BACHRACK
STEPHEN J BENHAM*
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M CARROLL
KERRI J CHASE
SHAWN J CHEN
SEAN D COREY
ALYSON J DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S. ERICSSON
CHRISTOPHER D HALE
MORGAN A HARRIS
MICHAEL R HARTMAN
ELIZABETH A HARVEY
ERIC H HILDENBRAND
MEGHAN A IRMLER
DINAH R KNIGHT

FIANA R KWASNIK
CHRISTOPHER T LEAHY*
JEFFREY LEASURE
JOHN R LOATMAN
PATRICIA M McDERMOTT
JOHN P McGILL, JR
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R OLMSTED
LAUREN L. PEACOCK
ANTONIO J REYNOLDS*
NICOLE ROTHE*
PAUL R ST LAWRENCE III
AUDRA L. SAVAGE
TAMARA D SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C WELLINGTON
DANA D.C WESTFALL
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE

Writer's Direct Dial. (202) 974-1646
E-Mail: lberger@cgsh.com

April 18, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

Re: Ashford v. East Coast Express Eviction

Dear Mr. Fox:

   A number of pleadings and discovery responses are outstanding from Butch Enterprises, Inc. and Irwin Staten. The Court ordered Mr. Staten to file his answer on April 13, 2007, but Mr. Staten has not done so. His initial disclosures are also overdue. Please advise us whether Mr. Staten will answer the complaint and provide his initial disclosures this week.

   Additionally, please advise us regarding your availability to meet and confer regarding the outstanding discovery responses from Butch Enterprises and Mr. Staten. As you are aware, plaintiffs served Butch Enterprises and Mr. Staten with discovery requests on March 13, 2007, and Butch Enterprises' and Mr. Staten's responses to those requests were to be served by April 16. We have not yet received those responses. We are available to meet and confer regarding the responses to these requests anytime this week or the first two days of next week.

David E. Fox
April 18, 2007
Page 2

We would like to avoid motion practice on these straightforward issues if possible, but given the abbreviated discovery schedule we cannot afford a long wait for overdue items.

    Finally, in Butch Enterprises' initial disclosures, it identified as potential witnesses Mr. Otto Hines and Mr. Derrick Gaskins. Please let me know whether you represent Mr. Hines and Mr. Gaskins as employees of Butch Enterprises. If you do represent these employees, we would like to schedule a deposition of each of them and propose that such depositions occur during the week of May 7.

    Thank you for your attention to these matters.

Sincerely,

Lee F. Berger