# EXHIBIT 3

Case 1:06-cv-01561-RJL-JMF    Document 94-9    Filed 05/25/2007    Page 1 of 2

Date: 4/24/2007 9:24:58 AM

To: lberger@cgsh.com

Copy:

From: DFox159937@aol.com

Subject: Re: Butch Enterprises and Irwin Staten: Meet and Confer

**0 attachments appear as related documents in the Virtual Fileroom.**


Mr Staten is gathering together docs. Pls remember he was "joined" only recently.   i have a trial on may 7 (set for 2 days) and a second  trial on Fri   DEFoxSee what's free at AOL.com.