# EXHIBIT 4

Date: 4/24/2007 11:30:26 AM

To: DFox159937@aol.com

Copy: Larry C Dembowski, Anne Newton, Matthew J Berman

From: Lee F Berger

Subject: Re: Butch Enterprises and Irwin Staten: Meet and Confer

**0 attachments appear as related documents in the Virtual Fileroom.**


Dear Mr. Fox:

As you are aware, after your clients' initial failures to respond to the complaint in this case, plaintiffs agreed to lifting the defaults against Butch Enterprises and Mr. Staten on the understanding that your clients would actively litigate this matter and abide by their obligations under the Rules going forward. They have now missed five deadlines, and your position is essentially that you are very busy but will eventually get around to what needed to be done already. The Court has imposed a very tight discovery period on the parties, and there is no time in the schedule for this kind of delay, particularly where you have provided no explanation and not even attempted to engage us in discussion of how much time you and your clients may require.

The Court has determined that Mr. Staten was properly served and became a party to this case as of December 22, 2006. Butch Enterprises was joined months before that. The Court specifically ordered that Mr. Staten answer the complaint by April 13 -- four and a half months after Mr. Staten was properly served -- but he has not done so. The Federal Rules of Civil Procedure required that your clients respond by April 16 to the discovery requests we served on them, but your clients have not done so. There can be no argument that these deadlines do not apply to your clients.

If by the end of today you do not agree that (1) Mr. Staten's answer will be filed by 5 p.m. on Thursday, April 26, (2) we will receive Mr. Staten's initial disclosures by 5 p.m. on Friday, April 27, and (3) we will receive Butch Enterprises' and Mr. Staten's complete responses to the outstanding discovery against them by 5 p.m. on Monday, April 30, we intend to file a motion to compel responses and for any other appropriate relief on Thursday, April 26

Please let me know your position on the matters discussed in this message at your earliest convenience.

Sincerely,

Lee F. Berger
Larry C. Dembowski


-----------------------------------------------
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006

phone: 202-974-1646
fax: 202-974-1999
http://www.clearygottlieb.com

DFox159937@aol.com

24 April 2007  09:24 AM

o

berger@cgsh.com

c

ubject

e: Butch Enterprises and Irwin Staten: Meet and Confer

Mr Staten is gathering together docs. Pls remember he was "joined" only recently   i have a trial on may 7 (set for 2 days) and a second trial on Fri   DEFox

See what's free at AOL.com.