# EXHIBIT 5

Case 1:06-cv-01561-RJL-JMF   Document 94-11   Filed 05/25/2007   Page 1 of 16

TO: LEE Berger Esq

FROM: **LAW OFFICES OF DAVID E. FOX**
1325 18th Street, N.W.
Suite 103
WASHINGTON, DC 20036
(202) 887-0725

SUBJECT: Ashford v Butch Ent. et al   DATE: 4-10

ENCLOSED ARE THE 2 FORMS which Butch has albeit not all are retained

1/encl + 1 = 15

SIGNED

PLEASE REPLY TO →

REPLY

DATE:   SIGNED

# Workorder Request

Date Received: _____  Eviction Date: 9-27-06
Time Received: _____  Eviction Time: 9:00
Initials: _____  Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: Dudley Pro
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADRESS: 215 Oakwood St SE #301

SIZE OF PREMISES: House ☐  Apartment ☐  # of Bedrooms: 2BR

Go to rental office: YES  NO      Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO      Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: 8:37 A         MARSHALL: B. Colman
TIME MARSHALL ARRIVED: 9:39 A    DEPUTY SHERIFF: _____
TIME STARTED: 9:38 A              DATE OF EVICTION: 9-27-06
TIME STOPPED: 9:40 A              SUPERVISOR: Otto Dunee
                                   LANDLORD'S AGENT: X
                                   OCCUPANT PRESENT: YES  (NO)

CANCELLATION INFORMATION:         TOW CO: _____
DATE: _____                       BY: _____
TIME: _____                       PAID: _____
CALLER: _____                     STAY: _____
                                   MOVED: _____
  [B1]   INVOICE # _____         EXPIRED: _____
         AMOUNT TO BILL _____

# Workorder Request

Date Received: _____     Eviction Date: 9-27-06
Time Received: _____     Eviction Time: 9:00
Initials: _____     Bill to: _____

Manpower requirement: _____    Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: Dudley 180 Realty
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 215 Oakwood St. SE #204

SIZE OF PREMISES:  House ☐   Apartment ☐   # of Bedrooms: 2BR

Go to rental office:   YES  NO        Rental Office Address: _____
Agent at site:         YES  NO
Arrange for locks:     YES  NO        Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:      YES  NO
Children:              YES  NO
Dangerous Alerts:      YES  NO

REMARKS: Paid in Full

TIME CREW ARRIVED: 8:37              MARSHALL: B Colman
TIME MARSHALL ARRIVED: 9:40          DEPUTY SHERIFF: _____
TIME STARTED: 8:41                   DATE OF EVICTION: 9-27-06
TIME STOPPED: 9:45                   SUPERVISOR: Otto Menes
                                     LANDLORD'S AGENT: _____
                                     OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                 TOW CO: _____
TIME: _____                 BY: _____
CALLER: _____               PAID: _____
                                     STAY: _____
[B.2]   INVOICE # _____     MOVED: _____
        AMOUNT TO BILL _____  EXPIRED: _____

FROM : LAW OFFICES OF DAVID E FOX    FAX NO. :    Jun. 02 2005 03:02PM P3
#0275 P.003 /015
30/04 2007 11:52 2028720200

## Workorder Request

Date Received: _____　　　　　　　　　Eviction Date: **9/27/06**
Time Received: _____　　　　　　　　　Eviction Time: **3:00**
Initials: _____　　　　　　　　　　　　　Bill to: _____

Manpower requirement: _____　Mgmt Co: ☐　Individual Owner: ☐
CLIENT/MGMT CO: **ETC**
APT PROJECT: **MEADOW GREEN**
CALLER: **Khadijah**
PHONE: **202-520-5250**
TENANT: _____　AMOUNT OWED: $ _____
EVICTION ADRESS: **119 35th St SE #20**

SIZE OF PREMISES: House ☐　Apartment ☐　# of Bedrooms: **2BR**

Go to rental office:　YES　NO　　Rental Office Address: _____
Agent at site:　　　　YES　NO
Arrange for locks:　 YES　NO　　Break Lock: YES　NO　　Security Lock: YES　NO
Pets on premises:　　YES　NO
Children:　　　　　　YES　NO
Dangerous Alerts:　　YES　NO

REMARKS: _____

TIME CREW ARRIVED: **1:03**　　　　MARSHALL: **Zatsch**
TIME MARSHALL ARRIVED: **1:03**　 DEPUTY SHERIFF: _____
TIME STARTED: **1:05**　　　　　　DATE OF EVICTION: **9/27/06**
TIME STOPPED: **2:00**　　　　　　SUPERVISOR: **GASKINS**
　　　　　　　　　　　　　　　　　LANDLORD'S AGENT: _____
　　　　　　　　　　　　　　　　　OCCUPANT PRESENT: YES　NO

**CANCELLATION INFORMATION:**
DATE: _____　　　　　　　　　TOW CO: _____
TIME: _____　　　　　　　　　BY: _____
CALLER: _____　　　　　　　　PAID: _____
　　　　　　　　　　　　　　　　STAY: _____
[A-2]　INVOICE # _____　　　　MOVED: _____
　　　 AMOUNT TO BILL _____　EXPIRED: _____

# Workorder Request

Date Received: _____
Time Received: _____
Initials: _____

Eviction Date: 9-27-06
Eviction Time: ~~10:00~~ 3:00
Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: E+6
APT PROJECT: Meadow Green
CALLER: Khadijah
PHONE: 202-582-5252
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADDRESS: 10-35th St SE  203

SIZE OF PREMISES: House ☐  Apartment ☐  # of Bedrooms: 2BR

Go to rental office:  YES  NO     Rental Office Address: _____
Agent at site:        YES  NO
Arrange for locks:    YES  NO     Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises:     YES  NO
Children:             YES  NO
Dangerous Alerts:     YES  NO

REMARKS: _____

TIME CREW ARRIVED: 12:53           MARSHALL: Zitsch
TIME MARSHALL ARRIVED: 12:53       DEPUTY SHERIFF: _____
TIME STARTED: 12:54                DATE OF EVICTION: 9/27/06
TIME STOPPED: 1:00                 SUPERVISOR: Gaskins
                                   LANDLORD'S AGENT: _____
                                   OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____          TOW CO: _____
TIME: _____          BY: _____
CALLER: _____        PAID: _____
                            STAY: _____
[A-1]    INVOICE # _____    MOVED: _____
         AMOUNT TO BILL _____    EXPIRED: _____

FROM : 7023850898    BUTCH ENTERPRISE INC    PAGE 03

**GASKINS**

**PAYROLL**

NAME: _____    DATE: 4/4/06

Address: _____    Address: _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

**$20.00 EACH MAN**

| | |
|---|---|
| Name: Robert Poe | Name: Arlos Lewis |
| Address: 425 2d St. NW | Address: 425 2nd St. NW |
| Signature: Robert Poe | Signature: Arlos Lewis |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Charles J Ging | Name: Kevin Jones |
| Address: 425 2d St. NW | Address: 425 2nd St NW |
| Signature: Charles Ging | Signature: Kevin Jones |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Kerry J Rivens | Name: Gerard K Adams |
| Address: 1355 New York Av | Address: 425 2d St NW |
| Signature: Kerry J Rivens | Signature: Gerard K Adams |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Floyd Richardson | Name: Mike Holmes |
| Address: 35 13 St NW | Address: 425 2nd St. N.W. |
| Signature: Floyd Richardson | Signature: Mike Holmes |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: William Bush | Name: Melvin Hawkins |
| Address: 425 2d St NW | Address: 425 2nd St NW |
| Signature: William Bush | Signature: Melvin Hawkins |
| Social Security No.: 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 | Social Security No.: 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 |

07/05/2005 01:53   7033858898              BUTCH ENTERPRISE INC                    PAGE 03

(GASKINS)

(PAYROLL)

NAME: _____    DATE: 3/28/06

Address _____    Address _____

$30.00 EACH MAN

The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

| | |
|---|---|
| Name: Robert Poe | Name: William Bush |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Robert Poe | Signature: William Bush |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Charles ~~Long~~ TONY MOORE | Name: Amos Lewis |
| Address: 425 2nd st. NW | Address: 425 2nd st. NW |
| Signature: Tony M. | Signature: Amos Lewis |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Micheal Moore | Name: Derrick Berry |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Micheal Moore | Signature: Derick D. B. |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Elroy Wilson | Name: Mike Brown |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Elroy Wilson | Signature: Mike Brown |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Ron Brown | Name: ~~W_____~~ Richard Jack |
| Address: 425 2nd st NW | Address: 13 K st NW |
| Signature: R. Brown | Signature: Richard Jackson |
| Social Security No.: 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 | Social Security No.: 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 |

07/05/2005  01:53  7033850898    BUTCH ENTERPRISE INC    PAGE 03

GASKINS · $25.00 ETCH MAN

**PAYROLL**   5/23/06

NAME: _____   DATE: _____
Address: _____   Address: _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises Inc Workers Compensation policy.

| Name: Robert Lee | Name: Ray Gaskins |
|---|---|
| Address: 425 3rd St NW | Address: 425 3rd St N.W. |
| Signature: Robert Lee | Signature: Ray Gaskins |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Ken Brown | Name: William Bush |
| Address: 425 2nd St NW | Address: 425 3rd St N.W. |
| Signature: Ken Brown | Signature: William Bush |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Elroy Wilson | Name: Derrick Henry |
| Address: 425 2nd St NW | Address: 425 2nd St NW |
| Signature: Elroy Wilson | Signature: D H |
| Social Security No.: 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 | Social Security No.: D H |
| Name: Hans Lewis | Name: Penter Burgess |
| Address: 425 2nd St NW | Address: 425 2nd NW |
| Signature: Hans Lewis | Signature: Penter Burgess |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Steve Lee | Name: Wade Walker |
| Address: 425 2nd St NW | Address: 425 2nd St |
| Signature: S. Lee | Signature: Wade W |
| Social Security No.: 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 | Social Security No.: 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 |

Sep. 29 2004 11:25PM   P2

## Workorder Request

Date Received: 8/24/06
Time Received: 1051
Initials: B

Eviction Date: 8/25/06
Eviction Time: 1PM
Bill to: _____

Manpower requirement: ____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: O. J. H.
APT PROJECT: Friendship Crossing
CALLER: Ms Diggo
PHONE: 202 563 2157
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 121 Galveston St. SW
#203

SIZE OF PREMISES:  House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office: YES  NO      Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO       Break Lock: YES  NO      Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: 11:53            MARSHALL: Kern
TIME MARSHALL ARRIVED: 11:54        DEPUTY SHERIFF: _____
TIME STARTED: 12:04                 DATE OF EVICTION: 8/25/06
TIME STOPPED: 12:11                 SUPERVISOR: Gaskins
                                    LANDLORD'S AGENT: X_____
                                    OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                       TOW CO: _____
TIME: _____                       BY: _____
CALLER: _____                     PAID: _____
                                    STAY: _____
B-1        INVOICE # _____        MOVED: _____
           AMOUNT TO BILL _____   EXPIRED: _____

## Workorder Request

Date Received: 8/24/06
Time Received: 10-51
Initials: D

Eviction Date: 8/25/06
Eviction Time: 1PM
Bill to: _____

Manpower requirement: _____ Mgmt Co: ☐ Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossings
CALLER: M Diggs
PHONE: 202 563 2157
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADRESS: 97 Galveston St NW
#102

SIZE OF PREMISES: House ☐  Apartment ☑  # of Bedrooms: 2

Go to rental office: YES  NO       Rental Office Address: _____
Agent at site: (YES) NO
Arrange for locks: YES NO       Break Lock: YES NO     Security Lock: YES NO
Pets on premises: YES NO
Children: YES NO
Dangerous Alerts: YES NO

REMARKS: _____

TIME CREW ARRIVED: 12:12            MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 12:12        DEPUTY SHERIFF: _____
TIME STARTED: 12:13                 DATE OF EVICTION 8/25/06
TIME STOPPED: 12:25                 SUPERVISOR: GASKINS
                                    LANDLORD'S AGENT: X_____
                                    OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                        TOW CO: N/A
TIME: _____                        BY: _____
CALLER: _____                      PAID: _____
                                    STAY: _____
[B2]                                MOVED: _____
       INVOICE # _____             EXPIRED: _____
       AMOUNT TO BILL _____

# Workorder Request

Date Received: 8/24/06
Time Received: 10:57
Initials: KJ

Eviction Date: 8/25/06
Eviction Time: 2PM
Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐

CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossing
CALLER: M Dig___
PHONE: 202 363 2157
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADDRESS: 81 Galveston St. SW #101

SIZE OF PREMISES:  House ☐  Apartment ☑  # of Bedrooms: 1

Go to rental office: YES  NO     Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO     Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: ~~12:27~~
~~12:27~~

TIME CREW ARRIVED: 12:27
TIME MARSHALL ARRIVED: 12:27
TIME STARTED: 12:28
TIME STOPPED: 12:50

MARSHALL: KEVIN
DEPUTY SHERIFF: _____
DATE OF EVICTION: 8/25/06
SUPERVISOR: GASKINS
LANDLORD'S AGENT: _____
OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____
TIME: _____
CALLER: _____

INVOICE # _____
AMOUNT TO BILL _____

TOW CO: _____
BY: _____
PAID: _____
STAY: _____
MOVED: _____
EXPIRED: _____

FROM :                           FAX NO. :                    Sep. 29 2004 11:26PM P4

## Workorder Request

Date Received: __8/24/06__          Eviction Date: __8/25/06__
Time Received: __10:57__            Eviction Time: __2PM__
Initials: __W__                     Bill to: _____

Manpower requirement: ____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: __C.I.H.__
APT PROJECT: __Friendship Crossing__
CALLER: __Ms Diggs__
PHONE: __202 563 2157__
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADDRESS: __81 Galveston St SW__
                                        __#302__

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: __2__

Go to rental office:   YES   NO       Rental Office Address: _____
Agent at site:         YES   NO
Arrange for locks:     YES   NO       Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:      YES   NO
Children:              YES   NO
Dangerous Alerts:      YES   NO

REMARKS: _____

TIME CREW ARRIVED: __12:57__         MARSHALL: __Kevin__
TIME MARSHALL ARRIVED: __12:57__     DEPUTY SHERIFF: _____
TIME STARTED: __12:58__              DATE OF EVICTION __8/25/06__
TIME STOPPED: __1:18__               SUPERVISOR: __Gaskins__
                                     LANDLORD'S AGENT: __X__
                                     OCCUPANT PRESENT:  YES   NO

CANCELLATION INFORMATION:            TOW CO: _____
DATE: _____                         BY: _____
TIME: _____                         PAID: _____
CALLER: _____                       STAY: _____
                                     MOVED: _____
      [131]    INVOICE # _____      EXPIRED: _____
               AMOUNT TO BILL _____

FAX NO. :   Sep. 29 2004 11:26PM P6

# Workorder Request

Date Received: 8/24/06            Eviction Date: 8/25/06
Time Received: 10:51              Eviction Time: 3PM
Initials: D                       Bill to: _____

Manpower requirement: ____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossing
CALLER: Ms Diggs
PHONE: 202 563 2157
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: 65 Galveston St. SW #404

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 1

Go to rental office:  YES  NO        Rental Office Address: _____
Agent at site:        YES  NO
Arrange for locks:    YES  NO        Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:     YES  NO
Children:             YES  NO
Dangerous Alerts:     YES  NO

REMARKS: _____

TIME CREW ARRIVED: 1:21              MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 1:21          DEPUTY SHERIFF: _____
TIME STARTED: _____                DATE OF EVICTION: 8/25/06
TIME STOPPED: _____                SUPERVISOR: GASKINS
                                     LANDLORD'S AGENT: _____
TENANT PAID AT 1:26                  OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                        TOW CO: _____
TIME: _____                        BY: _____
CALLER: _____                      PAID: _____
                                     STAY: _____
[B1]                                 MOVED: _____
         INVOICE # _____           EXPIRED: _____
         AMOUNT TO BILL _____

Date Received: 8/24/06
Time Received: 10:57
Initials: KJ

Eviction Date: 8/25/06
Eviction Time: 3PM
Bill to: _____

Manpower requirement: ____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: CIH
APT PROJECT: Friendship [Apts] Crossings
CALLER: M. Diggs
PHONE: 202 563 2157
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 49 Galveston PW B #1

SIZE OF PREMISES:   House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office:   YES   NO         Rental Office Address: _____
Agent at site:        (YES)  NO
Arrange for locks:    YES   NO         Break Lock: YES  NO        Security Lock: YES  NO
Pets on premises:     YES   NO
Children:             YES   NO
Dangerous Alerts:     YES   NO

REMARKS: _____

TIME CREW ARRIVED: 2:00              MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 2:00          DEPUTY SHERIFF: _____
TIME STARTED: 2:02                   DATE OF EVICTION 8/25/06
TIME STOPPED: 2:22                   SUPERVISOR: GASKINS
                                     LANDLORD'S AGENT: X
                                     OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                        TOW CO: _____
TIME: _____                        BY: _____
CALLER: _____                      PAID: _____
                                     STAY: _____
                                     MOVED: _____
INVOICE # _____                    EXPIRED: _____
AMOUNT TO BILL _____

```
07/05/2005  01:53   7033050090           BUTCH ENTERPRISE INC              PAGE  03
```

NAME: Otto Hines    DATE: 4/11/06

Address _____    Address _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes
- The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc. Workers Compensation policy.

$20.00
Name: Lonnie Taylor
Address: 801 East Bldg
Signature: Lonnie Taylor
Social Security No.: 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

Name: Louis Parker    $20.00
Address: 19 Eye St NW
Signature: Louis Parker
Social Security No.: 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

$20.00
Name: Verrell Bullock
Address: 1725 Ceylon
Signature: Verrell Bullock
Social Security No.: 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

Name: Bruce Stewart    $20.00
Address: 425 2nd Pt N.W.
Signature: Bruce Stewart
Social Security No.: 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

$20.00
Name: Vernon Blythes
Address: 12th St. N.W.
Signature: Vernon Blythes
Social Security No.: 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

Name: Jeffrie Brown, Jr.    $20.00
Address: _____
Signature: Jeff Brown
Social Security No.: 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

$20.00
Name: Steve Lee
Address: _____
Signature: _____
Social Security No.: 578-1968

Name: James Barksdale    James Barksdale
Address: _____
Signature: _____    $20.00
Social Security No.: 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

$20.00
Name: Leroy Wilson
Address: Leroy Wilson
Signature: Leroy Wilson
Social Security No.: 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

Name: Reginald Reese
Address: Reginald Reese
Signature: Reginald Reese    $20.00

#0267-007