# EXHIBIT
# 6

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK

PARIS

BRUSSELS

LONDON

MOSCOW

FRANKFURT

COLOGNE

ROME

MILAN

HONG KONG

BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
COUNSEL

JOYCE E. MCCARTY
KAREN A. KERR
SCOTT R. GOODWIN
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
STEPHEN J. BENHAM*
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M. CARROLL
KERRI J. CHASE
SHAWN J. CHEN
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S. ERICSSON
CHRISTOPHER D. HALE
MORGAN A. HARRIS
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND
MEGHAN A. IRMLER
DINAH R. KNIGHT

FIANA R. KWASNIK
CHRISTOPHER T. LEAHY*
JEFFREY LEASURE
JOHN R. LOATMAN
PATRICIA M. MCDERMOTT
JOHN P. MCGILL, JR
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R. OLMSTED
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS*
NICOLE ROTHE*
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WELLINGTON
DANA D. C. WESTFALL
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

April 30, 2007

**VIA FACSIMILE & EMAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C.  20036

Re: Ashford v. East Coast Express Eviction

Dear Mr. Fox:

As you are aware, during our phone conversation on April 24, you agreed that Mr. Staten would file his answer, which the Court ordered him to file by April 13, by April 25. You also agreed that Mr. Staten would provide us with his initial disclosures and Butch Enterprises, Inc. would provide us its interrogatory responses by April 27, and that Butch Enterprises Inc. and Mr. Staten would provide us with documents pursuant to plaintiffs' document requests by 5 p.m. today. As of 6:30 p.m. today, we have received only 14 pages of documents, which appear to be responsive to only one part of one of plaintiffs' document requests. We have not received the answer, interrogatory responses, initial disclosures, or other documents you agreed to provide us.

David E. Fox
April 30, 2007
Page 2

As we have previously explained, the Court has imposed a very tight discovery period on the parties, and there is no time in the schedule for this kind of delay. Although we did not receive the discovery responses you agreed to provide by today, in an attempt to accommodate your schedule, we offer to give you another extension until 5 p.m. on Wednesday, May 2 to comply with all above requirements these requirements. If you do not produce all relevant responses and disclosures and file Mr. Staten's answer by that time, we will file our motion to compel. Please let us know in writing whether you will give us your clients' responses and disclosures and file Mr. Staten's answer by 5 p.m. on May 2.

Sincerely,

Lee F. Berger