# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD, et al.**

*Plaintiffs,*

Case No. 1:06cv1581

v.

Judge: Richard J. Leon

**EAST COAST EXPRESS EVICTION, et al.**

*Defendants.*

## DEFENDANT BUTCH ENTERPRISES, INC.'S ANSWERS PLAINTIFF'S FIRST SET OF INTERROGATORIES

**TO:** HARRY JAKEYIA ASHFORD, et al.

**FROM:** BUTCH ENTERPRISES, INC.

Defendant expressly reserves its right to supplement, clarify, revise or correct any or all of the responses herein at any time. By making the following responses, the Defendant does not waive, and hereby expressly reserves its right to assert any and all objections as to the admissibility of such responses into evidence at the trial of this action. Defendant further states that the language employed may be that of its attorney.

**Interrogatory No. 1**

Identify all Persons employed or hired by you in the Relevant Time Period, including any whom you consider to be independent contractors, including the dates of their employment or hire, their job titles, and descriptions of their primary activities and Responsibilities.

Answer No. 1.

Otto Hines – previously identified (est. 1 year)
Derrick Gaskins – previously identified (est. 1 year)

Both Mr. Hines and Mr. Gaskins are part-time and are independent contractors. They supervise the crews that do evictions.

Defendant has contracted with individuals as independent contractors to carry out evictions and remove trash from the premises, etc. Since each job is ad hoc, Defendant has only pay records.

Our records indicate names but generally we do not find the addresses they give to be reliable. Attached are what the contractors gave us.

I attach a list that shows the names and addresses.

Interrogatory No. 2

Identify all Persons who determined any part of your practices regarding payment of Wages to Eviction Workers during any part of the Relevant Time Period. For each Person identified in response to this interrogatory, state the Effective Dates of such Responsibilities. If more than one Person had such Responsibilities at the same time, state the precise nature of each Person's Responsibilities.

Answer No. 2

A prior eviction company set the policies and our company just followed them. I called DC and Virginia authorities (labor & wage office) and I was told that occasional workers/independent contractors have no number of hours guaranteed as long as the independent contractors agree. As to the pay, I understood that if we paid the independent contractors $7.00 per hour or more that was sufficient. The piece work always adds up to more than $7.00 per hour. We have no "job" to do all this that you ask about, therefore the remainder of the Answer is NONE.

2

### Interrogatory No. 3

State the rates of Wages that you have paid to Eviction Workers during the Relevant Time Period without exception, including the basis for each rate and whether the rate is or was per Eviction, per hour, or some other basis. State the Effective Dates of each rate. If you paid more than one rate in the same time period, state all rates and specify the precise situation in which each rate was paid.

### Answer No. 3

Piece work. Essentially $5.00 per piece. Pieces are grouped. Therefore, most independent contractors pieces average less than an hour. Generally, independent Contractors would make "$20.00 plus" for three hours.

### Interrogatory No. 4

State whether you now pay, or have ever paid during the Relevant Time Period, any Wages for time Eviction Workers spend waiting for transportation to an Eviction or Evictions, time Eviction Workers spend in transit to and from Eviction Sites, time Eviction Workers spend waiting at an Eviction Site before the Eviction has begun, time related to a canceled Eviction, and any time related to an Eviction in which an Eviction Worker did not ultimately perform physical labor. If so, state the rate of Wages paid, including the basis for each such rate and whether the rate is or was per Eviction, per hour, or some other basis. State the Effective Dates of each rate identified in response to this interrogatory. If you paid more than one rate in the same time period, state all rates and specify the precise situation in which each rate was paid.

3

**Answer No. 4.**

Independent contractors are paid if the Marshall keeps us waiting or if the tenant has already moved. We do not ask them to wait for transportation and there is no wait. If an eviction is cancelled, they are paid. The wage is $5.00 per piece but some jobs are $10 per piece as an inducement to keep them coming. We have not changed rates.

**Interrogatory No. 5**

State the number of Eviction Workers you hire for each Eviction you perform. If the number of Eviction Workers you hire is dependent on the property at which an Eviction will occur, state the numbers for each category of property or circumstance for which you hire Eviction Workers.

**Answer No. 5**

No standard number. The day prior to an eviction or evictions we get the Marshall's list. I have to talk to someone such as a real estate manager. They give me addresses and the number of bedrooms. We add the number of locations and the number of bedrooms and then go out to try to contact independent contractors I think we need for that day.

4

Interrogatory No. 6

Describe the process through which you have found and hired Eviction Workers throughout the Relevant Period, including the addresses of places where Evictions Workers have been hired and identify who has been Responsible for hiring the Eviction Workers.

Answer No. 6.

We pull up to street area such as 1st and N, N.W. and pick up men who will work as independent contractors. We generally do not go to other places. Generally, Mr. Gaskins or Mr. Hines or I drive a vehicle but the word "hire" isn't really correct. We do an oral contract for piece work.

Interrogatory No. 7

List the makes, models, and license plate states and numbers of all motor vehicles that are or have been used by you, your employees, or any other Person or entity acting on your behalf either (a) to go to locations to find and hire Eviction Workers or (b) to transport prospective or already-hired Eviction Workers. For each vehicle, identify each specific Person known to have driven it.

Answer No. 7.

Objection as to the terminology.

1992 – Chevy work van – VA tag.

1997 – Dodge work van – VA. Tag

1995 – Ford work van – VA tag

Drivers are Mr. Gaskins, Mr. Hines and myself.

5

Interrogatory No. 8

List all names used to identify you, your personnel, and other persons acting on your behalf, and identify the specific person that each such name identifies.

Answer No. 8.

Mr. Gaskins is known as Fats. Mr. Hines has no nickname that I know of. I am called Butch.

Interrogatory No. 9

State the criteria you use to decide whom to hire as Eviction Workers.

Answer No. 9.

We prefer people who have worked with us previously. We say no to drinking, drugs, cursing, and stealing.

Interrogatory No. 10

As to each Eviction Company that has performed at least one eviction in the D.C. Metro Area during the Relevant Period, state specifically whether you have reached any agreement of any kind with that Eviction Company, and if so, describe the substance of each agreement. Do not answer this Interrogatory No. 10 with a general statement, but be specific as to each Eviction Company

Answer No. 10.

NONE.

6

**Interrogatory No. 11**

Identify all communications you, your personnel, or any Person or entity acting on your behalf has had with any other Eviction Company regarding the payment of Wages to or the terms and conditions of employing Eviction Workers. For each communication identified in response to this interrogatory, identify the Eviction Companies and Persons involved, the date of the communication, and the substance of the communication

**Answer No. 11.**

None that I know of and certainly none on behalf of the corporation.

**Interrogatory No. 12**

Identify all communications you, your personnel, or any other Person or entity acting on your behalf has had with other Eviction Companies for the purpose of or during the process of finding and hiring Eviction Workers, including soliciting and giving information about locations where Eviction Workers may be found and any other coordination between two or more Eviction Companies to find and hire Eviction Workers. For each communication identified in response to this interrogatory, identify all Eviction Companies and Persons involved, the date of the communication, and the substance of the communication

**Answer No. 12.**

None by our company. See all.

7

Respectfully submitted,

_____
David E. Fox, Esq.
DC Bar No. 165258
1325 18th Street, NW
Suite 103
Washington, DC 20036
(202) 955-5300
Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that I mailed, postage prepaid, copies of the foregoing Defendant Butch Enterprises, Inc.'s Answers to Plaintiff's First Set of Interrogatories this \_\_\_\_ day of _____, 2007, to the following persons at their addresses of record.

Matthew D. Slater, Esq.
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801

East Coast Express Eviction
29 U Street, NW
Washington, DC 20001

A1 Eviction Services
3708 Endicott Place
Landover, MD 20785

A&A Cardinal Eviction
16608 Bealle Hill Road
Waldorf, MD 20601

All American Eviction Company
1112 48th Street, NE
Washington, DC 20019

Big Time Movers
11816 Pittson Road
Silver Spring, MD 20906

Caroline Lanford
1112 48th Street, NE
Washington, DC 20019

Tanya Smith
3708 Endicott Place
Landover, MD 20785

Nelson Terry
27 U Street, NW
Washington, DC 20001

Linden Terry
27 U Street, NW
Washington, DC 20001

Bob Ward
16608 Bealle Hill Road
Waldorf, MD 20601

_____
David E. Fox, Esquire

9