# EXHIBIT 8

Date: 5/4/2007 8:48:27 AM

To: DFox159937@aol.com

Copy: Larry C Dembowski, Lee F Berger, Matthew J Berman

From: Anne Newton

Subject: Butch/Staten Discovery

**0 attachments appear as related documents in the Virtual Fileroom.**


Dear Mr. Fox,
We are in receipt of the answer and initial disclosures you filed, as well as Butch Enterprises Inc.'s interrogatory responses and documents produced. We have some questions for you regarding the interrogatory responses and documents we received, and we wanted to try to set up a call next week to meet and confer regarding the same. Please let us know your availability Monday and Tuesday of next week.

Thank you and best regards,
Anne

Anne Newton
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington D.C. 20006
Tel: (202) 974-1843
Fax: (202) 974-1999
Email: annenewton@cgsh.com