# EXHIBIT
# 9



**DFox159937@aol.com**
04 May 2007  10 31 AM

To  annenewton@cgsh.com
cc
bcc
Subject  Re: Butch/Staten Discovery

History:          🖅  This message has been forwarded

I am in trial next wk and am in trial most of May   Please share with messrs dombowski and berger the
idea that depositions will need to be scheduled by mutual assent and that all ptfs will need to be
produced. One depo for each side then repeated    DEFox

See what's free at AOL.com