# EXHIBIT 10

Date: 5/10/2007 3:25:41 PM

To: Anne Newton

Copy: DFox159937@aol.com, Larry C Dembowski, Lee F Berger, Matthew J Berman

From: Anne Newton

Subject: Re: Butch/Staten Discovery

**0 attachments appear as related documents in the Virtual Fileroom.**


Mr. Fox,
I am writing to follow up with you regarding the questions we had regarding Butch Enterprises Inc.'s interrogatory responses and documents produced. We would like to meet and confer with you on these items as soon as possible. In addition, we would like to speak to you to confirm with you the dates for the depositions of Mr. Staten, Kimbra Staten, and Butch Enterprises Inc.'s two employees, Otto Hines and Derrick Gaskins, or reschedule them for a mutually convenient time before June 10.

Please contact me at your earliest convenience.

Best regards,
Anne

Anne Newton
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington D.C. 20006
Tel: (202) 974-1843
Fax: (202) 974-1999
Email: annenewton@cgsh.com

Anne Newton/DC/Cgsh

04 May 2007  08:48 AM

o

Fox159937@aol.com

c

arry C Dembowski/DC/Cgsh@CGSH, Lee F Berger/DC/Cgsh@CGSH, Matthew J Berman/DC/Cgsh@CGSH

ubject

utch/Staten Discovery

Dear Mr. Fox,
We are in receipt of the answer and initial disclosures you filed, as well as Butch Enterprises Inc.'s interrogatory responses and documents produced.  We have some questions for you regarding the interrogatory responses and documents we received, and we wanted to try to set up a call next week to meet and confer regarding the same.  Please let us know your availability Monday and Tuesday of next week.

Thank you and best regards,
Anne

Anne Newton
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington D.C. 20006
Tel: (202) 974-1843
Fax: (202) 974-1999
Email: annenewton@cgsh.com