# EXHIBIT 11

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
    RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DeC. HINDS
    SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
    COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
    SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
STEPHEN J. BENHAM*
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M. CARROLL
KERRI J. CHASE
SHAWN J. CHEN
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S. ERICSSON
CHRISTOPHER D. HALE
MORGAN A. HARRIS
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND
MEGHAN A. IRMLER
DINAH R. KNIGHT

FIANA R. KWASNIK
CHRISTOPHER T. LEAHY*
JEFFREY LEASURE
JOHN R. LOATMAN
PATRICIA M. McDERMOTT
JOHN P. McGILL, JR.
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R. OLMSTED
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS*
NICOLE ROTHE*
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WELLINGTON
DANA D.C. WESTFALL
    ASSOCIATES

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

\* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA, WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

May 14, 2007

**VIA FACSIMILE & EMAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

Re: <u>Ashford v. East Coast Express Eviction</u>

Dear Mr. Fox:

  As you know, the deposition of Otto Hines is currently noticed for Friday of this week, May 18. We have attempted by three phone calls and two emails to engage with you regarding the scheduling of this deposition. As you have declined to inform us of any alternative times or dates for the deposition, we are left to assume that Mr. Hines will attend the deposition as currently scheduled. We will be prepared to hold the deposition on Friday on that understanding.

  If it is your position that Mr. Hines is not obliged to attend on Friday or that he will not attend, please recommend an alternative date and time so that we may avoid the costs of a deposition that you and Mr. Hines do not attend. If we do not receive a proposed alternative date and time for Mr. Hines' deposition by the close of business on Wednesday May 16, we will proceed on the assumption that Mr. Hines will attend his deposition as noticed, as Federal Rule of Civil Procedure 30 requires. After the close of business on Wednesday May 16, we will incur a nonrefundable charge from our court reporter for the scheduled deposition, so we will not be willing to reschedule the deposition without compensation for that charge.

David E. Fox
May 14, 2007
Page 2

      In addition, we have also attempted to confer with you regarding our outstanding questions regarding the interrogatory responses and documents produced by Butch Enterprises, Inc. Please contact us as soon as possible to discuss these issues.

Sincerely,

Lee F. Berger