# EXHIBIT 15

# DAVID E. FOX
*Attorney at Law*
*1325 18th Street, NW*
*Suite 103*
*Washington, DC 20036*
*Phone (202) 955-5300  Fax (202) 872-0200*

David E. Fox (DC, MD)

May 18, 2007

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington, DC   20006

Dear Mr. Berger:

    Defendant will endeavor to supplement Defendant's Answers to Interrogatories and Request for Production.

    It is not clear to me that the business keeps any traditional records or that there is enough "organization" to retrieve any more records, but Defendant will make a good faith effort.

    And, payment records may not help you because I personally think the homeless people who worked as independent contractors gave false social security numbers. This raises the query as to whatever you have informed your clients that if they testify "truthfully" that they lied about their social security numbers or their name they could go to jail or could owe back taxes and interest and penalties. Please reiterate to your clients that my client restates his offer of judgment if they agree to settle prior to my clients' needs to incur further legal fees. (14 days from today is the cut off)

Very truly yours,

David E. Fox, Esquire

DEF/jc