# EXHIBIT 16

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N W

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S CARY
JANET L. WELLER
MITCHELL S DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D SLATER
MICHAEL R LAZERWITZ
DAVID I GELFAND
MICHAEL A MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D MARQUARDT
BRIAN BYRNE
  RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DeC HINDS
  SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
  COUNSEL

JOYCE E MCCARTY
KAREN A KERR
SCOTT R GOODWIN
  SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M BABOUNAKIS
MATTHEW I BACHRACK
STEPHEN J BENHAM*
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M CARROLL
KERRI J CHASE
SHAWN J CHEN
SEAN O COREY
ALYSON J DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D ELDRED
DESMOND EPPEL
NICLAS S ERICSSON
CHRISTOPHER D HALE
MORGAN A HARRIS
MICHAEL R HARTMAN
ELIZABETH A HARVEY
ERIC H HILDENBRAND
MEGHAN A IRMLER
DINAH R KNIGHT

FIANA R KWASNIK
CHRISTOPHER T LEAHY*
JEFFREY LEASURE
JOHN R LOATMAN
PATRICIA M McDERMOTT
JOHN P McGILL, JR
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R OLMSTED
LAUREN L PEACOCK
ANTONIO J REYNOLDS*
NICOLE ROTHE*
PAUL R ST LAWRENCE III
AUDRA L SAVAGE
TAMARA D SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C WELLINGTON
DANA D.C. WESTFALL
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial (202) 974-1646
E-Mail lberger@cgsh.com

May 18, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

Re: Continuing Failure To Comply With Discovery Obligation

Dear Mr. Fox:

This letter is in response to your letter, dated May 18, 2007, in which you state that your clients, Butch Enterprises and Irwin Staten, will "endeavor" to comply with the Federal Rules of Civil Procedure. In light of your clients' repeated delays in complying with their discovery obligations, nothing in your letter gives us comfort that a compliant response will be forthcoming. Accordingly, we intend to file a motion to compel with the Court on Tuesday, May 22, 2007, along the lines indicated in previous correspondence.

Sincerely,

Lee F. Berger
Larry C. Dembowski
Anne Newton
Matthew J. Berman