IN THE UNTED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al. | ) | |
| | ) | Civ. Action No. 06-cv-1561 (RJL) |
| *Plaintiffs* | ) | |
| v. | ) | Honorable Richard J. Leon |
| | ) | |
| East Coast Express Eviction, et al. | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**NOTICE OF ERRATA**

Plaintiffs file this Notice of Errata to amend an error in the filing and docketing of their Motion to Compel Discovery Responses From Defendants Butch Enterprises, Inc. and Irwin Staten ("Motion to Compel"). Plaintiffs electronically filed their Motion to Compel on May 25, 2007. Plaintiffs inadvertently did not include their Proposed Order as an attachment to the Motion to Compel. Accordingly, Plaintiffs submit their Proposed Order granting Plaintiffs' Motion to Compel, attached hereto as Exhibit A.

Dated: May 29, 2007                              Respectfully submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 29, 2007, a copy of the foregoing Notice of Errata and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Stephanie D. Kinder
>Law Offices of Stephanie D. Kinder, P.A.
>10 N. Calvert Street, Suite 930
>Baltimore, MD 21202
>skinder@epcounsel.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>J. Wyndal Gordon
>The Law Office of J. Wyndal Gordon, P.A.
>10 North Calvert Street, Suite 930
>Baltimore, MD 21202
>jwgaattys@aol.com
>Attorney for Bob Ward and A & A Cardinal Eviction
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Crawford & Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

Dated: May 29, 2007                                                             /s/ Emily C. Capehart
                                                                                           Emily C. Capehart