# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br> )<br>individually and on behalf )<br>of all others similarly situated, )<br> )<br>     *Plaintiffs*, )<br> v. )<br> )<br>East Coast Express Eviction, et al., )<br> )<br>     *Defendants*. )<br>_____) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
DISCOVERY RESPONSES FROM DEFENDANTS
BUTCH ENTERPRISES, INC. AND IRWIN STATEN**

  Having considered Plaintiffs' Motion to Compel Discovery Responses from Defendants Butch Enterprises, Inc. ("Butch Enterprises") and Irwin Staten, and the Memorandum of Law in support thereof, any responses thereto, any replies to any responses thereto, and for good cause shown, the Court finds that the proposed order to compel discovery responses from Butch Enterprises and Mr. Staten should be entered.

  It is, therefore, ORDERED that:

1. Defendant Butch Enterprises shall fully respond to Plaintiffs' First Set of Interrogatories in accordance with the Federal Rules of Civil Procedure within three days of this Order.

2. Defendant Butch Enterprises shall serve a written response and all non-privileged documents responsive to plaintiffs' First Request for Production of Documents in accordance with the Federal Rules of Civil Procedure within three days of this Order.

2

3. Defendant Irwin Staten shall serve a written response and all non-privileged documents responsive to plaintiffs' First Request for Production of Documents in accordance with the Federal Rules of Civil Procedure within three days of this Order.

4. Kimbra Staten's deposition shall go forward on June 11, 2007 for up to a full seven-hour period as provided in the Federal Rules of Civil Procedure.

5. Derrick Gaskins' deposition shall go forward on June 14, 2007, for up to a full seven-hour period as provided in the Federal Rules of Civil Procedure.

6. Irwin Staten's deposition should go forward on June 15, 2007, for up to a full seven-hour period as provided in the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: _____

                                                    Hon. Richard J. Leon
                                                   United States District Court Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

Stephanie Dawn Kinder
The Law Office of Stephanie Kinder, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email: skinder@epcounsel.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street
Suite 930
Baltimore, MD 21202
Email:  jwgaattys@aol.com

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019