IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,              )<br>                                                           )<br>                        *Plaintiffs*,           )<br>        v.                                               )<br>                                                           )<br>East Coast Express Eviction, et al.,       )<br>                                                           )<br>                        *Defendants*.          )<br>                                                           ) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

### JOINT MOTION TO DISMISS DEFENDANTS A&A CARDINAL EVICTIONS AND ROBERT "BOB" WARD WITHOUT PREJUDICE

Plaintiffs and defendants A&A Cardinal Evictions ("A&A") and Robert "Bob" Ward move for dismissal without prejudice of defendants A&A and Mr. Ward. In support of this motion, plaintiffs, A&A, and Mr. Ward state as follows:

1. On April 23, 2007, Mr. Ward executed an affidavit attesting under oath that:

   i. he is founder, sole owner, and president of A&A;

   ii. he is solely responsible for hiring laborers for A&A and setting their wages;

   iii. since September 5, 2002, A&A has only hired from a select pool of 13 individuals;

   iv. since September 5, 2002, A&A has always paid these individuals seven dollars per hour of service, including time spent in transport to eviction sites, waiting for evictions to commence, and all other wait time related to their work for A&A;

   v. since September 5, 2002, A&A has only performed evictions in Maryland, not in the District of Columbia or Virginia; and

      vi. he has never communicated, agreed, or conspired with any person or any other company regarding payment of wages or practices of employing or hiring workers.

Mr. Ward's affidavit is attached as Exhibit A.

2.    On April 23 and 25, 2007, three employees of A&A, selected from A&A's employees by plaintiffs' counsel, executed affidavits confirming the substance of Mr. Ward's affidavit, namely that A&A does not hire day laborers but only hires from a select pool of individuals who are paid at least seven dollars per hour for every hour of work or waiting, and that they have witnessed no evidence of conspiracy by Mr. Ward or A&A with other eviction companies respecting wages. These affidavits are attached as Exhibits B, C, and D.

3.    Furthermore, A&A has produced documentary evidence that on its face lends some support to Mr. Ward's assertion that A&A does not hire day laborers and does pay seven dollars per hour.

4.    While evidence in the early stages of plaintiffs' investigation supported plaintiffs' belief that A&A and Mr. Ward were hiring day laborers, often homeless individuals, to perform evictions and paying them far less than minimum wage, subsequent investigation has not produced further evidence sufficient to show that A&A and Mr. Ward have hired day laborers or paid less than minimum wage.

5.    Having agreed only to dismissal without prejudice, plaintiffs emphasize that if new evidence is discovered suggesting that the affidavits provided are false in any material respect, plaintiffs will act promptly to reinstate proceedings against A&A and Mr. Ward.

6.    Plaintiffs, A&A and Mr. Ward jointly and respectfully request that defendants A&A and Mr. Ward be dismissed from this action without prejudice.

Dated: May 30, 2006

Respectfully submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

/s/ J. Wyndal Gordon /LFB
J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202
jwgaattys@aol.com
*Attorney for A & A Cardinal Evictions and Robert "Bob" Ward*

SO ORDERED.

Dated: _____

Hon. Richard J. Leon
United States District Judge

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 30, 2007, a copy of the foregoing Joint Motion to Dismiss Defendants A& A Cardinal Evictions and Robert "Bob" Ward Without Prejudice and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, MD 21202
skinder@epcounsel.com
Attorney for Bob Ward and A & A Cardinal Eviction

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
jwgaattys@aol.com
Attorney for Bob Ward and A & A Cardinal Eviction

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
gsmith@mrrlaw.net
Attorney for A 1 Eviction Services and Tanya Smith

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
dfox159937@aol.com
Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>Melvin L. Otey
>Law Offices of Melvin L. Otey, PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Crawford & Crawford
>200 55th Street, N.E.
>Apt. # 24
>Washington, D.C. 20019

        Vincent Crawford  
        200 55th Street, N.E.  
        Apt. # 24  
        Washington, D.C. 20019

Dated: May 30, 2007                                                     /s/ Emily C. Capehart  
                                                                                                 Emily C. Capehart