# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>*Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## AFFIDAVIT OF ROBERT WARD

I, Robert Ward, in my individual capacity and as president of A&A Cardinal Evictions, under penalty of perjury hereby declare and state as follows:

1. I am the founder, sole owner, and president of A&A Cardinal Evictions ("A&A"), a company operating out of Waldorf, Maryland. A&A performs a variety of services for its customers, including moving, storage, and eviction services. As president of A&A, I manage all aspects of the business, including financial matters, dealing with customers, and driving the company van on jobs. I am solely responsible for hiring laborers and setting their wages.

2. Since September 5, 2002, the only persons who have served as laborers to perform evictions for A&A or myself, in any capacity, including on a temporary or "day labor" basis, as regular employees or independent contractors, are as follows: Austin Jenkins, Martin Diggs, Jerry Wilson, Curtis Ford, Cecil Ford, James Cobey, Raymond Randolph, Anthony Petty, Clarence Page, Chris Robinson, Warren Adams, Maurice Adam, and Andre Ward. No other individual has performed or assisted in performing evictions for A&A since September 5, 2002.

3. Since September 5, 2002, each of these individuals has been paid at least $7 dollars per hour of service, including time spent in transport to eviction sites, waiting for evictions to

commence, and all other wait time related to their work for A&A. The individuals named above have been paid for every hour of service and wait time, including when evictions have been cancelled or terminated while in progress.

4. Since September 5, 2002, A&A has only performed eviction services in the state of Maryland. Since September 5, 2002, A&A has not performed any such services in the District of Columbia or Virginia.

5. I have never communicated or agreed with any person or any other company regarding payment of wages or practices of employing or hiring workers. To my knowledge, no other person employed by A&A or otherwise acting on my or A&A's behalf has had any such communications or made any such agreements.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Robert Ward
President
A&A Cardinal Evictions
16608 Bealls Hill Road
Waldorf, Maryland

Subscribed and sworn to before me
this ___ day of April, 2007

Notary Public

2