# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br><br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>*Defendants.* )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

### AFFIDAVIT OF ANTHONY PETTY

I, Anthony Petty, under penalty of perjury hereby declare and state as follows:

1. Since September 5, 2002, I have on occasion worked performing evictions for A&A Cardinal Evictions ("A&A"), a company operating out of Waldorf, Maryland.

2. Every time I have worked for A&A, I was paid by A&A or its president, Robert Ward ("Bob Ward"), a minimum of $7 for every hour of work I performed. I was also paid at least $7 for every hour of time spent traveling in A&A's van to a job site, every hour waiting for an eviction to commence, and every hour otherwise waiting on a job. If an eviction was cancelled in the middle of the job or before the eviction began, I was still paid (or assured I would be paid) for all time spent traveling and waiting.

3. I am not aware of persons performing evictions for A&A or Bob Ward other than the following: Austin Jenkins, Martin Diggs, Jerry Wilson, Curtis Ford, Cecil Ford, James Cobey, Raymond Randolph, Anthony Petty, Chris Robinson, Warren Adams, Maurice Adam, and Andre Ward.

4. To my knowledge, every person who performed evictions for A&A or Bob Ward since September 5, 2002, was paid at least $7 per hour.

2

5. To my knowledge, every eviction I performed with A&A or Bob Ward was performed in the state of Maryland. I have no knowledge of A&A or Bob Ward performing evictions outside the state of Maryland.

6. I have no knowledge of any agreement or communication between Bob Ward or anyone acting on behalf of A&A with any other eviction company regarding the payment of wages or practices of employing laborers. Additionally, I have never agreed or communicated with another eviction company on behalf of A&A or Bob Ward regarding the payment of wages or practices of employing laborers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Anthony Petty
3904 Wheeler Rd.
Washington. DC

Subscribed and sworn to before me
this ___ day of April, 2007

Notary Public

2