**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**[PROPOSED] ORDER OF DIMISSAL OF DEFENDANTS A&A CARDINAL EVICTIONS AND ROBERT "BOB" WARD WITHOUT PREJUDICE**

Defendants A&A Cardinal Evictions and Robert "Bob" Ward are hereby dismissed from the action without prejudice.

SO ORDERED.

Dated: _____

_____
Hon. Richard J. Leon
United States District Judge