# EXHIBIT D

Issued by the
UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| Harry Jakeyia Ashford, et al., | SUBPOENA ON PLATINUM REALTOR SERVICES, INC. |
|---|---|
| *Plaintiffs,* | |
| v. | Case Number: 06-CV-1561 |
| East Coast Express Eviction, et al., | Hon. Richard J. Leon |
| *Defendants.* | |

TO  Platinum Realtor Services, Inc
    6705 McKeldin Drive
    Suitland, MD 20746

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects)  **All documents and things requested in attached Schedule A.**

| PLACE  Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave, NW, Suite 9000, Washington, DC 20006 | DATE AND TIME  **May 2, 2007 or 14 days after service, whichever is later, at 10:00 a.m.** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *[signature]*  Lee F. Berger, Counsel for Plaintiffs | DATE  **April 17, 2007** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC 20006, (202) 974-1500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.
AO 88 (Rev 1/94) Subpoena in a Civil Case

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:00 am on April 23, 2007, I served Platinum Realtor Services, Inc. at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriquez, Officer, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   46
HEIGHT-   5'11"
  HAIR-   BLACK
WEIGHT-   200
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 4/26/07
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186755

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

04-23-2007

LEE F. BERGER, ESQUIRE
CLEARY GOTTLIEB STEEN & HAMILTON
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006

Harry Jakeyia Ashford, et al. v. East Coast Express Eviction, et al.

Case No. 06-CV-1561 (RJL)

Invoice No. 186755

Client Matter No. N/A

---

SERVICE OF PROCESS
Platinum Realtor Services, Inc., 6705 McKeldin Drive, Suitland, Maryland 20746
04-23-2007

SERVICE OF PROCESS - RUSH                                           $90.00

AMOUNT PAID-

**BALANCE DUE UPON RECEIPT-**                                       $90.00

---

Please write invoice no. 186755 on your check.

**Case Comments-**