# EXHIBIT E

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.,

V.

East Coast Express Eviction, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-CV-1561 (RJL)

TO: Choya Lord Rodriquez
6705 McKeldin Drive
Suitland, MD 20746

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Cleary Gottlieb Steen & Hamilton, LLP, 2000 Pennsylvania Ave., N.W., Suite 9000, Washington, D.C. 20006 | 5/23/2007 10:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Attorney for Plaintiffs | 4/17/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., N.W., Washington, D.C. 20006, (202) 974-1500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Deposition Subpoena in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:00 am on April 23, 2007, I served Choya Lord Rodriquez at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriquez, personally. Described herein:

```
   SEX-    MALE
   AGE-    46
HEIGHT-    5'11"
  HAIR-    BLACK
WEIGHT-    200
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/26/07
             Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186751

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

04-23-2007

LEE F. BERGER, ESQUIRE
CLEARY GOTTLIEB STEEN & HAMILTON
2000 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20006

Harry Jakeyia Ashford, et al. v. East Coast Express Eviction, et al.

Case No. 06-CV-1561 (RJL)

Invoice No. 186751

Client Matter No. N/A

---

SERVICE OF PROCESS
Choya Lord Rodriquez, 6705 McKeldin Drive, Suitland, Maryland 20746
04-23-2007

| | |
|---|---|
| SERVICE OF PROCESS - RUSH | $90.00 |
| CHECK ISSUING FEE | $10.00 |
| WITNESS FEE TENDERED | $50.00 |
| **AMOUNT PAID-** | |
| **BALANCE DUE UPON RECEIPT-** | $150.00 |

Please write invoice no. 186751 on your check.

**Case Comments-**