# EXHIBIT F

```
                                       052907cr.txt
0001
  1          IN THE UNITED STATES DISTRICT COURT
  2             FOR THE DISTRICT OF COLUMBIA
  3     -----------------------------------:
  4     HARRY JAKEYIA ASHFORD, et al.,     :
  5                 Plaintiffs             :  Civil Action
  6     v.                                 :  No. 06cv1561
  7     EAST COAST EXPRESS EVICTION,       :
  8     et al.,                            :
  9                 Defendants             :
 10     -----------------------------------:
 11
 12         Deposition of CHOYA LORD "TROY" RODRIGUEZ
 13                     Washington, D.C.
 14                   Tuesday, May 29, 2007
 15                        10:00 a.m.
 16
 17
 18
 19
 20     Job No.: 1-104403
 21     Pages  1 - 8
 22     Reported By:  Susan B. Fillmore, R.P.R.
₴
0002
  1            Deposition of CHOYA LORD "TROY" RODRIGUEZ,
  2     held at the offices of:
  3             CLEARY GOTTLIEB STEEN & HAMILTON, LLP
  4             2000 Pennsylvania Avenue, Northwest
  5             9th Floor
  6             Washington, D.C. 20006
  7             202.974.1500
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17            Pursuant to Notice before Susan B.
 18     Fillmore, Registered Professional Reporter and
 19     Notary Public for the District of Columbia
 20
 21
 22
₴
0003
  1                   A P P E A R A N C E S
  2     ON BEHALF OF PLAINTIFFS:
  3             LARRY C. DEMBOWSKI, ESQUIRE
  4             LEE F. BERGER, ESQUIRE
  5             KEVIN R. BURKE, ESQUIRE
  6             CLEARY GOTTLIEB STEEN & HAMILTON, LLP
  7             2000 Pennsylvania Avenue, Northwest
  8             9th Floor
  9             Washington, D.C. 20006
 10             202.974.1500.
 11
 12
 13
 14
                              Page 1
```

```
                              052907cr.txt
15                      C O N T E N T S
16   EXAMINATION OF CHOYA LORD "TROY" RODRIGUEZ         PAGE
17       By Mr. Dembowski                                 4
18
19
20                      E X H I B I T S
21               (No exhibits marked.)
22
0004
 1                    P R O C E E D I N G S
 2            CHOYA LORD "TROY" RODRIGUEZ,
 3     having been duly sworn, responded as follows:
 4            EXAMINATION BY COUNSEL FOR PLAINTIFFS
 5   BY MR. DEMBOWSKI:
 6       Q    Good morning.  Thank you for coming.
 7            We're now on the record in the deposition
 8   of Mr. Choya Rodriguez.
 9            Sir, would you please state your full name
10   for the record.
11       A    (No response from witness.)
12       Q    Sir, are you going to provide any answers
13   that the court reporter can record?
14       A    (Witness shakes head.)
15            MR. BERGER:  Let the record reflect that
16   the witness is shaking his head no.
17   BY MR. DEMBOWSKI:
18       Q    Sir, is there a reason that you are not
19   going to provide any answers that the court reporter
20   can record today?
21       A    (No response from witness.)
22            MR. DEMBOWSKI:  Let the record please
0005
 1   reflect that the witness is sitting silent.
 2   BY MR. DEMBOWSKI:
 3       Q    Sir, it is my understanding that you
 4   intend to exercise your privilege under the Fifth
 5   Amendment to the Constitution, not to provide any
 6   testimony today; is that correct?
 7       A    (Witness nods head.)
 8            MR. DEMBOWSKI:  Would the record please
 9   reflect that the witness nodded his head.
10            Could we go off the record, please, for a
11   moment.
12            (Discussion off the record, after which
13   counsel leave the room and then return.  The last
14   question was read back by the reporter.)
15            MR. DEMBOWSKI:  Could we go back on the
16   record, please.
17   BY MR. DEMBOWSKI:
18       Q    Mr. Rodriguez?  Sir?  In reaching your
19   decision to exercise your rights under the Fifth
20   Amendment, did you discuss with an attorney that
21   decision?
22            MR. DEMBOWSKI:  Would the record please
0006
 1   reflect that the witness is not responding in any
 2   way.
 3            Could we go off the record again, please.
 4            (Discussion off the record, after which
 5   counsel briefly leave the room and then return.)
                              Page 2
```

```
                              052907cr.txt
 6   BY MR. DEMBOWSKI:
 7        Q    Mr. Rodriguez, a moment ago when we were
 8   off the record, I discussed with you the fact that
 9   we may call the Court and ask for the Court's
10   intervention to compel your cooperation with this
11   deposition.  Is that a correct statement of what
12   happened off the record?
13        A    (No response.)
14        Q    After my saying that, you indicated that
15   you would prefer that we call the Court.  Is that a
16   correct statement of what happened off the record?
17        A    No.
18        Q    Would you please tell me what is a correct
19   statement of what happened off the record?
20        A    (No response.)
21             MR. DEMBOWSKI:  Please let the record
22   reflect that the witness is not responding.
0007
 1             Could we go off the record, please.
 2             MR. BURKE:  Are you staying?
 3             (Witness leaves the room.)
 4             MR. DEMBOWSKI:  Off the record, please.
 5             (Counsel briefly leave the room and then
 6   return.)
 7             MR. DEMBOWSKI:  When we went off the
 8   record a moment ago, Mr. Rodriguez stood up, put on
 9   his sunglasses and walked out of the room, proceeded
10   to the elevator and left the building.  On his way
11   out, I asked him if he was leaving, and he nodded
12   his head to indicate that, yes, he was.
13             And for the time being until we have the
14   opportunity to seek permission from the Court to
15   continue or re-begin this deposition, that concludes
16   the deposition for Mr. Rodriguez on May 29th, 2007.
17             (Proceedings adjourned at 10:20 a.m.)
18
19
20
21
22
0008
 1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2             I, Susan B. Fillmore, Registered
 3   Professional Reporter, the officer before whom the
 4   foregoing proceedings were taken, do hereby certify
 5   that the foregoing transcript is a true and correct
 6   record of the proceedings; that said proceedings
 7   were taken by me stenographically and thereafter
 8   reduced to typewriting under my supervision; and
 9   that I am neither counsel for, related to, nor
10   employed by any of the parties to this case and have
11   no interest, financial or otherwise, in its outcome.
12             IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 30th day of
14   May, 2007.
15   My commission expires:  April 14, 2008
16
17
18   _____
19   NOTARY PUBLIC IN AND FOR
20   THE DISTRICT OF COLUMBIA
                                 Page 3
```

052907cr.txt

21
22