# EXHIBIT G

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

Writer's Direct Dial: (202) 974-1679
E-Mail LDembowski@cgsh.com

KENNETH L. BACHMAN, JR.
SARA D SCHOTLAND
JOHN S MAGNEY
MARK LEDDY
JOHN C MURPHY, JR
DAVID M BECKER
GEORGE S CARY
JANET L WELLER
MITCHELL S DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D SLATER
MICHAEL R LAZERWITZ
DAVID I GELFAND
MICHAEL A MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D MARQUARDT
BRIAN BYRNE
    RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DEC HINDS
    SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
    COUNSEL

JOYCE E MCCARTY
KAREN A KERR
SCOTT R GOODWIN
    SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M BABOUNAKIS
MATTHEW I BACHRACK
STEPHEN J BENHAM*
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
LAURA L BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M CARROLL
KERRI J CHASE
SHAWN J CHEN
SEAN D COREY
ALYSON J DAIS
LARRY C DEMBOWSKI
CARL EDMAN
ALINA D ELDRED
DESMOND EPPEL
NICLAS S ERICSSON
CHRISTOPHER D HALE
MORGAN A HARRIS
MICHAEL H HARTMAN
ELIZABETH A HARVEY
ERIC H HILDENBRAND
MEGHAN A IRMLER
DINAH R KNIGHT

FIANA R KWASNIK
CHRISTOPHER T LEAHY*
JEFFREY LEASURE
JOHN R LOATMAN
PATRICIA M MCDERMOTT
JOHN P MCGILL, JR
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R OLMSTED
LAUREN L PEACOCK
ANTONIO J REYNOLDS*
NICOLE ROTHE*
PAUL R ST LAWRENCE III
AUDRA L SAVAGE
TAMARA D SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C WELLINGTON
DANA D C WESTFALL
    ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE

May 30, 2007

**VIA HAND DELIVERY & FEDEX**

Choya L. Rodriguez
Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Re: Meet and Confer for *Ashford v. East Coast Express Eviction*

Dear Mr. Rodriguez:

As required by the Federal Rules of Civil Procedure, we would like to arrange a meeting to discuss your compliance with our document requests and interrogatories and to reschedule a deposition in connection with the *Ashford, et al. v. East Coast Express Eviction, et al.* case. You have not complied with our document requests or interrogatories and left the May 29 deposition without answering any questions. The Fifth Amendment does not give you the right in a civil case to refuse to answer any questions before any have been asked. As such you have not fulfilled your obligations required by law in connection with this case.

We would like to schedule a deposition with you for early next week at which you agree to answer questions and at which you provide responses to our other discovery requests. If you do not contact us by 12:00 p.m. on Wednesday, June 6, 2007, to discuss scheduling of this deposition and your other responses, we will file a motion with the court to compel your cooperation. Please contact either Larry Dembowski at 202-974-1679 (e-mail:

Choya Rodriguez
May 30, 2007
Page 2


LDembowski@cgsh.com) or Kevin Burke at 202-974-1564 (e-mail:  KBurke@cgsh.com) as
soon as possible to discuss rescheduling the deposition and compliance with our requests.

Sincerely,


Larry C. Dembowski
Kevin R. Burke