# EXHIBIT I

# Westlaw.

40938641455 Page 1

40938641455

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 01/03/2006 |
| Database Last Updated: | 06-05-2007 |
| Update Frequency: | MONTHLY |
| Current Date: | 06/05/2007 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | **PLATINUM REALTOR** SERVICES, INC. |
| Address: | 5204 BELGREEN STREET<br>SUITLAND, MD 20746 |
| D&B DUNS: | 12-142-7236 |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | D06645501 |
| Filing Date: | 02/06/2002 |
| State of Incorporation: | MARYLAND |
| Date Incorporated: | 02/06/2002 |
| Status: | FORFEITED |
| Status Attained Date: | 10/07/2005 |
| Corporation Type: | NOT AVAILABLE |
| Business Type: | CORPORATION |
| Address Type: | MAILING |
| Where Filed: | SECRETARY OF STATE/DEPARTMENT OF ASSESSMENTS AND TAXATION/CORPORATE CHARTER DIVISION<br>301 W PRESTON ST<br>BALTIMORE, **MD** 21201 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CHOYA LORD RODRIGUEZ |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

40938641455                                                              Page 2

Address:                    5204 BELGREEN STREET
                            SUITLAND, MD

**AMENDMENT INFORMATION**

Amendments:                 10/07/2005 MISCELLANEOUS    DEPT. ACTION -
                            FORFEITURE
                            02/06/2002 MISCELLANEOUS    ARTICLES OF
                            INCORPORATION


       Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
         to order copies of documents related to this or other matters.
                           Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND
IS NOT THE OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED
FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

©  2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.