# EXHIBIT J

# veri on



# Verizon Yellow Pages™
## superpages.com
America's Best Yellow Pages™

# SOUTHERN PRINCE GEORGE'S COUNTY EDITION

**MARYLAND SUBURBAN**

Includes Yellow Pages Listings For: All of Maryland Suburban

**AREA CODES 301, 240 • JANUARY 2007**



**Official Partner of the Washington Redskins**
*Turn to Redskins Team Pages*



**Look Inside For Your Game Piece And Win Big!**

Instantly Win **$3 Million**\*

Or win one of sixty-four 2006 HUMMER H3s or thousands of other prizes.
Look on the back of this game piece to play!

\*See details at www.superpages.com/rules

Order any directory anytime by calling 1-800-888-8448 or online at www.directorystore.com



# JOHN C. FLOOD, INC.  301-277-7300

**Plumbing • Heating Air Conditioning**  **Drain Cleaning**

THE ORIGINAL FLOOD

♲ Verizon Recycles. The white and yellow pages are printed on paper containing up to 40% post-consumer recycled fiber. ©2007 Idearc Media Corp. All rights reserved.

## EVICTION SERVICE—(cont'd)

**ALL AMERICAN EVICTION**
EVICTION SERVICES
Including
HAULING BOARD-UPS
DEBRIS REMOVAL • WINTERIZATION
RESIDENTIAL & COMMERCIAL
RELIABLE SERVICE • REASONABLE RATES
Licensed Bonded Insured
Serving DC, MD & VA
202 388-1140
202 669-4010
www.americanexpresseviction.com
Washington DC——————202 388-1140

**EAST COAST EXPRESS EVICTION**
29 U St NW Washington——202 797-0005
(See Our Display Ad Page 380)
Inc Platinum Realtor Svc
6705 McKeldin Dr Suitland——301 568-8529

## EXCAVATING CONTRACTORS

A P Snow Excavating
14196 Frederick Rd
Cooksville——Ashton Tel No 301 854-6190
Antonelli Construction Inc
24804 Frederick Rd Clarksburg——301 515-5600
Atman Corporation——301 953-2532
B L C Excavating Co Inc
14815 Dover Rd Rockville——301 762-7430
BMC Service Company
Accokeek——301 283-2264
Bames Charlotte
14630 Burntwoods Rd
Glenwood——Ashton Tel No 301 854-6941
**BUDD EXCAVATING CO**
12815 Brandywine Rd Brandywine——301 372-0708
Burdette R L Enterprises Inc
4721 Griffith Rd
Mt Airy——Damascus Area Tel No 301 831-5517
CG Trucking Co
8613 54th Av Berwyn Hts——301 345-2544
Canova Joseph & Son Inc
13313 Virginia Manor Rd Laurel——301 419-2020
Ceemar Construction Co Inc
Hughesville——Washington Area Tel No 301 870-8087
Center Lumber Co
14616 Old Gunpowder Rd Laurel——301 953-2530
Clyde Richards Excavating
23615 Neck Rd Aquasco——301 888-2483
**COLUMBIA EXCAVATING CO**
Bulldozers - Loaders - Graders - Pans
www.columbiaexcavating.com
10702 Hunting Ln Columbia——410 531-6534
Comus Construction LLC
18410 Comus Rd Dickerson——301 349-0550
Delmarva Site Development Inc
8181 Professional Pl Hyattsville——301 306-7117
Derek E Moreland Excavating——301 870-0523
Dirt Concepts
Gaithersburg——301 972-2835
Division 2 LLC
Bethesda——301 564-5100
Downs Excavating——301 428-8221
Earthworks Inc
7804 Delano Rd Clinton——301 856-1174
East Coast Excavating Inc
16499 Frederick Rd Mt Airy——301 854-5019

Save time. Save money. Shop by phone.



**BELTWAY GARAGE DOOR**
Call Us For Unbelievable Discounts
For First-Time Customers
SAME DAY SPRING REPLACEMENT
24 HOUR SERVICE
We Repair All Makes
Serving the Entire Metro Area Since 1970
Residential & Commercial
We're in Your Neighborhood - Call Now!
Prince George's Co. 301-877-1500
Montgomery Co. 301-299-5028

---

FRANCIS O DAY CO INC
14900 Southlawn Ln Rockville——301 652-2400
Francis O Day Co Inc
4120 Buckeystown Pke Frederick——301 831-1002
Franco Smiroldo Excavating Co
17801 Clagett Landing Rd
Upper Marlboro——301 249-3283
Franco Smiroldo Excavating Co
14338 Old Marlboro Pke Upper Marlboro——301 627-8104
Frank's Excavating & Trucking Inc
17206 Queen Anne Bridge Rd
Mitchellville——301 249-6732
Gabe's Services
Frederick——301 831-1333
Garland L Brian Sr LLC
12871 Highland Rd Highland——301 854-2161
Gebcon Corporation
17504 Black Rock Rd Germantown——301 972-2080
Glenwood Excavating Co
14630 Burntwoods Rd Glenwood——301 854-6622
Global Equipment Excavating
Frederick——301 261-4885
Goldin & Stafford LLC
9475 Lottsford Rd Upper Marlboro——301 925-9600
Great Mills Trading Post
Great Mills——301 870-2289
Hance Thomas L Inc
Rt Box 50 Pr Frederick——301 855-1836
Harris Excavating
14532 Club House Rd
Montgomery Village——301 208-8620
Hennessy's Small Excavations
6110 Ravenwood Rd Mt Airy——301 831-7351
Hobbs Brothers Inc
13709 Nichols Dr Clarksville——301 854-3259
**HOEMASTER'S INC**
Residential & Commercial
7380 Guilford Rd Clarksville——301 776-4933
Hungerford Brothers Excavating Inc
17515 Blackrock Rd Germantown——301 972-1083
I & V Services
Hyattsville——301 864-7656
**IACOBONI SITE SPECIALISTS INC**
COMPLETE SITEWORK PACKAGE
Commercial And Residential Development
Excavating • Grading • Utilities • Paving
www.iaconboni.com 888-732-5099
9301 Philadelphia Rd Baltimore——410 686-2100
Instant Lawn
7801 Earnshaw Dr
Brandywine——Washington Area Tel No 301 870-4403
**J-TECH CORP**
COMMERCIAL • INDUSTRIAL
Backhoes - Loaders - Dump Trucks
Footers & Foundations
Water & Sewer - Demolition
Clearing & Grading
7900 Walker Mill Dr Capitol Heights——301 499-7900
**JAS TRUCKING**
Lothian——410 867-0669
★ FOR MORE INFORMATION ★
(See Our Display Ad This Page)
**J R JOHNSON INC**
8405 Zug Rd Bowie——301 262-1670
J R M Construction
2B-T Industrial Park Dr
Waldorf——Washington Area Tel No 301 870-8535
Jimmy Richards Excavating & Sons
Waldorf——301 870-9310
**JOYNER TRUCK & COWBOY CO INC**
Professional Reliable
Excavating, Trenching, Hauling
Grading, Backhoe, Bobcat
www.joynertruckandcowboy.com
608 E Tantallon Dr Fort
Washington——240 462-2508
K & L Excavating
654 Watersville Rd Mount Airy——301 854-6626
King & King Enterprises Inc
1313 Double Gate Rd Davidsonville——301 261-4441
Lantz Willard Excavating Co Inc
12929 Cinder Rd Beltsville——301 419-3508
Len-Dot Excavating Contractors Inc
246 Hidden Valley Rd
Ounkirk——Washington Area Tel No 301 855-4070
Marvaco Inc
Beltsville——301 474-8173
Metro Bobcat Sales
8250 Beechcraft Ave Gaithersburg——301 840-9300
Metropolitan Truckers Association Inc
4706 S St Beaver Hts——301 322-8949
Mill Branch Site Solutions
Fort Washington——301 292-6801
Mill Branch Site Solutions
B056 Croom Rd Upper Marlboro——301 780-3600

Miller Excavating Inc
18115 Sellman Rd Dickerson——301 349-4400
Miller K W Inc
8475 Gue Rd Damascus——301 253-4383
Morauer & Hartzell Inc
4516 S St Capitol Heights——301 341-0623
Moreland Dale W & Son Excavating
15638 Livingston Rd Accokeek——301 292-7368
Mystical Gardens Landscaping Co
Gaithersburg——301 774-3200
Northup Consultants Inc
Germantown——301 428-3314
Panorama Of Maryland
9475 Lottsford Rd Hyattsville——301 925-9009
Parreco Arnold & Sons Inc
2911 52nd Av Hyattsville——301 277-8220
Pickens & Sons Inc
6510 Haviland Mill Rd Clarksville——301 854-2066
R & P Backhoe Service
Gaithersburg——301 963-8012
R D Sonnier Inc
17319 Livingston Rd Accokeek——301 283-6200
**RAPP CONTRACTING INC**
11610 East Maple Av Beltsville——301 937-0303
Really Dig It Excavating Co Inc
1006 S Main St
Mt Airy——Washington Area Tel No 301 831-5140
Ritchie's Land Reclamation
2001 Ritchie Marlboro Rd
Upper Marlboro——301 350-4059
Royale Construction
Bowie——301 809-0908
Russell Morgan E Inc
Sunderland——Marlboro Tel No 301 855-8553
S B S Excavating Inc
5841 Deale Churchton Rd Deale——301 261-9234
Site Maintenance Inc
17435 Mill Branch Pl Bowie——301 464-7660
Starcher Excavating Co
Woodbine——301 854-6639
Stetler Lewis E General Excavating
13457 Poplar Hill Rd Waldorf——301 843-8644
Stockett's Excavating & Hauling
201 Crabtree Bottom Rd McHemy——301 261-5811
Sully & Sons Inc
Friendship——301 855-4008
TSC Transport Inc——301 341-5888
Tolley Enterprises Inc
Monrovia——301 831-6037
Trenchline Inc
5901 Kim Ct Mt Airy——301 831-5044
Vest Raye Corporation
Theodore Green Blvd White Plains——301 843-2359
Vest Raye Excavating Inc
Theodore Green Blvd Waldorf——301 843-8868
W F Lee
5711 Industry Ln
Frederick——Damascus Area Tel No 301 831-4049
Wells Contracting Inc Concrete & Paving
6105B Dickerson Rd Dickerson——301 831-8407
Willett Construction Inc
3750 Willetts Pl White Plains——301 843-5842
William A Alston Backhoe Rental
6603 Clinglog St Capitol Heights——301 336-0198

## EXCAVATING EQUIP.

**A & F EQUIPMENT RENTAL CO**
Gradalls - Front End Loaders Bulldozers
Backhoes - Dump Trucks - Quick
- Reliable
12815 Brandywine Rd
Brandywine——301 372-0708
Andy's Custom Service
2505 Mill Branch Rd Mitchellville——301 464-2487
Collins Welding Service
6617 Garrett Rd Derwood——301 840-9670

---



**Excavating**
RESIDENTIAL • COMMERCIAL
• EXCAVATING • CLEARING
• SOIL & SEDIMENT CONTROL
Minority Certified
**301 261-5811**
EQUIPMENT RENTAL
Loaders - Dozers - Trucks
Hydraulic Excavators - Graders
Backhoes - Sand & Gravel
Fill Dirt - Top Soil - Crush Run
410 867-0669 Or Toll Free Dial "1" & Then 800 339-8203
5262 Solomons Island Rd Lothian
**JAS TRUCKING INC**

Gardiner Equipment Co Inc
Waldorf——Washington Area Tel No 301 843-6620
General Gradall Service Inc
9408 Fontana Dr Seabrook——301 577-3737
Metropolitan Recycling
1306 Rollins Av Capitol Heights——301 967-2469
USA Equipment Inc
Bowie——301 262-6950
Washington Air Compressor Rental Co
Rockville——301 770-7600

## EXECUTIVE OFFICE SUITES

REGUS
www.regus.com
Toll Free——888 633-4237

## EXECUTIVE SEARCH CONSULTANTS

Andrews & Cole LLC
4733 Bethesda Av Bethesda——240 497-1970
Bidwick & Associates
3415 Olandwood Ct Olney——301 924-6480
Connectedpath LLC
1680 E Gude Dr Rockville——301 545-1977
Global Health Careers LLC
7812 Mary Cassatt Dr Potomac——301 299-7000
Grant-Morgan Associates
4520 East-West Hwy Bethesda——301 718-8888
**JDG ASSOCIATES LTD**
www.jdgsearch.com
1700 Research Blvd Rockville——301 340-2210
Krauthamer & Associates
5530 Wisconsin Av Chevy Chase——301 654-7533
Larsen & Lee Inc
4807 Chevy Chase Blvd Chevy Chase——301 718-4280
Management Recruiters Of Gaithersburg
963 Russell Av Gaithersburg——240 631-7730
Management Recruites Of Washington DC
1100 Wayne Av Silver Spring——301 589-5400
**MIDTOWN GROUP THE**
www.themidtowngroup.com
1725 I St NW Washington DC——202 887-4747
113 WG Recruiting Office
7529 Old Alexandria Ferry Rd Clinton——301 856-9110
OERTH ASSOCIATES
601 King St Alexandria VA——703 739-1348
Owens Group The
7720 Wisconsin Av Bethesda——301 229-2700
Redda Group
Silver Spring——301 649-1344
Riverbend Group LLC
Silver Spring——301 879-0606
Rolphco Inc
484B Flower Valley Dr Rockville——301 929-1020
Tech Usa
Rockville——301 990-2240
The Bolton Group
1875 I St Washington DC——301 890-3608
The Whyte Group Inc
5214 Parkway Dr Chevy Chase——301 657-3970
USMC Recruiting Station
8200 Georgia Av Silver Spring——301 587-3008
Whitlock Recruiting——301 417-2847

SuperPages.com -
the official URL of
smart shoppers everywhere.

  

## America's Best
# YELLOW PAGES



Official Print and Online
Yellow Pages of the Washington Nationals

# SOUTHERN PRINCE GEORGE'S COUNTY EDITION

**MARYLAND SUBURBAN**
*Includes Yellow Pages Listings For:* All of Maryland Suburban
**AREA CODES 301, 240**
**JANUARY 2006**



Official Partner of the Washington Redskins



# JOHN C. FLOOD, INC.   301-277-7300

THE ORIGINAL FLOOD

**Plumbing • Heating Air Conditioning**    **Drain Cleaning**

Order any directory anytime by calling 1-800-888-8448 or online at www.directorystore.com

♻ The white and yellow pages are printed on paper containing up to 40% post-consumer recycled fiber. ©2006 Verizon Directories Corp.

# 346  ESTATES—EVICTION                                            veri on

## TM Estate Sales
### Division of Thieves Market Since 1952
★ **Purchase Entire Contents** ★
★ **Conduct On Site Sales** ★
Clean & Remove Trash
Asso. Member International Society Of Appraisers
www.thievesmarketantiques.com
tmantiques@cox.net
**703-912-4200**

## A & A CARDINAL EVICTION SERVICES
Bob Ward, Owner & Operator
✓ 22 Years Experience ✓ Houses, Apartments & Businesses
✓ Professional & Prompt ✓ Fully Insured
● Securing ● Winterizing ● Debris Removal
**301-292-1616**
Serving MD, DC & VA
www.aaevictions.com

### Full Estate Services from the Full Service Auction House
- Certified Appraisers
- National & International Advertising
- Weekly & Specialized Auctions
- Experienced Staff in All Areas
- Itemized Accounts
- Quick Turnaround
- Discreet Personal Service

**WESCHLER'S**
Auctioneers & Appraisers Since 1890
909 E Street NW, Washington DC 20004
**202.628.1281**
www.weschlers.com

### ESTATES
**A DIENER ESTATE SALES**
We Buy & Sell Houses
Free Appraisals • On Site Sales • Auctions
Complete Liquidations Of All Household Items
Professional House Cleaning After Sale
All Expenses Paid • Low Commission Rates
www.dienerjewelers.com
1710 M St NW Washington DC -------- 202 872-1710

About To Move Estate Sales ------------ 301 251-9899
**ADAM A WESCHLER & SON**
909 E St N W ---------------- **202 628-1281**
(See Our Display Ad This Page)
Addison & Associates Appraisals
Silver Spring ------------------ 301 598-8819
Another Mohican Estate Sale
3425 Tanterra Cir Brookeville -------- 301 570-3174
Chesapeake Home Health Of Prince George's County
1450 Mercantile Ln Largo ------------ 301 583-3410

**FULL ARTS**
### ESTATE SALES
SERVING MD - DC & VA
See Our Ad Under Appraisers
301 838-0050
301 203-8458
Rockville ---------------------- 301 838-0050
Tantallon MD ------------------ 301 203-8458

Happy Hunting Ground
Silver Spring -------------------- 301 460-8537
**KITZMILLER SUSAN**
3760 Howard Av Kensington -------- **301 946-2152**
Oshinsky Carol K
Potomac ------------------------ 301 299-3497
Pathway Estate Sales
Bethesda ----------------------- 301 320-3255
Potomac Sales Associates
Bethesda ----------------------- 301 365-5244
Robertson Ann
4982 Sentinel Dr Bethesda ---------- 301 229-7640
**TM SALES**
132 Maple Avenue East Vienna VA ------ **703 912-4200**
(See Our Display Ad This Page)

### EVAPORATORS
V & A Electric
11449 Georgia Av Silver Spring ------- 301 933-4450

### EVICTION SERVICE
**A-1 EVICTION SERVICES**
### EVICTIONS
INSURED & BONDED
WWW.A1EVICTIONSERVICES.COM

THE DEPENDABLE
EVICTION SERVICE CO.

PROFESSIONAL • PROMPT
RELIABLE

APARTMENT • HOUSES • COMMERCIAL
**301-772-2274**
SERVING
• MD • DC • VA • BALT
Largo ---------------------- 301 772-2274

A-1 Eviction Srvcs
-Riverdale -------------------- 301 403-0403
**A & A CARDINAL EVICTION SERVICES**
www.aaevictions.com
Oxon Hill -------------------- 301 292-1616
(See Our Display Ad This Page)

**ALL AMERICAN EVICTION**
### EVICTION SERVICES
Including
HAULING BOARD-UPS
DEBRIS REMOVAL • WINTERIZATION
RESIDENTIAL & COMMERCIAL
RELIABLE SERVICE • REASONABLE RATES
Licensed Bonded Insured
Serving DC, MD & VA
**202 388-1140**
**202 669-4010**
www.americanexpresseviction.com
Washington DC ---------------- 202 388-1140

New and even returning customers are looking for you!
Make it easy for them to find you by advertising in Verizon's SuperPages under all the headings that make good sense for your business.



## BUTCH ENTERPRISES INC
Eviction/Hauling/Debris Removal
Commercial & Residential
www.butchent.com
Fairfax VA ------------------ 703 385-089?

**EAST COAST EXPRESS EVICTION**
29 U St NW Washington DC ---------- 202 797-000?
(See Our Display Ad This Page)
Platinum Realtor Services Inc
5204 Belgreen St Suitland ---------- 301 568-852?

When online shoppers look for great shopping ideas, the place they go is to Verizon's online directory.
- SuperPages.com

