IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,<br><br>individually and on behalf<br>of all others similarly situated,<br><br>    *Plaintiffs*,<br>v.<br><br>East Coast Express Eviction, et al.,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS PLATINUM REALTOR SERVICES, INC. AND CHOYA RODRIGUEZ**

Having considered Plaintiffs' Motion to Compel Discovery Responses from Defendants Platinum Realtor Services, Inc. ("Platinum") and Choya Rodriguez, and the Memorandum of Law in support thereof, any responses thereto, any replies to any responses thereto, and for good cause shown, the Court finds that the proposed order to compel discovery responses from Platinum and Mr. Rodriguez should be entered.

It is, therefore, ORDERED that:

1. Defendant Platinum shall fully respond to Plaintiffs' First Set of Interrogatories in accordance with the Federal Rules of Civil Procedure within three days of this Order.

2. Defendant Platinum shall serve a written response and all non-privileged documents responsive to plaintiffs' First Request for Production of Documents in accordance with the Federal Rules of Civil Procedure within three days of this Order.

3. Defendant Choya Rodriguez shall serve a written response and all non-privileged documents responsive to plaintiffs' First Request for Production of Documents in accordance with the Federal Rules of Civil Procedure within three days of this Order.

4. Defendant Choya Rodriguez's deposition should go forward on a date no later than July 6, 2007, during which Mr. Rodriguez shall answer plaintiffs' questions for up to a full seven-hour period as provided in the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: _____                              _____
                                                      Hon. Richard J. Leon
                                                      United States District Court Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

Melvin L. Otey
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite # 400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Crawford & Crawford
200 55th Street, N.E.
Apt. #24
Washington, D.C. 20019