# EXHIBIT C

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on March 13, 2007, a copy of each of the foregoing:

- Plaintiffs' First Supplemental Initial Disclosures
- Plaintiffs' First Set of Interrogatories to Defendant East Coast Express Eviction
- Plaintiffs' First Request for the Production of Documents from Defendant East Coast Express Eviction
- Plaintiffs' First Set of Interrogatories to Defendant A&A Cardinal Eviction
- Plaintiffs' First Request for the Production of Documents from Defendant A&A Cardinal Eviction
- Plaintiffs' First Set of Interrogatories to Defendant All American Eviction Company
- Plaintiffs' First Request for the Production of Documents from Defendant All American Eviction Company
- Plaintiffs' First Set of Interrogatories to Defendant Butch Enterprises, Inc.
- Plaintiffs' First Request for the Production of Documents from Defendant Butch Enterprises, Inc.
- Plaintiffs' First Set of Interrogatories to Defendant Big Time Movers, Inc.
- Plaintiffs' First Request for the Production of Documents from Defendant Big Time Movers, Inc.
- Plaintiffs' First Set of Interrogatories to Defendant Platinum Realtor Services, Inc.
- Plaintiffs' First Request for the Production of Documents from Defendant Platinum Realtor Services, Inc.
- Plaintiffs' First Set of Interrogatories to Defendant Crawford & Crawford
- Plaintiffs' First Request for the Production of Documents from Defendant Crawford & Crawford
- Plaintiffs' First Request for the Production of Documents from Caroline Lanford
- Plaintiffs' First Request for the Production of Documents from Nelson Terry

- Plaintiffs' First Request for the Production of Documents from Robert "Bob" Ward

- Plaintiffs' First Request for the Production of Documents from I. Staten

- Plaintiffs' First Request for the Production of Documents from Choya Lord Rodriguez

- Plaintiffs' First Request for the Production of Documents from Vincent Crawford

was served by registered mail on the following parties:

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, MD 21202
skinder@epcounsel.com
Attorney for Bob Ward and A & A Cardinal Eviction

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
jwgaattys@aol.com
Attorney for Bob Ward and A & A Cardinal Eviction

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
gsmith@mrrlaw.net
Attorney for A 1 Eviction Services and Tanya Smith

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
dfox159937@aol.com
Attorney for Butch Enterprises, Inc. and I. Staten

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

2

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: March 13, 2007

_____
Emily C. Capehart