# EXHIBIT F

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:46 pm on April 18, 2007, I served Crawford & Crawford at 200 55th Street, NE, Apartment 24, Washington, DC 20019 by serving Vincent Crawford, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'9"
HAIR-    BALD
WEIGHT-  250
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 4-19-07
Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186756