# EXHIBIT H

Case 1:06-cv-01561-RJL-JMF    Document 99-9    Filed 06/12/2007    Page 1 of 6

STATEMENT ON THE RECORD - SCHEDULED DEPOSITION OF VINCENT CRAWFORD
## CONDUCTED ON WEDNESDAY, MAY 30, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-----------------------------------:

HARRY JAKEYIA ASHFORD, et al.,      :

         Plaintiffs      :   Civil Action

v.                                  :   No. 06cv1561

EAST COAST EXPRESS EVICTION,        :

et al.,                             :

         Defendants      :

-----------------------------------:


Scheduled Deposition of

VINCENT CRAWFORD

Washington, D.C.

Wednesday, May 30, 2007

10:08 a.m.



Job No.:  1-104396

Pages  1 - 5

Reported By:  Susan B. Fillmore, R.P.R.

STATEMENT ON THE RECORD - SCHEDULED DEPOSITION OF VINCENT CRAWFORD
CONDUCTED ON WEDNESDAY, MAY 30, 2007

Page 2

1          Scheduled Deposition of VINCENT CRAWFORD,

2     to be held at the offices of:

3          CLEARY GOTTLIEB STEEN & HAMILTON, LLP

4          2000 Pennsylvania Avenue, Northwest

5          9th Floor

6          Washington, D.C. 20006-1801

7          202.974.1500

8

9

10

11

12

13

14

15

16

17          Pursuant to Notice before Susan B.

18     Fillmore, Registered Professional Reporter and

19     Notary Public for the District of Columbia

20

21

22

STATEMENT ON THE RECORD - SCHEDULED DEPOSITION OF VINCENT CRAWFORD
CONDUCTED ON WEDNESDAY, MAY 30, 2007

Page 3

```
 1               A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFFS:

 3               LEE F. BERGER, ESQUIRE

 4               CLEARY GOTTLIEB STEEN & HAMILTON, LLP

 5               2000 Pennsylvania Avenue, Northwest

 6               9th Floor

 7               Washington, D.C. 20006-1801

 8               202.974.1500

 9

10    Also Present:  Ryan Gaubert

11                   Kish Vinayagamoorthy

12

13

14

15

16

17

18

19

20

21

22
```

STATEMENT ON THE RECORD - SCHEDULED DEPOSITION OF VINCENT CRAWFORD
CONDUCTED ON WEDNESDAY, MAY 30, 2007

Page 4

1                    P R O C E E D I N G S

2          MR. BERGER:  This is Lee Berger, attorney

3    for the plaintiffs.  This morning at approximately

4    10:02, the deponent, Vincent Crawford, arrived and

5    entered the room.  The first thing he said after we

6    introduced ourselves was that he was not going to

7    say anything today.  I explained to him that he is

8    required to sit for this deposition.  I explained

9    the topics that we would cover, which would include

10   his information about his business, information

11   about his wage practices, contacts with his

12   competitors, and other topics.

13          He refused to sit for his deposition.  I

14   tried to persuade him to stay, informed him that it

15   is his legal obligation to stay and that we would

16   seek attorney's fees, court reporter fees and any

17   other sanction that is available to us under law.

18   And he refused to stay and he left.  Therefore, the

19   deposition cannot continue.

20          (The proceedings in the Scheduled

21   Deposition of Vincent Crawford were concluded at

22   10:09 a.m.)

STATEMENT ON THE RECORD - SCHEDULED DEPOSITION OF VINCENT CRAWFORD
CONDUCTED ON WEDNESDAY, MAY 30, 2007

Page 5

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Susan B. Fillmore, Registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings

7    were taken by me stenographically and thereafter

8    reduced to typewriting under my supervision; and

9    that I am neither counsel for, related to, nor

10   employed by any of the parties to this case and have

11   no interest, financial or otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 1st day of

14   June, 2007.

15   My commission expires:  April 14, 2008

16

17

18   _____

19   NOTARY PUBLIC IN AND FOR

20   THE DISTRICT OF COLUMBIA

21

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

a74a666a-4d5e-4703-801e-47072cda6007