# EXHIBIT J

# Track Shipments
## Detailed Results

**?** Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 926530194144 | **Reference** | 9011238705965 |
| **Signed for by** | Signature release on file | **Destination** | WASHINGTON, DC |
| **Ship date** | May 30, 2007 | **Delivered to** | Residence |
| **Delivery date** | May 31, 2007 10:57 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |

**Status**    Delivered

**Signature image available**    No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 31, 2007 | 10:57 AM | Delivered | WASHINGTON, DC | Left at front door. Package delivered to recipient address - release authorized |
| | 8:45 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:13 AM | At local FedEx facility | WASHINGTON, DC | |
| May 30, 2007 | 9:41 PM | Left origin | WASHINGTON, DC | |
| | 7:43 PM | Picked up | WASHINGTON, DC | |
| | 6:51 PM | Package data transmitted to FedEx | | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments ]

*Subscribe to tracking updates (optional)*

**Your Name:**      **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |
| | English | ☐ | ☐ | ☐ |

**Select format:** ⊙ HTML   ○ Text   ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

FedEx Express Detail Report

Report Run Date : 06/07/2007
Report Run Time : 15:11

Tracking number: 926530194144           Delivery location: WASHINGTON, DC
Signed for by: Signature release on file  Delivered to: Residence
Ship date: May 30, 2007                  Service type: Priority Envelope
Delivery date: May 31, 2007 10:57 AM     Pieces: 1
Status: Delivered                        Weight: 0.5 LBS

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| May 31, 2007 10:57 AM | Delivered | WASHINGTON, DC | Left at front door. Package de |
| May 31, 2007 08:45 AM | On FedEx vehicle for | WASHINGTON, DC | |
| May 31, 2007 07:13 AM | At local FedEx facil | WASHINGTON, DC | |
| May 30, 2007 09:41 PM | Left origin | WASHINGTON, DC | |
| May 30, 2007 07:43 PM | Picked up | WASHINGTON, DC | |
| May 30, 2007 06:51 PM | Package data transmi | | |

MALISKOT
Teresa Malisko
Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive
Mail Stop 206
McLean                              VA
UNITED STATES                       22102
Description (1):

Tracking #926530194133
FedEx Priority Overnight
Packages:    1     N
Total Weight:    2.0lbs
Payment Type: Sender
Carriage Value:           0.00
Customs Value:
Duties & Taxes:
References:   3122231505268
Dept / Notes: 05268
              Griffin, Kevin


Vincent Crawford
Crawford & Crawford
200 55th Street N.E.
Apt. #24
WASHINGTON                          DC
UNITED STATES                       20019
Description (1):

Tracking #926530194144
FedEx Priority Overnight
Packages:    1     N
Total Weight:    1.0lbs
Payment Type: Sender
Carriage Value:           0.00
Customs Value:
Duties & Taxes:
References:   9011238705965
Dept / Notes: 05965
              Gaubert, R.


GRAND TOTALS
PACKAGE COUNT                  6
PACKAGE CHARGES             0.00
TOTAL DISCOUNT              0.00
SPECIAL FEES                0.00
DEC VALUE CHARGES           0.00
FUEL SURCHARGE              0.00
TOTAL CHARGES               0.00
TOTAL WEIGHT (OF LBS)       13.0
TOTAL WEIGHT (OF KGS)        0.0

```
PECKSE                                      Tracking #926530194063
Sergeant Peck                               FedEx Priority Overnight
Civil Process Section                       Packages:    1    N
Offic of the Sheriff, Arlington Co.         Total Weight:     1.0lbs
1425 North Courthouse Rd. Ste 9100          Payment Type: Sender
ARLINGTON                         VA        Carriage Value:          0.00
UNITED STATES                     22201     Customs Value:
Description (1):                            Duties & Taxes:
                                            References: 9011238705963
                                            Dept / Notes: 05963
                                                        Burke, K. /tw


SVED OPTICS                                 Tracking #926530194074
                                            FedEx Priority Overnight
31805 Hwy 79 South                          Packages:    1    N
                                            Total Weight:     1.0lbs
TEMECULA                          CA        Payment Type: Sender
UNITED STATES                     92592     Carriage Value:          0.00
Description (1):                            Customs Value:
                                            Duties & Taxes:
                                            References: 7000500005121
                                            Dept / Notes: 05121
                                                        Eidstrup, Rick/tw


TAYLORA                                     Tracking #926530194085
Angie Taylor                                FedEx Priority Overnight
American Background Information             Packages:    1    N
629 Cedar Creek Grade                       Total Weight:     1.0lbs
Suite C                                     Payment Type: Sender
Winchester                        VA        Carriage Value:          0.00
UNITED STATES                     226019817 Customs Value:
Description (1):                            Duties & Taxes:
                                            References: 9620000050728
                                            Dept / Notes: 50728
                                                        Devoto, Teresa/tw


MEIKLEJOHNR                                 Tracking #926530194100
Rebecca Meiklejohn, Esq.                    FedEx Priority Overnight
U.S. Department of Justice                  Packages:    1    N
26 Federal Plaza - Antitrust Div.           Total Weight:     5.0lbs
Room 3630                                   Payment Type: Third Party
NEW YORK                          NY        Carriage Value:          0.00
UNITED STATES                     10278     Customs Value:
Description (1):                            Duties & Taxes:
                                            References:
                                            Dept / Notes: 05576
                                                        McDermott, Patty


SAUNDERSR                                   Tracking #926530194111
Robert Saunders                             FedEx Priority Overnight
Investors Bank & Trust Company              Packages:    1    N
200 Clarendon Street                        Total Weight:     1.0lbs
Box 9130                                    Payment Type: Sender
BOSTON                            MA        Carriage Value:          0.00
UNITED STATES                     02117     Customs Value:
Description (1):                            Duties & Taxes:
                                            References: 9600000000547
                                            Dept / Notes: 00547
                                                        Bergen, R.


RODRIGUEZCH                                 Tracking #926530194122
Choya L. Rodriquez                          FedEx Priority Overnight
Platinum Realtor Services, INC.             Packages:    1    N
6705 McKeldin Drive                         Total Weight:     1.0lbs
                                            Payment Type: Sender
Suitland                          MD        Carriage Value:          0.00
UNITED STATES                     20746     Customs Value:
Description (1):                            Duties & Taxes:
                                            References: 9011238705965
                                            Dept / Notes: 05965
                                                        Gaubert, R.
```