IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al. :
:
      **Plaintiffs**, :
: Case No. 1:06cv1581
  **v.** :
: Judge: Richard J. Leon
EAST COAST EXPRESS EVICTION, et al. :
:
      **Defendants**. :

## OPPOSITION TO MOTION TO COMPEL

COMES NOW Defendant, Butch Enterprises, and in Opposition to Plaintiff's Motion states that Defendant has produced all responsive documents in its possession and which are known to Defendant. Accordingly, Defendant maintains that it has full complied with discovery.

        /s/ David E. Fox
        David E. Fox, Esquire
        1325 18th Street, N. W.
        Suite 103
        Washington, D. C. 20036
        (202) 995-5300
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this _____ day of _____, 2007, I caused a copy of the foregoing Opposition to Motion to Compel to be delivered via first class mail, postage prepaid to:

Matthew D. Slater, Esq.  
2000 Pennsylvania Avenue, NW  
Washington, DC  20006-1801

East Coast Express Eviction  
29 U Street, NW  
Washington, DC  20001

A1 Eviction Services  
3708 Endicott Place  
Landover, MD  20785

A&A Cardinal Eviction  
16608 Bealle Hill Road  
Waldorf, MD  20601

All American Eviction Company  
1112 48th Street, NE  
Washington, DC  20019

Big Time Movers  
11816 Pittson Road  
Silver Spring, MD  20906

Caroline Lanford  
1112 48th Street, NE  
Washington, DC  20019

Tanya Smith  
3708 Endicott Place  
Landover, MD  20785

Nelson Terry  
27 U Street, NW  
Washington, DC  20001

Linden Terry  
27 U Street, NW  
Washington, DC  20001

Bob Ward  
16608 Bealle Hill Road  
Waldorf, MD  20601

/s/ David E. Fox  
David E. Fox