# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., | ) | |
| | ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf | ) | |
| of all others similarly situated, | ) | Hon. Richard J. Leon |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | |
| | ) | |
| East Coast Express Eviction, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## MOTION TO COMPEL THE DEPOSITION OF OTTO HINES

Plaintiffs move to compel the deposition of Otto Hines.  In support of this motion, plaintiffs submit a Memorandum of Law, with exhibits, establishing the motion's factual and legal basis.  Plaintiffs respectfully request that the Court compel Otto Hines, employee and driver of defendant Butch Enterprises, Inc., to appear for deposition and answer plaintiffs' questions as provided in the Federal Rules of Civil Procedure on a date chosen by plaintiffs within twenty (20) days of the entry of the Order granting this motion.


Dated:  July 16, 2007                    Respectfully submitted,

                                         /s/ Lee F. Berger
                                         Lee F. Berger (D.C. Bar # 482435)
                                         Matthew D. Slater (D.C. Bar # 386986)
                                         Larry C. Dembowski (D.C. Bar # 486331)
                                         Matthew J. Berman (D.C. Bar # 489242)
                                         Cleary Gottlieb Steen & Hamilton LLP
                                         2000 Pennsylvania Avenue, N.W.
                                         Washington, DC 20006
                                         Telephone:  (202) 974-1500
                                         Facsimile:  (202) 974-1999
                                         *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

Harry Jakeyia Ashford, et al.,       )

                                       )       Civil Action No. 06-cv-1561 (RJL)

individually and on behalf         )

of all others similarly situated,    )       Hon. Richard J. Leon

                                       )

               *Plaintiffs*,     )

     v.                        )

                                       )

East Coast Express Eviction, et al.,   )

                                       )

               *Defendants*.    )

_____)

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR
MOTION TO COMPEL THE DEPOSITION OF OTTO HINES**

Case 1:06-cv-01561-RJL-JMF     Document 101     Filed 07/16/2007     Page 3 of 9

LIST OF EXHIBITS

Exhibit A, Affidavit of Lee F. Berger (July 16, 2007)

> Exhibit 1, Letter from Lee F. Berger, Plaintiffs' Counsel, to David E. Fox, Butch Defendants' Counsel (Apr. 18, 2007).

> Exhibit 2, Email from Mr. Berger to Mr. Fox and Richard L. Huber (Apr. 23, 2007)

> Exhibit 3, Plaintiffs' Notice of Deposition of Otto Hines (May 1, 2007)

> Exhibit 4, Letter from Mr. Fox to Mr. Berger (May 16, 2007)

> Exhibit 5, Letter from Mr. Fox to Mr. Berger (May 17, 2007)

> Exhibit 6, Plaintiffs' Amended Notice of Deposition of Otto Hines (May 21, 2007)

> Exhibit 7, Email from Mr. Berger to Mr. Fox (June 11, 2007)

> Exhibit 8, Plaintiffs' Subpoena for Deposition of Otto Hines (June 14, 2007)

> Exhibit 9, Transcript of Deposition of Otto Hines (June 25, 2007)

> Exhibit 10, Plaintiffs' Subpoena for Deposition of Otto Hines (July 2, 2007)

> Exhibit 11, Letter from Mr. Berger to Mr. Fox (July 5, 2007)

> Exhibit 12, Transcript of Deposition of Otto Hines (July 9, 2007)

> Exhibit 13, Letter from Mr. Berger to Mr. Hines (July 10, 2007)

Exhibit B, Workorder Request (Sept. 27, 2006)

Exhibit C, Affidavit of Austin A. Burrows-Ownbey (June 12, 2007)

## INTRODUCTION

In an effort to obtain important testimony about the wages paid by Butch Enterprises, Inc. ("Butch Enterprises") and Butch Enterprises' agreements with its competitors, plaintiffs submit this memorandum in support of their motion to compel Otto Hines to appear for a deposition upon oral questions.  In violation of the Federal Rules of Civil Procedure (the "Federal Rules"), Mr. Hines has failed three times to appear at deposition dates after plaintiffs properly served him. By doing so, he has forced plaintiffs to bring this motion to compel his testimony under Rule 37 or Rule 45(e).[1]

## PROCEDURAL BACKGROUND

The discovery deadline in this case is July 18, 2007.  Minute Order (Apr. 5, 2007).  Mr. Hines' deposition was originally scheduled for May 18, but Mr. Fox, counsel for Butch Enterprises and Irwin Staten (together, the "Butch Defendants"), cancelled this deposition.  Ex. A, Berger Aff. ¶¶ 2–4.  Plaintiffs then rescheduled Mr. Hines' deposition for June 12, but on June 11 Mr. Fox again cancelled the deposition, this time stating he does not represent Mr. Hines.  *Id.* ¶¶ 5–7.  Plaintiffs then served Mr. Hines with a Rule 45 subpoena for a rescheduled deposition date of June 25.  *Id.* ¶ 8.  Mr. Hines failed to appear at this deposition.  *Id.* ¶ 9. Plaintiffs again served Mr. Hines with a Rule 45 subpoena for a rescheduled deposition date of July 9, and again Mr. Hines failed to appear for his deposition.  *Id.* ¶¶ 10–13.

---

[1]    There is a dispute between plaintiffs and Butch Enterprises as to whether Mr. Hines is Butch Enterprises' employee, and therefore whether Mr. Hines should be served under Rule 30 or under Rule 45.  But the Court need not resolve that dispute for purposes of this motion, as plaintiffs have served Mr. Hines with both notices of deposition under Rule 30 and subpoenas for deposition under Rule 45, and the result under Rule 37 or Rule 45(e)—compelling Mr. Hines' testimony after his failure to appear—is identical.

## ARGUMENT

Plaintiffs seek to depose a relevant and valuable witness.  Over the course of two months, plaintiffs have repeatedly rescheduled Mr. Hines' deposition, each time making good-faith efforts to meet and confer with Butch Defendants' counsel or Mr. Hines to find a solution without requesting the Court's involvement.  But they have thwarted these efforts even as the discovery deadline approaches.  Because defendants will not respond to plaintiffs' good-faith efforts, plaintiffs now respectfully request that the Court compel Mr. Hines to attend his deposition under Rule 37 or hold him in contempt under Rule 45(e).

Mr. Hines possesses valuable information to support plaintiffs' claims due to his relationship with Butch Enterprises and the plaintiffs.  Plaintiffs understand that he is the longest-serving driver of Butch Enterprises.  As such, Mr. Hines is in constant and direct contact with eviction workers.  *See* Ex. B, Workorder Request (Sept. 27, 2006).  Plaintiffs believe that Mr. Hines recruits, transports, supervises, and pays eviction workers on behalf of Butch Enterprises.  Therefore, he can testify about the time spent in transit to and from eviction sites, the payment of wages, and the keeping of wage records.  Plaintiffs further believe that Butch Enterprises' van drivers meet with their counterparts from other defendant eviction companies. *See* Ex. C, Ownbey Aff. ¶¶ 4–12.  These practices include important components of plaintiffs' claims regarding illegal wage practices and antitrust law violations.

The Federal Rules entitle plaintiffs to depose any person likely to possess relevant information to this litigation.  *See* Fed. R. Civ. P. 26(b)(1), 30(a)(1), 45(e).  Because Mr. Hines has repeatedly refused "to appear before the officer who is to take the deposition, after being served with a proper notice," the Court should compel the witness to appear at the deposition. Fed. R. Civ. P. 37(d); *see also* Fed. R. Civ. P. 45(e); *Albert v. Starbucks Coffee Co. Inc.*, 213

2

Fed. Appx. 1, 2 (D.C. Cir. 2007) ("[O]rder[s] granting motion[s] to compel [are] well within the 'broad authority of the District Court in supervising discovery.'" (quoting *Laxalt v. McClatchy*, 809 F.2d 885, 890 (D.C. Cir.1987))); *Food Lion, Inc. v. United Food and Commercial Workers Intern. Union*, 103 F.3d 1007 (D.C. Cir. 1997) (affirming district court's order enforcing Rule 45 subpoena); *Abbott v. Kidder, Peabody & Co.*, 1997 WL 337228 (N.D. Ill. 1997) (granting motion to compel the deposition of a person properly served with a Rule 45 subpoena).

Mr. Hines is a direct participant in the matter.  There is no substitute for his testimony. Plaintiffs properly served Mr. Hines four times with notice of his deposition, and yet he failed to appear.  The plaintiffs now respectfully ask the Court to compel this deposition.

## **CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court compel Mr. Hines to appear for a deposition.

Dated:  July 16, 2007                    Respectfully Submitted,


/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Matthew J. Berman (D.C. Bar # 489242)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999
Attorneys for Plaintiffs

3

## <u>CERTIFICATION UNDER FED. R. CIV. P. 37</u>

       I, Lee F. Berger, attorney for plaintiffs, hereby certify that plaintiffs' counsel has in good faith met and conferred or attempted to meet and confer with counsel for Butch Enterprises, Inc. and Otto Hines regarding the discovery disputes detailed above in an effort to take the deposition at issue without court action.  More information about each of these discussions or attempted discussions is presented in my attached affidavit.

/s/ Lee F. Berger_____

Lee F. Berger

Dated:  July 16, 2007.

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP,

hereby certify that:

On July 16, 2007, a copy of the foregoing Motion to Compel the Deposition of Otto

Hines and accompanying papers were served by electronic transmission through the Court's

CM/ECF System on the following parties:

> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> davidefox@gmail.com
>
> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net

and were served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Patuxent Parkway
> Suite 430
> Columbia, MD 21044
>
> Melvin L. Otey
> Law Offices of Melvin L. Otey, PLLC
> 3609 Georgia Avenue, N.W., Suite 200
> Washington, D.C. 20010
>
> East Coast Express Evictions
> 29 U Street, N.W.
> Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 2000


Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746


Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746


Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Dated:  July 16, 2007                                   /s/ Emily C. Capehart
                                                        Emily C. Capehart