# EXHIBIT 2

Date: 4/23/2007 6:30:35 PM

To: DFox159937@aol.com, rlhuber@rcn.com

Copy: Larry C Dembowski, Anne Newton, Matthew J Berman

From: Lee F Berger

Subject: Butch Enterprises and Irwin Staten: Meet and Confer

**1 attachment appears as a related document in the Virtual Fileroom.**


Mr. Fox and Mr. Huber:

I write with respect to my letter of April 18, 2007, a copy of which is attached. I have not yet heard from you about your availability to meet and confer regarding Mr. Staten's overdue answer, Mr. Staten's overdue initial disclosures, Mr. Staten's overdue responses to plaintiffs' document requests, Butch Enterprises' overdue responses to plaintiffs' document requests, Butch Enterprises' overdue responses to plaintiffs' interrogatories and scheduling the deposition of Mr. Hines and Mr. Gaskins for the week of May 7. We remain available to discuss this with you tonight or tomorrow.

Please be clear that if Mr. Staten's answer is not filed by tomorrow and we do not receive all outstanding discovery disclosures and responses by tomorrow, we intend to file a motion to compel on Wednesday or Thursday of this week. We wish to avoid motion practice if at all possible, so please contact me so that we can find a resolution to this issue.

Sincerely,

Lee F. Berger

-------------------------------------------------
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
phone: 202-974-1646
fax: 202-974-1999
http://www.clearygottlieb.com

- Letter to David Fox.pdf