# EXHIBIT 5

**DAVID E. FOX**
*Attorney at Law*
*1325 18th Street, NW*
*Suite 103*
*Washington, DC 20036*
*Phone (202) 955-5300   Fax (202) 872-0200*

David E. Fox (DC, MD)

## FACSIMILE

| | |
|---|---|
| **TO:** Anne Newton, Esquire | **Date:** 5/17/07 |
| Lee Berger, Esquire | |
| **RE:** Ashford v. East Coast Express Evictions, et al. | **Fax No.:** (202) 974-1999 |

Per our conversation, Defendant "Butch" has agreed to be available June 12, 13, 2007 for Deposition provided the time (per your agreement) is split 50/50.

Thus, we will depose all Plaintiffs on the 13th and you have agreed ("subject to each individual's availability"). Since Plaintiffs are homeless people, I suspect most are not working.

I have offered you Mr. Staten for deposition on June 12, 2007, and you have declined. I noted you ask for Mr. Hines. I have told Mr. Staten he is not needed on the 12th and I am trying to find Mr. Hines so as to assist you.

Note please that I will be largely unavailable until after my trial ends on June 8, 2007. It would not be fair to "short change" my client, so assume please that you should not send "demands" or lengthy letters prior to June 9, 2007. Do not assume that I will be monitoring email.

If you file any of the Motions you threaten to file, please state in your Motion that "Mr. Fox has told counsel that he is committed to a jury trial in Federal Court and will not be free to deal with the Ashford case for several weeks, but Mr. Fox has offered June 12, 13, 2007 for depositions on a 50:50 basis."

Thank you.

[signature]