# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF OTTO HINES**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual as set forth below:

**Deponent:** Otto Hines
**Deponent's Address:** 1425 N Street, N.W., Washington, D.C. 20005
**Date and Time:** June 12, 2007, 10:00 am
**Location:** Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, D.C. 20006

The deposition will be recorded by stenographic means. You are invited to attend.

Dated: May 21, 2007

Respectfully Submitted,

Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 21, 2007, a copy of Plaintiffs' Amended Notice of Deposition of Otto Hines dated May 21, 2007 was served by U.S. mail, first-class postage prepaid, on the following parties:

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
Attorney for Butch Enterprises, Inc. and I. Staten

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010
Attorney for Caroline Lanford and All American Eviction Company

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, MD 21202
Attorney for Bob Ward and A & A Cardinal Eviction

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
Attorney for Bob Ward and A & A Cardinal Eviction

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
Attorney for A 1 Eviction Services and Tanya Smith

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: May 21, 2007

_____
Erika J. Davis