# EXHIBIT 7



Lee F Berger/DC/Cgsh
11 June 2007  03:14 PM

To      davidefox@gmail.com

cc      Larry C Dembowski/DC/Cgsh@CGSH, Anne
        Newton/DC/Cgsh@CGSH, Matthew J
        Berman/DC/Cgsh@CGSH

bcc

Subject Otto Hines Deposition

Dear Mr. Fox:

Thank you for your voicemail regarding the Otto Hines deposition.  We do not agree with your position that Otto Hines, a regular driver for Butch Enterprises, is an independent contractor and therefore we have not served him properly with a deposition notice.  Instead, he is an employee of Butch Enterprises and is accordingly subject to a Rule 30 deposition in this case.  Therefore our deposition notice served on you May 1 is sufficient to require Mr. Hines' attendance at his deposition.

That being said, we are amendable to rescheduling Mr. Hines' deposition, as you requested in your voicemail.  However, we note that this deposition was originally scheduled for May 18 and was postponed to June 12 at your request.  The close of discovery is now only five weeks away.  Accordingly, the date for Mr. Hines' deposition should be within the next two weeks.  Please let me know Mr. Hines' availability during that time frame as soon as possible.

Additionally, we will need to cancel the deposition of Alvin Dozier, scheduled for Wednesday.  In the next few days, we will be circulating a proposed stipulation removing Mr. Dozier as a plaintiff from the case.  Should Mr. Dozier's withdraw from this case change for some reason, we will make Mr. Dozier available for deposition.  The other six depositions planned for Wednesday will go forward as scheduled.

Finally, as you requested in your voicemail, attached is another copy of the Settlement Agreement between plaintiffs and A1/Tanya Smith.  Paragraphs 7-11 discuss the injunctive relief.

Best regards,

Lee

 - Exhibit A.pdf

----------------------------------------------------
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
phone: 202-974-1646
fax: 202-974-1999
http://www.clearygottlieb.com