# EXHIBIT 9

STATEMENT ON THE RECORD
CONDUCTED ON MONDAY, JUNE 25, 2007

1 (Pages 1 to 4)

### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF COLUMBIA
 3
 4   HARRY JAKEYIA ASHFORD,    *
 5   et al.,                   *
 6        Plaintiffs,  * Civil Action
 7   vs.          * No. 06cv1561
 8   EAST COAST EXPRESS         *
 9   EVICTION, et al.,          *
10        Defendants.  *
11
12
13        Statement on the Record
14            Washington, D.C.
15          Monday, June 25, 2007
16              11:17 a.m.
17
18
19   Job No.: 1-106500
20   Pages 1 - 7
21   Reported by: Vicki L. Forman
22
```

### Page 2

```
 1        Statement on the Record, held at the
 2   offices of:
 3
 4        Cleary, Gottlieb, Steen & Hamilton, LLP
 5        2000 Pennsylvania Avenue, Northwest, Suite 900
 6        Washington, D.C. 20006-1801
 7        (202) 974-1500
 8
 9
10
11        Pursuant to agreement, before Vicki L.
12   Forman, Court Reporter and Notary Public in and for the
13   District of Columbia.
```

### Page 3

```
           APPEARANCES

ON BEHALF OF THE PLAINTIFFS:
    MATTHEW J. BERMAN, ESQUIRE
    JANE S. NEWPORT, ESQUIRE
    Cleary, Gottlieb, Steen & Hamilton, LLP
    Suite 900
    2000 Pennsylvania Avenue, Northwest
    Washington, D.C. 20006-1801
    (202) 974-1500
```

### Page 4

```
              CONTENTS
STATEMENT ON THE RECORD             PAGE
    By Mr. Berman              5


              EXHIBITS
        (Attached to the Transcript)
HINES DEPOSITION EXHIBIT            PAGE
No. 1   Subpoena                 5
No. 2   Affidavit of Service         5
```

STATEMENT ON THE RECORD
CONDUCTED ON MONDAY, JUNE 25, 2007

2 (Pages 5 to 7)

Page 5

PROCEEDINGS
(Hines Deposition Exhibit Numbers 1 and 2 were marked for identification and attached to the transcript.)
MR. BERMAN: This is Matt Berman, attorney for plaintiffs in Harry Jakeyia Ashford, et al. versus East Coast Express Eviction, et al., Number 06-CV-1561. It is currently 11:16 a.m. I've been waiting for Otto Hines since 10:00 a.m.
I have entered as Hines Exhibit 1 a subpoena issued by the United States District Court for the District of Columbia to Otto Hines, 1425 N Street, Northwest, Washington, D.C. 20005. The subpoena commands Mr. Hines to appear at Cleary, Gottlieb, Steen & Hamilton, LLP at 2000 Pennsylvania Avenue, Northwest, Suite 9000, Washington, D.C. 20006 on 6/25/2007 at 10:00 a.m. That date is today. This was issued on June 14, 2007 signed by Lee Berger, also attorney for plaintiffs.
I have entered as Hines Exhibit 2 an Affidavit of Service by Wesley Jennings. Mr. Jennings attests that at 8:00 a.m. on June 18, 2007 he served Otto Hines at 1st Street, Northwest and O Street,

Page 6

Northwest, Washington, D.C., that he personally served Otto Hines with the subpoena demanding Mr. Hines to appear today at 10:00 a.m.
Mr. Hines has not appeared and we have waited about now an hour and 18 minutes for Mr. Hines' appearance.
(The statement on the record was concluded at 11:19 a.m.)

Page 7

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
I, Vicki L. Forman, Court Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 4th day of July 2007.
My Commission Expires:
June 14, 2012

_____
NOTARY PUBLIC IN AND FOR
THE DISTRICT OF COLUMBIA

**A**
Action 1:6
Affidavit 4:11
  5:20
affixed 7:12
agreement 2:11
al 1:5,9 5:6,7
appear 5:14 6:3
appearance 6:6
appeared 6:4
Ashford 1:4 5:6
attached 4:8 5:3
attests 5:21
attorney 5:5,18
Avenue 2:5 3:8
  5:15
a.m 1:16 5:8,9,17
  5:21 6:3,8

**B**
B 4:7
BEHALF 3:3
Berger 5:18
Berman 3:4 4:3
  5:5,5

**C**
C 3:1 4:1 5:1
case 7:9
CERTIFICATE
  7:1
certify 7:4
Civil 1:6
Cleary 2:4 3:6
  5:14
Coast 1:8 5:7
Columbia 1:2
  2:13 5:12 7:19
commands 5:14
Commission 7:14
concluded 6:7
correct 7:5
counsel 7:8
Court 1:1 2:12
  5:11 7:2
currently 5:8

**D**
D 5:1

date 5:17
day 7:12
Defendants 1:10
demanding 6:2
Deposition 4:9
  5:2
District 1:1,2 2:13
  5:11,12 7:19
D.C 1:14 2:6 3:9
  5:13,16 6:1

**E**
E 3:1,1 4:1,7 5:1,1
East 1:8 5:7
employed 7:9
entered 5:10,19
ESQUIRE 3:4,5
et 1:5,9 5:6,7
Eviction 1:9 5:7
Exhibit 4:9 5:2,10
  5:19
Expires 7:14
Express 1:8 5:7

**F**
financial 7:10
foregoing 7:3,4
Forman 1:21 2:12
  7:2

**G**
G 5:1
Gottlieb 2:4 3:6
  5:14

**H**
H 4:7
Hamilton 2:4 3:6
  5:15
hand 7:12
Harry 1:4 5:6
held 2:1
hereunto 7:11
Hines 4:9 5:2,9,10
  5:12,14,19,22
  6:2,2,4,5
hour 6:5

**I**

identification 5:3
interest 7:10
issued 5:11,17
I've 5:8

**J**
J 3:4
Jakeyia 1:4 5:6
JANE 3:5
Jennings 5:20,20
Job 1:19
July 7:12
June 1:15 5:17,21
  7:15

**L**
L 1:21 2:11 7:2
Lee 5:18
LLP 2:4 3:6 5:15

**M**
marked 5:3
Matt 5:5
MATTHEW 3:4
minutes 6:5
Monday 1:15

**N**
N 3:1 4:1,1 5:1,12
neither 7:8
NEWPORT 3:5
Northwest 2:5 3:8
  5:13,15,22 6:1
notarial 7:12
Notary 2:12 7:18
Number 5:7
Numbers 5:2

**O**
O 4:1 5:1,22
officer 7:3
offices 2:2
Otto 5:8,12,22 6:2
outcome 7:10

**P**
P 3:1,1 5:1
PAGE 4:2,9
Pages 1:20

parties 7:9
Pennsylvania 2:5
  3:8 5:15
personally 6:1
plaintiffs 1:6 3:3
  5:6,18
proceedings 7:3,5
  7:6
Public 2:12 7:1
  7:18
Pursuant 2:11

**R**
R 3:1 5:1
record 1:13 2:1
  4:2 6:7 7:5
reduced 7:7
related 7:8
Reported 1:21
Reporter 2:12 7:2
REPORTER-N...
  7:1

**S**
S 3:1,5 4:1,7 5:1
seal 7:12
served 5:21 6:1
Service 4:11 5:20
set 7:11
SHORTHAND
  7:1
signed 5:18
statement 1:13
  2:1 4:2 6:7
States 1:1 5:11
Steen 2:4 3:6 5:14
stenographically
  7:6
Street 5:12,22,22
subpoena 4:10
  5:10,13 6:2
Suite 2:5 3:7 5:16
supervision 7:7

**T**
T 4:1,1,7
taken 7:4,6
today 5:17 6:3
transcript 4:8 5:4

  7:4
true 7:5
typewriting 7:7

**U**
United 1:1 5:11

**V**
versus 5:6
Vicki 1:21 2:11
  7:2
vs 1:7

**W**
waited 6:4
waiting 5:8
Washington 1:14
  2:6 3:9 5:13,16
  6:1
Wesley 5:20
WHEREOF 7:11
WITNESS 7:11

**X**
X 4:7

**0**
06cv1561 1:7
06-CV-1561 5:7

**1**
1 1:20 4:10 5:2,10
1st 5:22
1-106500 1:19
10:00 5:9,16 6:3
11:16 5:8
11:17 1:16
11:19 6:8
14 5:17 7:15
1425 5:12
18 5:21 6:5

**2**
2 4:11 5:2,19
2000 2:5 3:8 5:15
20005 5:13
20006 5:16
20006-1801 2:6
  3:9

| | | | | | |
|---|---|---|---|---|---|
| **2007** 1:15 5:18,21 7:13 <br> **2012** 7:15 <br> **202** 2:7 3:10 <br> **25** 1:15 <br> ___4___ <br> **4th** 7:12 <br> ___5___ <br> **5** 4:3,10,11 <br> ___6___ <br> **6/25/2007** 5:16 <br> ___7___ <br> **7** 1:20 <br> ___8___ <br> **8:00** 5:21 <br> ___9___ <br> **900** 2:5 3:7 <br> **9000** 5:16 <br> **974-1500** 2:7 3:10 | | | | | |