# EXHIBIT 12

STATEMENT ON THE RECORD
CONDUCTED ON MONDAY, JULY 9, 2007

1 (Pages 1 to 4)

### Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF COLUMBIA
 3   ----------------------------------:
 4   HARRY JAKEYIA ASHFORD, et al.,    :
 5        Plaintiffs      : Civil Action
 6   v.                   : No. 06cv1561
 7   EAST COAST EXPRESS EVICTION,      :
 8   et al.,              :
 9        Defendants      :
10   ----------------------------------:
11
12        Record of Non-Appearnce for the
13        Scheduled Deposition of OTTO HINES
14             Washington, D.C.
15             Monday, July 9, 2007
16             11:02 a.m.
17
18
19
20   Job No.: 1-106998
21   Pages 1 - 6
22   Reported By:  Susan B. Fillmore, R.P.R.
```

### Page 2

```
 1        Record of Non-Appearnce for the Scheduled
 2   Deposition of OTTO HINES at the office of:
 3        CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4        2000 Pennsylvania Avenue, Northwest
 5        9th Floor
 6        Washington, D.C. 20006
 7        202.974.1500
 8
 9
10
11
12
13
14
15
16
17        Pursuant to Notice before Susan B.
18   Fillmore, Registered Professional Reporter and
19   Notary Public for the District of Columbia
20
21
22
```

### Page 3

```
 1             APPEARANCES
 2   ON BEHALF OF PLAINTIFFS:
 3        LEE F. BERGER, ESQUIRE
 4        MATTHEW J. BERMAN, ESQUIRE
 5        CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 6        2000 Pennsylvania Avenue, Northwest
 7        9th Floor
 8        Washington, D.C. 20006
 9        202.974.1500
10
11   ALSO PRESENT: Geoffrey Carlson, Vincent Omby
12
13             C O N T E N T S
14   STATEMENT BY COUNSEL                      PAGE
15      By Mr. Berger                           4
16
17             E X H I B I T S
18          (Attached to transcript)
19   HINES DEPOSITION EXHIBIT                  PAGE
20    1  Plaintiffs' Notice of Deposition       4
21    2  Subpoena in a Civil Case, 6/14/07      4
22    3  Subpoena in a Civil Case, 7/2/07       4
```

### Page 4

```
 1             PROCEEDINGS
 2        (Hines Exhibit Nos. 1 through 3 marked for
 3   identification and attached to transcript.)
 4        MR. BERGER:  It is now 11:02 a.m. on
 5   Monday, July 9th.  This is the third time that Otto
 6   Hines, employee of Butch Enterprises, Incorporated
 7   has failed to show for a deposition.  I'm going to
 8   enter as Exhibit 1 Plaintiffs' Notice of Deposition
 9   of Otto Hines, which was a Rule 30 Notice of
10   Deposition served on Butch Enterprises for
11   Mr. Hines' deposition on May 18th at 10:00 a.m.
12        Mr. Hines did not show up at that time,
13   but we agreed with David Fox, Butch Enterprises'
14   counsel, that we would depose Mr. Hines on June
15   12th, but Mr. Hines did not appear at the deposition
16   on June 12th.
17        After Mr. Fox represented to Plaintiffs'
18   counsel that he did not represent Mr. Hines,
19   Plaintiffs' counsel served Mr. Hines with a Rule 45
20   Subpoena in a Civil Case for a deposition on June
21   25th, 2007 at 10:00 a.m.  Mr. Hines did not appear
22   at that deposition, and I'm going to enter the
```

Page 5

1  subpoena in as Exhibit 2.
2       Today was to be the third attempt to
3  depose Mr. Hines. We served him with a Rule 45
4  subpoena for deposition on July 9th, 2007 at 10:00
5  a.m., to which now Mr. Hines has not appeared. I'm
6  entering that subpoena as Exhibit 3.
7       That's it. Thank you very much. It is
8  now 11:05 a.m.
9       (The proceedings in the Record of
10 Non-Appearance for the Scheduled Deposition of
11 Otto Hines were concluded at 11:05 p.m.)

Page 6

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Susan B. Fillmore, Registered
3  Professional Reporter, the officer before whom the
4  foregoing proceedings were taken, do hereby certify
5  that the foregoing transcript is a true and correct
6  record of the proceedings; that said proceedings
7  were taken by me stenographically and thereafter
8  reduced to typewriting under my supervision; and
9  that I am neither counsel for, related to, nor
10 employed by any of the parties to this case and have
11 no interest, financial or otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set my
13 hand and affixed my notarial seal this 12th day of
14 July, 2007.
15 My commission expires: April 14, 2008.
16
17
18 _____
19 NOTARY PUBLIC IN AND FOR
20 THE DISTRICT OF COLUMBIA
21
22

STATEMENT ON THE RECORD
CONDUCTED ON MONDAY, JULY 9, 2007

7

| A | | | | |
|---|---|---|---|---|
| Action 1:5 | depose 4:14 5:3 | HARRY 1:4 | officer 6:3 | SHORTHAND 6:1 |
| affixed 6:13 | deposition 1:13 2:2 3:19,20 4:7 4:8,10,11,15,20 4:22 5:4,10 | hereunto 6:12 | Omby 3:11 | show 4:7,12 |
| agreed 4:13 | | Hines 1:13 2:2 3:19 4:2,6,9,11 4:12,14,15,18 4:19,21 5:3,5,11 | Otto 1:13 2:2 4:5 4:9 5:11 | STATEMENT 3:14 |
| al 1:4,8 | | | outcome 6:11 | STATES 1:1 |
| appear 4:15,21 | District 1:1,2 2:19 6:20 | | | STEEN 2:3 3:5 |
| appeared 5:5 | | | **P** | stenographically 6:7 |
| April 6:15 | D.C 1:14 2:6 3:8 | **I** | P 3:1,1 4:1 | |
| ASHFORD 1:4 | | identification 4:3 | PAGE 3:14,19 | subpoena 3:21,22 4:20 5:1,4,6 |
| attached 3:18 4:3 | **E** | Incorporated 4:6 | Pages 1:21 | |
| attempt 5:2 | E 3:1,1,13,17 4:1 4:1 | interest 6:11 | parties 6:10 | supervision 6:8 |
| Avenue 2:4 3:6 | | I'm 4:7,22 5:5 | Pennsylvania 2:4 3:6 | Susan 1:22 2:17 6:2 |
| a.m 1:16 4:4,11 4:21 5:5,8 | EAST 1:7 | | | |
| | employed 6:10 | **J** | Plaintiffs 1:5 3:2 3:20 4:8,17,19 | **T** |
| **B** | employee 4:6 | J 3:4 | | T 3:13,13,17 |
| B 1:22 2:17 3:17 6:2 | enter 4:8,22 | JAKEYIA 1:4 | PRESENT 3:11 | taken 6:4,7 |
| | entering 5:6 | Job 1:20 | proceedings 5:9 6:4,6,6 | Thank 5:7 |
| BEHALF 3:2 | Enterprises 4:6 4:10,13 | July 1:15 4:5 5:4 6:14 | Professional 2:18 6:3 | That's 5:7 |
| Berger 3:3,15 4:4 | ESQUIRE 3:3,4 | June 4:14,16,20 | | third 4:5 5:2 |
| BERMAN 3:4 | et 1:4,8 | | Public 2:19 6:1 6:19 | time 4:5,12 |
| Butch 4:6,10,13 | EVICTION 1:7 | **L** | Pursuant 2:17 | Today 5:2 |
| | Exhibit 3:19 4:2,8 5:1,6 | LEE 3:3 | p.m 5:11 | transcript 3:18 4:3 6:5 |
| **C** | | LLP 2:3 3:5 | | |
| C 3:1,13 4:1 | expires 6:15 | **M** | **R** | true 6:5 |
| Carlson 3:11 | EXPRESS 1:7 | marked 4:2 | R 3:1 4:1 | typewriting 6:8 |
| case 3:21,22 4:20 6:10 | | MATTHEW 3:4 | record 1:12 2:1 5:9 6:6 | |
| | **F** | May 4:11 | | **U** |
| CERTIFICATE 6:1 | F 3:3 | Monday 1:15 4:5 | reduced 6:8 | UNITED 1:1 |
| certify 6:4 | failed 4:7 | **N** | Registered 2:18 6:2 | **V** |
| Civil 1:5 3:21,22 4:20 | Fillmore 1:22 2:18 6:2 | N 3:1,13,13 4:1 | related 6:9 | v 1:6 |
| | financial 6:11 | neither 6:9 | Reported 1:22 | Vincent 3:11 |
| CLEARY 2:3 3:5 | Floor 2:5 3:7 | Non-Appearance 5:10 | Reporter 2:18 6:1 6:3 | **W** |
| COAST 1:7 | foregoing 6:4,5 | | | Washington 1:14 2:6 3:8 |
| Columbia 1:2 2:19 6:20 | Fox 4:13,17 | Non-Appearnce 1:12 2:1 | represent 4:18 | |
| | | | represented 4:17 | WHEREOF 6:12 |
| commission 6:15 | **G** | Northwest 2:4 3:6 | Rule 4:9,19 5:3 | WITNESS 6:12 |
| concluded 5:11 | G 4:1 | Nos 4:2 | R.P.R 1:22 | |
| correct 6:5 | Geoffrey 3:11 | notarial 6:13 | | **X** |
| counsel 3:14 4:14 4:18,19 6:9 | going 4:7,22 | Notary 2:19 6:1 6:19 | **S** | X 3:17 |
| | GOTTLIEB 2:3 3:5 | | S 3:1,13,17 4:1 | |
| COURT 1:1 | | Notice 2:17 3:20 4:8,9 | Scheduled 1:13 2:1 5:10 | **0** |
| **D** | **H** | | | 06cv1561 1:6 |
| D 4:1 | H 3:17 | **O** | seal 6:13 | |
| David 4:13 | HAMILTON 2:3 3:5 | O 3:13 4:1 | served 4:10,19 5:3 | **1** |
| day 6:13 | hand 6:13 | office 2:2 | set 6:12 | 1 1:21 3:20 4:2,8 |
| Defendants 1:9 | | | | |

STATEMENT ON THE RECORD
CONDUCTED ON MONDAY, JULY 9, 2007

8

| |
|---|
| **1-106998** 1:20<br>**10:00** 4:11,21  5:4<br>**11:02** 1:16  4:4<br>**11:05** 5:8,11<br>**12th** 4:15,16  6:13<br>**14** 6:15<br>**18th** 4:11 |
| **2** |
| **2** 3:21  5:1<br>**2000** 2:4  3:6<br>**20006** 2:6  3:8<br>**2007** 1:15  4:21<br>   5:4  6:14<br>**2008** 6:15<br>**202.974.1500** 2:7<br>   3:9<br>**25th** 4:21 |
| **3** |
| **3** 3:22  4:2  5:6<br>**30** 4:9 |
| **4** |
| **4** 3:15,20,21,22<br>**45** 4:19  5:3 |
| **6** |
| **6** 1:21<br>**6/14/07** 3:21 |
| **7** |
| **7/2/07** 3:22 |
| **9** |
| **9** 1:15<br>**9th** 2:5  3:7  4:5  5:4 |