# EXHIBIT 13

CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N W
WASHINGTON, D.C. 20006-1801
(202) 974-1500
FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D SCHOTLAND
JOHN S MAGNEY
MARK LEDDY
JOHN C. MURPHY JR
DAVID M BECKER
GEORGE S CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D. SLATER
MICHAEL R LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
COUNSEL

JOYCE E McCARTY
KAREN A. KERR
SCOTT R GOODWIN
SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M BABOUNAKIS
MATTHEW I BACHRACK
STEPHEN J BENHAM*
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M CARROLL
KERRI J CHASE
SHAWN J CHEN
SEAN D COREY
ALYSON J DAIS
LARRY C DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S ERICSSON
CHRISTOPHER D HALE
MORGAN A. HARRIS
MICHAEL R HARTMAN
ELIZABETH A. HARVEY
ERIC H HILDENBRAND
MEGHAN A. IRMLER
DINAH R KNIGHT

FIANA R KWASNIK
CHRISTOPHER T LEAHY*
JEFFREY LEASURE
JOHN R LOATMAN
PATRICIA M McDERMOTT
JOHN P McGILL, JR
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A. MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R OLMSTED
LAUREN L. PEACOCK
ANTONIO J REYNOLDS*
NICOLE ROTHE*
PAUL R ST LAWRENCE III
AUDRA L. SAVAGE
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WELLINGTON
DANA D.C. WESTFALL
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

July 10, 2007

VIA FEDERAL EXPRESS

Otto Hines
1425 N Street, N.W.
Washington, D.C. 20005

Re:   *Ashford, et al. v. East Coast Express Evictions, et al.*

Dear Mr. Hines:

You have now failed to appear for three depositions in the *Ashford v. East Coast Express Evictions* litigation. We first served Butch Enterprises, Inc., your employer, with a notice of your deposition on May 1, with a deposition scheduled for May 18. You did not attend that deposition. Our process server then personally served you on June 18 with a subpoena requiring you to appear for a deposition on June 25. You did not attend that deposition, either. On July 3, our process server personally served you with a second subpoena to appear for a deposition on July 9. You did not attend that deposition, even after assuring one of our paralegals, Austin Ownbey, that you would attend. Since you have failed to appear or make arrangements to appear on an alternative date, we are preparing to file a motion to request that the Court compel you to appear for deposition. We may request that the Court assess you costs and fees in connection with the depositions you failed to attend.

Before we move the Court, we invite you to come talk to us voluntarily. As an alternative to compelling you to attend another deposition and risking a possible assessment of costs and fees, you can instead come in for an informal meeting, at which we can take an

affidavit regarding the matters we wish to discuss with you. We can also discuss other ways to resolve this dispute without the Court's intervention.

       If we do not hear back from you by July 13, 2007, we will assume that you are refusing to accept our invitation to meet and confer regarding your deposition and will proceed with filing our motion to compel.

       Sincerely,

       Lee F. Berger

cc: David E. Fox