# EXHIBIT B

## Workorder Request

Date Received: _____
Time Received: _____
Initials: _____

Eviction Date: 9-27-06
Eviction Time: 9:00
Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: _Dudley Pro_
APT PROJECT: _____
CALLER: _Darrell_
PHONE: _202-526-6882_
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: _215 Oakwood St SE #301_

SIZE OF PREMISES: House ☐  Apartment ☐  # of Bedrooms: _2BR_

Go to rental office: YES  NO        Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO         Break Lock: YES  NO        Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: _8:37 A_         MARSHALL: _B. Colman_
TIME MARSHALL ARRIVED: _9:39 A_     DEPUTY SHERIFF: _____
TIME STARTED: _9:38 A_              DATE OF EVICTION _9-27-06_
TIME STOPPED: _9:40 A_              SUPERVISOR: _Otto Munez_
                                    LANDLORD'S AGENT: _X_
                                    OCCUPANT PRESENT: YES  (NO)

CANCELLATION INFORMATION:           TOW CO: _____
DATE: _____                        BY: _____
TIME: _____                        PAID: _____
CALLER: _____                      STAY: _____
                                    MOVED: _____
[B1]   INVOICE # _____             EXPIRED: _____
       AMOUNT TO BILL _____

# Workorder Request

Date Received: _____
Time Received: _____
Initials: _____

Eviction Date: 9-27-06
Eviction Time: 9:00
Bill to: _____

Manpower requirement: _____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: Dudley Bro Realty
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 215 Oakwood St SE #204

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: 2BR

Go to rental office: YES  NO          Rental Office Address: _____
Agent at site:       YES  NO
Arrange for locks:   YES  NO          Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:    YES  NO
Children:            YES  NO
Dangerous Alerts:    YES  NO

REMARKS: Paid in Full

TIME CREW ARRIVED: 8:37
TIME MARSHALL ARRIVED: 9:40
TIME STARTED: 9:41
TIME STOPPED: 9:45

MARSHALL: B Colman
DEPUTY SHERIFF: _____
DATE OF EVICTION: 9-27-06
SUPERVISOR: _____
LANDLORD'S AGENT: _____
OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____
TIME: _____
CALLER: _____

TOW CO: _____
BY: _____
PAID: _____
STAY: _____
MOVED: _____
EXPIRED: _____

B.2   INVOICE # _____
      AMOUNT TO BILL _____

FROM : LAW OFFICES OF DAVID E FOX       FAX NO. :       Jun. 02 2005 03:02PM P3
#0275 P.003/015
30/04 2007 11:52 2028720200

NAME: Otto Hines    DATE: 4/11/06

Address: _____    Address: _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

$20.00 Name: Lonnie Taylor
Address: 801 East B St
Signature: Lonnie Taylor
Social Security No.: 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

$20.00 Name: Louis Parker
Address: 19 Eye St NW
Signature: Louis Parker
Social Security No.: 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

$20.00 Name: Vernell Bullock
Address: 1325 Girden
Signature: Vernell Bullock
Social Security No.: 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

$20.00 Name: Bruce Stewart
Address: 625 2nd D NW
Signature: Bruce Stewart
Social Security No.: 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

$20.00 Name: Vernon Blythes
Address: 12? St NW
Signature: Vernon Blythes
Social Security No.: 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

$20.00 Name: Jeoffree Brown Jr.
Address: _____
Signature: Jeoffree Brown
Social Security No.: 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

$20.00 Name: Steve Rice
Address: _____
Signature: _____
Social Security No.: 578-1968

$20.00 Name: James Barksdale
Address: _____
Signature: James Barksdale
Social Security No.: 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

$20.00 Name: Leroy Wilson
Address: _____
Signature: Leroy Wilson
Social Security No.: 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

$20.00 Name: Reginald Reese
Address: _____
Signature: Reginald Reese