# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

## AFFIDAVIT OF AUSTIN A. BURROWS-OWNBEY

I hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a paralegal in the Washington, D.C. office of Cleary Gottlieb Steen & Hamilton LLP.
2. The statements in this affidavit are based on my personal knowledge.
3. I accompanied Cleary Gottlieb attorney Jane Newport to So Others May Eat soup kitchen ("SOME") at 1st Street NW and O Street NW on June 5, 2007 at approximately 7:00 a.m.
4. I witnessed a man I know to be Otis Williams, employed by East Coast Express Evictions, talking with another man that I could not identify ("Unidentified Man"), while I was standing outside of SOME.
5. I witnessed later that morning a man who I know to be Nelson Terry introduce himself to Unidentified Man. Unidentified Man responded that he knew who Mr. Terry was.
6. Mr. Terry and Unidentified Man then walked away from where I was standing and continued their conversation. I did not hear the rest of their conversation.
7. I later witnessed Unidentified Man get into a truck that looked like a U-Haul truck that had all of the written identifying marks from U-Haul removed. He had approximately five other men in the truck with him and he drove away.
8. The truck's license plate number was Maryland 562M183.

9. The Maryland Motor Vehicle Administration has a vehicle with that license plate number registered to Platinum Realtor Services. Attached as Exhibit A is a true and correct copy of the Vehicle Information for Tag Number 562M183 from the Maryland Motor Vehicle Administration.

10. On June 6, 2007 at approximately 7:00 a.m. I returned to SOME, with Erika Davis and Emily Capehart from Cleary Gottlieb and Ambiko Guice and Wesley Jennings from Capitol Process Servers.

11. I observed Otto Hines, employed by Butch Enterprises, have a conversation with Otis Banks, owner of an eviction company known as the O-Team, while Mr. Banks sat in a truck, with the license plate O TEAM4, that was being filled with individuals whom I believe were hired to perform evictions. Mr. Hines started to walk away from the truck and Mr. Banks called out his name. Mr. Hines walked back to the truck and continued his conversation with Mr. Banks.

12. I observed, at approximately the same time, Otis Williams have a conversation with the driver of a vehicle with the license plate number District of Columbia CT4758. Attached as Exhibit B is a true and correct copy of the Motor Vehicle Record for license plate CT4758 from the D.C. Department of Motor Vehicles as accessed through Westlaw's database DMV-ALL.

13. The DC Department of Motor Vehicles has a vehicle with that license plate number registered to a Vincent C. Crawford.

14. I witnessed, after his earlier conversation, Mr. Williams stand near a vehicle driven by Gloria Saunders-Bey and call someone on his cell phone.

Executed on June 12, 2007, in Washington, D.C.

_____
Austin A. Burrows-Ownbey

6-12-07

_____
Geraldine O. Ellenberger
Notary Public District of Columbia
My Commission Expires February 28, 2008

2