IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>            *Plaintiffs*, )<br>  v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>            *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO COMPEL THE DEPOSITION OF OTTO HINES**

Having considered Plaintiffs' Motion to Compel the Deposition of Otto Hines, and the Memorandum of Law in support thereof, any responses thereto, any replies to any responses thereto, and for good cause shown, the Court finds that the proposed order to compel the deposition of Otto Hines should be entered.

It is, therefore, ORDERED that Otto Hines shall appear for a deposition and answer plaintiffs' questions as provided in the Federal Rules of Civil Procedure on a date chosen by plaintiffs within twenty (20) days of the entry of this Order. A notice of deposition served by mail is sufficient for notice of the date, time, and location of the deposition; plaintiffs need not serve deponent again under Rule 45.

SO ORDERED.

Dated: _____

                                                                                   Hon. Richard J. Leon
                                                                        United States District Court Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746