# EXHIBIT A

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    HARRY JAKEYIA ASHFORD,        *

5    et al.,                       *

6                Plaintiffs,   *   Civil Action

7           vs.                *   No. 06cv1561

8    EAST COAST EXPRESS          ·· *

9    EVICTION, et al.,             *

10               Defendants.    *

11

12

13            Deposition of DEREK GASKINS

14               Washington, D.C.

15            Tuesday, June 26, 2007

16                 10:28 a.m.

17

18

19   Job No.: 1-106501

20   Pages 1 - 167

21   Reported by:  Vicki L. Forman

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

57

1          MR. BERMAN:  Yes, many actually.  Thank you.

2          I'd like to enter into evidence here -- I'll

3     call this Gaskins Exhibit 1.

4          MR. FOX:  You're not entering anything into

5     evidence.

6          MR. BERMAN:  Thank you, Mr. Fox.  This is

7     Gaskins Exhibit Number 1.  I'm marking it as such.

8          (Gaskins Deposition Exhibit Number 1 was

9     marked for identification and attached to the

10    transcript.)

11    BY MR. BERMAN:

12         Q     This is for you, Mr. Gaskins.

13         A     If you got all that, why are you asking me

14    then?

15         Q     Do you recognize these forms, Mr. Gaskins?

16         A     Yeah.

17         Q     Across the top it says Payroll; is that

18    correct?

19         MR. FOX:  Objection.  The document reads for

20    itself.

21    BY MR. BERMAN:

22         Q     Mr. Gaskins, do you see that it says Payroll

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

58

1   up top?

2       A     Yeah, I see that.

3       Q     And at the very upper left-hand corner you

4   see it says Gaskins?

5       A     Yeah.

6       Q     Did you write this?  Is this your

7   handwriting?

8       A     Could be.

9       Q     You're not sure?

10      A     That's two different handwriting.  It could

11  be mine.  It could be somebody else's.

12      Q     Does it look like it could be Butch's

13  handwriting?

14      A     I don't know.

15      Q     Do you see where it says $20 Each Man?

16      A     Yeah.

17      Q     It's on page one.

18            First off, what is this form?  What are all

19  these names on here?  Can you please describe what this

20  form is used for?

21      A     They're the names that people give me.

22      Q     Do people fill this out when they get on your

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

59

1    truck?

2         A     They're the names they give me.

3         Q     Do they write their own names down or do you

4    write their names down for them?

5         A     Sometimes they write them down.  Sometimes I

6    write them down.

7         Q     Whenever you pick people up, do you always

8    give them a form like this?

9         A     That's for one -- that right there is the

10   only form for them to sign of whoever I'm taking that

11   day.

12        Q     But every time that you work an eviction, do

13   you fill out a form like this?

14        A     What do you mean every time?

15        Q     I mean is it standard for you to have a form

16   like this for everyday that you go out to work an

17   eviction?

18        A     Yeah, I do.  Yeah, I fill it out for that one

19   day, yeah, not no two -- just one sheet.

20        Q     Just one sheet?

21        A     Yeah.

22        Q     If you can turn to page two, please.  This is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

60

1    another form.

2          Again, you would have people fill out this

3    form everyday that you work an eviction; is that

4    correct?

5          A    Yeah.

6          Q    This sheet says $30 Each Man.  Do you write

7    down the amount that each man is paid there?

8          A    Yeah, I write that.

9          Q    So you recognize that $30 Each Man?

10         A    Yeah.  That look like me, yeah.

11         Q    Do you write that down at the start of the

12   day?

13         A    No, I write that down in the evening.

14         Q    You write that down at the end of the day?

15         A    Yeah.

16         Q    Do you write that down after you've paid

17   everyone for eviction work?

18         A    That's the end of the day.

19         Q    At the end of the day do you write this down

20   after you've dropped people back off from where you've

21   picked them up, or do you write this down as you're

22   paying them?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

61

1       A       It's at the end of the day.  It's at the end

2    of the day.  Don't make no difference when I write it.

3    I might write it the next morning if I forget to write

4    it at the end of the day.

5       Q       Do you see at the bottom of this sheet

6    there's a little box down here?

7       A       What box is that?

8       Q       If you look at the very bottom lower

9    left-hand corner of your sheet --

10      A       Yeah.

11      Q       -- there's like a box.

12      A       It's empty.

13      Q       It's empty.  And there is another line here

14   with some squiggles that also appears to be empty.

15      A       Yeah.

16      Q       Do you normally write something at the bottom

17   of the sheet?

18      A       Might be somebody else's name if I'm filling

19   the paper out.

20      Q       So you think that this might have had

21   somebody else's name in it?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

86

```
1    of the day?

2         A    No.  I don't see him everyday.  How am I

3    going to give it to him?

4         Q    Do you keep these forms after a day?

5         A    They're stashed around somewhere in the truck

6    if they don't throw them away.

7         Q    Do you keep them in the truck usually?

8         A    Yeah.  Sometimes they get throwed away when

9    they clean the truck out.

10        Q    Do you ever throw them away?

11        A    No, I don't throw them out.  I don't even

12   clean the truck out.

13        Q    Did Butch ask you to keep these forms?

14        A    For you?

15        Q    No, just generally.

16        A    They was in the truck I imagine.

17        Q    I mean were you ever asked by Butch to hold

18   on to forms and put them anywhere?

19        A    He asked me for them and he asked me did I

20   have any in the truck and I looked in the truck and I

21   gave him all the stack that was there.  I'd say if

22   anything missing he throwed it away.
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

91

1       A       Yeah.

2       Q       The rest of the van has no seats?

3       A       This is crazy, Man.  If there ain't but two

4   seats in the van you do the math, Man.  Why you asking

5   me?  You went to law school and all that.  You should

6   know.

7               MR. BERMAN:  I'd like to mark this as Gaskins

8   Exhibit 2.

9               (Gaskins Deposition Exhibit Number 2 was

10  marked for identification and attached to the

11  transcript.)

12  BY MR. BERMAN:

13      Q       Have you seen documents like this before,

14  Mr. Gaskins?

15      A       Yeah.

16      Q       When have you seen documents like this

17  before?

18      A       I see 9/27/06 so it had to be that day.

19      Q       Do you fill out documents like this?

20      A       Yeah.

21      Q       When you receive a -- this document says

22  Workorder Request.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

92

1          When you receive a request to do work, do you

2    fill out a document like this for each job that you

3    perform?

4        A    I just said yeah, Man.

5        Q    If you can turn with me to page three,

6    please.  If you notice on page three there's a line that

7    says Supervisor:  Gaskins, eviction date of 9/27/06,

8    September 27, 2006.

9          Do you recall working an eviction on

10   September 27, 2006?

11       A    That's September, Man.  This is June.  I

12   don't know -- I don't know what I did yesterday for

13   real.  Come on, Man.

14       Q    Does this look like your handwriting on this

15   form?

16       A    Yeah, my name right there so I had to fill it

17   out.

18       Q    Do you fill out one of these forms at the

19   start of every job that you work and at the end of every

20   job that you work?

21       A    Yeah.

22       Q    See there's a line that says Time Crew

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

93

```
 1   Arrived:  1:03, Time Marshal Arrived:  1:03?

 2            Do you write that down simultaneously with

 3   when you get there?

 4       A    Yeah.  Really that's an estimate.

 5       Q    It says Time Started:  1:05.

 6            Would you have written that down at the same

 7   time that it actually started?

 8       A    Sometimes I might be doing something else and

 9   I might take a wild guess at about what time it was.

10   You never know.  It varies on what I'm doing at that

11   time.

12       Q    It says Time Stopped:  2:00.

13            Would you always record what time it stopped

14   at?

15       A    Yeah, that's usually accurate.

16       Q    When you fill these forms out -- after you

17   filled them out, do you do anything with the form?

18       A    What do you mean do I do anything with them?

19       Q    Is there a specific place that you put it?

20       A    In the truck.

21       Q    Is there a --

22       A    There's probably a lot -- a truckload of
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

94

1    them, all I didn't throwaway.  I told you that.

2        Q    So you would fill one of these out for every

3    eviction that you work?

4        A    Yeah.

5        Q    Did Butch give you this form to fill out?

6        A    It came through the fax machine.

7        Q    So Butch would fax you the form?

8        A    I can't see you on the other side of the fax

9    machine.

10       Q    Well, you would receive a form from the fax?

11       A    From the fax machine.

12       Q    Right.  And then you would fill the form out

13   with the information on the site?

14       A    Yeah.

15       Q    Do you fax these forms to anyone at the end

16   of a day?

17       A    I fax them to a phone number.

18       Q    You fax them to a phone number?

19       A    Yeah.

20       Q    Do you always fax forms like this to a phone

21   number?

22       A    If I have to.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

97

1      A      That's correct.

2      Q      But you do fax the Workorder Request

3    information in?

4      A      Not everyday.

5      Q      Not everyday?

6      A      No.

7      Q      But usually?

8      A      Usually.

9      Q      If you fill out a payroll form for every job

10   and fill out a Workorder Request for every job, how come

11   there's no payroll form for the jobs that occurred on

12   9/27/06?

13            MR. FOX:  Objection as to "how come."

14   BY MR. BERMAN:

15     Q      Do you recall filling out a payroll form for

16   this job?

17     A      Probably, yeah.  Probably in the truck or one

18   of the ones that's throwed away.  I don't know.  If it

19   ain't there it ain't there.  That's only like three or

20   four days.

21            How would I know where the one that go to

22   that one is?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

98

1      Q      But you would have filled these out for every

2   job that you work; is that correct?

3              MR. FOX:   Objection as to what he would have.

4   BY MR. BERMAN:

5      Q      You fill these out almost everyday; is that

6   correct?

7      A      I only fax that.

8      Q      Right, but when you work a job -- almost

9   everyday that you work a job you fill out one of these

10  Workorder forms?

11     A      Yeah.

12     Q      And you've done that going back -- you said

13  you've worked for a year.

14             A year ago did you fill out these forms?

15     A      I didn't work no straight year, no whole

16  straight year.  I'm saying the day you asked me when I

17  started was over a year.  I didn't work no straight

18  year.

19     Q      But going back to the earliest jobs that you

20  worked, do you remember filling out these forms?

21     A      Yeah.

22     Q      You remember filling out Workorder forms

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

99

1    going back at least to the start of your job with Butch;

2    is that correct?

3         A    Yeah.

4         Q    Turning back to Exhibit 1, do you remember

5    filling out these forms going back to when you first

6    started working for Butch?

7         A    Yeah.

8         Q    Over the past month do you remember filling

9    out these forms, Exhibit 1?

10        A    Yeah.

11        Q    Turning to Exhibit 2, over the past month do

12   you recall filling out these forms?

13        A    Yeah.

14        Q    And do you recall faxing them into Butch over

15   the past month?

16        A    I don't know who they was faxed to, Man.  I

17   told you that.  I send them to a fax number.

18        Q    My apologies.  Do you recall sending these

19   into the fax number over the past month?

20        A    Yeah.

21        Q    Do you recall sending documents like these to

22   the fax number over the past two months?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

100

1      A      Yeah.

2      Q      Do you recall sending Workorder Requests like

3  these to that fax number over the past three months?

4      A      Yeah, four months, five months, six months,

5  seven months, Man.

6           MR. BERMAN:  I'd like to take a break for

7  five minutes if we could.

8           MR. FOX:  You're wearing him out.

9           THE WITNESS:  I thought you wanted -- I

10  thought you didn't want to stay seven hours.

11           MR. BERMAN:  I don't want to stay seven

12  hours.  We're going to take a five-minute break.

13           THE WITNESS:  If you didn't ask the same

14  question so many times, you wouldn't need a break.

15           MR. BERMAN:  That's probably true.  Let's go

16  off the record for the time being, take five minutes and

17  come on back.

18           (A brief recess was taken.)

19  BY MR. BERMAN:

20      Q      I'd like to start by just reminding you that

21  you're under oath which I know you know and again,

22  please just answer yes or no if it's a yes or no

AT:53    7033850898    BUTCH ENTERPRISE INC    PAGE  03

**GASKINS**

**PAYROLL**    DATE: 7/1/06

NAME: _____    DATE: _____

Address: _____    Address: _____

- *The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.*
- *The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.*

**$ 7000 EACH MAN**

| | |
|---|---|
| Name: Robert Poe | Name: Amos Lewis |
| Address: 425 2nd St NW | Address: 425 2nd St NW |
| Signature: Robert Poe | Signature: Amos Lewis |
| Social Security No.: 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 | Social Security No.: 579-92-481 |
| Name: Charles King | Name: Kevin Jones |
| Address: 425 2nd St NW | Address: 425 2nd St NW |
| Signature: Charles King | Signature: Kevin Jones |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Kerry J Rivens | Name: Gerard K Adams |
| Address: 1385 New York Av | Address: 425 2nd St NW |
| Signature: Kerry J Rivens | Signature: Gerard K Adams |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Floyd Richardson | Name: Mike Holmes |
| Address: 3513 St NW | Address: 425 2nd St. N.W. |
| Signature: Floyd Richardson | Signature: Mike Holmes |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: William Bish | Name: Melvin Hawkins |
| Address: 425 2nd St NW | Address: 425 2nd St NW |
| Signature: William Bish | Signature: Mel |
| Social Security No.: 93-15-3096 | Social Security No.: 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 |

Gaskins
EXHIBIT NO. 1
DATE 6-26-07
REPTR VLF
L.A.D. REPORTING

07/05/2005  01:53   7033858898          BUTCH ENTERPRISE INC               PAGE  03

(GASKINS)

(PAYROLL)

NAME: _____          DATE: 3/29/06

Address _____         Address _____

$30.00 EACH MAN

The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy

| | |
|---|---|
| Name: Robert Poe | Name: William Bush |
| Address: 425 2nd st Nw | Address: 425 2nd st NW |
| Signature: Robert Poe | Signature: William Bush |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Charles ~~King~~ TONY MOORE | Name: Amos Lewis |
| Address: 423 2wd st. NW | Address: 425 2nd st. NW |
| Signature: | Signature: Amos Lewis |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Michael Moore | Name: Derrick Yerry |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Michael Moore | Signature: Derrick D. H |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Elroy Wilson | Name: MIKE BROWN |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Elroy Wilson | Signature: 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  Michell Brown |
| Social Security No.: 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 | Social Security No.: |
| Name: Ron Brown | Name: ~~William Bush~~ Richard Jack |
| Address: 428 2nd st NW | Address: 13 K st NW |
| Signature: | Signature: Richard Jackson |
| Social Security No.: 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 | Social Security No.: 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 |

07/05/2005 01:53    7033850898    BUTCH ENTERPRISE INC    PAGE 03

GASKINS

PAYROLL    3/23/06

$25.00 EACH MAN

Name: _____    Date: _____

Address: _____    Address: _____

*The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.*

*The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.*

| | |
|---|---|
| Name: Robert Joe | Name: Roy Gaskins |
| Address: 425 2nd St N.W. | Address: 425 2nd St. N.W. |
| Signature: | Signature: Roy Gaskin |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Ken Brown | Name: William Bush |
| Address: 425 2nd St NW | Address: 425 2nd St N.W. |
| Signature: | Signature: William Bush |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Elroy Wilson | Name: Derrick Henry |
| Address: 425 2nd St N.W. | Address: 425 2nd St NW |
| Signature: Elroy Wilson | Signature: |
| Social Security No.: 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 | Social Security No.: |
| Name: Floyd Lewis | Name: Penter Rugsy |
| Address: 425 2nd St. N.W. | Address: 425 2nd NW |
| Signature: | Signature: Penter Burge |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Steve Lee | Name: Wade Walker |
| Address: 425 2nd St. N.W. | Address: 425 2nd St |
| Signature: S. Lee | Signature: Wade W |
| Social Security No.: 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 | Social Security No.: 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 |

07/05/2005  01:53  7033050P90                    BUTCH ENTERPRISE INC                    PAGE  03

NAME: _Otto Hines_  DATE: _4/11/06_

Address _____                      Address _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

| | |
|---|---|
| 20.00 Name: _Lorrie Taylor_ <br> Address: _801 East BLdg_ <br> Signature: _Lorrie Taylor_ <br> Social Security No.: _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_ | Name: _Louis PARKER_ $20.00 <br> Address: _19 Eye ST NW_ <br> Signature: _Louis Parker_ <br> Social Security No.: _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_ |
| $20.00 Name: _Vernell Bullock_ <br> Address: _1725 Gipson_ <br> Signature: _Vernell Bullock_ <br> Social Security No.: _244261239_ | Name: _BRUCE Stewart_ $20.00 <br> Address: _925 2nd St NW_ <br> Signature: _Bruce Stewart_ <br> Social Security No.: _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_ |
| $20.00 Name: _Vernon Blythes_ <br> Address: _171 ST. NW_ <br> Signature: _Vernon Blythes_ <br> Social Security No.: _577204879_ | Name: _WADHAM BRUNY JR._ $20.00 <br> Address: _____ <br> Signature: _____ <br> Social Security No.: _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_ |
| $20.00 Name: _Steve Tice_ <br> Address: _____ <br> Signature: _Steve Tice_ <br> Social Security No.: _578-1968_ | Name: _JAmes Barksdale James Barksdale_ <br> Address: _____ $20.00 <br> Signature: _____ <br> Social Security No.: _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_ |
| $20.00 Name: _Leroy Wilson_ <br> Address: _LEROY WILSON_ <br> Signature: _LEROY WILSON_ <br> Social Security No.: _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_ | Name: _Reginald Reese_ $20.00 <br> Address: _Reginald Reese_ <br> Signature: _____ |

#0267-007 <br> 30/04 2007  11:53  20287202000

## Workorder Request

Date Received: _____    Eviction Date: _9-27-06_
Time Received: _____    Eviction Time: _9:00_
Initials: _____    Bill to: _____

Manpower requirement: _____ Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: _Dodge PRO_
APT PROJECT: _____
CALLER: _Darrell_
PHONE: _202-526 6882_
TENANT: _____    AMOUNT OWED: $ _____
EVICTION ADRESS: _215 Oakwood St SE_ _301_

SIZE OF PREMISES:  House ☐    Apartment ☐    # of Bedrooms: _2BR_

Go to rental office:  YES  NO    Rental Office Address: _____
Agent at site:    YES  NO
Arrange for locks:  YES  NO    Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises:  YES  NO
Children:    YES  NO
Dangerous Alerts:  YES  NO

REMARKS: _____

TIME CREW ARRIVED: _8:37 A_    MARSHALL: _B. Colman_
TIME MARSHALL ARRIVED: _9:39 A_    DEPUTY SHERIFF: _____
TIME STARTED: _9:38 A_    DATE OF EVICTION _9-27-06_
TIME STOPPED: _9:40 A_    SUPERVISOR: _Otto Hines_
                            LANDLORD'S AGENT: _✗_
                            OCCUPANT PRESENT:  YES  (NO)

CANCELLATION INFORMATION:
DATE: _____    TOW CO: _____
TIME: _____    BY: _____
CALLER: _____    PAID: _____
                            STAY: _____
                            MOVED: _____
INVOICE # _____    EXPIRED: _____
AMOUNT TO BILL _____

Gaskins
EXHIBIT NO. _2_
DATE _6-26-07_
REPTR _VLF_
L.A.D. REPORTING

## Workorder Request

Date Received: _____    Eviction Date: 9·27·06
Time Received: _____    Eviction Time: 9:00
Initials: _____    Bill to: _____
_____
_____

Manpower requirement: ___ Mgmt Co: ☐ Individual Owner: ☐
CLIENT/MGMT CO: Dudley Bro Realty
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____    AMOUNT OWED: $ _____
EVICTION ADRESS: 315 Oakwood St SE
#204

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: 3BR

Go to rental office:  YES  NO    Rental Office Address: _____
Agent at site:  ⟩ YES  NO    _____
Arrange for locks:  YES  NO    Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises:  YES  NO    _____
Children:  YES  NO    _____
Dangerous Alerts:  YES  NO    _____

REMARKS: Paid in Full

TIME CREW ARRIVED: 8:37
TIME MARSHALL ARRIVED: 8:40    MARSHALL: B Colman
TIME STARTED: 8:41    DEPUTY SHERIFF: _____
TIME STOPPED: 9:45    DATE OF EVICTION 9-27-06
SUPERVISOR: Otto Benes
LANDLORD'S AGENT: _____
OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____    TOW CO: _____
TIME: _____    BY: _____
CALLER: _____    PAID: _____
STAY: _____
B.2    INVOICE # _____    MOVED: _____
AMOUNT TO BILL _____    EXPIRED: _____

## Workorder Request

Date Received: _____          Eviction Date: _9/27/06_

Time Received: _____          Eviction Time: _3:00._

Initials: _____                Bill to: _____

_____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐

CLIENT/MGMT CO: _____ EYG

APT PROJECT: _____ MEADOW GREEN

CALLER: _____ KAGUAN

PHONE: _____ 202-582-5250

TENANT: _____          AMOUNT OWED: $

EVICTION ADRESS: _____  119  35th  st. SE
                                          #201

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: _____ 2BR

Go to rental office: YES  NO        Rental Office Address: _____

Agent at site: YES  NO

Arrange for locks: YES  NO         Break Lock: YES  NO    Security Lock: YES  NO

Pets on premises: YES  NO

Children: YES  NO

Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: _1:03_        MARSHALL: _Zotsch_

TIME MARSHALL ARRIVED: _1:03_    DEPUTY SHERIFF: _____

TIME STARTED: _1:05_             DATE OF EVICTION: _9/27/06_

TIME STOPPED: _2300_             SUPERVISOR: _GASKINS_

                                 LANDLORD'S AGENT: X_____

                                 OCCUPANT PRESENT:  YES   NO

CANCELLATION INFORMATION:

DATE: _____          TOW CO: _____

TIME: _____          BY: _____

CALLER: _____        PAID: _____

                                   STAY: _____

INVOICE # _____      MOVED: _____

AMOUNT TO BILL _____  EXPIRED: _____

## Workorder Request

Date Received: _____          Eviction Date: _9-27-06_
Time Received: _____          Eviction Time: _10:00_
Initials: _____                Bill to: _3:00_

Manpower requirement: _____    Mgmt Co: ☐   Individual Owner: ☐   _____
CLIENT/MGMT CO: _EYG_
APT PROJECT: _MEADOW GREEN_
CALLER: _KHADIJAH_
PHONE: _202-582-5252_
TENANT: _____        AMOUNT OWED: $ _____
EVICTION ADRESS: _____ _10-35th St SE_
                                      _203_

SIZE OF PREMISES:  House ☐    Apartment ☐    # of Bedrooms: _2BR_

Go to rental office:    YES  NO       Rental Office Address: _____
Agent at site:          YES  NO
Arrange for locks:      YES  NO       Break Lock: YES  NO      Security Lock: YES  NO
Pets on premises:       YES  NO       _____
Children:               YES  NO       _____
Dangerous Alerts:       YES  NO       _____

REMARKS: _____

TIME CREW ARRIVED: _12:53_          MARSHALL: _Zitsch_
TIME MARSHALL ARRIVED: _12:53_      DEPUTY SHERIFF: _____
TIME STARTED: _12:54_               DATE OF EVICTION _9/27/06_
TIME STOPPED: _1:00_                SUPERVISOR: _GASKINS_
                                    LANDLORD'S AGENT: _____
                                    OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____               TOW CO: _____
TIME: _____               BY: _____
CALLER: _____             PAID: _____
                                    STAY: _____
[A-1]                               MOVED: _____
        INVOICE # _____   EXPIRED: _____
        AMOUNT TO BILL _____

( Fn Fu. )                                      Sep. 29 2004 11:25PM  P2

## Workorder Request

Date Received: 8/24/06                          Eviction Date: 8/25/06
Time Received: 1057                             Eviction Time: 1PM
Initials: B                                     Bill to: _____

Manpower requirement: _____    Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO:  C, J. H.
APT PROJECT: Friendship Crossing)
CALLER: MS Diggs
PHONE: 202 563 2157
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: 121 Galvaston Ct JW     #203

SIZE OF PREMISES:  House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office: YES  NO        Rental Office Address: _____
Agent at site:      YES  NO
Arrange for locks:  YES  NO         Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:   YES  NO
Children:           YES  NO         _____
Dangerous Alerts:   YES  NO         _____

REMARKS: _____

TIME CREW ARRIVED: 11:53          MARSHALL: Kevin
TIME MARSHALL ARRIVED: ~~B~~ 11:54   DEPUTY SHERIFF: _____
TIME STARTED: ~~~~ 12:04            DATE OF EVICTION 8/25/06
TIME STOPPED: 12:11                SUPERVISOR: Gaskins (A
                                   LANDLORD'S AGENT X_____
                                   OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____              TOW CO: _____
TIME: _____              BY: _____
CALLER: _____            PAID: _____
                                  STAY: _____
B-1     INVOICE # _____  MOVED: _____
        AMOUNT TO BILL _____   EXPIRED: _____

**Workorder Request**

Date Received: 8/24/06
Time Received: 10:51
Initials: IJ

Eviction Date: 8/25/06
Eviction Time: 1PM
Bill to: _____

_____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐   _____

CLIENT/MGMT CO: C I H.
APT PROJECT: Friendship Crossings)
CALLER: M) Digg)
PHONE: 202 563 2157
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADRESS: 97 Galveston St NU
#102

SIZE OF PREMISES:  House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office:  YES  NO      Rental Office Address: _____
Agent at site:  YES  NO      _____
Arrange for locks:  YES  NO      Break Lock: YES  NO      Security Lock: YES  NO
Pets on premises:  YES  NO      _____
Children:  YES  NO      _____
Dangerous Alerts:  YES  NO      _____

REMARKS: _____

TIME CREW ARRIVED: 17:12
TIME MARSHALL ARRIVED: 12:12
TIME STARTED: 12:13
TIME STOPPED: 12:25

MARSHALL: KEVIN
DEPUTY SHERIFF: _____
DATE OF EVICTION 8/25/06
SUPERVISOR: GASKINS
LANDLORD'S AGENT: _____
OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____
TIME: _____
CALLER: _____

B2

INVOICE # _____
AMOUNT TO BILL _____

TOW 20: _____
BY: _____
PAID: _____
STAY: _____
MOVED: _____
EXPIRED: _____

# Workorder Request

Date Received: 8/24/06

Time Received: 10:57

Initials: PJ

Eviction Date: 8/25/06

Eviction Time: 2PM

Bill to: _____

Manpower requirement: _____ Mgmt Co: ☐   Individual Owner: ☐   _____

CLIENT/MGMT CO: C.I.H.

APT PROJECT: Friendship Crossings

CALLER: Ms Diggs

PHONE: 202 563 0457

TENANT: _____   AMOUNT OWED: $ _____

EVICTION ADRESS: 81 Galveston St. SW   #101

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 1

Go to rental office: YES   NO        Rental Office Address: _____

Agent at site: YES   NO        _____

Arrange for locks: YES   NO        Break Lock: YES   NO        Security Lock: YES   NO

Pets on premises: YES   NO        _____

Children: YES   NO        _____

Dangerous Alerts: YES   NO        _____

REMARKS: ~~12:27~~
~~12:27~~

TIME CREW ARRIVED: 12:27

TIME MARSHALL ARRIVED: 12:27

TIME STARTED: 12:28

TIME STOPPED: 12:50

MARSHALL: KEVIN

DEPUTY SHERIFF: _____

DATE OF EVICTION 8/25/06

SUPERVISOR: GASKINS

LANDLORD'S AGENT: _____

OCCUPANT PRESENT: YES   NO

CANCELLATION INFORMATION:

DATE: _____

TIME: _____

CALLER: _____

INVOICE # _____

AMOUNT TO BILL _____

TOW CO: _____

BY: _____

PAID: _____

STAY: _____

MOVED: _____

EXPIRED: _____

FROM :                          FAX NO. :                    Sep. 29 2004 11:26PM  P4

## Workorder Request

Date Received: 8/24/06                                    Eviction Date: 8/25/06
Time Received: 10:57                                      Eviction Time: 2PM
Initials: ___                                            Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossings
CALLER: Ms Diggs
PHONE: 202 583 2457
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADRESS: 81 Galvestn St SW                         #302

SIZE OF PREMISES: House ☐   Apartment ☑  # of Bedrooms: 2

Go to rental office: YES  NO        Rental Office Address: _____
Agent at site:       YES  NO
Arrange for locks:   YES  NO        Break Lock: YES  NO      Security Lock: YES  NO
Pets on premises:    YES  NO
Children:            YES  NO
Dangerous Alerts:    YES  NO

REMARKS: _____

TIME CREW ARRIVED: 12:57          MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 12:57      DEPUTY SHERIFF: _____
TIME STARTED: 12:58               DATE OF EVICTION 8/25/06
TIME STOPPED: 1:18                SUPERVISOR: GASKINS
                                  LANDLORD'S AGENT: X ____
                                  OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____                TOW CO: _____
TIME: _____                BY: _____
CALLER: _____                PAID: _____
                                  STAY: _____
[BT]    INVOICE # _____    MOVED: _____
        AMOUNT TO BILL _____  EXPIRED: _____

## Workorder Request

Date Received: _8/24/06_          Eviction Date: _8/25/06_
Time Received: _10:57_            Eviction Time: _3pm_
Initials: _LJ_                    Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐  _____
CLIENT/MGMT CO: _C.F.H._
APT PROJECT: _Friendship Crossing(s)_
CALLER: _Ms Diggs_
PHONE: _202 563 2157_
TENANT: _____          AMOUNT OWED: $ _____
EVICTION ADRESS: _65 Galveston St. SW #404_

SIZE OF PREMISES: House ☐   Apartment ☑  # of Bedrooms: _1_

Go to rental office:    YES  NO        Rental Office Address: _____
Agent at site:          YES  NO        _____
Arrange for locks:      YES  NO        Break Lock: YES  NO      Security Lock: YES  NO
Pets on premises:       YES  NO        _____
Children:               YES  NO        _____
Dangerous Alerts:       YES  NO        _____

REMARKS: _____

TIME CREW ARRIVED: _1:21_             MARSHALL: _KEVIN_
TIME MARSHALL ARRIVED: _1:21_        DEPUTY SHERIFF: _____
TIME STARTED: _____                DATE OF EVICTION _8/25/06_
TIME STOPPED: _____                SUPERVISOR: _Gaskins_
                                     LANDLORD'S AGENT: _ADM_
_TENANT PAID AT 1:26_                OCCUPANT PRESENT:  YES  NO
CANCELLATION INFORMATION:
DATE: _____                        TOW CO: _____
TIME: _____                        BY: _____
CALLER: _____                      PAID: _____
                                     STAY: _____
[BI]                                 MOVED: _____
        INVOICE # _____            EXPIRED: _____
        AMOUNT TO BILL _____

Date Received: 8/24/06
Time Received: 10:57
Initials: K

Eviction Date: 8/25/06
Eviction Time: 3PM
Bill to: _____
_____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship ~~that's~~ Crossings
CALLER: M. Diggs
PHONE: 202 563 2157
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADRESS: 49 Galveston NW B #1

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office:  YES  NO      Rental Office Address: _____
Agent at site:       (YES) NO      _____
Arrange for locks:   YES  NO       Break Lock: YES NO    Security Lock: YES NO
Pets on premises:    YES  NO       _____
Children:            YES  NO       _____
Dangerous Alerts:    YES  NO       _____

REMARKS: _____

TIME CREW ARRIVED: 2:00         MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 2:00     DEPUTY SHERIFF: _____
TIME STARTED: 2:02              DATE OF EVICTION 8/25/06
TIME STOPPED: 2:22              SUPERVISOR: CASKINS
                                LANDLORD'S AGENT: X
                                OCCUPANT PRESENT: YES NO

CANCELLATION INFORMATION:
DATE: _____          TOW CO: _____
TIME: _____          BY: _____
CALLER: _____        PAID: _____
                                STAY: _____
                                MOVED: _____
B2        INVOICE # _____    EXPIRED: _____
          AMOUNT TO BILL _____