# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.,    )
        )     Civil Action No. 06-cv-1561 (RJL)
individually and on behalf    )
of all others similarly situated,    )     Hon. Richard J. Leon
        )
        *Plaintiffs,*    )
    v.    )
        )
East Coast Express Eviction, et al.,    )
        )
        *Defendants.*    )

## AFFIDAVIT OF LEE F. BERGER

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. Since plaintiffs served Butch Enterprises, Inc. with Plaintiffs' First Set of Requests for Admission by Defendant Butch Enterprises, Inc. on May 9, 2007, plaintiffs have not received a response to those requests from Butch Enterprises, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2007

District of Columbia

Sharma Contreras
Notary Public, District of Columbia
My Commission Expires 5-31-2010

Lee F. Berger  (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
*Attorney for Plaintiffs*

2