# EXHIBIT E

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK

PARIS

BRUSSELS

LONDON

MOSCOW

FRANKFURT

COLOGNE

ROME

MILAN

HONG KONG

BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S DUPLER
LINDA J SOLDO
JOHN T BYAM
MATTHEW D. SLATER
MICHAEL R LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD deC HINDS
SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
COUNSEL

JOYCE E McCARTY
KAREN A KERR
SCOTT R GOODWIN
SENIOR ATTORNEYS

MATTHEW R ATRES
MATTHEW I BACHRACK
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
PATRICK R BOCK
LEAH BRANNON
JOANNE C BYARS
JEREMY CALSYN
KATHERINE M CARROLL
KERRI J CHASE
SHAWN J CHEN
FARAH F COOK
SEAN D COREY
ALYSON J DAIS
LARRY C DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS B. ERICSSON
ERIK F GERDING
CHRISTOPHER D HALE*
STEPHANIE HALLOUET
MORGAN A HARRIS
MICHAEL R HARTMAN*
ELIZABETH A. HARVEY*
ERIC H HILDENBRAND
MEGHAN A. IRMLER

MEETU KAUL
DINAH R KNIGHT
BRENT LATTIN
JEFFREY LEASURE
SARAH E LEWIS
JOHN R LOATHAN
PATRICIA M McDERMOTT
AMY E. McFARLANE
JOHN P McGILL, JR
YASMIN MEHRAIN*
JENNIFER A. MEYER*
ADAM J MILLER
JANET P MORRIS
JENNIFER A. MORRISSEY
ANNE NEWTON
JONATHAN L. H. NYGREN
CHINWE OKASI
NICHOLAS R OLMSTED
PAUL PASTERNAK
HELEN M PATAKI
SUZANNE B PERRY
AUDRA L. SAVAGE*
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
SARA STAINBACK
JOSHUA B. STERLING
PAUL R ST LAWRENCE III
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
DANA D.C WESTFALL
MARK J WOODWARD
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com
Writer's Direct Dial: (202) 974-1679
E-Mail: ldembowski@cgsh.com

July 19, 2006

Mr. Bruce Gross
Butch Enterprises, Inc.
10332 Main Street
Fairfax, VA  22030

Dear Mr. Gross:

On behalf of the National Coalition for the Homeless, we have undertaken an investigation into allegations that eviction companies in the Washington, D.C., area recruit homeless people to provide manual labor to evict tenants from rental homes in exchange for wages far below the D.C. minimum wage.  These allegations appeared in an April 15, 2006 *Street Sense* article titled "Homeless People Hired to Evict Tenants," as well as in a June 30, 2006 *Wall Street Journal* article titled "Homeless Reporter Finds Job, and Story, In Evicting Others," copies of which are attached to this letter.

We have found substantial evidence corroborating the allegations contained in these press reports.  It is apparent that some eviction companies pay homeless employees a wage of only $5.00 per eviction, even when an eviction may take at least several hours to perform, including travel and waiting time.  In many instances, these homeless employees will receive nothing if an eviction does not occur, regardless of how long they are on the job.  Of the victims we have spoken with during our investigation, not one received more than $20.00 for a full day's work, while most received less than $10.00 per day, with payments of nothing being common.

As you may be aware, the minimum wage for work performed substantially in the District of Columbia is $7.00 per hour and $28.00 per day.  This rate applies to employees hired

Mr. Bruce Gross
July 19, 2006
Page 2

to perform evictions in the District of Columbia. Paying employees below this wage, in most circumstances, appears to violate this law. In the many instances we have documented, homeless workers for eviction companies have been paid far below this minimum wage. The National Coalition for the Homeless has instructed us to obtain all available legal remedies on behalf of the victims of these practices.

We offer you this opportunity to respond to the allegations in the *Street Sense* and *Wall Street Journal* articles, which we have substantiated through our investigation. Specifically, we request that you explain your practices regarding employee compensation and the procedures you have in place for ensuring that your employees are paid in accordance with the law. Additionally, we are interested in any information you can provide us relating to the hiring and wage practices in the Washington area for carrying out evictions, such as standard rates for performing evictions, the typical number of employees necessary to perform an eviction and the geographic coverage of the area's eviction companies.

If you are represented by legal counsel, please direct this correspondence and our request for information to your attorney. If you are not represented by legal counsel, we advise that you consider obtaining such representation in light of the potential legal violations described in this letter.

We would appreciate your written response to this request no later than August 1, 2006. Thank you for your cooperation in this matter.

Sincerely,

Lee F. Berger

Larry C. Dembowski

*Attorneys for the National Coalition
for the Homeless*

Attachments



Mayoral Candidates Voice Their Thoughts and Plans on Homelessness, p. 6

# StreetSense

### Where the Washington area's poor and homeless earn and give their two cents

April 15, 2006 - May 14, 2006 • Volume 3, Issue 6

# Homeless People Hired to Evict Tenants

*By Laura Thompson Osuri*

It's 7:30 in the morning on a clear day in early April, and a crowd of about 35 men starts to come together on the sidewalk in front of So Others Might Eat (SOME). Most of these men are homeless, and all of them are there that morning looking for work.

After about 45 minutes a large van arrives followed by a car. A woman gets out of the car and starts shouting, "Anyone wanna work? Anyone wanna work?" Several men approach her and are directed to climb into the van. Once about 15 people pile in – some sitting on crates and others on the floor – the van drives off.

A few other vans and trucks pull up following the same routine: there is a call for work, a crowd piles in, and the van pulls off.

While homeless people often take part in the day-labor economy working in construction, demolition and trash clean-up through similar early morning van pick-ups like these, most of the men leaving this morning are going to help with evictions -- in the end, adding to the homeless population.

For at least the last six years, eviction companies in the area



Homeless people helped to evict and move the belongings out of this place on Tuckerman Street in Northwest, much as they have done at thousands of others'apartments in D.C.

and independent landlords have been calling on homeless people to help clear out the belongings of individuals and families who have defaulted on rental agreements.

According to the U.S. Marshals Service, the number of workers required for an eviction ranges from 10 for a one-bedroom apartment, to 25 for a house or commercial property. And on a clear day in the spring as many as 10 eviction jobs are available, homeless people report.

The companies pay between $5 and $15 per eviction job, each

See **EVICT** page 5

Street Sense · April-May 2006



Homeless men pile into a van infront of SOME, likely heading out to help with evictions or some other laborer job.

## EVICT, *from p.1*

of which usually lasts from two to four hours, including travel and waiting time, according to several homeless people. This equates to a wage of between $1.25 and $7.50 per hour.

Michael Stoops, acting director of the National Coalition for the Homeless, sees the situation as inherently negative for homeless people.

"The real culprits are the people who exploit homeless people by not paying them a fair wage," Stoops said. "And then they go a step further by using homeless people to evict people who then become homeless."

Ironically, D.C.'s 10-Year Plan to End Homelessness makes special note of trying to limit the number of evictions to "prevent homelessness from within the mainstream." "More emphasis would be placed on keeping people housed when they face evictions and doing that in a smart way that invests case management support along with cash assistance so that the crisis is addressed and resolved," the plan states.

Stoops added that he does not know of any other state where homeless people are helping to evict residents. This may be because in most states the county sheriff's office performs the evictions, while in D.C. the landlords are responsible for providing labor for the eviction.

The two main companies that rely on homeless people to help in evictions are All American Eviction and East Coast Express Evictions, according to several homeless people, including many Street Sense vendors. But despite these reports, the chief executive officers of both companies deny the practice.

Caroline Lansford, the CEO of All American, said her company never pays homeless people and that all of the workers performing evictions are "part of the staff." But according to a Dunn & Bradstreet report, All American only has one employee, even though the average eviction requires 15 people on site. Since All American (and East Coast) charge landlords $165 to evict a one-bedroom apartment, to pay the required 10 people D.C.'s minimum wage of $7 an hour for a two hour job would barely be profitable for the company. (Both companies also charge landlords $200 for a two-bedroom apartment and $450 for a townhouse.)

East Coast's CEO Nelson Terry claims to find laborers to carry out its evictions through Labor Ready, a temporary service for manual laborers. For an independent landlord to hire 15 people through Labor Ready to evict a two-bedroom apartment it would cost $930 -- $15.50 per person per hour for a four-hour minimum. So even if East Coast is getting a deal, the cost to hire laborers through Labor Ready would be well above what East Coast charges landlords.

Homeless people report that independent landlords also occasionally come looking for laborers, but according to Street Sense vendor Donald Brooks, these men and women usually pay better; $15 an eviction compared to East Coast and All American's $5 per eviction average.

But many homeless people don't mind helping with evictions, because it is a way to make a little money when other day labor work is hard to come by. In fact, one homeless man, who wanted to remain anonymous, said that he prefers the eviction work over other day labor jobs he has done "because you are just moving stuff all day long" and it is not dangerous or backbreaking. He said that he usually makes $20 a day for a full eight hours of work. In comparison, Street Sense vendor Jake Ashford reported that a construction company he has worked for as a day laborer paid around $50 a day.

Still, other homeless people feel uncomfortable removing people from their homes.

"Here it is I am living on the street and don't have anything, and I can't bear the thought of women and children ending up in my situation," Ashford said. "It sickens to me to know I am helping the problem that is making them homeless. And only for $5 a day."

In D.C. an eviction, the act of removing personal property from a building and placing it on the street, can only occur 30 days after a landlord gives notice of an eviction to a tenant for violating a lease agreement. If the tenant does not leave in 30 days, then the landlord can get a writ of assistance from the U.S. Marshals Service and force the tenant from his or her home. For all evictions a U.S. marshal is present to enforce the eviction order.

And in D.C., since it is illegal to evict someone if forecasts predict a 50% or higher chance of snow or rain or a temperature of below 32 degrees for the next 24 hours, spring is a popular time for evictions.

But just how many evictions occur in D.C. is hard to come by. The U.S. Marshals Service failed to give Street Sense an estimate on the number of evictions in D.C. during the average week, and both East Coast and All American were hesitant to give an exact number. But by looking at All American's reported annual sales in 2005 of $62,000 (according to Dunn & Bradstreet), and the average amount charged per eviction, Street Sense estimates that the company performs around 310 evictions a year, or just under 6 a week.

After saying that he could not give an estimate of how many evictions his company does a week, Terry did say that East Coast does evictions for landlords of all sizes. "We do everything," he said. "We have helped the federal government evict from the federal embassy of Iran and we have even evicted airline terminals."

*Mark Youssef and Jake Ashford contributed to this story*

 

### THE WALL STREET JOURNAL. ONLINE

FORMAT FOR PRINTING sponsored by TOSHIBA Don't copy. Lead.™

June 30, 2006

**PAGE ONE**

# Homeless Reporter Gets Job, and Story, Evicting Others

**'Street Sense' Investigates Hiring Practices, Pay; Restaurant Reviews, Too**

By MICHAEL M. PHILLIPS
*June 30, 2006; Page A1*

**DOW JONES REPRINTS**

⟨R⟩ This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

WASHINGTON -- Early one morning this spring, Jake Ashford woke up, as usual, in an alley behind a downtown office building. He might have taken his schizophrenia medicine, or perhaps not. Sometimes, he says, he skips a dose.

Next, the 43-year-old Mr. Ashford headed to the headquarters of a nearby charity for a shower and breakfast. Then he joined a group of men getting into one of several unmarked vans cruising the neighborhood and began his career as an undercover reporter for Street Sense, the city's newspaper for the homeless.



*Jake Ashford*

Mr. Ashford's work that day helped the paper break the biggest story in its three-year history, an exposé of businesses that allegedly recruit the homeless to evict people from rental homes -- and allegedly pay them less than the legal minimum wage to do so. In light of the article, the National Coalition for the Homeless, an advocacy group, and a team of attorneys from the Washington office of Cleary Gottlieb Steen & Hamilton say they are investigating whether to sue the eviction firms.

"I would hope and pray that homeless people are not being hired out to make other people homeless, but if they are, they should be paid minimum wage," says Michael Stoops, the coalition's acting executive director.

Street Sense was founded in 2003 by Ted Henson, then 23, and Laura Thompson Osuri, then a 26-year-old reporter for American Banker, an industry daily. Both were troubled by the plight of the homeless and together they raised money from friends, family and foundations to launch the paper. Mr. Henson, who bussed tables at night so he could put in days at Street Sense, now works as a labor-union researcher and volunteers on the paper's board. Ms. Osuri left mainstream journalism and works as Street Sense's only salaried employee, earning $40,000 annually.

The monthly paper, run out of a rented room at the downtown Church of the Epiphany, follows

the general business plan set by many of the 24 publications in the North American Street Newspaper Association, a trade group of papers focused on homelessness. Street Sense is sold by a roving crew of 45 vendors, most of them homeless, who pay 25 cents a copy and sell the paper on the street for a dollar. A diligent vendor with good curb appeal can make $60 a day, Ms. Osuri says. Last month, the vendors sold 11,500 copies out of a run of 13,000.

---

**POWER OF THE PRESS**

See the front page[1] of the April edition of Street Sense, where the newspaper reported on the eviction story. Read the full article[2] on Street Sense's web site. Plus, a first-person account[3], describing life on an eviction crew.

---

The vendors write about half of the articles, with the rest written by non-homeless volunteers. "The vendors are really dedicated," says Ms. Osuri. "They'll call if they're in the hospital or in prison. It's a job, and they feel responsible for it."

The articles range from the mundane -- which shelters are open -- to the whimsical. Last month's issue examined executive compensation among directors of charities that work with the homeless. August Mallory, one of the paper's vendors, has written 31 installments of a mystery story, chronicling the adventures of Marvin Hammerman, an attorney who goes to bat for the homeless.

The homeless journalists also do restaurant reviews, accompanied by a non-homeless volunteer entrusted with the Street Sense credit card. They are told to limit the bill to $70 -- and no alcohol. "This is indeed great service, I said to myself," Mr. Ashford wrote about an establishment called Georgia Brown's. "I was asked if I would like some sort of beverage while looking over the menu, and I asked for water and iced tea."

Another vendor, Donald Brooks, panned Zaytinya, a trendy Mediterranean-style restaurant, saying managers turned rude when they found out the diners were from Street Sense. "We would not eat there again if we were spending our own money," he wrote. General manager Sandy Lewis declined to comment on the Street Sense review.

The paper has broken a few notable stories, such as the piece about a carpenters' union hiring the homeless to staff picket lines. But none has made as big a splash as the article about evictions in April's issue.


Laura Thompson Osuri

Tipped off by a vendor, Street Sense sent 24-year-old volunteer Mark Youssef to a charity called So Others Might Eat, which has complained that eviction companies recruit workers near its headquarters. Mr. Youssef, wearing battered sneakers and old clothes, says he spent two mornings unsuccessfully trying to get hired onto an eviction crew.

Mr. Ashford had better luck getting hired. Born in Lumberton, N.C., he says he served in the U.S. Army in Germany in the 1980s and married a German woman. After a divorce, he returned to the U.S., beset by schizophrenia, he says. An African-American with flecks of gray in his black beard, Mr. Ashford says he was hired off the sidewalk by All American Eviction, a Washington company, and paid $15 for six hours of work -- well below the $7-an-hour legal minimum wage in the District of Columbia.

First, he and others, escorted by U.S. marshals who accompany eviction crews, emptied a

rowhouse, Mr. Ashford says. As the crew worked, he says, the tenants -- a woman and five children -- arrived home to find their furniture on the curb. Next, the crew emptied a one-bedroom apartment while the tenant was away. Afterward, Mr. Ashford borrowed a cellphone, called Ms. Osuri and pretended to order pizza, his coded way of informing her where she could photograph the evictee's belongings piled along the sidewalk.

Ms. Osuri's article accused All American Eviction and East Coast Express Eviction, also based in Washington, of recruiting and underpaying the homeless to carry out evictions. Accompanying it was a first-person account by vendor James Davis, describing life on an eviction crew. "As I approached the little girl's room, she was standing inside clutching her dolls," he wrote. "Right there and then I walked out and decided this would be my last eviction. I just couldn't do it. Here I was homeless myself at the time about to make two more people homeless."

When the issue hit the streets, Cleary Gottlieb attorney Lee Berger picked up a copy from a homeless vendor and read it on the subway ride to work. By the time he arrived, he says he was so angry about the allegations that he rounded up fellow lawyers and called the homeless coalition's Mr. Stoops, who also sits on the Street Sense board.

Both eviction companies denied wrongdoing, according to the Street Sense article. Ms. Osuri says Caroline Lansford, chief executive of All American Eviction, told her that the company sends only staff members to carry out evictions.

Contacted by The Wall Street Journal, Ms. Lansford denied having spoken to Street Sense and said the company hadn't done evictions "in quite some time." She wouldn't provide more details. The company's Web site, however, offers a price list for evictions. A person answering the company's phone this month said it would provide a 15-person crew to empty a two-bedroom apartment for $200.

Nelson Terry, chief executive of East Coast Express Eviction, told Street Sense that he hired workers through a temp service, not off the street, according to the article. Street Sense noted that the rates charged by the temp service he named are several times higher than what East Coast Express Eviction charges clients.

East Coast Express Eviction managers didn't return calls from The Wall Street Journal. A man who answered one call said the firm had stopped doing evictions. On another call, a different man quoted a $200 price for a two-bedroom eviction. "If you have someone other than East Coast handling your evictions, you may want to reconsider because at East Coast we offer professional service with a savings," its Web site says.

Word on the street is that some eviction companies are still recruiting the homeless. "I would imagine that 80% of the evictions in the city are conducted by independent eviction companies, rather than any in-house crew," says Robert Brandt, supervisory deputy of the U.S. Marshals Service at District of Columbia Superior Court. "Those eviction companies are almost without exception ones that pick up crews at the homeless shelters as their primary source of labor."

Mr. Brandt says U.S. marshals accompany eviction crews to keep the peace and make sure nothing is stolen, not to enforce minimum-wage and other labor laws.

Mr. Berger, the attorney, says his legal team has been interviewing homeless men in shelters around the city, trying to verify the Street Sense findings.

As for Mr. Ashford, the Street Sense vendor and reporter, he says he'll take eviction work only to further expose the companies' practices. "Money like that isn't worth making somebody else miserable," he says.

**Write to** Michael M. Phillips at michael.phillips@wsj.com[4]

**URL for this article:**
http://online.wsj.com/article/SB115160627154594444.html

**Hyperlinks in this Article:**
(1) http://online.wsj.com/public/resources/documents/homeless06302006.pdf
(2) http://www.streetsense org/articles/article_0406eviction.jsp
(3) http://www.streetsense.org/articles/article_0406evictionside.jsp
(4) mailto:michael.phillips@wsj.com

**Copyright 2006 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law  For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com.**