**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>   *Plaintiffs*, )<br> v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>   *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**NOTICE OF SERVICE OF MOTION TO COMPEL DEPOSITION OF OTTO HINES**

PLEASE TAKE NOTICE that on July 16, 2007, Plaintiffs served on Otto Hines Plaintiffs' Motion to Compel Deposition of Otto Hines filed July 16, 2007. Plaintiffs' Amended Certificate of Service is attached hereto.

Dated: July 17, 2007      Respectfully Submitted,

            /s/ Lee F. Berger
            Lee F. Berger (D.C. Bar # 482435)
            Cleary Gottlieb Steen & Hamilton LLP
            2000 Pennsylvania Avenue, N.W.
            Washington, D.C. 20006-1801
            Telephone: (202) 974-1500
            Facsimile: (202) 974-1999
            Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 17, 2007, a copy of the foregoing Notice of Service of Motion to Compel the Deposition of Otto Hines and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> davidefox@gmail.com

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net

and were served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Patuxent Parkway
> Suite 430
> Columbia, MD 21044

> Melvin L. Otey
> Law Offices of Melvin L. Otey, PLLC
> 3609 Georgia Avenue, N.W., Suite 200
> Washington, D.C. 20010

> East Coast Express Evictions
> 29 U Street, N.W.
> Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001


Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746


Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746


Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Otto Hines
1425 N Street, N.W.
Washington, D.C. 20005


Dated: July 17, 2007                                 /s/ Emily C. Capehart
                                                              Emily C. Capehart