# ATTACHMENT – Plaintiffs' Amended Certificate of Service

AMENDED CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 16, 2007, a copy of the foregoing Motion to Compel the Deposition of Otto Hines and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>davidefox@gmail.com

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044

>Melvin L. Otey
>Law Offices of Melvin L. Otey, PLLC
>3609 Georgia Avenue, N.W., Suite 200
>Washington, D.C. 20010

>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001


Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746


Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746


Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Otto Hines
1425 N Street, N.W.
Washington, D.C. 20005


Dated: July 16, 2007                              _____
                                                                Emily C. Capehart