# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,           )<br>                                          )<br>individually and on behalf                )<br>of all others similarly situated,          )<br>                                          )<br>            *Plaintiffs*,                )<br>   v.                                    )<br>                                          )<br>East Coast Express Eviction, et al.,      )<br>                                          )<br>            *Defendants*.                )<br>_____) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

**PLAINTIFFS' SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS
FROM DEFENDANT BUTCH ENTERPRISES, INC.**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiffs request that defendant Butch Enterprises, Inc. produce the following documents and tangible things for inspection and copying at the offices of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006 or at such other location as may be agreed upon by counsel within 30 days of the service of these requests.

**DEFINITIONS AND INSTRUCTIONS**

Except as otherwise specified, plaintiffs hereby incorporate by reference all instructions, definitions and rules of construction contained in Rule 34 of the Federal Rules of Civil Procedure and supplement such rules with the following instructions and definitions.

A.   Definitions

Unless the content of a specific request requires otherwise, the following definitions shall apply to these requests.

1.  The term "including" means "including but not limited to." The term "includes" means "includes but not limited to."

2.  The term "document" means all documents and electronically stored information within the scope of Federal Rules of Civil Procedure 26 and 34(a) and includes: letters, memoranda, handwritten notes, agreements, deeds, contracts, books, checks, canceled checks, invoices, sales receipts, charge receipts, personal receipts, bank records, tapes, computer printouts, data cards, programs or other input or output of data processing systems, photographs (positive print or negative), transcripts of interviews or testimony or notes of interview or testimony, diaries, calendars, logs, expense records or other financial data, charts, graphs, maps, drawings or other representational depiction, telephone records, telegrams, magnetic tape, dram or disk records, motion picture film, microfilm, e-mail, or microfiche. The terms "document" or "documents" also means every copy of a document where such copy is not an identical duplicate of the original.

3.  The terms "you" and "your" mean Butch Enterprises, Inc., including any predecessors and/or successors in interest, present and former parents, subsidiaries, divisions, and affiliates, and all present and former officers, board members, directors, owners, managers, employees, agents other representatives and any other person in whole or in part acting on behalf of any of the forgoing.

4. The terms "relating to," "relate to," "related to," and "regarding" include describing, discussing, reflecting, constituting, evidencing, referring to, pertaining to, concerning, involving, memorializing, dealing with and bearing on (whether legally, factually, or otherwise).

5. The term "identify," when referring to a natural person, means to state or reveal the relevant person's name, title and address and the entity employing the person at the relevant time.

6. The term "Bank Records" means any document related to any account; payment, deposit, withdrawal, or transfer of funds; credit or debit card; savings, investment, bank, check-cashing entity; money transfer service or other financial institution.

7. The term "Accounting Records" means any document related to financial statements, balance sheets, income, revenues, costs, profits, losses, assets, liabilities, cash flow, audits, and any other records of the financial activities, history, outlook, or situation of any person or entity.

B. Instructions

1. Produce all documents in the order they are kept in the ordinary course of business and in their original folders, binders, covers, or containers or a facsimile thereof.

2. These requests relate to all documents that are in your possession, custody, or control.

3. Produce the original of each document described below, or if the original is not in your custody, then a copy thereof, and in any event, all non-

3

        identical copies, which differ from the original or from the other copies produced for any reason, including the making of notes thereon.

4. Produce all electronically stored documents in their original, native form, meaning identical electronic files in their original formats. If a document has been stored in multiple different formats, and/or has been stored in paper as well as electronic form, produce all forms and formats of that document that are reasonably usable as well as those in which the document is ordinarily maintained.

5. If you redact a document or otherwise do not produce a document in full, you must so indicate on the document, state with particularity the reason or reasons it is not being produced in full, and describe with particularity those portions of the document that you are not producing.

6. If you withhold documents on the ground of privilege, for each withheld document provide all the information required by Fed. R. Civ. P. 26(b)(5) no later than the first date on which you produce documents.

7. Produce documents in such fashion as to identify the natural person in whose possession they were found and the business address of each document's custodian or custodians.

8. These document requests are deemed continuing as is required by Federal Rule of Civil Procedure 26(e).

9. Unless otherwise stated, all document requests herein refer to documents created during the period January 1, 1998 to the present (the "Relevant Time Period") and to documents relating to events or circumstances

during such period, even though dated, prepared, generated, used, or received prior or subsequent to that period.

### DOCUMENT REQUESTS

1. Documents sufficient to identify each current and former member of your board of directors and each current and former member of any committee or subcommittee of your board of directors.

2. Documents to sufficient to identify all current and former shareholders of you, the number of share each shareholder held at any moment in time during the Relevant Time Period, and the total number of shares.

3. Documents sufficient to show any changes in your corporate name.

4. Your articles of incorporation and your bylaws.

5. All documents relating to or correspondence with the Virginia State Corporation Commission.

6. All documents regarding your status as a corporation in the State of Virginia.

7. All minutes of any meeting of your board of directors and any subcommittee of your board of directors during the Relevant Time Period and all documents relating to any meeting of your board of directors during the Relevant Time Period.

8. All documents relating to any action taken by your board of directors or by any committee or subcommittee of your board of directors.

9. All documents relating to real or personal property you owned that is used by Irwin Staten or Kimbra Staten.

5

10. All documents relating to any transfer of money or payment between you and Irwin Staten or you and Kimbra Staten or you and any relative of Irwin Staten or you and any relative of Kimbra Staten.

11. All documents relating to any transfer of real or personal property between you and Irwin Staten or you and Kimbra Staten or you and any relative of Irwin Staten or you and any relative of Kimbra Staten.

12. All Bank Records related to your accounts.

13. All Accounting Records related to your accounts.

14. All documents relating to your workers compensation policy.

15. Independent contractor agreements signed by plaintiffs.

16. Any financial information regarding any plaintiff.

17. All corporate records of Butch Enterprises, Inc.


Dated: May 9, 2007

                                                          /s/ _____
Lee F. Berger (D.C. Bar # 482435)
Larry C. Dembowski (D.C. Bar # 486331)
Matthew D. Slater (D.C. Bar # 386986)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

6