# EXHIBIT D

CERTIFICATE OF SERVICE

I, Erika J. Davis, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on May 9, 2007, a copy of each of the foregoing:

- Plaintiffs' Second Request for Production of Documents from Defendant Irwin Staten dated May 9, 2007

- Plaintiffs' First Set of Interrogatories to Defendant Irwin Staten dated May 9, 2007

- Plaintiffs' First Set of Requests for Admission on Defendant Irwin Staten dated May 9, 2007

- Plaintiffs' Second Request for the Production of Documents from Defendant Butch Enterprises, Inc. dated May 9, 2007

- Plaintiffs' First Set of Requests for Admission on Defendant Butch Enterprises, Inc. dated May 9, 2007

was served by first-class mail, postage pre-paid, on the parties listed below:

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
Attorney for Butch Enterprises, Inc. and I. Staten

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, MD 21202
Attorney for Bob Ward and A & A Cardinal Eviction

J. Wyndal Gordon
The Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, MD 21202
Attorney for Bob Ward and A & A Cardinal Eviction

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
Attorney for A 1 Eviction Services and Tanya Smith

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: May 9, 2007

_____
Erika J. Davis