# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF LEE F. BERGER

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. As of the date of this affidavit, plaintiffs have never received a response from defendant Butch Enterprises, Inc. to Plaintiffs' Second Request for the Production of Documents from Butch Enterprises, Inc., served May 9, 2007.

3. As of the date of this affidavit, plaintiffs have never received a response from defendant Irwin Staten to Plaintiffs' Second Request for the Production of Documents from Irwin Staten or Plaintiffs' First Set of Interrogatories on Irwin Staten, both served May 9, 2007.

4. On July 5, Anne Newton McFadden and I met and conferred with David Fox, counsel for the Butch Defendants regarding the outstanding discovery requests discussed above. As I memorialized in my letter to David Fox later that day, a true and correct copy of which is

attached to this affidavit as Exhibit 1, Mr. Fox agreed to serve by mail and fax Butch Enterprises' responses to Plaintiffs' Second Request for the Production of Documents from Butch Enterprises, Inc. and Mr. Staten's responses to Plaintiffs' Second Request for the Production of Documents from Irwin Staten the by July 10. Mr. Fox also agreed to serve by mail and fax Mr. Staten's responses to Plaintiffs' First Set of Interrogatories on Irwin Staten by July 16.

5. As indicated in paragraphs 2-3 above, Butch Enterprises and Mr. Staten did not meet the deadlines to which Mr. Fox agreed during the July 5 meet and confer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2007

Lee F. Berger (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs*

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 17th day of July, 2007

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2