# EXHIBIT 1 of EXHIBIT E

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
STEPHEN J. BENHAM*
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M. CARROLL
KERRI J. CHASE
SHAWN J. CHEN
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S. ERICSSON
CHRISTOPHER D. HALE
MORGAN A. HARRIS
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND
MEGHAN A. IRMLER
DINAH R. KNIGHT

FIANA R. KWASNIK
CHRISTOPHER T. LEAHY*
JEFFREY LEASURE
JOHN R. LOATMAN
PATRICIA M. McDERMOTT
JOHN P. McGILL, JR.
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R. OLMSTED
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS*
NICOLE ROTHE*
PAUL R. ST LAWRENCE III
AUDRA L. SAVAGE
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
DANA D.C. WESTFALL
ASSOCIATES

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

July 5, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

Re: *Ashford, et al. v. East Coast Express Evictions, et al.*

Dear Mr. Fox:

   I write to memorialize the discussion from our meet and confer at your office this morning. In attendance were you for defendants Butch Enterprises, Inc. and Irwin Staten, and Anne Newton McFadden and I for plaintiffs.

   You committed to serving responses under Rule 34 to Plaintiffs' Second Request for the Production of Documents from Defendant Butch Enterprises, Inc. and Plaintiffs' Second Request for the Production of Documents from Defendant Irwin Staten by mail and facsimile by Tuesday, July 10, 2007. You also committed to serving responses under Rule 33 to Plaintiffs' First Set of Interrogatories to Defendant Irwin Staten by mail and facsimile by Monday, July 16, 2007.

   Although we discussed Mr. Hines' deposition and Mr. Gaskins' deposition, you indicated that you could not make a representation one way or another on that topic. Regarding

David E. Fox
July 5, 2007
Page 2

plaintiffs' motion for a protective order regarding your instruction to Mr. Gaskins that a deponent does not have to answer questions at the deposition if he does not want to, you did not agree that the instruction was improper or that you would refrain from giving such an instruction in the future.

You stated that you would give us proposed dates for depositions of Hassan Shakur and Sandy Green. Additionally, you indicated that you would identify other plaintiffs whom you would like to depose a second time. We agreed that we will discuss such second depositions with the witnesses you identify and get back to you about whether they agree to make themselves available as well about timing for any such potential second depositions.

If you feel this letter does not accurately reflect our agreements, please let me know as soon as possible.

Sincerely,

Lee F. Berger