**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

Harry Jakeyia Ashford, et al.,     )

)        Civil Action No. 06-cv-1561 (RJL)

individually and on behalf     )

of all others similarly situated,     )        Hon. Richard J. Leon

)

*Plaintiffs*,     )

v.     )

)

East Coast Express Eviction, et al.,     )

)

*Defendants*.     )

_____)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND MOTION TO COMPEL**
**DISCOVERY RESPONSES FROM DEFENDANTS**
**BUTCH ENTERPRISES, INC. AND IRWIN STATEN**

Having considered plaintiffs' Second Motion to Compel Discovery Responses from defendants Butch Enterprises, Inc. ("Butch Enterprises") and Irwin Staten, and the Memorandum of Law in support thereof, any responses thereto, any replies to any responses thereto, and for good cause shown, the Court finds that the proposed order to compel discovery responses from Butch Enterprises and Mr. Staten should be entered.

It is, therefore, ORDERED that:

1. Defendant Mr. Staten shall respond to Plaintiffs' First Set of Interrogatories within three days of the entry of this order.

2. Defendants Butch Enterprises and Mr. Staten shall provide a complete and proper response (including the production of all non-privileged responsive documents and the required written and signed responses) to Plaintiffs' Second Request for the Production of Documents From Defendant Butch Enterprises, Inc. and Plaintiffs' Second Request for

the Production of Documents from Defendant Irwin Staten, respectively, within three

days of the entry of this order.

SO ORDERED.

Dated: _____                    _____

                                                        Hon. Richard J. Leon
                                                        United States District Court Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: Mslater@cgsh.com
Email: Lberger@cgsh.com
Email: Ldembowski@cgsh.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email: dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746