IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., ) | | |
| ) | Civil Action No. 06-cv-1561 (RJL) | |
| individually and on behalf ) | | |
| of all others similarly situated, ) | Hon. Richard J. Leon | |
| ) | | |
| *Plaintiffs*, ) | | |
| v. ) | | |
| ) | | |
| East Coast Express Eviction, et al., ) | | |
| ) | | |
| *Defendants*. ) | | |
| ) | | |

## MOTION FOR LEAVE TO DEPOSE BRENDA THOMAS
## AFTER THE CLOSE OF DISCOVERY

Plaintiffs hereby request leave to take the deposition of Brenda Thomas outside the currently scheduled discovery period. Ms. Thomas does not oppose such a deposition. Allowing this deposition to be taken after the close of the current discovery period will accommodate the schedule of Ms. Thomas and her counsel and will not interfere with other deadlines in this matter. In support of this request, plaintiffs state as follows:

1. Ms. Thomas is the owner and president of defendant Big Time Movers, Inc. ("Big Time"). Plaintiffs have not deposed Ms. Thomas or any other representative of Big Time.

2. On May 17, 2007, plaintiffs issued and served on defendants a notice of deposition of Ms. Thomas scheduling her deposition for June 14, 2007.

3. On June 4, 2007, counsel for Ms. Thomas and Big Time informed plaintiffs' counsel that Ms. Thomas would not be able to attend the deposition on June 14 and requested that the deposition be rescheduled.

4. On June 7, 2007, counsel for Ms. Thomas and Big Time informed plaintiffs' counsel that Ms. Thomas could attend a deposition during the weeks of July 16 or 23, with the exception of July 17.

5. On June 10, 2007, plaintiffs' counsel sent counsel for Ms. Thomas and Big Time an e-mail accepting the offer to schedule the deposition for July 16, 2007.

6. On July 10, 2007, plaintiffs issued and served on defendants an amended notice of deposition scheduling her deposition for July 16, 2007.

7. On July 12, 2007, counsel for Ms. Thomas and Big Time informed plaintiffs' counsel that he would not be able to attend the deposition on July 16 because of a conflict with other court commitments. Counsel for Ms. Thomas and Big Time requested that the deposition be rescheduled to July 31, 2007, to accommodate his schedule for a trial in federal court in Baltimore, Maryland.

8. Plaintiffs' counsel has discussed or attempted to discuss this motion with counsel for all defendants that are not currently in default. Counsel for defendants Butch Enterprises, Inc. and Irwin Staten did not return plaintiffs' counsel's phone message, so plaintiffs do not know whether those defendants oppose this motion. No other litigating defendant opposes this motion.

9. The next appearance scheduled in this matter is a status conference scheduled for August 17, 2007, at 11:00 a.m. Granting the present motion will allow the requested deposition

to take place more than two week before that status conference and will not interfere with the schedule for the status conference.

Accordingly, plaintiffs request that the Court permit plaintiffs to take the deposition of Ms. Thomas outside the currently scheduled discovery period.

Dated: July 18, 2007

Respectfully Submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 18, 2007, a copy of the foregoing Motion for Leave to Depose Brenda Thomas After the Close of Discovery and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>davidefox@gmail.com

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044

>Melvin L. Otey
>Law Offices of Melvin L. Otey, PLLC
>3609 Georgia Avenue, N.W., Suite 200
>Washington, D.C. 20010

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001


Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001


Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746


Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746


Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019


Dated:  July 18, 2007                                            /s/ Emily C. Capehart
                                                                            Emily C. Capehart