# EXHIBIT F

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 7:46 am on June 21, 2007, I served East Coast Express Eviction a/k/a All American Way and/or A-Team at 1st Street, NE and O Street, NE, Washington, DC 20002 by serving Nelson Terry, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     48
HEIGHT-  5'6"
HAIR-    BLACK/GRAY
WEIGHT-  220
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   6/22/07
               Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189883