# EXHIBIT G

DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

1 (Pages 1 to 4)

---

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3     ----------------------------------:
 4   HARRY JAKEYIA ASHFORD, et al.,   :
 5          Plaintiffs    : Civil Action
 6   v.                   : No. 06cv1561
 7   EAST COAST EXPRESS EVICTION,      :
 8   et al.,                          :
 9          Defendants       :
10     ----------------------------------:
11
12          Deposition of NELSON TERRY
13              Washington, D.C.
14            Wednesday, July 18, 2007
15                 1:21 p.m.
16
17
18
19
20   Job No.:  1-107419
21   Pages  1 - 101
22   Reported By:  Susan B. Fillmore, R.P.R.
```

---

3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS:
 3       LEE F. BERGER, ESQUIRE
 4       LARRY C. DEMBOWSKI, ESQUIRE
 5       MATTHEW J. BERMAN, ESQUIRE
 6       JANE S. NEWPORT, ESQUIRE
 7       CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 8       2000 Pennsylvania Avenue, Northwest
 9       9th Floor
10       Washington, D.C. 20006
11       202.974.1500
12
13
14
15
16
17
18
19
20
21
22
```

---

2

```
 1        Deposition of NELSON TERRY, held at the
 2   offices of:
 3       CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4       2000 Pennsylvania Avenue, Northwest
 5       9th Floor
 6       Washington, D.C. 20006
 7       202.974.1500
 8
 9
10
11
12
13
14
15
16
17        Pursuant to Notice before Susan B.
18   Fillmore, Registered Professional Reporter and
19   Notary Public in and for the District of Columbia.
20
21
22
```

---

4

```
 1              C O N T E N T S
 2   EXAMINATION OF NELSON TERRY         PAGE
 3     By Mr. Berger              5
 4           E X H I B I T S
 5         (Attached to transcript)
 6   TERRY DEPOSITION EXHIBIT           PAGE
 7   1  Plaintiff's First Request for the      96
 8      Production of Documents from Defendant
 9      Terry Nelson
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 3 of 38
DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

2 (Pages 5 to 8)



5

1    P R O C E E D I N G S
2         NELSON TERRY,
3    having been duly sworn, testified as follows:
4         EXAMINATION BY COUNSEL FOR PLAINTIFFS
5    BY MR. BERGER:
6    Q    Could you please state your full name for
7    the record.
8    A    Nelson M. Terry, Senior.
9    Q    So, Mr. Terry, you understand that your
10   testimony today is under oath; is that correct?
11   A    Yeah.
12   Q    And that you have sworn to tell the truth
13   in all of your testimony.  Do you understand that to
14   be true?
15   A    To the best of my knowledge.
16   Q    Now, you are required by law to answer
17   each and every question I ask you truthfully, unless
18   the question is protected by a privilege, like a
19   privilege like the attorney-client privilege.  Do
20   you understand that?
21   A    Uh-huh.
22   Q    You have to say yes or no, sir.

6

1    A    Yes.
2    Q    Okay.  And the responses that you do give
3    need to be verbal, such as yes or no or an answer,
4    but it cannot be just a nod or a grunt.
5    A    Okay.
6    Q    Also we should -- can we agree that only
7    one of us should talk at a time?  I'll ask a
8    question, and when I'm done with my question, you
9    can answer.  And I'll wait for you to finish
10   answering your question.  Is that agreeable to
11   you?
12   A    I suppose.  I got a question to ask.
13   Q    Well, this deposition works such that I
14   ask you questions and you answer them.  I suppose
15   you can ask a question if you would like, but --
16   A    I don't agree.  I think I should have a
17   right to ask you a question if I disagree with the
18   question you ask.
19   Q    If you disagree with the questions, we can
20   see what kind of questions you have.
21   A    Okay.
22   Q    But if you do answer a question that I ask

7

1    you, I'll assume that you understand the question
2    that I'm asking.  And if you don't understand --
3    A    If I don't understand, I'll ask you to
4    repeat it.
5    Q    Great.  Okay, thank you.
6         And if you don't, if you need me to repeat
7    a question or if you don't understand any of the
8    terms or whatever I'm saying, just please ask me to
9    clarify and I will.  Okay?
10   A    I will.
11   Q    Okay.  So is there any reason that you can
12   think of that you can't testify today truthfully and
13   fully?
14   A    I see no reason why.  That's what I'm here
15   for.
16   Q    Are you on any medications that might
17   impact your memory?
18   A    Possibly, possibly.
19   Q    What kind of medications are you on?
20   A    I'm on 11.
21   Q    What medications are you on?
22   A    I can't think of all the names.  There's

8

1    11 medications I've had.  I have had two strokes.  I
2    have a blockage, and I have four stents in my
3    heart.
4    Q    And do any of those medicines impact your
5    memory?
6    A    It does sometimes.
7    Q    And what kind of impacts does it have on
8    your memory?
9    A    I'm not a doctor, so I don't know, but I
10   know he give me a -- lot of times I try to think
11   of -- some days I notice I'm trying to think of the
12   name, and I can't recall the name.
13   Q    Okay.  Are you on any illegal drugs today?
14   A    No.  I never use it in my life.
15   Q    Okay.  And have you drank any alcohol
16   today?
17   A    No, I don't drink.
18   Q    Okay.  Besides -- are you currently ill?
19   A    Huh?
20   Q    Are you currently sick?
21   A    Yes, I am.
22   Q    And what illness do you have?

Case 1:06-cv-01561-RJL-JMF     Document 106-8     Filed 07/19/2007     Page 4 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

3 (Pages 9 to 12)

9

1     A   I've had two stroke.  I have a
2   full-fledged stent in my heart, and I have a
3   blockage in my leg.
4     Q   Okay.
5     A   I'm not a well man.
6     Q   But those maladies themselves, not the
7   medications that you mentioned before but the
8   maladies themselves, don't impact your memory.
9     A   I don't know what impact my memory, but I
10  know my memory is bad, and I walk and I stagger.
11    Q   Okay.  So if you need to take a break at
12  any time during this deposition, please let us know.
13  There may be times we ask to take a break, and
14  we will take a break at that time.  Okay?
15    A   Go right ahead.
16    Q   Okay.  Do you have an attorney in the
17  Ashford case?
18    A   No, I don't.
19    Q   Are you aware that you have the right to
20  be represented if you want to be represented?
21    A   Huh?
22    Q   Are you aware that you have the right to

10

1   be represented?
2     A   Can't afford one.
3     Q   Okay.  And so therefore because of the
4   cost, you have not chosen to be represented; is that
5   correct?
6     A   Right.
7     Q   Okay, when were you born, sir?
8     A   Huh?
9     Q   When were you born?
10    A   '40.
11    Q   1940?
12    A   Yeah.
13    Q   And so how old are you now?
14    A   I'm going to be 68 next month.
15    Q   And where do you live right now?
16    A   29 U Street, Northwest.
17    Q   How long have you lived there?
18    A   About 35 years.
19    Q   Did you graduate from high school, sir?
20    A   Nope.
21    Q   Okay.  Were you born here in the United
22  States?

11

1     A   No.
2     Q   Where were you born?
3     A   Born in Belize.
4     Q   And when did you come to the United
5   States?
6     A   1961.
7     Q   Okay.  Are you a citizen now?
8     A   Pardon?
9     Q   Are you a U.S. citizen now?
10    A   Yeah.
11    Q   Okay.  Have you ever been deposed before?
12    A   Huh?
13    Q   Have you ever been deposed before today?
14    A   Deported?
15    Q   Have you ever attended a deposition before
16  today?
17    A   I said no before.  You asked me the same
18  question.
19    Q   Yes, we're asking on the record now this
20  time.  So the answer is no?
21    A   No.
22    Q   Okay.  How would you describe your

12

1   employment right now?
2     A   What do you mean how I describe my
3   employment?
4     Q   What do you do for a living?
5     A   I'm eviction company.
6     Q   Okay.  And which eviction company do you
7   work for?
8     A   East Coast.
9     Q   Is that the full name of the company?
10    A   Yeah.
11    Q   Is it perhaps East Coast Express
12  Eviction?
13    A   It's the same name, East Coast Eviction
14  Company.  I said yes.
15    Q   All right.  And before you -- and were you
16  the person who formed East Coast Express Evictions?
17    A   Yes, I did.
18    Q   And when did you form East Coast Express
19  Evictions?
20    A   About five years ago.
21    Q   Okay.  Before you formed East Coast
22  Express Evictions, what did you do for a living?

Case 1:06-cv-01561-RJL-JMF     Document 106-8     Filed 07/19/2007     Page 5 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

4 (Pages 13 to 16)

13

1    A    Upholstering.
2    Q    I'm sorry, could you repeat that?
3    A    Upholstering.
4    Q    And what did you do in that position?
5  Describe your duties.
6    A    Describe upholstering?
7    Q    You were -- I guess I don't understand
8  what you were saying.  You're saying a --
9    A    I build furniture like this.
10   Q    Oh, upholstering, I apologize.  Okay.  And
11 what made you decide to start working -- to form an
12 eviction company?
13   A    Because of my health.  And I'm also
14 diabetic and high blood pressure.  I forgot to put
15 those in.
16   Q    Okay.  And why did you choose to form an
17 eviction company versus another field when you
18 decided that you didn't want to do upholstering
19 anymore?
20   A    Because I had a friend of mine who was in
21 it.
22   Q    Okay.

14

1    A    He told me to go in it.  And he went out,
2  and I took his over.
3    Q    Okay, and who was your friend?
4    A    Herbert Gaines.
5    Q    Herbert Gaines.  And does Mr. Gaines still
6  work in the evictions industry?
7    A    I'm sorry?
8    Q    Does Mr. Gaines still work in the --
9    A    No, Mr. Gaines is dead.
10   Q    Okay.  And so you took over his company
11 when he left the industry?
12   A    Uh-huh.
13   Q    And did he leave the street because he
14 died?
15   A    No.
16   Q    So before he died, he handed over his
17 company to you.
18   A    Uh-huh.
19   Q    And before you took it over, was it still
20 called East Coast Express Eviction?
21   A    No, it was not.
22   Q    Okay.  So before you joined East Coast

15

1  Express Evictions, or before you formed East Coast
2  Express Evictions five years ago, you had never been
3  in the evictions industry before; is that correct?
4    A    No.
5    Q    So besides East Coast Express Evictions,
6  have you ever owned any other businesses?
7    A    Upholstery shop.
8    Q    Okay, and how long did you own the
9  upholstery shop?
10   A    I don't know.  Don't remember.
11   Q    Okay.  And do you still own the upholstery
12 shop?
13   A    No.
14   Q    Did you sell the upholstery shop to
15 someone else?
16   A    No.  Just closed it down.
17   Q    Okay.  So is East Coast Express Evictions
18 incorporated?
19   A    Nope.
20   Q    Does it have any other form of limited
21 liability that you know of?
22   A    What?

16

1    Q    Have you taken any steps to give it some
2  other kind of form besides just a proprietorship?
3    A    I don't understand.
4    Q    Okay.  Have you ever filed any papers with
5  a government authority about East Coast Express
6  Evictions?
7    A    Yeah.
8    Q    What kind of papers have you filed?
9    A    What I need to file.
10   Q    And what kind of papers were those --
11   A    Taxes.
12   Q    Taxes.  Okay, besides taxes, have you
13 filed any other types of papers?
14   A    Nope.
15   Q    Okay.  So where is East Coast Express
16 Evictions physically located?
17   A    29 U Street, Northwest.
18   Q    So you are running it out of your home; is
19 that correct?
20   A    Yeah.
21   Q    Do you have a separate part of your home
22 that is the office?

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 6 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

5 (Pages 17 to 20)

17

1    A    Yeah.
2    Q    Okay, so if I refer to East Coast
3 Express's office, I'll be referring to that portion
4 of your house that houses the East Coast Express
5 Evictions' operations.  Do you understand that?
6    A    Uh-huh.
7    Q    Okay.  So do you know how long -- I know
8 that you said you didn't remember the name of it,
9 but do you know how long Mr. Gaines was owning the
10 company?
11    A    No, I don't know.
12    Q    Okay.  Have you ever changed the name of
13 the company since you first started calling it East
14 Coast Express Evictions?
15    A    I'm sorry?
16    Q    Have you ever changed the name of the
17 company?
18    A    Nope.
19    Q    Okay, so it's always been East Coast
20 Express Evictions.
21    A    To my knowledge.
22    Q    Okay.  And you say to your knowledge.

18

1 Would there be any other person besides you who
2 would be able to change the name of the company?
3    A    I don't think so.
4    Q    And you are the sole owner of the company;
5 is that correct?
6    A    You already asked me that question already
7 Man.  What, are you trying to turn me around back
8 and forth?  You asked me the same question earlier.
9 If I'm the owner?  Yes.  Is it sole proprietor?
10 Yes.  So I'm going back and forth with you?
11    Q    No, I'm just -- I'm sorry, I'm asking you
12 just whether you were the only owner.  I didn't ask
13 you before if --
14    A    You asked me the same question before.
15    Q    Okay.  Well, I --
16    A    And I answered you.  What do you want?
17    Q    Okay.  Who at East Coast Express Evictions
18 makes decisions regarding hiring of employees?
19    A    We don't have nobody.
20    Q    You don't hire anybody.
21    A    We don't hire nobody.  Nobody work for us.
22    Q    So how do you perform evictions?

19

1    A    Nobody work for me, rather.
2    Q    Okay.  So who performs evictions for East
3 Coast Express?
4    A    The guys in the street work for themself.
5 When they work, they get paid.
6    Q    Okay.  So when East Coast Express Eviction
7 performs evictions, you said that the guys on the
8 streets perform and they work for themselves.
9    A    Right.
10    Q    So do you, then, pay them to perform the
11 evictions?
12    A    Right.
13    Q    Okay.  So who makes the decisions as far
14 as which of those individuals on the street are
15 hired to perform that particular eviction?
16    A    I pay them.
17    Q    Okay, you pay them.
18    A    Yeah.
19    Q    Do you make the decision as to who's hired
20 and who's not hired?
21    A    No, I don't make that decision.  When
22 you're working a truck, they get in.  Then you tell

20

1 them what you want.  You go about your business.
2    Q    So are you the driver of the truck for
3 East Coast Express Evictions?
4    A    Yes, I drive.
5    Q    Are there any other people that drive
6 trucks for East Coast Express Evictions?
7    A    Sometimes.
8    Q    Who are those people?
9    A    Different people different time.  Nobody
10 special.  You got a driver's license, I need a
11 driver, I use you.
12    Q    Okay.  Can you tell me over the last
13 year --
14    A    No.
15    Q    -- who the people are who drove?
16    A    No, I can't tell you that.  I don't -- I
17 can't remember over the last year.
18    Q    Okay.  Can you tell me who over the last
19 month has driven been East Coast Express Evictions.
20    A    Since you all destroyed me, I don't have
21 no jobs no more.  I don't use no drivers no more.
22 I'm doing most of the driving.  When you-all put

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 7 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

6 (Pages 21 to 24)

21

1 that stuff on the internet about my company, you-all
2 destroyed me then, and I've been getting, like, one
3 or two jobs a week. And that's all I'm working, so
4 I'm driving.
5     Q    So in the last, in the last month, you
6 have been the only person to drive a van for East
7 Coast Express Evictions?
8     A    To my knowledge, what I can remember.
9     Q    Okay. And so for how long have you been
10 the only driver for East Coast Express Evictions?
11    A    I don't remember.
12    Q    Okay, has it been more than three months?
13    A    I don't remember.
14    Q    Okay. So besides yourself, is there
15 anyone else who works in any capacity for East Coast
16 Express Evictions?
17    A    No.
18    Q    How about Tara McLean?
19    A    Pardon me?
20    Q    Tara McLean?
21    A    Tara McLean hasn't worked for me for
22 nearly three years. Tara McLean went off and had

22

1 three babies in two years. I don't know where she
2 at. As a matter of fact, you all sent a piece of
3 paper to 27 U Street, which the people had brought
4 over to my house and gave to me, and I intended to
5 bring it back and give it back to you guys, so
6 you-all sent it Federal Ex to Tara McLean. And Tara
7 McLean does not live there, and I haven't seen Tara
8 McLean in years. Tara McLean went off and had three
9 babies in two years.
10    Q    So Tara McLean has not been at the, at or
11 near the 29 U Street address in three years; is that
12 correct?
13    A    Tara McLean never live at 29 U Street.
14 She never lived there.
15    Q    But she has worked there; is that correct?
16    A    She had worked on the truck with me.
17    Q    Okay. And when was the last time she
18 worked on the truck with you?
19    A    I don't remember.
20    Q    So does anyone else work in the East Coast
21 Express Evictions office but you?
22    A    You asked me and I answered you already.

23

1 No, nobody work for me. Only me run my office. I
2 don't have that much. I can't afford nobody. You
3 all have destroyed me.
4     Q    So what kind of records does East Coast
5 Express Evictions keep?
6     A    I don't, I don't know what you mean.
7     Q    When you do an eviction, do you ever write
8 down any information about that eviction on paper?
9     A    Yes, I do.
10    Q    And what do you do with that information?
11    A    Put the paper in it, in the file cabinet.
12    Q    So you have -- in the East Coast Express
13 Evictions office, you have a filing cabinet that has
14 information on evictions that you've performed; is
15 that correct?
16    A    No, I have some of them.
17    Q    Okay. And is that a practice that you've
18 had, writing down information about evictions and
19 putting in the filing cabinet, since you started
20 East Coast Evictions five years ago?
21    A    I have some of them. I don't have all of
22 them.

24

1     Q    Okay. And the ones that you don't have,
2 the ones that -- when did you get rid of them?
3     A    I don't know. I don't remember.
4     Q    Have you gotten rid of them in the last
5 year?
6     A    Pardon?
7     Q    Have you gotten rid of those in the last
8 year?
9     A    I don't remember.
10    Q    Do you ever take down any information
11 about the people that you hire?
12    A    Nope.
13    Q    Okay.
14    A    Any time you take down information for
15 people that you hire, 99 percent of the people are
16 either criminals or drug addicts. And when you ask
17 them for a name, they give you a name -- I used to
18 collect name -- they give you a name and they give
19 you 2nd and D as their address. Nobody ever give
20 you right name because police is always looking for
21 somebody.
22        So nobody gives you a right name. Even

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 8 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

7 (Pages 25 to 28)

25

1  the U.S. marshal used to collect names, and they
2  stopped.  Because everybody put down a name.  We
3  used to write the lists out and give it to the
4  marshal with the names of the people, and when they
5  said John Smith, no John Smith comes, because
6  somebody wrote John Smith down.  You don't get no
7  name from nobody.
8      Q    So on the information that you do keep
9  about the eviction and for those files that you have
10 kept in the filing cabinet, do you have information
11 on where the eviction took place?
12     A    Some of them.
13     Q    And you have information on when the
14 eviction took place?
15     A    Some of them.
16     Q    And do you have information on how long
17 the eviction took to perform?
18     A    No.
19     Q    Do you have information on when evictions
20 were scheduled but they canceled?
21     A    I don't remember.
22     Q    Do you have information on the amount that

26

1  the East Coast Express Evictions was given to
2  perform the eviction, the amount that was paid to
3  you?
4      A    Don't remember.
5      Q    Do you have information in those files
6  about the number of employees you hired to work on
7  that eviction, on a particular eviction?
8      A    Come down to the same thing, asking people
9  for the names.  They don't give you no names, so you
10 can't collect that information.
11     Q    Okay, so you don't even write down the
12 number of people; is that correct?
13     A    The number of people is in your head.  A
14 one-bedroom require ten people.  You get ten
15 people.
16     Q    And you say it's required.  Who
17 requires?
18     A    The United States marshal.
19     Q    Okay, so the United States marshal
20 requires that if there's one bedroom, you need ten
21 people to perform the eviction, correct?
22     A    Right.

27

1      Q    And what about a two-bedroom?
2      A    You need 15 people.
3      Q    And is there a standard for a
4  three-bedroom?
5      A    Call the U.S. marshal and get the answer,
6  because I don't remember.
7      Q    Okay.  Is there a difference between a
8  studio apartment and one-bedroom, or is a studio
9  apartment also ten people?
10     A    A studio is a efficiency.
11     Q    Yes, sorry, an efficiency.
12     A    The same thing.
13     Q    Okay.  It's the same thing, you mean ten
14 people, correct?
15     A    Uh-huh.
16     Q    I'm sorry, is that yes?
17     A    I said yes.
18     Q    Okay, thank you.
19          And is there a set amount for a house, or
20 is a house the same, based on the number of
21 bedrooms, as an apartment?
22     A    A house is 25 people.

28

1      Q    Okay.  So I just would remind you that you
2  do have the legal obligation to maintain documents
3  that are related to this litigation.  So to the
4  extent that you do have any documents or create any
5  documents that concern the evictions that you
6  performed or the people that you employed, you are
7  under obligation to keep that.
8      A    I do not have the name of any people that
9  perform eviction because people does not give you
10 their name.  They don't give you their rightful
11 name.  The U.S. marshal used to require that you
12 give them, that you get people's name, and the
13 marshal stops because you never give the right name.
14 Most of the guys are wanted by police or by the
15 court or something.  They do not give you their
16 name.
17     Q    Thank you.
18     A    So I have nobody name.
19     Q    So when East Coast Express Evictions
20 performs evictions, where geographically do those
21 evictions take place?
22     A    Geographically?  I don't understand that.

Case 1:06-cv-01561-RJL-JMF   Document 106-8   Filed 07/19/2007   Page 9 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

8 (Pages 29 to 32)

29

1   It take place in Washington.
2       Q   All right, so they take place in the
3   District of Columbia, correct?
4       A   Uh-huh.
5       Q   They take place in Maryland?
6       A   Yeah.
7       Q   Do they take place in Virginia?
8       A   We don't do no work in Virginia.
9       Q   Okay.  In Maryland, do they take place in
10  Prince George's County?
11      A   In Maryland, general.
12      Q   So, I'm sorry, I don't understand that.
13  Are you saying that --
14      A   Generally if we do eviction in Maryland,
15  we do them all over.
16      Q   Okay, so would you ever work as far up as
17  Baltimore?
18      A   Maryland means Maryland.  The state of
19  Maryland, I work in.
20      Q   Okay, so you work throughout the state of
21  Maryland; is that correct?
22      A   I answered you already.  You asked me if I

30

1   worked in Maryland.  I told you yes.
2       Q   Okay, and now I'm asking if you work in
3   every part of Maryland.
4       A   I answered you I work in Maryland.  I work
5   in Maryland.  I work in the District of Columbia.
6       Q   Okay.  So then you would agree that among
7   the places in Maryland that you've worked, you've
8   worked in Prince George's County; is that correct?
9       A   I worked in Maryland.
10      Q   So are you refusing to tell me which
11  places in particular --
12      A   I'm not refusing to tell you.  I'm
13  answering I work in Maryland.  What do you want?
14      Q   I want you either to tell me you've worked
15  in every county in Maryland or which counties in
16  Maryland you've worked in.
17      A   I work in Maryland; I work in District of
18  Columbia.
19      Q   Okay, so I'm ...
20      A   If I work in P.G., I don't remember.
21      Q   So you're saying that you know you work in
22  Maryland, but you don't remember which particular

31

1   counties?
2       A   I don't know what geographically they are.
3   I don't remember.
4       Q   So of the evictions that you have worked
5   on, roughly what percentage are rental units?
6       A   I don't know.
7       Q   Do you ever do commercial evictions?
8       A   Pardon me?
9       Q   Do you ever do evictions for commercial
10  establishments?
11      A   Sometime, yeah.
12      Q   And approximately what percentage of your
13  work is commercial establishments?
14      A   Maybe 1 percent or less, maybe a half a
15  percent.
16      Q   So the rest is residential?  Is that
17  correct?
18      A   Pardon?
19      Q   The rest of your work is residential; is
20  that correct.
21      A   Uh-huh.
22      Q   Is that yes?

32

1       A   Yeah.
2       Q   Thank you, sir.
3           Have you ever performed something called a
4   trash out?
5       A   I don't know what you're taking about?
6       Q   Have you ever performed an eviction where
7   there was no -- where the resident had already
8   vacated the premises, and therefore you only had to
9   carry out possessions because the resident had long
10  since left?
11      A   That's an eviction.
12      Q   So there's no -- it makes no difference to
13  you that whether the resident is there or the
14  resident is not there; is that correct?
15      A   That's not up to me.  That's up to the
16  U.S. marshal.
17      Q   Okay.  So who hires East Coast Express
18  Evictions?
19      A   The same people you-all wrote letters to
20  and tell them not to use us because we are the bad
21  people.  That caused my business to crash.  So
22  you-all know who all you sent the letters to.

33
1    Q    So landlords hire you.
2    A    Yeah, well, you sent it to the landlord,
3    tell them.
4    Q    Do you have any contracts with particular
5    landlords for repeat business?
6    A    Nope, I don't, after you all destroyed.
7    Q    So every -- before the inception of this
8    lawsuit, did you have contracts with particular
9    landlords?
10   A    I don't remember.
11   Q    If you did have contracts --
12   A    I don't remember.
13   Q    -- would you have a copy --
14   A    I don't remember.
15   Q    If you did have contracts.
16   A    I don't remember I had contracts or not.
17   Q    Okay, but if you did have them, would they
18   be --
19   A    I don't have --
20   Q    -- in the file cabinet?
21   A    I wouldn't know.
22   Q    Okay.

34
1    A    I don't remember.
2    Q    So would mortgage companies ever call you
3    up to perform evictions?
4    A    Who?
5    Q    Mortgage companies.
6    A    What mortgage company?
7    Q    Would a bank ever call you up to perform
8    an eviction on a foreclosed property?
9    A    I didn't deal with no bank.
10   Q    Okay.
11   A    Not to my knowledge.
12   Q    Okay. So your business generally, then,
13   came from customers who would just call you up out
14   of the blue and say, We're performing an eviction;
15   come down to perform the eviction. Is that
16   correct?
17   A    What was the question?
18   Q    How did your customers identify East Coast
19   Express Evictions as --
20   A    I don't know.
21   Q    Okay. And how did they contact you to
22   perform evictions?

35
1    A    That's by telephone.
2    Q    Did you call them to solicit work, or did
3    they --
4    A    Me call them?
5    Q    Yes.
6    A    No, they called me.
7    Q    They called you. How far in advance do
8    they typically call you before an eviction?
9    A    Sorry?
10   Q    How many days in advance?
11   A    I don't know. They call any time they
12   choose.
13   Q    Okay. Is it typically a week before the
14   eviction occurs?
15   A    I don't know; it depends. Call the same
16   day sometime.
17   Q    Okay. Would you say they often called the
18   same day?
19   A    No, I didn't say that.
20   Q    My question is would you say that, not did
21   you say that.
22   A    I said they call any time.

36
1    Q    Okay.
2    A    They can call the same day sometimes.
3    Q    Do you ever schedule more than one
4    eviction for a day?
5    A    I don't schedule the eviction.
6    Q    Do you perform more than one eviction on a
7    day?
8    A    Yeah.
9    Q    If you perform more than one eviction on a
10   day, do you use the same crew of workers?
11   A    Pardon me?
12   Q    If you perform more than one eviction on a
13   single day, do you use the same crew of workers to
14   perform those evictions?
15   A    Depends.
16   Q    What does it depend on?
17   A    Depend on what time the eviction and
18   depend what time they need the crew.
19   Q    So what time -- I'm sorry. So how many
20   days a week do you usually perform evictions?
21   A    I don't perform eviction special days of
22   week. I perform eviction when they call me. The

Case 1:06-cv-01561-RJL-JMF     Document 106-8     Filed 07/19/2007     Page 11 of 38
DEPOSITION OF NELSON CLARK
CONDUCTED ON WEDNESDAY, JULY 18, 2007

10 (Pages 37 to 40)

37
1  U.S. marshal perform the eviction five days a week,
2  but I have no say on it until somebody call me to do
3  a job. I may get one job a week. Sometime I get
4  three jobs, one each day. Sometimes I get none.
5      Q   So on the average day in 2006 before the
6  lawsuit was filed, how many evictions did you
7  perform on an average day?
8      A   I don't know.
9      Q   So what factors determine whether
10 evictions can occur on a particular day? I'll
11 rephrase the question.
12         Does the weather impact whether evictions
13 can be performed on a certain day?
14     A   The marshal, United States marshal call
15 the shot. We do not do eviction unless the marshal
16 says they're doing eviction. We don't call no shot.
17 The marshal call the shot.
18     Q   Do you know if the weather influences the
19 marshal's decision?
20     A   I don't know what the call is on, but they
21 call it on there when it says no eviction, no
22 eviction.

38
1      Q   Okay. So how many evictions did East
2  Coast Express Evictions perform last week?
3      A   I don't know.
4      Q   You don't know how many were performed
5  last --
6      A   I don't remember.
7      Q   Did you perform any evictions yesterday?
8      A   Pardon me?
9      Q   Did you perform any evictions yesterday?
10     A   Did I perform any evictions today?
11     Q   Yesterday.
12     A   Yeah, I did.
13     Q   And did you do any day before that, on
14 Monday?
15     A   I don't remember.
16     Q   You don't remember whether you performed
17 any evictions on Monday.
18     A   Huh-uh.
19     Q   Two days ago; is that correct?
20     A   I just answer you.
21     Q   But I was just waiting for a yes or no
22 because you didn't --

39
1      A   I answer you because I don't remember. As
2  I say, sometimes I can remember things; sometimes I
3  can't. I know people personally, and I'm looking
4  and going, like, What's your name, what's your name?
5  I don't remember. And I'm getting downgraded
6  because I don't remember.
7      Q   Okay. Can you estimate how many evictions
8  you performed in 2006?
9      A   Pardon me?
10     Q   Can you tell me how many evictions,
11 approximately, you performed in 2006?
12     A   I don't have the slightest idea. I don't
13 know.
14     Q   Do you remember the number of evictions,
15 approximately, that you performed from September
16 2003 until today?
17     A   Pardon me?
18     Q   Do you remember or do you know the number
19 of evictions that you performed from September 2003
20 until today?
21     A   If I can't remember from Monday to today,
22 how would I remember from 2003 to now? No, I don't

40
1  remember.
2      Q   Okay. So when you hire a, when you hire
3  homeless workers to perform on evictions, what time
4  in the morning do you typically hire them?
5      A   9:00 o'clock.
6      Q   Okay. And what time do they typically end
7  work?
8      A   If you have one job, you might be finished
9  by 9:15 or 9:30.
10     Q   Okay, so you hire them at 9:00.
11     A   And if you have one job, you get on the
12 job and the job is canceled, you're finished for the
13 day. That's all you have.
14     Q   Is 9:00 o'clock the time when they're
15 picked up, or is 9:00 o'clock the time when --
16     A   9:00 o'clock is when you go to jobs, when
17 you leave and go to the job site.
18     Q   Okay, so what time --
19     A   When you get to the job site, that's 9:15.
20 And the job finish by 9:30, you're gone.
21     Q   Okay. So do people get on the van before
22 you leave?

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 12 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

11 (Pages 41 to 44)

41
1    A    I can't leave without them on the van.
2    Q    Okay.  So what time do people typically
3    get on the van?
4    A    They get on the van when they get ready.
5    Q    And approximately what time is that?
6    A    Anytime they get ready.  Some of them get
7    on 5 minutes to 9:00.  Some of them get on 10 after
8    9:00.  Just depends.  What time you leaving?  9:00
9    o'clock.  All right, I'm coming.
10    Q    And what do you do to identify the
11    workers?  You said that they tell you, All right,
12    I'm coming.  Does that mean that you go somewhere to
13    get them?
14    A    What do I do to identify them?
15    Q    I'll rephrase the question.  What do you
16    do to recruit workers for the day?
17    A    They come to your van.  You park your van;
18    they come to you.  You know what the rules is.  You
19    guys were down there ...
20    Q    So have you ever gone into a homeless
21    shelter or soup kitchen to recruit workers?
22    A    Not to my knowledge.

42
1    Q    Okay, so the only way that you have ever
2    recruited workers is by waiting in your van and they
3    appear.
4    A    You park your van on the street, and they
5    come to you.  They see them go on the street, you
6    holler out them.
7    Q    Okay, and where do you park your van?
8    A    On 1st Street or on ... whew.  On 1st
9    Street or on O Street.
10    Q    Okay.  Do you ever wait at other
11    locations?
12    A    I don't remember.
13    Q    So you mention that you hire people from
14    the street.  Why do you hire people from the street
15    as opposed to other labor sources?
16    A    Because other people who would work there
17    could not do no eviction.  They tell you, I'm not
18    putting out nobody, I'm not doing no eviction.
19    Q    So have you ever -- and please correct me
20    if I'm wrong -- but the Wall Street Journal quoted
21    you as saying that you hire people from --
22    A    They couldn't quote me because nobody

43
1    interviewed me, nobody talked to me.  This is the
2    first time I've talked to anybody about this issue.
3    So they couldn't quote me, because nobody talks to
4    me.  Not one reporter, nobody, nobody ever asked me
5    any question.  So don't tell me no quote, because
6    nobody couldn't quote me.
7    Q    So it's your testimony, then, that the
8    Wall Street Journal article that says that they have
9    quoted you is a misquote, that no reporter ever
10    talked to you.  Is that correct?
11    A    No reporter ever talked to me, so nobody
12    can quote me.
13    Q    Okay, so you've never hired any temporary
14    workers; is that correct?
15    A    No.
16    Q    From any kind of temp agency; is that
17    correct?
18    A    I said no.
19    Q    And have you ever considered doing that?
20    A    Yes, I have considered doing it, but the
21    guy said they're not doing no eviction.
22    Q    And do you remember what company, which

44
1    temp agency you talked to?
2    A    I don't know.
3    Q    Okay.
4    A    I don't remember.
5    Q    Have you ever considered hiring people
6    from a day laborer site?
7    A    I said I've spoken to them and they said
8    they're not doing eviction.
9    Q    Okay.  So how long -- oh, I'm sorry, let
10    me ask a different question.
11    Have you ever had a situation where you
12    couldn't hire enough workers by waiting at O and 1st
13    Street?
14    A    Not to my knowledge.  I don't remember.
15    Q    And so how long does it usually take to
16    fill the van with workers?
17    A    Sometime they get it full as you get down
18    there.  Sometime they choose the other van.  You
19    have no specific time.
20    Q    Okay, I understand that you don't know a
21    specific time.  Can you give me an approximate time?
22    A    No, I don't.

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 13 of 38
DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

12 (Pages 45 to 48)

45

1    (Mr. Berman and Ms. Newport are no longer
2 present.)
3 BY MR. BERGER:
4    Q    So over the past five years that East
5 Coast Express Evictions has been around, how many
6 different individuals do you think you've hired?
7    A    Couple of thousand.
8    Q    Okay.  Now, there have been times that
9 you've had other drivers besides yourself, correct?
10 You mentioned before that you --
11    A    Yeah.
12    Q    Okay.
13    A    Before you-all destroy me.
14    Q    Right.  Do you know if you or your drivers
15 ever told the employees that they're working for
16 East Coast Express Evictions?
17    A    Do you know if I ever told?
18    Q    I'll rephrase the question.  When you have
19 driven the van, have you ever told the workers that
20 you hire that they're working for East Coast Express
21 Evictions?
22    A    I never had the opportunity to have to.

46

1    Q    And why didn't you?
2    A    They never asked me the question, and I
3 never had no reason to explain to them.
4    Q    Okay.  And do you know if your drivers,
5 when you did employ --
6    A    I don't.
7    Q    Okay.  So if you have a -- I'm sorry.
8 Have you ever given either a person that you've
9 hired or a soup kitchen or a homeless shelter a
10 different name of your company, besides East Coast
11 Express Evictions, if they asked?
12    A    What is it?
13    Q    Have you ever told anyone who has asked
14 you what the name of your company is a name besides
15 East Coast Express Evictions?
16    A    Never have no reason for that.
17    Q    Okay.  Are you aware of a policy at
18 certain homeless shelters and soup kitchens that
19 eviction companies are not allowed to recruit on --
20    A    Not to my knowledge; I don't know.
21    Q    -- their territory?  Okay.
22    So from O and 1st Street, when you have an

47

1 eviction in D.C., how long does it typically take to
2 drive from O and 1st Street to the eviction in D.C.?
3    A    Sometimes they don't drive; sometimes they
4 walk.  It's right down the block.
5    Q    Okay.  So in those instances when you do
6 drive to the eviction --
7    A    It could be five minutes away.  It can be
8 three minutes away.
9    Q    Okay.  Is it ever more than five minutes?
10    A    It could be more than five.  It depend on
11 where the location at.  You know D.C.  You know what
12 time it take to go where.
13    Q    Okay, so would you agree, then, that for
14 some evictions it could take a half hour or more to
15 get to the location in D.C.?
16    A    Not to my knowledge.  I wouldn't agree
17 with that.
18    Q    Okay.  Would you agree that for some
19 locations in D.C. it takes 20 minutes to get there?
20 From O Street.
21    A    I would say yeah.
22    Q    Okay.  How about for an eviction in

48

1 Maryland, how long on average does it take to drive
2 to an eviction in Maryland?
3    A    I don't have the slight idea.
4    Q    Would you agree that it takes 30 minutes
5 to get to --
6    A    I'm not going to agree because I don't
7 know.
8    Q    So do the workers -- in those instances
9 when you do drive to an eviction, do you workers
10 always drive in your van with you?
11    A    Pardon me?
12    Q    In those instances when you do drive to an
13 eviction and you don't walk to the eviction, do the
14 workers that you hire, do they drive in the van with
15 you?
16    A    No, they ride in the van with me.
17    Q    Okay.  And have you ever, in an instance
18 when you take the van and drive to the eviction
19 site, do you ever have the workers meet you there?
20 Or do you always drive them?
21    A    Have the workers meet me at the eviction
22 site?

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 14 of 38
DEPOSITION OF NELSON CERRA
CONDUCTED ON WEDNESDAY, JULY 18, 2007

13 (Pages 49 to 52)



49

1    Q    Right. So do you ever tell people where
2  the eviction is going to be and then say, You meet
3  me there; I'm going to drive over with this van, and
4  you meet me there?
5    A    Not to my knowledge.
6    Q    Okay. If you are doing multiple evictions
7  in one day, can a -- and the evictions happen one
8  after another, can a person that you've hired leave
9  the site in between the eviction?
10   A    If they choose to.
11   Q    Okay. Does that ever happen?
12   A    If they choose to.
13   Q    In the past, has that ever happened?
14   A    If they choose to. I can't stop them.
15  They are grown men.
16   Q    I understand that. But in the past, has
17  that occurred to you, that people -- that you've had
18  ten people for one eviction and then you need ten
19  people for the next eviction but one guy leaves?
20   A    Yes, they've walked away.
21   Q    Okay. And how often does that happen?
22   A    I don't know.

50

1    Q    And on days when you have multiple
2  evictions that last through the noon hour, what do
3  your employees do for lunch during that time?
4    A    You bring them in for lunch.
5    Q    And where do you bring them for lunch?
6    A    Bring them on 1st Street.
7    Q    So you bring them back so that there's
8  no --
9    A    Bring them back to 1st Street, and they
10  get out and get their lunch. Where they get it
11  from, I don't know. I don't think I know where they
12  get it from.
13   Q    Okay.
14   A    Somebody got their own bag lunch, I don't
15  know where they get it from.
16   Q    So how ... when you are at an eviction
17  site, you've driven the van to an eviction site, do
18  you help perform the eviction yourself?
19   A    If I feel like it.
20   Q    Do you count yourself in the ten-person
21  minimum to perform the eviction?
22   A    No, I don't.

51

1    Q    Is that the same for when you have other
2  drivers work? Do they count themselves in the
3  10-person minimum?
4    A    No, they don't.
5    Q    And is it true that, either if you drive
6  or if other drivers drive, the driver is the one who
7  oversees the workers?
8    A    Sometimes.
9    Q    And if not, who oversees the workers?
10   A    Whoever I choose to oversee.
11   Q    So sometimes you appoint one of the
12  workers to be the team leader?
13   A    Yes.
14   Q    Okay. And is that person compensated more
15  for that position?
16   A    Pardon me?
17   Q    Is that person compensated more for that
18  position?
19   A    I don't remember.
20   Q    Okay. How long does it take to perform an
21  eviction in a one-bedroom apartment?
22   A    About 15 minutes.

52

1    Q    Okay. Does it ever take longer?
2    A    Pardon?
3    Q    Does it ever take longer than 15
4  minutes?
5    A    Very rare, very, very rare.
6    Q    How about for a two-bedroom apartment, how
7  long does it take to perform an eviction?
8    A    About 20, 25 minutes.
9    Q    And for a house?
10   A    It could be done in about ten minutes.
11   Q    A house could be done in ten minutes?
12   A    Uh-huh.
13   Q    Why does it take a house less time than a
14  two-bedroom apartment?
15   A    Well, you have a house, you have 25 men.
16  You have minor contents in it, so there's nothing to
17  take out. Boom. 25 men goes in. Each man grab a
18  piece and they finish it. Ten minutes, it's done.
19   Q    Okay. What's the longest it's taken you
20  to clear out a one-bedroom apartment?
21   A    I don't remember.
22   Q    Do you remember for a two-bedroom

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 15 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

14 (Pages 53 to 56)



53

1 apartment?
2     A   I don't remember.
3     Q   So how much are the workers that you hire
4 paid to evict a one-bedroom apartment?
5     A   They're getting $7 for each job.
6     Q   And since when have you been paying them
7 $7 for each job?
8     A   I don't remember how long, but that's
9 what's being paid.
10    Q   Were they paid $7 for each job last year?
11    A   I don't remember.
12    Q   Okay.  So if you hire someone to perform
13 one eviction in the District of Columbia, you pay
14 them $7 regardless of how much time it's taken for
15 them to perform the eviction; is that correct?
16    A   Yeah.
17    Q   And do you ever perform four evictions in
18 one day?
19    A   I don't remember.
20    Q   I take from your answer -- and please
21 correct me if I'm wrong -- that then it's, if you
22 had performed four evictions one day, it's rare.

54

1     A   I don't remember.
2     Q   Okay.  So do workers that you hire get
3 paid more for a two-bedroom apartment?
4     A   No, they get the same thing.
5     Q   So it doesn't matter what the size of the
6 property.  Someone gets $7 per eviction; is that
7 correct?
8     A   Right.  And when you go to an apartment
9 and there's nothing in it, not even a man in the
10 building --
11        (Cell phone interruption.)
12    A   -- they still get the same dollars.
13        THE WITNESS:  Good afternoon.  This is
14 Terry speaking.
15        MR. DEMBOWSKI:  Let's go off the record
16 for a moment.
17        (Brief pause in the proceedings.)
18        MR. BERGER:  Back on the record.
19 BY MR. BERGER:
20    Q   So do you remember if you've ever paid
21 workers $5 per eviction?
22    A   Yeah.

55

1     Q   In the year 2003, did you pay --
2     A   I don't remember that far back.
3     Q   Okay.  So you remember that there was a
4 time you paid $5 per eviction, and at some point
5 that changed to $7 per eviction, but you don't
6 remember when that change happened --
7     A   No.
8     Q   -- is that correct?
9        And do you remember if that change
10 happened a year ago, approximately?
11    A   I don't remember.
12    Q   Okay.  Besides the one time when you
13 changed the rate from $5 per eviction to $7 per
14 eviction, was there ever any other different amount
15 that you paid workers?
16    A   I don't remember.
17    Q   Okay.
18    A   And I'm getting ready to go home in a
19 minute.  I'm tired.
20    Q   So you're going to leave the deposition
21 before it's complete; is that correct?
22    A   I didn't say that.  I said I'm getting

56

1 tired.
2     Q   Okay.  But you're not going to leave until
3 the deposition is --
4     A   I didn't say that.  I said I'm getting
5 tired.
6     Q   Okay.  So if an eviction --
7     A   This is my sleeping time.
8     Q   If an eviction is canceled but you've
9 already shown up with the workers, do the workers
10 still get paid?
11    A   Didn't I just tell you that just now?  Did
12 I not just tell you what they call a walk-through,
13 the workers still get paid?  So why would you ask me
14 the same question in another way?  I just answered
15 your question.
16    Q   I'm not talking about the instance in
17 which the resident has already vacated the
18 apartment.  I'm talking about if the eviction is
19 ordered and requested but then something happens,
20 either because of the weather or because some of the
21 U.S. marshals didn't show up, or for some other
22 reason that the eviction doesn't happen.

57

1    A    If it's because of the weather the
2  evictions is canceled, we don't go and they don't
3  get paid.  We don't go if the eviction is canceled
4  because of the weather.  The marshal canceled that.
5  We do not carry anybody, and that way we do not pay
6  anybody.
7    Q    Is there ever an instance in which you
8  have shown up for an eviction, besides a
9  walk-through, and that eviction has been canceled
10 after you've showed up with the workers?
11   A    The eviction is canceled and we show up
12 with the workers.
13   Q    Right, but you didn't know that the
14 eviction was going to be canceled until you showed
15 up.
16   A    We knew it was going to be canceled.
17   Q    No, you did not know it was going to be
18 canceled.
19   A    We didn't know it would be canceled and it
20 was canceled.  Yes, we don't pay for that.  If we
21 don't get paid, they don't get paid.
22   Q    Okay, so if you don't get paid for the

58

1  eviction, the workers don't get paid at all,
2  correct?
3    A    That depends on if we go in the building.
4  If we go in the building and do the job and we don't
5  get paid sometime, they still get their pay.
6    Q    Okay.
7    A    If we go to the job and the job is empty,
8  they still get their pay.
9    Q    Okay.  So what are the instances in which
10 the people that you hire don't get their pay?
11   A    We don't go to the eviction; they don't
12 get paid.
13   Q    Okay.  So if they get in the van and they
14 drive over to the site with you, no matter what
15 happens at the site, they get paid; is that
16 correct?
17   A    To my knowledge, yes.
18   Q    Okay.  And you say to your knowledge.  Is
19 there someone else who would know more than you
20 about that?
21   A    Pardon?
22   Q    A number of times today you have said --

59

1    A    I'm speaking for myself.  I'm not speaking
2  for no one else.
3    Q    I know, but you are the owner of East
4  Coast Express Evictions, correct?  So is there --
5    A    No.
6    Q    Correct, that you are the owner of East
7  Coast Express Evictions?
8    A    (Witness laughing.)
9         Yes, I am, the owner of East Coast Express
10 Eviction.
11   Q    So is there anyone else besides you who
12 would know more about --
13   A    If I am the owner, the proprietor, I
14 couldn't know anyone else would know my business
15 more than me.  I'm the only one that would know
16 that.
17   Q    Okay.  And so when you say not to your
18 knowledge, you just mean that you don't remember; is
19 that correct?
20   A    I don't know.
21   Q    You don't know what you mean or ...
22   A    I don't know.

60

1         Shoot me another question, Man.
2    Q    So do you pay the employees in cash?
3    A    That's the only way that they'll accept
4  their pay.  You can't pay them no other way.  They
5  want cash so they can get the dope, Man, quick to
6  buy the dope.
7    Q    So do you or the driver, whoever is
8  driving the van, do you carry the cash to pay them
9  with you?  Or do you drive back to the office first
10 to get the cash?
11   A    Carry the money in my pocket.
12   Q    And if you have a driver going and not
13 you, do you give the driver the cash beforehand, or
14 do they come back and get it?
15   A    They get it as cash.
16   Q    They get it as cash beforehand, correct?
17   A    Yeah.
18   Q    Okay.  So do you ever do a job where the
19 first job requires more workers than the second job,
20 for example, you have a two-bedroom apartment the
21 first time and a one-bedroom apartment the second
22 time, and those two jobs occur in the same day?

61

1    A   Uh-huh.
2    Q   Yes?
3    A   Yes.
4    Q   So according to what you've told me
5    before, you needed 15 workers for that first job,
6    and you needed 10 for the second job, correct?
7    A   Uh-huh.
8    Q   What happens to those five other workers
9    in between the jobs?
10   A   They're not there.  If you have 15 workers
11   to work on the job, you've got a two-bedroom,
12   everybody sit there and you let everybody work and
13   then I pay them both.
14   Q   Okay.  So am I correct that the workers
15   get paid when they're dropped back off at O and 1st
16   Street; is that correct?
17   A   They don't get dropped back off at
18   O Street.
19   Q   Where do they get dropped off?
20   A   They get dropped off, sometime when
21   they're coming in, they ask me, drop me here, drop
22   me here.  Sometime you make five or six stop

62

1    dropping people off.
2    Q   Okay.
3    A   Your building is smoke-free, right?
4    Q   Yeah, you can't smoke in here, I'm sorry.
5        Do you then pay the workers after each job
6    they perform?
7    A   You mean they might finish their job, they
8    get paid and when they get go the other job, we pay
9    them again?
10   Q   Yes, sir, do you pay him at the end of the
11   last job?
12   A   No, you pay him, when you finish work, you
13   pay him.
14   Q   For the whole day, okay.
15   A   Look, how much more of them pages of
16   question you got?
17   Q   Would you like to take a break?
18   A   No, I would like to -- well, there's a
19   lady in the house.
20   Q   I would expect us to be here at least
21   another hour.
22   A   Huh?

63

1    Q   I would expect us to be here at least
2    another hour.
3    A   Another hour?
4    Q   Yes.
5    A   No, Man.  I'm going home.  I've got to go
6    take my medicine.  If I dropped dead in here, you
7    all can't help me.
8    Q   So if you didn't hire workers, you
9    couldn't perform the eviction; is that correct?
10   A   If the law firm didn't hire you, could you
11   interview me?
12   Q   Probably not.  So is that --
13   A   If the law firm didn't hire you, could you
14   interview me?
15   Q   The --
16   A   Why don't you use some common sense, man?
17   How do you expect to get work if you don't hire
18   people?  You ask me stupid question.
19   Q   So then you would agree that the workers
20   are necessary for performing the eviction,
21   correct?
22   A   If you don't have any workers, how you

64

1    going to perform an eviction?
2    Q   If you have no workers, you can't perform
3    an eviction.  Do you agree with that?
4    A   If you don't have any workers, how you
5    going to perform an eviction?
6    Q   I don't think you can perform an eviction
7    if you don't have workers.
8    A   Right.
9    Q   My opinion is you can't perform an
10   eviction without hiring the workers.  Do you agree
11   with that?
12   A   Well, isn't that common sense.
13   Q   I think it is, but I would like you to
14   tell me if you agree with that.
15   A   I just want to know.  Because, you know,
16   I'm beginning to sound like stupid in here.  You ask
17   me some dumb question, and I'm getting very annoyed
18   right now.  Ask me some questions that make sense,
19   you know.  I could walk out of here right now if I
20   want.  I could forget the hell with it.
21        Excuse me, ma'am.
22        I don't need to hear stupid questions.



65
1   You are not a genius.  You have got the brains.
2      Q    Well, just for the record, sir, you would
3   agree, then --
4      A    I would agree what?
5      Q    That you need the eviction workers to
6   perform the evictions.
7      A    When common sense are you going to have
8   somebody -- you have, you have to have somebody to
9   do the work.
10     Q    Common sense would tell me that, yes.
11  Does it tell you that?
12     A    I agree.
13     Q    Do you agree with that?
14     A    I don't know if common sense would tell
15  you that.  Are you asking me a stupid question?
16     Q    Yes, but for the record I need to know
17  whether you agree with that.
18     A    I don't remember.
19     Q    You don't remember.
20     A    No.
21     Q    Sir, that doesn't make -- "I don't
22  remember" doesn't make sense and I --

66
1      A    It doesn't make sense to me because I
2   don't remember.
3      Q    Okay.  If you did not like the way the
4   eviction worker was working, do you have the ability
5   to fire him at will?
6      A    Never had the opportunity before.  The
7   marshal had fired a couple of them for stealing.
8   But I never had the opportunity to fire them.
9      Q    When you say you didn't have the
10  opportunity, does that mean you've never needed to
11  or never wanted to, or you're saying that you
12  haven't?
13     A    I don't know what would be the reason.  I
14  never had the opportunity to fire anybody.
15     Q    But if you had to fire somebody, you
16  could, couldn't you?
17     A    Huh?
18     Q    If you wanted to fire somebody --
19     A    Why would I want to fire somebody if it's
20  not necessary?
21     Q    I'd say that they're refusing to perform
22  the eviction.  Would you fire them?

67
1      A    Man, we're back to this again, Man?  You
2   asked me a question, did I ever fire anybody.  No.
3   Did I ever want to fire somebody.  No.  And how did
4   you put the question again on firing?
5      Q    I said if you wanted to fire someone,
6   could you?
7      A    Why would I want to fire them if I hired
8   them to work?  I didn't fire nobody.  The United
9   States marshal fired people.  Take him off the job;
10  I don't want them on there; I caught him stealing.
11  That's who fired people.  I never had the
12  opportunity to fire nobody.
13     Q    And I'm not asking now whether you had in
14  the past.
15     A    I never wanted to fire nobody.
16     Q    Okay.  But if you did want to, you could,
17  couldn't you?
18     A    If I owned the company and I wanted to
19  fire somebody, don't that give me the right to do
20  it?
21     Q    I think so, but do you agree with that?
22     A    So why would you ask me that?

68
1      Q    Because I need for the record for you to
2   tell me whether that's that you believe or not.
3      A    I don't believe nothing.
4      Q    You don't believe anything.
5      A    No.
6      Q    Have you ever heard of a person named
7   Carolyn Lanford?
8      A    Who?
9      Q    Carolyn Lanford.
10     A    Yeah.
11     Q    Okay.  Do you know if she owns an eviction
12  company?
13     A    Yeah.
14     Q    Which eviction company does she own?
15     A    I don't know.
16     Q    Does she own All American Evictions?
17     A    Yes, she does.  Uh-huh.
18     Q    Did you help her set up All American
19  Evictions?
20     A    Yes, I did.
21     Q    Did you ever help her hire workers for All
22  American?

Case 1:06-cv-01561-RJL-JMF   Document 106-8   Filed 07/19/2007   Page 19 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

18 (Pages 69 to 72)

69

1      A   Well, she never worked on no eviction.
2  I'm the one that does the eviction.  We have four
3  children together, and I do the eviction, trying to
4  capitalize and make a living for us.
5      Q   So for All American Evictions, are you an
6  employee for All American Evictions?
7      A   I'm not an employee; I'm nothing.  I'm her
8  man.
9      Q   So you say you perform the evictions for
10  All American.
11      A   Yeah.
12      Q   But you're not an employee of All
13  American.
14      A   I just said no, I'm not an employee, I'm
15  her man.
16      Q   I understand that.  But do you get paid
17  for performing the --
18      A   No, I don't get paid.
19      Q   So when you perform an eviction for All
20  American, All American gets the money that the
21  landlord pays for that eviction, correct?
22      A   To my knowledge, yes.

70

1      Q   And for All American, do you decide who --
2  I'm sorry.  For a job that All American is doing, do
3  you decide who the employees are that are hired for
4  that job?
5      A   All American don't have no employees.
6      Q   Do you decide who the workers are that are
7  hired for that job?
8      A   The same people that work for me work for
9  All American.
10      Q   Okay.  And so do you also set the amount
11  that those workers are paid for All American, just
12  like for East Coast?
13      A   I don't understand your question.
14      Q   Okay.  For East Coast Express Evictions,
15  it's up to you how much the workers are paid,
16  correct?
17      A   Yep.  They're paid $7 a job.
18      Q   Okay, so do you also decide, then, when
19  you hire people to work for All American, that they
20  get paid $7 per job?
21      A   Yeah.
22      Q   Okay.  And at the time before when you

71

1  were paying people $5 per job --
2      A   I didn't say that.
3      Q   You did not say there was a time earlier
4  that --
5      A   I said I don't remember.
6      Q   Okay.  But whatever you were paying the
7  employees for East Coast, you paid the same wage to
8  employees for All American; is that correct?
9      A   Uh-huh?
10      Q   Is that yes?
11      A   Yeah.
12      Q   Okay.  Did you ever discuss with
13  Ms. Lanford how much --
14      A   No.
15      Q   -- you were paying the workers?
16      A   Nope.
17      Q   Have you ever discussed with Ms. Lanford
18  which workers would be hired?
19      A   I never discussed with nobody which
20  workers is hired.  You pull your van up.  The people
21  get on, you take them, you put them to work and you
22  pay them.  There is no rules about hiring nobody.

72

1      Q   So is it --
2      A   If you was in your jeans and transplant
3  you, you was in my truck, too.  So I recognize you.
4      Q   Okay.
5      A   You think I didn't recognize you.  I
6  recognize you when I first came in the lobby.
7  Uh-huh.
8      Q   Okay.  So did -- but you've never spoken
9  to Ms. Lanford about how much you've paid the
10  workers, for All American or for East Coast; is that
11  correct?
12      A   I don't remember.
13      Q   Don't remember, okay.
14          Have you ever spoken to Irwin Staten
15  (phonetic), Butch.
16      A   I spoke to Butch.  I've seen Butch about
17  five time in my life.  Hello, how you doing.
18      Q   About three or four years ago, did you
19  receive a telephone call from Mr. Staten?
20      A   I don't remember.
21      Q   Do you know or do you remember if
22  Mr. Staten has ever called you on the telephone?

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 20 of 38
DEPOSITION OF NELSON PERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

19 (Pages 73 to 76)

73

1    A   I recall Butch called me on one occasion
2  and wanted to know about the marshal list, but I
3  don't think that Butch never had no conversation, no
4  talking. Just called and asked me for a marshal
5  list. That's the best of my knowledge I could
6  recollect. And I never knew that's his name.
7  Mr. what?
8    Q   Irwin Staten. He goes by Butch.
9    A   I didn't know him as that name. I know
10  him as Butch.
11    Q   Has Butch ever called you and suggested
12  that you raise prices that you charge to your
13  customers?
14    A   (Witness shakes head.)
15        Absolutely, categorically, definitely no.
16    Q   So even though you don't remember if he --
17  you don't remember if he's ever called you except
18  for that one time, you are sure that he never called
19  you about raising prices to customers; is that
20  correct?
21    A   Did I just answer you just now?
22    Q   I'm just confirming.

74

1    A   Did I not say just that to you? No, Butch
2  definitely didn't call me back for raising no price. Why
3  you want to bring me back into that area again? No,
4  that man and I never had a discussion about no price
5  issue.
6    Q   Okay.
7    A   The man called me one time that I can
8  recollect, and he wanted a marshal printout list,
9  but we never discussed anything about any money or
10  salary.
11    Q   Have you ever spoken to a man named
12  Vincent Crawford?
13    A   I talk to Vince all the time.
14    Q   Okay. And what do you talk to him about?
15    A   The main thing that Vince talk about
16  mostly is when he need a list or I need a list.
17  That's all we talk about.
18    Q   And what do you mean by a list?
19    A   A marshal list. Sometimes I don't get one
20  on the fax machine, and sometimes he don't get
21  one.
22    Q   All right, so what information is

75

1  contained on the U.S. marshal list?
2    A   Your regions for the next day.
3    Q   And what do you do with that
4  information?
5    A   You take all the jobs that you have, pick
6  all the jobs that you have and try to set your
7  operation up.
8    Q   Do you ever talk to Vincent Crawford about
9  hiring?
10    A   Nope.
11    Q   Do you ever talk to Vincent Crawford about
12  the amount of money that you pay to workers?
13    A   Let me tell you something. Eviction is
14  like this. It's like playing poker. If you ever
15  played poker, everybody hold their hand close to the
16  chest. Nobody know or see what the other guy is
17  doing. That's all eviction is. I could have never
18  discussed no money with Vince or what he paid or how
19  much he paid, because he's not going to tell me. It
20  ain't none on my business, and I'm not going to
21  discuss mine with his. Money does not discuss or
22  payment does not discuss in eviction. Everybody

76

1  hold their hand close to the chest.
2    Q   Have you ever had a situation where
3  Mr. Crawford asked you to give him a van of
4  employees to work on a job for him?
5    A   Give him one?
6    Q   Let me rephrase the question. Has
7  Mr. Crawford ever asked you to take a crew of
8  workers that is working for you and allow him to use
9  that same group of people after you were done using
10  them?
11    A   Oh, yeah, I might have the house, and I
12  would do the house. And Vince would happy about it.
13  When you finish with the house, could I get the
14  people? And I say yeah. And when I finish, they go
15  with Vince.
16    Q   Okay. And so you compensate the people
17  that you hired for that, in the instance that you
18  just had, for that first house, and then
19  Mr. Crawford compensates them for the second house;
20  is that correct?
21    A   Right. He brings the house up. I don't
22  know what somebody does; I don't know what he do

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 21 of 38
DEPOSITION OF NELSON CLARK
CONDUCTED ON WEDNESDAY, JULY 18, 2007

20 (Pages 77 to 80)

77

1  with them when he get there. He come on the job.
2  He pick them up and take them. Just like I would go
3  on his job. He finish with this crew. I'll pick
4  them up; I'll take them. He pay his crew before he
5  leave. When I get them, when I finish, I pay
6  them.
7      Q    Okay. And how do -- and do you negotiate
8  the amount that you're going to pay with the workers
9  at that time?
10     A    I negotiate nothing. I am only
11  responsible to the people I took to work for me.
12  When I'm finished with them, I say, If you want to
13  go with Vince, it's up to you. Some want to go,
14  they go. Some don't want to go, they don't go.
15     Q    Okay.
16     A    I have no control over that, and I dictate
17  to nobody who get paid or what get paid. I am
18  responsible for me paying them for what they have
19  done for me, and Vince is responsible to the ones he
20  pick up to pay them.
21     Q    Have you ever spoken to a man named Troy
22  Rodriguez?

78

1      A    I've seen Troy. I've saw Troy. I've
2  talked to Troy a couple of times.
3      Q    Okay, and what did you talk to him about?
4      A    Well, I talked to him about what he's
5  doing, what's going on today, what's new, what's
6  good. And that's it.
7      Q    Have you ever talked to him about wages
8  that you pay to employees?
9      A    No, we never -- again, eviction crew,
10  eviction people play their hand to their chest.
11  Nobody discuss money with nobody.
12     Q    Okay.
13     A    What somebody paying is nobody's business,
14  and you can't ask.
15     Q    Have you ever heard from workers how much
16  they're getting paid by other companies?
17     A    No, sir, never had that opportunity to
18  hear from nobody.
19     Q    So besides All American and East Coast,
20  you don't know how much --
21     A    In terms of workers, I don't know. When
22  through doing eviction, I get in my van and I go

79

1  home. They go to the drug dealer, get the drug, the
2  cigarette, the dope what somebody use. And like I
3  said, 95 percent of them is on some kind of dope.
4  That's why they work eviction, that they can get the
5  fast buck to take care of their habit. They have no
6  time to stand around and talk to you.
7      Q    Have you ever spoken to a man named Bob
8  Ward?
9      A    I don't know who he is.
10     Q    Have you ever talked to a woman named
11  Brenda Thomas?
12     A    Yeah, I've spoken to Brenda.
13     Q    And who is Brenda?
14     A    I know Brenda do eviction. That's all I
15  know.
16     Q    Do you know what company she works for?
17     A    I don't know. I don't have the slightest
18  idea.
19     Q    Okay. And what did you talk to her about?
20     A    Nothing. Good morning, Brenda. How are
21  you? What's going on? How much you got today? I
22  got one. Well, I've got two. All right, I'll talk

80

1  to you later. I'm gone. That's all the
2  conversation ever been with me and Brenda.
3      Q    Have you ever spoken to a Tanya Smith?
4      A    I never seen Tanya. I don't know who
5  Tanya is. I've heard the name, but I've never seen
6  her, never heard her.
7      Q    Have you ever -- do you know a person
8  named Anthony Forte?
9      A    Who?
10     Q    Anthony Forte. Tony Forte.
11     A    Yeah, I know Tony Forte.
12     Q    And who is he?
13     A    Huh?
14     Q    Who is Mr. Forte?
15     A    I only know who he is. I never met Tony
16  Forte.
17     Q    Okay. Have you ever spoken to him?
18     A    Yes.
19     Q    And what kinds of things have you talked
20  about?
21     A    I talked to Anthony Forte, I says, Boy, be
22  careful. These guys are talking about hurting you

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 22 of 38
DEPOSITION OF NELSON CLARK
CONDUCTED ON WEDNESDAY, JULY 18, 2007

21 (Pages 81 to 84)

81

1  because -- I put the adjective behind -- because
2  these guys say, You pushing that shit downtown? And
3  they're saying about, Hey, you be careful. I'm
4  just telling you for your own good, be careful of
5  these guys around here.
6      Q    And when you're referring to "these guys,"
7  who are you referring to?
8      A    I'm talking about some of the eviction
9  people who was saying they was going to do certain
10 things to him. They was going to hurt him.
11     Q    Okay, but which eviction people were you
12 talking about?
13     A    I don't know.
14     Q    Well, you said you heard that "these
15 people."
16     A    I heard the conversation, and I went and
17 told him be careful.
18     Q    Okay. But you're saying -- are you
19 talking about other eviction workers?
20     A    I'm talking about eviction people in
21 general who was around, who said Anthony Forte's the
22 one who initiated this and they're going to hurt

82

1  him. And I went and I told him, told him in good
2  faith. I didn't tell him to come back and get
3  charged with some bull. I just told him for his own
4  good, be careful.
5      Q    I'm just -- so you heard people, but you
6  don't know who the people are that you heard.
7      A    No, I don't know who they are. I don't
8  even know five people that do eviction out of 100 of
9  them. I don't even remember their name. I see
10 them; I don't know them. And I was telling Anthony
11 Forte that in good faith, that he watch his back
12 because these guys will hurt you.
13     Q    And how do you know that they would hurt
14 him if you don't know who they are?
15     A    When you're in the -- when you're in the
16 streets, you know people and you know what they're
17 capable of doing. Anthony Forte know, because they
18 bust Anthony Forte three or four different time. A
19 little boy of 14 named Gerald, I think Gerald,
20 Gerald bust Forte head with two or three time with
21 battle, with bricks. So they know what Forte don't
22 know. I was telling him something for his own

83

1  good.
2      Q    Do you know a man named Hassan Shakur?
3      A    Who?
4      Q    Hassan Shakur.
5      A    Never hear of him.
6      Q    How about Kirk Greene?
7      A    Who?
8      Q    Kirk Greene.
9      A    Never heard of him.
10     Q    Have you ever heard of a man named Donald
11 Brooks?
12     A    No. I just told you, out of 100 eviction
13 workers, I might know maybe five names. I don't
14 know these people. I don't associate with them. I
15 don't use drugs. I don't hang out with them. I
16 don't want to know their name. They gets in the
17 truck, they finish, I pay them, they go, and I go my
18 way.
19     Q    Have you ever stopped hiring any
20 individual because of their involvement with this
21 case?
22     A    Because of their what?

84

1      Q    Involvement with the Ashford versus East
2  Coast Express Evictions lawsuit.
3      A    No. And you're bringing that story up to
4  me of Anthony Forte. Forte never worked for me, so
5  I never have to stop him. I heard of the charge
6  already. Forte never worked for me. Anthony Forte
7  never come to my truck. I think he worked for
8  Crawford. Forte never come and asked me one day to
9  let him work. I told him what I told him in good
10 faith. But I didn't know that he was thinking of
11 turning around, trying to butcher me with it.
12     If I catch the little bastard, I'm going
13 to kick his behind. Then you'll have some charge
14 with some meat in. Because I gave that to him in
15 good faith with respect, hoping and protecting him
16 from getting hurt. Then you are going to bring a
17 true charge on me for that? Forte never worked
18 working for me. Forte worked for Gloria and
19 Crawford.
20     Q    And who's Gloria? You just mentioned
21 Gloria.
22     A    Gloria drive for Crawford. That's all I

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 23 of 38
DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

22 (Pages 85 to 88)

**85**

1 knew.
2    Q    Okay.
3    A    Forte knew exactly who Gloria is and what
4 Gloria name is.
5    Q    So, Mr. Terry, do you own any property?
6    A    No, sir.
7    Q    Do you own the house at 27 U Street?
8    A    27?
9    Q    I'm sorry, I apologize, 29 U Street.
10    A    No, sir, I don't.
11    Q    Who owns that house?
12    A    Alex Ciano (phonetic).
13    Q    And who is that?
14    A    That's the owner.
15    Q    Is he the landlord.
16    A    Yes, sir.
17    Q    And do you own the house at 27 U Street?
18    A    No, sir.
19    Q    Did you -- last year did you transfer a
20 property from yourself to Mr. Linston Terry?
21    A    I did not transfer it.  That property was
22 the money was given to me by my mother to buy that

**86**

1 property for Linston Terry.  Linston Terry was in
2 school.  While he was in school, I helped him with
3 it, but I told him when he get a job, he'll have to
4 take it himself.  When he got a job, I gave it to
5 him.
6    Q    And did you, just to be getting back to
7 the 29 U Street for a second, did you ever own
8 29 U Street?
9    A    Nope.
10    Q    Okay.  And do you own any vehicles?
11    A    Yeah, one piece of trash.  I own a '90
12 Ford van, a '90 Ford -- what do you call that dam
13 thing?  A '90 Ford box truck.  A '92 Ford white
14 station wagon.  And a '99 black Ford wagon.  You-all
15 want to, come and get it.  I don't have no business
16 anyway, so you-all can take that.
17    Q    And how much do you charge the landlords
18 to perform an eviction?
19    A    It depends.
20    Q    What's it depend on?
21    A    Depend on what they're willing to pay.  It
22 could by from 135 to 165.

**87**

1    Q    Is that for a one-bedroom apartment?
2    A    Uh-huh.
3    Q    So 135 to 165 for a one-bedroom apartment.
4    A    Uh-huh.
5    Q    How about for a two-bedroom apartment?
6    A    I think 175 to 200.
7    Q    And for a house?
8    A    325.
9    Q    And are these the same, when you would do
10 jobs for All American, would that be the same amount
11 that you would charge for All American?
12    A    Not necessarily.
13    Q    So who decided how much to charge for All
14 American?  Was it you or Ms. Lanford?
15    A    Sometimes it depends on who.
16    Q    It depends on who --
17    A    It depends on what she charge.  It depends
18 on whether I get the job or she get the job.
19    Q    Okay, so for jobs that you got for All
20 American, you would -- would you use the same pay
21 structure that you --
22    A    It depends on what they're willing to pay.

**88**

1 It depends on what they're willing to pay.  Some
2 people, they get you right down to 275.  You're
3 hungry, you need the money, you take what you could
4 get.  There is no set price.
5    Q    Okay, so it's a negotiated price that
6 usually fits within this range, $135 to $165,
7 correct?  Is that yes, sir?
8    A    Yeah.
9    Q    Thank you.  So do you own any boats?
10    A    What?
11    Q    Do you own a boat?
12    A    (Laughter).
13        No, I don't.
14    Q    Do you have a bank account?
15    A    Yes, I do.
16    Q    And where is your bank account?
17    A    My bank account is in the bank.
18    Q    Which bank?
19    A    I don't remember.
20    Q    You don't remember which bank your money
21 is in.
22    A    No, no.

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 24 of 38
DEPOSITION OF NELSON CLARK
CONDUCTED ON WEDNESDAY, JULY 18, 2007

23 (Pages 89 to 92)

89

1    Q    You do realize that you are sworn to tell
2  the truth today and that under --
3    **A    I know I am sworn to tell the truth.**
4    Q    And so you're telling the truth when you
5  say you don't remember what --
6    **A    I don't remember. I'm getting sick and**
7  **tired. I'm sick. I'm getting sick now. I'm taking**
8  **medicine. I'm due my medicine.**
9    Q    Okay. Do you own any jewelry?
10   **A    What?**
11   Q    Do you own any jewelry?
12   **A    Yeah, I've got them right here on my arm.**
13 **Do you want them?**
14   Q    Do you own jewelry besides what you're
15 wearing today?
16   **A    This is what I own in jewelry**
17 **(indicating). You want them? You can have them.**
18 **Here they are.**
19   Q    Okay.
20   **A    That's my jewelry.**
21   Q    Do you own any collectibles, such as --
22   **A    What the hell is collectible?**

90

1    Q    Baseball cards?
2    **A    Who?**
3    Q    Baseball cards?
4    **A    You mean baseball cards, like playing**
5  **card? Is that what you're talking about?**
6    Q    Yeah, with the baseball player on the
7  front and the stats on the back?
8    **A    No, I never own a baseball card in my**
9  **life.**
10   Q    Okay. Do you ever collect stamps?
11   **A    No, I don't.**
12   Q    Do you have any antiques?
13   **A    Yeah, I got an antique chair in my house.**
14   Q    About how much do you think the chair is
15 worth?
16   **A    What I think the chair is worth?**
17   Q    Yeah.
18   **A    I don't know what it worth, but somebody**
19 **said it's antique.**
20   Q    Okay. Could you describe the chair,
21 please.
22   **A    It's a chair like this in a shape like**

91

1  that and it has a seat you sit on.
2    Q    What color is the chair?
3    **A    Black.**
4    Q    Is it leather?
5    **A    No.**
6    Q    Is it upholstered?
7    **A    Cloth.**
8    Q    Cloth upholstered. So before, you said it
9  is about this high (indicating). Would you say
10 that's 4 feet high?
11   **A    Uh-huh.**
12   Q    And what makes you think it's an antique?
13   **A    Somebody told me so.**
14   Q    Okay. Do you own a gun?
15   **A    If I owned one, I'd use it. I don't, but**
16 **if I had it, I would have used it. I don't want to**
17 **say where, but if I owned one, I would have used**
18 **it.**
19   Q    So you do not own a gun now, correct?
20   **A    If I owned one, I would have used it.**
21   Q    Have you used it?
22   **A    Pardon?**

92

1    Q    Have you used the gun?
2    **A    Have I used one?**
3    Q    You said if you owned it, you would use
4  it, so I'm asking if you've used it.
5    **A    If I used it? No, I ain't killed nobody**
6  **yet.**
7    Q    Okay.
8    **A    Baseball card.**
9    Q    In your office, is there a copy machine?
10   **A    Huh?**
11   Q    In your office for East Coast Express
12 Evictions, is there a copy machine?
13   **A    No, I don't have no copy machine.**
14   Q    Do you have a fax machine?
15   **A    Yes, I have a fax machine. Do you want**
16 **that? Come over to the house and pick it up. Won't**
17 **do me no good because I don't have no business no**
18 **more.**
19   Q    What kind of fax machine is it, sir?
20   **A    I don't know.**
21   Q    You keep mentioning that you've lost a lot
22 of business. Do you know who has picked up the

Case 1:06-cv-01561-RJL-JMF    Document 106-8    Filed 07/19/2007    Page 25 of 38
DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

24 (Pages 93 to 96)



93
1    business that you've lost?
2        A   I don't have the slightest idea who picked
3    it up.  But I don't have it.  That after you-all
4    wrote my companies, I get -- they sent a letter to
5    me saying, if you don't hire up somebody else,
6    you'll sue them.  Everybody dropped me.  I'm out.
7    You all did a good job.  And I got four kids to
8    feed.  You could ask them.  Stop at Joe's and
9    nothing I can do to get a plate.
10       Q   You could pay your employees minimum wage,
11   sir.
12       A   Pardon me?
13       Q   You could pay your employees the minimum
14   wage, and then people would hire you.
15           Okay.  So do you have -- you said you had
16   money in the bank.  Do you have a checking account?
17       A   Yeah.
18       Q   And do you know which bank that checking
19   account is at?
20       A   I told you that.
21       Q   You say you don't remember; is that
22   correct?

94
1        A   Right.
2        Q   You don't remember where the checking
3    account is at?
4        A   I don't remember.
5        Q   Do you have a savings account in addition
6    to the checking account?
7        A   A who?
8        Q   A savings account.
9        A   I don't remember.
10       Q   Do you have other types of bank accounts
11   besides a checking account?
12       A   If I have one?
13       Q   No, I'm sorry.  The question is, do you
14   have other types of bank accounts besides a checking
15   account?
16       A   A bank account?  No.
17       Q   Okay.
18       A   No.
19       Q   In your house, do you have a safe?
20       A   A who?
21       Q   A safe.
22       A   If I have a safe in my house?

95
1        Q   Yes.
2        A   Black folks don't have that luxury, White
3    Boy.  Black folks don't have that luxury of having a
4    safe, put something in a safe.  We ain't got nothing
5    to put in a safe, so we don't need no safe.  Shit.
6        Q   Does anyone owe you a debt?
7        A   What?
8        Q   Does anyone owe you money?
9        A   Yeah, people owe me money.  I can't
10   remember who owe me money.
11       Q   Do you remember how much money is owed to
12   you?
13       A   Huh?
14       Q   Do you remember how much money is owed to
15   you?
16       A   I know one man owe me 5,000; one man owe
17   me 4,000.
18       Q   Do you know when you lent the money -- the
19   man who owes you $5,000, do you remember when you
20   lent him the money?
21       A   Huh?
22       Q   Do you remember when you lent the man who

96
1    owes you the $5,000 the $5,000 he owes you?
2        A   I didn't lend him.  I worked for him, and
3    he didn't pay me.
4        Q   And who was the man?
5        A   Kenny Smith.  And that's all I know about
6    him.  And the other one, I don't remember his
7    name.
8        Q   When you worked for Mr. Smith, were you
9    working in the District of Columbia?
10       A   Uh-huh.
11       Q   Yes?
12       A   Yeah.
13       Q   And what were you doing for Mr. Smith?
14       A   Boiler, trash haul and eviction.
15           MR. BERGER:  Can we mark this document as
16   Exhibit 1.
17           (Terry Exhibit No. 1 marked for
18   identification and attached to transcript.)
19   BY MR. BERGER:
20       Q   This document says at the top Plaintiff's
21   First Request for Production of Documents from
22   Defendant Nelson Terry.  Could you take a look at

97

1    that, sir.
2        A    What is that for?
3        Q    Have you ever seen that document before?
4        A    Nope.  You sent it to me.  I threw it in
5    the trash because I didn't have a lawyer.
6            Gentlemen, I'm taking the Fifth Amendment.
7    Good day.  I'm going home and take my medicine.
8        Q    Sir, I would encourage you to stay until
9    the end --
10       A    No, you can't encourage me.  It's my
11   health I'm dealing with now.  I'm going home to take
12   my medicine.
13       Q    I physically cannot keep you here, but I
14   would encourage you to stay until the end of the
15   deposition.
16       A    If I drop dead, you won't do something
17   about that?
18       Q    If you became sick, I would certainly call
19   the hospital.  Why don't we go off the record for a
20   second.
21       (Discussion off the record, after which
22   Mr. Terry is not present.)

98

1        MR. BERGER:  Back on the record.
2    Mr. Terry just left the deposition.
3        (The Deposition of Nelson Terry was
4    suspended at 2:53 p.m.  The following Acknowledgment
5    of Witness is included in the event at the
6    conclusion of the deposition the witness elects to
7    read and sign the deposition transcript.)
8
9
10
11
12
13          ACKNOWLEDGMENT OF WITNESS
14       I, NELSON TERRY, do hereby acknowledge
15   that I have read and examined the foregoing
16   testimony, and the same is a true, correct and
17   complete transcription of the testimony given by me,
18   and any corrections appear on the attached Errata
19   Sheet signed by me.
20
21   _____    _____
22   (DATE)              (SIGNATURE)

99

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2        I, Susan B. Fillmore, Registered
3    Professional Reporter, the officer before whom the
4    foregoing proceedings were taken, do hereby certify
5    that the foregoing transcript is a true and correct
6    record of the proceedings; that said proceedings
7    were taken by me stenographically and thereafter
8    reduced to typewriting under my supervision; and
9    that I am neither counsel for, related to, nor
10   employed by any of the parties to this case and have
11   no interest, financial or otherwise, in its outcome.
12       IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 19th day of
14   July, 2007.
15   My commission expires:  April 14, 2008
16
17   _____
18   NOTARY PUBLIC IN AND FOR
19   THE DISTRICT OF COLUMBIA
20
21
22

100

1          E R R A T A   S H E E T
2        IN RE:  ASHFORD, et al. v. EAST COAST, et al.
3    RETURN BY: _____
4    PAGE   LINE   CORRECTION AND REASON
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   _____    _____
22   (DATE)          (SIGNATURE)

101
1        E R R A T A   S H E E T
2     IN RE:  ASHFORD, et al. v. EAST COAST, et al.
3  RETURN BY:_____
4  PAGE   LINE   CORRECTION AND REASON
5    ____  ____   _____
6    ____  ____   _____
7    ____  ____   _____
8    ____  ____   _____
9    ____  ____   _____
10   ____  ____   _____
11   ____  ____   _____
12   ____  ____   _____
13   ____  ____   _____
14   ____  ____   _____
15   ____  ____   _____
16   ____  ____   _____
17   ____  ____   _____
18   ____  ____   _____
19   ____  ____   _____
20   ____  ____   _____
21  _____  _____
22  (DATE)          (SIGNATURE)

**A**

**ability** 66:4
**able** 18:2
**Absolutely** 73:15
**accept** 60:3
**account** 88:14,16
 88:17 93:16,19
 94:3,5,6,8,11,15
 94:16
**accounts** 94:10,14
**acknowledge**
 98:14
**Acknowledgment**
 98:4,13
**Action** 1:5
**addicts** 24:16
**addition** 94:5
**address** 22:11
 24:19
**adjective** 81:1
**advance** 35:7,10
**affixed** 99:13
**afford** 10:2 23:2
**afternoon** 54:13
**agency** 43:16 44:1
**ago** 12:20 15:2
 23:20 38:19
 55:10 72:18
**agree** 6:6,16 30:6
 47:13,16,18
 48:4,6 63:19
 64:3,10,14 65:3
 65:4,12,13,17
 67:21
**agreeable** 6:10
**ahead** 9:15
**ain't** 75:20 92:5
 95:4
**al** 1:4,8 100:2,2
 101:2,2
**alcohol** 8:15
**Alex** 85:12
**allow** 76:8
**allowed** 46:19
**Amendment** 97:6
**American** 68:16
 68:18,22 69:5,6
 69:10,13,20,20

 70:1,2,5,9,11,19
 71:8 72:10
 78:19 87:10,11
 87:14,20
**amount** 25:22
 26:2 27:19
 55:14 70:10
 75:12 77:8
 87:10
**annoyed** 64:17
**answer** 5:16 6:3,9
 6:14,22 11:20
 27:5 38:20 39:1
 53:20 73:21
**answered** 18:16
 22:22 29:22
 30:4 56:14
**answering** 6:10
 30:13
**Anthony** 80:8,10
 80:21 81:21
 82:10,17,18
 84:4,6
**antique** 90:13,19
 91:12
**antiques** 90:12
**anybody** 18:20
 43:2 57:5,6
 66:14 67:2
**anymore** 13:19
**Anytime** 41:6
**anyway** 86:16
**apartment** 27:8,9
 27:21 51:21
 52:6,14,20 53:1
 53:4 54:3,8
 56:18 60:20,21
 87:1,3,5
**apologize** 13:10
 85:9
**appear** 42:3
 98:18
**appoint** 51:11
**approximate**
 44:21
**approximately**
 31:12 39:11,15
 41:5 55:10

**April** 99:15
**area** 74:3
**arm** 89:12
**article** 43:8
**Ashford** 1:4 9:17
 84:1 100:2
 101:2
**asked** 11:17 18:6
 18:8,14 22:22
 29:22 43:4 46:2
 46:11,13 67:2
 73:4 76:3,7 84:8
**asking** 7:2 11:19
 18:11 26:8 30:2
 65:15 67:13
 92:4
**associate** 83:14
**assume** 7:1
**attached** 4:6
 96:18 98:18
**attended** 11:15
**attorney** 9:16
**attorney-client**
 5:19
**authority** 16:5
**Avenue** 2:4 3:8
**average** 37:5,7
 48:1
**aware** 9:19,22
 46:17

**B**

**B** 1:22 2:17 4:5
 99:2
**babies** 22:1,9
**back** 18:7,10 22:5
 22:5 50:7,9
 54:18 55:2 60:9
 60:14 61:15,17
 67:1 74:3 82:2
 82:11 86:6 90:7
 98:1
**bad** 9:10 32:20
**bag** 50:14
**Baltimore** 29:17
**bank** 34:7,9 88:14
 88:16,17,17,18
 88:20 93:16,18

 94:10,14,16
**baseball** 90:1,3,4
 90:6,8 92:8
**based** 27:20
**bastard** 84:12
**battle** 82:21
**bedroom** 26:20
**bedrooms** 27:21
**beginning** 64:16
**BEHALF** 3:2
**believe** 68:2,3,4
**Belize** 11:3
**Berger** 3:3 4:3 5:5
 45:3 54:18,19
 96:15,19 98:1
**Berman** 3:5 45:1
**best** 5:15 73:5
**black** 86:14 91:3
 95:2,3
**block** 47:4
**blockage** 8:2 9:3
**blood** 13:14
**blue** 34:14
**boat** 88:11
**boats** 88:9
**Bob** 79:7
**Boiler** 96:14
**Boom** 52:17
**born** 10:7,9,21
 11:2,3
**box** 86:13
**boy** 80:21 82:19
 95:3
**brains** 65:1
**break** 9:11,13,14
 62:17
**Brenda** 79:11,12
 79:13,14,20
 80:2
**bricks** 82:21
**Brief** 54:17
**bring** 22:5 50:4,5
 50:6,7,9 74:3
 84:16
**bringing** 84:3
**brings** 76:21
**Brooks** 83:11
**brought** 22:3

**buck** 79:5
**build** 13:9
**building** 54:10
 58:3,4 62:3
**bull** 82:3
**business** 20:1
 32:21 33:5
 34:12 59:14
 75:20 78:13
 86:15 92:17,22
 93:1
**businesses** 15:6
**bust** 82:18,20
**Butch** 72:15,16
 72:16 73:1,3,8
 73:10,11 74:1
**butcher** 84:11
**buy** 60:6 85:22

**C**

**C** 3:1,4 4:1 5:1
**cabinet** 23:11,13
 23:19 25:10
 33:20
**call** 27:5 34:2,7
 34:13 35:2,4,8
 35:11,15,22
 36:2,22 37:2,14
 37:16,17,20,21
 56:12 72:19
 74:2 86:12
 97:18
**called** 14:20 32:3
 35:6,7,17 72:22
 73:1,4,11,17,18
 74:7
**calling** 17:13
**canceled** 25:20
 40:12 56:8 57:2
 57:3,4,9,11,14
 57:16,18,19,20
**can't** 7:12,22 8:12
 10:2 20:16,17
 23:2 26:10 39:3
 39:21 41:1
 49:14 60:4 62:4
 63:7 64:2,9
 78:14 95:9

DEPOSITION OF NELSON PEREZ
CONDUCTED ON WEDNESDAY, JULY 18, 2007

103

97:10
**capable** 82:17
**capacity** 21:15
**capitalize** 69:4
**card** 90:5,8 92:8
**cards** 90:1,3,4
**care** 79:5
**careful** 80:22
81:3,4,17 82:4
**Carolyn** 68:7,9
**carry** 32:9 57:5
60:8,11
**case** 9:17 83:21
99:10
**cash** 60:2,5,8,10
60:13,15,16
**catch** 84:12
**categorically**
73:15
**caught** 67:10
**caused** 32:21
**Cell** 54:11
**certain** 37:13
46:18 81:9
**certainly** 97:18
**CERTIFICATE**
99:1
**certify** 99:4
**chair** 90:13,14,16
90:20,22 91:2
**change** 18:2 55:6
55:9
**changed** 17:12,16
55:5,13
**charge** 73:12 84:5
84:13,17 86:17
87:11,13,17
**charged** 82:3
**checking** 93:16
93:18 94:2,6,11
94:14
**chest** 75:16 76:1
78:10
**children** 69:3
**choose** 13:16
35:12 44:18
49:10,12,14
51:10

**chosen** 10:4
**Ciano** 85:12
**cigarette** 79:2
**citizen** 11:7,9
**Civil** 1:5
**clarify** 7:9
**clear** 52:20
**CLEARY** 2:3 3:7
**close** 75:15 76:1
**closed** 15:16
**Cloth** 91:7,8
**Coast** 1:7 12:8,11
12:13,16,18,21
14:20,22 15:1,5
15:17 16:5,15
17:2,4,14,19
18:17 19:3,6
20:3,6,19 21:7
21:10,15 22:20
23:4,12,20 26:1
28:19 32:17
34:18 38:2 45:5
45:16,20 46:10
46:15 59:4,7,9
70:12,14 71:7
72:10 78:19
84:2 92:11
100:2 101:2
**collect** 24:18 25:1
26:10 90:10
**collectible** 89:22
**collectibles** 89:21
**color** 91:2
**Columbia** 1:2
2:19 29:3 30:5
30:18 53:13
96:9 99:19
**come** 11:4 26:8
34:15 41:17,18
42:5 60:14 77:1
82:2 84:7,8
86:15 92:16
**comes** 25:5
**coming** 41:9,12
61:21
**commercial** 31:7
31:9,13
**commission** 99:15

**common** 63:16
64:12 65:7,10
65:14
**companies** 34:2,5
46:19 78:16
93:4
**company** 12:5,6,9
12:14 13:12,17
14:10,17 17:10
17:13,17 18:2,4
21:1 34:6 43:22
46:10,14 67:18
68:12,14 79:16
**compensate** 76:16
**compensated**
51:14,17
**compensates**
76:19
**complete** 55:21
98:17
**concern** 28:5
**conclusion** 98:6
**confirming** 73:22
**considered** 43:19
43:20 44:5
**contact** 34:21
**contained** 75:1
**contents** 52:16
**contracts** 33:4,8
33:11,15,16
**control** 77:16
**conversation** 73:3
80:2 81:16
**copy** 33:13 92:9
92:12,13
**correct** 5:10 10:5
15:3 16:19 18:5
22:12,15 23:15
26:12,21 27:14
29:3,21 30:8
31:17,20 32:14
34:16 38:19
42:19 43:10,14
43:17 45:9
53:15,21 54:7
55:8,21 58:2,16
59:4,6,19 60:16
61:6,14,16 63:9

63:21 69:21
70:16 71:8
72:11 73:20
76:20 88:7
91:19 93:22
98:16 99:5
**CORRECTION**
100:4 101:4
**corrections** 98:18
**cost** 10:4
**couldn't** 42:22
43:3,6 44:12
59:14 63:9
66:16 67:17
**counsel** 5:4 99:9
**count** 50:20 51:2
**counties** 30:15
31:1
**county** 29:10 30:8
30:15
**couple** 45:7 66:7
78:2
**court** 1:1 28:15
**crash** 32:21
**Crawford** 74:12
75:8,11 76:3,7
76:19 84:8,19
84:22
**create** 28:4
**crew** 36:10,13,18
76:7 77:3,4 78:9
**criminals** 24:16
**currently** 8:18,20
**customers** 34:13
34:18 73:13,19

_____
D
_____
**D** 5:1 24:19
**dam** 86:12
**DATE** 98:22
100:22 101:22
**day** 35:16,18 36:2
36:4,7,10,13
37:4,5,7,10,13
38:13 40:13
41:16 44:6 49:7
53:18,22 60:22
62:14 75:2 84:8

97:7 99:13
**days** 8:11 35:10
36:20,21 37:1
38:19 50:1
**dead** 14:9 63:6
97:16
**deal** 34:9
**dealer** 79:1
**dealing** 97:11
**debt** 95:6
**decide** 13:11 70:1
70:3,6,18
**decided** 13:18
87:13
**decision** 19:19,21
37:19
**decisions** 18:18
19:13
**Defendant** 4:9
96:22
**Defendants** 1:9
**definitely** 73:15
74:2
**DEMBOWSKI**
3:4 54:15
**depend** 36:16,17
36:18 47:10
86:20,21
**depends** 35:15
36:15 41:8 58:3
86:19 87:15,16
87:17,17,22
88:1
**Deported** 11:14
**deposed** 11:11,13
**deposition** 1:12
2:1 4:7 6:13
9:12 11:15
55:20 56:3
97:15 98:2,3,6,7
**describe** 11:22
12:2 13:5,6
90:20
**destroy** 45:13
**destroyed** 20:20
21:2 23:3 33:6
**determine** 37:9
**diabetic** 13:14

**dictate** 77:16
**didn't** 13:18 17:8
  18:12 34:9
  35:19 38:22
  46:1 55:22 56:4
  56:11,21 57:13
  57:19 63:8,10
  63:13 66:9 67:8
  71:2 72:5 73:9
  74:2 82:2 84:10
  96:2,3 97:5
**died** 14:14,16
**difference** 27:7
  32:12
**different** 20:9,9
  44:10 45:6
  46:10 55:14
  82:18
**disagree** 6:17,19
**discuss** 71:12
  75:21,21,22
  78:11
**discussed** 71:17
  71:19 74:9
  75:18
**discussion** 74:4
  97:21
**District** 1:1,2 2:19
  29:3 30:5,17
  53:13 96:9
  99:19
**doctor** 8:9
**document** 96:15
  96:20 97:3
**documents** 4:9
  28:2,4,5 96:21
**doesn't** 54:5
  56:22 65:21,22
  66:1
**doing** 20:22 37:16
  42:18 43:19,20
  43:21 44:8 49:6
  70:2 72:17
  75:17 78:5,22
  82:17 96:13
**dollars** 54:12
**Donald** 83:10
**don't** 6:16 7:2,3,6

7:7 8:9,17 9:8,9
9:18 13:7 15:10
15:10 16:3
17:11 18:3,19
18:20,21 19:21
20:16,20,21
21:11,13 22:1
22:19 23:2,6,6
23:21 24:1,3,3,9
25:6,21 26:4,9
26:11 27:6
28:10,22 29:8
29:12 30:20,22
31:2,3,6 32:5
33:6,10,12,14
33:16,19 34:1
34:20 35:11,15
36:5,21 37:8,16
37:20 38:3,4,6
38:15,16 39:1,5
39:6,12,12,22
42:12 43:5 44:2
44:4,14,20,22
46:6,20 47:3
48:3,6,13 49:22
50:11,11,14,22
51:4,19 52:21
53:2,8,11,19
54:1 55:2,5,11
55:16 57:2,2,3
57:20,21,21,22
58:1,4,10,11,11
59:18,20,21,22
61:17 63:16,17
63:22 64:4,6,7
64:22 65:14,18
65:19,21 66:2
66:13 67:10,19
68:3,4,15 69:18
70:5,13 71:5
72:12,13,20
73:3,16,17
74:19,20 76:21
76:22 77:14,14
78:20,21 79:9
79:17,17 80:4
81:13 82:6,7,7,9
82:10,14,21

83:13,14,15,15
83:16 85:10
86:15 88:13,19
88:20 89:5,6
90:11,18 91:15
91:16 92:13,17
92:20 93:2,3,5
93:21 94:2,4,9
95:2,3,5 96:6
97:19
**dope** 60:5,6 79:2
  79:3
**downgraded** 39:5
**downtown** 81:2
**drank** 8:15
**drink** 8:17
**drive** 20:4,5 21:6
  47:2,3,6 48:1,9
  48:10,12,14,18
  48:20 49:3 51:5
  51:6 58:14 60:9
  84:22
**driven** 20:19
  45:19 50:17
**driver** 20:2,11
  21:10 51:6 60:7
  60:12,13
**drivers** 20:21
  45:9,14 46:4
  51:2,6
**driver's** 20:10
**driving** 20:22
  21:4 60:8
**drop** 61:21,21
  97:16
**dropped** 61:15,17
  61:19,20 63:6
  93:6
**dropping** 62:1
**drove** 20:15
**drug** 24:16 79:1,1
**drugs** 8:13 83:15
**due** 89:8
**duly** 5:3
**dumb** 64:17
**duties** 13:5
**D.C** 1:13 2:6 3:10
  47:1,2,11,15,19

**E**

**E** 3:1,1 4:1,5 5:1,1
  100:1,1,1 101:1
  101:1,1
**earlier** 18:8 71:3
**East** 1:7 12:8,11
  12:13,16,18,21
  14:20,22 15:1,5
  15:17 16:5,15
  17:2,4,13,19
  18:17 19:2,6
  20:3,6,19 21:6
  21:10,15 22:20
  23:4,12,20 26:1
  28:19 32:17
  34:18 38:1 45:4
  45:16,20 46:10
  46:15 59:3,6,9
  70:12,14 71:7
  72:10 78:19
  84:1 92:11
  100:2 101:2
**efficiency** 27:10
  27:11
**either** 24:16
  30:14 46:8 51:5
  56:20
**elects** 98:6
**employ** 46:5
**employed** 28:6
  99:10
**employee** 69:6,7
  69:12,14
**employees** 18:18
  26:6 45:15 50:3
  60:2 70:3,5 71:7
  71:8 76:4 78:8
  93:10,13
**employment** 12:1
  12:3
**empty** 58:7
**encourage** 97:8
  97:10,14
**Errata** 98:18
**ESQUIRE** 3:3,4
  3:5,6
**establishments**
  31:10,13

**estimate** 39:7
**et** 1:4,8 100:2,2
  101:2,2
**event** 98:5
**everybody** 25:2
  61:12,12 75:15
  75:22 93:6
**evict** 53:4
**eviction** 1:7 12:5
  12:6,12,13
  13:12,17 14:20
  19:6,15 23:7,8
  25:9,11,14,17
  26:2,7,7,21 28:9
  29:14 32:6,11
  34:8,14,15 35:8
  35:14 36:4,5,6,9
  36:12,17,21,22
  37:1,15,16,21
  37:22 42:17,18
  43:21 44:8
  46:19 47:1,2,6
  47:22 48:2,9,13
  48:13,18,21
  49:2,9,18,19
  50:16,17,18,21
  51:21 52:7
  53:13,15 54:6
  54:21 55:4,5,13
  55:14 56:6,8,18
  56:22 57:3,8,9
  57:11,14 58:1
  58:11 59:10
  63:9,20 64:1,3,5
  64:6,10 65:5
  66:4,22 68:11
  68:14 69:1,2,3
  69:19,21 75:13
  75:17,22 78:9
  78:10,22 79:4
  79:14 81:8,11
  81:19,20 82:8
  83:12 86:18
  96:14
**evictions** 12:16,19
  12:22 14:6 15:1
  15:2,3,5,17 16:6
  16:16 17:5,14

DEPOSITION OF NELSON PERU
CONDUCTED ON WEDNESDAY, JULY 18, 2007

105

17:20 18:17,22
19:2,7,11 20:3,6
20:19 21:7,10
21:16 22:21
23:5,13,14,18
23:20 25:19
26:1 28:5,19,20
28:21 31:4,7,9
32:18 34:3,19
34:22 36:14,20
37:6,10,12 38:1
38:2,7,9,10,17
39:7,10,14,19
40:3 45:5,16,21
46:11,15 47:14
49:6,7 50:2
53:17,22 57:2
59:4,7 65:6
68:16,19 69:5,6
69:9 70:14 84:2
92:12
**Ex** 22:6
**exactly** 85:3
**EXAMINATION**
4:2 5:4
**examined** 98:15
**example** 60:20
**Excuse** 64:21
**Exhibit** 4:7 96:16
96:17
**expect** 62:20 63:1
63:17
**expires** 99:15
**explain** 46:3
**Express** 1:7 12:11
12:16,18,22
14:20 15:1,2,5
15:17 16:5,15
17:4,14,20
18:17 19:3,6
20:3,6,19 21:7
21:10,16 22:21
23:5,12 26:1
28:19 32:17
34:19 38:2 45:5
45:16,20 46:11
46:15 59:4,7,9
70:14 84:2

92:11
**Express's** 17:3
**extent** 28:4

---

**F**

**F** 3:3
**fact** 22:2
**factors** 37:9
**faith** 82:2,11
84:10,15
**far** 19:13 29:16
35:7 55:2
**fast** 79:5
**fax** 74:20 92:14
92:15,19
**Federal** 22:6
**feed** 93:8
**feel** 50:19
**feet** 91:10
**field** 13:17
**Fifth** 97:6
**file** 16:9 23:11
33:20
**filed** 16:4,8,13
37:6
**files** 25:9 26:5
**filing** 23:13,19
25:10
**fill** 44:16
**Fillmore** 1:22
2:18 99:2
**financial** 99:11
**finish** 6:9 40:20
52:18 62:7,12
76:13,14 77:3,5
83:17
**finished** 40:8,12
77:12
**fire** 66:5,8,14,15
66:18,19,22
67:2,3,5,7,8,12
67:15,19
**fired** 66:7 67:9,11
**firing** 67:4
**firm** 63:10,13
**first** 4:8 17:13
43:2 60:9,19,21
61:5 72:6 76:18

96:21
**fits** 88:6
**five** 12:20 15:2
23:20 37:1 45:4
47:7,9,10 61:8
61:22 72:17
82:8 83:13
**Floor** 2:5 3:9
**folks** 95:2,3
**following** 98:4
**follows** 5:3
**Ford** 86:12,12,13
86:13,14
**foreclosed** 34:8
**foregoing** 98:15
99:4,5
**forget** 64:20
**forgot** 13:14
**form** 12:18 13:11
13:16 15:20
16:2
**formed** 12:16,21
15:1
**Forte** 80:8,10,10
80:11,14,16,21
82:11,17,18,20
82:21 84:4,4,6,6
84:8,17,18 85:3
**Forte's** 81:21
**forth** 18:8,10
**four** 8:2 53:17,22
69:2 72:18
82:18 93:7
**friend** 13:20 14:3
**front** 90:7
**full** 5:6 12:9
44:17
**fully** 7:13
**full-fledged** 9:2
**furniture** 13:9

---

**G**

**G** 5:1
**Gaines** 14:4,5,5,8
14:9 17:9
**general** 29:11
81:21
**generally** 29:14

34:12
**genius** 65:1
**Gentlemen** 97:6
**geographically**
28:20,22 31:2
**George's** 29:10
30:8
**Gerald** 82:19,19
82:20
**getting** 21:2 39:5
53:5 55:18,22
56:4 64:17
78:16 84:16
86:6 89:6,7
**give** 6:2 8:10 16:1
22:5 24:17,18
24:18,19 25:3
26:9 28:9,10,12
28:15 44:21
60:13 67:19
76:3,5
**given** 26:1 46:8
85:22 98:17
**gives** 24:22
**Gloria** 84:18,20
84:21,22 85:3,4
**go** 9:15 14:1 20:1
40:16,17 41:12
42:5 47:12 54:8
54:15 55:18
57:2,3 58:3,4,7
58:11 62:8 63:5
76:14 77:2,13
77:13,14,14,14
78:22 79:1
83:17,17 97:19
**goes** 52:17 73:8
**going** 10:14 18:10
39:4 48:6 49:2,3
55:20 56:2
57:14,16,17
60:12 63:5 64:1
64:5 65:7 75:19
75:20 77:8 78:5
79:21 81:9,10
81:22 84:12,16
97:7,11
**good** 54:13 78:6

79:20 81:4 82:1
82:4,11 83:1
84:9,15 92:17
93:7 97:7
**gotten** 24:4,7
**GOTTLIEB** 2:3
3:7
**government** 16:5
**grab** 91:14
**graduate** 10:19
**Great** 7:5
**Greene** 83:6,8
**group** 76:9
**grown** 49:15
**grunt** 6:4
**guess** 13:7
**gun** 91:14,19 92:1
**guy** 43:21 49:19
75:16
**guys** 19:4,7 22:5
28:14 41:19
80:22 81:2,5,6
82:12

---

**H**

**H** 4:5 100:1 101:1
**habit** 79:5
**half** 31:14 47:14
**HAMILTON** 2:3
3:7
**hand** 75:15 76:1
78:10 99:13
**handed** 14:16
**hang** 83:15
**happen** 49:7,11
49:21 56:22
**happened** 49:13
55:6,10
**happens** 56:19
58:15 61:8
**happy** 76:12
**HARRY** 1:4
**hasn't** 21:21
**Hassan** 83:2,4
**haul** 96:14
**haven't** 22:7
66:12
**head** 26:13 73:14

82:20
**health** 13:13
  97:11
**hear** 64:22 78:18
  83:5
**heard** 68:6 78:15
  80:5,6 81:14,16
  82:5,6 83:9,10
  84:5
**heart** 8:3 9:2
**held** 2:1
**hell** 64:20 89:22
**Hello** 72:17
**help** 50:18 63:7
  68:18,21
**helped** 86:2
**Herbert** 14:4,5
**hereunto** 99:12
**Hey** 81:3
**he'll** 86:3
**he's** 73:17 75:19
  78:4
**high** 10:19 13:14
  91:9,10
**hire** 18:20,21
  24:11,15 33:1
  40:2,2,4,10
  42:13,14,21
  44:12 45:20
  48:14 53:3,12
  54:2 58:10 63:8
  63:10,13,17
  68:21 70:19
  93:5,14
**hired** 19:15,19,20
  26:6 43:13 45:6
  46:9 49:8 67:7
  70:3,7 71:18,20
  76:17
**hires** 32:17
**hiring** 18:18 44:5
  64:10 71:22
  75:9 83:19
**hold** 75:15 76:1
**holler** 42:6
**home** 16:18,21
  55:18 63:5 79:1
  97:7,11

**homeless** 40:3
  41:20 46:9,18
**hoping** 84:15
**hospital** 97:19
**hour** 47:14 50:2
  62:21 63:2,3
**house** 17:4 22:4
  27:19,20,22
  52:9,11,13,15
  62:19 76:11,12
  76:13,18,19,21
  85:7,11,17 87:7
  90:13 92:16
  94:19,22
**houses** 17:4
**Huh** 8:19 9:21
  10:8 11:12
  62:22 66:17
  80:13 92:10
  95:13,21
**Huh-uh** 38:18
**hungry** 88:3
**hurt** 81:10,22
  82:12,13 84:16
**hurting** 80:22

**I**

**idea** 39:12 48:3
  79:18 93:2
**identification**
  96:18
**identify** 34:18
  41:10,14
**illegal** 8:13
**illness** 8:22
**impact** 7:17 8:4
  9:8,9 37:12
**impacts** 8:7
**inception** 33:7
**included** 98:5
**incorporated**
  15:18
**indicating** 89:17
  91:9
**individual** 83:20
**individuals** 19:14
  45:6
**industry** 14:6,11

15:3
**influences** 37:18
**information** 23:8
  23:10,14,18
  24:10,14 25:8
  25:10,13,16,19
  25:22 26:5,10
  74:22 75:4
**initiated** 81:22
**instance** 48:17
  56:16 57:7
  76:17
**instances** 47:5
  48:8,12 58:9
**intended** 22:4
**interest** 99:11
**internet** 21:1
**interruption**
  54:11
**interview** 63:11
  63:14
**interviewed** 43:1
**involvement**
  83:20 84:1
**Irwin** 72:14 73:8
**isn't** 64:12
**issue** 43:2 74:5
**it's** 12:13 17:19
  26:16 27:13
  43:7 47:4 52:18
  52:19 53:14,21
  53:22 55:21
  57:1 66:19
  70:15 75:14
  77:13 88:5
  90:19,22 91:12
  97:10
**I'd** 66:21 91:15
**I'll** 6:7,9 7:1,3
  17:3 37:10
  41:15 45:18
  77:3,4 79:22
**I'm** 6:8 7:2,8,14
  7:20 8:9,11 9:5
  10:14 12:5 13:2
  13:13 14:7
  17:15 18:9,10
  18:11,11,11

20:22 21:3,4
  27:16 29:12
  30:2,12,12,19
  36:19 39:3,5
  41:9,12 42:17
  42:18,20 44:9
  46:7 48:6 49:3
  53:21 55:18,19
  55:22 56:4,16
  56:18 59:1,1,15
  62:4 63:5 64:16
  64:17 67:13
  69:2,7,7,7,14,14
  70:2 73:22
  75:20 77:12
  80:1 81:3,8,20
  82:5 84:12 85:9
  89:6,7,7,7,8
  92:4 93:6 94:13
  97:6,7,11,11
**I've** 8:1 9:1 21:2
  43:2 44:7 63:5
  72:16 78:1,1,1
  79:12,22 80:5,5
  89:12

**J**

**J** 3:5
**JAKEYIA** 1:4
**JANE** 3:6
**jeans** 72:2
**jewelry** 89:9,11
  89:14,16,20
**job** 1:20 37:3,3
  40:8,11,12,12
  40:17,19,20
  53:5,7,10 58:4,7
  58:7 60:18,19
  60:19 61:5,6,11
  62:5,7,8,11 67:9
  70:2,4,7,17,20
  71:1 76:4 77:1,3
  86:3,4 87:18,18
  93:7
**jobs** 20:21 21:3
  37:4 40:16
  60:22 61:9 75:5
  75:6 87:10,19

**Joe's** 93:8
**John** 25:5,5,6
**joined** 14:22
**Journal** 42:20
  43:8
**July** 1:14 99:14

**K**

**keep** 23:5 25:8
  28:7 92:21
  97:13
**Kenny** 96:5
**kept** 25:10
**kick** 84:13
**kids** 93:7
**killed** 92:5
**kind** 6:20 7:19
  8:7 16:2,8,10
  23:4 43:16 79:3
  92:19
**kinds** 80:19
**Kirk** 83:6,8
**kitchen** 41:21
  46:9
**kitchens** 46:18
**knew** 57:16 73:6
  85:1,3
**know** 8:9,10 9:9
  9:10,12 15:10
  15:21 17:7,7,9
  17:11 22:1 23:6
  24:3 30:21 31:2
  31:6 32:5,22
  33:21 34:20
  35:11,15 37:8
  37:18,20 38:3,4
  39:3,13,18
  41:18 44:2,20
  45:14,17 46:4
  46:20 47:11,11
  48:7 49:22
  50:11,11,15
  57:13,17,19
  58:19 59:3,12
  59:14,14,15,20
  59:21,22 64:15
  64:15,19 65:14
  65:16 66:13

68:11,15 72:21
73:2,9,9 75:16
76:22,22 78:20
78:21 79:9,14
79:15,16,17
80:4,7,11,15
81:13 82:6,7,8
82:10,13,14,16
82:16,17,21,22
83:2,13,14,16
84:10 89:3
90:18 92:20,22
93:18 95:16,18
96:5
**knowledge** 5:15
17:21,22 21:8
34:11 41:22
44:14 46:20
47:16 49:5
58:17,18 59:18
69:22 73:5

**L**

**labor** 42:15
**laborer** 44:6
**lady** 62:19
**landlord** 33:2
69:21 85:15
**landlords** 33:1,5
33:9 86:17
**Lanford** 68:7,9
71:13,17 72:9
87:14
**LARRY** 3:4
**laughing** 59:8
**Laughter** 88:12
**law** 5:16 63:10,13
**lawsuit** 33:8 37:6
84:2
**lawyer** 97:5
**leader** 51:12
**leather** 91:4
**leave** 14:13 40:17
40:22 41:1 49:8
55:20 56:2 77:5
**leaves** 49:19
**leaving** 41:8
**LEE** 3:3

**left** 14:11 32:10
98:2
**leg** 9:3
**legal** 28:2
**lend** 96:2
**lent** 95:18,20,22
**letter** 93:4
**letters** 32:19,22
**Let's** 54:15
**liability** 15:21
**license** 20:10
**life** 8:14 72:17
90:9
**limited** 15:20
**LINE** 100:4 101:4
**Linston** 85:20
86:1,1
**list** 73:2,5 74:8,16
74:16,18,19
75:1
**lists** 25:3
**litigation** 28:3
**little** 82:19 84:12
**live** 10:15 22:7,13
**lived** 10:17 22:14
**living** 12:4,22
69:4
**LLP** 2:3 3:7
**lobby** 72:6
**located** 16:16
**location** 47:11,15
**locations** 42:11
47:19
**long** 10:17 15:8
17:7,9 21:9
25:16 32:9 44:9
44:15 47:1 48:1
51:20 52:7 53:8
**longer** 45:1 52:1
52:3
**longest** 52:19
**look** 62:15 96:22
**looking** 24:20
39:3
**lost** 92:21 93:1
**lot** 8:10 92:21
**lunch** 50:3,4,5,10
50:14

**luxury** 95:2,3

**M**

**M** 5:8
**machine** 74:20
92:9,12,13,14
92:15,19
**main** 74:15
**maintain** 28:2
**maladies** 9:6,8
**man** 9:5 18:7
52:17 54:9 60:1
60:5 63:5,16
67:1,1 69:8,15
74:4,7,11 77:21
79:7 83:2,10
95:16,16,19,22
96:4
**mark** 96:15
**marked** 96:17
**marshal** 25:1,4
26:18,19 27:5
28:11,13 32:16
37:1,14,14,15
37:17 57:4 66:7
67:9 73:2,4 74:8
74:19 75:1
**marshals** 56:21
**marshal's** 37:19
**Maryland** 29:5,9
29:11,14,18,18
29:19,21 30:1,3
30:4,5,7,9,13,15
30:16,17,22
48:1,2
**matter** 22:2 54:5
58:14
**MATTHEW** 3:5
**may** 9:13 37:3
**ma'am** 64:21
**McLean** 21:18,20
21:21,22 22:6,7
22:8,8,10,13
**mean** 12:2 23:6
27:13 41:12
59:18,21 62:7
66:10 74:18
90:4

**means** 29:18
**meat** 84:14
**medications** 7:16
7:19,21 8:1 9:7
**medicine** 63:6
89:8,8 97:7,12
**medicines** 8:4
**meet** 48:19,21
49:2,4
**memory** 7:17 8:5
8:8 9:8,9,10
**men** 49:15 52:15
52:17
**mention** 42:13
**mentioned** 9:7
45:10 84:20
**mentioning** 92:21
**met** 80:15
**mine** 13:20 75:21
**minimum** 50:21
51:3 93:10,13
**minor** 52:16
**minute** 55:19
**minutes** 41:7 47:7
47:8,9,19 48:4
51:22 52:4,8,10
52:11,18
**misquote** 43:9
**moment** 54:16
**Monday** 38:14,17
39:21
**money** 60:11
69:20 74:9
75:12,18,21
78:11 85:22
88:3,20 93:16
95:8,9,10,11,14
95:18,20
**month** 10:14
20:19 21:5
**months** 21:12
**morning** 40:4
79:20
**mortgage** 34:2,5
34:6
**mother** 85:22
**multiple** 49:6
50:1

**N**

**N** 3:1 4:1,1 5:1
**name** 5:6 8:12,12
12:9,13 17:8,12
17:16 18:2
24:17,17,18,18
24:20,22 25:2,7
28:8,10,11,12
28:13,16,18
39:4,4 46:10,14
46:14 73:6,9
80:5 82:9 83:16
85:4 96:7
**named** 68:6 74:11
77:21 79:7,10
80:8 82:19 83:2
83:10
**names** 7:22 25:1,4
26:9,9 83:13
**near** 22:11
**nearly** 21:22
**necessarily** 87:12
**necessary** 63:20
66:20
**need** 6:3 7:6 9:11
16:9 20:10
26:20 27:2
36:18 49:18
64:22 65:5,16
68:1 74:16,16
88:3 95:5
**needed** 61:5,6
66:10
**negotiate** 77:7,10
**negotiated** 88:5
**neither** 99:9
**Nelson** 1:12 2:1
4:2,10 5:2,8
96:22 98:3,14
**never** 8:14 15:2
22:13,14 28:13
43:13 45:22
46:2,3,16 66:6,8
66:10,11,14
67:11,15 69:1
71:19 72:8 73:3
73:6,18 74:4,9
75:17 78:9,17

80:4,5,6,15 83:5
83:9 84:4,5,6,7
84:8,17 90:8
**new** 78:5
**Newport** 3:6 45:1
**nobody's** 78:13
**nod** 6:4
**noon** 50:2
**Nope** 10:20 15:19
16:14 17:18
24:12 33:6
71:16 75:10
86:9 97:4
**Northwest** 2:4 3:8
10:16 16:17
**notarial** 99:13
**Notary** 2:19 99:1
99:18
**notice** 2:17 8:11
**number** 26:6,12
26:13 27:20
39:14,18 58:22

**O**

**O** 4:1 5:1 42:9
44:12 46:22
47:2,20 61:15
61:18
**oath** 5:10
**obligation** 28:2,7
**occasion** 73:1
**occur** 37:10 60:22
**occurred** 49:17
**occurs** 35:14
**office** 16:22 17:3
22:21 23:1,13
60:9 92:9,11
**officer** 99:3
**offices** 2:2
**oh** 13:10 44:9
76:11
**okay** 6:2,5,21 7:5
7:9,11 8:13,15
8:18 9:4,11,14
9:16 10:3,7,21
11:7,11,22 12:6
12:21 13:10,16
13:22 14:3,10

14:22 15:8,11
15:17 16:4,12
16:15 17:2,7,12
17:19,22 18:15
18:17 19:2,6,13
19:17 20:12,18
21:9,12,14
22:17 23:17
24:1,13 26:11
26:19 27:7,13
27:18 28:1 29:9
29:16,20 30:2,6
30:19 32:17
33:17,22 34:10
34:12,21 35:13
35:17 36:1 38:1
39:7 40:2,6,10
40:18,21 41:2
42:1,7,10 43:13
44:3,9,20 45:8
45:12 46:4,7,17
46:21 47:5,9,13
47:18,22 48:17
49:6,11,21
50:13 51:14,20
52:1,19 53:12
54:2 55:3,12,17
56:2,6 57:22
58:6,9,13,18
59:17 60:18
61:14 62:2,14
66:3 67:16
68:11 70:10,14
70:18,22 71:6
71:12 72:4,8,13
74:6,14 76:16
77:7,15 78:3,12
79:19 80:17
81:11,18 85:2
86:10 87:19
88:5 89:9,19
90:10,20 91:14
92:7 93:15
94:17
**old** 10:13
**ones** 24:1,2 77:19
**one-bedroom**
26:14 27:8

51:21 52:20
53:4 60:21 87:1
87:3
**operation** 75:7
**operations** 17:5
**opinion** 64:9
**opportunity**
45:22 66:6,8,10
66:14 67:12
78:17
**opposed** 42:15
**ordered** 56:19
**outcome** 99:11
**oversee** 51:10
**oversees** 51:7,9
**owe** 95:6,8,9,10
95:16,16
**owed** 95:11,14
**owes** 95:19 96:1,1
**owned** 15:6 67:18
91:15,17,20
92:3
**owner** 18:4,9,12
59:3,6,9,13
85:14
**owning** 17:9
**owns** 68:11 85:11
**o'clock** 40:5,14
40:15,16 41:9

**P**

**P** 3:1,1 5:1
**PAGE** 4:2,7
100:4 101:4
**pages** 1:21 62:15
**paid** 19:5 26:2
53:4,9,10 54:3
54:20 55:4,15
56:10,13 57:3
57:21,21,22
58:1,5,12,15
61:15 62:8
69:16,18 70:11
70:15,17,20
71:7 72:9 75:18
75:19 77:17,17
78:16
**paper** 22:3 23:8

23:11
**papers** 16:4,8,10
16:13
**Pardon** 11:8
21:19 24:6 31:8
31:18 36:11
38:8 39:9,17
48:11 51:16
52:2 58:21
91:22 93:12
**park** 41:17 42:4,7
**part** 16:21 30:3
**particular** 19:15
26:7 30:11,22
33:4,8 37:10
**parties** 99:10
**pause** 54:17
**pay** 19:10,16,17
53:13 55:1 57:5
57:20 58:5,8,10
60:2,4,4,8 61:13
62:5,8,10,12,13
71:22 75:12
77:4,5,8,20 78:8
83:17 86:21
87:20,22 88:1
93:10,13 96:3
**paying** 53:6 71:1
71:6,15 77:18
78:13
**payment** 75:22
**pays** 69:21
**Pennsylvania** 2:4
3:8
**people** 20:5,8,9
20:15 22:3
24:11,15,15
25:4 26:8,12,13
26:14,15,21
27:2,9,14,22
28:6,8,9 32:19
32:21 39:3
40:21 41:2
42:13,14,16,21
44:5 49:1,17,18
49:19 58:10
62:1 63:18 67:9
67:11 70:8,19

71:1,20 76:9,14
76:16 77:11
78:10 81:9,11
81:15,20 82:5,6
82:8,16 83:14
88:2 93:14 95:9
**people's** 28:12
**percent** 24:15
31:14,15 79:3
**percentage** 31:5
31:12
**perform** 18:22
19:8,10,15
25:17 26:2,21
28:9 34:3,7,15
34:22 36:6,9,12
36:14,20,21,22
37:1,7 38:2,7,9
38:10 40:3
50:18,21 51:20
52:7 53:12,15
53:17 62:6 63:9
64:1,2,5,6,9
65:6 66:21 69:9
69:19 86:18
**performed** 23:14
28:6 32:3,6
37:13 38:4,16
39:8,11,15,19
53:22
**performing** 34:14
63:20 69:17
**performs** 19:2,7
28:20
**person** 12:16 18:1
21:6 46:8 49:8
51:14,17 68:6
80:7
**personally** 39:3
**phone** 54:11
**phonetic** 72:15
85:12
**physically** 16:16
97:13
**pick** 75:5 77:2,3
77:20 92:16
**picked** 40:15
92:22 93:2

piece 22:2 52:18
  86:11
place 25:11,14
  28:21 29:1,2,5,7
  29:9
places 30:7,11
Plaintiffs 1:5 3:2
  5:4
Plaintiff's 4:8
  96:20
plate 93:9
play 78:10
played 75:15
player 90:6
playing 75:14
  90:4
please 5:6 7:8
  9:12 42:19
  53:20 90:21
pocket 60:11
point 55:4
poker 75:14,15
police 24:20
  28:14
policy 46:17
portion 17:3
position 13:4
  51:15,18
possessions 32:9
possibly 7:18,18
practice 23:17
premises 32:8
present 45:2
  97:22
pressure 13:14
price 74:2,4 88:4
  88:5
prices 73:12,19
Prince 29:10 30:8
printout 74:8
privilege 5:18,19
  5:19
Probably 63:12
proceedings
  54:17 99:4,6,6
Production 4:9
  96:21
Professional 2:18

99:3
property 34:8
  54:6 85:5,20,21
  86:1
proprietor 18:9
  59:13
proprietorship
  16:2
protected 5:18
protecting 84:15
Public 2:19 99:1
  99:18
pull 71:20
Pursuant 2:17
pushing 81:2
put 13:14 20:22
  23:11 25:2 67:4
  71:21 81:1 95:4
  95:5
putting 23:19
  42:18
P.G 30:20
p.m 1:15 98:4

Q
question 5:17,18
  6:8,8,10,12,15
  6:17,18,22 7:1,7
  11:18 18:6,8,14
  34:17 35:20
  37:11 41:15
  43:5 44:10
  45:18 46:2
  56:14,15 60:1
  62:16 63:18
  64:17 65:15
  67:2,4 70:13
  76:6 94:13
questions 6:14,19
  6:20 64:18,22
quick 60:5
quote 42:22 43:3
  43:5,6,12
quoted 42:20 43:9

R
R 3:1 5:1 100:1,1
  101:1,1
raise 73:12

raising 73:19 74:2
range 88:6
rare 52:5,5 53:22
rate 55:13
read 98:7,15
ready 41:4,6
  55:18
realize 89:1
reason 7:11,14
  46:3,16 56:22
  66:13 100:4
  101:4
recall 8:12 73:1
receive 72:19
recognize 72:3,5
  72:6
recollect 73:6
  74:8
record 5:7 11:19
  54:15,18 65:2
  65:16 68:1
  97:19,21 98:1
  99:6
records 23:4
recruit 41:16,21
  46:19
recruited 42:2
reduced 99:8
refer 17:2
referring 17:3
  81:6,7
refusing 30:10,12
  66:21
regarding 18:18
regardless 53:14
regions 75:2
Registered 2:18
  99:2
related 28:3 99:9
remember 15:10
  17:8 20:17 21:8
  21:11,13 22:19
  24:3,9 25:21
  26:4 27:6 30:20
  30:22 31:3
  33:10,12,14,16
  34:1 38:6,15,16
  39:1,2,5,6,14,18

39:21,22 40:1
  42:12 43:22
  44:4,14 51:19
  52:21,22 53:2,8
  53:11,19 54:1
  54:20 55:2,3,6,9
  55:11,16 59:18
  65:18,19,22
  66:2 71:5 72:12
  72:13,20,21
  73:16,17 82:9
  88:19,20 89:5,6
  93:21 94:2,4,9
  95:10,11,14,19
  95:22 96:6
remind 28:1
rental 31:5
repeat 7:4,6 13:2
  33:5
rephrase 37:11
  41:15 45:18
  76:6
Reported 1:22
reporter 2:18
  43:4,9,11 99:1,3
represented 9:20
  9:20 10:1,4
Request 4:8 96:21
requested 56:19
require 26:14
  28:11
required 5:16
  26:16
requires 26:17,20
  60:19
resident 32:7,9,13
  32:14 56:17
residential 31:16
  31:19
respect 84:15
responses 6:2
responsible 77:11
  77:18,19
rest 31:16,19
RETURN 100:3
  101:3
rid 24:2,4,7
ride 48:16

right 6:17 9:15,19
  9:22 10:6,15
  12:1,15 19:9,12
  24:20,22 26:22
  28:13 29:21 41:9
  41:11 45:14
  47:4 49:1 54:8
  57:13 62:3 64:8
  64:18,19 67:19
  74:22 76:21
  79:22 88:2
  89:12 94:1
rightful 28:10
Rodriguez 77:22
roughly 31:5
rules 41:18 71:22
run 23:1
running 16:18
R.P.R 1:22

S
S 3:1,6 4:1,5 5:1
  100:1 101:1
safe 94:19,21,22
  95:4,4,5,5
salary 74:10
savings 94:5,8
saw 78:1
saying 7:8 13:8,8
  29:13 30:21
  42:21 66:11
  81:9,18 93:5
says 37:16,21
  43:8 80:21
  96:20
schedule 36:3,5
scheduled 25:20
school 10:19 86:2
  86:2
seal 99:13
seat 91:1
second 60:19,21
  61:6 76:19 86:7
  97:20
see 6:20 7:14 42:5
  75:16 82:9
seen 22:7 72:16
  78:1 80:4,5 97:3

sell 15:14
Senior 5:8
sense 63:16 64:12
  64:18 65:7,10
  65:14,22 66:1
sent 22:2,6 32:22
  33:2 93:4 97:4
separate 16:21
September 39:15
  39:19
set 27:19 68:18
  70:10 75:6 88:4
  99:12
shakes 73:14
Shakur 83:2,4
shape 90:22
Sheet 98:19
shelter 41:21 46:9
shelters 46:18
shit 81:2 95:5
Shoot 60:1
shop 15:7,9,12,14
SHORTHAND
  99:1
shot 37:15,16,17
show 56:21 57:11
showed 57:10,14
shown 56:9 57:8
sick 8:20 89:6,7,7
  97:18
sign 98:7
SIGNATURE
  98:22 100:22
  101:22
signed 98:19
single 36:13
sir 5:22 10:7,19
  32:2 62:10 65:2
  65:21 78:17
  85:6,10,16,18
  88:7 92:19
  93:11 97:1,8
sit 61:12 91:1
site 40:17,19 44:6
  48:19,22 49:9
  50:17,17 58:14
  58:15
situation 44:11

76:2
six 61:22
size 54:5
sleeping 56:7
slight 48:3
slightest 39:12
  79:17 93:2
Smith 25:5,5,6
  80:3 96:5,8,13
smoke 62:4
smoke-free 62:3
sole 18:4,9
solicit 35:2
somebody 24:21
  25:6 37:2 50:14
  65:8,8 66:15,18
  66:19 67:3,19
  76:22 78:13
  79:2 90:18
  91:13 93:5
sorry 13:2 14:7
  17:15 18:11
  27:11,16 29:12
  35:9 36:19 44:9
  46:7 62:4 70:2
  85:9 94:13
sound 64:16
soup 41:21 46:9
  46:18
sources 42:15
speaking 54:14
  59:1,1
special 20:10
  36:21
specific 44:19,21
spoke 72:16
spoken 44:7 72:8
  72:14 74:11
  77:21 79:7,12
  80:3,17
stagger 9:10
stamps 90:10
stand 79:6
standard 27:3
start 13:11
started 17:13
  23:19
state 5:6 29:18,20

Staten 72:14,19
  72:22 73:8
States 1:1 10:22
  11:5 26:18,19
  37:14 67:9
station 86:14
stats 90:7
stay 97:8,14
stealing 66:7
  67:10
STEEN 2:3 3:7
stenographically
  99:7
stent 9:2
stents 8:2
steps 16:1
stop 49:14 61:22
  84:5 93:8
stopped 25:2
  83:19
stops 28:13
story 84:3
street 10:16 14:13
  16:17 19:4,14
  22:3,11,13 42:4
  42:5,8,9,9,14,14
  42:20 43:8
  44:13 46:22
  47:2,20 50:6,9
  61:16,18 85:7,9
  85:17 86:7,8
streets 19:8 82:16
stroke 9:1
strokes 8:1
structure 87:21
studio 27:8,8,10
stuff 21:1
stupid 63:18
  64:16,22 65:15
sue 93:6
suggested 73:11
supervision 99:8
suppose 6:12,14
sure 73:18
Susan 1:22 2:17
  99:2
suspended 98:4
sworn 5:3,12 89:1

89:3

———

T

T 4:1,1,5 100:1,1
  101:1,1
take 9:11,13,14
  24:10,14 28:21
  29:1,2,5,7,9
  44:15 47:1,12
  47:14 48:1,18
  51:20 52:1,3,7
  52:13,17 53:20
  62:17 63:6 67:9
  71:21 75:5 76:7
  77:2,4 79:5 86:4
  86:16 88:3
  96:22 97:7,11
taken 16:1 52:19
  53:14 99:4,7
takes 47:19 48:4
talk 6:7 74:13,14
  74:15,17 75:8
  75:11 78:3 79:6
  79:19,22
talked 43:1,2,10
  43:11 44:1 78:2
  78:4,7 79:10
  80:19,21
talking 56:16,18
  73:4 80:22 81:3
  81:8,12,19,20
  90:5
talks 43:3
Tanya 80:3,4,5
Tara 21:18,20,21
  21:22 22:6,6,7,8
  22:10,13
taxes 16:11,12,12
team 51:12
telephone 35:1
  72:19,22
tell 5:12 19:22
  20:12,16,18
  30:10,12,14
  32:20 33:3
  39:10 41:11
  42:17 43:5 49:1
  56:11,12 64:14

65:10,11,14
  68:2 75:13,19
  82:2 89:1,3
telling 81:4 82:10
  82:22 89:4
temp 43:16 44:1
temporary 43:13
ten 26:14,14,20
  27:9,13 49:18
  49:18 52:10,11
  52:18
ten-person 50:20
terms 7:8 78:21
territory 46:21
Terry 1:12 2:1
  4:2,7,10 5:2,8,9
  54:14 85:5,20
  86:1,1 96:17,22
  97:22 98:2,3,14
testified 5:3
testify 7:12
testimony 5:10,13
  43:7 98:16,17
thank 7:5 27:18
  28:17 32:2 88:9
that's 7:14 21:3
  32:11,15,15
  35:1 40:13,19
  53:8 60:3 67:11
  68:2 73:5,6
  74:17 75:17
  78:6 79:4,14
  80:1 84:22
  85:14 89:20
  91:10 96:5
themself 19:4
there's 7:22 26:20
  32:12 50:7
  52:16 54:9
  62:18
they'll 60:3
they're 37:16
  40:14 43:21
  44:8 45:15,20
  53:5 61:10,15
  61:21 66:21
  70:17 78:16
  81:3,22 82:16

86:21 87:22
88:1
**they've** 49:20
**thing** 26:8 27:12
27:13 54:4
74:15 86:13
**things** 39:2 80:19
81:10
**think** 6:16 7:12
7:22 8:10,11
18:3 45:6 50:11
64:6,13 67:21
72:5 73:3 82:19
84:7 87:6 90:14
90:16 91:12
**thinking** 84:10
**Thomas** 79:11
**thousand** 45:7
**three** 21:12,22
22:1,8,11 37:4
47:8 72:18
82:18,20
**three-bedroom**
27:4
**threw** 97:4
**time** 6:7 9:12,14
11:20 20:9
22:17 24:14
35:11,22 36:17
36:18,19 40:3,6
40:14,15,18
41:2,5,8 43:2
44:19,21,21
47:12 50:3
52:13 53:14
55:4,12 56:7
60:21,22 70:22
71:3 72:17
73:18 74:7,13
77:9 79:6 82:18
82:20
**times** 8:10 9:13
45:8 58:22 78:2
**tired** 55:19 56:1,5
89:7
**today** 5:10 7:12
8:13,16 11:13
11:16 38:10

39:16,20,21
58:22 78:5
79:21 89:2,15
**told** 14:1 30:1
45:15,17,19
46:13 61:4
81:17 82:1,1,3
83:12 84:9,9
86:3 91:13
93:20
**Tony** 80:10,11,15
**top** 96:20
**transcript** 4:6
96:18 98:7 99:5
**transcription**
98:17
**transfer** 85:19,21
**transplant** 72:2
**trash** 32:4 86:11
96:14 97:5
**Troy** 77:21 78:1,1
78:2
**truck** 19:22 20:2
22:16,18 72:3
83:17 84:7
86:13
**trucks** 20:6
**true** 5:14 51:5
84:17 98:16
99:5
**truth** 5:12 89:2,3
89:4
**truthfully** 5:17
7:12
**try** 8:10 75:6
**trying** 8:11 18:7
69:3 84:11
**turn** 18:7
**turning** 84:11
**two** 8:1 9:1 21:3
22:1,9 38:19
60:22 79:22
82:20
**two-bedroom**
27:1 52:6,14,22
54:3 60:20
61:11 87:5
**types** 16:13 94:10

94:14
**typewriting** 99:8
**typically** 35:8,13
40:4,6 41:2 47:1

_____

**U**

**U** 10:16 16:17
22:3,11,13 85:7
85:9,17 86:7,8
**Uh-huh** 5:21
14:12,18 17:6
27:15 29:4
31:21 52:12
61:1,7 68:17
71:9 72:7 87:2,4
91:11 96:10
**understand** 5:9
5:13,20 7:1,2,3
7:7 13:7 16:3
17:5 28:22
29:12 44:20
49:16 69:16
70:13
**United** 1:1 10:21
11:4 26:18,19
37:14 67:8
**units** 31:5
**upholstered** 91:6
91:8
**upholstering** 13:1
13:3,6,10,18
**upholstery** 15:7,9
15:11,14
**use** 8:14 20:11,21
32:20 36:10,13
63:16 76:8 79:2
83:15 87:20
91:15 92:3
**usually** 36:20
44:15 88:6
**U.S** 11:9 25:1
27:5 28:11
32:16 37:1
56:21 75:1

_____

**V**

**v** 1:6 100:2 101:2
**vacated** 32:8
56:17

van 21:6 40:21
41:1,3,4,17,17
42:2,4,7 44:16
44:18 45:19
48:10,14,16,18
49:3 50:17
58:13 60:8
71:20 76:3
78:22 86:12
**vehicles** 86:10
**verbal** 6:3
**versus** 13:17 84:1
**Vince** 74:13,15
75:18 76:12,15
77:13,19
**Vincent** 74:12
75:8,11
**Virginia** 29:7,8

_____

**W**

**wage** 71:7 93:10
93:14
**wages** 78:7
**wagon** 86:14,14
**wait** 6:9 42:10
**waiting** 38:21
42:2 44:12
**walk** 9:10 47:4
48:13 64:19
**walked** 49:20
**walk-through**
56:12 57:9
**Wall** 42:20 43:8
**want** 9:20 13:18
18:16 20:1
30:13,14 60:5
64:15,20 66:19
67:3,7,10,16
74:3 77:12,13
77:14 83:16
86:15 89:13,17
91:16 92:15
**wanted** 28:14
66:11,18 67:5
67:15,18 73:2
74:8
**Ward** 79:8
**Washington** 1:13

2:6 3:10 29:1
**watch** 82:11
**way** 42:1 56:14
57:5 60:3,4 66:3
83:18
**wearing** 89:15
**weather** 37:12,18
56:20 57:1,4
**Wednesday** 1:14
**week** 21:3 35:13
36:20,22 37:1,3
38:2
**went** 14:1 21:22
22:8 81:16 82:1
**we're** 11:19 34:14
67:1
**what's** 39:4,4
52:19 53:9 78:5
78:5,5 79:21
86:20
**WHEREOF**
99:12
**whew** 42:8
**white** 86:13 95:2
**who's** 19:19,20
84:20
**willing** 86:21
87:22 88:1
**witness** 54:13
59:8 73:14 98:5
98:6,13 99:12
**woman** 79:10
**won't** 92:16 97:16
**work** 12:7 14:6,8
18:21 19:1,4,5,8
22:20 23:1 26:6
29:8,16,19,20
30:2,4,4,5,13,17
30:17,20,21
31:13,19 35:2
40:7 42:16 51:2
61:11,12 62:12
63:17 65:9 67:8
70:8,8,19 71:21
76:4 77:11 79:4
84:9
**worked** 21:21
22:15,16,18

30:1,7,8,9,14,16
31:4 69:1 84:4,6
84:7,17,18 96:2
96:8
**worker** 66:4
**workers** 36:10,13
40:3 41:11,16
41:21 42:2
43:14 44:12,16
45:19 48:8,9,14
48:19,21 51:7,9
51:12 53:3 54:2
54:21 55:15
56:9,9,13 57:10
57:12 58:1
60:19 61:5,8,10
61:14 62:5 63:8
63:19,22 64:2,4
64:7,10 65:5
68:21 70:6,11
70:15 71:15,18
71:20 72:10
75:12 76:8 77:8
78:15,21 81:19
83:13
**working** 13:11
19:22 21:3
45:15,20 66:4
76:8 84:18 96:9
**works** 6:13 21:15
79:16
**worth** 90:15,16
90:18
**wouldn't** 33:21
47:16
**write** 23:7 25:3
26:11
**writing** 23:18
**wrong** 42:20
53:21
**wrote** 25:6 32:19
93:4

---
**X**
---
**X** 4:5

---
**Y**
---
**yeah** 5:11 10:12
11:10 12:10

16:7,20 17:1
19:18 29:6
31:11 32:1 33:2
36:8 38:12
45:11 47:21
53:16 54:22
60:17 62:4
68:10,13 69:11
70:21 71:11
76:11,14 79:12
80:11 86:11
88:8 89:12 90:6
90:13,17 93:17
95:9 96:12
**year** 20:13,17
24:5,8 53:10
55:1,10 85:19
**years** 10:18 12:20
15:2 21:22 22:1
22:8,9,11 23:20
45:4 72:18
**Yep** 70:17
**yesterday** 38:7,9
38:11
**you'll** 84:13 93:6
**you're** 13:8 19:22
30:21 32:5
40:12,20 55:20
56:2 66:11
69:12 77:8 81:6
81:18 82:15,15
84:3 88:2 89:4
89:14 90:5
**you've** 23:14,17
30:7,7,14,16
43:13 45:6,9
46:8 49:8,17
50:17 54:20
56:8 57:10 61:4
61:11 66:10
72:8,9 92:4,21
93:1
**you-all** 20:22 21:1
22:6 32:19,22
45:13 86:14,16
93:3

---
**$**
---

**$135** 88:6
**$165** 88:6
**$5** 54:21 55:4,13
71:1
**$5,000** 95:19 96:1
96:1
**$7** 53:5,7,10,14
54:6 55:5,13
70:17,20

---
**0**
---
**06cv1561** 1:6

---
**1**
---
**1** 1:21 4:8 31:14
96:16,17
**1st** 42:8,8 44:12
46:22 47:2 50:6
50:9 61:15
**1-107419** 1:20
**1:21** 1:15
**10** 41:7 61:6
**10-person** 51:3
**100** 82:8 83:12
**101** 1:21
**11** 7:20 8:1
**135** 86:22 87:3
**14** 82:19 99:15
**15** 27:2 51:22
52:3 61:5,10
**165** 86:22 87:3
**175** 87:6
**18** 1:14
**19th** 99:13
**1940** 10:11
**1961** 11:6

---
**2**
---
**2nd** 24:19
**2:53** 98:4
**20** 47:19 52:8
**200** 87:6
**2000** 2:4 3:8
**20006** 2:6 3:10
**2003** 39:16,19,22
55:1
**2006** 37:5 39:8,11
**2007** 1:14 99:14
**2008** 99:15

202.974.1500 2:7
3:11
**25** 27:22 52:8,15
52:17
**27** 22:3 85:7,8,17
**275** 88:2
**29** 10:16 16:17
22:11,13 85:9
86:7,8

---
**3**
---
**30** 48:4
**325** 87:8
**35** 10:18

---
**4**
---
**4** 91:10
**4,000** 95:17
**40** 10:10

---
**5**
---
**5** 4:3 41:7
**5,000** 95:16

---
**6**
---
**68** 10:14

---
**9**
---
**9th** 2:5 3:9
**9:00** 40:5,10,14
40:15,16 41:7,8
41:8
**9:15** 40:9,19
**9:30** 40:9,20
**90** 86:11,12,13
**92** 86:13
**95** 79:3
**96** 4:8
**99** 24:15 86:14