# EXHIBIT H

Case 1:06-cv-01561-RJL-JMF   Document 106-9   Filed 07/19/2007   Page 1 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) of all others similarly situated, ) | Hon. Richard J. Leon |
| *Plaintiffs*, ) v. ) | |
| East Coast Express Eviction, et al., ) | |
| *Defendants*. ) | |

### AFFIDAVIT OF LEE F. BERGER

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. On June 13, 2007, plaintiffs served Nelson Terry with a subpoena ordering him to appear for a deposition at our offices on June 22, 2007, at 10:00 a.m. A true and correct copy of this subpoena, the affidavit of service and the certificate of service are attached as Exhibit 1.

3. On June 20, I received a call from Melvin Otey, counsel for Caroline Lanford. Mr. Otey informed me that he had been hired by Nelson Terry to represent him and his company, East Coast Express Eviction ("East Coast") in this matter. During that call, Mr. Otey and I met and conferred about East Coast's and Mr. Terry's overdue responses to our discovery requests and about Mr. Terry's deposition. Mr. Otey and I agreed to postpone Mr. Terry's deposition until later in the discovery period in the hopes of first reaching a settlement agreement.

4. On July 6, I met and conferred with Mr. Otey about the depositions of Ms. Lanford and Mr. Terry. At Mr. Otey's request, I agreed to reschedule Mr. Terry's previously postponed deposition for July 18, 2007, at 1:00 p.m.

5. On July 11, I received a phone call from Mr. Otey in which he informed me that he no longer represented Mr. Terry in this matter.

6. On July 12, my colleague Matthew J. Berman sent a letter to Mr. Terry reminding him that his deposition had been rescheduled for July 18 and that East Coast was obligated to produce all documents responsive to a subpoena duces tecum served on East Coast on June 21, 2007, and requesting that Mr. Terry bring those documents with him to his deposition on July 18, 2007. Mr. Berman also invited Mr. Terry to meet and confer with us prior to his deposition. A true and correct copy of this letter is attached as Exhibit 2.

7. On July 18, Mr. Terry appeared for his scheduled deposition. While Mr. Terry refused to answer a number of questions, Mr. Terry admitted to keeping records of eviction services. The records that Mr. Terry testified about appear to be responsive to the document requests served on East Coast and Mr. Terry on March 13, 2007, and to the subpoena duces tecum served on East Coast on June 21, 2007.

8. As of July 19, plaintiffs have not received any responses or objections to the document requests served on East Coast and Mr. Terry on March 13, 2007, to the interrogatories served on East Coast on March 13, 2007, or to the subpoena duces tecum served on East Coast on June 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2007

*[signature]*

Lee F. Berger  (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
*Attorney for Plaintiffs*

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 19th day of July, 2007

Austin A.B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

3

# EXHIBIT 1

Case 1:06-cv-01561-RJL-JMF    Document 106-9    Filed 07/19/2007    Page 5 of 12

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.,

V.

East Coast Express Eviction, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-CV-1561 (RJL)

TO: Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   Cleary Gottlieb Steen & Hamilton, LLP, 2000 Pennsylvania Ave., N.W., Suite 9000, Washington, D.C. 20006 | DATE AND TIME 6/22/2007 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   Attorney for Plaintiffs | DATE 6/5/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., N.W., Washington, D.C. 20006, (202) 974-1500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Deposition Subpoena in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:40 am on June 13, 2007, I served Nelson Terry at 29 U Street, NW, Washington, DC 20001 by serving Nelson Terry, personally. Described herein:

```
SEX-     MALE
AGE-     54
HEIGHT-  5'9"
HAIR-    BLACK/GRAY
WEIGHT-  210
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/15/07
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189138

CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 5, 2007, a copy of each of the foregoing:

- Plaintiffs' Subpoena for Deposition of Nelson Terry dated June 5, 2007
- Plaintiffs' Subpoena for Deposition of Linston Terry dated June 5, 2007
- Plaintiffs' Subpoena for Deposition of Listina Deneice Terry dated June 5, 2007
- Plaintiffs' Subpoena for Deposition of David Richardson dated June 5, 2007
- Plaintiffs' Subpoena for Deposition of Gloria Saunders Bey dated June 5, 2007
- Plaintiffs' Subpoena for Deposition of Tara McLean dated June 5, 2007

was served by was served by U.S. mail, first-class postage prepaid, on the following parties:

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
Attorney for A 1 Eviction Services and Tanya Smith

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
Attorney for Butch Enterprises, Inc. and I. Staten

Melvin L. Otey
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Avenue, N.W., Suite 200
Washington, D.C. 20010
Attorney for All American Eviction Company and Caroline Lanford

OFFICE COPY    JUN  6 2007

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: June 5, 2007

_____
Erika J. Davis

# EXHIBIT 2

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
STEPHEN J. BENHAM*
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
LAURA L. BLACK
LEAH BRANNON
JEREMY CALSYN
KATHERINE M. CARROLL
KERRI J. CHASE
SHAWN J. CHEN
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
CARL EDMAN
ALINA D. ELDRED
DESMOND EPPEL
NICLAS S. ERICSSON
CHRISTOPHER D. HALE
MORGAN A. HARRIS
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND
MEGHAN A. IRMLER
DINAH R. KNIGHT

FIANA R. KWASNIK
CHRISTOPHER T. LEAHY*
JEFFREY LEASURE
JOHN R. LOATMAN
PATRICIA M. McDERMOTT
JOHN P. McGILL, JR
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
ANNE NEWTON
DAVID NUSBAUM*
NICHOLAS R. OLMSTED
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS*
NICOLE ROTHE*
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
TAMARA D. SCHMIDT
OMAR SERAGELDIN
GARY SILBER
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WELLINGTON
DANA D.C. WESTFALL
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA,
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1742
E-Mail: mberman@cgsh.com

July 12, 2007

VIA FEDERAL EXPRESS

Nelson Terry
East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001

Re:  *Ashford, et al. v. East Coast Express Evictions, et al.*

Dear Mr. Terry:

As you may know, with the consent of your attorney, Melvin Otey, we have rescheduled your deposition in this litigation for July 18, 2007 at 1:00 p.m. Enclosed, please find a courtesy copy of our notice of deposition. We sent this notice to Mr. Otey, but we now understand that Mr. Otey may no longer represent you and East Coast Express Eviction in this matter.

Further, East Coast Express Evictions is still under a duty to produce documents requested in the subpoena duces tecum that we served on you on June 21, 2007. Please bring these documents with you to your rescheduled deposition on July 18.

Please be aware of your obligation to testify at this deposition and bring the requested documents. If you do not appear at this deposition or if you do not produce the requested documents, we will have no choice but to file a motion with the Court to compel your appearance. Additionally, we may request that the Court assess you costs and fees in connection with this deposition should you fail to attend.

      Before your deposition on July 18, we invite you to come talk to us voluntarily. You can come in for an informal meeting, where we can discuss issues related to your depositions and document production obligations and resolution of this litigation.

      If we do not hear back from you by July 16, 2007, we will assume that you do not want to meet and confer with us before your deposition, which is scheduled for July 18, 2007 at 1 p.m.

Sincerely,

*[signature]*

Matthew J. Berman