IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARRY JAKEYIA ASHFORD, et al.** | : | |
| Plaintiffs, | : | |
| | : | Case No. 1:06cv1561 |
| v. | : | |
| | : | Judge: Richard J. Leon |
| **EAST COAST EXPRESS EVICTION, et al.** | : | |
| | : | |
| Defendants. | : | |

## PRAECIPE

HARRY JAKEYIA ASHFORD hereby acknowledges settlement of his claims against Defendants, Butch Enterprises, Inc. and Irwin Staten, and his agreement that his claims against them be dismissed with prejudice. I hereby request that my case against them be entered in court records as settled.

/s/ Harry Jakeyia Ashford
Harry Jakevia Ashford