IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF HARRY J. ASHFORD

Under Local Civil Rule of the United States District Court for the District of Columbia 83.6(c), undersigned counsel ("Plaintiffs' Counsel") hereby request that Court permit them to withdraw as counsel for plaintiff Harry Jakeyia Ashford in the above captioned matter. In support of this motion, undersigned counsel state as follows:

1. Plaintiffs' Counsel has fully advised Mr. Ashford of the circumstances giving rise to their desire to withdraw from representing Mr. Ashford in this proceeding.

2. Mr. Ashford subsequently requested and consented to the termination of Plaintiffs' Counsel's representation of him. Mr. Ashford has informed Plaintiffs' Counsel that he does not have another lawyer and has indicated to Plaintiffs' Counsel that he intends to continue to pursue his claims on a *pro se* basis.

3. Permitting Plaintiffs' Counsel to withdraw as counsel for Mr. Ashford will not cause undue delay, will not prejudice any parties, and will not contravene the interests of justice. No trial date has yet been set in this matter, and a trial schedule will therefore not be impacted if the Court grants this motion. There are no pending deadlines on plaintiffs,

and Mr. Ashford is aware of the next status conference in this matter, which is scheduled for August 17, 2007. Plaintiffs' Counsel will provide to Mr. Ashford a complete copy of the case file for this matter, which will allow Mr. Ashford to take full advantage of the discovery and motions practice that has occurred in this case to date. Finally, allowing Plaintiffs' Counsel to withdraw will give effect to Mr. Ashford's desire to protect and pursue his own interests.

For the reasons set forth above, Plaintiffs' Counsel respectfully requests that the Court enter the accompanying proposed order an permit Plaintiffs' Counsel to withdraw as counsel for Mr. Ashford.

Dated:  July 31, 2007

Respectfully submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Matthew J. Berman (D.C. Bar # 489242)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
*Attorneys for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, Alvin Dozier and Donald Brooks*

CERTIFICATE OF SERVICE

I, Lee F. Berger, hereby certify that:

On July 31 2007, a copy of the foregoing Motion for Leave to Withdraw as Counsel for Plaintiff Harry J. Ashford, Proposed Order and Notice to Harry J. Ashford of Termination of Representation were served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>davidefox@gmail.com
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>
>Melvin L. Otey
>Law Offices of Melvin L. Otey, PLLC
>3609 Georgia Avenue, N.W., Suite 200
>Washington, D.C. 20010
>
>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive

Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Dated: July 31, 2007                                         /s/ Lee F. Berger
                                                                     Lee F. Berger