**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE TO HARRY J. ASHFORD OF TERMINATION OF REPRESENTATION**

Harry Jakeyia Ashford, in light of your request and consent to Cleary Gottlieb Steen & Hamilton LLP's withdrawal as your counsel in the above-referenced matter, you are hereby advised to obtain other counsel in this matter. Alternatively, if you intend to conduct the case *pro se* or to object to Cleary Gottlieb Steen & Hamilton's withdrawal, you are advised to so notify the Clerk in writing within five days of service of this notice and the motion for leave to withdraw as counsel for plaintiff Harry J. Ashford.

Dated: July 31, 2007

Respectfully submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Matthew J. Berman (D.C. Bar # 489242)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, Alvin Dozier and Donald Brooks*