# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., | ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf | ) | |
| of all others similarly situated, | ) | Hon. Richard J. Leon |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | |
| | ) | |
| East Coast Express Eviction, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF HARRY J. ASHFORD

Plaintiffs' motion for leave to withdraw as counsel for plaintiff Harry J. Ashford is granted.

SO ORDERED.

Dated: _____

_____
Hon. Richard J. Leon
United States District Court Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746