IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>*Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Aaron M. Page as counsel in the above captioned case for Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Eugene Dozier and Donald Brooks, individually and on behalf of all others similarly situated.

August 14, 2007  
D.C. Bar Number 974936

/s/ Aaron M. Page  
Aaron M. Page  
Cleary Gottlieb Steen & Hamilton LLP  
2000 Pennsylvania Avenue, NW  
Washington, DC 20006  
Telephone: (202) 974-1500  
Facsimile:  (202) 974-1999  
APage@cgsh.com  
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On August 14, 2007, a copy of the foregoing Appearance of Aaron M. Page was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers

>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated:  August 14, 2007             /s/ Emily C. Capehart
                                                           Emily C. Capehart