IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al. ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> EAST COAST EXPRESS EVICTION, et al.) <br> ) <br> **Defendants** | Case No. 1:06cv1581 <br><br> Judge: Richard J. Leon |

### DEFENDANTS BUTCH STATEN AND BUTCH ENTERPRISES, INC.'S STATUS REPORT

Pursuant to the Court's request, Defendants Butch Staten and Butch Enterprises, Inc. set forth their status report. Plaintiff submitted its draft report at 4:00 pm on August 15, 2007, and as it merely reflected Plaintiffs' arguments and unique views, Defendants were unwilling to adopt it.

Defendants state:

DISCOVERY: Discovery is largely complete. Defendants believe that the pending Motions are overstatement and hyperbole. Otto Hines is not an employee of Defendant and may not know or understand that Plaintiffs seek to force his testimony.

Defendant, Butch Enterprises, Inc. has no cache of documents that it can produce. It may be embarrassing to not keep records at the level Plaintiff would like but Defendant simply has no staff to do such record keeping.

PARTIES: Defendant issued a Rule 68 Offer of Judgment which Mr. Ashford Accepted; hence as to him the claims against these Defendants are settled.

Defendants were surprised at deposition that the other Plaintiffs seemed not to know that they had "offers" to settle (i.e. offers of judgment) but as they were confused

Defendant took no further action in relation to that lack of understanding other than to let Plaintiffs know that such offers were extant.

<u>THE NATURE OF PROOF – SUMMARY JUDGMENT</u>:  The various Plaintiffs cannot pinpoint the days they worked for this Defendant, the hours worked or the addresses where they carried out evictions hence Defendant may file a Summary Judgment Motion and prays for 60 days time to do so.

<u>CLASS ACTION</u>:   This Defendant sees little foundation for establishment of a class action.

<u>SCHEDULE</u>:  Defendants seek 60 days time to complete depositions as Plaintiff Dozier failed to appear for deposition and two other Plaintiffs said yes they had documents but failed to bring them to deposition (they therefore failed to comply with the <u>duces tecum</u>).

<u>FURTHER STATUS</u>:   Defendants believe that a further status hearing should be set in 75 days time to determine if the case is ready for establishment of a fixed calendar.

Respectfully submitted,

_____
David E. Fox, Esquire
DC Bar No. 165258
1325 18th Street, NW
Suite 103
Washington, DC  20036
(202) 955-5300
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this _____ day of _____, 2006 I caused a copy of the foregoing Defendant Staten's Status Report via first class mail, postage prepaid to:

| | |
|---|---|
| Matthew D. Slater, Esq.<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006-1801 | East Coast Express Eviction<br>29 U Street, NW<br>Washington, DC  20001 |
| A1 Eviction Services<br>3708 Endicott Place<br>Landover, MD  20785 | A&A Cardinal Eviction<br>16608 Bealle Hill Road<br>Waldorf, MD  20601 |
| All American Eviction Company<br>1112 48th Street, NE<br>Washington, DC  20019 | Big Time Movers<br>11816 Pittson Road<br>Silver Spring, MD  20906 |
| Caroline Lanford<br>1112 48th Street, NE<br>Washington, DC  20019 | Tanya Smith<br>3708 Endicott Place<br>Landover, MD  20785 |
| Nelson Terry<br>27 U Street, NW<br>Washington, DC  20001 | Linden Terry<br>27 U Street, NW<br>Washington, DC  20001 |
| Bob Ward<br>16608 Bealle Hill Road<br>Waldorf, MD  20601 | |

_____
David E. Fox, Esq.