# EXHIBIT A (Part 2 of 4)

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

46

1      Q      Do you know if Butch pays them?

2      A      I know I get the envelope and pay them the

3   money in the envelope.  I can't see where it come from,

4   who got it from where.

5      Q      Where do you get the envelope?

6      A      It transfer to me some kind of way.  Some

7   kind of way.  It depends on how -- or who can get it,

8   who ain't busy, who is close by or something like that.

9   All I know is it comes down everyday.  It got to come

10  down.

11     Q      So somebody brings an envelope to you with

12  money in it?

13     A      Yeah.  I don't know who that is.  I can't --

14  I can't see but so far.

15     Q      Does Butch ever bring the money down himself?

16     A      I very seldom see him, Man.

17     Q      So Butch sometimes does but very

18  infrequently?

19            MR. FOX:  Objection.  That's not what he

20  said.

21     A      I said I very seldom see him.

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

47

1    BY MR. BERMAN:

2        Q       Has Butch ever brought the envelope down

3    himself?

4        A       I don't know.  I don't know.

5        Q       You don't know?

6        A       I don't know where it's coming from.  I can't

7    see that far, Man.  If I'm in one place and it's

8    transferred to me, how can I see where the envelope came

9    from?

10       Q       Does somebody hand you the envelope?

11       A       Yeah, somebody hand me the envelope.  I pick

12   it up or he'll just hand it to me or she'll hand it to

13   me, whoever he give it to or whoever they give it to.  I

14   don't know where it came from.  I just know what's -- it

15   got my name on it, that's it.

16       Q       You said Sheila hands it to you?

17       A       No, I didn't say that.  You said that.

18       Q       I thought you said the name Sheila.

19       A       You need to play it back.  I didn't say

20   nothing about no Sheila.

21       Q       Just clarifying.

22       A       Don't play games with me because I don't want

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

48

1   to be here.  I don't care if it's the courts or not.

2   I'm not under arrest, Man, and you're interrogating me

3   like I'm a criminal, Man.

4       Q     Somebody hands you an envelope with money in

5   it.

6             Does it always have the exact amount of money

7   to pay people for the day?

8       A     Yeah, supposed to.  Sometimes I might not

9   have it all.

10      Q     When it doesn't have it all what do you do?

11      A     Ain't nothing I can do but wait until the

12  next day or the day after or whatever, the next time --

13  the next time they work or something, Man.  I don't

14  know -- they get their money.  That's all I know.

15      Q     Once you receive the envelope with money in

16  it do you pay the workers?

17      A     Yeah, that's what the money is for.

18      Q     So you actually give the money to the

19  workers?

20      A     Yeah.

21      Q     How do you know how much money to give each

22  worker?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

49

1    A    How do I know to give each one?  From the

2    sheet that I got earlier.  I know how many jobs that I

3    did and I can count the men and the unit sizes so I know

4    how much to give.

5    Q    Does each worker make a certain amount based

6    on the number of jobs they've done?

7    A    That's how it go.

8    Q    How much does each worker make per job?

9    A    It's by the day.  It's at the end of the day.

10    I don't know what you mean by per job.  It's by the day.

11    They all get it at the end of the day.

12        What is the per job thing?  I don't

13    understand that.

14    Q    Are the workers paid for each hour that they

15    worked?

16    A    It's the end of the day, Man.  I got other

17    things to do than to count the hours in a day.  It's at

18    the end of each day, Man, that I pay them, Man.  I

19    don't -- I don't need to know all the rest of that

20    stuff, Man.  I don't know -- ain't nobody -- they happy

21    with me I'm fine.  I ain't doing nobody wrong so I'm

22    fine.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

50

1      Q      You pay each worker at the end of the day so

2   is there a mechanism that you use to determine how much

3   each worker is paid?

4      A      What's a mechanism?

5      Q      Is there a system that you use for

6   determining how much to pay each worker?

7      A      I just told you that.

8      Q      Well, the question is are they paid by the

9   hour?

10     A      What do you want me to say?  I'll say

11  whatever you want me to say.

12     Q      I just want you to tell me the truth.

13     A      I'm telling you the truth.  Fifteen times

14  I've told you, Man.  They get paid at the end of the

15  day, Man.

16     Q      So the workers are paid a flat rate by the

17  day?

18            MR. FOX:  Objection.  What's a "flat rate"?

19     A      Mr. Fox, I'm tired of this.

20            MR. FOX:  I don't know what to tell you.

21  BY MR. BERMAN:

22     Q      How much is each worker paid per day?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

51

1      A      Everyday is different.

2      Q      Okay.  If everyday is different, how do you

3  determine how much to pay each worker on any given day?

4      A      I don't know what you want me to say.

5      Q      I just want you to tell me the truth.

6             How do you come up with the amount that each

7  worker is paid at the end of the day?

8      A      I don't.  I'm not paying them.  I'm just

9  giving them their money.  I don't make them decisions.

10     Q      How do you know how much money to give each

11 worker?

12     A      I don't know what to tell you, Man.  I really

13 don't.  It seems like you asked that question 15 times

14 and I don't know what to tell you.

15     Q      I just want you to answer the question with

16 your own personal understanding.

17            Do you know how much money you're supposed to

18 give each worker at the end of a day?

19     A      I don't know what to tell you.  I want to ask

20 some questions too but you're not answering none of

21 them.

22     Q      Let's say --

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

52

1      A      I can't help you, Man.  I can't help you.  I

2   really can't.

3      Q      If you worked one eviction in a day and the

4   eviction took two hours, how much would a worker be paid

5   for that eviction?

6           MR. FOX:  Assuming several things, right,

7   Counsel?  That question is not complete.  Or do you want

8   him to make it up?

9   BY MR. BERMAN:

10     Q      From your own personal experience on a day

11  where there is one eviction scheduled, how much would a

12  worker be paid for working that one eviction?

13     A      What did he say?  What did you say?

14     Q      I'll repeat the question.  On a day where you

15  only have one eviction to perform, okay, you bring all

16  your employees or all your workers down to the site,

17  they work one eviction, how much would each of those

18  workers be paid for that eviction?

19     A      When?

20     Q      Let's say it happened eight months ago.

21     A      One eviction?

22     Q      One eviction.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

53

```
 1      A    How long it last?

 2      Q    Say it lasted one hour.

 3      A    $7.

 4      Q    $7?

 5      A    That's what you want to hear, ain't it?

 6      Q    I just want to hear what they were paid.

 7      A    I told you I don't know nothing, Man.  I

 8  don't know why you don't understand that.  I don't know

 9  nothing, Man.

10      Q    You've told me that you do give the workers

11  the money at the end of the day and what I am trying to

12  reach is how you know how much money to give them.

13      A    Why you keep asking all those questions if

14  you're trying to reach that?  Just ask the question.

15      Q    Well, I did ask that question.

16      A    And I answered it four or five times.

17      Q    You said that you don't know.

18           Is there a specific amount that workers are

19  paid per eviction?

20      A    I know they get paid at the end of the day

21  and usually they'll get $7.  They might get lucky and

22  get 10.  I don't know.  I don't make those decisions.
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

54

1     Q     Does Butch tell you how much to pay the

2  workers?

3     A     I thought I answered that already.  Ain't

4  that the same question you just asked me?

5     Q     I don't think so.

6           Does Butch tell you how much to pay the

7  workers?

8     A     The envelope tell me how much to pay them.

9     Q     Does it say on the envelope?

10    A     Obviously it do.

11    Q     It's written on the envelope how much to pay

12 each worker?

13    A     Obviously it is, yes.

14    Q     On a day where you work one eviction, would

15 the envelope say $7 per worker?

16          MR. FOX:  Objection to what the envelope

17 would say.

18 BY MR. BERMAN:

19    Q     On a day where you work --

20          MR. FOX:  The grammar is very misleading.

21 BY MR. BERMAN:

22    Q     Do you understand my question, Mr. Gaskins?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

55

1     A     I understand you're asking the same question

2  again.

3     Q     On a day where you work one eviction, what

4  does it say on the outside of the envelope?

5     A     It don't have to say nothing all the time.

6     Q     Would it just have money in the envelope?

7     A     I'm through, Man.

8           MR. FOX:  I don't know what to tell you.

9  BY MR. BERMAN:

10    Q     Mr. Gaskins, if you answer my questions and

11 you do your best to answer them truthfully, we will move

12 this along very quickly.  I promise you.

13    A     I can't tell.  It's an hour right there and

14 you didn't ask but two, three questions.

15    Q     Well, yes, but we could be here all day.

16    A     How?

17          MR. FOX:  I don't think we're going to be

18 here all day.

19    A     Am I going to be arrested?

20 BY MR. BERMAN:

21    Q     No.  Mr. Gaskins, we could be here for up to

22 seven hours.  I don't want to be here for up to seven

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

56

1    hours and I know you don't want to be here for up to

2    seven hours.  All I ask is that you give me answers to

3    my questions to the best of your ability.

4        A    Why are you making me answer these questions?

5        Q    Because this is a civil case that's been

6    brought.

7        A    I don't have nothing to do with that.

8        Q    Mr. Gaskins, you are a witness --

9        A    I don't have nothing to do with that.

10       Q    -- to these activities.

11       A    Witness to what?  What did I witness?

12       Q    You're a driver for Butch.

13       A    And tomorrow I might not be driving nothing.

14       Q    That's fine.  All that I've been trying to

15   ask you is how much people are paid for evictions work.

16       A    I don't know, Man.  I don't know.

17       Q    You have no idea?

18       A    I don't know.

19       Q    You don't get an envelope with cash in it?

20            MR. FOX:  Is there any further questions,

21   sir?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

57

1           MR. BERMAN:  Yes, many actually.  Thank you.

2           I'd like to enter into evidence here -- I'll

3  call this Gaskins Exhibit 1.

4           MR. FOX:  You're not entering anything into

5  evidence.

6           MR. BERMAN:  Thank you, Mr. Fox.  This is

7  Gaskins Exhibit Number 1.  I'm marking it as such.

8           (Gaskins Deposition Exhibit Number 1 was

9  marked for identification and attached to the

10  transcript.)

11  BY MR. BERMAN:

12      Q     This is for you, Mr. Gaskins.

13      A     If you got all that, why are you asking me

14  then?

15      Q     Do you recognize these forms, Mr. Gaskins?

16      A     Yeah.

17      Q     Across the top it says Payroll; is that

18  correct?

19           MR. FOX:  Objection.  The document reads for

20  itself.

21  BY MR. BERMAN:

22      Q     Mr. Gaskins, do you see that it says Payroll

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

58

1    up top?

2         A    Yeah, I see that.

3         Q    And at the very upper left-hand corner you

4    see it says Gaskins?

5         A    Yeah.

6         Q    Did you write this?  Is this your

7    handwriting?

8         A    Could be.

9         Q    You're not sure?

10        A    That's two different handwriting.  It could

11   be mine.  It could be somebody else's.

12        Q    Does it look like it could be Butch's

13   handwriting?

14        A    I don't know.

15        Q    Do you see where it says $20 Each Man?

16        A    Yeah.

17        Q    It's on page one.

18             First off, what is this form?  What are all

19   these names on here?  Can you please describe what this

20   form is used for?

21        A    They're the names that people give me.

22        Q    Do people fill this out when they get on your

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

59

1   truck?

2        A     They're the names they give me.

3        Q     Do they write their own names down or do you

4   write their names down for them?

5        A     Sometimes they write them down.  Sometimes I

6   write them down.

7        Q     Whenever you pick people up, do you always

8   give them a form like this?

9        A     That's for one -- that right there is the

10  only form for them to sign of whoever I'm taking that

11  day.

12       Q     But every time that you work an eviction, do

13  you fill out a form like this?

14       A     What do you mean every time?

15       Q     I mean is it standard for you to have a form

16  like this for everyday that you go out to work an

17  eviction?

18       A     Yeah, I do.  Yeah, I fill it out for that one

19  day, yeah, not no two -- just one sheet.

20       Q     Just one sheet?

21       A     Yeah.

22       Q     If you can turn to page two, please.  This is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

60

1    another form.

2              Again, you would have people fill out this

3    form everyday that you work an eviction; is that

4    correct?

5         A    Yeah.

6         Q    This sheet says $30 Each Man.  Do you write

7    down the amount that each man is paid there?

8         A    Yeah, I write that.

9         Q    So you recognize that $30 Each Man?

10        A    Yeah.  That look like me, yeah.

11        Q    Do you write that down at the start of the

12   day?

13        A    No, I write that down in the evening.

14        Q    You write that down at the end of the day?

15        A    Yeah.

16        Q    Do you write that down after you've paid

17   everyone for eviction work?

18        A    That's the end of the day.

19        Q    At the end of the day do you write this down

20   after you've dropped people back off from where you've

21   picked them up, or do you write this down as you're

22   paying them?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

61

1      A      It's at the end of the day.  It's at the end

2  of the day.  Don't make no difference when I write it.

3  I might write it the next morning if I forget to write

4  it at the end of the day.

5      Q      Do you see at the bottom of this sheet

6  there's a little box down here?

7      A      What box is that?

8      Q      If you look at the very bottom lower

9  left-hand corner of your sheet --

10     A      Yeah.

11     Q      -- there's like a box.

12     A      It's empty.

13     Q      It's empty.  And there is another line here

14  with some squiggles that also appears to be empty.

15     A      Yeah.

16     Q      Do you normally write something at the bottom

17  of the sheet?

18     A      Might be somebody else's name if I'm filling

19  the paper out.

20     Q      So you think that this might have had

21  somebody else's name in it?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

62

1          MR. FOX:  Objection as to what might be.  You

2     don't have to be guessing.  If you know you tell him but

3     don't guess.

4     BY MR. BERMAN:

5          Q     Mr. Gaskins, if you turn to the third page,

6     again there's an empty box down here.

7               If this is your piece of paper marked

8     Gaskins, what's this box for?

9          A     I just told you I don't know.  It could have

10    been another name down there.  I don't know.

11         Q     Do you usually fill in information down here

12    when you write these sheets down?

13         A     Yeah, if I got -- it don't hold but ten names

14    and if there's 15 people, I got to put names around

15    here.

16         Q     Do you know why there's no name in this

17    particular box?

18              MR. FOX:  Objection.  How do we know it's a

19    box?

20         A     Do I look like superman?  That's crazy, Man.

21    How would I know why there's no names down there?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

63

1    BY MR. BERMAN:

2        Q    If you turn to the first page, please,

3    Mr. Gaskins, on the first page it says $20 Each Man.

4             Does that mean that each person who worked

5    this job was paid $20?

6        A    They got $20.

7        Q    This job says it was placed on 4/4/06.

8             Do you recall working jobs on 4/4/06?

9        A    What's that?  April 4?

10       Q    April 4th.

11       A    I can't remember that far back.  You got the

12   paperwork.

13       Q    If each man was paid $20, how did you know to

14   pay each man $20 for this job?

15       A    There's ten names down there.  It must be

16   $200 in the envelope.  It don't take a rocket scientist

17   to figure that out.

18       Q    So if the envelope doesn't say anything on it

19   and it just contains money, you just divide the money by

20   the number of men that you have?

21       A    It's different everyday, Man.  It's different

22   everyday.  Nothing stays the same doing this.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

64

1    Everything changes everyday.  You think the same people

2    get evicted everyday?  It's always different.

3        Q    Do you ever work multiple jobs in a day?  Do

4    you ever do three or four evictions in one day?

5        A    That's back to the five job thing you asked

6    me earlier, ain't it?

7        Q    I'm just wondering how many evictions can you

8    work in a day?

9        A    Can I?

10       Q    Well, what's the most number of evictions

11   that you've ever worked in a day?  On your busiest day

12   how many evictions did you work?

13       A    I think it was 11.

14       Q    11.  On your lightest day how many evictions

15   do you work?

16       A    My who?

17       Q    On the day where you work -- that's just an

18   easy day, how many evictions do you work?

19       A    When it's an easy day?

20       Q    Do you ever just do one eviction in a day?

21       A    If it's an easy day I do no evictions.

22       Q    If you do no evictions, do you mean that you

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

65

1    had an eviction scheduled and it was canceled?

2        A    No, it might be raining.

3        Q    So maybe you -- you mean you would have

4    picked people up and then it started raining?

5        A    Maybe it was raining and he ain't call me

6    that day or something.  How am I going to know why --

7    why I ain't working that day?

8        Q    Do you ever pick people up to go to an

9    eviction and have it be canceled after you've gotten

10   there?

11       A    Yeah.

12       Q    Have you ever gotten to a site and had to

13   wait for a marshal or a sheriff to perform the eviction?

14       A    You can't do an eviction without the marshal.

15       Q    Do you ever get to a site early and have to

16   wait for them to show up?

17       A    You can't do them without them.

18       Q    So is that a yes?  Yes, you do have to wait

19   at a site for the sheriff and marshal to show up

20   sometimes?

21       A    We can't do the eviction without them.

22       Q    Have you ever had to wait at a site for five

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

66

1    minutes for a sheriff or a marshal to show up?

2        A      Yeah, they ain't always there.

3        Q      What's the longest you've had to wait at a

4    site for a sheriff or marshal to show up?

5        A      I don't know.

6        Q      Have you ever had to wait an hour for a

7    sheriff or marshal?

8        A      I don't know.  I can't recall.

9        Q      Have you ever had to wait a half hour for a

10   sheriff or marshal?

11       A      I don't know, Man.  I don't know.  I just

12   know to wait for the sheriff.  I don't be standing

13   looking at the watch or clock every five minutes and see

14   if they come.  I don't do that.

15       Q      Do the workers stay on your truck while

16   you're waiting for a sheriff or the marshal?

17       A      They do whatever they want to do.

18       Q      Do you let them out of the truck?

19       A      What do you mean do I let them?  They're not

20   dogs and caged in.

21       Q      So they're free to --

22       A      They're grown men.  They do what they want to

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

67

1    do?

2        Q      They're free to sit outside the truck waiting

3    for the sheriff or the marshal?

4        A      I just answered that question.

5        Q      Do the workers have to go to the site in your

6    truck or can people meet you at the site?

7        A      Yeah, if it's next door they can stay -- they

8    can meet me there.  If I know they're going -- if I know

9    we're doing all right there and they can get in touch

10   with me and tell me that the girl already told me that

11   she's getting evicted tomorrow, I'm going to be right

12   here, yes, I guess they could stay right there.

13       Q      Does that ever happen?

14       A      No.  Why would it because somebody else could

15   be doing that?  It could be a whole another company

16   doing that so how would that help me?

17       Q      So generally speaking, you take all the

18   workers to the site on your truck; is that correct?

19       A      Majority of the time, yeah.

20       Q      Would you say almost every time?

21       A      Yeah, almost every time.

22       Q      Would you say every time?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

68

1       A       Almost and every is two different things.

2       Q       Have you ever told workers where they are

3   going in advance so they could meet you at a site?

4       A       You can't guarantee they'll be there.

5       Q       So you've never told them in advance where

6   you're going for them to meet you at a site?

7       A       No.  I can't say I have, no.

8       Q       If you're working a job in Washington, D.C.,

9   what time in the morning would you pick up workers to

10  get to the job?

11          MR. FOX:  Would you?  At what particular

12  date?

13  BY MR. BERMAN:

14      Q       If you have a 9 a.m. eviction in Washington,

15  D.C., what time do you go to pick up workers?

16      A       Back to the same question you asked me

17  before.  About 7:30, quarter to 8:00, 7:00, whenever I

18  get there, Man.  I know it ain't 'til 9:00.  By that

19  time I know it's not until 9:00.

20      Q       If you pick up ten workers at 8:00 a.m. for a

21  job at 9:00 a.m., once you have your workers do you

22  drive straight to the site or do you wait to go?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

69

1    A    What do you mean do I drive straight to the

2   site and wait to go?  What does that mean?

3    Q    Once you have the number of workers that you

4   need to perform the jobs that you have for the day, do

5   you close the van and head straight to the first site?

6    A    In due time.  I usually know how long it take

7   to get there.  I'm from D.C.  I got a good estimate how

8   long it take to get to places.

9    Q    So you'll usually wait at the pickup point

10  until you have the amount of time you need to go and

11  then you'll drive to the site?

12    A    Yeah.

13    Q    So you won't just leave once you have the

14  number of people and then wait at the site?  You'd

15  rather wait at the pickup point?

16    A    Yeah, that way they got an option to leave if

17  they want.

18    Q    When you get to a job site and an eviction

19  begins, do you go in with the workers to work the

20  eviction or do you stay in the truck?

21    A    No, I go in.

22    Q    You go in?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

70

1       A       Yeah.

2       Q       Do you help move items?

3       A       That's not my job.

4       Q       Do you supervise the workers moving items?

5       A       No, really that's up to the marshals.

6       Q       What do you do while an eviction is being

7   performed?

8       A       Stand around and observe.

9       Q       So you just watch the workers work?

10      A       (No oral response.)

11      Q       Have you ever filled in for a person if

12  someone was missing?

13      A       No, not unless the marshals ask me or

14  something like that but I ain't going to do much.

15      Q       On average how long does it take to evict

16  someone from a one bedroom apartment?

17              MR. FOX:  Assuming there is an average.

18      A       I can't answer that.  I can't answer that.  I

19  don't know.  All of them varies.

20  BY MR. BERMAN:

21      Q       What's the longest that you've ever seen it

22  take to evict someone from a one bedroom apartment?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

71

1      A      Two hours maybe.  I guess it's been longer

2   than that.  I just can't tell you which ones it is.  You

3   might have one that take forever.  I guess about two

4   hours.  That's the --

5              MR. FOX:  Don't guess.

6              THE WITNESS:  Okay.

7   BY MR. BERMAN:

8      Q      Do you remember any particular evictions that

9   took a very long period of time?

10     A      What's a very long time?

11     Q      How long do you think is a very long period

12  of time?

13     A      For what I think is a long time, somebody

14  else might don't think is a long time so just what I

15  think is a long time or is it what the men think is a

16  long time or is it what you think is a long time?

17     Q      Just what do you think is a long time?

18     A      Five minutes is too long for me.

19     Q      Do a lot of evictions take only five minutes?

20     A      It wouldn't be an eviction if it took five

21  minutes, would it?

22     Q      Do you ever get to an apartment and it's done

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

72

1   in five minutes?

2       A     If there's nothing in there.  If it would

3   take five minutes can't be nothing in there.

4       Q     How frequently does it happen that you get to

5   an apartment and there's nothing in there to be cleaned

6   out?

7       A     I can't guess.  I can't give you an estimate.

8   That's like guessing.

9       Q     Did you work any evictions in this past week?

10      A     Yeah.

11      Q     When you got to those evictions, did any of

12  them have empty units that required no cleaning out?

13      A     I think one.  That was yesterday.  You said

14  this week.  That was yesterday.

15      Q     How many evictions did you work yesterday?

16      A     There was five on the list.  That's all I

17  know.  There was five on the list.  I don't know how

18  many they can do.  I can't --

19          MR. FOX:  Do you want a little water?

20  BY MR. BERMAN:

21      Q     Do you want to take a break?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

73

1          MR. FOX:  I don't need a break.

2          MR. BERMAN:  I'm wondering if Mr. Gaskins

3  wants to take a break.  You look like you may want a

4  break.

5          MR. FOX:  Do you need a break?  Do you want

6  some water?

7          THE WITNESS:  I just want it over with so I

8  can go.

9          MR. FOX:  I'm saying there's water behind

10  you.  Shall I hand you one?

11          THE WITNESS:  No.

12          MR. FOX:  Okay.

13  BY MR. BERMAN:

14     Q     Mr. Gaskins, so you think you worked five

15  evictions yesterday; is that correct?

16     A     Yeah, I think it was five.

17     Q     Do you recall how long those evictions took

18  to perform?

19     A     There's five different evictions.  I can't --

20  without a piece of paper where it's wrote on, I'm ain't

21  going to remember how long all of them took.  My memory

22  ain't that good.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

74

1    Q    Do you recall how much the workers were paid

2  for those evictions?

3    A    Most of them made $20 or something.  I think

4  it was 20 or $25.

5    Q    So for the five evictions that you worked

6  yesterday, the eviction workers made 20 or $25; is that

7  correct?

8    A    Yeah.

9    Q    Were they paid -- let's assume that they were

10  paid $25.  Take the top level of your remembrance.

11        Did you receive an envelope that contained

12  the money in it to pay the workers?

13    A    Yeah.

14    Q    Did the envelope say how much each worker was

15  to be paid on it?

16    A    No.

17    Q    Did you simply divide the money in the

18  envelope by the number of workers that you had?

19    A    Yeah.

20    Q    How long did you spend performing evictions

21  yesterday from the time you picked up workers to the

22  time you dropped them off?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

75

```
1        A      Say what now?

2        Q      Yesterday for the five evictions that you

3   worked, what time did you pick the workers up at in the

4   morning?

5        A      Yesterday I didn't have nothing to do in the

6   morning.  I didn't have nothing to do until 11:00.

7        Q      What time did you pick the workers up at

8   then?

9        A      We left -- I left there about -- probably

10  about 10:10, 10:12.  I think I left around 10:12, 10:15.

11       Q      Where did you pick them up yesterday?

12       A      I was sitting on N Street where I sit

13  everyday.

14       Q      And you left N Street at about 10:12 in the

15  morning to go to the first eviction?

16       A      Yeah, it was at 11:00.

17       Q      What time did you finish the last eviction of

18  the day?

19       A      I don't know exactly what time it was.

20       Q      Was it before noon?

21       A      No.

22       Q      Was it before 2:00 in the afternoon?
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

76

1      A      It was a little after 3:00.

2      Q      So it was a little after 3:00?

3      A      I think it was a little after 3:00, somewhere

4  around there.

5      Q      So you picked them up a little after 10:00

6  and you dropped them off a little after 3:00; is that

7  correct?

8      A      I don't know that.  I ain't saying exactly.

9  I'm not saying it's exactly.  I'm giving you -- that's

10  right, I'm not supposed to give no estimates.  That's a

11  guess, right, so just strike that all together because I

12  can't be accurate with it.

13     Q      You worked this job yesterday so based on

14  your best recollection, you believe it happened between

15  10:15 to just after 3:00; is that correct?

16     A      Uh-huh.

17     Q      It's about five hours.  For that five hours

18  work they were paid either $20 or $25; is that correct?

19     A      (Witness nods.)

20     Q      Were they paid for each hour worked?

21     A      I don't know.  I don't -- I don't do the -- I

22  don't know about the hourly thing.  I don't know nothing

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

77

1    about that.

2          Q      Were they paid based on the number of jobs

3    that they worked in that time period?

4          A      You got to ask them that.  I don't know how

5    it go, Man.  I just know what to give them.

6          Q      So you don't know how Butch decides what to

7    pay people?

8          A      No, I don't know that.  I only know what he

9    tell me and that's what he pay me for.

10         Q      Do you ever tell people when they're getting

11   on your bus how much you're going to pay them for the

12   day's worth of work?

13         A      Do I ever tell them?

14         Q      Yes.

15         A      I won't know that until the evening.

16         Q      So you don't know when they hop on your van

17   how much they're going to be paid until you receive the

18   money at the end of the day?

19         A      Or he call -- unless he call me and tell me

20   otherwise.

21         Q      From working evictions for the past year, do

22   you have an idea of how much people make?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

78

1        A      Say what now?

2        Q      Based on your personal experience paying the

3    workers at the end of the day, do you have an

4    understanding of how much they usually make?

5        A      I wouldn't know.  I can't count that far.

6    There's too many people, different place everyday.  I

7    can't give you no estimate on how much they make.

8        Q      Have you ever worked a job -- have you ever

9    worked on evictions on a day where you've had to do a

10   house and then had to do an apartment?

11       A      Yeah, I have.

12       Q      How many workers do you need for a house?

13       A      25.

14       Q      How many workers do you need for an

15   apartment?

16       A      What size apartment?

17       Q      Two bedroom apartment.

18       A      Fifteen.

19       Q      How many workers do you need for a one

20   bedroom apartment?

21       A      Ten.

22       Q      When you worked an eviction on a house in the

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

79

1    morning and then worked on an eviction on a two bedroom

2    apartment, what did the ten workers you don't need do

3    when you're working on the apartment?

4           MR. FOX:  Objection.  What date are we

5    talking about?  I'm confused.

6    BY MR. BERMAN:

7        Q    Mr. Gaskins, do you understand the question?

8        A    Yeah, I understand but if they all working on

9    all the jobs, ten people is extra.

10       Q    So if you work on a house in the morning with

11   25 people, do you use all 25 people for the apartment?

12       A    If that's what he tell me to do, yeah.

13       Q    If that's what who tells you to do?

14       A    Who we talking about?

15       Q    You said if that's what he tells me to do so

16   I'm asking if that's what --

17       A    Come on, Man.  I don't play mind games, Man.

18   Who else we talking about?

19       Q    I assume -- are you talking about Butch?

20       A    You already know that, Man, so why would

21   you -- are you trying to trip me up and trip me or

22   whatever?  I don't know nothing.  I'm just giving you

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

80

1    the answers I really do know.

2        Q    I'm just trying to make sure that I

3    understand what you're telling me.

4        A    But you asked me who and you know who we're

5    talking about.

6        Q    Well, I can assume but for the record I want

7    to make sure that you make it clear, that's all.

8             So has Butch -- when you worked on this

9    day -- you've told me that you've worked a house in the

10   morning which requires 25 people and an apartment after

11   that.

12            Did Butch tell you to use all 25 people on

13   the apartment?

14       A    There's been days, yeah.  Yeah, he tell me to

15   use the men on all the jobs.

16       Q    Have there been days where you have not used

17   all the men on all the jobs?

18       A    There's been days like that too.

19       Q    The men on those days who did not work all

20   the jobs, do they get paid for the jobs that they didn't

21   work?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

81

1          MR. FOX:  Objection.  What date are we

2   talking about?

3   BY MR. BERMAN:

4      Q     Again, you can answer the question.

5          MR. FOX:  He can if we know what day we're

6   talking about.

7          MR. BERMAN:  I'm talking about the day that

8   he's told me about.

9      A     What day have I told you about?  You started

10  this off, has it ever been a day.

11         MR. BERMAN:  Yes.

12     A     So a day.  That's the day I'm talking about,

13  a day.

14  BY MR. BERMAN:

15     Q     Perfect.  On that day when you worked in the

16  morning, 25 men then you worked a job that required 15

17  men and didn't use all 25 men, are the men -- the other

18  10 men, are they paid for their time?

19     A     If they aren't on the job they don't get paid

20  for it.  What day?  What day because it's different

21  days.  Everyday is different, Man.

22     Q     Have you ever worked -- if you work a job in

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

82

1    the morning that requires 25 men and then the rest of

2    the day is apartments that only require 10 or 15 men, do

3    you drop off the other 10 men?

4        A        Yeah, you can do that.

5        Q        Do you do that?

6        A        Yeah, I do that.  I've done that too several

7    times.

8        Q        Have you ever just taken the other men with

9    you?

10       A        Why take them with me if I don't need them?

11       Q        Have you ever taken them with you?

12       A        If I don't need them I don't ride them

13    around, no.

14       Q        Do you drop them back off where you picked

15    them up?

16       A        Yeah.

17       Q        If you're on a site that has two bedroom

18    apartments and one bedroom apartments at the same

19    location, do you drop off the extra men before working

20    the one bedroom apartments?

21       A        Drop them off where?

22       Q        Where you picked them up.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

83

1          MR. FOX:  And what date is he doing this so

2    that the record is clear?

3        A     I know what he trying to say.

4          MR. BERMAN:   Thank you.

5        A     I know what he trying to do.

6    BY MR. BERMAN:

7        Q     Mr. Gaskins, I'm just asking you to tell me

8    your recollection.

9              Do you remember --

10       A     I don't remember.

11       Q     Do you remember ever working a day where

12   you've had two bedroom apartments and one bedroom

13   apartments on the same site?

14       A     No, I don't remember.

15       Q     You don't remember that?

16       A     No.

17       Q     Do you remember ever working a day where

18   you've had two bedroom apartments and one bedroom

19   apartments?

20       A     I don't remember.

21       Q     You don't ever remember that?

22       A     No.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

84

1      Q    Do you ever remember working a day where

2  you've had to evict people from a house and then from

3  apartments?

4           MR. FOX:  We've already had that question.

5           MR. BERMAN:  Well, his memory seems to be

6  failing him.

7           MR. FOX:  Well, that doesn't mean you can ask

8  again.

9      A    You keep asking the same question over and

10 over again, Man.

11          MR. BERMAN:  Well, you keep giving me

12 different answers, Mr. Gaskins.

13 BY MR. BERMAN:

14     Q    Have you ever worked a day where you had to

15 work a house and then you've had to evict people from an

16 apartment?

17     A    I don't remember.

18          MR. FOX:  He answered and then he answered

19 that sometimes they work both jobs even though not all

20 are needed necessarily and he told you that.  Let's move

21 on, Counsel.

22     A    Why don't you ask the people that send me

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

85

1    here, Man.  Ask them.  Why you asking me?

2    BY MR. BERMAN:

3        Q    Have you ever been to Butch's office?

4        A    What office?

5        Q    Does Butch have an office?

6        A    I don't know.

7        Q    Do you know if Butch has a site that he keeps

8    records at?

9        A    I don't know.

10       Q    Do you know where Butch works out of?

11       A    I don't know.

12       Q    If you have to meet with Butch -- well, have

13   you ever met with Butch?

14       A    If he come down.

15       Q    If he comes down to the pickup point?

16       A    Yeah.  If that's what you want to call it,

17   yeah.

18       Q    Have you ever met with Butch anyplace else?

19       A    No, I don't see him that often.  I already

20   told you that.

21       Q    Do you give -- I refer you back to Exhibit 1.

22            Do you give these forms to Butch at the end

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

86

1    of the day?

2        A    No.  I don't see him everyday.  How am I

3    going to give it to him?

4        Q    Do you keep these forms after a day?

5        A    They're stashed around somewhere in the truck

6    if they don't throw them away.

7        Q    Do you keep them in the truck usually?

8        A    Yeah.  Sometimes they get throwed away when

9    they clean the truck out.

10       Q    Do you ever throw them away?

11       A    No, I don't throw them out.  I don't even

12   clean the truck out.

13       Q    Did Butch ask you to keep these forms?

14       A    For you?

15       Q    No, just generally.

16       A    They was in the truck I imagine.

17       Q    I mean were you ever asked by Butch to hold

18   on to forms and put them anywhere?

19       A    He asked me for them and he asked me did I

20   have any in the truck and I looked in the truck and I

21   gave him all the stack that was there.  I'd say if

22   anything missing he throwed it away.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

87

1      Q      Do you know if Butch keeps these forms?

2      A      How would I know that?

3      Q      Where is the lot that you pick the truck up

4   at?

5      A      It's in northwest.

6      Q      Do you know the address?

7      A      No, I don't know the address.

8      Q      Do you ever see Butch at the lot?

9      A      I see him on N Street if he come down.

10     Q      When you go to pick up the truck, is there

11  someone there to give you the keys?  How do you get the

12  keys to the truck?

13     A      I have the keys in my pocket.

14     Q      So you already have the keys for the truck?

15     A      Yeah.

16     Q      Do you drive the same truck everyday?

17     A      Not everyday.

18     Q      Do you usually drive the same truck?

19     A      Usually.

20     Q      What does the truck that you usually drive

21  look like?

22     A      The same one you all see me driving.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

88

1       Q       Would you describe it for me, please?

2       A       It's green.

3       Q       It's green?

4       A       Yeah, but you already know that.

5       Q       What type of -- do you know what the make or

6   model is of it?

7       A       No, I don't know all that.

8       Q       Is it a van?

9       A       Yeah, it's a van.

10      Q       Does it have seats in the -- how many seats

11  are there in the van?

12      A       I don't know.

13      Q       Do people ever have to sit on the floor when

14  you take them to jobs?

15      A       No, they don't sit on the floor.

16      Q       So there's enough seats for everybody to sit

17  on?

18      A       Yeah, bring your own seat.

19      Q       What does that mean, "bring your own seat"?

20      A       Bring your own seat.

21      Q       Do people bring chairs in the van?

22      A       If it fit in there.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

89

1      Q      Do people bring other things to sit on in the

2   van?

3      A      (No oral response.)

4      Q      What items do people bring in the van to sit

5   on?  Do people bring milk crates?

6      A      (No oral response.)

7      Q      Mr. Gaskins, can you please tell me what

8   items people bring on the van to sit on if there aren't

9   enough seats for them in the van?

10     A      (Witness shakes head.)

11     Q      Mr. Gaskins, would you like me to repeat the

12  question?

13     A      You already know the answer to the question,

14  Man.

15     Q      So do people bring other items onto the van

16  to sit on?

17     A      (No oral response.)

18     Q      Mr. Gaskins?

19     A      (No oral response.)

20     Q      Mr. Gaskins, what items do people bring on

21  the van to sit on?  You've told me there are enough

22  seats for everyone.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

90

1           MR. FOX:  Did you say are enough seats or are

2    not?  I couldn't hear.

3           MR. BERMAN:  He said there are enough seats.

4      A      I said they bring their own seat.

5    BY MR. BERMAN:

6      Q      Okay.  What types of seats do people bring on

7    the van to sit on?

8      A      Whatever they bring.

9      Q      Do they sometimes bring milk cartons or milk

10   crates?

11     A      Yeah, they do.

12     Q      Sometimes people bring chairs on?

13     A      Yes, they do.

14     Q      Do people ever sit on the floor?

15     A      No, they don't.

16     Q      How many people can actually fit in the real

17   seats in the van?

18     A      The real seats?

19     Q      The built-in seats in the van.

20     A      Two.

21     Q      So there's only two built-in seats in the

22   van?