EXHIBIT A (Part 3 of 4)

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

91

1        A      Yeah.

2        Q      The rest of the van has no seats?

3        A      This is crazy, Man.  If there ain't but two

4   seats in the van you do the math, Man.  Why you asking

5   me?  You went to law school and all that.  You should

6   know.

7              MR. BERMAN:  I'd like to mark this as Gaskins

8   Exhibit 2.

9              (Gaskins Deposition Exhibit Number 2 was

10  marked for identification and attached to the

11  transcript.)

12  BY MR. BERMAN:

13       Q      Have you seen documents like this before,

14  Mr. Gaskins?

15       A      Yeah.

16       Q      When have you seen documents like this

17  before?

18       A      I see 9/27/06 so it had to be that day.

19       Q      Do you fill out documents like this?

20       A      Yeah.

21       Q      When you receive a -- this document says

22  Workorder Request.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

92

1          When you receive a request to do work, do you

2    fill out a document like this for each job that you

3    perform?

4        A    I just said yeah, Man.

5        Q    If you can turn with me to page three,

6    please.  If you notice on page three there's a line that

7    says Supervisor:  Gaskins, eviction date of 9/27/06,

8    September 27, 2006.

9          Do you recall working an eviction on

10   September 27, 2006?

11       A    That's September, Man.  This is June.  I

12   don't know -- I don't know what I did yesterday for

13   real.  Come on, Man.

14       Q    Does this look like your handwriting on this

15   form?

16       A    Yeah, my name right there so I had to fill it

17   out.

18       Q    Do you fill out one of these forms at the

19   start of every job that you work and at the end of every

20   job that you work?

21       A    Yeah.

22       Q    See there's a line that says Time Crew

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

93

1   Arrived:  1:03, Time Marshal Arrived:  1:03?

2           Do you write that down simultaneously with

3   when you get there?

4       A    Yeah.  Really that's an estimate.

5       Q    It says Time Started:  1:05.

6           Would you have written that down at the same

7   time that it actually started?

8       A    Sometimes I might be doing something else and

9   I might take a wild guess at about what time it was.

10  You never know.  It varies on what I'm doing at that

11  time.

12      Q    It says Time Stopped:  2:00.

13          Would you always record what time it stopped

14  at?

15      A    Yeah, that's usually accurate.

16      Q    When you fill these forms out -- after you

17  filled them out, do you do anything with the form?

18      A    What do you mean do I do anything with them?

19      Q    Is there a specific place that you put it?

20      A    In the truck.

21      Q    Is there a --

22      A    There's probably a lot -- a truckload of

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

94

1    them, all I didn't throwaway.  I told you that.

2         Q     So you would fill one of these out for every

3    eviction that you work?

4         A     Yeah.

5         Q     Did Butch give you this form to fill out?

6         A     It came through the fax machine.

7         Q     So Butch would fax you the form?

8         A     I can't see you on the other side of the fax

9    machine.

10        Q     Well, you would receive a form from the fax?

11        A     From the fax machine.

12        Q     Right.  And then you would fill the form out

13   with the information on the site?

14        A     Yeah.

15        Q     Do you fax these forms to anyone at the end

16   of a day?

17        A     I fax them to a phone number.

18        Q     You fax them to a phone number?

19        A     Yeah.

20        Q     Do you always fax forms like this to a phone

21   number?

22        A     If I have to.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

95

1      Q      Did Butch ever tell you that you should fax

2    forms to this phone number?

3      A      Did he ever tell me?

4      Q      Do you fill the forms out and fax them

5    because that's what Butch asked you to do?

6      A      That's obvious.

7      Q      Is that a yes?

8      A      I guess it's Butch's phone number.  I don't

9    know.  I don't know who on the other end of it.

10     Q      But how did you know where to fax these?

11     A      I got the phone -- they gave me the phone

12   number and fax it to that phone number.

13     Q      Who gave you the phone number?

14     A      Probably got it from Otto probably.

15     Q      You're not sure who gave you the phone

16   number?

17     A      No.

18     Q      What's the phone number that you fax this to?

19     A      That's in the truck.

20     Q      You don't know the phone number offhand?

21     A      How?  Not by heart, no.

22     Q      But it's written down in the truck?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

96

1    A    It's probably in the truck.

2    Q    Do you know if these go back to some sort of

3    record system?

4    A    I don't know that.  I don't know.  I was

5    curious but I don't know.

6    Q    Did you ever ask anybody?

7    A    No.  I don't ask a whole lot of questions.

8    I'm not a lawyer.

9    Q    Did you ever talk to Otto about it?

10    A    Me and him don't talk too much.  We're always

11    at each other's throat so --

12    Q    After you've faxed this information, what do

13    you do with the original of your Workorder Request?

14    A    It's probably in the truck, Man.

15    Q    You just leave it in the truck?

16    A    If they ain't throwed it away.

17    Q    Turning back to Exhibit 1, do you fax this

18    information on Exhibit 1 at the same time?

19    A    No.

20    Q    So you don't fax this information in?

21    A    (Witness shakes head.)

22    Q    Is that correct?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

97

1      A      That's correct.

2      Q      But you do fax the Workorder Request

3  information in?

4      A      Not everyday.

5      Q      Not everyday?

6      A      No.

7      Q      But usually?

8      A      Usually.

9      Q      If you fill out a payroll form for every job

10 and fill out a Workorder Request for every job, how come

11 there's no payroll form for the jobs that occurred on

12 9/27/06?

13         MR. FOX:  Objection as to "how come."

14 BY MR. BERMAN:

15     Q      Do you recall filling out a payroll form for

16 this job?

17     A      Probably, yeah.  Probably in the truck or one

18 of the ones that's throwed away.  I don't know.  If it

19 ain't there it ain't there.  That's only like three or

20 four days.

21         How would I know where the one that go to

22 that one is?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

98

1      Q      But you would have filled these out for every

2    job that you work; is that correct?

3             MR. FOX:   Objection as to what he would have.

4    BY MR. BERMAN:

5      Q      You fill these out almost everyday; is that

6    correct?

7      A      I only fax that.

8      Q      Right, but when you work a job -- almost

9    everyday that you work a job you fill out one of these

10   Workorder forms?

11     A      Yeah.

12     Q      And you've done that going back -- you said

13   you've worked for a year.

14            A year ago did you fill out these forms?

15     A      I didn't work no straight year, no whole

16   straight year.  I'm saying the day you asked me when I

17   started was over a year.  I didn't work no straight

18   year.

19     Q      But going back to the earliest jobs that you

20   worked, do you remember filling out these forms?

21     A      Yeah.

22     Q      You remember filling out Workorder forms

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

99

1    going back at least to the start of your job with Butch;

2    is that correct?

3         A    Yeah.

4         Q    Turning back to Exhibit 1, do you remember

5    filling out these forms going back to when you first

6    started working for Butch?

7         A    Yeah.

8         Q    Over the past month do you remember filling

9    out these forms, Exhibit 1?

10        A    Yeah.

11        Q    Turning to Exhibit 2, over the past month do

12   you recall filling out these forms?

13        A    Yeah.

14        Q    And do you recall faxing them into Butch over

15   the past month?

16        A    I don't know who they was faxed to, Man.  I

17   told you that.  I send them to a fax number.

18        Q    My apologies.  Do you recall sending these

19   into the fax number over the past month?

20        A    Yeah.

21        Q    Do you recall sending documents like these to

22   the fax number over the past two months?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

100

1        A      Yeah.

2        Q      Do you recall sending Workorder Requests like

3   these to that fax number over the past three months?

4        A      Yeah, four months, five months, six months,

5   seven months, Man.

6              MR. BERMAN:  I'd like to take a break for

7   five minutes if we could.

8              MR. FOX:  You're wearing him out.

9              THE WITNESS:  I thought you wanted -- I

10   thought you didn't want to stay seven hours.

11             MR. BERMAN:  I don't want to stay seven

12   hours.  We're going to take a five-minute break.

13             THE WITNESS:  If you didn't ask the same

14   question so many times, you wouldn't need a break.

15             MR. BERMAN:  That's probably true.  Let's go

16   off the record for the time being, take five minutes and

17   come on back.

18             (A brief recess was taken.)

19   BY MR. BERMAN:

20        Q      I'd like to start by just reminding you that

21   you're under oath which I know you know and again,

22   please just answer yes or no if it's a yes or no

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

101

1    question instead of nodding so the court reporter can

2    take everything down that you say.

3              Let's talk a little bit about some of the

4    other named plaintiffs in this case.

5              Have you heard of East Coast Express

6    Eviction?

7              MR. FOX:  Those would be named defendants.

8              MR. BERMAN:  I'm sorry, defendants.  My

9    apologies.

10             MR. FOX:  No problem.

11   BY MR. BERMAN:

12      Q    Have you ever heard of East Coast Express

13   Eviction?

14      A    Yeah.

15      Q    Do you know who owns East Coast Express

16   Eviction?

17      A    No, I don't.

18      Q    Have you heard of Nelson Terry?

19      A    Who?

20      Q    Nelson Terry.

21      A    Is that his name?  I don't know -- I don't

22   know the man's name but I heard of a Terry but I don't

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

102

1    know if his name is Nelson Terry or not.  It could be

2    another Terry.  I don't know.  I heard of a Terry

3    though.

4        Q     Have you ever met anybody that you believe

5    worked for East Coast Express Eviction?

6        A     Workers?  They all work for whatever truck

7    they can get on so yeah, they work -- a lot of them

8    worked on -- worked with East Coast before.  They

9    probably worked on all of them.  I don't know.

10       Q     Have you ever talked to the driver for East

11   Coast Express Eviction?

12       A     No.

13       Q     Do you know the name of the driver for East

14   Coast Express Eviction?

15       A     Do I know the name of him?

16       Q     Yes.

17       A     One of them -- they say one of them name is

18   Otis.  I hear that name a lot.

19       Q     Have you and Otis ever talked with each

20   other?

21       A     About what?  About what?

22       Q     Have you ever talked to each other about

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

103

1    anything?

2         A     Hi and bye if that's his name.

3         Q     Are you familiar with All American Eviction

4    Company?

5         A     What's that?

6         Q     Is that a no?

7         A     No, I don't know who they are.

8         Q     Are you familiar with A-1 Eviction Services?

9         A     Yeah, I heard of that one.

10        Q     You've heard of them?

11        A     Yes, I've heard of that one.

12        Q     What do you know about A-1 Eviction Services?

13        A     I just heard of it.  I just heard that that's

14   the name of an eviction company.

15        Q     Do you ever see them when you're picking up

16   people?

17        A     No.  I wouldn't know if it was them or not.

18   If I did see them, I wouldn't know if it was them or

19   not.  I just see -- I just know it's an eviction company

20   because there's so many people in the truck or

21   something.

22        Q     Do you generally know when you see trucks

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

104

1  what company the truck works for?  When you're at an

2  eviction site -- I'm sorry, when you go to pick workers

3  up in the morning and you see other trucks out there

4  also picking up workers, do you generally know which

5  company the trucks work for?

6      A    I just know all the other companies park down

7  on -- down over by -- closer by SOME's.

8      Q    So the other companies park closer to SOME?

9      A    I just call them the other companies.

10     Q    How do you bring people onto your truck as

11  opposed to other people's trucks?

12     A    Because all the people know -- they know the

13  trucks and I guess they know where to meet at and

14  whoever they go with all the time and they go around the

15  area.  I mean if they go with them they'll go around the

16  corner.  If they go with them they go that way or that

17  way.

18     Q    Do you generally have a good relationship

19  with the people that you bring on your truck to work for

20  you?

21         MR. FOX:  Objection.  How do you define "good

22  relationship," Counsel?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

105

1    BY MR. BERMAN:

2        Q    I mean do you feel like you have a good

3    relationship with these folks?

4        A    Defined as what?  Mutual respect?

5        Q    Sure.

6        A    Yeah, I got mutual respect with everybody.

7        Q    Do you ever talk to the people on your truck

8    while you're driving to a site?

9        A    Got plenty of other times to talk.  I don't

10   talk when I'm driving.  I got to keep my eyes on the

11   road.

12       Q    Do you talk to them -- do you ever talk to

13   people that you gather for a job either while they're --

14   before you go to a site, once you've gotten to a site?

15       A    There's a gabbling spot.  We all talk about

16   the game.  We all talk about the fight.  We all talk

17   about this and we talk about that.  Everybody talk.

18            MR. FOX:  Could you be a little more

19   specific, Counsel?

20   BY MR. BERMAN:

21       Q    Do you ever talk about how much they've made

22   from other companies?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

106

1      A      I don't pay them no mind but I'm quite sure

2   they do.

3      Q      Have you ever heard people talking about the

4   amount that companies pay?

5      A      Go in one ear and go out the other.

6      Q      Have you ever talked to any of the other

7   drivers about what they're paying?

8      A      Huh?

9      Q      Have you ever talked to any of the drivers

10  for other companies about what their company pays for

11  evictions work?

12     A      I don't have nothing to do with that, no.

13     Q      Are you familiar with A & A Cardinal

14  Evictions?

15     A      Who?

16     Q      A & A Cardinal Evictions.

17     A      No, I don't know who that is either.

18     Q      The O Team?

19     A      Yeah.  That's the big white truck, yeah.  I

20  heard of him.

21     Q      Have you ever seen the truck from The O Team

22  picking people up to go to eviction sites?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

107

1       A       Just sitting there watching them or something

2   like that?  No, because I can't do what I'm supposed to

3   do but I heard of them.

4       Q       How about Platinum Realtor Services?

5       A       I never heard of them either.

6       Q       Are you familiar with Choya Lord Rodriguez?

7       A       Who?

8       Q       Choya Lord Rodriguez.

9       A       No, I never heard of them either.

10      Q       Have you ever heard of Crawford & Crawford?

11      A       Who is Crawford & Crawford?  That's a realty

12  company, ain't it?

13      Q       How about Vincent Crawford?

14      A       I heard of a Vincent.  I heard of him.

15      Q       Are you familiar with him from other people

16  talking about him or have you ever met Mr. Crawford?

17      A       Word around SOME's.

18      Q       What have you heard about Mr. Crawford?

19      A       That that's Vincent, that they call him

20  Vincent.  If that's Mr. Crawford you're talking about

21  and you're saying his name is Vincent -- people ask

22  who -- I might hear who you going with.  I'm going with

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

108

1    Vince and point.  He right there and then I know --

2    that's how I know that's Vincent or at least that's what

3    they say his name is.  I can't say I really know because

4    I ain't never checked his ID or none of that.

5         Q    Have you ever talked with him?

6         A    Good morning speak and all that.

7         Q    Just to exchange greetings?

8         A    Acknowledgement that I guess we're out there

9    doing the same thing so I guess that's maybe like an

10   acknowledgement.

11        Q    Are you familiar with Big Time Movers?

12        A    No.  Who is that?

13        Q    How about Brenda Thomas?

14        A    Brenda Thomas?

15        Q    Yeah.

16        A    I don't know no Brenda Thomas, no.

17        Q    Do you know a Brenda Robinson?

18        A    I heard of her.

19        Q    What have you heard about Brenda Robinson?

20        A    That she do the same kind of work.

21        Q    Have you ever seen Brenda Robinson?

22        A    Yeah, I think I -- I think I've seen her.  If

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

109

1    that's her, yeah, I think I've seen her.

2         Q    Have you ever talked to Brenda Robinson?

3         A    No, we don't have no conversation.

4         Q    Have you ever seen any of these -- the

5    individuals for these companies talking to each other?

6         A    No, I only know three of them.  Out of the

7    three I know I ain't never seen them talking together,

8    no.

9         Q    Have you ever seen the drivers for these

10   companies talk to each other?

11        A    I wouldn't know what they're talking about.

12        Q    Right, but have you ever --

13        A    They could be talking about the game and just

14   like, you know, hi and bye or whatever.  I don't know

15   what they're talking about if I did see them talking.

16        Q    But even if you don't know what they're

17   talking about, have you ever just seen them talking to

18   each other?

19        A    No, because I probably will join in on the

20   conversation if it's around SOME's because everybody

21   talk about the same thing.

22        Q    Do you ever remember talking to the drivers

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

110

1    from other companies?

2        A    Every now and then they might ask if you got

3    any -- you got extra men around that corner or something

4    and I tell them I got them all.  I ain't got no extra

5    one or something like that, or they might want a

6    cigarette.  Give me a cigarette later on or something

7    like that but long conversation, no, I don't have time

8    for that.

9        Q    So if you've talked to one of these people

10   it's usually just exchanging --

11       A    Yeah.  What do you call it?  Pleasantries.

12            MR. FOX:  Pleasantries.

13   BY MR. BERMAN:

14       Q    Has anyone ever asked you if you have extra

15   men for a job?

16       A    I've been asked that several times, yeah.

17       Q    If you have extra men do you pass it on to

18   the other company?

19       A    I tell them I got all my men.  If there's

20   some extra men that I thought was around that corner, I

21   tell them you can go around that corner and check.  I

22   think there might be some men around there or something

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

111

1    like that, or they might ask me and I tell them the

2    same.  They might need some men around the corner or

3    something like that.  That's everyday conversation there

4    as far as in the morning.

5        Q    Have you ever worked with another company on

6    an eviction?

7        A    No.

8        Q    Have you ever been at an eviction site and

9    another company pulls up to work the same eviction?

10       A    Yeah, one time there was a mix-up like that,

11   one time.  That I remember there was a mix-up like that

12   one time.

13       Q    Has Butch ever had you work with another

14   company to do a house when you have enough people

15   already in your truck?

16       A    No, I think he would be mad about that.

17       Q    Does anyone refer work to you?

18       A    Huh?

19       Q    Does anyone refer jobs to you?  Sort of if

20   they can't handle a job, call you in to do the job?

21       A    No.  Ain't too many people got my phone

22   number, no.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

112

1    Q    Do you know if anyone ever calls Butch with

2    extra jobs if their company can't handle it?

3    A    I wouldn't know that.

4    Q    Do you know if Butch ever calls other

5    companies?

6    A    Wouldn't know that.

7    Q    You said earlier that Butch sometimes comes

8    down to the pickup site.

9         Have you ever seen Butch talking to other

10   drivers?

11   A    Me and the dude Otto.

12   Q    So you've only seen Butch talk to you and

13   Otto when he comes down to the pickup site?

14   A    Yeah, and he don't stay that long.  If you

15   blink you might not see him.

16   Q    Have you ever seen Butch talking to any

17   owners from other companies?

18   A    No.

19   Q    Have you ever heard Butch call any owner on

20   his cell phone?

21   A    Why would I be standing there listening to

22   who he talking to?  That ain't none of my concern.  No,

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

113

1    I haven't.

2        Q      Has Butch ever met you down at the lot where

3    you pick up the truck?

4        A      Not that I recall.

5        Q      When you drop off the truck at the end of the

6    day, how do you get back home?

7        A      Public transportation.

8        Q      When you've dropped off the truck, how does

9    Butch pay you for your work?

10       A      It will be in an envelope.

11       Q      It will be in the same envelope with the

12   work --

13       A      In an envelope.

14       Q      How do you know how much money to keep for

15   yourself versus the amount of money that you give to the

16   workers?

17       A      Because it have my name on it.

18       Q      Is it clipped separately in the envelope?

19       A      Yeah.

20       Q      Does he give you two envelopes, one envelope?

21       A      Depends on how he do it or how whoever do it.

22   It could be an envelope.  It could be a paper clip.  It

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

114

1    could be a rubber band.  It could be a bank wrapper or

2    something.  I don't know, however he decide to do it.  I

3    know mine is always going to be smaller than theirs.

4         Q    Are you paid by the number of jobs that you

5    worked?

6              MR. FOX:  Objection.  How he gets paid, how

7    does that relate to this case, sir?  It's irrelevant and

8    can't lead to relevant information.

9         A    I prefer not to tell you about what I'm

10   making.

11   BY MR. BERMAN:

12        Q    I'm not asking how much you make right now.

13   I'm just asking are you paid by the number of jobs that

14   you work?

15             MR. FOX:  Same objection, relevancy.

16        A    Yeah, what he said.

17   BY MR. BERMAN:

18        Q    He didn't say anything.  I'm asking you.

19   Only you know what you're paid.

20        A    I already said I don't want -- what I get

21   paid ain't got -- that don't have nothing to do with it,

22   Man.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

115

1      Q      Again, you have been sworn in.  You are

2   compelled to answer my questions even if your attorney

3   does not believe that they lead to relevant information.

4   Unless your attorney specifically --

5      A      It got nothing to do -- anyway, I don't want

6   you to know what I make.

7      Q      I understand that.

8      A      I don't even want to be here.  I keep telling

9   you that, my Man, so you're questioning me and I feel

10  interrogated like I committed a real big crime or

11  something.

12     Q      And I will say you are not accused of

13  committing any crimes.

14     A      Why you digging all into me?  I can answer

15  all the questions you asked me about everybody else if I

16  know the answer but I don't know nothing about me.  I

17  can't tell you nothing about me.

18     Q      But you know everything about you.

19     A      I can't tell you nothing about me because I

20  don't know you.  You might use that against me somewhere

21  down the line.

22     Q      Are you paid per eviction?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

116

1          MR. FOX:  Objection.

2   BY MR. BERMAN:

3      Q     And again, please answer the question.  We

4   can call the court and the court can instruct you to

5   answer the question.  It will just take a lot more time.

6      A     Call the court.

7      Q     You want me to call the court?

8      A     Do what you do, Man, because I'm not telling

9   you how much I get paid.  I'm not going to tell you

10  that.

11     Q     I'm not even asking how much you get paid.

12  I'm asking if you get paid per eviction.

13     A     I get paid at the end of the day.

14     Q     And the basis of your pay --

15     A     And you're back to that per.  I don't know

16  what per is.

17     Q     Are you paid a set amount per hour?

18     A     At the end of the day.

19          MR. FOX:  Objection.  His salary has nothing

20  to do with this case and it can't possibly lead to

21  anything relevant.

22          MR. BERMAN:  Mr. Fox --

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

117

1              MR. FOX:  Just move on.

2   BY MR. BERMAN:

3        Q     Are you paid per eviction?

4        A     At the end of the day.

5        Q     At the end of the day you are paid; is that

6   correct?

7        A     The envelope have my money for that day in

8   it.

9        Q     If you worked one eviction, are you paid

10  simply for working one eviction?

11       A     I don't work no eviction.

12             MR. FOX:  Objection.

13  BY MR. BERMAN:

14       Q     Are you paid based on the number of hours

15  that you drive?

16             MR. FOX:  Objection.  His salary has nothing

17  to do with anything.

18       A     I'm not going to tell you how much I get

19  paid.  I don't know how he pay me.  I just know I get

20  mine at the end of the day.  That's all I can tell you,

21  Man.  That's all I can tell you.  I'm not asking you how

22  much you get paid, am I?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

118

1          MR. BERMAN:  I'll tell you how much I get

2    paid.

3       A    I don't want to know.  I don't want to know.

4          MR. FOX:  Please tell us.

5       A    I don't want to know because that don't

6    concern me.  What you make is not going to help me none.

7    BY MR. BERMAN:

8       Q    The workers on your truck, before you

9    drove -- scratch that.

10          Before you drove you've told us that you

11    worked evictions.

12          Did you work evictions for Butch?

13      A    I don't know who I was working for.

14      Q    Do you remember ever specifically working an

15   eviction for Butch?

16      A    No, actually I don't think Butch ever owned

17   anything really if I can recall right.  I always thought

18   it was somebody else over top of him.  I don't know.

19      Q    Do you know when Butch -- when did Butch come

20   to own Butch Enterprises?

21      A    I don't know.  I still don't know if he own

22   that.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

119

1      Q      Do you think Butch currently owns Butch

2   Enterprises?

3      A      Ain't no guessing, remember.

4      Q      Who do you think pays you money?

5             MR. FOX:  Vice-President Cheney.

6      A      I would think that it was coming from him but

7   I don't know for sure.

8   BY MR. BERMAN:

9      Q      So you don't know for sure but you believe

10   that the money comes from Butch; is that correct?

11      A      I believe that.

12      Q      When you were working evictions over a year

13   ago -- I'm talking about as a worker and not as a

14   driver -- is it true that you believe that Butch did not

15   own the company then?

16      A      No, back then the word I was seeing I don't

17   think he was the owner.  I don't know.  I'm not sure but

18   the word was he wasn't, but I was just getting back out

19   there so the word was that he didn't so I'm not sure on

20   that.  I don't know.

21      Q      Do you have an understanding as to who might

22   have owned the company before Butch?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

120

1      A      Don't know.  You can't trust a word either.

2   That's what I'm saying.

3      Q      Was there sort of a word on the street as to

4   who might have owned the company?

5      A      I can't believe them.  I mean I never met him

6   so as I look at it, I don't know.

7      Q      Whether you believed them or not, did you

8   hear a name as to who might own the company?

9      A      I don't know who it was.  I don't know who it

10  was.  I never met him -- no other person so I don't know

11  but I heard.

12     Q      When you were working evictions, do you

13  recall the name of any of the companies that you worked

14  for?  Do you recall any specific company that you worked

15  for when you were performing evictions?

16     A      Do I recall any specific company?

17     Q      Yes.

18     A      No, I just know where I was picked up at.

19  What do you mean do I -- I don't ask them the name of

20  the company and stuff like that.  It ain't that type of

21  work to be asking what the name of the company is and

22  all that.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

121

1          Q      Would you recognize the drivers that picked

2     you up for those jobs?

3          A      Yeah, and none of them don't work evictions

4     no more.

5          Q      So they're all out of the evictions?

6          A      Yeah.

7          Q      When you worked as an eviction worker, were

8     you paid based on the number of evictions you worked?

9               MR. FOX:  Objection.  His salary in another

10    life has no relevance to this matter.  It can't lead to

11    anything relevant.  Just move on and let's get done,

12    Counsel.

13    BY MR. BERMAN:

14         Q      Mr. Gaskins, I'm telling you --

15               MR. FOX:  I think you also tried to cover

16    this this morning.

17    BY MR. BERMAN:

18         Q      Mr. Gaskins, this is a question I'm going to

19    insist that you answer and I am going to call the court

20    about this because this goes directly to the heart of

21    what we are asking about.

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

122

1              MR. FOX:  Directly to the heart.

2    BY MR. BERMAN:

3        Q     How much were you paid when you worked

4    evictions?

5              MR. FOX:  Objection, irrelevant, can't

6    possibly lead to relevant information for these

7    plaintiffs.

8        A     How would I know?

9    BY MR. BERMAN:

10       Q     Just based on your memory.

11       A     How would I know how much I was paid?  I

12   don't know how much -- it was too many days and what

13   days I did go, what days I don't.  How would I know?

14       Q     Were you paid hourly for the evictions that

15   you worked?

16             MR. FOX:  Same objection, can't lead to

17   relevant information.

18       A     I'm paid at the end of the day.  It's been

19   that way for years, Man.  I get paid at the end of the

20   day.  I don't ask all them questions.  I'm not a

21   question and answer, Man.

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

123

1   BY MR. BERMAN:

2       Q     Were you paid $5 per eviction?

3             MR. FOX:  Objection, can't lead to relevant

4   information.

5   BY MR. BERMAN:

6       Q     Mr. Gaskins, when you worked evictions were

7   you paid $5 per eviction?

8             MR. FOX:  Same objection, Mr. Berman.

9   BY MR. BERMAN:

10      Q     Again, if you recall you are under oath to

11  answer the question.

12            MR. FOX:  Objection to Mr. Berman badgering

13  the witness.

14            MR. BERMAN:  Mr. Berman is waiting for an

15  answer that you keep interrupting.

16            MR. FOX:  He told you several times --

17            MR. PAGE:  We can just read the rule.

18            MR. BERMAN:  We're going to get the Federal

19  Rules now since you don't know them.

20  BY MR. BERMAN:

21      Q     Mr. Gaskins, while we're getting the rules

22  I'll just wait for you to answer the question.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

124

1          When you were working as an eviction worker

2    were you paid $5 per eviction?

3          MR. FOX:  Objection.  It can't lead to

4    relevant information.

5    BY MR. BERMAN:

6      Q    Your attorney is not telling you not to

7    answer the question.  You're under oath.  Please answer

8    the question.

9          MR. FOX:  The fact he's under oath doesn't

10   make it relevant, Mr. Berman.

11         MR. BERMAN:  The fact that you think it's

12   irrelevant doesn't make it so.

13   BY MR. BERMAN:

14     Q    Mr. Gaskins, we're going to sit here until

15   5:00 p.m. if we have to.

16         MR. FOX:  Actually we're not, Mr. Berman.

17   There comes a point where your repetition going back

18   over the same areas is just abusive.

19         MR. BERMAN:  There comes a point where your

20   interruptions become abusive.

21   BY MR. BERMAN:

22     Q    Mr. Gaskins, do you understand the question?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

125

1      A      No, I do not.

2      Q      Okay, then I will repeat it.

3             What do you not understand about the

4   question?

5      A      That I'm not going to tell you how much money

6   I make.

7      Q      I'm not asking about how much money you make

8   right now as a driver.

9      A      Or me.  My lifestyle ain't got nothing to do

10  with this.

11     Q      This is a case about eviction workers and you

12  worked evictions.  I'm asking for your personal

13  recollection of how much you made --

14     A      Okay, I worked evictions.  I don't care --

15  that's in the past with me --

16     Q      Mr. Gaskins, this covers --

17     A      -- if anything.  I can't help your case.

18     Q      This case covers the specific time period in

19  which you worked as an eviction worker.

20     A      I don't remember that.  I don't remember no

21  way back then.

22     Q      Do you not remember?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

126

1          MR. FOX:  He said he doesn't remember,

2     Counsel.  Move on to the next question.

3     A    I don't remember way back then, Man.

4     BY MR. BERMAN:

5     Q    Mr. Gaskins, did you work evictions in the

6     year 2005?

7          MR. FOX:  Asked and answered.  Move on,

8     Counsel.  Next question.

9     BY MR. BERMAN:

10    Q    Mr. Gaskins, please answer the question.

11    A    If I worked evictions in 2005, is that what

12    you said?

13    Q    Yes.  Did you work as an eviction worker in

14    the year 2005?

15    A    I don't know.  I don't know if I worked

16    evictions in 2005.

17    Q    Did you work as an eviction worker in the

18    year 2004?

19    A    I didn't write down all the years that I did

20    evictions.  I never did it everyday.

21    Q    I'm not asking if you did it everyday.

22         Did you work a single eviction?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

127

1    A    It's a job where you might need some quick

2  money and you jump on the truck.  It might be for one

3  day and you don't go back for six, seven months, Man.

4    Q    That's fine.

5    A    I mean whatever your all lawsuit is I wish

6  you all would keep me out of it, Man.  If they cheated

7  me, beated me or gave me all my -- 20 years ago, that's

8  20 years ago.  I can care less now.  It's not going to

9  help me now.

10    Q    Did you work as an eviction worker in the

11  year 2006?

12    A    I don't know.

13    Q    Do you recall any specific year that you

14  performed eviction work?

15    A    No, Man.  I don't keep track.  I just told

16  you I don't keep track of none of that.  The day before,

17  I don't keep track of that.

18    Q    Mr. Gaskins, is it true that you have worked

19  in the past as an eviction worker?

20    A    Yeah, before.

21    Q    What time period did you work as an eviction

22  worker?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

128

1      A      I don't remember.

2      Q      You have no idea?

3      A      I don't remember.

4             MR. FOX:  That's twice, Counsel.  Now it's

5      time to really move on or I think maybe we ought to get

6      out of here and close this down.

7      A      I can't help you, Man.  I'm not like the

8      people you got wrote down on that paper.  I mind my

9      business, Man.  I mind my business and leave people

10     alone.  I can't help you.

11            MR. FOX:  Let's wait and see if he's got a

12     different area because this one is finished, Mr. Berman.

13            MR. BERMAN:  He still hasn't answered my

14     question.

15            MR. FOX:  Mr. Berman, he told you he can't

16     even give you the year so I think your questions are

17     finished.

18     BY MR. BERMAN:

19     Q      Mr. Gaskins, do you currently pay eviction

20     workers $5 per eviction?

21            MR. FOX:  Isn't that asked and answered?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

129

1    BY MR. BERMAN:

2        Q      Mr. Gaskins, do you currently pay eviction

3    workers $5 per eviction?

4        A      I don't pay nobody nothing.  I don't know

5    nothing.

6        Q      Mr. Gaskins, does Butch Enterprises currently

7    pay eviction workers $5 per eviction?

8        A      I don't know about this per.  You keep saying

9    per what.  It's at the end of the day, Man.  You keep

10   saying "per."  I don't understand that per stuff.

11       Q      Okay.  Does Butch Enterprises currently give

12   eviction workers $5 for every eviction that they work?

13       A      I wouldn't know that.  I wouldn't know that.

14              MR. FOX:  Next question.

15   BY MR. BERMAN:

16       Q      Mr. Gaskins, when you started working for

17   Butch as a driver --

18       A      You're not going to get me to say what you

19   want to hear, Man.

20       Q      All I want you to say is your own truth.

21       A      I just answered your question, Man.

22       Q      I want to hear the truth from you,

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

130

1   Mr. Gaskins.

2        A    I gave the truth.  I wouldn't know that, Man.

3   I can't -- I don't know what the man paying them.

4        Q    Let me make this very clear to you.  You have

5   told me that you give them the money; is that correct?

6        A    Yeah, I told you that.

7        Q    Okay.  Are you now telling me that even

8   though you give them the money, you have no idea what

9   the basis is --

10       A    No.

11       Q    -- for the money that you give them?

12       A    I don't know.

13       Q    You have no idea how Butch comes up with the

14   amount of money that he gives them?

15       A    If it's Butch.  I don't know.

16            MR. FOX:  Mr. Berman, you have to remember he

17   testified he's the driver.  You want to talk to the

18   payroll master and he's not it.

19   BY MR. BERMAN:

20       Q    No idea how these people are paid?

21            MR. FOX:  Objection.

22       A    This is the 17th time now.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

131

1          MR. FOX:  Actually this ought to be over,

2     Mr. Berman.  Do you have a different question?

3          A     I drive from A to B to C to D, Man.

4     BY MR. BERMAN:

5          Q     You hand them the money though, right?

6          MR. FOX:  Asked and answered.  I think that's

7     absurd, Mr. Berman.  Move on.  Next area.

8          MR. PAGE:  It hasn't been asked.  I mean it's

9     been asked.  It has not been answered.

10         MR. BERMAN:  Despite being asked many times.

11         MR. PAGE:  I mean until we get an answer to

12    the basic questions, we can keep doing this for a couple

13    hours today.  If we don't get an answer to the basic

14    questions we'll just put another motion to compel and

15    bring you back a second time.  I mean these are basic

16    questions and the court is going to know that we deserve

17    an answer to these basic questions.  I know you think

18    you don't want to tell us but I'm story, we cannot leave

19    here without getting an answer to these questions.  This

20    is our job.

21         MR. FOX:  Actually I think we can leave here.

22    If the man says he doesn't know and you're going to ask

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

132

1   the same question over and over again, I for one am

2   going to leave here.

3              MR. BERMAN:  You're welcome to leave.  We'll

4   sit here with Mr. Gaskins by himself.  It will probably

5   move a lot more smoothly.

6              MR. FOX:  If he chooses that's fine.

7              Do you have any different questions?

8   BY MR. BERMAN:

9       Q    In the year that you've worked for Butch

10  Enterprises, has the amount that you've paid employees

11  changed?

12             Are you paying the same amount now for

13  eviction work as you paid when you started working for

14  Butch Enterprises?

15             MR. FOX:  Objection.  In the light of what

16  he's answered that's pretty misleading.

17             MR. BERMAN:  Mr. Fox.

18             MR. FOX:  My objection is it's misleading.

19  BY MR. BERMAN:

20      Q    You can answer the question if you know the

21  answer to the question, sir.

22      A    Everyday is different, Man.  Everyday is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

133

1    different.  I don't know why you want a different answer

2    from me.  Everyday is different.  I don't count nobody

3    else's money.  I can barely count the little bit I make.

4              MR. FOX:  Anymore questions, Mr. Berman?

5    BY MR. BERMAN:

6         Q    Do you count out the amount that you

7    specifically give to workers at the end of the day?

8         A    Do I count it out?

9         Q    Yes, before you give it to them.  Do you just

10   hand them all the money and say break it up amongst

11   yourselves?

12        A    No, Man.

13        Q    Why wouldn't you do that?

14             MR. FOX:  Objection.  Why wouldn't you do

15   that?  I mean what are you asking, Mr. Berman?

16   BY MR. BERMAN:

17        Q    Mr. Gaskins, I believe that you do know how

18   much eviction workers are paid and I believe that you're

19   not telling me that.

20        A    And I believe you know every question that

21   you asked me so why are you asking me?

22        Q    Because we have a person here taking it down

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

134

1    and this is a court transcription.

2        A    I didn't ask to come here.  I didn't ask to

3    come here.

4        Q    If you know the answer, Mr. Gaskins --

5        A    And you ask the witness -- if I'm a

6    witness --

7        Q    -- all you have to do is tell it to us.

8        A    Witness what?  What am I witnessing?

9        Q    Mr. Gaskins, do you know how much eviction

10   workers are paid for their evictions work?

11       A    I don't know.

12       Q    You don't know?

13            MR. FOX:  He just said he didn't know and you

14   come back with the same question.  Move on, Counsel.

15   BY MR. BERMAN:

16       Q    Mr. Gaskins, again we can compel this

17   response from you.  If you want to go that route, that's

18   the route that we're going to go.

19            Have you ever heard of a package deal?

20       A    Yeah, I heard of that.

21       Q    What's a package deal?

22       A    Am I supposed to know what it is or have I

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

135

1    heard of it?

2        Q    Well, what's your understanding of what the

3    phrase "package deal" means?

4        A    I think that's when everybody is on all the

5    jobs and get paid the same thing.  I guess that's what

6    the package deal is.  That's what I hear.  That's as far

7    as what I know.

8        Q    How do you mean when everybody is on the

9    jobs?  Do you mean is that when -- is a package deal

10   people getting paid a rate for a certain number of jobs?

11       A    That what you call it?

12       Q    That's what I'm asking you.

13       A    What is the rate?  Is that what you call it

14   when everybody is on all the jobs and everybody get paid

15   the same thing?  Is that what you call it, a rate?

16       Q    Sure.  Is there another word that you prefer?

17       A    No, I don't know because see, I ain't got no

18   high school diploma so you ain't talking to the fastest

19   man in the world so that lawyer stuff like that, it

20   might shoot past me.

21       Q    Have you ever offered someone a package deal

22   to work for you?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

136

```
1      A      I ain't offer nobody nothing.  I don't own

2  nothing.  I keep telling you I don't own nothing.

3      Q      Where have you heard the phrase "package

4  deal"?

5      A      All around SOME's.

6      Q      All around SOME's?

7      A      All around that area.

8      Q      Does Butch pay his employees off using a

9  package deal?

10     A      I'm quite sure he have.

11     Q      At Butch Enterprises what does it mean to pay

12 someone in a package deal?

13     A      As far as I know is everybody on all the

14 jobs.

15     Q      So everyone works -- all the workers that you

16 have on a truck work all the jobs and then are they paid

17 a certain amount?

18     A      Of course.

19     Q      Is the package deal that they work all of the

20 jobs for a specific amount of money?

21     A      Didn't I just say that?

22
```