## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. John M. Facciola |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Order Limiting Conduct at Deposition and Memorandum of Law in support thereof, and any opposition and reply to opposition thereto, the Court finds that actions by counsel to Defendants Butch Enterprises, Inc. and Irwin Staten in this litigation warrant entry of the following order.

It is hereby ORDERED that:

1. Counsel attending depositions in this litigation shall not represent to any deponent that the deponent is not compelled to answer questions at deposition for any reason other than those provided in Federal Rule of Civil Procedure 30(d)(1). Without limiting the foregoing, counsel shall not represent or suggest to any deponent that an objection based on relevance is a proper reason to withhold an answer.

2. Objections regarding relevancy of questions and testimony elicited at any deposition are preserved and can be presented to the Court at the time the testimony is presented as evidence to support a motion or for use at trial.

        Accordingly, counsel attending depositions in this litigation shall not raise objections as to relevancy during any deposition in this case.

3.     Counsel attending depositions in this litigation shall not raise objections in an argumentative or suggestive manner.

SO ORDERED.

Dated: _____, 2007

                                                                                   John M. Facciola  
                                                                                  United States Magistrate Judge