IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Civil Action No. 06-1561(RJL/JMF) |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

## **STIPULATION**

WHEREAS, on or about September 5, 2006, plaintiffs filed a complaint against Big Time Movers, Inc. ("Big Time") in the United States District Court for the District of Columbia, Case No. 06-1561,

WHEREAS, on or about September 21, 2006, Big Time was personally served with process,

WHEREAS, on October 27, 2007, the plaintiffs filed and served an application and affidavit seeking the default of Big Time,

WHEREAS, on November 7, 2006, a default was entered against Big Time,

WHEREAS, Big Time and plaintiffs except for Harry Jakeyia Ashford ("Plaintiffs") now wish to dismiss Big Time from this action without prejudice,

WHEREAS, Plaintiffs and the Big Time have agreed that the default will be set aside,

1

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs and Big Time consent to the entry of the proposed order setting aside default attached as Exhibit A hereto (the "Order").

DATED: September 11, 2007                          Respectfully submitted,


                                                   /s/ Larry C. Dembowski
                                                   Lee F. Berger (D.C. Bar # 482435)
                                                   Matthew D. Slater (D.C. Bar # 386986)
                                                   Larry C. Dembowski (D.C. Bar # 486331)
                                                   Cleary Gottlieb Steen & Hamilton LLP
                                                   2000 Pennsylvania Avenue, N.W.
                                                   Washington, DC 20006
                                                   Telephone: (202) 974-1500
                                                   Facsimile: (202) 974-1999
                                                   *Attorneys for Plaintiffs*


                                                   /s/ Lloyd J. Eisenberg/LCD
                                                   Lloyd J. Eisenberg, Esq.
                                                   Lloyd J. Eisenberg & Associates, P.A.
                                                   8613 Cedar Street
                                                   Silver Spring, Maryland 20912
                                                   *Attorney for Big Time Movers, Inc.*

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On September 11, 2007, a copy of the foregoing Stipulation and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company

        East Coast Express Eviction
        29 U Street, N.W.
        Washington, D.C. 20001

        Nelson Terry
        29 U Street, N.W.
        Washington, D.C. 20001

        Platinum Realtor Services, Inc.
        6705 McKeldin Drive
        Suitland, MD 20746

        Choya Lord Rodriguez
        6705 McKeldin Drive
        Suitland, MD 20746

        Crawford & Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Harry J. Ashford
        c/o *Street Sense*
        1317 G Street, N.W.
        Washington, D.C. 20005

        Caroline Lanford
        1112 48th Street, N.E.
        Washington, D.C. 20019

        All American Eviction Company
        1112 48th Street, N.E.
        Washington, D.C. 20019

September 11, 2007

                                                                           /s/ Allison E. Collins
                                                                               Allison E. Collins