IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## [PROPOSED] ORDER SETTING ASIDE DEFAULT

Upon the reading and filing of the above Stipulation dated September 11, 2007, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the default entered on November 7, 2006, against Big Time Movers, Inc. be and hereby is set aside.

SO ORDERED.

Dated: _____

                                                                                         Hon. Richard J. Leon
                                                                                         United States District Judge