## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————

| | |
|---|---|
| Harry Jakeyia Ashford, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | )   Civil Action No. 06-1561 (RJL/JMF) |
| | ) |
| East Coast Express Eviction, et al., | ) |
| | ) |
| *Defendants*. | ) |

———————————————————)

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE
## DEFENDANT BIG TIME MOVERS, INC.

Defendant Big Time Movers, Inc. ("Big Time") and plaintiffs except for Harry

Jakeyia Ashford ("Plaintiffs") move for dismissal without prejudice of defendant Big Time.

In support of this motion, Plaintiffs and Big Time state as follows:

1.    On May 9, 2007, Big Time's president, Brenda Thomas, executed an affidavit

attesting under oath that:

i.   Ms. Thomas is president of Big Time;

ii.   Big Time has provided to Plaintiffs all records pertaining to evictions

performed in the four-year period from September 2002 through September

2006;

iii.   Big Time has not performed evictions during any period for which the

company has not kept records; and

iv.   all employees performing the evictions during this period were paid at least

the minimum wage applicable at the time.

Ms. Thomas's affidavit is attached as Exhibit A.

2.      Big Time has produced to Plaintiffs documentary evidence that on its face lends some support to Ms. Thomas's assertion that Big Time paid at least the minimum wage applicable at the time to all employees performing the evictions during this period.

3.      While evidence in the early stages of Plaintiffs' investigation supported Plaintiffs' belief that Big Time hired day laborers, often homeless individuals, to perform evictions and paid them far less than minimum wage, subsequent investigation has not produced further evidence sufficient to show that Big Time has hired day laborers or paid less than minimum wage.

4.      Having agreed only to dismissal without prejudice, Plaintiffs emphasize that if new evidence is discovered suggesting that the affidavits provided are false in any material respect, plaintiffs will act promptly to reinstate proceedings against Big Time.

5.      Plaintiffs and Big Time jointly and respectfully request that Big Time be dismissed from this action without prejudice.

6.      Plaintiffs and Big Time agree that each party shall bear its own costs.

DATED:  September 11, 2007                    Respectfully submitted,


        /s/ Larry C. Dembowski
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
*Attorneys for Plaintiffs*

_____ /s/ Lloyd J. Eisenberg/LCD____
Lloyd J. Eisenberg, Esq.
Lloyd J. Eisenberg & Associates, P.A.
8613 Cedar Street
Silver Spring, Maryland 20912
*Attorney for Big Time Movers, Inc.*

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On September 11, 2007, a copy of the foregoing Joint Motion to Dismiss Without Prejudice Defendant Big Time Movers, Inc. and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

> Lloyd J. Eisenberg
> Lloyd J. Eisenberg & Associates, P.A.
> 10632 Little Patuxent Parkway
> Suite 430
> Columbia, MD 21044
> Attorney for Big Time Movers
>
> Melvin L. Otey
> Law Offices of Melvin L. Otey PLLC
> 3609 Georgia Avenue, N.W.
> Suite 200
> Washington, D.C. 20010
> Attorney for Caroline Lanford and All American
> Eviction Company

East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001


Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019


September 11, 2007


                                        /s/Allison E. Collins
                                        Allison E. Collins