# EXHIBIT A

MAY 0 9 2007

AFFIDAVIT OF BRENDA THOMAS

BIG TIME MOVERS

I, Brenda Thomas, president of Big Time Movers, Inc., swear and affirm the following:

1. Big Time Movers has provided to Cleary, Gottlieb, all records pertaining to evictions

performed in the four-year period from September, 2002 through September, 2006.

2. Big Time Movers has not performed evictions during any period for which the

company has not kept records. In fact, the company has records for all activities in which

it has been engaged.

3. All employees performing the evictions during this period were paid at least the

minimum wage applicable at the time.

I swear and affirm that the foregoing information is true and correct to the best of my

information and belief.

_Brenda Thomas_ 5-5-07

Brenda Thomas                    Date
6601 Fairwood Road
Hyattsville, Maryland 20784

I swear and affirm that the foregoing answers to interrogatories are true and correct to the
best of my knowledge and information.

_Brenda Thomas_

Brenda Thomas

State of Maryland

                                    ss.

County of _Baltimore_

SUBSCRIBED AND SWORN BEFORE ME THIS 7th _May_ , 2007.

_Thomas Branch_

Notary Public

THOMAS BRANCH
NOTARY PUBLIC
Baltimore County, Maryland
My Commission Expires August 18, 2007