**FILED**

**SEP 2 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HARRY JAKEYIA ASHFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EAST COAST EXPRESS EVICTION et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Case No. 06-1561 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER SETTING ASIDE DEFAULT

Upon the reading and filing of the Stipulation (Dkt. #115) dated September 11, 2007, and the Court being fully advised in the premises, it is this 21st day of September, 2007 hereby

**ORDERED** that the default entered on November 7, 2006, against Big Time Movers, Inc. be and hereby is set aside.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

