EXHIBIT A (Part 1 of 4)

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    HARRY JAKEYIA ASHFORD,        *

5    et al.,                       *

6                   Plaintiffs,    *   Civil Action

7            vs.                   *   No. 06cv1561

8    EAST COAST EXPRESS            *

9    EVICTION, et al.,             *

10                  Defendants.    *

11

12

13              Deposition of DEREK GASKINS

14                  Washington, D.C.

15              Tuesday, June 26, 2007

16                    10:28 a.m.

17

18

19   Job No.: 1-106501

20   Pages 1 - 167

21   Reported by:  Vicki L. Forman

22

2

1              Deposition of DEREK GASKINS, held at

2    the offices of:

3

4         Cleary, Gottlieb, Steen & Hamilton, LLP

5         2000 Pennsylvania Avenue, Northwest, Suite 900

6         Washington, D.C.  20006-1801

7         (202) 974-1500

8

9

10

11            Pursuant to agreement, before Vicki L.

12    Forman, Court Reporter and Notary Public in and for the

13    District of Columbia.

14

15

16

17

18

19

20

21

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

3

1            A P P E A R A N C E S

2

3        ON BEHALF OF THE PLAINTIFFS:

4            MATTHEW J. BERMAN, ESQUIRE

5            AARON M. PAGE, ESQUIRE

6            JANE S. NEWPORT, ESQUIRE

7            Cleary, Gottlieb, Steen & Hamilton, LLP

8            Suite 900

9            2000 Pennsylvania Avenue, Northwest

10           Washington, D.C.  20006-1801

11           (202) 974-1500

12

13

14

15        ON BEHALF OF THE DEFENDANT BUTCH ENTERPRISES,

16        INC.:

17           DAVID E. FOX, ESQUIRE

18           Law Office of David E. Fox

19           Suite 103

20           1325 18th Street, Northwest

21           Washington, D.C.  20036

22           (202) 955-5300

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

4

1                    C O N T E N T S

2    EXAMINATION OF DEREK GASKINS                    PAGE

3          By Mr. Berman                             5

4

5

6

7                    E X H I B I T S

8          (Attached to the Transcript)

9    GASKINS DEPOSITION EXHIBIT                      PAGE

10   No. 1   Payroll List                           57

11   No. 2   Workorder Requests                     91

12

13

14

15

16

17

18

19

20

21

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

5

```
1                    P R O C E E D I N G S

2                       DEREK GASKINS

3            having been duly sworn, testified as follows:

4            EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

5    BY MR. BERMAN:

6         Q     Could you please state your name for the

7    record?

8         A     Derek Gaskins.

9         Q     I just want to cover a few background things

10   on the record before we start.  Because the court

11   reporter is taking everything down that you say, when

12   you answer a question it needs to be a verbal yes or no

13   and not just a nod or an uh-huh, so I'm going to ask

14   when you answer questions that are yes or no questions

15   that you either say yes or no, is that okay?

16        A     Yes.

17        Q     Great.  A reminder that you're under oath.

18   That means your testimony is required under the law to

19   be truthful.

20              Do you understand that?

21        A     Yes.

22        Q     One of the ground rules I'd like to establish
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

6

1    is that only one of us should talk at a time.  If you

2    let me finish a question before you answer then I'll let

3    you answer fully, is that understood?

4         A    Yes.

5         Q    Okay.  Now, if you answer a question I'm

6    going to assume that you've understand the question that

7    I've asked and that the response that you're giving me

8    is full and truthful, is that okay?

9         A    Yes.

10        Q    If you don't understand a question, just let

11   me know.  I'll repeat the question or I'll try and

12   rephrase it in a manner that makes it more clear, is

13   that okay?

14        A    Yes.

15        Q    Is there any reason that you can think of

16   today that you can't testify truthfully and fully?

17        A    No.

18        Q    Are you on any medication that might impair

19   your ability to give complete and full and truthful

20   answers?

21        A    No.

22        Q    Are you on any drugs or alcohol that might

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

7

1    impair your ability to give full and complete and

2    truthful answers?

3        A    No.

4        Q    Are you currently ill or under the weather?

5        A    No.

6        Q    Do you suffer from any form of memory loss?

7        A    No.

8        Q    Okay.  If you want to take a break at any

9    time just let me know.  I'll be happy to do so.  There's

10   some water behind you if you want some water.  Feel free

11   to grab that.

12            Could you please state your age for me?

13       A    47.

14       Q    I'm sorry, what did you say?

15       A    47.

16       Q    And what is your date of birth?

17       A    9/13/59.

18       Q    9/13/59, okay.  What is your current address?

19       A    2029 G Street.

20       Q    Is that in Washington, D.C.?

21       A    Yes.

22       Q    Is that northwest or northeast?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

8

1       A       Southeast.

2       Q       Southeast, great.  How long have you been at

3    this current address?

4       A       About a year.

5       Q       Where did you live prior to that?

6       A       Shelters.

7       Q       You were in shelters?

8       A       Yes.

9       Q       Any specific homeless shelters?

10      A       Whichever one I'm close to at that time.

11      Q       Were there any ones that you regularly

12   frequented?

13      A       New York Avenue.

14      Q       New York Avenue shelter.  Any other shelters

15   that you regularly frequented?

16      A       Frankly all of them.  I've been in all of

17   them.

18      Q       About how long were you living in shelters?

19      A       I can't tell you exact.

20      Q       Did you own a place before living in

21   shelters?

22      A       Couple times.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

9

1        Q     Couple times?

2        A     Years before.

3        Q     Do you recall the last time of the year

4    that -- do you recall what the last year was that you

5    had a place before you moved into shelters?

6        A     No, I don't -- I don't know what year it was.

7        Q     Do you own your current address?

8        A     No.

9        Q     Do you rent at the current address?

10       A     No.

11             MR. FOX:  Objection.  I don't think his

12   rental and ownership status is relevant to anything, nor

13   can it lead to anything relevant.

14   BY MR. BERMAN:

15       Q     You can answer the question.

16       A     What was the question?

17       Q     The question was do you rent at your current

18   address?

19       A     No.

20       Q     Do you live with family at your current

21   address?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

10

1          MR. FOX:  Objection.  Who he lives with can't

2   lead to anything relevant.

3   BY MR. BERMAN:

4      Q     Again, you can answer the question.

5          MR. FOX:  He can.  He doesn't have to.

6          MR. BERMAN:  Are you instructing him not to

7   answer the question?

8      A     I thought this was about Butch.  Why are you

9   digging on me?  I told you all I can tell you.

10  BY MR. BERMAN:

11     Q     Can you tell me who you live with currently,

12  please?

13          MR. FOX:  Objection, relevancy.

14  BY MR. BERMAN:

15     Q     Again, you can answer the question.

16     A     Is this about me or Butch?

17     Q     Well, it's about Butch.  It's about a lot of

18  different eviction companies.

19     A     Well, you asked too much about me.  I didn't

20  ask to come here.  I didn't ask to come here.

21     Q     I understand that, sir.

22     A     You had somebody -- a black person in mind to

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

11

1    hand me a piece of paper to say come here.  Now I'm

2    here.

3        Q     Let me ask the question this way:  Do you

4    currently live with anyone who is related to Butch

5    Staten?

6        A     No, I do not.

7        Q     Do you live with anyone who works in the

8    eviction industry aside from yourself?

9        A     No, I do not.

10       Q     Okay.  Then I'm just establishing some stuff

11   about your background.

12       A     You're being nosey for real and I'm a private

13   person.

14       Q     Have you ever taken a deposition before, sir?

15       A     About this?

16       Q     No, just in general.

17       A     Yeah, I have.

18       Q     Can you tell me what you took a deposition

19   for, please?

20           MR. FOX:  Objection.

21       A     I mean how many years of my life you want to

22   know about because I can't remember all back -- all back

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

12

1   and what it's all about?  I just know I've been through

2   this thing before.  It's been years ago.  I can't tell

3   you what year or nothing.

4   BY MR. BERMAN:

5       Q    Do you recall what the name of the case was

6   that you were deposed for?

7            MR. FOX:  Objection.

8       A    I was in an accident.

9   BY MR. BERMAN:

10      Q    You were in an accident.  So it was a car

11  accident?

12           MR. FOX:  Objection.  Why don't you ask him

13  something about the case, Mr. Berman.

14           MR. BERMAN:  Why don't you let me conduct my

15  deposition, Mr. Fox.

16           MR. FOX:  Because you're killing time and

17  asking irrelevant things.

18  BY MR. BERMAN:

19      Q    Again, was it for a car accident?  If you can

20  remember the name of the case then I'll move on.

21      A    I can't remember the name of the case.

22      Q    Can you remember what year it occurred in?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

13

1     A    No.

2     Q    Did you bring any documents with you here

3 today?

4     A    Documents about what?

5     Q    Just any documents, any records, any sort of

6 documents with you.

7     A    No.

8     Q    Okay.  Did you talk about this deposition

9 with anyone before coming in today?

10    A    What do you mean talk about it?  They've been

11 talking about it for months all around SOME's.

12    Q    But did you personally discuss your coming

13 here today with anyone before coming in?

14    A    No.

15    Q    Did you talk to Butch about it?

16    A    I told him I wasn't going to be there today.

17    Q    So you told Butch that you weren't coming in

18 today?

19    A    No.

20    Q    Did you talk to Otto Hines about it?

21    A    No, I ain't seen him.

22    Q    Did you discuss it with anybody else before

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

14

1    coming in?

2        A    Half the time I don't know what I discuss.

3    Come on, I'm not a computer.  I'm a human being.

4        Q    Let's talk a little bit about your employment

5    before you came to work for Butch.

6            Did you work for any eviction companies prior

7    to coming to work for Butch?

8        A    What do you mean did I work for any

9    companies?  I was homeless.  I did whatever it took for

10   me to make me some money so I wouldn't have to do

11   criminal activities.

12       Q    Do you currently work for Butch Enterprises?

13       A    I drive for him.

14       Q    You drive for Butch?

15       A    Whenever he need me.

16       Q    When did you start driving for Butch?

17       A    About a year or so.

18       Q    So you've been driving for Butch for

19   approximately one year?

20       A    Whenever he need me.

21       Q    Whenever he needs you.

22            Before you started driving for Butch, what

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

15

1    did you do to make money?

2        A    I can't tell you that.  Whatever somebody

3    want me to do to make some money.

4        Q    Did you work evictions?

5        A    Yeah, I worked evictions before.

6        Q    Were you working as a driver or were you

7    working as --

8        A    I was on the back of the truck.

9        Q    You were working on the back of the truck?

10       A    Yeah.

11       Q    Do you know which eviction companies you

12   worked for in that time period?

13       A    I'm trying to get money so I can buy me some

14   chicken dinners or something.  I don't ask -- I don't

15   pry into people's business like that.  I don't do that.

16   All they got to tell me is if I can go or not, that's

17   all.

18       Q    When you were living out of the homeless

19   shelter you were working evictions then; is that

20   correct?

21       A    Not all the time.  Evictions are not an

22   everyday thing.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

16

1    Q    Do you know if you ever worked for Butch when

2    you were working evictions?

3    A    I don't know who the boss was.  I don't know

4    who it was.  It could have been.  It could have not

5    been.  I don't know.

6    Q    Do you remember any of the drivers' names

7    that might have picked you up in that time period?

8    A    This was years ago.  I mean what do you want

9    me to remember because this was years ago?  It has

10   nothing to do with the present.

11   Q    Well, just so you know, our case goes back

12   several years.  In fact, it goes back almost to 2000

13   so --

14   A    Well, I can't remember several years back, my

15   Man.

16   Q    Okay, that's fine.  If you don't know it's

17   fine to say that you don't know.

18        Have you worked for anybody else as a driver?

19   A    No.

20   Q    Is Butch the first person that you've driven

21   a truck for?

22   A    Yeah.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

17

1       Q       Do you own the truck?

2       A       Own what truck?  No.

3       Q       Does Butch own the truck?

4               MR. FOX:  Objection.

5   BY MR. BERMAN:

6       Q       The truck that you drive -- that you

7   currently use when you drive for Butch, do you know if

8   Butch owns that truck?

9       A       I don't know if he own it or not.

10      Q       Does Butch provide you with the truck?

11      A       I just answered that.

12      Q       Well, you said that you don't know if he owns

13  it but does he provide you with the truck?

14      A       No, the truck -- the truck is there.  It's on

15  the lot if he need me to drive it or not.  I don't know

16  who own it.

17      Q       But it's not your truck; is that correct?

18      A       No, it's not my truck.

19      Q       And when Butch calls you to do a job for him,

20  does he give you the keys to this truck to use?

21      A       Yeah, I got the keys.

22      Q       Does Butch have more than one truck and more

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

18

1    than one driver?

2         A     You already know -- you already know the

3    answer to that, the other dude that drive.

4         Q     What's the other dude's -- I'm sorry, the

5    other person is Otto Hines; is that correct?

6         A     I guess that's his name.

7         Q     Do you know if he has any other drivers

8    besides you and Mr. Hines?

9         A     No, I do not.

10        Q     Do you know how many trucks Butch will have?

11              MR. FOX:  Will have?

12   BY MR. BERMAN:

13        Q     Do you know how many trucks Butch has?

14        A     No, I do not.

15        Q     If Butch wants to hire you for a job, how

16   does he get in touch with you?

17        A     Either phone or fax.

18        Q     Does he phone a cell phone?

19        A     Phone or fax.

20        Q     Does he call you at home?

21        A     I ain't got no phone at home.

22        Q     Where does he phone you at?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

19

1      A      On the cell phone.

2      Q      On the cell phone?

3      A      Yeah.

4      Q      Do you have a fax machine at home?

5      A      No, I do not.

6      Q      Where do you receive faxes from him at?

7      A      From wherever the fax machine is at.  They

8  got businesses that do faxing.

9      Q      So he'll send a fax to a business and you'll

10  go pick it up at the business?

11      A      Yes.

12      Q      Is there a specific business that he'll fax

13  you at?

14      A      Whichever one he tell me to go to.

15      Q      So he'll tell you to go to a business to pick

16  up a fax; is that correct?

17      A      Yes.

18      Q      What information does he fax to you?

19             MR. FOX:  When are we talking about?  Are you

20  talking about today, a year ago?  What are we talking

21  about?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

20

1   BY MR. BERMAN:

2       Q       Generally speaking when Butch hires you for a

3   job, you told me that he either phones you or sends you

4   a fax.

5           If he phones you, what information does he

6   provide you with?

7       A       Where I'm supposed to go.

8       Q       Where the job is going to happen?

9       A       Yeah.

10      Q       Does he tell you all the jobs that are going

11  to happen in a given day?

12      A       Yeah.  Well, not all -- the ones he want me

13  to do.

14      Q       Right.

15      A       I don't know nothing about what he wants

16  somebody else to do.

17      Q       But he'll tell you if you have -- if Butch

18  calls you and he's got five jobs that he wants you to do

19  in a day, he'll give you a list of all five jobs?

20      A       Yeah.

21      Q       If Butch is going to fax you with a bunch of

22  information for jobs, will he fax you addresses for

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

21

1    jobs?

2           MR. FOX:  Objection to what he would do.

3    BY MR. BERMAN:

4        Q    Again, you can answer the question.

5        A    He'll either phone me and tell me and I write

6    them down or he just fax me.  That's it.  I pick up the

7    fax and it will be on the fax.

8        Q    What information specifically is on the fax

9    that Butch provides to you?

10          MR. FOX:  Which day are we talking about?

11   BY MR. BERMAN:

12       Q    I'm talking just generally and if you don't

13   understand the question, you can ask me to clarify it

14   and I'll happily clarify it for you.

15          But generally speaking, if Butch sends you a

16   fax with information on it about jobs, what information

17   will Butch put on the fax?

18       A    What do you mean what -- the addresses.

19       Q    Just the addresses?

20       A    And the size of the unit.

21       Q    The size of the unit.

22          Does he tell you how many men you need to

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

22

1    bring to a job?

2        A    Well, I already know the criteria because I

3    did evictions before.  I know what it call -- how many

4    men it call for.

5        Q    Does he tell you the time that each evictions

6    are supposed to start at?

7        A    He got to tell me what time to be there.

8        Q    Do you perform any other work aside from

9    evictions work?  Do you have locksmith skills?

10           MR. FOX:  Objection.

11   BY MR. BERMAN:

12       Q    Do you have locksmith skills?

13           MR. FOX:  How can that lead to relevant

14   evidence?

15   BY MR. BERMAN:

16       Q    Again, you can answer the question.

17           MR. FOX:  He can or he should or which?

18           MR. BERMAN:  I'm asking questions.

19           MR. FOX:  Yeah, but it's an improper

20   question.

21   BY MR. BERMAN:

22       Q    You can answer the question, Mr. Gaskins.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

23

1    It's not an improper question.

2              You can answer the question, Mr. Gaskins.

3              MR. FOX:  He may be physically able to answer

4    it but to say he can just means he's physically able.

5    It doesn't mean he has to.

6    BY MR. BERMAN:

7        Q     Mr. Gaskins, do you also have locksmith

8    skills?

9              MR. FOX:  Objection.

10       A     I'm not a locksmith.

11   BY MR. BERMAN:

12       Q     So on site you would not perform any

13   locksmith duties?

14             MR. FOX:  Objection.

15       A     No, I will not.

16   BY MR. BERMAN:

17       Q     You said that you had worked in eviction

18   companies prior to working for Butch.

19             Is that simply as performing eviction work,

20   moving things out of people's apartments?

21       A     Yeah.  That's the same answer I gave you

22   before.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

24

1      Q     How did you become a driver for Butch?

2      A     I got a license.

3      Q     You got a license?

4      A     Yeah.  You can't be -- you can't be a driver

5 without one.

6      Q     Were you friendly with Mr. Staten prior to

7 becoming a driver for him?

8      A     Ain't too many people I'm friendly with.

9      Q     How did you become acquainted with

10 Mr. Staten?

11      A     Same way everybody else do.  They say his

12 name Butch, just the same way I picked up my name.  My

13 name is Fats.

14      Q     But how did you get to know Mr. Staten?

15      A     What do you mean know?  I don't really know

16 much about him.  All I know is his name is Butch.

17      Q     At some point did he hire you for this job?

18      A     What do you mean hire me?

19      Q     I mean at some point you -- there was a point

20 in time when you were not driving for Butch; is that

21 correct?

22      A     Yeah.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

25

1    Q    And there was a point in time where you

2    started driving for Butch; is that correct?

3    A    Yeah.

4    Q    So how did you go from not driving for Butch

5    to driving for Butch?

6    A    When I got put out of my last apartment and

7    got back homeless again, I needed a job so I got a

8    license.  Well, really I didn't have a license.  He told

9    me if I get a license he'll see what he can do for me.

10   It took me four months to get a license.

11   Q    So is it correct to say that he told you if

12   you got a license that he would try and help you out?

13   A    Yeah.  That's safe to say, yeah.

14   Q    You then got a license.  Did you then tell

15   him that you received your license?

16   A    Yeah.

17   Q    Did he ask you if you wanted to drive for him

18   at that point?

19   A    If he need -- if he needed my help he know

20   that I got a license and he'll call me or he'll pull me

21   to the side if he come up.  If he don't come up, he'll

22   send word to me to give him a call or something like

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

26

1    that.  It wasn't no hire type.  It was just like -- what

2    they call it?  Swing, swing driver or something like

3    that.

4        Q    Do you recall the first time that you drove

5    for Mr. Staten?

6        A    No, I can't remember that far back.

7        Q    When Mr. Staten has a job for you and he

8    wants you to pick some people up, do you have to go to

9    get the truck from him before going out to pick people

10   up?

11       A    I told you I get the truck off the lot.

12       Q    What time do you pick up the truck from the

13   lot in the morning?

14       A    Whatever time I get there.  Only if he need

15   me whenever I get there.  The truck is there.

16       Q    What time do evictions usually start at in

17   the morning?

18       A    I ain't never know nobody get evicted before

19   9:00.

20       Q    So usually the earliest --

21       A    Most don't open until 9:00.

22       Q    So the earliest an eviction can start is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

27

1    9:00?

2        A    As far as I know.  I never heard it

3    otherwise.

4        Q    If you have an eviction that starts at 9:00,

5    what time do you go to pick up the truck at?

6        A    Anywhere from 7:00 to 7:30, sometimes 8:00.

7        Q    Once you've picked up a truck, where do you

8    go to pick up people for the eviction?

9        A    I go sit on N Street.

10       Q    I'm sorry, which street?

11       A    N Street.

12       Q    Is that close to the homeless shelter?

13       A    I ain't seen no shelter around there.

14       Q    Is that near SOME, So Others Might Eat?

15       A    Yeah, you know that's where it's at.

16       Q    About how far from SOME is the corner of

17   N Street that you go to?

18       A    I don't know what you call it.  A block,

19   block and a half, two blocks.  What do you call it?  I

20   mean you're asking me questions you already know.

21            Could you please ask me something that you

22   want to know?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

28

1      Q      When you go to pick people up, at this point

2   you either have -- just making sure I understand this.

3   You either have a list that you've written down from a

4   phone call of where the jobs are or a fax that lists the

5   jobs for the day; is that correct?

6           MR. FOX:  Objection.  He's already answered

7   that.  He doesn't have to answer anything twice.

8   BY MR. BERMAN:

9      Q      Again, is that correct?

10     A      That's the same question you already asked me

11  and I answered it.

12     Q      If you're trying to get people for a job,

13  what do you do to bring people into your van?

14     A      I park the truck on N Street.

15     Q      Do they approach you?

16     A      They approach the trucks.

17     Q      They approach the trucks?

18     A      They know what's -- everybody know what's

19  going on.  You even know what's going on.  That's why

20  I'm here today.

21     Q      Are there usually other trucks there in the

22  morning?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

29

```
 1        A      There's trucks all around there, Man.  You

 2   know that.

 3        Q      Do you know if these are trucks for other

 4   eviction companies?

 5        A      I would imagine.

 6        Q      Do you ever talk to people from other trucks?

 7        A      Hi and bye.  How was the game?  Did you like

 8   the fight?  I got to go.

 9        Q      So occasionally you talk to other drivers?

10        MR. FOX:  I think he's describing daily

11   pleasantries.

12        A      I just answered you.

13   BY MR. BERMAN:

14        Q      Do you know the names of any of the other

15   drivers from the other companies?

16        A      I know -- I know names I hear they call them.

17   I don't go up and ask them for their ID and is that

18   their name or not.  I'm not like -- you all hand me a

19   piece of paper.  I don't know how you all got my name so

20   somebody must have just told you all that that was my

21   name so if they tell me that's their name that's what I

22   go by.  Hey, Bob.  Hey, Jim.  What's up, Dog?
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

30

1      Q      Do you recognize any of the other drivers

2   from your time at any of the homeless shelters?

3      A      I'm in a shelter.  I'm not trying to know

4   nobody because all of them in the same boat I'm in.

5      Q      Do you ever talk to them about evictions

6   work?

7      A      No.  Talk to who?

8      Q      The other drivers.

9      A      No, I ain't seen them other drivers in no

10  shelter.

11     Q      When you go to pick people up in the morning,

12  have you ever while waiting for people talked to other

13  drivers about evictions work?

14     A      About other eviction work?

15     Q      Yeah.

16     A      No.

17     Q      Have you ever talked to them about people who

18  have worked for you from the homeless shelters?

19     A      No.  I don't have time to be talking --

20  holding no long conversations.

21     Q      Do you ever talk to them about how much they

22  pay people for doing evictions work?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

31

1      A      Why would I want to know that?

2      Q      Have you ever heard what other drivers pay

3  for evictions work?

4      A      No, because that's a rumor mill.  I can't

5  believe everything I hear.

6      Q      When homeless people approach your truck to

7  do a job, do you tell them how many jobs you have for

8  the day?

9      A      I don't even know how many jobs we're going

10  to do that day so I can't really tell them.

11      Q      What information would you tell someone who

12  approached your truck looking to do a job?

13      A      I need a certain amount of people and then I

14  count them as they climb on the truck, and I don't need

15  nobody else once I get to that number.

16      Q      So you just tell them how many people you

17  need for that day's job?

18      A      Yeah, how many people I'm taking with me,

19  yeah.  I count them as they climb on the truck.

20      Q      Do you tell them what company you work for?

21      A      A lot of them already know.  This ain't a

22  whole lot of new people.  A lot of people already know.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

32

1      Q      So you --

2      A      That's how you found out, right?

3      Q      You tend to work with the same people over

4   and over again?

5      A      What do you mean?  If they come up to SOME to

6   eat they're around that area.  You see the same faces

7   everyday.  Basically you see the same faces or they may

8   got some new faces.

9             What do you want me to tell you?

10     Q      How do they know who you work for, which

11  eviction company you work for?

12            MR. FOX:  Objection.  You're asking him how

13  he knows what somebody else knows?

14  BY MR. BERMAN:

15     Q      Have you ever identified yourself to them as

16  working for Butch Enterprises?

17     A      No, they already know.  A lot of people

18  already know who I am.

19     Q      If there's somebody that you've never seen

20  before, do you tell them that you work for Butch

21  Enterprises?

22     A      No, somebody else probably already told them.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

33

1       Q       Have you ever told anybody you work for a

2   different eviction company?

3       A       No, I ain't never work for no different

4   eviction company.

5       Q       Have you ever not told anybody which eviction

6   company you work for that's asked you?

7       A       Say that again.

8       Q       Has anybody ever asked you which eviction

9   company you are and you've told them --

10      A       No, nobody asked me that.

11      Q       Nobody has ever asked you which eviction

12  company you work for?

13      A       No.

14      Q       Do you tell people how much you're offering

15  for each eviction?

16      A       When I know they'll know.

17      Q       So when you go to pick people up, you don't

18  know how much you're going to pay them?

19      A       They already have a general idea how I go.  I

20  don't have to tell them how much they get.

21      Q       How much do they make?

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

34

1          MR. FOX:  Who?  When?  For how many hours?

2    What's this question?

3    BY MR. BERMAN:

4          Q     Is there a standard amount that you generally

5    pay for eviction work?

6          A     Daily?  I don't understand the question.

7          Q     Okay.  When you're hiring people to do

8    evictions work, do you make them an offer for how much

9    you're going to pay them for their eviction work?

10         A     I'm not hiring nobody.  I ain't no boss.

11         Q     But you're bringing people onto your truck;

12    is that correct?

13         A     And I just drive from A to B to C and back to

14    D.

15         Q     How do the people who are coming on your

16    truck if you -- you've told me that they know how much

17    they're going to make.

18               Do you know how much they make?

19         A     No, I can't -- I don't count other people's

20    money.  I just count mine.

21         Q     How much do you make for evictions work?

22         A     I don't think I should tell you that because

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

35

1    I don't have nothing to do with this.

2        Q      Are you paid by the hour?

3        A      I just answered that question.

4               MR. FOX:  I'll state an objection to how he's

5    paid.  I think this gentleman is right.  The relevancy

6    to how much your clients are paid seems minimal, if at

7    all.

8    BY MR. BERMAN:

9        Q      Again, you can answer the question.

10               Are you paid by the hour?

11        A      I just answered your question.  I don't think

12    you should -- that I have to tell you what I make

13    because I don't want everybody to know what I make.  You

14    might tell the next people that come here how much I

15    make.

16        Q      And I apologize, sir, but again you're under

17    oath and you're being compelled by law to tell the truth

18    and to answer these questions.

19               MR. FOX:  Wait a minute.

20        A      I ain't got to tell you how much I make.

21               MR. FOX:  Wait a minute.  Wait a minute.

22    Objection.  You're under oath to tell the truth but the

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

36

1    gentleman is lying to you when he says that he can ask

2    what he wants and you're compelled to answer.

3              MR. BERMAN:  Okay, Mr. Fox.

4              MR. FOX:  You're not compelled to answer

5    anything --

6              MR. BERMAN:  Mr. Fox, are you instructing him

7    not to answer these questions?

8              MR. FOX:  Excuse me, I'm speaking.

9              MR. BERMAN:  Are you instructing him not to

10   answer the question?

11             MR. FOX:  Sir, I'm going to finish regardless

12   of what you do so be quiet and let me finish.

13             MR. BERMAN:  No.  Are you instructing him not

14   to answer the --

15             MR. FOX:  No.

16             MR. BERMAN:  Good.  Then let him answer the

17   question.

18             MR. FOX:  No, sir, that was not the point I

19   was answering.  I'm going to finish and you're going to

20   be quiet while I finish.

21             MR. BERMAN:  No, Mr. Fox.

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

37

1          MR. FOX:  Can you do that, Mr. Berman?

2          MR. BERMAN:  You're not going to tell me to

3    be quiet.

4          MR. FOX:  I am telling you to be quiet.

5          MR. BERMAN:  Mr. Gaskins --

6          MR. FOX:  Just wait.  There are a lot of

7    questions that you're not compelled to answer,

8    Mr. Gaskins.  Whether Mr. Berman knows the rules or not,

9    I'm telling you the rules and there's lots of things

10   that go beyond the relevancy standard, what can lead to

11   relevant evidence and you don't have to tell him about

12   lots of things so when he says to you "you can answer"

13   or "you're under oath," that don't mean you have to

14   answer and this gentleman is not telling you the truth.

15         MR. BERMAN:  Mr. Fox, I let you have your

16   say.

17         MR. FOX:  Thank you.

18         MR. BERMAN:  You're welcome.

19   BY MR. BERMAN:

20    Q    Mr. Gaskins, are you paid by the hour?

21         MR. FOX:  Objection.

22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

38

1    BY MR. BERMAN:

2        Q    Please answer the questions, Mr. Gaskins?

3            MR. FOX:  How can that lead to anything

4    relevant, Counsel?  Objection.

5    BY MR. BERMAN:

6        Q    Mr. Gaskins, are you paid by the hour?

7        A    I think you're all asking the wrong person

8    all these questions.  Why you asking me?

9        Q    I'm just trying to find out the information.

10       A    I asked you the question who gave you my

11   name.  They know more than I know.

12       Q    Are you paid per eviction?

13           MR. FOX:  Objection.

14   BY MR. BERMAN:

15       Q    You told me that you used to work evictions.

16   You actually carried items out of apartments, correct?

17       A    Yeah.

18       Q    When you worked evictions, were you paid by

19   the hour?

20       A    I got paid at the end of the day.  I don't

21   know how they was paying.  I just got paid at the end of

22   the day like everybody else.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

39

1      Q     How much did you make when you worked

2   evictions?

3           MR. FOX:  Objection, irrelevant, can't lead

4   to relevant information.  What he did years ago is

5   totally irrelevant.

6   BY MR. BERMAN:

7      Q     You worked evictions a year and a half ago;

8   is that correct?

9      A     May have been somewhere around there.

10     Q     A year and a half ago when you worked an

11  eviction, how much did you make per eviction?

12          MR. FOX:  Objection.

13     A     I got paid at the end of the day.

14  BY MR. BERMAN:

15     Q     How much would you -- if you worked one

16  eviction, how much would you have been paid?

17          MR. FOX:  Objection.

18  BY MR. BERMAN:

19     Q     Mr. Gaskins, you worked one eviction.  How

20  much were you paid for working one eviction?

21          MR. FOX:  Objection.  His salary cannot lead

22  to relevant information about your clients, Counsel.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

40

1    BY MR. BERMAN:

2        Q    Mr. Gaskins, this is a case about everyone,

3    everyone who has worked an eviction.

4            MR. FOX:  No, it's not.  You don't have a

5    class certified --

6    BY MR. BERMAN:

7        Q    This is a class action case for everyone who

8    has worked an eviction.

9            MR. FOX:  Just a second.  He's not telling

10   you the truth again.  He doesn't have a class action --

11           MR. BERMAN:  Mr. Fox, I'm asking questions

12   and I would like it if you let me ask this person some

13   questions.  You're interrupting my deposition

14   constantly --

15           MR. FOX:  Not if you lie to him, Counsel.

16           MR. BERMAN:  -- with ridiculous objections.

17           MR. FOX:  You may consider them ridiculous

18   but in my own meager way I'm going to --

19   BY MR. BERMAN:

20       Q    Mr. Gaskins --

21           MR. FOX:  Just a minute, Mr. Gaskins.

22           In my own meager way I'm going to state my

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

41

1    objections no matter what you say.

2              MR. BERMAN:  And you can and then he's

3    permitted to answer the question.

4              MR. FOX:  He's permitted doesn't mean he has

5    to and the fact that he's under oath doesn't mean he has

6    to, Counsel.

7    BY MR. BERMAN:

8        Q    Mr. Gaskins, when you worked evictions how

9    much were you paid per eviction?

10             MR. FOX:  Objection, can't lead to relevant

11   information.

12   BY MR. BERMAN:

13       Q    Mr. Gaskins, you are under oath.

14       A    I plead the 5th then because I don't

15   understand the question.  I don't understand none of

16   this.  It ain't none of my business.  I don't care what

17   goes on.  Why am I here?  That's how I feel.  Man, I

18   don't bother nobody.  I didn't come up to you all about

19   nothing, Man.  Why you all just pick me out of all the

20   millions of people out here in the world you pick me to

21   bring me in this room?

22       Q    Mr. Gaskins, we want honestly nothing but the

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

42

1    best for you.

2        A    I don't know nothing, Man.  I don't know

3    nothing.

4        Q    When you were working evictions were you paid

5    for those evictions?

6        MR. FOX:  Objection, can't lead to relevant

7    information about these evictions.

8    BY MR. BERMAN:

9        Q    Mr. Gaskins --

10       MR. FOX:  Mr. Berman.

11   BY MR. BERMAN:

12       Q    I'm going to keep asking this question until

13   you answer it, Mr. Gaskins.

14       MR. FOX:  Well, you get to ask a question

15   once, Counsel.

16       MR. BERMAN:  Until it's answered.

17   BY MR. BERMAN:

18       Q    Mr. Gaskins, when you worked evictions as a

19   worker, not as a driver, how much were you paid per

20   eviction?

21       MR. FOX:  Objection.  What he did as a worker

22   working for other companies is not relevant to these

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

43

```
1   proceedings in any way, shape or form.

2   BY MR. BERMAN:

3       Q     Please answer the question, Mr. Gaskins.

4   Your attorney is not instructing you not to answer the

5   question.  He's already made that clear so please answer

6   the question.

7       A     (No oral response.)

8       Q     Mr. Gaskins, are you aware of how much people

9   who work evictions are paid for their evictions?

10            MR. FOX:  In what city?  In what year?  In

11  what time?  Ask a proper question.

12  BY MR. BERMAN:

13      Q     Mr. Gaskins, did you understand the question?

14      A     I told you I don't know nothing, Man.  I

15  don't know nothing, Man.  I don't know nothing.  I don't

16  even know why I'm here.  Why you have somebody give me a

17  piece of paper to tell me to be here?  I don't know

18  nothing, Man.  I can't help you.  I don't even want to

19  be in none of this, Man.

20      Q     At the end of a day when you've worked --

21      A     What happened to the other 25 years before

22  this?  Where was you all at to ask me all these
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

44

1    questions on how I'm living then?  Man, I don't need to

2    be a part.  I just want to live my life, leave you all

3    alone like I've been doing.  I appreciate you all

4    leaving me alone.  I don't know nothing, Man.

5         Q    Mr. Gaskins, you drive for Butch Enterprises

6    now, correct?

7         A    You already asked that question.

8         Q    So you are aware of the events that occur

9    around your driving for Butch Enterprises; is that

10   correct?

11             MR. FOX:  Objection.

12   BY MR. BERMAN:

13        Q    You've told me that you receive information

14   from Butch about where to go.  You told me that you know

15   how many people you're supposed to bring to an eviction.

16             At the end of a day after a day in which

17   you've worked evictions, how are your employees paid?

18             MR. FOX:  Objection to the word "employees,"

19   calls for a legal conclusion.

20   BY MR. BERMAN:

21        Q    Mr. Gaskins, at the end of a day how are the

22   employees who have worked the eviction paid?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

45

1          MR. FOX:  Objection to the word "employees,"

2     calls for a legal conclusion.

3     BY MR. BERMAN:

4          Q     Again, you can answer the question.

5          MR. FOX:  Again, he can if he knows the

6     answer.

7          MR. BERMAN:  Are you instructing him not to

8     answer the question?

9          MR. FOX:  No, I'm just trying to get you to

10    ask a proper question.

11         MR. BERMAN:  Well, then please stop

12    interrupting and allow him to answer a question.

13    BY MR. BERMAN:

14         Q     Mr. Gaskins, at the end of a day how are the

15    individuals who have worked the eviction paid?

16         A     What do you mean how are they paid?

17         Q     Do you pay them yourself?

18         A     I don't pay them.

19         Q     You don't pay them?

20         A     No.

21         Q     Who pays them?

22         A     I would imagine that it come from Butch.