### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,           )<br>                                                          )<br>                    *Plaintiffs*,            )<br>          v.                                        )<br>                                                          )<br>East Coast Express Eviction, et al.,    )<br>                                                          )<br>                    *Defendants*.         )<br>                                                          ) | Civil Action No. 06-cv-1561 (RJL/JFM) |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Order Limiting Conduct at Deposition and Memorandum of Law in support thereof, and any opposition and reply to opposition thereto, the Court finds that actions by counsel to Defendants Butch Enterprises, Inc. and Irwin Staten in this litigation warrant entry of the following order.

It is hereby ORDERED that:

1. Counsel attending depositions in this litigation shall not represent to any deponent that the deponent is not compelled to answer questions at deposition for any reason other than those provided in Federal Rule of Civil Procedure 30(d)(1). Without limiting the foregoing, counsel shall not represent or suggest to any deponent that an objection based on relevance is a proper reason to withhold an answer.

2. Objections regarding relevancy of questions and testimony elicited at any deposition are preserved and can be presented to the Court at the time the testimony is presented as evidence to support a motion or for use at trial. Accordingly, counsel attending depositions in this litigation shall not raise objections as to relevancy during any deposition in this case.

    3.    Counsel attending depositions in this litigation shall not raise objections in an argumentative or suggestive manner.

SO ORDERED.

Dated:_____, 2007

                                                                         John M. Facciola  
                                                                         United States Magistrate Judge

**List of Persons to Be Notified (LCvR 7(k))**

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Gina Marie Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019