**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

Harry Jakeyia Ashford, et al.,        )

                                   )     Civil Action No. 06-cv-1561 (RJL/JFM)

               *Plaintiffs*,    )

     v.                       )

                                 )

East Coast Express Eviction, et al.,   )

                                 )

              *Defendants*.    )

---

## THIRD MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT BUTCH ENTERPRISES, INC.

Plaintiffs (other than Mr. Ashford) move to compel discovery responses from defendant Butch Enterprises, Inc. ("Butch Enterprises"). In support of this motion, plaintiffs submit a Memorandum of Law, with exhibits, establishing the motion's factual and legal basis. Plaintiffs respectfully request that the Court compel defendant Butch Enterprises to serve a written response and produce all non-privileged documents and permit the inspection of things responsive to Plaintiffs' Third Request for the Production of Documents and Tangible Things, in accordance with the Federal Rules of Civil

Procedure and within three days of the entry of an order on this motion.


Dated:  October 1, 2007                                  Respectfully submitted,

                                                         /s/ Lee F. Berger
                                                         Lee F. Berger (D.C. Bar # 482435)
                                                         Matthew D. Slater (D.C. Bar # 386986)
                                                         Larry C. Dembowski (D.C. Bar # 486331)
                                                         Cleary Gottlieb Steen & Hamilton LLP
                                                         2000 Pennsylvania Avenue, N.W.
                                                         Washington, DC 20006
                                                         Telephone:  (202) 974-1500
                                                         Facsimile:  (202) 974-1999
                                                         *Attorneys for Plaintiffs Donald
                                                         Brooks, Alvin Eugene Dozier, Sandy
                                                         Theodore Green, Hassan Gerald
                                                         Shakur, Kirk Douglas Greene, and
                                                         Anthony Forte*


## CERTIFICATION UNDER FED. R. CIV. P. 37

        I, Lee F. Berger, attorney for plaintiffs, hereby certify that plaintiffs' counsel has
in good faith met and conferred with David Fox, counsel for Butch Enterprises, Inc.,
regarding the discovery disputes detailed above.  I met with Mr. Fox on August 15 to
discuss the disputes.  At that meeting, Mr. Fox opposed the discovery sought by this
motion.  He stated that Butch Enterprises would not provide a written response to
plaintiffs' discovery request and explicitly invited plaintiffs to file this motion.

Dated:  October 1, 2007                                  /s/ Lee F. Berger
                                                         Lee F. Berger

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

Harry Jakeyia Ashford, et al.,      )
                                    )     Civil Action No. 06-cv-1561 (RJL/JFM)
              *Plaintiffs*,     )
      v.                        )
                                      )
East Coast Express Eviction, et al.,   )
                                      )
            *Defendants*.    )

---

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR**
**THIRD MOTION TO COMPEL DISCOVERY RESPONSE FROM DEFENDANT**
**BUTCH ENTERPRISES, INC.**

Plaintiffs (other than Mr. Ashford) submit this memorandum in support of their

motion under Federal Rule of Civil Procedure 37 to compel defendant Butch Enterprises,

Inc. ("Butch Enterprises") to respond to Plaintiffs' Third Request for the Production of

Documents and the Inspection of Tangible Things from Defendant Butch Enterprises,

Inc. ("Third Request"), which relates primarily to documents identified or regarding

events described during the deposition of Derek Gaskins, Butch Enterprises' driver and

evictions supervisor.

This is not a controversy over the scope of plaintiffs' requests – Butch Enterprises

has not objected to them in any way, and Butch Enterprises' lawyer has told plaintiffs'

counsel that he does not intend to do so.  Once more, this defendant refuses to comply

with its basic discovery obligations.  *See* Motion to Compel Discovery Responses from

Defendants Butch Enterprises, Inc. and Irwin Staten (Docket Item no. 94, filed May 25,

2007); Second Motion to Compel Discovery Responses from Defendants Butch

Enterprises, Inc. and Irwin Staten (Docket Item no. 104, filed July 17, 2007).  With no

other choice, plaintiffs request an order compelling Butch Enterprises to provide a complete and proper response (including the production of all non-privileged responsive documents and the required written and signed responses) to the Third Request, within three days of the Court's entry of an order.

## PROCEDURAL BACKGROUND

On June 28, 2007, plaintiffs served Butch Enterprises with the Third Request. *See* Ex. A, Third Request; Ex. B, Certificate of Service for the Third Request (June 28, 2007). Butch Enterprises' response to the Third Request was due July 30. *See* Fed. R. Civ. P. 34(b). To date, Butch Enterprises has not served plaintiffs with any responses. *See* Ex. C, Affidavit of Lee F. Berger ("Berger Aff.") ¶ 2. Discovery in this case will close on October 16, 2007. *See* Transcript of Status Conference (Aug. 17, 2007).

On July 5, plaintiffs' counsel met and conferred with counsel for Butch Enterprises and Irwin Staten (together, "the Butch Defendants") to resolve their failure to respond to previous discovery requests. At that meet and confer, Butch Enterprises' counsel said he had received the Third Request and would examine it. *Id.* ¶ 3. After the response deadline for the Third Request passed, plaintiffs' counsel sent an email and then a letter requesting another meet and confer. *Id.* ¶ 4. Butch Enterprises' counsel did not reply until August 15, and he and plaintiffs' counsel agreed to meet that day. *Id.* At that meeting, Butch Enterprises' counsel stated said that Butch Enterprises would not provide a written response to the Third Request and invited plaintiffs to bring the present motion. *Id.* ¶ 5. Butch Enterprises has not changed course since.

## **ARGUMENT**

Through the Third Request, plaintiffs seek documents identified by or regarding

events described by Derek Gaskins, a driver and evictions supervisor for Butch

Enterprises, at deposition.  Plaintiffs also seek information calculated to lead to such

documents.  *See* Third Request, Document Requests Nos. 1-4, 6.  Mr. Gaskins testified

that he regularly completes wage records and eviction work orders.  *See* Ex. D,

Deposition of Derek Gaskins (June 26, 2007) ("Gaskins Dep.") at 58-59, 94.  He also

testified that he routinely transmits records of evictions he oversees to Butch Enterprises.

Gaskins Dep. at 94-95.  Plaintiffs seek and are entitled to those records, which lie at the

heart of this case.  *See* Third Request, Document Request Nos. 1-3.  Plaintiffs also seek

the physical inspection of specific vehicles, which Mr. Gaskins testified contain wage

records and eviction work orders that he completed.  *See* Third Request, Document

Request No. 4, Request for the Production of Tangible Things No. 1; Gaskins Dep. at 57-

58, 86, 91-94.  These records contain information that is relevant to plaintiffs' claims that

Butch Enterprises violated minimum wage laws.  *See* Gaskins Dep. at 58-60.

To the extent such documents and things are in Butch Enterprises' possession,

custody, or control,[1] its failure to produce them violates Rules 33 and 34.  *See McDowell*

*v. Gov't of Dist. of Columbia*, 233 F.R.D. 192, 198, 203–04 (D.D.C. 2006) (sanctioning

the District of Columbia for, among other violations, providing incomplete discovery

responses that did not cover the entire time period requested and excluded certain

relevant types of information).  To the extent that Butch Enterprises does not have

---

[1]     Because the Butch Defendants did not object to the Third Request, they must produce all
documents responsive to each request in their possession, custody, or control.  *Fonville v. Dist. of
Columbia,* 230 F.R.D. 38, 42, 46 (D.D.C. 2005).

3

possession, custody, or control of the requested documents or things, it need only truthfully certify that fact in writing, as required by the Federal Rules. Fed. R. Civ. P. 33(b), 34(b). To date, Butch Enterprises has provided no such written response to the Third Request, and it seems unlikely that it will do so, since such a statement would be tantamount to an admission of a serious case of spoliation of evidence. But, even if Butch Enterprises offers an unsupported blanket assertion that it has no responsive documents (an assertion which plaintiffs would vigorously protest), Butch Enterprises could still produce its vans for inspection. *See* Third Request, Request for the Production of Tangible Things No. 1. Plaintiffs know of at least three vans owned and operated by Butch Enterprises. See Ex. E, Response to Interrogatory No. 7 from Butch Enterprises (May 1, 2007).

Butch Enterprises is again attempting to flout the most basic of its discovery obligations. The Court should not condone such intransigence.

## <u>CONCLUSION</u>

For the foregoing reasons, plaintiffs respectfully request that the Court compel Butch Enterprises to respond completely to the Third Request within three days of the

entry of the Court's order, including the production of all non-privileged responsive documents and things.

Dated:  October 1, 2007                    Respectfully submitted,


                                           /s/ Lee F. Berger
                                           Lee F. Berger (D.C. Bar # 482435)
                                           Matthew D. Slater (D.C. Bar # 386986)
                                           Larry C. Dembowski (D.C. Bar # 486331)
                                           Cleary Gottlieb Steen & Hamilton LLP
                                           2000 Pennsylvania Avenue, N.W.
                                           Washington, D.C.  20006-1801
                                           Telephone:  (202) 974-1500
                                           Facsimile:  (202) 974-1999
                                           *Attorneys for Plaintiffs Donald Brooks, Alvin
                                           Eugene Dozier, Sandy Theodore Green, Hassan
                                           Gerald Shakur, Kirk Douglas Greene, and Anthony
                                           Forte*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen &

Hamilton LLP, hereby certify that:

On October 1, 2007, a copy of the foregoing Third Motion to Compel Discovery

Responses from Defendant Butch Enterprises, Inc. and accompanying documents were

served by electronic transmission through the Court's CM/ECF System on the following

parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya
>Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Lloyd J. Eisenberg
>Lloyd J. Eisenberg & Associates, P.A.
>10632 Little Patuxent Parkway
>Suite 430
>Columbia, MD 21044
>Attorney for Big Time Movers
>
>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American
>Eviction Company

East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019


Dated:  October 1, 2007                    /s/ Emily C. Capehart
                                           Emily C. Capehart