# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' THIRD REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THE INSPECTION OF TANGIBLE THINGS FROM DEFENDANT BUTCH ENTERPRISES, INC.**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiffs request that defendant Butch Enterprises, Inc. produce the following documents and tangible things for inspection and copying at the offices of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006 or at such other location as may be agreed upon by counsel within 30 days of the service of these requests.

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs hereby incorporate by reference all definitions and instructions in Plaintiffs' First Request for the Production of Documents from Defendant Butch Enterprises, Inc., dated March 13, 2007. Additionally, the following instructions apply:

1. Produce all tangible things for inspection in the manner in which it is kept in the ordinary course of business.

2. These requests relate to all documents and tangible things that are in your possession, custody, or control.

3. Produce the original of each tangible thing described below.

### DOCUMENT REQUESTS

1. Documents sufficient to show each facsimile number, telephone number, or address to which Derek Gaskins and each other driver in your service is or has been instructed to send or use to send documents regarding payroll, Wages, Evictions and/or Eviction Sites.

2. Documents sufficient to show each telephone number, address or facsimile number used by Derek Gaskins or any other driver in your service to collect the work order or instructions on the location, time, and other details of Evictions to be performed by you on a specific day.

3. Documents sufficient to identify each person who is billed by any telecommunications or telephone company for providing each telephone number or facsimile shown in any document produced in responses to requests 1-2, above.

4. Any documents relating to instructions to Derek Gaskins and any other driver in your service in connection with the payment of Wages to any person, including Eviction Workers.

5. All documents contained in vehicles with Virginia license numbers JUH 9091, JDU 9494, JPV 4917, and TW 18075.

2

6. All documents or payroll records showing payments made to Derek Gaskins for all work or services performed on your behalf either as a driver or in any other capacity.

**REQUEST FOR THE PRODUCTION OF TANGIBLE THINGS FOR INSPECTION**

1. Produce for inspection vehicles with Virginia license numbers JUH 9091, JDU 9494, JPV 4917 and TW 18075, including all documents contained inside those vehicles and any text that states any telephone number, facsimile number, or address to which drivers send any document.

Dated: June 28, 2007

_____
Lee F. Berger (D.C. Bar # 482435)
Larry C. Dembowski (D.C. Bar # 486331)
Matthew D. Slater (D.C. Bar # 386986)
Matthew J. Berman (D.C. Bar # 489242)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs*