# EXHIBIT B

## CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 28, 2007, a copy of the foregoing Plaintiffs' Third Request for the Production of Documents and the Inspection of Tangible Things From Defendant Butch Enterprises, Inc. was served by U.S. mail, first-class postage prepaid, on the following parties:

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
Attorney for Butch Enterprises, Inc. and I. Staten

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, MD 21044
Attorney for Big Time Movers

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
Attorney for A 1 Eviction Services and Tanya Smith

Melvin L. Otey
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Avenue, N.W., Suite 200
Washington, D.C. 20010
Attorney for All American Eviction Company, Caroline
Lanford, Nelson Terry, and East Coast Express Evictions

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated:  June 28, 2007

Emily C. Capehart