# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) of all others similarly situated, ) | Hon. Richard J. Leon |
| *Plaintiffs*, ) v. ) | |
| East Coast Express Eviction, et al., ) | |
| *Defendants*. ) | |

**AFFIDAVIT OF LEE F. BERGER**

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs (other than Mr. Ashford) in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. As of the date of this affidavit, plaintiffs have never received a response from defendant Butch Enterprises, Inc. ("Butch Enterprises") to Plaintiffs' Third Request for the Production of Documents and the Inspection of Tangible Things from Butch Enterprises, Inc. ("the Third Request"), served June 28, 2007.

3. On July 5, Anne Newton McFadden and I met and conferred with David Fox, counsel for Butch Enterprises, regarding other outstanding discovery requests. During that meeting, Mr. Fox confirmed that he had received the Third Request, and said he would examine it.

4. After the response deadline for the Third Request passed, I sent Mr. Fox an email on August 3 and a letter on August 10, copies of which are attached to this affidavit as

Exhibit 1 and Exhibit 2, respectively, both requesting a meeting to confer about Butch Enterprises' response to the Third Request. Mr. Fox did not reply until August 15, when he and I arranged a meeting on that day.

5. At the meeting on August 15, which plaintiffs' attorney Aaron Marr Page also attended, Mr. Fox stated that Butch Enterprises would not provide a written response to the Third Request. I stated that the plaintiffs would be forced to file a motion to compel a response. Mr. Fox replied by suggesting that plaintiffs should file such a motion and do so "tomorrow."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/1/07

_____
Lee F. Berger (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs Donald Brooks, Alvin Eugene Dozier, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
this 1st day of October, 2007
_____
Geraldine C. Ellenberger, Notary Public, D.C.
My commission expires February 28, 2008

# EXHIBIT 1



**Lee F Berger /DC/Cgsh**
03 August 2007  07:49 PM

To davidefox@gmail.com, DFox159937@aol.com, rlhuber@rcn.com
cc Larry C Dembowski/DC/Cgsh@CGSH, Matthew J Berman/DC/Cgsh@CGSH, Donald Burke/DC/Cgsh@CGSH, Michael R Hartman/DC/Cgsh@CGSH, Anne Newton
bcc
Subject Ashford v. East Coast: Meet and Confer Request in anticipation of the August 17 Scheduling Hearing

Dear Mr. Fox and Mr. Huber:

Plaintiffs (except for Jake Ashford) request a meet and confer with you next week to discuss a proposed schedule order to be presented to the Court in anticipation of the scheduling hearing on August 17. A copy of that proposed order is attached.

At that time, we would also like to meet and confer regarding Butch Enterprises' response to Plaintiffs' Third Request for the Production of Documents and Tangible Things From Defendant Butch Enterprises, which we also discussed at out last meet and confer.

We proposed meeting at our office on Thursday, August 9 at 11 am.  Would you be available at that time?  If not, please propose another time.

Best regards,

Lee F. Berger


369019_2(Proposed Trial Scheduling Order - Exhibit A).DOC
----------------------------------------------------------

Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
phone: 202-974-1646
fax: 202-974-1999
http://www.clearygottlieb.com

# EXHIBIT 2

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500
FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
  RESIDENT PARTNERS
J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DeC. HINDS
  SENIOR COUNSEL
W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
  COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR.
  SENIOR ATTORNEYS
MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M. CARROLL
JACOB M. CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
PAUL R. ST LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

August 10, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

Re: Meet and Confer

Dear Mr. Fox and Mr. Huber:

As I emailed you on August 3, plaintiffs (except for Jake Ashford) request a meet and confer with you to discuss a proposed scheduling order to be presented to the Court in anticipation of the scheduling hearing on August 17. A copy of that proposed order is enclosed.

At that time, we would also like to meet and confer regarding Butch Enterprises' response to Plaintiffs' Third Request for the Production of Documents and Tangible Things From Defendant Butch Enterprises, which we also discussed at out last meet and confer.

David E. Fox
August 10, 2007
Page 2

       As you have not responded to my email from last week, we now have little time left to meet and confer on this matter. We proposed meeting at our office on Monday, August 13 at 10 am. Would you be available at that time? If not, please propose another time on Monday. Alternatively, we are agreeable for a telephonic meet and confer.

                                               Best regards,

                                               Lee F. Berger

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>                *Plaintiffs*, )<br>v.                         )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>               *Defendants*. ) | Civil Action No. 06-cv-1561 (RJL)<br><br>Hon. Richard J. Leon |

## JOINT MOTION FOR AGREED SCHEDULING ORDER

Having conferred on the schedule for pre-trial proceedings, the parties hereby present their proposed schedule in the attached proposed Scheduling Order, which the parties respectfully request the Court to enter. Pursuant to 28 U.S.C.A. § 753(b)(2)-(3), the parties request that the hearing scheduled for August 17, 2007 and all future hearings be made in open court and on the record.

Dated: August [ ], 2007                                     Respectfully submitted,

| DRAFT | DRAFT |
|---|---|
| Larry C. Dembowski (D.C. Bar # 486331)<br>Matthew D. Slater (D.C. Bar # 386986)<br>Lee F. Berger (D.C. Bar # 482435)<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1801<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>*Attorneys for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, Alvin Dozier and Donald Brooks* | David E. Fox (D.C. Bar # 165258)<br>1325 Eighteenth Street, NW, Suite 103<br>Washington, D.C. 20036<br>Telephone: (202) 955-5300<br>Facsimile: (202) 872-0200<br><br>*Attorney for Defendant Butch Enterprises, Inc.* |

| DRAFT | DRAFT |
|---|---|
| Harry Jakeyia Ashford | Gina Smith (D.C. Bar # 449353) |
| | 6801 Kenilworth Avenue, Suite 400 |
| | Riverdale Park, MD 20737-1385 |
| | Tel: (301) 699-5800 |
| | Fax: (301) 779-5746 |

*Attorney for Defendants A 1 Eviction Services and Tanya Smith*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., <br><br> individually and on behalf <br> of all others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> East Coast Express Eviction, et al., <br><br> *Defendants*. | Civil Action No. 06-cv-1561 (RJL) <br><br> Hon. Richard J. Leon |

### [PROPOSED] SCHEDULING ORDER

Having considered the Joint Motion for Entry of Scheduling Order submitted by plaintiffs and Defendants and for good cause shown, the Court finds that the plaintiffs' scheduling proposal should be entered. It is, therefore, ORDERED that:

1. Plaintiffs shall file their Second Amended Complaint on or before August 20, 2007.

2. Plaintiffs shall file their Motion for Class Certification on or before August 29, 2007

3. Plaintiffs and Caroline Lanford shall file their Motion for Preliminary Approval of Settlement on or before August 29, 2007.

4. Defendants shall file their Opposition to Motion for Class Certification, if any, on or before September 19, 2007.

5. If Defendants do not file an Opposition to the Motion for Class Certification, the Court shall hold a Hearing on the Motion for Class Certification and the Motion

for Preliminary Approval of Settlement in middle to late September 2007, as provided by the Court's schedule.

6. If Defendants file an Opposition to the Motion for Class Certification, Plaintiffs shall file their Reply to such Opposition to the Motion for Class Certification on or before October 3, 2007.

7. If Defendants file an Opposition to the Motion for Class Certification, the Court shall hold a Hearing on the Motion for Class Certification and the Motion for Preliminary Approval of Settlement in early October 2007, as provided by the Court's schedule.

8. If the Court grants Plaintiffs Motion for Class Certification, Plaintiffs shall file their Motion for Final Injunction Against Defaulting Defendants within 20 days after the entry of an order certifying a class.

SO ORDERED.

Dated: _____                           _____
                                                    Richard J. Leon,
                                                    United States District Judge

**List of Persons to Be Notified (LCvR 7(k))**

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: Mslater@cgsh.com
Email: Lberger@cgsh.com
Email: Ldembowski@cgsh.com

Lloyd J. Eisenberg
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Patuxent Parkway
Suite 430
Columbia, Maryland 21044

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email: dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019