# EXHIBIT D

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF COLUMBIA


HARRY JAKEYIA ASHFORD,        *

et al.,                       *

              Plaintiffs,     *  Civil Action

         vs.                  *  No. 06cv1561

EAST COAST EXPRESS            *

EVICTION, et al.,             *

              Defendants.     *




                   Deposition of DEREK GASKINS

                        Washington, D.C.

                    Tuesday, June 26, 2007

                           10:28 a.m.




Job No.: 1-106501

Pages 1 - 167

Reported by:  Vicki L. Forman
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

57

1          MR. BERMAN:  Yes, many actually.  Thank you.
2          I'd like to enter into evidence here -- I'll
3  call this Gaskins Exhibit 1.
4          MR. FOX:  You're not entering anything into
5  evidence.
6          MR. BERMAN:  Thank you, Mr. Fox.  This is
7  Gaskins Exhibit Number 1.  I'm marking it as such.
8          (Gaskins Deposition Exhibit Number 1 was
9  marked for identification and attached to the
10 transcript.)
11 BY MR. BERMAN:
12     Q    This is for you, Mr. Gaskins.
13     A    If you got all that, why are you asking me
14 then?
15     Q    Do you recognize these forms, Mr. Gaskins?
16     A    Yeah.
17     Q    Across the top it says Payroll; is that
18 correct?
19         MR. FOX:  Objection.  The document reads for
20 itself.
21 BY MR. BERMAN:
22     Q    Mr. Gaskins, do you see that it says Payroll

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

58

1  up top?
2      A    Yeah, I see that.
3      Q    And at the very upper left-hand corner you
4  see it says Gaskins?
5      A    Yeah.
6      Q    Did you write this?  Is this your
7  handwriting?
8      A    Could be.
9      Q    You're not sure?
10     A    That's two different handwriting.  It could
11 be mine.  It could be somebody else's.
12     Q    Does it look like it could be Butch's
13 handwriting?
14     A    I don't know.
15     Q    Do you see where it says $20 Each Man?
16     A    Yeah.
17     Q    It's on page one.
18          First off, what is this form?  What are all
19 these names on here?  Can you please describe what this
20 form is used for?
21     A    They're the names that people give me.
22     Q    Do people fill this out when they get on your

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

59

1  truck?
2      A   They're the names they give me.
3      Q   Do they write their own names down or do you
4  write their names down for them?
5      A   Sometimes they write them down.  Sometimes I
6  write them down.
7      Q   Whenever you pick people up, do you always
8  give them a form like this?
9      A   That's for one -- that right there is the
10 only form for them to sign of whoever I'm taking that
11 day.
12     Q   But every time that you work an eviction, do
13 you fill out a form like this?
14     A   What do you mean every time?
15     Q   I mean is it standard for you to have a form
16 like this for everyday that you go out to work an
17 eviction?
18     A   Yeah, I do.  Yeah, I fill it out for that one
19 day, yeah, not no two -- just one sheet.
20     Q   Just one sheet?
21     A   Yeah.
22     Q   If you can turn to page two, please.  This is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

60

1   another form.
2           Again, you would have people fill out this
3   form everyday that you work an eviction; is that
4   correct?
5       A   Yeah.
6       Q   This sheet says $30 Each Man. Do you write
7   down the amount that each man is paid there?
8       A   Yeah, I write that.
9       Q   So you recognize that $30 Each Man?
10      A   Yeah. That look like me, yeah.
11      Q   Do you write that down at the start of the
12  day?
13      A   No, I write that down in the evening.
14      Q   You write that down at the end of the day?
15      A   Yeah.
16      Q   Do you write that down after you've paid
17  everyone for eviction work?
18      A   That's the end of the day.
19      Q   At the end of the day do you write this down
20  after you've dropped people back off from where you've
21  picked them up, or do you write this down as you're
22  paying them?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

86

1  of the day?
2      A     No. I don't see him everyday. How am I
3  going to give it to him?
4      Q     Do you keep these forms after a day?
5      A     They're stashed around somewhere in the truck
6  if they don't throw them away.
7      Q     Do you keep them in the truck usually?
8      A     Yeah. Sometimes they get throwed away when
9  they clean the truck out.
10     Q     Do you ever throw them away?
11     A     No, I don't throw them out. I don't even
12 clean the truck out.
13     Q     Did Butch ask you to keep these forms?
14     A     For you?
15     Q     No, just generally.
16     A     They was in the truck I imagine.
17     Q     I mean were you ever asked by Butch to hold
18 on to forms and put them anywhere?
19     A     He asked me for them and he asked me did I
20 have any in the truck and I looked in the truck and I
21 gave him all the stack that was there. I'd say if
22 anything missing he threw it away.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

91

1  A    Yeah.

2  Q    The rest of the van has no seats?

3  A    This is crazy, Man. If there ain't but two
4  seats in the van you do the math, Man. Why you asking
5  me? You went to law school and all that. You should
6  know.

7       MR. BERMAN: I'd like to mark this as Gaskins
8  Exhibit 2.

9       (Gaskins Deposition Exhibit Number 2 was
10 marked for identification and attached to the
11 transcript.)

12 BY MR. BERMAN:

13  Q    Have you seen documents like this before,
14 Mr. Gaskins?

15  A    Yeah.

16  Q    When have you seen documents like this
17 before?

18  A    I see 9/27/06 so it had to be that day.

19  Q    Do you fill out documents like this?

20  A    Yeah.

21  Q    When you receive a -- this document says
22 Workorder Request.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

92

1      When you receive a request to do work, do you
2 fill out a document like this for each job that you
3 perform?
4      A    I just said yeah, Man.
5      Q    If you can turn with me to page three,
6 please.  If you notice on page three there's a line that
7 says Supervisor:  Gaskins, eviction date of 9/27/06,
8 September 27, 2006.
9           Do you recall working an eviction on
10 September 27, 2006?
11     A    That's September, Man.  This is June.  I
12 don't know -- I don't know what I did yesterday for
13 real.  Come on, Man.
14     Q    Does this look like your handwriting on this
15 form?
16     A    Yeah, my name right there so I had to fill it
17 out.
18     Q    Do you fill out one of these forms at the
19 start of every job that you work and at the end of every
20 job that you work?
21     A    Yeah.
22     Q    See there's a line that says Time Crew

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

93

```
 1   Arrived:  1:03, Time Marshal Arrived:  1:03?
 2            Do you write that down simultaneously with
 3   when you get there?
 4       A    Yeah.  Really that's an estimate.
 5       Q    It says Time Started:  1:05.
 6            Would you have written that down at the same
 7   time that it actually started?
 8       A    Sometimes I might be doing something else and
 9   I might take a wild guess at about what time it was.
10   You never know.  It varies on what I'm doing at that
11   time.
12       Q    It says Time Stopped:  2:00.
13            Would you always record what time it stopped
14   at?
15       A    Yeah, that's usually accurate.
16       Q    When you fill these forms out -- after you
17   filled them out, do you do anything with the form?
18       A    What do you mean do I do anything with them?
19       Q    Is there a specific place that you put it?
20       A    In the truck.
21       Q    Is there a --
22       A    There's probably a lot -- a truckload of
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

94

```
 1  them, all I didn't throwaway.  I told you that.
 2       Q     So you would fill one of these out for every
 3  eviction that you work?
 4       A     Yeah.
 5       Q     Did Butch give you this form to fill out?
 6       A     It came through the fax machine.
 7       Q     So Butch would fax you the form?
 8       A     I can't see you on the other side of the fax
 9  machine.
10       Q     Well, you would receive a form from the fax?
11       A     From the fax machine.
12       Q     Right.  And then you would fill the form out
13  with the information on the site?
14       A     Yeah.
15       Q     Do you fax these forms to anyone at the end
16  of a day?
17       A     I fax them to a phone number.
18       Q     You fax them to a phone number?
19       A     Yeah.
20       Q     Do you always fax forms like this to a phone
21  number?
22       A     If I have to.
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

95

```
 1      Q     Did Butch ever tell you that you should fax
 2   forms to this phone number?
 3      A     Did he ever tell me?
 4      Q     Do you fill the forms out and fax them
 5   because that's what Butch asked you to do?
 6      A     That's obvious.
 7      Q     Is that a yes?
 8      A     I guess it's Butch's phone number.  I don't
 9   know.  I don't know who on the other end of it.
10      Q     But how did you know where to fax these?
11      A     I got the phone -- they gave me the phone
12   number and fax it to that phone number.
13      Q     Who gave you the phone number?
14      A     Probably got it from Otto probably.
15      Q     You're not sure who gave you the phone
16   number?
17      A     No.
18      Q     What's the phone number that you fax this to?
19      A     That's in the truck.
20      Q     You don't know the phone number offhand?
21      A     How?  Not by heart, no.
22      Q     But it's written down in the truck?
```