# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD, et al.**

*Plaintiffs,*

v.

**EAST COAST EXPRESS EVICTION, et al.**

*Defendants.*

Case No. 1:06cv1581

Judge: Richard J. Leon

**DEFENDANT BUTCH ENTERPRISES, INC.'S ANSWERS
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

TO:   HARRY JAKEYIA ASHFORD, et al.

FROM:  BUTCH ENTERPRISES, INC.

Defendant expressly reserves its right to supplement, clarify, revise or correct any or all of the responses herein at any time. By making the following responses, the Defendant does not waive, and hereby expressly reserves its right to assert any and all objections as to the admissibility of such responses into evidence at the trial of this action. Defendant further states that the language employed may be that of its attorney.

**Interrogatory No. 1**

Identify all Persons employed or hired by you in the Relevant Time Period, including any whom you consider to be independent contractors, including the dates of their employment or hire, their job titles, and descriptions of their primary activities and Responsibilities.

**Interrogatory No. 6**

Describe the process through which you have found and hired Eviction Workers throughout the Relevant Period, including the addresses of places where Evictions Workers have been hired and identify who has been Responsible for hiring the Eviction Workers.

**Answer No. 6.**

We pull up to street area such as 1st and N, N.W. and pick up men who will work as independent contractors. We generally do not go to other places. Generally, Mr. Gaskins or Mr. Hines or I drive a vehicle but the word "hire" isn't really correct. We do an oral contract for piece work.

**Interrogatory No. 7**

List the makes, models, and license plate states and numbers of all motor vehicles that are or have been used by you, your employees, or any other Person or entity acting on your behalf either (a) to go to locations to find and hire Eviction Workers or (b) to transport prospective or already-hired Eviction Workers. For each vehicle, identify each specific Person known to have driven it.

**Answer No. 7.**

Objection as to the terminology.

1992 – Chevy work van – VA tag.

1997 – Dodge work van – VA. Tag

1995 – Ford work van – VA tag

Drivers are Mr. Gaskins, Mr. Hines and myself.

5