IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Dozier and Donald Brooks, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> East Coast Express Eviction, A 1 Eviction Services, Inc., All American Eviction Company, Butch Enterprises, Inc., Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Irwin Staten, Choya Lord Rodriguez and Vincent Crawford, <br><br> *Defendants*. | **Civil Action No. 06-cv-1561 (RJL/JMF)** <br><br> Hon. Richard J. Leon |

## MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Dozier, and Donald Brooks, (collectively, "Plaintiffs"), respectfully request that the Court grant leave to file an amended complaint (the "Second Amended Complaint"), a copy of which is attached to this motion as Exhibit A. In support of this request, Plaintiffs hereby state as follows:

1. Plaintiffs request leave to file the attached Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). *See* Fed. R. Civ. P. 15(a) ("leave [to amend] shall

be freely given when justice so requires"). Plaintiffs do not seek to add new parties or claims. Rather, Plaintiffs seek to amend the first amended complaint, filed on December 20, 2006, (Docket Item No. 54) to narrow the scope of the existing claims based on information gathered during discovery and to reflect changes in the federal minimum wage. The changes include the following:

a. Plaintiffs seek to amend the complaint to reflect the prior dismissal without prejudice of defendants Big Time Movers, Inc., A&A Cardinal Evictions, and Robert Ward from the present action, which the Court has already granted. (Minute Order dated May 31, 2007; Minute Order dated September 13, 2007.)

b. Plaintiffs seek to narrow the geographic scope of their claims to evictions that took place in the District of Columbia and Prince George's County, Maryland. Discovery conducted to date has disclosed that a substantial majority of the evictions in which Defendants illegally underpaid or failed to pay Plaintiffs took place in the District of Columbia and Prince George's County, Maryland.

c. Plaintiff Alvin Dozier wishes to withdraw from this action. By being removed from the Second Amended Complaint, Mr. Dozier is removed as a plaintiff and class representative in this action. However, plaintiffs note that this withdrawal does not impact Mr. Dozier's ability to be a part of or receive injunctive protection or damages through any class relief in this case.

d. Plaintiffs seek to amend the complaint to reflect recent changes to the federal minimum wage statute. From the start of the Class Period through July 23, 2007, the federal minimum wage was $5.15 per hour. Effective July 24, 2007, the federal minimum wage is $5.85 per hour. The second amended complaint adds

two new subclasses – the "Pre-July 2007 Federal Subclass" and the "Post-July 2007 Federal Subclass" – to reflect this change in federal law.

For the foregoing reasons, plaintiffs respectfully request that the Court grant leave to file the attached Second Amended Complaint.

Dated:  October 3, 2007 　　　　　　　　　　　Respectfully submitted,

/s/ Lee F. Berger

Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Aaron M. Page (D.C. Bar # 974936)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999

*Attorneys for Plaintiffs Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, Alvin Dozier, and Donald Brooks*

## **CERTIFICATION UNDER LCvR 7(m)**

I, Lee Berger, attorney for plaintiffs, hereby certify that plaintiffs' counsel has in good faith met and conferred or attempted to meet and confer with *pro se* plaintiff Henry Jakeyia Ashford and counsel for Butch Enterprises, Inc., Irwin Staten, A1 Eviction Services, Inc. ("A1"), and Tanya Smith regarding this motion.[1] On September 20, 2007, plaintiffs' counsel sent a letter to counsel for Butch Enterprises and Mr. Staten by facsimile and first class mail, requesting to meet and confer regarding this motion for leave, explaining the basis for the motion and including a copy of the Second Amended Complaint and a black-line version showing the changes since the First Amended Complaint. Counsel for Butch Enterprises and Mr. Staten never responded to plaintiffs' request to meet and confer.

On September 20, 2007, plaintiffs' counsel sent a letter to counsel for A1 and Ms. Smith by facsimile and first class mail, requesting to meet and confer regarding this motion for leave, explaining the basis for the motion and including a copy of the Second Amended Complaint and a black-line version showing the changes since the First Amended Complaint. Counsel for A1 and Ms. Smith met and conferred with plaintiffs' counsel by telephone on September 27, 2007, and subsequently via email regarding this motion. However, counsel for A1 and Ms. Smith never expressed a final opinion regarding whether A1 and Ms. Smith would consent to this motion.

On September 20, 2007**,** plaintiffs' counsel sent a letter to *pro se* plaintiff Mr. Ashford, requesting to meet and confer regarding this motion for leave, explaining the basis for the motion and including a copy of the Second Amended Complaint and a black-line version showing the

---

[1] All other remaining defendants – East Coast Evictions, All American Evictions, Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Nelson Terry, Choya Lord Rodriguez and Vincent Crawford – have defaulted. (*See* Minute Order dated Nov. 30, 2006 and Docket Items. Nos. 68, 81, 65, 78, 36, 79, 77, respectively.)

changes since the First Amended Complaint.  On September 26, 2007, plaintiffs' counsel discussed this motion for leave with Mr. Ashford, and Mr. Ashford consented to the motion.

                    /s/ Lee F. Berger
                    Lee F. Berger

Dated: October 3, 2007

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 3, 2007, a copy of the foregoing Motion for Leave to File a Second Amended Complaint and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company
>
>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated: October 3, 2007                     /s/ Allison E. Collins
                                                                       Allison E. Collins