IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green and Donald Brooks, <br><br>*individually and on behalf of all others similarly situated*, <br><br>*Plaintiffs*, <br>v. <br><br>East Coast Express Eviction, A 1 Eviction Services, Inc., All American Eviction Company, Butch Enterprises, Inc., Platinum Realtor Services, Inc., Crawford & Crawford, Caroline Lanford, Tanya Smith, Nelson Terry, Irwin Staten, Choya Lord Rodriguez and Vincent Crawford, <br><br>*Defendants*. | **Civil Action No. 06-cv-1561 (RJL/JMF)** <br><br>Hon. Richard J. Leon |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs' Motion for Leave to File an Amended Complaint is granted.

SO ORDERED.

Dated: _____                              _____
                                                                    Richard J. Leon, Judge

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Melvin L. Otey
Law Offices of Melvin L. Otey PLLC
3609 Georgia Avenue, N.W.
Suite 200
Washington, D.C. 20010

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Gina Marie Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746