# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JFM) |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | **APPEARANCE** |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Michael R. Hartman as counsel in the above captioned case for Plaintiffs Kirk Douglas Greene, Alvin Eugene Dozier, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, and Donald Brooks, individually and on behalf of all others similarly situated.


October 10, 2007                                     /s/ Michael R. Hartman
D.C. Bar Number 500110                        Michael R. Hartman
                                                                  Cleary Gottlieb Steen & Hamilton LLP
                                                                  2000 Pennsylvania Avenue, NW
                                                                  Washington, DC 20006
                                                                  Telephone: (202) 974-1500
                                                                  Facsimile:  (202) 974-1999
                                                                  MHartman@cgsh.com
                                                                  *Attorney for Plaintiffs Donald Brooks,*
                                                                  *Sandy Theodore Green, Alvin Eugene*
                                                                  *Dozier, Hassan Gerald Shakur, Kirk*
                                                                  *Douglas Greene, and Anthony Forte*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 10, 2007, a copy of the foregoing Appearance of Michael R. Hartman was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Melvin L. Otey
>Law Offices of Melvin L. Otey PLLC
>3609 Georgia Avenue, N.W.
>Suite 200
>Washington, D.C. 20010
>Attorney for Caroline Lanford and All American Eviction Company
>
>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

        Platinum Realtor Services, Inc.
        6705 McKeldin Drive
        Suitland, MD 20746

        Choya Lord Rodriguez
        6705 McKeldin Drive
        Suitland, MD 20746

        Crawford & Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Harry J. Ashford
        c/o *Street Sense*
        1317 G Street, N.W.
        Washington, D.C. 20005

        Caroline Lanford
        1112 48th Street, N.E.
        Washington, D.C. 20019

        All American Eviction Company
        1112 48th Street, N.E.
        Washington, D.C. 20019

Dated: October 10, 2007                          /s/ Emily C. Capehart
                                                                     Emily C. Capehart