UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EAST COAST EXPRESS EVICTION, et al.**<br><br>**Defendants.** | Civil Action 06-1561 (RJL/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Plaintiffs' Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten [#94] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Second Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten [#104] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Third Motion to Compel Discovery Responses from Defendants Butch Enterprises [#119] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's First Set of Requests for Admissions by Defendant Butch Enterprises, Inc. are deemed admitted; and it is further

**ORDERED** that defendants Butch Enterprises, Inc. and Irwin Staten (together, the "Butch Defendants") are to submit responses to all outstanding discovery requests no later than October 29, 2007, irregardless of any other deadlines on discovery; and it is further

- 2 -

**ORDERED** that Butch Defendants are to show cause no later than October 29, 2007, why it should not be responsible for all reasonable expenses incurred by plaintiffs in bringing these motions.

**SO ORDERED.**

Date:   October  15, 2007                                            /s/

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE