IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD, et al.**
       **Plaintiffs**,

       Case No. 1:06cv1561

v.

       Judge: Richard J. Leon

**EAST COAST EXPRESS EVICTION, et al.**

       **Defendants**.

## MOTION TO CONTINUE STATUS CONFERENCE AND FOR A 30 DAY ENLARGEMENT OF TIME TO RESPOND TO PENDING MOTIONS AND OTHERWISE PLEAD

COMES NOW Defendants, Butch Enterprises and Butch Staten, and move to continue the Status Conference set for October 19, 2007, and for an enlargement of time to respond to pending Motions, and as grounds state:

Defendants' counsel, David E. Fox, had two recent operations, including an operation at Georgetown University Hospital on October 4, 2007, and is now scheduled for a follow-up procedure on October 19, 2007, to remove objects left in counsel's body.

As Defendants' counsel is a sole practitioner he cannot readily "cover" the Court appearance or respond to the pending Motions and recent pleadings and undergo the hospital procedure at the same time.

Movants believe no party will be harmed by the granting of the Defendants' Motion to Continue and for an enlargement of time.

       Respectfully submitted,

       /s/ David E. Fox
       David E. Fox, Esquire
       1325 18th Street, N. W.
       Suite 103
       Washington, D. C. 20036
       (202) 995-5300
       Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD**, et al.        :
                                         :
        **Plaintiffs**,        :
                                         :  Case No. 1:06cv1561
        v.                        :
                                         :  Judge: Richard J. Leon
**EAST COAST EXPRESS EVICTION**, et al. :
                                         :
        **Defendants.**        :

## CERTIFICATION
### (Non-Consent)

    Counsel for Defendants, Butch Enterprises and Butch Staten, began calling all parties' counsel seeking consent to the Motion to Continue Status Conference. Plaintiffs' counsel stated he needed more time to confer with co-counsel as to consent to the granting of the Motion. As the status date is close in time, Defendants felt it best to file the Motion without waiting as it is presently technically "contested."

                                                   /s/David E. Fox
                                                   David E. Fox
                                                   1325 18th Street, N.W., Suite 103
                                                   Washington, D.C. 20036
                                                   (202) 955-5300
                                                   Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 16th day of October, 2007, I caused a copy of the foregoing Certification to be delivered via first class mail, postage prepaid to:

| | |
|---|---|
| Matthew D. Slater, Esq.<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006-1801 | East Coast Express Eviction<br>29 U Street, NW<br>Washington, DC  20001 |
| A1 Eviction Services<br>3708 Endicott Place<br>Landover, MD  20785 | A&A Cardinal Eviction<br>16608 Bealle Hill Road<br>Waldorf, MD  20601 |
| All American Eviction Company<br>1112 48th Street, NE<br>Washington, DC  20019 | Big Time Movers<br>11816 Pittson Road<br>Silver Spring, MD  20906 |
| Caroline Lanford<br>1112 48th Street, NE<br>Washington, DC  20019 | Tanya Smith<br>3708 Endicott Place<br>Landover, MD  20785 |
| Nelson Terry<br>27 U Street, NW<br>Washington, DC  20001 | Linden Terry<br>27 U Street, NW<br>Washington, DC  20001 |
| Bob Ward<br>16608 Bealle Hill Road<br>Waldorf, MD  20601 | |

/s/ David E. Fox
David E. Fox

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD, et al.**

        **Plaintiffs.**  :  Case No. 1:06 cv 1581

    **v.**  :  Judge: Richard J. Leon Banks

**EAST COAST EXPRESS EVICTION, et al** :

        **Defendants**  :

**O R D E R**

**UPON CONSIDERATION** of Defendants' Motion To Continue Status Conference and for a 30 Day Enlargement of Time to Respond to Pending Motions and Otherwise Plead, and it appearing to the Court that Defendants have shown good cause, Defendants' Motion Is hereby **GRANTED**.

                                                          _____
                                                          **JUDGE**

                                    Dated:_____.