**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JFM) |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS BUTCH ENTERPRISES, INC. AND IRWIN STATEN'S MOTION TO CONTINUE STATUS CONFERENCE AND FOR A 30 DAY ENLARGEMENT OF TIME TO RESPOND TO PENDING MOTIONS AND OTHERWISE PLEAD

Plaintiffs do not oppose Defendants Butch Enterprises, Inc.'s and Irwin Staten's ("Butch Defendants") request for a continuance of the status conference. Contrary to the Butch Defendants' Certification, plaintiffs (other than Mr. Ashford) responded promptly to the Butch Defendants' request to postpone the status conference. *See* Exhibit A, Letter from Lee Berger and Larry Dembowski to David Fox (October 16, 2007). In their letter to the Butch Defendants, plaintiffs explained that they would consent to postpone the status conference until the middle of November, as long as the discovery period were extended until that date to accommodate the discovery schedule set forth in Magistrate Judge Facciola's October 15, 2007 orders. Accordingly, plaintiffs now consent to postponing the status conference and the enlargement of the schedule for thirty days, and

request that the Court extend the discovery deadline until the next status conference.

Dated:  October 17, 2007

Respectfully submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
*Attorneys for Plaintiffs Donald Brooks, Alvin Eugene Dozier, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 17, 2007, a copy of the foregoing Plaintiffs' Response to Defendants Butch Enterprises, Inc. and Irwin Staten's Motion to Continue Status Conference and for a 30 Day Enlargement of Time to Respond to Pending Motions and Otherwise Plead and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019


Dated:  October 17, 2007                    /s/ Emily C. Capehart
                                            Emily C. Capehart