# EXHIBIT A

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
   RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
   SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
   COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR.
   SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M. CARROLL
JACOB M. CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
   ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

October 16, 2007

**VIA FAX AND FIRST CLASS MAIL**

David E. Fox, Esq.
1325 Eighteenth Street, N.W.
Suite 103
Washington, DC 20036

      Re:    Butch Enterprises, Inc.'s and Mr. Staten's Compliance
              With October 15 Orders

Dear Mr. Fox:

      Enclosed please find copies of orders and a memorandum opinion that Magistrate Judge John M. Facciola entered yesterday in the *Ashford v. East Coast Express Evictions* litigation. Among other things, Magistrate Judge Facciola ordered that defendants Butch Enterprises, Inc. and Irwin Staten must comply with all outstanding discovery requests[1] by October 29. Accordingly, plaintiffs propose the following schedule for compliance with the outstanding discovery requests:

---

[1] Butch Enterprises and Mr. Staten do not have to respond to plaintiffs' First Set of Requests for Admission by Defendant Butch Enterprises, Inc. and First Set of Requests for Admission by Defendant Irwin Staten, because defendants failed to respond to these requests in a timely manner and therefore the requests have been deemed admitted. *See* Mem. Op., Case No. 1:06-cv-1561 at 3 (Oct. 15, 2007); Fed. R. Civ. P. 36(a).

David E. Fox, Esq.
October 16, 2007
Page 2

| | |
|---|---|
| Butch Enterprises to identify in writing where vehicles to be inspected as requested in plaintiffs' Third Request for the Production of Documents and Inspection of Tangible Things from Defendant Butch Enterprises ("Third Requests") will be located at the time of inspection. | No later than October 23, 2007 at 5 p.m. |
| Plaintiffs inspect Butch Enterprises vehicles, as requested in plaintiffs' Third Requests. | October 25, 2007 at 2 p.m. |
| Butch Enterprises and Mr. Staten deliver in a manner consistent with Federal Rule of Civil Procedure 5(a) all responses to and documents responsive to plaintiffs' First Request for Production of Documents from Butch Enterprises, First Request for the Production of Documents from Irwin Staten, Second Request for the Production of Documents from Defendant Butch Enterprises, Second Request for the Production of Documents from Defendant Irwin, and the Third Requests to plaintiffs. | No later than October 29, 2007 at 5 p.m. |
| Butch Enterprises and Mr. Staten deliver in a manner consistent with Federal Rule of Civil Procedure 5(a) all responses to First Set of Interrogatories on Butch Enterprises and First Set of Interrogatories to Defendant Irwin Staten. | No later than October 29, 2007 at 5 p.m. |
| Deposition of Kimbra Staten at the offices of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Suite 9000, Washington, District of Columbia. | November 2, 2007 beginning at 10 a.m. |
| Deposition of Irwin Staten at the offices of Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Suite 9000, Washington, District of Columbia. | November 5, 2007 beginning at 9:30 a.m. |

Additionally, we propose a stipulation that each document that Butch Enterprises and Mr. Staten produce is authentic and a business record kept in the course of a regularly conducted business activity. Such a stipulation will save time at the depositions. However, we may proceed with authentication and description of documents at deposition if you prefer.

Finally, we have received a call from Gerry in your office regarding your proposed joint motion to postpone the status conference. We agree to join your proposed motion to postpone under the following conditions: (1) defendants A 1 Evictions, Inc. and Tanya Smith

David E. Fox, Esq.
October 16, 2007
Page 3

also consent to the motion to postpone; (2) the motion requests that the next status conference be scheduled for the middle of November; and (3) the joint motion requests that the Court extend the discovery period until the next status conference to encompass the events Magistrate Judge Facciola ordered and the scheduling of Mr. Staten's and Ms. Staten's depositions as proposed above. If you agree to these conditions, you have plaintiffs' consent to your proposed motion to postpone.

      We hope to avoid further motion practice on these issues. Please respond in writing to these proposals as soon as possible. We would also welcome a conference call with you in addition to, but not in lieu of, your written response.

                                              Sincerely,

                                              Lee F. Berger
                                              Larry C. Dembowski

Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

Plaintiffs,

v.

EAST COAST EXPRESS EVICTION, et al.

Defendants.

Civil Action 06-1561 (RJL/JMF)

ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Plaintiffs' Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten [#94] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Second Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten [#104] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Third Motion to Compel Discovery Responses from Defendants Butch Enterprises [#119] is **GRANTED**; and it is further

**ORDERED** that Plaintiff's First Set of Requests for Admissions by Defendant Butch Enterprises, Inc. are deemed admitted; and it is further

**ORDERED** that defendants Butch Enterprises, Inc. and Irwin Staten (together, the "Butch Defendants") are to submit responses to all outstanding discovery requests no later than October 29, 2007, irregardless of any other deadlines on discovery; and it is further

- 2 -

**ORDERED** that Butch Defendants are to show cause no later than October 29, 2007, why it should not be responsible for all reasonable expenses incurred by plaintiffs in bringing these motions.

**SO ORDERED.**


Date:   October 15, 2007                                   _____/s/_____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY JAKEYIA ASHFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EAST COAST EXPRESS EVICTION, et al.<br><br>Defendants. | Civil Action 06-1561 (RJL/JMF) |

## MEMORANDUM OPINION

This case was referred to me for resolution of discovery disputes. Currently pending before me are Plaintiffs' Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten ("First Mot. to Compel"), Plaintiffs' Second Motion to Compel Discovery Responses from Defendants Butch Enterprises and Irwin Staten ("Second Mot. to Compel"), and Plaintiffs' Third Motion to Compel Discovery Responses from Defendants Butch Enterprises ("Third Mot. to Compel") (together, "Plaintiffs' Motions"). For the reasons stated herein, Plaintiffs' Motions will be granted.

## BACKGROUND

Plaintiffs are homeless residents of the District of Columbia who have been employed by defendants to perform eviction services. Plaintiffs allege that they received inadequate compensation for these services in violation of various minimum wage statutes, and that defendants' actions were part of a conspiracy violative of antitrust laws. The motions before the Court concern alleged violations of discovery obligations under

- 2 -

the Federal Rules of Civil Procedure by defendants Butch Enterprises, Inc. ("Butch Enterprises") and Irwin Staten (together, the "Butch Defendants").

### a. First Requests

On March 13, 2007, plaintiffs served their First Request for Production of Documents from Butch Enterprises ("First Butch Enterprises Document Requests"), First Request for the Production of Documents from Irwin Staten ("First Staten Document Requests"), and First Set of Interrogatories on Butch Enterprises ("Butch Enterprises Interrogatories") (together, "First Requests"). Responses or objections, due on April 16, 2007, were never filed by defendants. Fed. R. Civ. P. 34(b).

On May 25, 2007, plaintiffs filed their First Mot. to Compel. Defendants failed to file a timely opposition pursuant to Local Rule 7(b) and Rule 6(e) of the Federal Rules of Civil Procedure. On June 26, 2007, Judge Richard J. Leon ordered that defendants either file an opposition to the First Mot. to Compel or risk that it be granted as conceded. On July 14, 2007, defendant Butch Enterprises[1] filed a one paragraph opposition stating that it had "produced all responsive documents in its possession and which are known to Defendant. Accordingly, Defendant maintains that it has full (sic) complied with discovery."[2] No reference was made to the Butch Enterprises Interrogatories or the First Staten Document Requests.

### b. Second Requests

On May 9, 2007, plaintiffs served their Second Request for the Production of Documents from Defendant Butch Enterprises, Second Request for the Production of Documents from Defendant Irwin, and First Set of Interrogatories to Defendant Irwin

---

[1] No opposition was filed on behalf of defendant Irwin Staten.
[2] In addition to a typographical error, defendants failed to date its opposition or certificate of service.

Staten (together, "Second Requests"). Responses or objections, due June 11, 2007, were never filed by defendants. Fed. R. Civ. P. 34(b). On July 5, 2007, defendants agreed to submit responses to the Second Requests by July 16, 2007, yet never did. Second Berger Aff. at ¶ 4, attached to Second Mot. to Compel as Exh. E.

On July 17, 2007, plaintiffs filed its Second Mot. to Compel. No opposition was filed by defendants.

### c. Third Requests

On June 28, 2007, plaintiffs served their Third Request for the Production of Documents and the Inspection of Tangible Things from Defendant Butch Enterprises ("Third Requests"). Responses or objections, due on July 30, 2007, were never filed by defendants. On August 15, 2007, defendants informed plaintiffs that it had no intention of so doing. Third Berger Aff. at ¶ 5, attached to Third Mot. to Compel as Exh. C.

On October 1, 2007, plaintiffs filed its Third Mot. to Compel. No opposition was filed by defendants.

### d. Request For Admissions

On May 9, 2007, plaintiffs served their First Set of Requests for Admissions by Defendant Butch Enterprises, Inc. ("Requests for Admission"). Responses or objections, due on June 11, 2007, were never filed by defendants. Because defendants failed to respond in a timely manner to the request for admissions, the matters are deemed admitted pursuant to Rule 36(a) of the Federal Rules of Civil Procedure. See Rabil v. Swafford, 128 F.R.D. 1, 2 n.2 (D.D.C. 1989).

## ANALYSIS

As is obvious from the procedural history described above, Butch Defendants have wholly abandoned their discovery responsibilities under the Federal Rules of Civil Procedure. Plaintiffs' discovery requests have repeatedly been met with silence and resistance despite numerous attempts to meet and confer with defendants. See e.g., Berger Aff. ¶¶ 4, 6, 9, 16, 19, 20, 22, attached to First Mot. to Compel as Exh. E; Second Berger Aff. ¶ 4; Third Berger Aff. ¶ 3; Third Mot. to Compel, Certification. Moreover, defendants have failed to oppose the Second Mot. to Compel and the Third Mot. to Compel, and its opposition to the First Mot. to Compel was untimely and inadequate. Plaintiffs' Motions will therefore be granted as conceded pursuant to Local Rule 7(b), and defendants are ordered to respond to all outstanding discovery requests no later than October 29, 2007, irregardless of any other deadlines on discovery. Defendants are further ordered to show cause no later than October 29, 2007, why it should not be responsible for reasonable expenses incurred by plaintiffs in filing Plaintiffs' Motions. See Fed. R. Civ. P. 37(a)(4)(A).

## CONCLUSION

For the reasons given above, Plaintiffs' Motions will be granted. Defendants are ordered to respond to all outstanding discovery requests no later than October 29, 2007, irregardless of any other deadlines on discovery. Defendants are further ordered to show cause no later than October 29, 2007, why it should not be responsible for all reasonable expenses incurred by plaintiffs in filing Plaintiffs' Motions. Finally, plaintiffs' Requests for Admissions are deemed admitted by defendants.

An Order accompanies this Memorandum Opinion.

- 5 -

Date: October 15, 2007                              /s/

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Case 1:06-cv-01656-RJL-JMF   Document 23   Filed 10/15/2007   Page 5 of 5



| | | | |
|---|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>15 October 2007  04:56 PM | To | DCD_ECFNotice@dcd.uscourts.gov | |
| | cc | | |
| | bcc | Allison E Collins/DC/Cgsh | |
| | Subject | Activity in Case 1:06-cv-01561-RJL-JMF ASHFORD et al v. EAST COAST EXPRESS EVICTION et al Order on Motion to Compel | |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/15/2007 at 4:56 PM and filed on 10/15/2007
**Case Name:**        ASHFORD et al v. EAST COAST EXPRESS EVICTION et al
**Case Number:**      1:06-cv-1561
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
MINUTE ORDER granting as unopposed plaintiffs' [106] Motion to Compel Discovery Responses from Defendants Nelson Terry and East Coast Express Eviction. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendants are further ORDERED to show cause no later than October 29, 2007, why it should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1 )


**1:06-cv-1561 Notice has been electronically mailed to:**
David E. Fox  dfox159937@aol.com
Stephanie Dawn Kinder  skinder@epcounsel.com
Matthew David Slater  mslater@cgsh.com
J. Wyndal Gordon  jwgaattys@aol.com
Gina Marie Smith  gsmith@mrrlaw.net
Lee F. Berger  lberger@cgsh.com, aecollins@cgsh.com, ejdavis@cgsh.com
Larry Charles Dembowski  ldembowski@cgsh.com

Matthew J. Berman mberman@cgsh.com
Aaron Marr Page ampage@cgsh.com
Michael Ross Hartman mhartman@cgsh.com

**1:06-cv-1561 Notice will be delivered by other means to::**



DCD_ECFNotice@dcd.uscourts.gov
15 October 2007 05:19 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc Allison E Collins/DC/Cgsh
Subject Activity in Case 1:06-cv-01561-RJL-JMF ASHFORD et al v. EAST COAST EXPRESS EVICTION et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/15/2007 at 5:19 PM and filed on 10/15/2007
**Case Name:**        ASHFORD et al v. EAST COAST EXPRESS EVICTION et al
**Case Number:**      1:06-cv-1561
**Filer:**
**Document Number:**  124(No document attached)

**Docket Text:**
MINUTE ORDER granting as unopposed plaintiffs [#101] Motion to Compel the Deposition of Otto Hines. Defendant is ORDERED to appear for deposition and answer plaintiffs questions as provided by the Federal Rules of Civil Procedure no later than November 14, 2007, irregardless of other discovery deadlines. Defendant is further ORDERED to show cause no later than October 29, 2007, why he should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Plaintiffs shall cause this minute order to be personally served on defendant by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1).

**1:06-cv-1561 Notice has been electronically mailed to:**
David E. Fox  dfox159937@aol.com
Stephanie Dawn Kinder  skinder@epcounsel.com
Matthew David Slater  mslater@cgsh.com
J. Wyndal Gordon  jwgaattys@aol.com
Gina Marie Smith  gsmith@mrrlaw.net
Lee F. Berger  lberger@cgsh.com, aecollins@cgsh.com, ejdavis@cgsh.com

Larry Charles Dembowski ldembowski@cgsh.com
Matthew J. Berman mberman@cgsh.com
Aaron Marr Page ampage@cgsh.com
Michael Ross Hartman mhartman@cgsh.com

**1:06-cv-1561 Notice will be delivered by other means to::**



|  |  |
|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To   DCD_ECFNotice@dcd.uscourts.gov |
| 15 October 2007  05:46 PM | cc |
|  | bcc  Allison E Collins/DC/Cgsh |
|  | Subject  Activity in Case 1:06-cv-01561-RJL-JMF ASHFORD et al v. EAST COAST EXPRESS EVICTION et al Order on Motion to Compel |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/15/2007 at 5:46 PM and filed on 10/15/2007
**Case Name:**         ASHFORD et al v. EAST COAST EXPRESS EVICTION et al
**Case Number:**       1:06-cv-1561
**Filer:**
**Document Number:**   125(No document attached)

**Docket Text:**
MINUTE ORDER granting as unopposed plaintiffs [#99] Motion to Compel Discovery Responses from Defendants Crawford & Crawford and Vincent Crawford. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendant Vincent Crawford is ORDERED to appear for deposition on November 13, 2007, in Courtroom 6, where I will make myself available to both parties to address any disputes over privilege. Plaintiffs shall provide a court reporter for the deposition. Plaintiffs shall cause this minute order to be personally served on defendants by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1)


**1:06-cv-1561 Notice has been electronically mailed to:**
David E. Fox  dfox159937@aol.com
Stephanie Dawn Kinder  skinder@epcounsel.com
Matthew David Slater  mslater@cgsh.com
J. Wyndal Gordon  jwgaattys@aol.com
Gina Marie Smith  gsmith@mrrlaw.net

Lee F. Berger lberger@cgsh.com, aecollins@cgsh.com, ejdavis@cgsh.com
Larry Charles Dembowski ldembowski@cgsh.com
Matthew J. Berman mberman@cgsh.com
Aaron Marr Page ampage@cgsh.com
Michael Ross Hartman mhartman@cgsh.com

**1:06-cv-1561 Notice will be delivered by other means to::**

Case 1:06-cv-01561-RJL-JMF   Document 128-2   Filed 10/17/2007   Page 18 of 19



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>15 October 2007  05:52 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | Allison E Collins/DC/Cgsh |
| | Subject | Activity in Case 1:06-cv-01561-RJL-JMF ASHFORD et al v. EAST COAST EXPRESS EVICTION et al Order on Motion to Compel |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 10/15/2007 at 5:52 PM and filed on 10/15/2007
**Case Name:**          ASHFORD et al v. EAST COAST EXPRESS EVICTION et al
**Case Number:**        1:06-cv-1561
**Filer:**
**Document Number:**    126(No document attached)

**Docket Text:**
MINUTE ORDER granting as unopposed plaintiffs [#97] Motion to Compel Discovery Responses from Defendants Choyo Rodriguez and Platinum Realtor Services, Inc. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendant Choyo Rodriguez is ORDERED to appear for deposition on November 14, 2007, in Courtroom 6, where I will make myself available to both parties to address any disputes over privilege. Plaintiffs shall provide a court reporter for the deposition. Defendants are further ORDERED to show cause no later than October 29, 2007, why they should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Plaintiffs shall cause this minute order to be personally served on defendants by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007.(lcjmf1)

**1:06-cv-1561 Notice has been electronically mailed to:**
David E. Fox  dfox159937@aol.com
Stephanie Dawn Kinder  skinder@epcounsel.com
Matthew David Slater  mslater@cgsh.com

J. Wyndal Gordon jwgaattys@aol.com
Gina Marie Smith gsmith@mrrlaw.net
Lee F. Berger lberger@cgsh.com, aecollins@cgsh.com, ejdavis@cgsh.com
Larry Charles Dembowski ldembowski@cgsh.com
Matthew J. Berman mberman@cgsh.com
Aaron Marr Page ampage@cgsh.com
Michael Ross Hartman mhartman@cgsh.com

**1:06-cv-1561 Notice will be delivered by other means to::**