U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06-CV-1561

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Notice of Electronic Filing and Civil Docket in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:02 pm on October 18, 2007, I served Crawford & Crawford at 200 55th Street, NE, Apt. 24, Washington, DC 20019 by serving Vincent Crawford, Officer, authorized to accept. Described herein:

```
    SEX-   MALE
    AGE-   55
 HEIGHT-   5'9"
   HAIR-   BALD
 WEIGHT-   250
   RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on _10-19-07_
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195915

**CERTIFICATE OF SERVICE**

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 25, 2007, a copy of the Affidavit of Service on Crawford & Crawford has been served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Butch Enterprises, Inc. and I. Staten

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

> East Coast Express Evictions
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Nelson Terry
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Platinum Realtor Services, Inc.
> 5204 Belgreen Street
> Suitland, MD 20746
>
> Choya Lord Rodriguez
> 5204 Belgreen Street
> Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E. Apt. 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street N.E. Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
112 48th Street, N.E.
Washington, D.C. 20019

Dated: October 25, 2007                             /s/ Allison E. Collins
                                                            Allison E. Collins