U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06-CV-1561

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Notice of Electronic Filing and Civil Docket in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:00 pm on October 16, 2007, I served Choya Lord Rodriguez at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriguez, personally. Described herein:

```
SEX-     MALE
AGE-     46
HEIGHT-  5'11"
HAIR-    BLACK
WEIGHT-  200
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10/17/07
Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195909

**CERTIFICATE OF SERVICE**

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 25, 2007, a copy of the Affidavit of Service on Choya Lord Rodriguez has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>5204 Belgreen Street
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>5204 Belgreen Street
>Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E. Apt. 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street N.E. Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
112 48th Street, N.E.
Washington, D.C. 20019


Dated: October 25, 2007                    /s/ Allison E. Collins
                                           Allison E. Collins