IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| v. | ) | Civil Action No. 06-1561 (RJL/JMF) |
| | ) | |
| East Coast Express Eviction, et al., | ) | |
| | ) | |
|     *Defendants*. | ) | |
| | ) | |

## NOTICE OF WITNESS'S DEATH

Plaintiffs (except for Plaintiff Harry Jakeyia Ashford) respectfully submit this notice to inform the Court of the death of witness and deponent Otto Hines. According to the Social Security Administration Death Master File, Mr. Hines died on September 5, 2007. *See* Exhibit A. As such, plaintiffs are no longer able to depose Mr. Hines, despite the Court's order of October 15, 2007, ordering that deposition.

                                                                Respectfully submitted,

Dated: October 29, 2007                    /s/ Larry C. Dembowski
                                                         Larry C. Dembowski (D.C. Bar # 486331)
                                                         Matthew D. Slater (D.C. Bar # 386986)
                                                         Lee F. Berger (D.C. Bar # 482435)
                                                         Cleary Gottlieb Steen & Hamilton LLP
                                                         2000 Pennsylvania Avenue, N.W.
                                                         Washington, D.C. 20006-1801
                                                         Telephone: (202) 974-1500
                                                         Facsimile: (202) 974-1999
                                                         *Attorneys for Plaintiffs Kirk Douglas Greene,*
                                                         *Anothony Forte, Donald Brooks, Alvin Eugene*
                                                         *Dozier, Sandy Theodore Green, and Hassan Shakur*

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 29, 2007, a copy of the foregoing Notice of Deceased Witness and Reservation of Right to Seek Sanctions dated October 29, 2007 was served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001

>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746

        Crawford & Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Harry J. Ashford
        c/o *Street Sense*
        1317 G Street, N.W.
        Washington, D.C. 20005

        Caroline Lanford
        1112 48th Street, N.E.
        Washington, D.C. 20019

        All American Eviction Company
        1112 48th Street, N.E.
        Washington, D.C. 20019


Dated:  October 29, 2007        /s/ Allison E. Collins
                                                 Allison E. Collins