# EXHIBIT A

7 of 7 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

SOCIAL SECURITY ADMINISTRATION DEATH MASTER FILE

**Name:** HINES, OTTO

**Social Security Number:** 577-66-XXXX

**Date of Death:** 9/5/2007

**Birthdate:** 9/30/1948