IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

## MOTION FOR ENTRY OF PARTIAL DEFAULT JUDGMENT AND INJUNCTIVE RELIEF

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Entry of Partial Default Judgment and Injunctive relief, plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, and Donald Brooks respectfully request that the Court enter partial judgment by default against defendants East Coast Express Eviction, Nelson Terry, Crawford & Crawford, Vincent Crawford, Platinum Realty Services, Inc., and Choya Lord Rodriguez. The Clerk of the Court has already entered default against each of these defendants. Plaintiffs also request that the Court immediately enter an order as to these defendants granting the injunctive relief prayed for in the complaint, as articulated in the accompanying Proposed Order.

Dated: October 29, 2007                    Respectfully submitted,

/s/ Larry C. Dembowski
Larry C. Dembowski (D.C. Bar # 486331)
Matthew D. Slater (D.C. Bar # 386986)
Lee F. Berger (D.C. Bar # 482435)
Matthew J. Berman (D.C. Bar # 489242)
Aaron M. Page (D.C. Bar # 974936)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs Kirk Greene,
Anthony Forte, Hassan Shakur, Sandy
Green, and Donald Brooks*

**CERTIFICATE OF SERVICE**

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On October 29, 2007, a copy of the Motion for Entry of Partial Default Judgment and Injunctive Relief and accompanying documents has been served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and has been served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Evictions
>29 U Street, N.W.
>Washington, D.C. 20001

>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E. Apt. 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street N.E. Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
112 48th Street, N.E.
Washington, D.C. 20019

Dated: October 29, 2007                                    /s/ Allison E. Collins
                                                                   Allison E. Collins