# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.,     )
     )     Civil Action No. 06-cv-1561 (RJL/JMF)
individually and on behalf     )
of all others similarly situated,     )     Hon. Richard J. Leon
     )
     *Plaintiffs*,     )
     v.     )
     )
East Coast Express Eviction, et al.,     )
     )
     *Defendants*.     )
     )

## DECLARATION OF LARRY C. DEMBOWSKI

I, Larry C. Dembowski, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs (other than Mr. Ashford) in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Settlement Agreement between plaintiffs and defendants A 1 Eviction Services, Inc. and Tanya Smith, executed on January 23, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Settlement Agreement between plaintiffs (other than Mr. Ashford) and defendants All American Evictions and Caroline Lanford, executed on August 18, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the follow twelve affidavits: Affidavit of Charles Johnson, executed on July 2, 2007; Affidavit of Franklin Howard, executed on July 2, 2007; Affidavit of Calvin Herring, executed on July 2, 2007;

Affidavit of James Newton, executed on July 2, 2007; Affidavit of Simon Ollivierre,

executed on July 2, 2007; Affidavit of Kenneth E. Lovejoy, executed on July 17, 2007;

Affidavit of Ronald Mackie, executed on July 17, 2007; Affidavit of Leroy Myers,

executed on July 17, 2007; Affidavit of Deanglo Crawler, executed on July 17, 2007;

Affidavit of James Glover, executed on July 17, 2007; Affidavit of Anthony King,

executed on July 18, 2007; and Affidavit of Montague Graham, executed on July 18,

2007.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 29, 2007

Larry C. Dembowski  (D.C. Bar #486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
*Attorney for Plaintiffs Donald Brooks, Alvin
Eugene Dozier, Sandy Theodore Green,
Hassan Gerald Shakur, Kirk Douglas
Greene, and Anthony Forte*