Exhibit 3

<u>AFFIDAVIT</u>

I, _Charles Johnson_____, hereby affirm and state the following:

1. I currently live at __355th_____, and have been living

   there since _____.

2. To the best of my memory, I have worked on a minimum of _200-300_ evictions

   in the past four years.  On each of these occasions, I was picked up at a location in the

   District of Columbia to perform evictions in (DC) (MD) (VA) (circle all that apply).

   The names of the drivers and companies I remember working for are: _____

   _Tway Vincent Terry_____.

   To the best of my memory, in exchange for the labor I provided to the eviction

   companies on these occasions, I was generally paid at a rate of _$5 per eviction_

3. The most recent day I performed an eviction was on _Monday  6/26_ (date) in

   (DC) / MD / VA (circle all that apply).  On that day, I was engaged to perform evictions

   and picked-up at approximately _8_ (a.m)/p.m. at _Some_____ (location)

   by _Glosia_____(driver and vehicle).  I performed a total of

   __3____ evictions on this day.  The first eviction of the day began at _8_

   (a.m)/p.m. and took place in _Georgetown_ (location).  In total, I spent _3_

   hours actually performing the evictions.  In addition to the time spent working at the

   eviction sites, _15min_ hours of my time were spent in transit in the company's van

   between eviction sites and _____ hours of my time were spent waiting for the next

   eviction assignment or awaiting payment from the eviction company. The evictions I

   participated with took place at, respectively and in sequential order (locations):

   ① _Georgetown_____

   ② _Wisconsin Ave_____

   ③ _Kennnineth Ave_____

1

Afterwards, I was dropped-off at approximately _____ 1 _____ a.m. /p.m. at

_____ Some _____ (location).

4.  In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _____ 5 _____ per eviction or $ _____ for a package deal or $ _____ per hour. At

the end of the day, I was paid a total of US$ _____ 15 _____ for the entire day.

5.  I have / have not seen any communication or conversation take place between the

owners, drivers, dispatchers or representatives of one eviction company and the owners,

drivers, dispatchers or representatives of another eviction company.

6.  (If yes to above) To the best of my knowledge the conversation was about

_____ Splitting money _____.

7.  The best mailing address where I can be reached at is:

_____ 810 35st NE _____

_____

_____

8.  A phone number where I can be reached at is: _____ 899 - 2446 _____.

9.  An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

_____ advantage of situation _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 7-2-07 _____, 2007       X _____ Charles John _____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _2nd_ day of _____ July _____, 2007
_____

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

<u>AFFIDAVIT</u>

I, _Franklin Howard_, hereby affirm and state the following:

1. I currently live at _3rd + Q  NW_, and have been living there since _One year_.

2. To the best of my memory, I have worked on a minimum of _80_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / (VA) (circle all that apply). The names of the drivers and companies I remember working for are: _Fats Dave_ _Otto + Troy_.

To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5 per eviction_

3. The most recent day I performed an eviction was on _June 28_ (date) in DC / (MD) / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _9.00_ a.m./p.m. at _Some_ (location) by _Troy_ (driver and vehicle). I performed a total of _One_ evictions on this day. The first eviction of the day began at _10.00_ a.m./p.m. and took place in _____ (location). In total, I spent _4 hrs_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _2_ hours of my time were spent in transit in the company's van between eviction sites and _____ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

_____

_____

_____

1

Afterwards, I was dropped-off at approximately _1.30_ a.m. / p.m. at

_____SOME_____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _15_ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$_____ for the entire day.

5. I have / have not seen any communication or conversation take place between the

owners, drivers, dispatchers or representatives of one eviction company and the owners,

drivers, dispatchers or representatives of another eviction company. " Not much "

6. (If yes to above) To the best of my knowledge the conversation was about

_____

7. The best mailing address where I can be reached at is:

_Mount Sinai Outreach Center_

_____

_____

_____

8. A phone number where I can be reached at is: _____.

9. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

Troy was driver
was a house

Butch had package
deal - $30 for 14 jobs
2 weeks ago. Fats was
driver- did not tell me about
package deal until after I got
on truck and reached the site.
job. Otto brought him

I declare under penalty of perjury that the foregoing is true and correct. The money to pay.
to mention truck.

Executed on _Monday 2_, 2007        X _Franklin Howard_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _20_ day of _July_, 2007

_____

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011  skc

2

Sharron Contesto
Notary Public, District of Columbia
My Commission Expires 5-31-2010

<u>AFFIDAVIT</u>

I, *Calvin Herring* _____, hereby affirm and state the following:

1. I currently live at _____ SOME _____, and have been living there since ___ Last year ___.

2. To the best of my memory, I have worked on a minimum of ___ +200 ___ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply). The names of the drivers and companies I remember working for are: _____

   *Terry , Vincent , Gloria , Troy , Otis* _____.

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of ___ $5/Job (DC) ___. *6 10/Job (2 Shouse) –MD*

3. The most recent day I performed an eviction was on *Last week* _____ (date) in DC / (MD) / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately *8* a.m./p.m. at *N. Street* (location) by *Otis* _____ (driver and vehicle). I performed a total of *1* _____ evictions on this day. The first eviction of the day began at *8* (a.m)/p.m. and took place in *Baltimore* (location). In total, I spent *5 mns* hours actually performing the evictions. In addition to the time spent working at the eviction sites, *45 mn* hours of my time were spent in transit in the company's van between eviction sites and *Ø* hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   *Baltimore* _____ _____

   _____ _____

   _____ _____

*Baltimore*

Afterwards, I was dropped-off at approximately __10__ (a.m.) / p.m. at

_____SOME_____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $_____ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ __10__ for the entire day.

5. I have / have not seen any communication or conversation take place between the

owners, drivers, dispatchers or representatives of one eviction company and the owners,

drivers, dispatchers or representatives of another eviction company.

6. (If yes to above) To the best of my knowledge the conversation was about

_____N/A_____

7. The best mailing address where I can be reached at is:

___SOME_____

_____

_____

8. A phone number where I can be reached at is: _202 - 491 - 7744_

( SISTG — FAYE )

9. An email address where I can be reached at is: _____

**OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2007          X _July 2/07_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _2nd_ day of _July_, 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

<u>AFFIDAVIT</u>

I, _James Newton_ , hereby affirm and state the following:

1. I currently live at _N.Y. Avenue Shelter_ , and have been living there since _1 year and half_ .

2. To the best of my memory, I have worked on a minimum of _200_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in DC / MD / VA (circle all that apply). The names of the drivers and companies I remember working for are: _TROY,_ _TERRY , Butch_ .

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$5/job_ .

3. The most recent day I performed an eviction was on _Last thursday_ (date) in DC / MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m./p.m. at _Some_ (location) by _Terry_ (driver and vehicle). I performed a total of _2_ evictions on this day. The first eviction of the day began at _8_ a.m./p.m. and took place in _DC_ (location). In total, I spent _6_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1/2_ hours of my time were spent in transit in the company's van between eviction sites and _1_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _DC , MD_

1

Afterwards, I was dropped-off at approximately _5_ a.m. /p.m./ at

_SOME_ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _5_ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ _10_ for the entire day.

5. I have / have not seen any communication or conversation take place between the

owners, drivers, dispatchers or representatives of one eviction company and the owners,

drivers, dispatchers or representatives of another eviction company.

6. (If yes to above) To the best of my knowledge the conversation was about

_N/A_

7. The best mailing address where I can be reached at is:

_P.O. BOX 1205 N.W._
_WASH, DC 2000)_

8. A phone number where I can be reached at is: _202 — 731 — 8030_ .

9. An email address where I can be reached at is: _____ .

**OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7-2-07_, 2007    X _James Newton_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _2nd_ day of _July_, 2007

Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

2

## AFFIDAVIT

I, _Simon Ollivierre_, hereby affirm and state the following:

1. I currently live at _Adam's Shelter_, and have been living there since _2 mo_.

2. To the best of my memory, I have worked on a minimum of _110_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in DC / MD / VA (circle all that apply). The names of the drivers and companies I remember working for are: _____

   _EAST COAST (OTIS)_, _____.

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _5/job_.

3. The most recent day I performed an eviction was on _a week_ (date) in DC / MD / VA (circle all that apply). On that day, I was engaged to perform evictions and picked-up at approximately _6:30 au — finish midday_ a.m./p.m. at _____ (location) by _OTIS_ (driver and vehicle). I performed a total of _1_ evictions on this day. The first eviction of the day began at _8:30_ a.m./p.m. and took place in _DC_ (location). In total, I spent _4_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1/2_ hours of my time were spent in transit in the company's van between eviction sites and _0_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):

   _Only D.C._ _____

1

Afterwards, I was dropped-off at approximately _____ a.m. / p.m. at

_____Some_____ (location).

4. In exchange for the labor I provided to the eviction company on this day, I was paid at a

rate of $ _5_ per eviction or $_____ for a package deal or $_____ per hour. At

the end of the day, I was paid a total of US$ _5_ for the entire day.

5. I have / have not seen any communication or conversation take place between the

owners, drivers, dispatchers or representatives of one eviction company and the owners,

drivers, dispatchers or representatives of another eviction company.

6. (If yes to above) To the best of my knowledge the conversation was about

_____N/A_____.

7. The best mailing address where I can be reached at is:

SOME – 60

8. A phone number where I can be reached at is: _ISIAH House_.

9. An email address where I can be reached at is: _____N/A_____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/2/_ , 2007    X_Simon Oluwaseun_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _2nd_ day of _July_ , 2007
_____
Austin A. B. Ownbey, Notary Public, D.C.
My commission expires April 14, 2011

2

## AFFIDAVIT

I, _Kenneth C. Harvey_ , hereby affirm and state the following:

1. I currently live at _926 13th St_ , and have been living there since _7 mths_ .

2. To the best of my memory, I have worked on a minimum of _106 +_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) (MD) / (VA) (circle all that apply).

3. The names of the drivers or companies I remember working for are: _____
   _East Coast   Butch Enterprises_ .

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _5 per eviction_

4. The most recent day I performed an eviction was on _Thursday, 7/12/07_ (date) in (DC) MD / VA (circle all that apply). I performed a total of _2_ evictions
   _5E_
   on this day. On that day, I was engaged to perform evictions and picked-up at approximately _8_ (a.m.)/p.m. at _SOME_ (location) by _East Coast - Nelson Terry -Owner_ (driver and vehicle). The first eviction of the day began at _8_ a.m./p.m. and took place in _SE_ (location). In total, I spent _2.5_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _____ hours of my time were spent in transit in the company's van between eviction sites and _8.5_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations): _SE. - 2 evictions_ _____

   _____ . Afterwards, I was dropped-off at approximately _1_ a.m. /(p.m.) at _SOME_ (location).

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $__5__ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$__10__ for the entire day.

6. I have / have not (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about _____ won't let get them close _____.

8. The best mailing address where I can be reached at is:
   _925 13 st_

9. A phone number where I can be reached at is: _____.

10. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

Butch → Package Deal $25 for 8 evictions
East Coast → Nothing for eviction

→ won't tell you how many evictions
→ pay driver not employees

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 17_, 2007        x _Kenneth E Longsfield_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _17_ day of _July_, 2007

_____, Notary Public, D.C.

My commission expires _____

Sharma Contests
Notary Public, District of Columbia
My Commission Expires 8-31-2010

Page 2

<u>AFFIDAVIT</u>

I, _____Ronald Mackie_____, hereby affirm and state the following:

1. I currently live at ___2645 A Bowen Rdse___, and have been living there since ___October 2 2006___.

2. To the best of my memory, I have worked on a minimum of ___30___ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply).

3. The names of the drivers or companies I remember working for are: _____
   ___Nelson Terry_____.

   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _____.

4. The most recent day I performed an eviction was on ___July 5, 2007___ (date) in (DC) / MD / VA (circle all that apply). I performed a total of ___3___ evictions on this day. On that day, I was engaged to perform evictions and picked-up at approximately _8_ a.m./p.m. at ___Some___ (location) by ___Nelson Terry___ (driver and vehicle). The first eviction of the day began at _9:20_ a.m./p.m. and took place in ___16 St NW___ (location). In total, I spent _.25_ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _1.25_ hours of my time were spent in transit in the company's van between eviction sites and _.5_ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations): _____

   _____. Afterwards, I was dropped-off at approximately _2_ a.m. / p.m. at ___N/A___ (location).

Page 1

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $_____ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$_____ 5 _____ for the entire day.

6. I have / have not (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about

_____.

8. The best mailing address where I can be reached at is:

_____
_____
_____
_____

9. A phone number where I can be reached at is: ___202- 486-0091___.

10. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:




I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 17__, 2007      x_Ronald Mark_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,

This __17__ day of __July__, 2007

_____, Notary Public, D.C.

My commission expires   Sharma Contacts
                        Notary Public, District of Columbia
                        My Commission Expires 5-31-2010
Page 2

## AFFIDAVIT

I, __Leroy Myers__, hereby affirm and state the following:

1. I currently live at __801  2700 Martin Luther King__, and have been living
   __East Building   Avenue, SE   20032__
   there since __1.5 years__.

2. To the best of my memory, I have worked on a minimum of __about 20__ evictions
   in the past four years.  On each of these occasions, I was picked up at a location in the
   District of Columbia to perform evictions in (DC)/ (MD)/ VA (circle all that apply).

3. The names of the drivers or companies I remember working for are: __East Coast__
   __Terry_____.

   To the best of my memory, in exchange for the labor I provided to the eviction
   companies on these occasions, I was generally paid at a rate of __$5 per eviction__

4. The most recent day I performed an eviction was on __July 12, 2007__ (date) in
   (DC)/ MD / VA (circle all that apply).  I performed a total of __2__ evictions
   on this day.  On that day, I was engaged to perform evictions and picked-up at
   approximately __8:00__ a.m./p.m. at __SOME_____ (location) by
   __Terry_____(driver and vehicle).  The first eviction of the day
   __2705__
   began at __9:00__ a.m./p.m. and took place in __W Street, SE__ (location).  In total, I
   __35__
   spent __1__ hours actually performing the evictions.  In addition to the time spent
   working at the eviction sites, ~~approximate~~ hours of my time were spent in transit in the
   company's van between eviction sites and __several__ hours of my time were spent
   waiting for the next eviction assignment or awaiting payment from the eviction company.
   The evictions I participated with took place at, respectively and in sequential order
   (locations): __Most recent evictions took place__
   __in Washington__
   _____.  Afterwards, I was dropped-
   off at approximately __12__ a.m. /p.m. at __SOME_____ (location).

   Page 1

5.  In exchange for the labor I provided to the eviction company on this day, I was paid at a

    rate of $ _____ per eviction or $ _____ for a package deal or $ _____ per hour. At

    the end of the day, I was paid a total of US$ _____ 7 _____ for the entire day.

6.  (I have) / have not (circle one) seen any communication or conversation take place between

    the owners, drivers, dispatchers or representatives of one eviction company and the

    owners, drivers, dispatchers or representatives of another eviction company.

7.  (If yes to above) To the best of my knowledge the conversation was ~~about~~ Something

    like "We are going to pay them what we want."

8.  The best mailing address where I can be reached at is:

    801 East Building
    2700 Martin Luther King Jr. Ave, SE
    Washington, DC 20032

9.  A phone number where I can be reached at is: 202-561-4014 (Shelter, can leave a message)

10. An email address where I can be reached at is: _____

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

- Sometimes for the package deal, I would 5 evictions and only get paid for 4.
- Sometimes we are paid $7 for the first eviction and 5 for the remaining.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 17_, 2007        X _Leroy Myers_

District of Columbia SS
Subscribed and Sworn to before me, in my presence,

This _17_ day of _July_____, 2007

_____ Notary Public, D.C.

My commission expires _____

Page 2

## AFFIDAVIT

I, **Deangelo Crowler**, hereby affirm and state the following:

1. I currently live at **Adam's Place**, and have been living there since **5 mths**.

2. To the best of my memory, I have worked on a minimum of **3 - 4** evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) (MD) VA (circle all that apply). **Some**

3. The names of the drivers or companies I remember working for are: _____
   **Terry  +  Otis** .
   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of **$5 per eviction**

4. The most recent day I performed an eviction was on **1 yr** (date) in (DC) (MD) / VA (circle all that apply). I performed a total of **2 a day** evictions on this day. On that day, I was engaged to perform evictions and picked-up at approximately **8** a.m./p.m. at **Some** (location) by **Otis** (driver and vehicle). The first eviction of the day began at **8:30** a.m./p.m. and took place in **MD** (location). In total, I spent **4** hours actually performing the evictions. In addition to the time spent working at the eviction sites, _____ hours of my time were spent in transit in the company's van between eviction sites and _____ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):_____

   _____

   _____. Afterwards, I was dropped-off at approximately _____ a.m. / p.m. at _____ (location).

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ 5 per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$_____ for the entire day.

6. I have / have not (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about
_____.

8. The best mailing address where I can be reached at is:

   _____Adam's Place_____
   _____
   _____
   _____

9. A phone number where I can be reached at is: _____.

10. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:



I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Tuesday 17 July__, 2007    X _____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,

This __17__ day of __July_____, 2007

Sherma Contessa
Notary Public, District of Columbia
My Commission Expires 8-31-2010

_____, Notary Public, D.C.

My commission expires _____

Page 2

<u>AFFIDAVIT</u>

I, _JAMES GLOVER_____, hereby affirm and state the following:

1. I currently live at _1247 MEEGS PLACE NG #2_, and have been living

   there since _FEBRUARY_____.

2. To the best of my memory, I have worked on a minimum of _100_____ evictions

   in the past four years. On each of these occasions, I was picked up at a location in the

   District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply).

3. The names of the drivers or companies I remember working for are: _TERRY (BLACK, WHITE)_

   _DAVE (WHITE) (BLUE WHITE)_____.

   To the best of my memory, in exchange for the labor I provided to the eviction

   companies on these occasions, I was generally paid at a rate of _$5/EVICTION____

4. The most recent day I performed an eviction was on _JULY_____ (date) in

   (DC) / (MD) / VA (circle all that apply). I performed a total of _3-4_____ evictions

   on this day. On that day, I was engaged to perform evictions and picked-up at

   approximately _7:30_ (a.m.)/p.m. at _SOME_____ (location) by

   _TERRY, ETC_____ (driver and vehicle). The first eviction of the day

   began at _10_____ (a.m.)/p.m. and took place in _MD_____ (location). In total, I

   spent _2.5_ hours actually performing the evictions. In addition to the time spent

   working at the eviction sites, _2.5_____ hours of my time were spent in transit in the

   company's van between eviction sites and _2.5_____ hours of my time were spent

   waiting for the next eviction assignment or awaiting payment from the eviction company.

   The evictions I participated with took place at, respectively and in sequential order

   (locations):_____

   _____

   _____. Afterwards, I was dropped-

   off at approximately _3_ a.m. /(p.m.) at _SOME_____ (location).

   Page 1

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ _5_ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$_____ for the entire day.

6. I have / have not (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about

_____ .

8. The best mailing address where I can be reached at is:

_____
_____
_____
_____

9. A phone number where I can be reached at is: ___396-9137 / (2)-610-5655___

10. An email address where I can be reached at is: _____ .

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:




I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 17__, 2007     X __James J Glover__

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This __17__ day of __July__, 2007

_____, Notary Public, D.C.

My commission expires _____

Sherma Contee
Notary Public, District of Columbia
My Commission Expires 5-31-2010

Page 2

## AFFIDAVIT

I, _Anthony Kirney_, hereby affirm and state the following:

1. I currently live at _La Casa_, and have been living there since _7 months_.

2. To the best of my memory, I have worked on a minimum of _~50_ evictions in the past four years. On each of these occasions, I was picked up at a location in the District of Columbia to perform evictions in (DC) / (MD) / VA (circle all that apply).

3. The names of the drivers or companies I remember working for are: _____
   _Terry_____.
   To the best of my memory, in exchange for the labor I provided to the eviction companies on these occasions, I was generally paid at a rate of _$33/ 6 evectrons_.

4. The most recent day I performed an eviction was on _7/13/07_ (date) in (DC) / MD / VA (circle all that apply). I performed a total of ___1___ evictions on this day. On that day, I was engaged to perform evictions and picked-up at approximately ____ a.m./p.m. at _SOME_ (location) by _Terry_____ (driver and vehicle). The first eviction of the day began at _9:30_ a.m./p.m. and took place in _RSW_ ~~Hagerstown~~ _Ingenham_ (location). In total, I spent ___1___ hours actually performing the evictions. In addition to the time spent working at the eviction sites, _~3_ hours of my time were spent in transit in the company's van between eviction sites and _____ hours of my time were spent waiting for the next eviction assignment or awaiting payment from the eviction company. The evictions I participated with took place at, respectively and in sequential order (locations):_____

_____. Afterwards, I was dropped-off at approximately _noon_ a.m. / p.m. at _14M_ (location).

Page 1

_by Papges, County Union Mssn_

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ _7_ per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$ _7_ for the entire day.

6. (I have)/have not (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about _general small talk_ .

8. The best mailing address where I can be reached at is: _327 Gallatin Street NW_ _20011_

9. A phone number where I can be reached at is: _(202) 723-0337_ .

10. An email address where I can be reached at is: _____.

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:




I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7.18.07_ , 2007       X _Anthony King_

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This _18th_ day of _July_ , 2007

Page 2

<u>AFFIDAVIT</u>

I, _Montague Graham_, hereby affirm and state the following:

1. I currently live at _8460 Triple Crown Rd., Bowie, MD_ and have been living

    there since _____.

2. To the best of my memory, I have worked on a minimum of ___100___ evictions

    in the past four years. On each of these occasions, I was picked up at a location in the

    District of Columbia to perform evictions in (DC) (MD) (VA) (circle all that apply).

3. The names of the drivers or companies I remember working for are: _Troy, Fats,_

    _Butch, Brenda, Terry_____.

    To the best of my memory, in exchange for the labor I provided to the eviction

    companies on these occasions, I was generally paid at a rate of _$5/eviction_____.

4. The most recent day I performed an eviction was on _4 months ago_ (date) in

    DC / MD / VA (circle all that apply). I performed a total of ___3___ evictions

    on this day. On that day, I was engaged to perform evictions and picked-up at

    approximately _8:00_ (a.m.)/p.m. at _JOME_____ (location) by

    _____Troy_____(driver and vehicle). The first eviction of the day

    began at _9:00_(a.m.)/p.m. and took place in _Maryland_____ (location). In total, I

    spent _2½_ hours actually performing the evictions. In addition to the time spent

    working at the eviction sites, ___3___ hours of my time were spent in transit in the

    company's van between eviction sites and ___1'½___ hours of my time were spent

    waiting for the next eviction assignment or awaiting payment from the eviction company.

    The evictions I participated with took place at, respectively and in sequential order

    (locations): _Maryland_____

    _____. Afterwards, I was dropped-

    off at approximately _3:30/4_a.m. /(p.m.) at _S6ME_____ (location).

Page 1

5. In exchange for the labor I provided to the eviction company on this day, I was paid at a rate of $ ~~15~~ 5 per eviction or $_____ for a package deal or $_____ per hour. At the end of the day, I was paid a total of US$ 15 _____ for the entire day.

6. I have / (have not) (circle one) seen any communication or conversation take place between the owners, drivers, dispatchers or representatives of one eviction company and the owners, drivers, dispatchers or representatives of another eviction company.

7. (If yes to above) To the best of my knowledge the conversation was about

_____

8. The best mailing address where I can be reached at is:

0400 Triple Crown Rd.
Bowie, MD 20175
_____

9. A phone number where I can be reached at is: (240) 432-2010 (Sister Lou.)

10. An email address where I can be reached at is: _____

OTHER THINGS I REMEMBER ABOUT EVICTIONS WORK:

I have worked for Butch and ~~Fats~~ Fats, and they usually pay me $5/per eviction. Sometimes they do a package deal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-18-07 , 2007        X _____

District of Columbia SS
Subscribed and Sworn to before me, in my presence,
This 18th day of July , 2007

_____

AUSTIN A.B. OWNBEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2011

Page 2