# Exhibit B

Case 1:06-cv-01561-RJL-JMF   Document 134-7   Filed 10/29/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>individually and on behalf (RJL/JMF )<br>of all others similarly situated, )<br>   )<br>   *Plaintiffs*, )<br>   )<br>   v. )<br>   )<br>East Coast Express Eviction, et al., )<br>   )<br>   *Defendants*. )<br>_____ ) | Civil Action No. 06-cv-1561<br>)<br>Hon. Richard J. Leon |

## DECLARATION OF TANYA SMITH

I, Tanya Smith, hereby affirm and state the following:

1. I am a named defendant in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. I am the owner and manager of A 1 Evictions Services Inc. ("A 1"), an eviction services company with its primary place of business in Upper Marlboro, Maryland.

3. Since at least January 13, 2007, A 1 has paid all employees at least minimum wage for eviction services rendered.

4. For evictions in Prince George's County, Maryland, A 1 now pays $6.15 per hour to each worker. Because evictions in Prince George's County require at least 10 workers for an apartment, the minimum amount A 1 pays to workers for evictions in Prince George's County is $61.50 per hour.

5. For evictions in Washington, D.C., A 1 now pays $7 per hour to each worker, with a mandatory minimum of 4 hours pay, for a total daily minimum of $28 paid per

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

worker. Because evictions in Washington, D.C., require at least 10 workers, the daily minimum amount A 1 pays to workers for evictions in Washington, DC is $280.

6. A 1 has been forced to raise the amount we charge our customers to enable us to pay our workers minimum wage for eviction services. After raising rates for evictions, A 1 has lost more than 90% of its evictions business. Based on conversations I have had with former clients, it is my understanding that a considerable amount of the business A 1 has lost to other eviction services companies has been as a direct result of our increase in prices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/29/07

Tanya Smith
Owner, A 1 Evictions Services

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800