# EXHIBIT B

**Exhibit B**

SCHEDULE OF DIARY ENTRIES FOR MOTION TO COMPEL THE CRAWFORD DEFENDANTS

| Date | Description | Person | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/30/07 | Discussion with L. Berger regarding actions of Vincent Crawford at deposition and strategy for motion to compel in response. | L.C. Dembowski | .25 | $329 | $82.25 |
| 5/30/07 | Discussing strategy after V. Crawford left deposition refusing to answer any questions. | R.C. Gaubert | .50 | $268 | $134.00 |
| 5/30/07 | Discussing research and drafting of motion to compel with K. Burke and A. Kamhi. | R.C. Gaubert | .75 | $268 | $201.00 |
| 5/30/07 | Drafting letter to V. Crawford regarding meet and confer to comply with discovery requests and regarding schedule deposition, coordinating delivery to V. Crawford. | R.C. Gaubert | 1.75 | $268 | $469.00 |
| 5/30/07 | Meet with K. Burke and R. Gaubert, research case law, summarize cases | A. Kamhi | 1.75 | $146 | $255.50 |
| 5/30/07 | Drafting Motion to Compel | K.R. Burke | 2.25 | $268 | $603.00 |
| 5/31/07 | Researching and drafting Motion to Compel. | K.R. Burke | 1.50 | $268 | $402.00 |
| 5/31/07 | Research case law, write up case law, revise memorandum, meet with K. Burke. | A. Kamhi | 3.00 | $146 | $438.00 |
| 6/1/07 | Researching and drafting Motion to Compel. | K.R. Burke | 1.75 | $268 | $469.00 |
| 6/3/07 | Drafting Motion to Compel. | K.R. Burke | 1.25 | $268 | $335.00 |
| 6/3/07 | Drafting procedural background for Crawford motion to compel. | R.C. Gaubert | 2.50 | $268 | $670.00 |
| 6/4/07 | Research Motion to Compel. | K.R. Burke | 1.50 | $268 | $402.00 |
| 6/4/07 | Review motion to compel. | M.J. Berman | .25 | $329 | $82.25 |
| 6/5/07 | E-mails regarding motion to compel. | M.J. Berman | .25 | $329 | $82.25 |
| 6/5/07 | Drafting affidavit and motion to compel. | R.C. Gaubert | 2.0 | $268 | $536.00 |
| 6/5/07 | Revising Motion to Compel. | K.R. Burke | .25 | $268 | $66.25 |
| 6/6/07 | Reviewing motion to compel and proposed order, revising memorandum for motion and affidavit. | R.C. Gaubert | .75 | $268 | $201.00 |
| 6/7/07 | Review and comment on draft motion to compel. | M.D. Slater | .25 | $645 | $161.25 |

| 6/7/07 | Revise Crawford motion to compel. | L.F. Berger | 1.25 | $329 | $411.25 |
| --- | --- | --- | --- | --- | --- |
| 6/7/07 | Discussion with L. Berger regarding motions to compel; review draft motions to compel and draft motion to compel. | L.C. Dembowski | .25 | $329 | $82.25 |
| 6/7/07 | Review Crawford motion to compel draft. | M.J. Berman | .50 | $329 | $164.50 |
| 6/7/07 | Revising motion to compel and affidavit. | R.C. Gaubert | 1.75 | $268 | $469.00 |
| 6/7/07 | Review of draft affidavits and motions to compel. | A.M. Page | .5 | $268 | $134.00 |
| 6/8/07 | Revising brief for motion to compel based on further comments. | R.C. Gaubert | 2.0 | $268 | $536.00 |
| 6/8/07 | Revise and cite check motion to compel. | L.F. Berger | 1.00 | $329 | $329.00 |
| 6/8/07 | Review and revise motion to compel discovery; telephone conference with L. Berger regarding same. | L.C. Dembowski | .75 | $329 | $246.75 |
| 6/9/07 | Revising brief in support of motion to compel. | R.C. Gaubert | .5 | $268 | $134.00 |
| 6/11/07 | Revising motion/brief, motion to compel; coordinating filing logistics. | R.C. Gaubert | .5 | $268 | $134.00 |
| 6/12/07 | Revise motion to compel Crawford. | L.F. Berger | .25 | $329 | $82.25 |
| 6/12/07 | Review motion to compel. | M.J. Berman | .50 | $329 | $164.50 |
| 6/12/07 | Compiling exhibits for motion to compel Crawford Defendants. | A.A.B. Ownbey | 1 | $146 | $146.00 |
| 6/12/07 | Finalizing motion to compel and brief. | R.C. Gaubert | 2.50 | $268 | $670.00 |
| 6/12/07 | Preparing PDF's of Exhibits for Crawford Motion to Compel, reproducing service copies; adding Certificate of Service to Memorandum of Law; filing final document on Cm/ECF and serving Motion to Compel. | E.C. Capehart | 5.0 | $146 | $730.00 |