# EXHIBIT C

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06-CV-1561

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Notice of Electronic Filing and Civil Docket in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:02 pm on October 18, 2007, I served Vincent Crawford at 200 55th Street, NE, Apt. 24, Washington, DC 20019 by serving Vincent Crawford, personally. Described herein:

```
SEX-    MALE
AGE-    55
HEIGHT- 5'9"
HAIR-   BALD
WEIGHT- 250
RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10-19-07
             Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195914

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 1:06-CV-1561

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Notice of Electronic Filing and Civil Docket in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:02 pm on October 18, 2007, I served Crawford & Crawford at 200 55th Street, NE, Apt. 24, Washington, DC 20019 by serving Vincent Crawford, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'9"
HAIR-    BALD
WEIGHT-  250
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-19-07
            Date

*Wesley Jennings*
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195915