# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| *Plaintiffs*, ) | |
| v. ) | Hon. Richard J. Leon |
| East Coast Express Eviction, et al., ) | |
| *Defendants*. ) | |

### AFFIDAVIT OF RYAN C. GAUBERT

I hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am an associate in the Washington, D.C. office of Cleary Gottlieb Steen & Hamilton LLP and am one of the attorneys representing the plaintiffs in this litigation.

2. On October 18, 2007, I left a message with Vincent Crawford explaining the Court's October 15, 2007 order to show cause. In this message, I further explained that a response to the Court's order was due no later than October 29, 2007.

3. Also on October 18, 2007, I sent a letter to Vincent Crawford explaining the same via Federal Express. According to Federal Express' website, the letter was delivered on October 30, 2007 on the fourth delivery attempt.

Executed on November 12, 2007, in Washington, D.C.

*[signature]*
Ryan C. Gaubert
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   (202) 974-1500
Facsimile:   (202) 974-1999
*Attorney for Plaintiffs*

Jacqueline M. Brown
Notary Public, District of Columbia
My Commission Expires 1-14-2009

I JACQUELINE M. BROWN hereby certify that this is a true and correct copy of the original document.
_____Jacquelin M Brown_____ Signatory
District of Columbia : SS
Subscribed and Sworn to before me this _12th_ day of _November_ _2007_
_____ Notary Public, D.C.
My commission expires _1-14-2009_