**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**NOTICE OF ERRATA TO PLAINTIFFS' MOTION FOR SANCTIONS AND EXPENSES AGAINST DEFENDANTS VINCENT CRAWFORD AND CRAWFORD & CRAWFORD**

Plaintiffs file this notice of errata to amend an error in the service of their motion for sanctions and expenses against defendants Vincent Crawford and Crawford & Crawford (Crawford motion). Plaintiffs filed their Crawford motion on November 12, 2007 through the Court's CM/ECF system (Docket Item No. 139). Plaintiffs' filing includes an incorrect certificate of service. Plaintiffs served the Crawford motion electronically through CM/ECF on November 12, 2007, however due to a to a misunderstanding regarding the postal service, plaintiffs did not serve their Crawford motion by mail on November 12, 2007. Plaintiffs will serve their Crawford motion today, November 13, 2007.

Plaintiffs' amended certificate of service is attached hereto as Exhibit A.

                                                  Respectfully submitted,

Dated:  November 13, 2007           /s/ Lee F. Berger
                                                  Lee F. Berger  (D.C. Bar Number 482435)
                                                  Cleary Gottlieb Steen & Hamilton LLP
                                                  2000 Pennsylvania Avenue, NW
                                                  Washington, DC 20006
                                                  Telephone:    (202) 974-1500
                                                  Facsimile:     (202) 974-1999
                                                  *Attorneys for Plaintiffs Kirk Greene,
Anthony Forte, Hassan Shakur, Sandy
Green, and Donald Brooks*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On November 13, 2007, a copy of the foregoing Notice of Errata to Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford and accompanying papers were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith
>
>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Defendant Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746
>
>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated:  November 13, 2007         /s/ Emily C. Capehart
                                  Emily C. Capehart