# EXHIBIT A

Case 1:06-cv-01561-RJL-JMF    Document 140-2    Filed 11/13/2007    Page 1 of 3

AMENDED CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On November 12, 2007, a copy of the foregoing Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten

and on November 13, 2007, a copy of the foregoing Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford and accompanying documents were served by U.S. mail, first-class postage prepaid, on the following parties:

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001

>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

        Platinum Realtor Services, Inc.
        6705 McKeldin Drive
        Suitland, MD 20746

        Choya Lord Rodriguez
        6705 McKeldin Drive
        Suitland, MD 20746

        Crawford & Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Caroline Lanford
        1112 48th Street, N.E.
        Washington, D.C. 20019

        All American Eviction Company
        1112 48th Street, N.E.
        Washington, D.C. 20019

and on November 13, 2007, a copy of the foregoing Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford and accompanying documents were served by hand on the following party:

        Harry J. Ashford
        (served by hand at Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006)

Dated:  November 13, 2007                /s/ Emily C. Capehart
                                                  Emily C. Capehart