# EXHIBIT B

**Exhibit B**

SCHEDULE OF DIARY ENTRIES FOR MOTION TO COMPEL THE TERRY DEFENDANTS

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 713/07 | Draft N. Terry motion to compel. | M.J. Berman | 4.0 | $329.00 | $1,316.00 |
| 7/16/07 | Revise N. Terry motion to compel, discuss documents for Terry motion to compel with A. Ownbey. | M.J. Berman | 2.0 | $329.00 | $658.00 |
| 7/16/08 | Gathering documents in support of motion to compel N. Terry. | A. A.B. Ownbey | 4.0 | $146.00 | $584.00 |
| 7/17/07 | Discuss and review and revise motion to compel Terry. | L.F. Berger | 1.5 | $329.00 | $493.50 |
| 7/17/07 | Review and revise draft motion to compel discovery for N. Terry. | L.C. Dembowski | 1.5 | $329.00 | $493.50 |
| 7/17/07 | Revise Terry motion to compel; review protective order brief; draft affidavit in support of Terry motion to compel; e-mails regarding Terry deposition. | M.J. Berman | 3.0 | $329.00 | $987.00 |
| 7/18/07 | Attend N. Terry deposition; revise Terry motion to compel and support documents. | M. J. Berman | 1.0 | $329.00 | $329.00 |
| 7/19/07 | Review draft motion to compel discovery from N. Terry. | L.C. Dembowski | 1.0 | $329.00 | $329.00 |
| 7/19/07 | Revise Terry motion to compel and supporting documents; review Terry deposition transcript; finalize Terry motion to compel, sign and submit. | M.J. Berman | 4.5 | $329.00 | $1,480.50 |
| 7/19/07 | Preparing exhibits for motion to compel N. Terry and East Coast. | A. A.B. Ownbey | 2.5 | $146.00 | $115.00 |
| 7/19/07 | Wrote certificate of service for motion to compel against N. Terry and East Coast Express Eviction. | E.J. Davis | .25 | $146.00 | $36.50 |
| 7/19/07 | Finalization, filing and service to motion to compel N. Terry and East Coast, docketing; question regarding B. Thomas Second Amended Notice of Deposition. | E.C. Capehart | 3.0 | $146.00 | $438.00 |