# EXHIBIT B

Exhibit B

SCHEDULE OF DIARY ENTRIES FOR MOTION TO COMPEL THE PLATINUM DEFENDANTS

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 5/30/07 | Prepare letter to C. Rodriguez regarding meet and confer request in response to behavior at deposition | L.C. Dembowski | .25 | $329.00 | $82.25 |
| 5/30/07 | Drafting Motion to Compel | K.R. Burke | 2.50 | $268.00 | $670.00 |
| 5/30/07 | Meet with K. Burke and R. Gaubert, research case law, summarize cases. | A. Kamhi | 1.75 | $146.00 | $255.50 |
| 5/31/07 | Researching and drafting Motion to Compel. | K.R. Burke | 1.75 | $268.00 | $469.00 |
| 5/31/07 | Research case law, write up case law, revise memorandum, meet with K. Burke. | A. Kamhi | 3.25 | $146.00 | $474.50 |
| 6/1/07 | Researching and drafting Motion to Compel. | K.R. Burke | 1.75 | $268.00 | $469.00 |
| 6/3/07 | Drafting Motion to Compel. | K.R. Burke | 1.50 | $268.00 | $402.00 |
| 6/4/07 | E-mail exchange with team regarding motions to compel platinum defendants. | L.C. Dembowski | .50 | $329.00 | $164.50 |
| 6/4/07 | Review motion to compel. | M.J. Berman | .25 | $329.00 | $82.25 |
| 6/4/07 | Research Motion to Compel. | K.R. Burke | 1.50 | $268.00 | $402.00 |
| 6/5/07 | Review motion to compel Platinum Defendant. | L.F. Berger | 1.75 | $329.00 | $575.75 |
| 6/5/07 | Review draft motion to compel Rodriguez deposition and Platinum discovery responses. | L.C. Dembowski | .75 | $329.00 | $246.75 |
| 6/5/07 | E-mails regarding motion to compel. | M.J. Berman | .25 | $29.00 | $82.25 |
| 6/5/07 | Searching for Platinum Realtor Services Certificate of Incorporation. | A.A. B. Ownbey | 1.50 | $146.00 | $219.00 |
| 6/5/07 | Revising Motion to Compel. | K.R. Burke | .25 | $268.00 | $67.00 |
| 6/6/07 | Discuss Motion to compel with K. Burke. | L.F. Burger | .50 | $329.00 | $164.50 |
| 6/6/07 | Revising Motion and Order regarding Rodriguez Motion to Compel. | K.R. Burke | .75 | $268.00 | $201.00 |

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 6/6/07 | Reviewing Motion and Order regarding Rodriguez Motion to Compel. | K.R. Burke | .25 | $268.00 | $67.00 |
| 6/7/07 | Review and comment on draft motion to compel. | M.D. Slater | .50 | $645.00 | $322.50 |
| 6/7/07 | Discussion with L. Berger regarding motions to compel; review draft motions to compel and draft supporting documents. | L.C. Dembowski | .25 | $329.00 | $82.25 |
| 6/7/07 | Revising Rodriguez/Platinum Motion to Compel | K.R. Burke | .50 | $268.00 | $134.00 |
| 6/7/07 | Review of draft affidavits and Motions to Compel. | A.M. Page | .50 | $268.00 | $134.00 |
| 6/8/07 | Revise and cite check motion to compel Rodriguez. | L.F. Berger | 2.00 | $329.00 | $658.00 |
| 6/8/07 | Review and revise motion to compel discovery; telephone conference with L. Berger regarding same. | L.C. Dembowski | 1.00 | $329.00 | $329.00 |
| 6/8/07 | Drafted certificate of service for motion to compel against Platinum defendants; amended proposed order to comport with local rules; filed motion to compel against Platinum defendants. | E.J. Davis | 1.25 | $146.00 | $182.50 |
| 6/8/07 | Editing and filing Rodriguez/Platinum Motion to Compel | K.R. Burke | 2.75 | $268.00 | $737.00 |