# EXHIBIT C

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ashford, et al.

vs.

East Coast Express Eviction, et al.

### No. 1:06-CV-1561

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Notice of Electronic Filing and Civil Docket in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:00 pm on October 16, 2007, I served Platinum Realtor Services, Inc. at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriguez, Officer, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   46
HEIGHT-   5'11"
  HAIR-   BLACK
WEIGHT-   200"
  RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on _10-17-07_
       Date

                            MELVIN M. SHAPIRO
                            1827 18th Street, N.W.,
                            Washington, D.C. 20009
                            Our File#- 195913