# EXHIBIT D

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on October 16, 2007, a copy of each of the foregoing:

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01561-RJL-JMF

ASHFORD et al v. EAST COAST EXPRESS EVICTION et al
Assigned to: Judge Richard J. Leon
Referred to: Magistrate Judge John M. Facciola
Cause: 15:1 Antitrust Litigation

Date Filed: 09/05/2006
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

| Date | Doc # | Description |
|---|---|---|
| 10/15/2007 | 122 | ORDER granting 94 First Motion to Compel; granting 104 Second Motion to Compel; granting 119 Third Motion to Compel. This Order is accompanied by a Memorandum Opinion. Signed by Magistrate Judge John M. Facciola on 10/15/07. (lcjmf1) (Entered: 10/15/2007) |
| 10/15/2007 | 123 | MEMORANDUM OPINION accompanying 122 Order granting 94 First Motion to Compel; granting 104 Second Motion to Compel; granting 119 Third Motion to Compel. Signed by Magistrate Judge John M. Facciola on 10/15/07. (lcjmf1) (Entered: 10/15/2007) |
| 10/15/2007 |  | MINUTE ORDER granting as unopposed plaintiffs' 106 Motion to Compel Discovery Responses from Defendants Nelson Terry and East Coast Express Eviction. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendants are further ORDERED to show cause no later than October 29, 2007, why it should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1 ) (Entered: 10/15/2007) |
| 10/15/2007 | 124 | MINUTE ORDER granting as unopposed plaintiffs 101 Motion to Compel the Deposition of Otto Hines. Defendant is ORDERED to appear for deposition and answer plaintiffs questions as provided by the Federal Rules of Civil Procedure no later than November 14, 2007, irregardless of other discovery deadlines. Defendant is further ORDERED to show cause no later than October 29, 2007, why he |

| | | |
|---|---|---|
| | | should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Plaintiffs shall cause this minute order to be personally served on defendant by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1). Modified link on 10/16/2007 (nmw, ). (Entered: 10/15/2007) |
| 10/15/2007 | 125 | MINUTE ORDER granting as unopposed plaintiffs 99 Motion to Compel Discovery Responses from Defendants Crawford & Crawford and Vincent Crawford. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendant Vincent Crawford is ORDERED to appear for deposition on November 13, 2007, in Courtroom 6, where I will make myself available to both parties to address any disputes over privilege. Plaintiffs shall provide a court reporter for the deposition. Defendants are further ORDERED to show cause no later than October 29, 2007, why they should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Plaintiffs shall cause this minute order to be personally served on defendants by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007. (lcjmf1) Modified on 10/15/2007 (lcjmf1, ). Modified link on 10/16/2007 (nmw, ). (Entered: 10/15/2007) |
| 10/15/2007 | 126 | MINUTE ORDER granting as unopposed plaintiffs 97 Motion to Compel Discovery Responses from Defendants Choyo Rodriguez and Platinum Realtor Services, Inc. Defendants are ORDERED to respond to all outstanding discovery responses no later than October 29, 2007, irregardless of other discovery deadlines. Defendant Choyo Rodriguez is ORDERED to appear for deposition on November 14, 2007, in Courtroom 6, where I will make myself available to both parties to address any disputes over privilege. Plaintiffs shall provide a court reporter for the deposition. Defendants are further ORDERED to show cause no later than October 29, 2007, why they should not be responsible for all reasonable expenses incurred by plaintiffs in bringing this motion. Plaintiffs shall cause this minute order to be personally served on defendants by process server and shall file an executed affidavit of service. Signed by Magistrate Judge John M. Facciola on October 15, 2007.(lcjmf1) Modified link on 10/16/2007 (nmw, ). (Entered: 10/15/2007) |
| 10/16/2007 | | Set/Reset Deadlines: Defendants Nelson Terry and East Coast Express Eviction Responses to outstanding discovery responses due by 10/29/2007. Defendants to Show Cause by 10/29/2007. (ldc, ) Modified on 10/16/2007 (ldc, ). (Entered: 10/16/2007) |
| 10/16/2007 | | Set/Reset Deadlines: Defendants Butch Enterprises, Inc, and Irwin |

|  |  |  |
|---|---|---|
|  |  | Staten (together the "Butch Defendants") Responses to all outstanding discovery requests due by 10/29/2007. Butch Defendants to Show Cause by 10/29/2007. (ldc, ) (Entered: 10/16/2007) |
| 10/16/2007 |  | Set/Reset Deadlines: Defendant Otto Hines to Show Cause by 10/29/2007. (ldc, ) (Entered: 10/16/2007) |
| 10/16/2007 |  | Set/Reset Deadlines: Defendants Crawford & Crawford and Vincent Crawford Responses to all outstanding discovery responses due by 10/29/2007 (ldc, ) (Entered: 10/16/2007) |
| 10/16/2007 |  | Set/Reset Deadlines: Defendants Choyo Rodriquez and Platinum Realtor Services, Inc. Responses to all outstanding discovery responses due by 10/29/2007. Defendants to Show Cause by 10/29/2007. (ldc, ) (Entered: 10/16/2007) |

was served by U.S. First Class Mail with Delivery Confirmation on the following parties:

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730
gsmith@mrrlaw.net
Attorney for A 1 Eviction Services and Tanya Smith

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036
dfox159937@aol.com
Attorney for Butch Enterprises, Inc. and I. Staten

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

3

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, DC 20019

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Dated: October 16, 2007

_____
Emily C. Capehart

4