# EXHIBIT E

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C MURPHY, JR
DAVID M BECKER
GEORGE S CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D. SLATER
MICHAEL R LAZERWITZ
DAVID I GELFAND
MICHAEL A. MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
    RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DEC. HINDS
    SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A. GRIFFIN
STEVEN J KAISER
    COUNSEL

JOYCE E. MCCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P MCGILL, JR
    SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I BACHRACK
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
KATHLEEN W BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M CARROLL
JACOB M CHACHKIN*
KERRI J CHASE
SHAWN J CHEN
TAMARA S CLARK
EMILY L. COOKE*
SEAN D COREY
ALYSON J DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D MCCONNELL
PATRICIA M MCDERMOTT
ANNE NEWTON MCFADDEN
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A. MORRISSEY
DAVID NUSSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J REYNOLDS
NICOLE ROTHE
PAUL R ST LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F STANKARD*
JOSHUA B. STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
    ASSOCIATES

Writer's Direct Dial: (202) 974-1564
E-Mail: kburke@cgsh.com

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

October 19, 2007

**VIA FEDEX**

Choya Lord Rodriguez
Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Re:  Court Order Requiring Discovery Compliance In *Ashford v. East Coast Express Eviction*

Dear Mr. Rodriguez:

  As I explained in the voice message I left with you today, on October 15, 2007 the United States District Court for the District of Columbia granted plaintiffs' motion to compel discovery responses from you and your company, Platinum Realtor Services, Inc. The Court ordered you to respond to all outstanding discovery requests no later than October 29, 2007, regardless of other discovery deadlines. The Court further ordered that you must show cause no later than October 29, 2007 why you and Platinum Realtor Services, Inc. should not be responsible for all reasonable expenses incurred by plaintiffs in bringing the motion. Finally, the Court ordered you to appear for deposition on November 14, 2007 at 10:00 AM in Courtroom 6 of the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Magistrate Judge John M. Facciola will be available during the

Choya Rodriguez
October 19, 2007
Page 2

deposition to address any disputes over your Fifth Amendment privilege claims. A copy of the Court order is enclosed with this letter for your reference.

   Please feel free to contact either myself at 202-974-1564 (e-mail: kburke@cgsh.com) or Lee Berger at 202-974-1646 (e-mail: lberger@cgsh.com) if you have any questions or concerns regarding this matter. We look forward to your compliance with our discovery requests and speaking with you at the deposition.

               Sincerely,

               Kevin R. Burke

Enclosure



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 12, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **926530209151**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | SUITLAND, MD |
| **Signed for by:** | Signature release on file | **Delivery date:** | Oct 23, 2007 12:12 |
| **Service type:** | Standard Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 926530209151 | **Ship date:** | Oct 19, 2007 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
SUITLAND, MD US

**Shipper:**
WASHINGTON, DC US

**Reference**                9011238705963

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339