IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## [PROPOSED] ORDER

Pursuant to this Court's October 15, 2007 Order, and upon consideration of plaintiffs' Motion for Sanctions and the supporting Declaration filed therewith, it is this day

ORDERED as follows:

(1) that the plaintiffs' motion is granted;

(2) that, within ten days of this Order, defendants Choya Lord Rodriguez and Platinum Realtor Services, Inc. shall comply with this Court's October 15, 2007 Order to comply with all outstanding discovery requests and within ten days of this Order shall certify to the Court in writing such compliance;

(3) that defendants Choya Lord Rodriguez and Platinum Realtor Services, Inc. shall be barred from introducing any evidence or argument supported by evidence that those defendants should have produced in response to this Court's October 15, 2007 Order;

(4) that, within ten days of this Order, defendants Choya Lord Rodriguez and Platinum Realtor Services, Inc. shall pay to plaintiffs' counsel $5,079.33, in a money order or cashier's

check made out to Cleary Gottlieb Steen & Hamilton LLP, delivered to attorney Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Suite 9000, Washington, DC 20006; and

 (5) that the Clerk of the Court shall enter judgment in accordance with this Order.

_____
John M. Facciola
United States Magistrate Judge

Dated: _____

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: Mslater@cgsh.com
Email: Lberger@cgsh.com
Email: Ldembowski@cgsh.com

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email: dfox159937@aol.com

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Service, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019