# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| ) | |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v.   ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**DECLARATION OF MATTHEW D. SLATER**

Matthew D. Slater declares as follows:

  1.  I am a partner of the law firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") and have primary responsibility for our firm's services as litigation counsel for plaintiffs in the above-captioned matter. I make this Declaration from personal knowledge and would be competent to testify to the matters contained herein.

  2.  I am a 1983 graduate of the University of Chicago Law School. I joined Cleary Gottlieb in 1985 and became a partner in 1992. From 1995 to 1998, I served as Principal Deputy General Counsel of the Air Force. Following this period, I rejoined Cleary Gottlieb as a partner. I am admitted to practice law in the District of Columbia and the State of West Virginia (inactive).

  3.  My practice focuses on international litigation and arbitration, and I have extensive experience with complex federal litigation, representing clients in commercial litigation and matters involving sovereign rights and liabilities, securities, antitrust, banking,

products liability, environmental, professional liability, and constitutional law in Federal courts throughout the United States.

4. Two other partners in the firm, David Becker and Brian Byrne, who each have experience in complex federal litigation, have participated in the litigation and assisted in supervising the other lawyers who have been engaged in representing plaintiffs.

5. Under the supervision of Mr. Becker, Mr. Byrne, and me, the following associates, law clerks, paralegals, and clerks also work on this matter and have been involved in the efforts to obtain discovery from defendants Irwin Staten and Butch Enterprises, Inc.:

   a. Lee Berger (Associate): 2002 graduate of the Georgetown University Law Center, admitted to practice law in the District of Columbia and the State of California;

   b. Larry Dembowski (Associate): 2002 graduate of the Georgetown University Law Center, admitted to practice law in the District of Columbia and the State of New York;

   c. Matthew Berman (Associate): 2003 graduate of the Georgetown University Law Center, admitted to practice law in the District of Columbia and the State of Maryland;

   d. Anne Newton (Associate): 2003 graduate of the Georgetown University Law Center, admitted to practice law in the District of Columbia and the State of New York;

   e. Aaron Page (Associate): 2005 graduate of the University of Michigan Law School, admitted to practice law in the District of Columbia;

   f. Ryan Gaubert (Associate): 2006 graduate of the University of Texas School of Law, admitted to practice law in the State of Texas and the District of Columbia;

    g. Ryan Clough (Law Clerk);

    h. Alison Kamhi (Law Clerk);

    i. Joshua Stern (Law Clerk);

    j. Rachel Velkoff (Law Clerk);

    k. Jennifer Rosenberg (Law Clerk);

    l. Allison Collins (Law Clerk)

    m. Emily Capehart (Law Clerk);

    n. Austin Ownbey (Paralegal)

    o. Kyle Jackson (Paralegal); and

    p. Erika Davis (Managing Clerk).

6. Cleary Gottlieb maintains a computerized diary and billing system in which each client and matter is assigned a unique identifying number. Attorneys and other professionals record their time in the computerized system in quarter-hour increments. Cleary Gottlieb's computerized system can prepare summaries of time spent on each matter as well as expenses and disbursements incurred in connection with each matter. Cleary Gottlieb uses such summaries to prepare bills for its clients.

7. Cleary Gottlieb charges its clients for expenses and disbursements incurred in their representation. Such expenses and disbursements include filing fees, secretarial overtime, messenger services, postage, long distance telephone calls, computerized legal research, and costs associated with service of process.

8. The summary of time and expenses set forth below is derived from Cleary Gottlieb's computerized billing system using the client and matter identifier assigned to this

litigation and a review of diary and expense entries for time and expenses incurred in connection with the three motions to compel discovery from Irwin Staten and Butch Enterprises, Inc.

        9.      Cleary Gottlieb charges its clients for legal services based on hourly charges, except in the case of pro bono clients. The customary hourly charges based on which we prepare such bills exceed, in all instances, the rates contained in the "Adjusted *Laffey* Matrix" published at http://www.laffeymatrix.com/see.html, which provides average hourly rates for attorneys practicing in the Washington-Baltimore area. However, in light of the fact that Cleary Gottlieb is representing the plaintiffs in this action on a pro bono basis, we have used the lower hourly rates contained in the Adjusted *Laffey* Matrix, rather than the higher rates we use for preparing client bills, for purposes of presenting our request for attorneys' fees in response to the Court's order to show cause.

        10.     In preparing the three Motions to Compel, Cleary Gottlieb incurred 170.5 hours of attorney, paralegal, and clerk time, which, using the Adjusted *Laffey* Matrix, would result in fees in the amount of $39,489.25, broken down as follows:

| Person | Hourly Rate | Number of Hours | Amount of Fees |
|---|---|---|---|
| Matthew D. Slater | $ 645.00 | 3.00 | $ 1,935.00 |
| Matthew J. Berman | $ 329.00 | 28.00 | $ 9,212.00 |
| Lee F. Berger | $ 329.00 | 21.75 | $ 7,155.75 |
| Larry C. Dembowski | $ 329.00 | 17.00 | $ 5,593.00 |
| Anne Newton | $ 329.00 | 3.00 | $ 987.00 |
| Aaron M. Page | $ 268.00 | 1.75 | $ 469.00 |
| Ryan C. Gaubert | $ 268.00 | 1.00 | $ 268.00 |
| Austin A. Ownbey | $ 146.00 | 22.00 | $ 3,212.00 |
| Ryan Clough | $ 146.00 | 14.25 | $ 2,080.50 |
| Kyle Jackson | $ 146.00 | 14.00 | $ 2,044.00 |
| Allison Kamhi | $ 146.00 | 11.00 | $ 1,606.00 |
| Joshua Stern | $ 146.00 | 8.75 | $ 1,277.50 |
| Emily C. Capehart | $ 146.00 | 8.25 | $ 1,204.50 |
| Jennifer Rosenberg | $ 146.00 | 6.75 | $ 985.50 |
| Rachel Velkoff | $ 146.00 | 4.50 | $ 657.00 |
| Allison E. Collins | $ 146.00 | 3.25 | $ 474.50 |
| Erika Davis | $ 146.00 | 2.25 | $ 328.50 |

5

| Total | | 170.50 | $ 39,489.75 |
|---|---|---|---|

Of this amount, 75.5 hours were expended by lawyers, resulting in fees of $25,619.75. As a matter of discretion, our fee request includes only half this amount ($12,809.87).

11.   In preparing the Motions to Compel, Cleary Gottlieb incurred expenses and disbursements in the amount of $1,836.71, broken down as follows:

| Item | Amount |
|---|---|
| Legal Research (Westlaw and Lexis) | $ 937.56 |
| Duplicating/Scanning | $ 585.80 |
| Courier/Postage/Messenger | $ 313.35 |
| **Total** | **$ 1,836.71** |

12.   Accordingly, the total amount requested in attorney's fees and expenses is $28,516.58.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2007.

/s/ Matthew D. Slater
———————————————
Matthew D. Slater