# EXHIBIT B

Case 1:06-cv-01561-RJL-JMF   Document 143-3   Filed 11/21/2007   Page 1 of 8

**Exhibit B**

SCHEDULE OF DIARY ENTRIES FOR MOTIONS TO COMPEL THE BUTCH DEFENDANTS

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/04/07 | Research regarding motion to compel document production; draft motion to compel. | M. J. Berman | 3.00 | $329.00 | $987.00 |
| 4/06/07 | Draft motion to compel. | M. J. Berman | 3.50 | $329.00 | $1151.50 |
| 4/10/07 | Draft motion to compel. | M. J. Berman | 2.00 | $329.00 | $658.00 |
| 4/11/07 | Research and drafting for motion to compel; discuss motion issues with L. Berger. | M. J. Berman | 3.25 | $329.00 | $1069.25 |
| 4/12/07 | Drafting parts for motion to compel. | R. C. Gaubert | 1.00 | $268.00 | $268.00 |
| 4/19/07 | Forward motion to compel research to A. Newton. | M. J. Berman | .25 | $329.00 | $82.25 |
| 4/20/07 | Discussion with L. Berger regarding Butch Enterprises' failure to respond to discovery requests and Staten's failure to answer complaint. | L. C. Dembowski | .25 | $329.00 | $82.25 |
| 4/23/07 | Email regarding Butch Enterprises and I. Staten responses to discovery and potential motion to compel. | A. Newton | .25 | $329.00 | $82.25 |
| 4/24/07 | E-mails regarding Butch and I. Staten meet and confer and motion to compel; discuss meet and confer telephone call with A. Newton. | M. J. Berman | .50 | $329.00 | $164.50 |
| 4/30/07 | Draft motion to compel; draft affidavit in support of motion to compel; revise motion to compel, discuss same with L. Berger | M. J. Berman | 2.75 | $329.00 | $904.75 |
| 5/16/07 | Draft letter to D. Fox regarding meet and confer. | L. F. Berger | 1.00 | $329.00 | $329.00 |
| 5/16/07 | Conference L. Berger, A. Kamhi regarding motion to compel Butch/Staten discovery. | A. Newton | .50 | $329.00 | $164.50 |
| 5/17/07 | Have meet and confer with D. Fox; revise | L. F. Berger | 2.00 | $329.00 | $658.00 |

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| | letter to D. Fox. | | | | |
| 5/17/07 | E-mails regarding strategy Butch Enterprises' failures to comply with discovery. | L. C. Dembowski | .25 | $329.00 | $82.25 |
| 5/17/07 | Write motion to compel. | A. Kamhi | 4.50 | $146.00 | $657.00 |
| 5/18/07 | Various conferences and email exchanges regarding motion to compel. | A. Newton | .50 | $329.00 | $164.50 |
| 5/19/07 | Reviewing motion to compel. | A. Newton | .75 | $329.00 | $246.75 |
| 5/20/07 | Revise motion to compel against Butch Defendants. | L. F. Berger | 7.50 | $329.00 | $2467.50 |
| 5/21/07 | Email and talk with L. Dembowski about motion to compel, revise motion to compel. | L. F. Berger | 2.00 | $329.00 | $658.00 |
| 5/21/07 | Review and revise draft brief in support of motion to compel discovery from Butch Enterprises. | L. C. Dembowski | 1.75 | $329.00 | $575.75 |
| 5/21/07 | Review and revise draft motion to compel. | M. J. Berman | .50 | $329.00 | $164.50 |
| 5/21/07 | Review and edits to draft motion to compel discovery. | A. M. Page | .75 | $268.00 | $201.00 |
| 5/21/07 | Revise motion to compel, research for motion, prepare draft of affidavit, write proposed order to accompany motion to compel. | A. Kamhi | 6.50 | $146.00 | $949.00 |
| 5/22/07 | Revise motion to compel Butch Enterprises. | L. F. Berger | 2.25 | $329.00 | $740.25 |
| 5/22/07 | Review and revise draft brief in support of motion to compel discovery from Butch Enterprises. | L. C. Dembowski | 2.00 | $329.00 | $658.00 |
| 5/22/07 | Reviewed and edited motion to compel discovery responses, researched motion to compel issues and added support. | J. Stern | 3.75 | $146.00 | $547.50 |
| 5/23/07 | Review draft motion to compel, and confer with L. Berger. | M. D. Slater | 1.25 | $645.00 | $806.25 |
| 5/23/07 | Review draft affidavits and other documents in support of motion to compel discovery by Butch Enterprises. | L. C. Dembowski | 1.25 | $329.00 | $411.25 |

2

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| | Discussion and e-mail exchange with L. Berger regarding motion to compel. | | | | |
| 5/23/07 | Discuss motion to compel redraft with L. Berger. | M. J. Berman | .50 | $329.00 | $164.50 |
| 5/23/07 | Cite checking and blue booking motion to compel Butch Enterprises. | A. B. Ownbey | 4.50 | $146.00 | $657.00 |
| 5/23/07 | Meeting with L. Berger regarding Motion to Compel; edited/reviewed motion memorandum, revised affidavit; drafted Motion to Compel, revised affidavit, proofread/edited motion memorandum; additional case research for memorandum. | J. Stern | 5.00 | $146.00 | $730.00 |
| 5/24/07 | Review revised motion to compel. | L. F. Berger | 3.25 | $329.00 | $1069.25 |
| 5/24/07 | Rewrite motion to compel; discuss with L. Berger; forward to L. Berger. | M. J. Berman | 3.25 | $329.00 | $1069.25 |
| 5/25/07 | Review draft motion to compel, confer with L. Berger and L. Dembowski. | M. D. Slater | .75 | $645.00 | $483.75 |
| 5/25/07 | Revise motion to compel discovery from Butch defendants; review Affidavit of L. Berger in support of same. | L. C. Dembowski | 4.50 | $329.00 | $1480.50 |
| 5/25/07 | Revise motion to compel; review L. Berger affidavit for motion to compel. | M. J. Berman | 4.75 | $329.00 | $1562.75 |
| 5/25/07 | Preparing motion to compel Butch Enterprises. | A. B. Ownbey | 5.75 | $146.00 | $839.50 |
| 5/25/07 | Cite checking and blue booking motion to compel Butch Enterprises; preparing exhibits for brief. | A. B. Ownbey | 4.75 | $146.00 | $693.50 |
| 5/25/07 | Filed motion to compel. | E. J. Davis | 1.50 | $146.00 | $219.00 |
| 6/07/07 | Review of draft affidavits and motions to compel. | A. M. Page | 1.00 | $268.00 | $268.00 |
| 6/08/07 | Discuss Butch meet and confer with D. Fox with L. Dembowski. | L. F. Berger | .25 | $329.00 | $82.25 |
| 6/08/07 | E-mail exchange and call with L. Berger regarding meet and confer with David Fox on deposition and document issues. | L. C. Dembowski | .25 | $329.00 | $82.25 |
| 6/10/07 | Prepare for and meet and confer with | L. F. Berger | .50 | $329.00 | $164.50 |

3

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| | David Fox. | | | | |
| 6/11/07 | Attend meet and confer with D. Fox, A. Newton, review and send correspondence, call D. Fox and send D. Fox an email regarding Otto Hines deposition and other topics. | L. F. Berger | 2.00 | $329.00 | $658.00 |
| 6/11/07 | E-mails regarding D. Fox meet and confer. | M. J. Berman | .25 | $329.00 | $82.25 |
| 6/11/07 | Prepare for and meet with Butch counsel, D. Fox, follow up with L. Berger regarding the same. | A. Newton | 1.00 | $329.00 | $329.00 |
| 6/27/07 | Telephone conference with L. Berger regarding meet and confer with David Fox and discovery issues; E-mails regarding same. | L. C. Dembowski | .50 | $329.00 | $164.50 |
| 6/27/07 | E-mails regarding Gaskins deposition and motion to compel, review Fox meet and confer, discuss with L. Berger. | M. J. Berman | 1.00 | $329.00 | $329.00 |
| 7/06/07 | E-mail exchange with L. Berger regarding meet and confer letter response from David Fox. | L. C. Dembowski | .25 | $329.00 | $82.25 |
| 7/15/07 | E-mails regarding Butch response to discovery motion. | M. D. Slater | .25 | $645.00 | $161.25 |
| 7/15/07 | Review Butch Enterprises' opposition to motion to compel; email about same with group, draft response to same. | L. F. Berger | .75 | $329.00 | $246.75 |
| 7/16/07 | Review second motion to compel discovery responses from Butch and Staten. | L. C. Dembowski | 1.50 | $329.00 | $493.50 |
| 7/16/07 | Review reply in support of motion to compel discovery from Butch Enterprises and I. Staten. | L. C. Dembowski | .50 | $329.00 | $164.50 |
| 7/16/07 | Review second motion to compel Butch Enterprises; revise reply to Butch's opposition to motion to compel. | M. J. Berman | 2.25 | $329.00 | $740.25 |
| 7/16/07 | Service of motion to compel and filing. | A. E. Collins | 3.25 | $146.00 | $474.50 |
| 7/16/07 | Prepared Reply to Butch's Opposition to Motion to Compel for filing. | J. Rosenberg | 4.75 | $146.00 | $693.50 |

4

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 7/16/07 | Create exhibits for filing. | K. Jackson | 2.00 | $146.00 | $292.00 |
| 7/16/07 | Create exhibit cover sheets for filing. | K. Jackson | .75 | $146.00 | $109.50 |
| 7/17/07 | Review and revise draft motion to compel discovery from Butch Enterprises and Irwin Staten. | L. C. Dembowski | 1.50 | $329.00 | $493.50 |
| 7/17/07 | Filing second motion to compel Butch Enterprises and I. Staten. | A. B. Ownbey | 7.00 | $146.00 | $1022.00 |
| 7/17/07 | File and serve plaintiffs' Reply to Butch's Opposition; file and serve Second Motion to Compel Discovery Response from Butch and Irwin Staten. | E. C. Capehart | 3.00 | $146.00 | $438.00 |
| 7/17/07 | Edited, proofread, and prepared reply to Butch's opposition to motion to compel for filing. | J. Rosenberg | 2.00 | $146.00 | $292.00 |
| 7/17/07 | Consulted examples and then drafted second motion to compel discovery responses from defendants Butch Enterprises, Inc. and Irwin Staten and proposed order to compel. | R. Velcoff | .75 | $146.00 | $109.50 |
| 7/17/07 | Communicated with paralegal regarding various components of motion to compel discovery responses. | R. Velcoff | .25 | $146.00 | $36.50 |
| 7/17/07 | Cite-checked and proofread memorandum of law in support of second motion to compel discovery responses from defendants Butch Enterprises, Inc and Irwin Staten; entered revisions. | R. Velcoff | 3.50 | $146.00 | $511.00 |
| 8/02/07 | E-mails regarding new motion to compel Butch Enterprises | M. J. Berman | .25 | $329.00 | $82.25 |
| 8/03/07 | Email D. Fox regarding meet and confer. | L. F. Berger | .25 | $329.00 | $82.25 |
| 8/13/07 | Meeting with L. Berger regarding motion to compel discovery; read relevant discovery requests, past motions to compel; began drafting motion to compel. | R. Clough | 2.75 | $146.00 | $401.50 |
| 9/07/07 | Revised third motion to compel discovery for Butch Enterprises, related email to L. Dembowski. | R. Clough | 1.75 | $146.00 | $255.50 |

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 9/18/07 | Third motion to compel Butch Enterprises: revised memorandum of law. | R. Clough | 2.00 | $146.00 | $292.00 |
| 9/19/07 | Review draft third motion to compel discovery from Butch defendants. E-mails with L. Berger and K. Jackson regarding same. | L. C. Dembowski | .50 | $329.00 | $164.50 |
| 9/19/07 | Third motion to compel Butch Enterprises: reviewed/revised memorandum of law, Berger affidavit, motion, related emails to E. Davis, L. Berger, L. Dembowski. | R. Clough | 4.25 | $146.00 | $620.50 |
| 9/20/07 | Read brief and look for exhibits and documents for Third MTC. | K. Jackson | 4.00 | $146.00 | $584.00 |
| 9/21/07 | Review draft third motion to compel discovery from Butch defendants and related documents; discussion with K. Jackson regarding same. | L. C. Dembowski | 1.75 | $329.00 | $575.75 |
| 9/21/07 | Compile exhibits and cite check Third Motion to Compel. | K. Jackson | 5.00 | $146.00 | $730.00 |
| 9/24/07 | Review and comment on draft motion to compel. | M. D. Slater | .75 | $645.00 | $483.75 |
| 9/27/07 | Motion to compel Butch Enterprises: revised memo of law, wrote meet and confer certification and proposed order, telephone calls with E. Davis regarding preparing for filing. | R. Clough | 2.50 | $146.00 | $365.00 |
| 9/28/07 | Prepared third motion to compel Butch Enterprises for filing; discussed with E. Capehart. | E. J. Davis | .50 | $146.00 | $73.00 |
| 9/28/07 | Preparation for filing motion to compel Butch Enterprises; telephone call with K. Jackson. | R. Clough | 1.00 | $146.00 | $146.00 |
| 9/28/07 | Tentative Third motion to Compel Butch filing (finalization). | E. C. Capehart | 2.75 | $146.00 | $401.50 |
| 9/28/07 | Final review of Third MTC and prepare motion, memo and exhibits to be filed. | K. Jackson | 1.50 | $146.00 | $219.00 |
| 10/01/07 | Review third motion to compel Butch discovery responses; E-mail exchange regarding finalizing same with K. Jackson. | L. C. Dembowski | .25 | $329.00 | $82.25 |

6

| DATE | DESCRIPTION | PERSON | HOURS | RATE | TOTAL |
|------|-------------|--------|-------|------|-------|
| 10/01/07 | Prepared third motion to compel Butch Enterprises for filing. | E. J. Davis | .25 | $146.00 | $36.50 |
| 10/01/07 | Organization, filing and service of Third MTC Butch. | E. C. Capehart | 2.50 | $146.00 | $365.00 |
| 10/01/07 | Finalize signatures and exhibits for memo being filed with court. | K. Jackson | .75 | $146.00 | $109.50 |