# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| _____) | |

## AFFIDAVIT OF LEE F. BERGER

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs (other than Mr. Ashford) in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. On October 15, 2007, the Court granted plaintiffs' three Motions to Compel and ordered Irwin Staten and Butch Enterprises, Inc. (the "Butch Defendants") to: (a) submit responses to all outstanding discovery requests, and (b) show cause why they should not be responsible for all reasonable expenses incurred by plaintiffs in bringing the motions to compel, in each case no later than October 29, 2007. As of the date of this affidavit, plaintiffs have not received a response from the Butch Defendants to any of the outstanding document requests and have not been provided with an opportunity to inspect the vehicles requested in Plaintiffs' Third Request for the Production of Documents and the Inspection of Tangible Things from Butch Enterprises, Inc., served June 28, 2007.

3. To the best of my knowledge, as of the date of this affidavit, the Butch Defendants have not responded to the Court's Show Cause Order, issued on October 15, 2007, or to the Court's Minute Order dated October 30, 2007 providing the Butch Defendants with an additional 10 days to show cause.

4. On November 19, 2007, I sent to David Fox, attorney for the Butch Defendants, a letter via facsimile and first class mail, requesting that we meet and confer regarding our motion for attorney's fees, and the overdue discovery responses. In that letter, I informed Mr. Fox that on November 21 we would file a motion for attorney's fees related to the three motions to compel filed against the Butch Defendants if we did not hear back from him. Mr. Fox did not respond to our letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2007

Lee F. Berger (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs Donald Brooks, Alvin Eugene Dozier, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

District of Columbia,
Subscribed and sworn to before me this 21st day of November, 2007
Cheyenne K. Cashin

CHEYENNE K. CASHIN
District of Columbia
Commission Expires: January 31, 2009

2