# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## **[PROPOSED] ORDER**

Pursuant to this Court's October, and upon consideration of plaintiffs' Motion for Sanctions and the supporting Declaration filed therewith, it is this day

ORDERED as follows:

(1) that the plaintiffs' motion is granted;

(2) that, within ten days of this Order, defendants Irwin Staten and Butch Enterprises, Inc. shall comply with this Court's October 15, 2007 Order to comply with all outstanding discovery requests and within ten days of this Order shall certify to the Court in writing such compliance;

(3) that defendants Irwin Staten and Butch Enterprises, Inc. shall be barred from introducing any evidence or argument supported by evidence that those defendants should have produced in response to this Court's October 15, 2007 Order;

(4) that, within ten days of this Order, defendants Irwin Staten and Butch Enterprises, Inc. shall pay to plaintiffs' counsel $28, 516.58, in a money order or cashier's check

made out to Cleary Gottlieb Steen & Hamilton LLP delivered to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006; and

    (5) that the Clerk of the Court shall enter judgment in accordance with this Order.

                     John M. Facciola
                     United States Magistrate Judge

Dated: _____

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019