)   Case No.: 1:06cv1561