# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,** ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No.: 1:06cv1561 |
| v. ) | |
| ) | Judge: Richard J. Leon |
| **EAST COAST EXPRESS EVICTION, et al.,** ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF DEFENDANTS I.STATEN AND BUTCH ENTERPRISES, INC. RELATING TO DISCOVERY

Comes now Defendants I. Staten (Staten), and Butch Enterprises, Inc. (Butch), by counsel, to state that this 11th day of December, the above Defendants have submitted to Plaintiffs supplemental Responses to Interrogatories and Requests For Production Of Documents, and Defendants Staten and Butch will retain copies of same as required by Rule.

Respectfully submitted,

/s/
David E. Fox, Esq.
*Attorney for Defendants I.Staten and Butch Enterprises, Inc.*
1325 Eighteenth Street, NW, Suite 103
Washington, D.C.  20036
(202) 955-5300

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al.,**   )<br>)<br>Plaintiffs   )<br>)<br>v.   )<br>)<br>**EAST COAST EXPRESS EVICTION, et al.,**   )<br>)<br>Defendants.   )<br>) | Case No.: 1:06cv1561<br><br>Judge: Richard J. Leon |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Statement Relating To Discovery, was served by electronic transmission through the Court's CM/ECF system to:

J. Wyndal Gordon, Esq. and Stephanie D. Kinder, Esq.
*Attorneys for Defendant Bob Ward and*
*A & A Cardinal Eviction*
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202,

Gina M. Smith, Esq.
*Attorney for A 1 Eviction Services and Tanya Smith*
6801 Kenilworth Avenue, #400
Riverdale Park, Maryland 20730,

and via U.S. Mail, postage prepaid, to:

Lloyd J. Eisenberg, Esq.              East Coast Express Evictions
*Attorney for Big Time Movers*        29 U Street, NW
10632 Little Columbia Parkway, Suite 430   Washington, DC 20001,
Columbia, Maryland 21044,

| | |
|---|---|
| Nelson Terry<br>29 U Street, NW<br>Washington, DC 20001, | Caroline Lanford<br>1112 Forty-eighth Street, NE<br>Washington, DC 20019, |
| All American Eviction Company<br>1112 Forty-eighth Street, NE<br>Washington, DC 20019, | Platinum Realtor Services, Inc.<br>6705 McKeldin Drive<br>Suitland, MD 20746 |
| Choya Lord rodriguez<br>6705 McKeldin Drive<br>Suitland, MD 20746 | Crawford & Crawford<br>200 55th Street, NE<br>Apt. #24<br>Washington, DC 20019 |
| Vincent Crawford<br>200 55th Street, NE<br>Apt. #24<br>Washington, DC 20019 | |

this   11th   day of   December  , 2007.

                                        /s/
                                        David E. Fox, Esq.
                                        *Attorney for Defendant I. Staten*
                                        1325 Eighteenth Street, NW, Suite 103
                                        Washington, D.C.  20036
                                        (202) 955-5300