UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRY JAKEYIA ASHFORD, et al**.<br><br>**Plaintiffs,**<br><br>v.<br><br>**EAST COAST EXPRESS EVICTION, et al**.<br><br>**Defendants.** | Civil Action 06-1561 (RJL/JMF) |

**ORDER**

Pursuant to this Court's Order dated October 15, 2007, and this Court's Order dated October 30, 2007, and upon consideration of <u>Plaintiffs' Motion for Sanctions and Expenses Against Defendants Nelson Terry and East Coast Express Eviction</u> [#141] ("Motion"), and no opposition thereto having been filed, it is hereby, **ORDERED**, pursuant to Local Rule 7(b), that:

(1)     Plaintiff's Motion is **GRANTED**;

(2)     Within ten days of this Order, defendants Nelson Terry and East Coast Express Eviction ("Defendants") shall comply with this Court's Order, dated October 15, 2007, and within ten days of this Order shall certify to the Court in writing such compliance;

(3)     Defendants shall be barred from introducing any evidence or argument supported by evidence that Defendants should have produced in response to this Court's Order, dated October 15, 2007;

- 2 -

(4)    Within ten days of this Order, Defendants shall pay to Plaintiffs' counsel $3.897.57 in a money order or cashier's check made out to Cleary Gottlieb Steen & Hamilton LLP, delivered to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C., 20006; and

(5)    The Clerk of the Court shall enter judgment in accordance with this Order.

**SO ORDERED.**

Date:   December  14, 2007                                /s/

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE