UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

Plaintiffs,

v.

EAST COAST EXPRESS EVICTION, et al.

Defendants.

Civil Action 06-1561 (RJL/JMF)

FILED

DEC 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JUDGMENT

This action came on for hearing before the Court, Honorable John M. Facciola, Magistrate Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that plaintiffs' counsel Cleary Gottlieb Steen & Hamilton LLP recover of the defendants Irwin Staten and Butch Enterprises, Inc. the sum of twenty-eight thousand five hundred and sixteen dollars and fifty-eight cents ($28,516.58).

**SO ORDERED.**

_____
Clerk of the Court

Dated: 12/14/07