# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

    Plaintiffs,        :

                    :       Case No. 1:06cv1561

    v.             :

                    :       Judge: Richard J. Leon

EAST COAST EXPRESS EVICTION, et al.  :

                    :

    Defendants.       :

## DEFENDANT'S SUPPLEMENTAL REPLY
## TO PLAINTIFF'S REQUEST FOR PRODUCTION
## OF DOCUMENTS

Defendant Staten has re-searched the office of Butch Enterprises and submits herewith:

1.    Check Register

2.    DMV Registration.

Defendant has no other requested documents.

David E. Fox
D.C. Bar No.: 165258
1325 18th Street, N. W.
Suite 103
Washington, D. C. 20036
(202) 955-5300

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing Defendants' Supplemental Reply to Plaintiff's Request for Production of Documents this _____ day of December, 2007, to Lee F. Burger, Esquire,  Matthew D. Slater, Esquire, and Larry C. Dembowski, Esquire, Cleary, Gottlieb, Steen & Hamilton, LLP, 2000 Pennsylvania Avenue, N. W., Washington, D. C. 20006-1801;  Gina M. Smith, Esquire, Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Avenue, Suite 400, Riverdale Park, MD  20730, Attorney for A 1 Eviction Services and Tanya Smith; and to Lloyd J. Eisenberg, Esquire, 10632 Little Columbia Parkway, Suite 430, Columbia, Maryland  21044, Attorney for Big Time Movers.

_____
David E. Fox

VSA-0 (REV 08/06)

## **dmv** VIRGINIA MOTOR VEHICLE REGISTRATION

| Title Number 76331380 | Veh. Identification Number (VIN) 1GAFG35K4H7146639 | | Date Issued 06/30/07 | | Plate Number JDU9494 | | Plate Type PASI | | Sticker | | Expiration Date 06/30/09 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vehicle Make CHEVROLET | Model | | | Body VAN | | | | Year 1987 | Color BLU/GRY | Fuel GAS | Vehicle Use PRIVATE | Axles 2 |
| Purchase Date 06/22/03 | Odometer at Titling 84537 ACTUAL | Lien at Reg N | EW 5326 | GW | GVWR | GCWR | Unit # | | | | | |

STATEN,IRWIN JEROME
11912 BIG BEN BLVD
FREDERICKSBURG VA 22407-8582

STAFFORD COUNTY

CMA   673
067316



**DMV verifies insurance coverage of all registered vehicles. If you cancel your insurance, notify DMV and return the license plates. If you do not notify DMV, your driver's license will be suspended and all of your vehicle license plates will be cancelled.**

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

 **dmv**    VIRGINIA MOTOR VEHICLE REGISTRATION    VSA-0 (REV 08/05) (S)

| Title Number 76389776 | Veh. Identification Number (VIN) 2B7KB31Z5VK560183 | | Date Issued 07/31/07 | Plate Number JUH9091 | Plate Type PASI | Sticker | Expiration Date 07/31/09 |
|---|---|---|---|---|---|---|---|
| Vehicle Make DODGE | Model RAM VAN | | Body VAN | Year 1997 | Color WHI | Fuel GAS | Vehicle Use PRIVATE    Axles 2 |
| Purchase Date 06/06/05 | Odometer at Titling 156127 ACTUAL | Lien at Reg Y | EW 4219    GW | GVWR 10000 | GCWR    Unit # | | |

PAID #345LXF

JUL 3 1 2007

STA345

STATEN,IRWIN JEROME
11912 BIG BEN  BLVD
FREDERICKSBURG VA 22407-8582

STAFFORD COUNTY

CMA   345
345LXF

**DMV verifies insurance coverage of all registered vehicles. If you cancel your insurance, notify DMV and return the license plates. If you do not notify DMV, your driver's license will be suspended and all of your vehicle license plates will be cancelled.**

This card must be carried in the motor vehicle when in operation but does not permit holder to operate a motor vehicle.

VRUT

PLEASE CHECK YOUR CHOICE

**CHECK HERE TO ORDER NEW PLATES** (see instructions on back)

**THIS VEHICLE IS FOR** (Check one of the boxes below)
X Personal Use    Business Use

Registration fee
$46.50    FOR 1 YEAR

$93.00    FOR 2 YEARS

VIN: 1FBJS31H9THB05697

| PLATE NUMBER | PLATE TYPE STKR | TITLE NUMBER | LAST 4 DIGITS OF VIN | VEHICLE MAKE | YEAR | EW | GW | GVWR | GCWR | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| JUH9082 | PASI | 76389778 | 5697 | FORD | 1996 | 4400 | | | | 07/31/08 09 |

Credit Card Number

Expiration Date

200

**EMISSIONS INSPECTION REPORT REQ'D**
**TAKE THIS TO EMISSIONS TEST STATION**

STATEN,IRWIN JEROME
11912 BIG BEN  BLVD
FREDERICKSBURG VA 22407-8582

Vehicle is garaged/parked in
**STAFFORD COUNTY**

76389778    21341809000902404040000000000000004650009300

**Signature** I certify that the insurance information on the back of this application and other information I have provided is accurate. If I have provided my credit card number, I authorize use of this number for payment. (Authorized representatives must sign on behalf of a company or corporation.)

Daytime Telephone Number _____

10    Signature_____    Date _____



3302

105





SAFEGUARD 30LGG1-G14

**3311**

DATE 9-18-06

TO city of manassss

DEPOSITS 966 01

FOR Taxes

THIS CHECK 66 26

225585

BALANCE 899 75

---

**3312**

DATE 9-18-06

TO city of man

DEPOSITS 899 75

FOR Taxes

THIS CHECK 57 11

225583

BALANCE 842 64

---

**3313**

BALANCE BROUGHT FORWARD 842 64

DATE 9-18-06

TO sprint

FOR 43024026

THIS CHECK 740 01

BALANCE 101 73















· 3296

BALANCE
BROUGHT
FORWARD

DATE ........... 7-24-06

TO ...........

EVICTION

FOR ...........

| TOTAL | |
| THIS CHECK | 825 |
| OTHER | |

TAX DEDUCTIBLE

BALANCE



3297

BALANCE
BROUGHT
FORWARD

DATE ........... 7-25-06

TO ........... CAR

FOR ........... VAN REPAIR
BRAKES + SHOCKS

| TOTAL | | |
| THIS CHECK | 1314 | 22 |
| OTHER | | |

TAX DEDUCTIBLE

BALANCE



3298

BALANCE
BROUGHT
FORWARD

DATE ........... 8-11-06

TO ........... Prin. Brochures

FOR ...........

| TOTAL | |
| THIS CHECK | 1000 |
| OTHER | |

TAX DEDUCTIBLE

BALANCE



3299

BALANCE
BROUGHT
FORWARD

DATE

TO

FOR

DEPOSITS

TOTAL

THIS
CHECK  4 05  83

OTHER

TAX
DEDUCTIBLE  BALANCE



3300

BALANCE
BROUGHT
FORWARD

DATE

TO

FOR

DEPOSITS

TOTAL

THIS
CHECK  193  00

OTHER

TAX
DEDUCTIBLE  BALANCE



3301

BALANCE
BROUGHT
FORWARD

DATE

TO

FOR

DEPOSITS

TOTAL

THIS
CHECK  225

OTHER

TAX
DEDUCTIBLE  BALANCE











3308

BALANCE
BRC JG:

DATE 9-18-06

TO Verizon

DEPOSITS

1364 | 51

FOR phones + pap

TOTAL

THIS CHECK 279 | 02

OTHER

TAX DEDUCTIBLE

BALANCE 1085 | 49

---

3309

BALANCE BROUGHT FORWARD

DATE 9-18-06

TO City Manassas

DEPOSITS

1085 | 49

FOR Decals

TOTAL

THIS CHECK 31 | 10

24626d

OTHER

TAX DEDUCTIBLE

BALANCE 1054 | 39

---

3310

BALANCE BROUGHT FORWARD

DATE 9-18-06

TO City Manassas

DEPOSITS

1054 | 39

FOR 225587

TOTAL

THIS CHECK 88 | 38

OTHER

TAX DEDUCTIBLE

BALANCE 966 | 01



3311

DATE 9/18/06

TO city of MANASSS

DEPOSITS 966 01

FOR ✓TAXES

THIS CHECK 66 26

225585

OTHER

BALANCE 899 75

3312

BALANCE BROUGHT FORWARD

DATE 9-18-06

TO city of MAN

DEPOSITS 899 75

FOR TAXES

TOTAL

THIS CHECK 57 11

225583

OTHER

BALANCE 842 64

3313

BALANCE BROUGHT FORWARD 842 64

DATE 9-18-06

TO sprint

DEPOSITS

FOR 430240246

TOTAL

THIS CHECK 740 91

OTHER

BALANCE 101 73









**3323**

BALANCE
BROUGHT
FORWARD

DATE _____ 10-19-06

TO _____ Nextel

DEPOSITS

TOTAL

THIS CHECK    135 | 25

OTHER

BALANCE

TAX DEDUCTIBLE

SAFEGUARD 301-261-7514

---

**3324**

BALANCE
BROUGHT
FORWARD

DATE _____ 10-19-06

TO _____ Capitol ONE

DEPOSITS

TOTAL

THIS CHECK    50 —

OTHER

BALANCE

TAX DEDUCTIBLE

---

**3325**

BALANCE
BROUGHT
FORWARD

DATE _____ 11-20-06

TO _____ The Hartford

DEPOSITS

TOTAL

THIS CHECK    789 | 52

OTHER

BALANCE

TAX DEDUCTIBLE





**3329**

BALANCE
BROUGHT
FORWARD

DATE _____

TO _____

DEPOSITS

TOTAL

THIS
CHECK

FOR _____

OTHER

TAX
DEDUCTIBLE

BALANCE

SAFEGUARD 301-261-7514

---

**3330**

BALANCE
BROUGHT
FORWARD

DATE ___ 12/1/06 ___

TO __ SPRINT __

DEPOSITS

TOTAL

THIS
CHECK 259 4

FOR _____

OTHER

TAX
DEDUCTIBLE

BALANCE

---

**3331**

BALANCE
BROUGHT
FORWARD

DATE ___ 12/1/06 ___

TO __ HSBC __

DEPOSITS

TOTAL

THIS
CHECK 156 7

FOR _____

OTHER

TAX
DEDUCTIBLE

BALANCE









3341

BALANCE
BROUGHT
FORWARD

DATE 2-6-07

TO

DEPOSITS

FOR VERIZON
WIRELESS

TOTAL

THIS CHECK 547 | 95

OTHER

TAX DEDUCTIBLE

BALANCE

SAFEGUARD 301-261-7514

3342

BALANCE
BROUGHT
FORWARD

DATE 3 1 07

TO Everest

DEPOSITS

FOR

TOTAL

THIS CHECK 400

OTHER

TAX DEDUCTIBLE

BALANCE

3343

BALANCE
BROUGHT
FORWARD

DATE 3-2-07

TO Berlotti

DEPOSITS

FOR

TOTAL

THIS CHECK 600

OTHER

TAX DEDUCTIBLE

BALANCE























