# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA 

HARRY J. ASHFORD, ET AL.,        :      Docket No. CV06-1561
                                 :      (RJL)
              Plaintiffs,         :
                                 :      December 4, 2007
                                 :
v.                               :      2:30 p.m.
                                 :
EAST COAST EXPRESS EVICTION,     :
ET AL.,                          :
              Defendants.         :
. . . . . . . . . . . . . . .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:              LARRY C. DEMBOWSKI, ESQ.
                                 LEE F. BERGER, ESQ.
                                 Cleary Gottlieb Steen &
                                      Hamilton, LLP
                                 2000 Pennsylvania Avenue, NW
                                 Washington, DC 20006

For the Defendants
Tonya Smith and
A 1 Eviction Services:           GINA MARIE SMITH, ESQ.
                                 Meyers Rodbell & Rosenbaum, PA
                                 6801 Kenilworth Avenue
                                 Riverdale, Maryland 20737

Court Reporter:                  PATTY ARTRIP GELS, RMR
                                 Official Court Reporter
                                 Room 4700-A, U.S. Courthouse
                                 Washington, D.C. 20001

1   Enterprises and Irwin Staten as previously mentioned.

2          Also outstanding on the docket for your Honor is the

3   outstanding Motion For Leave To Amend The Complaint to which

4   none of the Defendants have filed any kind of objection and also

5   the Motion For Default Injunction also to which there has been

6   no opposition.

7          THE COURT:  All right.

8          MR. BERGER:  Thank you, your Honor.

9          THE COURT:  Now, have you been getting the documents

10  you need from A 1?

11         MR. BERGER:  We have been getting cooperation from A 1

12  which has settled with us, your Honor.

13         THE COURT:  All right.  Very good.  Thank you.

14         MR. BERGER:  Thank you.

15         THE COURT:  Mr. Fox.

16         MR. FOX:  Yes, your Honor.

17         THE COURT:  What's the problem with the complying with

18  Judge Facciola's orders?  Is there some issue here?

19         MR. FOX: The problem, your Honor, is that I have a

20  client who really doesn't have much in the way of records.  We

21  will provide Mr. Berger with everything that we have Tuesday of

22  next week.  We have been working rather diligently, but they

23  certainly don't keep records.

24         THE COURT:  Well, you know, the rules of procedure

25  don't require you to produce that which you don't have.  I mean

1    if you don't have it, you don't have it; and, of course,

2    obviously your client will be held accountable to the extent

3    that's legally appropriate for not having them, but no one is

4    asking anyone to produce things they don't keep, don't have.

5           You need to comply with Judge Facciola's orders within

6    the time frame set so --

7           MR. FOX:  Your Honor is absolutely correct.  I

8    understand that.  I have been pushing on Butch Enterprises very

9    hard to keep searching.  The reason, your Honor, is one of the

10   men who works for Butch Enterprises said that there is some

11   papers kept in the van.  We have had just a heck of a time

12   trying to figure out what he meant by that.  We are working on

13   that.

14          THE COURT:  Whose van are we talking about here?

15          MR. FOX:  A van that is used by Butch Enterprises to

16   carry people to the eviction sites.  He has I think three vans.

17          THE COURT:  Has anyone gone and looked in these vans?

18          MR. FOX:  Yes, your Honor.

19          THE COURT:  Did you find anything?

20          MR. FOX:  There were some crumpled up papers.  We are

21   chasing them down to see if there is something else.

22          THE COURT:  All right.  Well, let's see what next

23   Tuesday brings here.  And how about the Interrogatories? Are you

24   going to have those done by Tuesday?

25          MR. FOX:  Yes, your Honor, we will.

1          THE COURT:  And was there something else, Mr. Berger,

2     he was supposed to get in by --

3          MR. BERGER:  Yes, your Honor.  We had requested to

4     inspect those vans.  What Mr. Fox is referring to is that Mr.

5     Gaskins, a Butch Enterprises employee who oversees evictions,

6     had testified that at each eviction he makes a record of both a

7     work order which gives the details about the eviction that took

8     place and also wage records.

9          And he testified that not only does he FAX those

10    documents to Butch Enterprises, but that he also keeps copies of

11    those in the vans.  So we had requested to inspect the vans to

12    see the documents that Mr. Gaskins had testified are kept in the

13    vans since no other documents have been produced to us to date.

14         At the hearing on October 30th before  Magistrate Judge

15    Facciola, Mr. Fox represented that we would be able to look at

16    those vans well in advance of the deadline for discovery on

17    November 19th and also in advance of the depositions which were

18    supposed to happen by November 19th but which Magistrate Judge

19    Facciola said we should first get the documents before holding

20    the depositions.

21         THE COURT:  Well, that makes sense.  So will they be

22    available to be inspected, these vans?

23         MR. FOX:  Yes, your Honor. I have been working on that.

24    We are trying to have them in a place where we can get Mr.

25    Berger or his assistant into the place, and that's going to

1   happen -- at least we will invite them in the time period of 7

2   to 14 days.

3          THE COURT:  All right.  Well, if you don't have them

4   available -- why don't we do this.  Why don't we give you a

5   deadline.  How's that? Have you got your calendar there?

6          MR. FOX:  I do, your Honor.

7          THE COURT:  The 14th is a week from Friday so you got

8   between now and next Friday, the 14th to make them available for

9   them to take a look at them.  Pick a place that works for

10  everyone's convenience there, and then Mr. Berger or one of his

11  colleagues will go look at them and report to him if he can't

12  go.  That's basically ten days roughly.

13         MR. FOX:  That's fine, your Honor.

14         THE COURT:  So get it done for next week.  So that's

15  all done.  So Tuesday you will have all the discovery in.  By

16  Friday the vans will have been looked at.  What else do you

17  need?

18         MR. BERGER:  We need the documents and the

19  Interrogatory responses to all of our --

20         THE COURT:  You are going to get those Tuesday.  If he

21  doesn't give them to you Tuesday, he is going to have a problem.

22         MR. BERGER: Yes, your Honor.

23         THE COURT: You heard that, right, Mr. Fox?

24         MR. FOX:  I do hear you.

25         THE COURT:  Very good.