# EXHIBIT D

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
  RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DeC. HINDS
  SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
  COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR
  SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M. CARROLL
JACOB M. CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

December 12, 2007

**VIA FAX AND FIRST CLASS MAIL**

David E. Fox, Esq.
David E. Fox & Associates
1325 Eighteenth Street, N.W.
Suite 103
Washington, DC 20036

Re: Discovery Documents, Inspection of Vans, and Depositions

Dear Mr. Fox:

We write to address outstanding issues regarding discovery. First, we note the notice of production of responses to our document requests and interrogatories that you filed with the Court yesterday did not indicate the manner in which you were serving those responses on us. We assume that the materials have been placed in the mail to us and look forward to receiving them soon. If this assumption is incorrect, please let us know when and by what means we should expect the materials. Additionally, in light of the short time remaining between now and the anticipated date of depositions of Mr. Irwin Staten and Ms. Kimbra Staten, we would appreciate it if you could fax to us today a copy of the interrogatory responses as well as the written response to our document requests required by Rule 34(b) and any log of privileged documents you are withholding from production.

David E. Fox, Esq.
December 12, 2007
Page 2

      Second, at last week's status conference the Court instructed Butch Enterprises to make its vans available for plaintiffs' inspection by this Friday at a time convenient for both parties, and you indicated that you would be in touch with us to make those arrangements. So far, you have not contacted us about this. We propose that the vans be brought to the I Street entrance of our office building at 2000 Pennsylvania Avenue, N.W., at 3:00 p.m. on Friday, December 14. It is our understanding that most eviction work in and around the District is completed by this time of the day, and we expect that this proposal will impose the least burden on your clients. Please let us know as soon as possible if you are amenable to this arrangement.

      Third, at last week's status conference the Court ordered Butch Enterprises to provide Mr. Staten and Ms. Staten for deposition during the week of Christmas. You proposed holding both depositions on Friday, December 28, 2007. We are available on that date, but if your and your clients' schedule will accommodate it, we would prefer holding these depositions on Thursday, December 27, 2007, starting at 10 a.m. Please let us know if you and your clients are available on December 27. If you and your clients are unavailable on December 27 then we can proceed with the deposition on December 28, 2007, starting at 8 a.m. We further propose that the depositions be taken in our office at 2000 Pennsylvania Ave, N.W., Suite 9000, Washington, D.C. We agree to begin both depositions in succession on the same day in light of your representation that Ms. Staten is unlikely to possess much relevant information. However, as we have noted before and as Judge Leon acknowledged at last week's conference, if the depositions run longer than seven hours combined, we reserve the right to continue the depositions. We propose that such continuation take place on January 3, 2008, if needed. Furthermore, in the event Butch Enterprises' and Mr. Staten's responses to our prior discovery requests prove to be incomplete or untimely or additional motion practice is required as a result of insufficiencies in those responses, we reserve the right to depose either witness again if necessary.

      Please let us know whether our proposals for inspection of the vans and for the timing of Mr. and Ms. Staten's depositions are acceptable as soon as possible.

                                   Sincerely,

                                   Lee F. Berger
                                   Larry C. Dembowski