# EXHIBIT E

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W
WASHINGTON, D.C. 20006-1801
(202) 974-1500

| FACSIMILE | | | |
|---|---|---|---|
| **From** | Lee F. Berger | **Date** | December 14, 2007 |
| **Sender's direct dial** | 202-974-1646 | **For retransmission** | 202-974-1666 |
| **Sender's fax** | 202-974-1999 | **Total pages sent** | 13 |
| **To** | **At** | **Fax** | **Phone** |
| David E. Fox | | 202-872-0200 | 202-955-5300 |

Re: <u>Ashford, et al. v. East Coast Express Evictions et al., No. 06-cv-1561 (RJL) (D.D.C.)</u>

Please see attached.

This facsimile message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you have received this facsimile message in error, please do not read, copy or disseminate Notify us immediately by telephone and return the original facsimile to us by mail.

Sender's ID  05755                                              Our ref # 90112-387

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

2000 PENNSYLVANIA AVENUE, N W
WASHINGTON, D C 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L BACHMAN, JR
SARA D SCHOTLAND
JOHN S MAGNEY
MARK LEDDY
JOHN C MURPHY JR
DAVID M BECKER
GEORGE S CARY
JANET L WELLER
MITCHELL S DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D SLATER
MICHAEL R LAZERWITZ
DAVID I GELFAND
MICHAEL A MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M BERGEN
DEREK M BUSH
PAUL D MARQUARDT
BRIAN BYRNE
   RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B SILVER
RICHARD DEC HINDS
   SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A GRIFFIN
STEVEN J KAISER
   COUNSEL

JOYCE E McCARTY
KAREN A KERR
SCOTT R GOODWIN
JOHN P McGILL, JR
   SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M BABOUNAKIS
MATTHEW I BACHRACK
JENNIFER S BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE
KATHLEEN W BRADISH*
LEAH BRANNON
KEVIN R BURKE*
JEREMY CALSYN
KATHERINE M CARROLL
JACOB M CHACHKIN*
KERRI J CHASE
SHAWN J CHEN
TAMARA S CLARK
EMILY L COOKE*
SEAN D COREY
ALYSON J DAIS
LARRY C DEMBOWSKI
ALINA D ELDRED
DESMOND EPPEL
MICHAEL P FRANCK*
RYAN C GAUBERT*
MICHAEL R HARTMAN
ELIZABETH A HARVEY
ERIC H HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A IRMLER
DINAH R KNIGHT
FIANA R KWASNIK
CHRISTOPHER T LEAHY
JEFFREY LEASURE
JOHN R LOATMAN
THOMAS D McCONNELL
PATRICIA M McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER A MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L PEACOCK
ANTONIO J REYNOLDS
NICOLE ROTHE
PAUL R ST LAWRENCE III
AUDRA L SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F STANKARD*
JOSHUA B STERLING
SARAH G TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C WALLINGTON
   ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE

Writer's Direct Dial (202) 974-1679
E-Mail LDembowski@cgsh.com

December 14, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

David E. Fox, Esq.
1325 Eighteenth Street, N.W.
Suite 103
Washington, DC 20036

Re: *Ashford, et al. v. East Coast Express Evictions et al.*, Discovery Issues

Dear Mr. Fox:

      We write to confirm that we have received the package that you sent to us on December 11, 2007, containing documents produced by one of your clients, Mr. Staten, along with a coversheet describing the production as "Defendant's Supplemental Reply to Plaintiff's Request for Production of Documents." This production does not purport to be a response to the document requests served on your other client, Butch Enterprises, Inc. In the interest of clarity, we request that you please confirm in writing whether these materials are also intended to be a response to the document productions served on Butch Enterprises, Inc.

      While the materials you mailed to us appear to include documents responsive to some of the document requests served on Mr. Staten, they do not include any responses to the interrogatories that we have served on your clients. The certificate of service included with the package also does not indicate that responses to any interrogatories were mailed along with these materials. Because you have not sent us such interrogatory responses, it appears that the notice

David E. Fox, Esq.
December 14, 2007
Page 2

you filed with the court on December 11, 2007, contains a material factual misstatement. In that notice, you represented that on December 11, 2007, your clients "submitted to Plaintiffs supplemental Responses to Interrogatories." You have not provided responses to any interrogatories. In light of this, we intend to submit a motion to the court asking that your Statement filed on December 11 be stricken from the record.

Furthermore, as of 5:50 p.m. today, December 14, 2007, your clients have failed to provide for inspection Butch Enterprises' vans as instructed by the Court. As you know, at the status conference held on December 4, 2007, Judge Leon specifically instructed you to make those vans available no later than December 14, 2007, and you agreed to that deadline. Tr. of Stat. Conf., 7:21 – 8:14 (Dec. 4, 2007).

Because we had not heard from you about arranging such a time and place, on the afternoon of Wednesday, December 12, we faxed you a letter proposing that the vans be made available today, December 14, at our offices, at 3:00 in the afternoon. You have not responded to our proposal, and your client's vans have not been made available.

We would like to meet and confer with you about the submission we intend to file. Please let us know by return fax, e-mail, or telephone call no later than 7:00 p.m. on Monday, December 17, when would be convenient for you to meet and confer on this matter. If we do not hear back from you, we plan to make our submission to the Court on Tuesday, December 18, 2007. If you provide us with a reasonable date and time to confer on these matters, we will of course postpone any such submission until after our conference in the hopes that we can resolve these matters without the involvement of the Court.

Sincerely,

Lee F. Berger
Larry C. Dembowski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

Plaintiffs,

v.

EAST COAST EXPRESS EVICTION, et al.

Defendants.

Civil Action 06-1561 (RJL/JMF)

ORDER

Pursuant to this Court's Order and Memorandum Opinion dated October 15, 2007, and this Court's Order dated October 30, 2007, and upon consideration of Plaintiffs' Motion for Sanctions and Expenses Against Defendants Butch Enterprises and Irwin Staten [#143] ("Motion"), and no opposition thereto having been filed, it is hereby,

**ORDERED**, pursuant to Local Rule 7(b), that:

(1) Plaintiff's Motion is **GRANTED**;

(2) Within ten days of this Order, defendants Irwin Staten and Butch Enterprises, Inc. ("Defendants") shall comply with this Court's Order, dated October 15, 2007, and within ten days of this Order shall certify to the Court in writing such compliance;

(3) Defendants shall be barred from introducing any evidence or argument supported by evidence that Defendants should have produced in response to this Court's Order, dated October 15, 2007;

(4)    Within ten days of this Order, Defendants shall pay to Plaintiffs' counsel $28,516.58 in a money order or cashier's check made out to Cleary Gottlieb Steen & Hamilton LLP, delivered to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C., 20006; and

(5)    The Clerk of the Court shall enter judgment in accordance with this Order.

**SO ORDERED.**

Date:   December 14, 2007                    _____/s/_____

                                              JOHN M. FACCIOLA
                                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al.,<br><br>individually and on behalf<br>of all others similarly situated,<br><br>    *Plaintiffs*,<br> v.<br><br>East Coast Express Eviction, et al.,<br><br>    *Defendants*. | Civil Action No. 06-cv-1561 (RJL/JMF) |

## NOTICE OF DEPOSITION OF IRWIN STATEN

Please take notice that, pursuant to the Federal Rule of Civil Procedure 30 and the Court's instructions of December 4, 2007, Plaintiffs will take the deposition of the following individual as set forth below:

**Deponent:** Irwin Staten
**Deponent's Address:** Butch Enterprises, Inc., 10332 Main Street, Fairfax, VA 22030
**Date and Time:** December 28, 2007, 9:30 am
**Location of Deposition:** Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Suite 9000
Washington, DC 20006

The deposition will be recorded by stenographic means. You are invited to attend.

Dated: December 14, 2007

                                             _____
                                             Lee F. Berger (D.C. Bar # 482435)
                                             Cleary Gottlieb Steen & Hamilton LLP
                                             2000 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20006-1801
                                             Telephone: (202) 974-1500
                                             Facsimile: (202) 974-1999
                                             *Attorneys for Plaintiffs Kirk Greene,*
                                             *Anthony Forte, Hassan Shakur,*
                                             *Sandy Green, and Donald Brooks*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 14, 2007, a copy of Plaintiffs' Notice of Deposition of Irwin Staten dated December 14, 2007 was served by U.S. mail, first-class postage prepaid, on the following parties:

Gina M. Smith
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale Park, MD 20730

David E. Fox
1325 Eighteenth Street, N.W.
Suite 103
Washington, D.C. 20036

East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated: December 14, 2007

_____
Emily C. Capehart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>     *Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>     *Defendants*. )<br> ) | Civil Action No. 06-cv-1561 (RJL/JMF) |

## NOTICE OF DEPOSITION OF KIMBRA STATEN

Please take notice that, pursuant to the Federal Rule of Civil Procedure 30 and the Court's instructions of December 4, 2007, Plaintiffs will take the deposition of the following individual as set forth below:

**Deponent:**      Kimbra Staten
**Deponent's Address:**   Butch Enterprises, Inc., 10332 Main Street, Fairfax, VA 22030
**Date and Time:**    December 28, 2007, 9:00 am
**Location of Deposition:** Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Suite 9000
Washington, DC 20006

The deposition will be recorded by stenographic means. You are invited to attend.

Dated: December 14, 2007

                                           _____
                                           Lee F. Berger (D.C. Bar # 482435)
                                           Cleary Gottlieb Steen & Hamilton LLP
                                           2000 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20006-1801
                                           Telephone: (202) 974-1500
                                           Facsimile: (202) 974-1999
                                           *Attorneys for Plaintiffs Kirk Greene,*
                                           *Anthony Forte, Hassan Shakur,*
                                           *Sandy Green, and Donald Brooks*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on December 14, 2007, a copy of Plaintiffs' Notice of Deposition of Kimbra Staten dated December 14, 2007 was served by U.S. mail, first-class postage prepaid, on the following parties:

>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036

>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001

>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

>Platinum Realtor Services, Inc.
>P.O. Box 631
>Suitland, MD 20752

>Choya Lord Rodriguez
>6705 McKeldin Drive
>Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated: December 14, 2007

Emily C. Capehart