# EXHIBIT F

```
                                                              1

        IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF COLUMBIA


HARRY JAKEYIA ASHFORD,      *

et al.,                     *

              Plaintiffs,   *  Civil Action

         vs.                *  No. 06cv1561

EAST COAST EXPRESS          *

EVICTION, et al.,           *

              Defendants.   *




            Deposition of DEREK GASKINS

                 Washington, D.C.

              Tuesday, June 26, 2007

                   10:28 a.m.



Job No.: 1-106501

Pages 1 - 167

Reported by: Vicki L. Forman
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

59

1  truck?
2      A    They're the names they give me.
3      Q    Do they write their own names down or do you
4  write their names down for them?
5      A    Sometimes they write them down.  Sometimes I
6  write them down.
7      Q    Whenever you pick people up, do you always
8  give them a form like this?
9      A    That's for one -- that right there is the
10 only form for them to sign of whoever I'm taking that
11 day.
12     Q    But every time that you work an eviction, do
13 you fill out a form like this?
14     A    What do you mean every time?
15     Q    I mean is it standard for you to have a form
16 like this for everyday that you go out to work an
17 eviction?
18     A    Yeah, I do.  Yeah, I fill it out for that one
19 day, yeah, not no two -- just one sheet.
20     Q    Just one sheet?
21     A    Yeah.
22     Q    If you can turn to page two, please.  This is

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

60

1  another form.

2  Again, you would have people fill out this
3  form everyday that you work an eviction; is that
4  correct?

5  A   Yeah.

6  Q   This sheet says $30 Each Man. Do you write
7  down the amount that each man is paid there?

8  A   Yeah, I write that.

9  Q   So you recognize that $30 Each Man?

10 A   Yeah. That look like me, yeah.

11 Q   Do you write that down at the start of the
12 day?

13 A   No, I write that down in the evening.

14 Q   You write that down at the end of the day?

15 A   Yeah.

16 Q   Do you write that down after you've paid
17 everyone for eviction work?

18 A   That's the end of the day.

19 Q   At the end of the day do you write this down
20 after you've dropped people back off from where you've
21 picked them up, or do you write this down as you're
22 paying them?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

93

1   Arrived:   1:03, Time Marshal Arrived:   1:03?
2           Do you write that down simultaneously with
3   when you get there?
4       A   Yeah.  Really that's an estimate.
5       Q   It says Time Started:  1:05.
6           Would you have written that down at the same
7   time that it actually started?
8       A   Sometimes I might be doing something else and
9   I might take a wild guess at about what time it was.
10  You never know.  It varies on what I'm doing at that
11  time.
12      Q   It says Time Stopped:  2:00.
13          Would you always record what time it stopped
14  at?
15      A   Yeah, that's usually accurate.
16      Q   When you fill these forms out -- after you
17  filled them out, do you do anything with the form?
18      A   What do you mean do I do anything with them?
19      Q   Is there a specific place that you put it?
20      A   In the truck.
21      Q   Is there a --
22      A   There's probably a lot -- a truckload of

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

94

1  them, all I didn't throwaway.  I told you that.
2       Q    So you would fill one of these out for every
3  eviction that you work?
4       A    Yeah.
5       Q    Did Butch give you this form to fill out?
6       A    It came through the fax machine.
7       Q    So Butch would fax you the form?
8       A    I can't see you on the other side of the fax
9  machine.
10      Q    Well, you would receive a form from the fax?
11      A    From the fax machine.
12      Q    Right.  And then you would fill the form out
13 with the information on the site?
14      A    Yeah.
15      Q    Do you fax these forms to anyone at the end
16 of a day?
17      A    I fax them to a phone number.
18      Q    You fax them to a phone number?
19      A    Yeah.
20      Q    Do you always fax forms like this to a phone
21 number?
22      A    If I have to.

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

96

```
1       A    It's probably in the truck.
2       Q    Do you know if these go back to some sort of
3  record system?
4       A    I don't know that.  I don't know.  I was
5  curious but I don't know.
6       Q    Did you ever ask anybody?
7       A    No.  I don't ask a whole lot of questions.
8  I'm not a lawyer.
9       Q    Did you ever talk to Otto about it?
10      A    Me and him don't talk too much.  We're always
11 at each other's throat so --
12      Q    After you've faxed this information, what do
13 you do with the original of your Workorder Request?
14      A    It's probably in the truck, Man.
15      Q    You just leave it in the truck?
16      A    If they ain't throwed it away.
17      Q    Turning back to Exhibit 1, do you fax this
18 information on Exhibit 1 at the same time?
19      A    No.
20      Q    So you don't fax this information in?
21      A    (Witness shakes head.)
22      Q    Is that correct?
```