IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| HENRY JAKEYIA ASHFORD, ET AL. | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | *  Case No. 06cv 1561 |
| | * |
| A-1 Evictions Service, Inc., et al. | * |
| | * |
| Defendants | * |

## MOTION FOR APPROPRIATE RELIEF

Defendants A-1 Eviction Services, Inc. and Tanya Smith by their attorneys, Gina M. Smith and Meyers, Rodbell and Rosenbaum, P.A., file this Motion for Appropriate Relief and in support thereof state as follows:

1.   On January 13, 2007, A-1 Evictions and Tanya Smith (collectively referred to as the "Settling Defendants") entered into a Settlement Agreement with the Plaintiffs.

2.   Shortly thereafter, the Plaintiffs and the Settling Defendants filed a Motion to Stay the Proceedings against the Settling Defendants.

3.   Because the parties' January 13th Settlement Agreement was contingent on the Court's certification of the class, the Court deferred ruling on the Motion to Stay and approving the Settlement Agreement on the basis that class certification was premature.

4.   The Court advised that it would address the issue of class certification after discovery had been completed.

5.   On November 14, 2007, Plaintiffs and the Settling Defendants entered into a Contingent Agreement in the event class certification does not occur.

LAW OFFICES
MEYERS, RODBELL
8 ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 659-5800

6. A-1 Evictions is a small business and one of the motivating factors in the decision to reach an early settlement was to keep legal fees and costs to a minimum and avoid the expense and uncertainty of protracted litigation.

7. To the extent that Settling Defendants have not been involved in the on-going discovery disputes which have been the subject of the most recent status conferences before the Court and as their status as settling parties remains unchanged, the Settling Defendants respectfully request the Court excuse counsel's presence at routine status conferences, including the status conference scheduled for January 16, 2008, unless attendance is deemed necessary by the Court.

8. Counsel's excusal would avoid the Settling Defendants from incurring additional legal fees and expense associated with attending status conferences when the Settling Defendants are not active participants in the discovery process.

**WHEREFORE,** it is respectfully requested that counsel for the Settling Defendants A-1 Evictions and Tanya Smith be excused from status conferences unless the Court deems counsel's appearance necessary.

Respectfully Submitted,

**MEYER RODBELL & ROSENAUM, P.A.**

By: _____
Orrie M. Smith
D.C. Bar No.: 449353
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
Telephone: (301) 699-5800
Facsimile: (301) 779-5746

LAW OFFICES
MEYERS, RODBELL
& ROSENEAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this ___ day of _____ 2008, a copy of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Motion for Appropriate Relief was mailed, postage prepaid to:

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

J. Wyndal Gordon, Esquire
Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202

David E. Fox, Esquire
1325 Eighteenth Street, NW, Suite 103
Washington, D.C. 20036

Lloyd J. Eisenberg, Esquire
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway, Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

LAW OFFICES
MEYERS, RODBELL
f ROSENBAUM, P.A.
SUITE 400-BERKiHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK MAUV UND ?0737-1385
(301) 659-5800

AD American Evictions Company
1112 48th Street, N.E.
Washington, D.C. 20019

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
f ROSENBAUM, P.A.
EUITF. 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK. MARYLAND 20137-1385
(30I) 695-5800

Case 1:06-cv-01561-RJL-JMF    Document 155    Filed 01/15/2008    Page 4 of 4