IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENRY JAKEYIA ASHFORD, ET AL.** | * |
| Plaintiffs | * |
| v. | **Case No. 06cv 1561** |
| **A-1 Evictions Service, Inc.** | * |
| Defendants | * |

### ORDER

**UPON CONSIDERATION** of Defendants A-1 Eviction Services, Inc. and Tanya Smith's Motion for Appropriate Relief, and for good and sufficient grounds having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

    1.   **ORDERED,** that Defendants A-1 Eviction Service, Inc. and Tanya Smith' s Motion for Appropriate Relief is **GRANTED,** and it is further

    2.   **ORDERED,** that Defendants A-1 Eviction Services, Inc. and Tanya Smith and their counsel are not required to appear at status conferences unless the Court instructs otherwise.

 

_____
Richard Leon, Judge
United States District Court

**Copies to:**

Gina M. Smith, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND  20737-1385
(301) 690-5800

Lee F. Berger, Esquire
Cleary, Gottlieb, Steen, & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington DC 20006-1801

Stephanie D. Kinder, Esquire
Law Offices of Stephanie D. Kinder, P.A.
10 N. Calvert Street, Suite 930
Baltimore, Maryland 21202

J. Wyndal Gordon, Esquire
Law Office of J. Wyndal Gordon, P.A.
10 North Calvert Street, Suite 930
Baltimore, Maryland 21202

David E. Fox, Esquire
1325 Eighteenth Street, NW, Suite 103
Washington, D.C. 20036

Lloyd J. Eisenberg, Esquire
Lloyd J. Eisenberg & Associates, P.A.
10632 Little Columbia Parkway, Suite 430
Columbia, Maryland 21044

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Caroline Lanford
1112 48th Street, N.E.
Washington, DC 20019

All American Evictions Company
1112 48th Street, N.E.
Washington, D.C. 20019

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKIHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 6E9-5800