# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>    *Plaintiffs*, )<br>  v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>    *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL/JMF)<br><br>Hon. Richard J. Leon<br>Hon. John M. Facciola |

### DECLARATION OF LEE F. BERGER

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs (other than Mr. Ashford) in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. On October 15, 2007, the Court granted plaintiffs' motions to compel discovery responses from defendants Vincent Crawford, Crawford & Crawford, Nelson Terry, East Coast Express Evictions, Choya Lord Rodriguez and Platinum Realtor Services, Inc. ("Defaulting Defendants") and ordered Defaulting Defendants to respond to all outstanding discovery responses no later than October 29, 2007.

3. On December 14, 2007, the Court granted plaintiffs' motions for sanctions against Defaulting Defendants and ordered Defaulting Defendants to comply with the Court's Order dated October 15, 2007, and to certify such compliance to the Court within ten days.

4. On December 18, 2007, plaintiffs' counsel served copies of the December 14 Orders on each of the Defaulting Defendants and included cover letters describing the requirements of

those orders and advising the Defaulting Defendants that they should seek legal counsel if they had questions about the orders.

5. On January 3, 2008, when the Defaulting Defendants' time to certify compliance with the December 14 Orders lapsed, plaintiffs' counsel again wrote to each Defaulting Defendant about the obligations under those orders and sought to meet and confer about Defaulting Defendants' compliance with the orders.

6. As of the date of this affidavit, plaintiffs have not received any responses to the outstanding document production requests or interrogatories from any of the Defaulting Defendants.

7. As of the date of this affidavit, plaintiffs have not received any response from any of the Defaulting Defendants to the letters sent on December 18, 2007, and January 3, 2008.

8. To the best of my knowledge, as of the date of this affidavit, no Defaulting Defendant has complied with the Court's Order issued on December 14, 2007, instructing Defaulting Defendants to comply with the Court's October 15, 2007 Orders and to certify their compliance to the Court within ten days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2008

Lee F. Berger (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs Donald Brooks, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*