# EXHIBIT D

## CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 18, 2007, a copy of each of the following:

- Letter to Vincent Crawford and Crawford & Crawford Re: Order and Judgment for Sanctions and Expenses Payment

- Order of December 14, 2007 Re: Vincent Crawford and Crawford & Crawford

- Judgment entered December 14, 2007 Re: Vincent Crawford and Crawford & Crawford

- Plaintiffs' Motion to Compel Discovery Responses From Defendants Vincent Crawford and Crawford & Crawford, with attachments

- Plaintiffs' First Request for the Production of Documents From Defendant Crawford & Crawford

- Plaintiffs' First Request for the Production of Documents From Defendant Vincent Crawford

- Plaintiffs' First Set of Interrogatories to Defendant Crawford & Crawford

was served by U.S. mail, first-class postage prepaid on the following parties:

> Vincent Crawford
> Crawford & Crawford
> 200 55th Street, N.E.
> Apt. # 24
> Washington, D.C. 20019

Dated: December 18, 2007

Erika J. Davis

CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 18, 2007, a copy of each of the following:

- Letter to Nelson Terry and East Coast Express Eviction Re: Order and Judgment for Sanctions and Expenses Payment

- Order of December 14, 2007 Re: Nelson Terry and East Coast Express Eviction

- Judgment entered December 14, 2007 Re: Nelson Terry and East Coast Express Eviction

- Plaintiffs' Motion to Compel Discovery Responses From Defendants Nelson Terry and East Coast Express Eviction, with attachments

- Plaintiffs' First Request for the Production of Documents From Defendant East Coast Express Eviction

- Plaintiffs' First Request for the Production of Documents From Defendant Nelson Terry

- Plaintiffs' First Set of Interrogatories to Defendant East Coast Express Eviction

was served by U.S. mail, first-class postage prepaid on the following parties:

> Nelson Terry
> East Coast Express Eviction
> 29 U Street, N.W.
> Washington, D.C. 20001

Dated: December 18, 2007

Erika J. Davis

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 18, 2007, a copy of each of the following:

- Letter to Choya Lord Rodriguez and Platinum Realtor Services, Inc. Re: Order and Judgment for Sanctions and Expenses Payment

- Order of December 14, 2007 Re: Choya Lord Rodriguez and Platinum Realtor Services, Inc.

- Judgment entered December 14, 2007 Re: Choya Lord Rodriguez and Platinum Realtor Services, Inc.

- Plaintiffs' Motion to Compel Discovery Responses From Defendants Choya Rodriguez and Platinum Realtor Service, Inc., with attachments

- Plaintiffs' First Request for the Production of Documents From Defendant Platinum Realtor Services, Inc.

- Plaintiffs' First Request for the Production of Documents From Defendant Choya Lord Rodriguez

- Plaintiffs' First Set of Interrogatories to Defendant Platinum Realtor Services, Inc.

was served by U.S. mail, first-class postage prepaid on the following parties:

Choya Lord Rodriguez
Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Platinum Realtor Services, Inc.
c/o Choya Lord Rodriguez
P.O. Box 631
Suitland, MD 20752

Dated: December 18, 2007

Emily C. Capehart