# EXHIBIT E

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M. CARROLL
JACOB M. CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1679
E-Mail: LDembowski@cgsh.com

December 18, 2007

Vincent Crawford
Crawford & Crawford
200 55th Street, N.E.
Apartment # 24
Washington, D.C. 20019

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia) Order and Judgment for Sanctions and Expenses Payment

Dear Mr. Crawford:

    As you may know, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford ("Crawford"). Enclosed please find a copy of this Order and the Judgment entered against you and Crawford on December 14, 2007. Among other provisions, the Order requires you and Crawford to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court.

Vincent Crawford
December 18, 2007
Page 2

  First, Magistrate Judge Facciola has ordered you to pay $5,100.80 to Cleary Gottlieb Steen & Hamilton LLP with a money order or cashier's check. The Order requires that you deliver that money order or cashier's check to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP by January 2, 2008. Mr. Dembowski's address is:

> Cleary Gottlieb Steen & Hamilton LLP
> 2000 Pennsylvania Avenue, N.W.
> Suite 9000
> Washington, D.C. 20006

  Second, you must comply with Magistrate Judge Facciola's October 15, 2007 Order by producing all documents responsive to plaintiffs' document requests and providing written answers to plaintiffs' interrogatories. Although plaintiffs have served you with these requests numerous times in the past, enclosed is another copy of these document requests and interrogatories. Regarding the document requests, you must produce to plaintiffs all documents in your possession, custody, or control (including paper documents, emails, and other electronic documents) that are not protected by the attorney-client privilege or the attorney work-product doctrine and that fall into the categories set forth in plaintiffs' requests. The categories of documents that you are to produce include, but are not limited to, pay records, work orders, and invoices related to work on evictions. Regarding the interrogatories, you must provide in writing a separate and full answer to each interrogatory. The Order requires you to serve plaintiffs with these documents and written responses to the interrogatories by January 2, 2008. Please send these documents and responses to Mr. Dembowski at the address above.

  Third, after you have sent the documents and responses discussed in the paragraph above, the Court's Order requires you to certify to the Court in writing that you have done so. This certification is due by January 2, 2008, as well. To submit your certification to the Court, you must mail or hand-deliver an original plus one copy to the Office of the Clerk of the District Court at the United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Additionally, you should include on the certification the name and case number of the case. The name of this case is *Ashford, et al. v. East Coast Express Evictions, et al.*, and the case number is "Civil Action No. 06-cv-1561 (RJL/JMF)." The Court has a set of Local Rules that contain the requirements for filing papers with the Court. You may obtain a copy of the Local Rules from the Clerk's Office at the courthouse or on the Internet at http://www.dcd.uscourts.gov/rules.html. If you have any questions about the submission of your certification, you should contact the Clerk's Office. The phone number for the Clerk's Office is (202) 354-3000.

  Enclosed please find a copy of Plaintiffs' Motion to Compel Discovery Responses From Defendants Crawford & Crawford and Vincent Crawford, which we previously served on you on June 12, 2007. Attached to this motion are copies of each of Plaintiffs' discovery requests previously served on you on March 13, 2007.

  Under the law, you may have certain rights to appeal Magistrate Judge Facciola's Order and the Judgment. There may be limits on the time in which you may bring any such

Vincent Crawford
December 18, 2007
Page 3

appeal. We again recommend that you obtain your own legal counsel for purposes of this litigation. However, if you have questions or concerns regarding this litigation or compliance with the Court's Order, you may reach us at (202) 974-1679 (Mr. Dembowski) or (202) 974-1646 (Mr. Berger).

Sincerely,

Larry C. Dembowski
Lee F. Berger

Enclosures:   Order of December 14, 2007
              Judgment entered December 14, 2007
              Plaintiffs' Motion to Compel Discovery Responses From Defendants Crawford & Crawford and Vincent Crawford, with attachments
              Plaintiffs' First Request for the Production of Documents From Defendant Crawford & Crawford
              Plaintiffs' First Request for the Production of Documents From Defendant Vincent Crawford
              Plaintiffs' First Set of Interrogatories to Defendant Crawford & Crawford

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M BECKER
GEORGE S CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J SOLDO
GIOVANNI P PREZIOSO
JOHN T BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W COOK
MARK W NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N BENEDICT
KEVIN A. GRIFFIN
STEVEN J KAISER
COUNSEL

JOYCE E. MCCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P MCGILL, JR.
SENIOR ATTORNEYS

MATTHEW R AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F BERGER
MATTHEW J BERMAN
CHINWE BINITIE-
KATHLEEN W BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M CARROLL
JACOB M CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J DAIS
LARRY C. DEMBOWSKI
ALINA D ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. MCCONNELL
PATRICIA M MCDERMOTT
ANNE NEWTON MCFADDEN
YASMIN MEHRAIN
ADAM J MILLER
JENNIFER-A. MORRISSEY-
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J REYNOLDS
NICOLE ROTHE
PAUL R. ST LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1679
E-Mail: LDembowski@cgsh.com

December 18, 2007

Nelson Terry
East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia)
Order and Judgment for Sanctions and Expenses Payment

Dear Mr. Terry:

As you may know, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Nelson Terry and East Coast Express Eviction ("East Coast"). Enclosed please find a copy of this Order and the Judgment entered against you and East Coast on December 14, 2007. Among other provisions, the Order requires you and East Coast to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court.

Nelson Terry, p. 2

   First, Magistrate Judge Facciola has ordered you to pay $3,897.57 to Cleary Gottlieb Steen & Hamilton LLP with a money order or cashier's check. The Order requires that you deliver that money order or cashier's check to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP by January 2, 2008. Mr. Dembowski's address is:

    Cleary Gottlieb Steen & Hamilton LLP,
    2000 Pennsylvania Avenue, N.W.
    Suite 9000
    Washington, D.C. 20006

   Second, you must comply with Magistrate Judge Facciola's October 15, 2007 Order by producing all documents responsive to plaintiffs' document requests and providing written answers to plaintiffs' interrogatories. Although plaintiffs have served you with these requests numerous times in the past, enclosed is another copy of these document requests and interrogatories. Regarding the document requests, you must produce to plaintiffs all documents in your possession, custody, or control (including paper documents, emails, and other electronic documents) that are not protected by the attorney-client privilege or the attorney work-product doctrine and that fall into the categories set forth in plaintiffs' requests. The categories of documents that you are to produce include, but are not limited to, pay records, work orders, and invoices related to work on evictions. Regarding the interrogatories, you must provide in writing a separate and full answer to each interrogatory. The Order requires you to serve plaintiffs with these documents and written responses to the interrogatories by January 2, 2008. Please send these documents and responses to Mr. Dembowski at the address above.

   Third, after you have sent the documents and responses discussed in the paragraph above, the Court's Order requires you to certify to the Court in writing that you have done so. This certification is due by January 2, 2008, as well. To submit your certification to the Court, you must mail or hand-deliver an original plus one copy to the Office of the Clerk of the District Court at the United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Additionally, you should include on the certification the name and case number of the case. The name of this case is *Ashford, et al. v. East Coast Express Evictions, et al.*, and the case number is "Civil Action No. 06-cv-1561 (RJL/JMF)." The Court has a set of Local Rules that contain the requirements for filing papers with the Court. You may obtain a copy of the Local Rules from the Clerk's Office at the courthouse or on the Internet at http://www.dcd.uscourts.gov/rules.html. If you have any questions about the submission of your certification, you should contact the Clerk's Office. The phone number for the Clerk's Office is (202) 354-3000.

   Enclosed please find a copy of Plaintiffs' Motion to Compel Discovery Responses From Defendants Nelson Terry and East Coast Express Eviction, which we previously served on you on July 19, 2007. Attached to this motion are copies of each of Plaintiffs' discovery requests previously served on you on March 13, 2007.

   Under the law, you may have certain rights to appeal Magistrate Judge Facciola's Order and the Judgment. There may be limits on the time in which you may bring any such appeal. We again recommend that you obtain your own legal counsel for purposes of this litigation. However, if you have questions or concerns regarding this litigation or compliance

Nelson Terry, p. 3

with the Court's Order, you may reach us at (202) 974-1679 (Mr. Dembowski) or (202) 974-1646 (Mr. Berger).

                                                              Sincerely,

                                                              Larry C. Dembowski
                                                              Lee F. Berger

Enclosures:   Order of December 14, 2007
                     Judgment entered December 14, 2007
                     Plaintiffs' Motion to Compel Discovery Responses From Defendants Nelson Terry and East Coast Express Eviction, with attachments
                     Plaintiffs' First Request for the Production of Documents From Defendant East Coast Express Eviction
                     Plaintiffs' First Request for the Production of Documents From Defendant Nelson Terry
                     Plaintiffs' First Set of Interrogatories to Defendant East Coast Express Eviction

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
BRIAN BYRNE
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC HINDS
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
COUNSEL

JOYCE E. McCARTY
KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR.
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
LEAH BRANNON
KEVIN R. BURKE*
JEREMY CALSYN
KATHERINE M. CARROLL
JACOB M. CHACHKIN*
KERRI J. CHASE
SHAWN J. CHEN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK*
RYAN C. GAUBERT*
MICHAEL R. HARTMAN
ELIZABETH A. HARVEY
ERIC H. HILDENBRAND

STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
DINAH R. KNIGHT
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
ANNE NEWTON McFADDEN
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM*
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
PAUL R. ST. LAWRENCE III
AUDRA L. SAVAGE
OMAR SERAGELDIN
GARY SILBER
NATHANIEL F. STANKARD*
JOSHUA B. STERLING
SARAH G. TEN SIETHOFF
PETIA VRETENAROVA
JOANNE C. WALLINGTON
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1679
E-Mail: LDembowski@cgsh.com

December 18, 2007

Choya Lord Rodriguez
Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, Maryland 20746

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia)
<u>Order and Judgment for Sanctions and Expenses Payment</u>

Dear Mr. Rodriguez:

As you may know, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Choya Lord Rodriguez and Platinum Realtor Services, Inc. ("Platinum"). Enclosed please find a copy of this Order and the Judgment entered against you and Platinum on December 14, 2007. Among other provisions, the Order requires you and Platinum to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court.

Choya Lord Rodriguez
December 18, 2007
Page 2

    First, Magistrate Judge Facciola has ordered you to pay $5,079.33 to Cleary Gottlieb Steen & Hamilton LLP with a money order or cashier's check. The Order requires that you deliver that money order or cashier's check to Larry C. Dembowski at Cleary Gottlieb Steen & Hamilton LLP by January 2, 2008. Mr. Dembowski's address is:

    Cleary Gottlieb Steen & Hamilton LLP,
    2000 Pennsylvania Avenue, N.W.
    Suite 9000
    Washington, D.C. 20006

    Second, you must comply with Magistrate Judge Facciola's October 15, 2007 Order by producing all documents responsive to plaintiffs' document requests and providing written answers to plaintiffs' interrogatories. Although plaintiffs have served you with these requests numerous times in the past, enclosed is another copy of these document requests and interrogatories. Regarding the document requests, you must produce to plaintiffs all documents in your possession, custody, or control (including paper documents, emails, and other electronic documents) that are not protected by the attorney-client privilege or the attorney work-product doctrine and that fall into the categories set forth in plaintiffs' requests. The categories of documents that you are to produce include, but are not limited to, pay records, work orders, and invoices related to work on evictions. Regarding the interrogatories, you must provide in writing a separate and full answer to each interrogatory. The Order requires you to serve plaintiffs with these documents and written responses to the interrogatories by January 2, 2008. Please send these documents and responses to Mr. Dembowski at the address above.

    Third, after you have sent the documents and responses discussed in the paragraph above, the Court's Order requires you to certify to the Court in writing that you have done so. This certification is due by January 2, 2008, as well. To submit your certification to the Court, you must mail or hand-deliver an original plus one copy to the Office of the Clerk of the District Court at the United States Courthouse, located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Additionally, you should include on the certification the name and case number of the case. The name of this case is *Ashford, et al. v. East Coast Express Evictions, et al.*, and the case number is "Civil Action No. 06-cv-1561 (RJL/JMF)." The Court has a set of Local Rules that contain the requirements for filing papers with the Court. You may obtain a copy of the Local Rules from the Clerk's Office at the courthouse or on the Internet at http://www.dcd.uscourts.gov/rules.html. If you have any questions about the submission of your certification, you should contact the Clerk's Office. The phone number for the Clerk's Office is (202) 354-3000.

    Enclosed please find a copy of Plaintiffs' Motion to Compel Discovery Responses From Defendants Choya Rodriguez and Platinum Realtor Services, Inc., which we previously served on you on June 8, 2007. Attached to this motion are copies of each of Plaintiffs' discovery requests previously served on you on March 13, 2007.

    Under the law, you may have certain rights to appeal Magistrate Judge Facciola's Order and the Judgment. There may be limits on the time in which you may bring any such appeal. We again recommend that you obtain your own legal counsel for purposes of this

Choya Lord Rodriguez
December 18, 2007
Page 3

litigation. However, if you have questions or concerns regarding this litigation or compliance with the Court's Order, you may reach us at (202) 974-1679 (Mr. Dembowski) or (202) 974-1646 (Mr. Berger).

                                            Sincerely,

                                            Larry C. Dembowski
                                            Lee F. Berger

Enclosures:   Order of December 14, 2007
                    Judgment entered December 14, 2007
                    Plaintiffs' Motion to Compel Discovery Responses From Defendants Choya
                         Rodriguez and Platinum Realtor Services, Inc., with attachments
                    Plaintiffs' First Request for the Production of Documents From Defendant
                         Platinum Realtor Services, Inc.
                    Plaintiffs' First Request for the Production of Documents From Defendant Choya
                         Lord Rodriguez
                    Plaintiffs' First Set of Interrogatories to Defendant Platinum Realtor Services, Inc.