# EXHIBIT G

DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

1 (Pages 1 to 4)

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   ------------------------------:
 4   HARRY JAKEYIA ASHFORD, et al.,   :
 5          Plaintiffs         : Civil Action
 6   v.                        : No. 06cv1561
 7   EAST COAST EXPRESS EVICTION,  :
 8   et al.,                   :
 9          Defendants         :
10   ------------------------------:
11
12         Deposition of NELSON TERRY
13              Washington, D.C.
14           Wednesday, July 18, 2007
15                 1:21 p.m.
16
17
18
19
20   Job No.: 1-107419
21   Pages 1 - 101
22   Reported By: Susan B. Fillmore, R.P.R.
```

Page 2

```
 1        Deposition of NELSON TERRY, held at the
 2   offices of:
 3        CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 4        2000 Pennsylvania Avenue, Northwest
 5        9th Floor
 6        Washington, D.C. 20006
 7        202.974.1500
 8
 9
10
11
12
13
14
15
16
17        Pursuant to Notice before Susan B.
18   Fillmore, Registered Professional Reporter and
19   Notary Public in and for the District of Columbia.
20
21
22
```

Page 3

```
 1             APPEARANCES
 2   ON BEHALF OF PLAINTIFFS:
 3        LEE F. BERGER, ESQUIRE
 4        LARRY C. DEMBOWSKI, ESQUIRE
 5        MATTHEW J. BERMAN, ESQUIRE
 6        JANE S. NEWPORT, ESQUIRE
 7        CLEARY GOTTLIEB STEEN & HAMILTON, LLP
 8        2000 Pennsylvania Avenue, Northwest
 9        9th Floor
10        Washington, D.C. 20006
11        202.974.1500
```

Page 4

```
 1             CONTENTS
 2   EXAMINATION OF NELSON TERRY           PAGE
 3        By Mr. Berger              5
 4
 5             EXHIBITS
 6        (Attached to transcript)
 7   TERRY DEPOSITION EXHIBIT             PAGE
 8   1 Plaintiff's First Request for the     96
 9     Production of Documents from Defendant
10     Terry Nelson
```

Page 21

1 that stuff on the internet about my company, you-all
2 destroyed me then, and I've been getting, like, one
3 or two jobs a week. And that's all I'm working, so
4 I'm driving.
5     Q   So in the last, in the last month, you
6 have been the only person to drive a van for East
7 Coast Express Evictions?
8     A   To my knowledge, what I can remember.
9     Q   Okay. And so for how long have you been
10 the only driver for East Coast Express Evictions?
11    A   I don't remember.
12    Q   Okay, has it been more than three months?
13    A   I don't remember.
14    Q   Okay. So besides yourself, is there
15 anyone else who works in any capacity for East Coast
16 Express Evictions?
17    A   No.
18    Q   How about Tara McLean?
19    A   Pardon me?
20    Q   Tara McLean?
21    A   Tara McLean hasn't worked for me for
22 nearly three years. Tara McLean went off and had

Page 22

1 three babies in two years. I don't know where she
2 at. As a matter of fact, you all sent a piece of
3 paper to 27 U Street, which the people had brought
4 over to my house and gave to me, and I intended to
5 bring it back and give it back to you guys, so
6 you-all sent it Federal Ex to Tara McLean. And Tara
7 McLean does not live there, and I haven't seen Tara
8 McLean in years. Tara McLean went off and had three
9 babies in two years.
10    Q   So Tara McLean has not been at the, at or
11 near the 29 U Street address in three years; is that
12 correct?
13    A   Tara McLean never live at 29 U Street.
14 She never lived there.
15    Q   But she has worked there; is that correct?
16    A   She had worked on the truck with me.
17    Q   Okay. And when was the last time she
18 worked on the truck with you?
19    A   I don't remember.
20    Q   So does anyone else work in the East Coast
21 Express Evictions office but you?
22    A   You asked me and I answered you already.

Page 23

1 No, nobody work for me. Only me run my office. I
2 don't have that much. I can't afford nobody. You
3 all have destroyed me.
4     Q   So what kind of records does East Coast
5 Express Evictions keep?
6     A   I don't, I don't know what you mean.
7     Q   When you do an eviction, do you ever write
8 down any information about that eviction on paper?
9     A   Yes, I do.
10    Q   And what do you do with that information?
11    A   Put the paper in it, in the file cabinet.
12    Q   So you have -- in the East Coast Express
13 Evictions office, you have a filing cabinet that has
14 information on evictions that you've performed; is
15 that correct?
16    A   No, I have some of them.
17    Q   Okay. And is that a practice that you've
18 had, writing down information about evictions and
19 putting in the filing cabinet, since you started
20 East Coast Evictions five years ago?
21    A   I have some of them. I don't have all of
22 them.

Page 24

1     Q   Okay. And the ones that you don't have,
2 the ones that -- when did you get rid of them?
3     A   I don't know. I don't remember.
4     Q   Have you gotten rid of them in the last
5 year?
6     A   Pardon?
7     Q   Have you gotten rid of those in the last
8 year?
9     A   I don't remember.
10    Q   Do you ever take down any information
11 about the people that you hire?
12    A   Nope.
13    Q   Okay.
14    A   Any time you take down information for
15 people that you hire, 99 percent of the people are
16 either criminals or drug addicts. And when you ask
17 them for a name, they give you a name -- I used to
18 collect name -- they give you a name and they give
19 you 2nd and D as their address. Nobody ever give
20 you right name because police is always looking for
21 somebody.
22        So nobody gives you a right name. Even

DEPOSITION OF NELSON TERRY
CONDUCTED ON WEDNESDAY, JULY 18, 2007

7 (Pages 25 to 28)

25

1 the U.S. marshal used to collect names, and they
2 stopped. Because everybody put down a name. We
3 used to write the lists out and give it to the
4 marshal with the names of the people, and when they
5 said John Smith, no John Smith comes, because
6 somebody wrote John Smith down. You don't get no
7 name from nobody.
8      Q   So on the information that you do keep
9 about the eviction and for those files that you have
10 kept in the filing cabinet, do you have information
11 on where the eviction took place?
12     A   Some of them.
13     Q   And you have information on when the
14 eviction took place?
15     A   Some of them.
16     Q   And do you have information on how long
17 the eviction took to perform?
18     A   No.
19     Q   Do you have information on when evictions
20 were scheduled but they canceled?
21     A   I don't remember.
22     Q   Do you have information on the amount that

26

1 the East Coast Express Evictions was given to
2 perform the eviction, the amount that was paid to
3 you?
4      A   Don't remember.
5      Q   Do you have information in those files
6 about the number of employees you hired to work on
7 that eviction, on a particular eviction?
8      A   Come down to the same thing, asking people
9 for the names. They don't give you no names, so you
10 can't collect that information.
11     Q   Okay, so you don't even write down the
12 number of people; is that correct?
13     A   The number of people is in your head. A
14 one-bedroom require ten people. You get ten
15 people.
16     Q   And you say it's required. Who
17 requires?
18     A   The United States marshal.
19     Q   Okay, so the United States marshal
20 requires that if there's one bedroom, you need ten
21 people to perform the eviction, correct?
22     A   Right.

27

1      Q   And what about a two-bedroom?
2      A   You need 15 people.
3      Q   And is there a standard for a
4 three-bedroom?
5      A   Call the U.S. marshal and get the answer,
6 because I don't remember.
7      Q   Okay. Is there a difference between a
8 studio apartment and one-bedroom, or is a studio
9 apartment also ten people?
10     A   A studio is a efficiency.
11     Q   Yes, sorry, an efficiency.
12     A   The same thing.
13     Q   Okay. It's the same thing, you mean ten
14 people, correct?
15     A   Uh-huh.
16     Q   I'm sorry, is that yes?
17     A   I said yes.
18     Q   Okay, thank you.
19         And is there a set amount for a house, or
20 is a house the same, based on the number of
21 bedrooms, as an apartment?
22     A   A house is 25 people.

28

1      Q   Okay. So I just would remind you that you
2 do have the legal obligation to maintain documents
3 that are related to this litigation. So to the
4 extent that you do have any documents or create any
5 documents that concern the evictions that you
6 performed or the people that you employed, you are
7 under obligation to keep that.
8      A   I do not have the name of any people that
9 perform eviction because people does not give you
10 their name. They don't give you their rightful
11 name. The U.S. marshal used to require that you
12 give them, that you get people's name, and the
13 marshal stops because you never get the right name.
14 Most of the guys are wanted by police or by the
15 court or something. They do not give you their
16 name.
17     Q   Thank you.
18     A   So I have nobody name.
19     Q   So when East Coast Express Evictions
20 performs evictions, where geographically do those
21 evictions take place?
22     A   Geographically? I don't understand that.