**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Harry Jakeyia Ashford, et al.,  ) | |
| ) | |
| individually and on behalf  ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| of all others similarly situated,  ) | |
| ) | |
| *Plaintiffs*,  ) | Hon. Richard J. Leon |
| v.  ) | Hon. John M. Facciola |
| ) | |
| East Coast Express Eviction, et al.,  ) | |
| ) | |
| *Defendants*.  ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANTS NELSON TERRY AND EAST COAST EXPRESS EVICTION FOR FAILURE TO COMPLY WITH COURT ORDERED DISCOVERY**

Upon consideration of Plaintiffs' Motion for Sanctions Against Defendants Nelson Terry and East Coast Express Eviction, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs shall be entitled to all reasonable adverse inferences against Defendant Nelson Terry and Defendant East Coast Express Eviction on the issue of damages.

3. Defendants Nelson Terry and East Coast Express Eviction shall be precluded from arguing that Plaintiffs' damages calculation fails due to lack of evidence that Defendants Nelson Terry and East Coast Express Eviction should have produced.

SO ORDERED.

Date: _____

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

## **List of Persons to Be Notified (LCvR 7(k))**

Matthew D. Slater
Lee F. Berger
Larry C. Work-Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email:  Mslater@cgsh.com
Email:  Lberger@cgsh.com
Email:  Ldembowski@cgsh.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email:  dfox159937@aol.com

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019