# EXHIBIT F

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
SHAWN J. CHEN
RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
JOHN S. MAGNEY
SENIOR COUNSEL

W. RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
JOYCE E. McCARTY
COUNSEL

KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
KEVIN R. BURKE*
KATHERINE M. CARROLL
JACOB M. CHACHKIN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK

RYAN C. GAUBERT
BENJAMIN M. GERBER*
PAUL S. HAYES
ERIC H. HILDENBRAND
STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
KELLY A. RUTAN*
PAUL R. ST LAWRENCE III
KIMBERLEY SCHAEFER
OMAR SERAGELDIN
MARGARET E. SHEER
GARY SILBER
MASHA SMITH
NATHANIEL F. STANKARD
SARAH G. TEN SIETHOFF
JOANNE C. WALLINGTON
MATTHEW R. WINGERTER
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

January 3, 2008

**VIA PRIORITY MAIL**

Vincent Crawford
Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, DC 20019

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia)
Compliance with Court Orders

Dear Mr. Crawford:

We write on behalf of our clients, plaintiffs in *Ashford, et al. v. East Coast Evictions, et al.* As you are aware, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Vincent Crawford and Crawford & Crawford. Among other provisions, Judge Facciola's Order required you and Crawford & Crawford to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court. The deadline for you to comply with the Order was January 2, 2008.

Vincent Crawford      Page 2      January 3, 2008

    We wrote to you shortly after Judge Facciola entered the Order against you. In that letter we included copies of the orders and explained how to comply. As of today, January 3, 2008, you have not produced the documents we requested nor have you certified your compliance with the Court.

    In light of your continuing failure to comply with the Court's orders, we plan to file a motion to compel your compliance or, alternatively, a motion to find you in contempt of court. We would prefer to avoid filing another motion with the Court, and we would like to meet with you to discuss whether you plan to comply with Judge Facciola's Order. Please contact us by 5 p.m. on Thursday, January 10. If we do not hear from you by that date, we will assume you do not plan to comply with the Court's Order, and we will file a motion to compel or a motion to hold you in contempt. You can reach us at (202) 974-1646 (Lee Berger) or (202) 974-1679 (Larry Work-Dembowski).

                Sincerely,

                Lee F. Berger
                Larry C. Work-Dembowski

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 3, 2008, a copy of the foregoing Meet and Confer Letter to Vincent Crawford and Crawford & Crawford dated January 3, 2008 was served by priority U.S. mail, postage prepaid on the following parties:

        Vincent Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

        Crawford & Crawford
        200 55th Street, N.E.
        Apt. # 24
        Washington, D.C. 20019

Dated: January 3, 2008

        *Allison E. Collins* (signature)
        Allison E. Collins

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801
(202) 974-1500
FACSIMILE
(202) 974-1999
WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW
FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
SHAWN J. CHEN
RESIDENT PARTNERS

J EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC HINDS
JOHN S. MAGNEY
SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
JOYCE E. McCARTY
COUNSEL

KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR
SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
KEVIN R. BURKE*
KATHERINE M. CARROLL
JACOB M. CHACHKIN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK

RYAN C. GAUBERT
BENJAMIN M. GERBER*
PAUL S. HAYES
ERIC H. HILDENBRAND
STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
KELLY A. RUTAN*
PAUL R. ST LAWRENCE III
KIMBERLEY SCHAEFER
OMAR SERAGELDIN
MARGARET E. SHEER
GARY SILBER
MASHA SMITH
NATHANIEL F. STANKARD
SARAH G. TEN SIETHOFF
JOANNE C. WALLINGTON
MATTHEW R. WINGERTER
ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA. WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

January 3, 2008

**VIA PRIORITY MAIL**

Nelson Terry
East Coast Express Eviction
29 U Street, NW
Washington, DC 20001

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia)
<u>Compliance with Court Orders</u>

Dear Mr. Terry:

      We write on behalf of our clients, plaintiffs in *Ashford, et al. v. East Coast Evictions, et al.* As you are aware, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Nelson Terry and East Coast Express Eviction ("East Coast"). Among other provisions, Judge Facciola's Order required you and East Coast to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court. The deadline for you to comply with the Order was January 2, 2008.

      We wrote to you shortly after Judge Facciola entered the Order against you and East Coast. In that letter we included copies of the orders and explained how to comply. As of

Nelson Terry                          Page 2                          January 3, 2008

today, January 3, 2008, neither you nor East Coast has produced the documents we requested nor have you certified your compliance with the Court.

In light of your continuing failure to comply with the Court's orders, we plan to file a motion to compel your compliance or, alternatively, a motion to find you in contempt of court. We would prefer to avoid filing another motion with the Court, and we would like to meet with you to discuss whether you plan to comply with Judge Facciola's Order. Please contact us by 5 p.m. on Thursday, January 10. If we do not hear from you by that date, we will assume you do not plan to comply with the Court's Order, and we will file a motion to compel or a motion to hold you in contempt. You can reach us at (202) 974-1646 (Lee Berger) or (202) 974-1679 (Larry Work-Dembowski).

                                        Sincerely,

                                        Lee F. Berger
                                        Larry C. Work-Dembowski

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 3, 2008, a copy of the foregoing Meet and Confer Letter to Nelson Terry and East Coast Express Eviction dated January 3, 2008 was served by priority U.S. mail, postage prepaid on the following parties:

> Nelson Terry
> 29 U Street, N.W.
> Washington, D.C. 20001

> East Coast Express Eviction
> 29 U Street, N.W.
> Washington, D.C. 20001

Dated: January 3, 2008

_Allison E. Collins_
Allison E. Collins

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
MOSCOW

FRANKFURT
COLOGNE
ROME
MILAN
HONG KONG
BEIJING

KENNETH L. BACHMAN, JR.
SARA D. SCHOTLAND
MARK LEDDY
JOHN C. MURPHY, JR
DAVID M. BECKER
GEORGE S. CARY
JANET L. WELLER
MITCHELL S. DUPLER
LINDA J. SOLDO
GIOVANNI P. PREZIOSO
JOHN T. BYAM
MATTHEW D. SLATER
MICHAEL R. LAZERWITZ
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
SHAWN J. CHEN
  RESIDENT PARTNERS

J. EUGENE MARANS
DANIEL B. SILVER
RICHARD DEC. HINDS
JOHN S. MAGNEY
  SENIOR COUNSEL

W RICHARD BIDSTRUP
SCOTT N. BENEDICT
KEVIN A. GRIFFIN
STEVEN J. KAISER
JOYCE E. McCARTY
  COUNSEL

KAREN A. KERR
SCOTT R. GOODWIN
JOHN P. McGILL, JR
  SENIOR ATTORNEYS

MATTHEW R. AYRES
JENNIFER M. BABOUNAKIS
MATTHEW I. BACHRACK
JENNIFER S. BENSON
LEE F. BERGER
MATTHEW J. BERMAN
CHINWE BINITIE
KATHLEEN W. BRADISH*
KEVIN R. BURKE*
KATHERINE M. CARROLL
JACOB M. CHACHKIN
TAMARA S. CLARK
EMILY L. COOKE*
SEAN D. COREY
ALYSON J. DAIS
LARRY C. DEMBOWSKI
ALINA D. ELDRED
DESMOND EPPEL
MICHAEL P. FRANCK

RYAN C. GAUBERT
BENJAMIN M. GERBER*
PAUL S. HAYES
ERIC H. HILDENBRAND
STEPHANIE SUN HINDERKS*
MEGHAN A. IRMLER
FIANA R. KWASNIK
CHRISTOPHER T. LEAHY
JEFFREY LEASURE
JOHN R. LOATMAN
THOMAS D. McCONNELL
PATRICIA M. McDERMOTT
YASMIN MEHRAIN
ADAM J. MILLER
JENNIFER A. MORRISSEY
DAVID NUSBAUM
AARON MARR PAGE
LAUREN L. PEACOCK
ANTONIO J. REYNOLDS
NICOLE ROTHE
KELLY A. RUTAN*
PAUL R. ST LAWRENCE III
KIMBERLEY SCHAEFER
OMAR SERAGELDIN
MARGARET E. SHEER
GARY SILBER
MASHA SMITH
NATHANIEL F. STANKARD
SARAH G. TEN SIETHOFF
JOANNE C. WALLINGTON
MATTHEW R. WINGERTER
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA.
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: (202) 974-1646
E-Mail: lberger@cgsh.com

January 3, 2008

**VIA PRIORITY MAIL**

Choya Lord Rodriguez
Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Re: *Ashford, et al. v. East Coast Express Evictions, et. al.*, Docket No. Civ. 06-1561 (RJL/JMF) (U.S. District Court for the District of Columbia)
Compliance with Court Orders

Dear Mr. Rodriguez:

We write on behalf of our clients, plaintiffs in *Ashford, et al. v. East Coast Evictions, et al.* As you are aware, on December 14, 2007, Magistrate Judge John M. Facciola entered an order granting Plaintiffs' Motion for Sanctions and Expenses Against Defendants Choya Lord Rodriguez and Platinum Realtor Service, Inc. ("Platinum"). Among other provisions, Judge Facciola's Order required you and Platinum to pay a certain portion of plaintiffs' attorneys' fees, to comply with Magistrate Judge Facciola's previous order to provide responses to plaintiffs' discovery requests, and to certify that compliance with the Court. The deadline for you to comply with the Order was January 2, 2008.

Choya Lord Rodriguez                Page 2                January 3, 2008

       We wrote to you shortly after Judge Facciola entered the Order against you. In that letter we included copies of the orders and explained how to comply. As of today, January 3, 2008, you have not produced the documents we requested nor have you certified your compliance with the Court.

       In light of your continuing failure to comply with the Court's orders, we plan to file a motion to compel your compliance or, alternatively, a motion to find you in contempt of court. We would prefer to avoid filing another motion with the Court, and we would like to meet with you to discuss whether you plan to comply with Judge Facciola's Order. Please contact us by 5 p.m. on Thursday, January 10. If we do not hear from you by that date, we will assume you do not plan to comply with the Court's Order, and we will file a motion to compel or a motion to hold you in contempt. You can reach us at (202) 974-1646 (Lee Berger) or (202) 974-1679 (Larry Work-Dembowski).

                                                  Sincerely,

                                                  Lee P. Berger
                                                Larry C. Work-Dembowski

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 3, 2008, a copy of the foregoing Meet and Confer Letter to Choya Lord Rodriguez and Platinum Realtor Services, Inc. dated January 3, 2008 was served by priority U.S. mail, postage prepaid on the following parties:

> Choya Lord Rodriguez
> 6705 McKeldin Drive
> Suitland, MD 20746

> Platinum Realtor Services, Inc.
> 6705 McKeldin Drive
> Suitland, MD 20746

> Platinum Realtor Services, Inc.
> c/o Choya Lord Rodriguez
> P.O. Box 631
> Suitland, MD 20752

Dated: January 3, 2008

*Allison C. Collins*
Allison E. Collins