# EXHIBIT I

VIDEOTAPED DEPOSITION OF VINCENT C. CRAWFORD
CONDUCTED ON TUESDAY, NOVEMBER 13, 2007

1 (Pages 1 to 4)

---

Page 1

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA

-------------x
                    :
HARRY JAKEYIA ASHFORD,   :
et al.,             :
                    :
    Plaintiffs,    :
                    : Civil Action
v.                  : No. 06cv1651
                    :
EAST COAST EXPRESS  :
EVICTION, et al.,   :
                    :
    Defendants.    :
                    :
-------------x

         Deposition of
       VINCENT C. CRAWFORD
         Washington, D.C.
       Tuesday, November 13, 2007
           10:16 a.m.




Job No.: 1-115030
Pages 1 through 85
Reported by: Rebecca L. Stonerock, RPR
```

Page 2

```
         Deposition of
       VINCENT C. CRAWFORD

Held in the Courtroom of:
Magistrate Judge John M. Facciola:
    E. BARRETT PRETTYMAN FEDERAL COURTHOUSE
    333 Constitution Avenue, Northwest
    1225 - Courtroom 6
    Washington, D.C. 20001













    Taken pursuant to Court Order, before Rebecca L.
Stonerock, Registered Professional Reporter and Notary
Public in and for the The District of Columbia.
```

Page 3

```
              APPEARANCES


ON BEHALF OF PLAINTIFF ASHFORD:
    LARRY C. DEMBOWSKI, ESQUIRE
    LEE F. BERGER, ESQUIRE
    Cleary, Gottlieb, Steen & Hamilton
    2000 Pennsylvania Avenue, Northwest
    Washington, D.C. 20006-1801
    Telephone: (202) 974-1500

ALSO PRESENT:
    Magistrate Judge John M. Facciola
    Jared Hosid, Court Clerk
```

Page 4

```
                CONTENTS
EXAMINATION OF VINCENT C. CRAWFORD       PAGE
    By Mr. Dembowski                       8



              EXHIBITS
               (None)
                 - - -
```

VIDEOTAPED DEPOSITION OF VINCENT C. CRAWFORD
CONDUCTED ON TUESDAY, NOVEMBER 13, 2007

13 (Pages 49 to 52)

### Page 49

```
 1  said his last name --
 2    A  Yeah, he's right around there, too.
 3    Q  Do you know how Willie's last name is
 4  spelled?
 5    A  P-A-Y-N-E.
 6    Q  Is Mr. Payne homeless?
 7    A  No.
 8    Q  Do you know where he lives?
 9    A  He stays with his mother sometimes on Mass
10  Avenue and then he stays other places. And he's got a
11  girlfriend or something he stays with. I don't know.
12  But he don't be out on the streets at night.
13    Q  Do you have contacts with Mr. Jackson or
14  Mr. Payne outside of their working for you?
15    A  Yeah, we're friends.
16    Q  Do you have a telephone number or another
17  way to get in touch with these gentlemen?
18    A  Let me see, Tony's phone number I don't
19  have. I'm trying to think of Willie's phone number at
20  his mama's house. I don't know the number at the
21  house. He stays with a friend of his called "Billy"
22  over on D Street. I call there sometimes. And -- but
```

### Page 50

```
 1  no.
 2    Q  Do you have the phone number for Billy or
 3  for Mr. Payne's mother written down somewhere back at
 4  home possibly?
 5    A  I probably do.
 6    Q  Would you -- would you mind sending us
 7  that?
 8    A  Okay.
 9    Q  Thank you.
10      Do you keep records of the payments that
11  you make to workers?
12    A  Say what, now?
13    Q  Do you keep records of the payments that
14  you make to these workers?
15    A  Yeah.
16    Q  What kind of records do you keep?
17    A  The daily sheet of what I pay out, what
18  goes out.
19    Q  What information is on that daily sheet?
20    A  The address, the number of manpower and the
21  amount of money paid.
22    Q  And where do you keep those sheets?
```

### Page 51

```
 1    A  They're put up.
 2    Q  Are they in your office at home?
 3    A  They're put up.
 4    Q  Where are they put up?
 5    A  In a file cabinet.
 6    Q  For how long back do you have those
 7  records?
 8    A  I have to look and see. I don't remember.
 9    Q  Do you know whether you have them for the
10  last three years?
11    A  I might.
12      MR. BERGER: Sir, when you said you had the
13  address, was that the address of the eviction
14  where it took place?
15      THE WITNESS: Yeah.
16    Q  Do those records also contain the amount
17  that you were paid by the landlord?
18    A  No.
19    Q  Do you keep a record of how much you're
20  paid by the landlords?
21    A  When my tax form comes, yes, I do.
22    Q  Do you still have those records?
```

### Page 52

```
 1    A  I have my tax forms.
 2    Q  Do your tax forms show how much you were
 3  paid for any individual eviction?
 4    A  No.
 5    Q  Do you have any records that show how much
 6  you were paid for individual evictions?
 7    A  The tax forms come, they show the whole
 8  year. They don't show each job.
 9    Q  Who sends you those tax forms?
10    A  The real estate company that I work for.
11    Q  What are the real estate companies that you
12  work for?
13    A  I won't -- it's not important, like you
14  tell me.
15    Q  Well, it is important actually.
16    A  Oh, it is?
17    Q  It is.
18    A  Oh, okay. I work for Capitol City
19  Properties -- I've got quite a few I work for.
20    Q  Capitol City?
21    A  Properties.
22    Q  Who else?
```

**Page 53**

1  A  Edgewood Management.
2  Q  Who else?
3  A  I'd have to get my paperwork. I've given
4  you two of them, so --
5  Q  Do you remember any others off the top of
6  your head?
7  A  No. I've got to go get the papers to look
8  at them. I used to work for Phoenix Preservations out
9  of Maryland.
10 Q  Is that Phoenix Preservations?
11 A  Yeah.
12 Q  Spelled like the city?
13 A  Yeah.
14 Q  Do you do work for Lustine Realty?
15 A  No.
16 Q  Do you do work for Southern Management?
17 A  Nope.
18 Q  Do you know who does the eviction work for
19 either of those two companies?
20 A  Sure don't.
21 Q  When Gloria drives for you, how does she
22 get the money to pay workers?

**Page 54**

1  A  I give it to her.
2  Q  You give it to her in the morning?
3  A  Yeah.
4  Q  Does she pay in cash?
5  A  Yeah.
6  Q  And does she keep the same daily sheet
7  records of what's paid out --
8  A  I don't know what records she keep.
9  Q  -- to workers?
10 A  I don't know what records she keep.
11 Q  So do you have records of what workers were
12 paid when they were on Gloria's vans?
13 A  Yeah. If it was one of my jobs they were
14 doing, what I do, when they go out that morning and we
15 got one job, I give her the money, they do the job.
16 They got two jobs, I give her the $14 for them, and
17 then when they're finished she pays them and they
18 leave. You know, it don't take a rocket scientist to
19 figure that out.
20 Q  The real estate companies for whom you
21 perform evictions, do you have contracts with those
22 companies?

**Page 55**

1  A  No.
2  Q  What is the nature of your relationship
3  with them?
4  A  What do you mean?
5  Q  How do they -- do you know how they choose
6  to call you when they have an eviction to be
7  performed?
8  A  These people have been doing evictions for
9  a long time and they continue to call me because of my
10 work record.
11 Q  Have you negotiated prices with each of
12 them?
13 A  What do you mean?
14 Q  The price they pay to you for the evictions
15 you perform for them.
16 A  I'm not clear what you're saying. I'm not
17 clear what you're saying.
18 Q  I'm trying to think of a better way to ask
19 the question.
20 A  Oh, okay.
21 Q  I told you sometimes I don't ask clear
22 questions.

**Page 56**

1  A  Yeah.
2  Q  Well, how much do you get paid per eviction
3  by Capitol City Properties?
4  A  Huh-uh, I don't think that's none of your
5  business.
6  Q  I'm sorry, but it is.
7  A  That's like me asking you how much you get
8  paid. Go ahead and ask this question and then we'll
9  see.
10 Q  The reason that it's relevant to this case
11 is one of our legal theories is that the defendants in
12 this case are receiving money from landlords and
13 they're only able to receive that money based on the
14 labor that the workers are providing. And by paying
15 less than the minimum wage to the workers and taking
16 in money from the landlords, you're profiting off the
17 underpaid labor of the workers.
18 A  I'm not profiting off underpaid labor. I
19 pay my laborers. I'm not profiting off underpaid
20 laborers.
21 Q  That's the theory of our case and that's
22 why what the defendants receive from the landlords is