# EXHIBIT B

**Issued by the**
**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., | **SUBPOENA ON EAST COAST** |
| *Plaintiffs,* | **EXPRESS EVICTION** |
| v. | Case Number: 06-CV-1561 |
| East Coast Express Eviction, et al., | Hon. Richard J. Leon |
| *Defendants.* | |

TO: East Coast Express Eviction a/k/a All American Way and/or A-Team
29 U Street, NW
Washington, DC 20001

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **All documents and things requested in attached Schedule A.**

| PLACE | DATE AND TIME |
|---|---|
| **Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave, NW, Suite 9000, Washington, DC 20006** | **May 2, 2007 or 14 days after service, whichever is later, at 10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT): | DATE |
|---|---|
| [signature] | ~~April 16, 2007~~ |
| Lee F. Berger, Counsel for Plaintiffs | April 17, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC 20006, (202) 974-1500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.
AO 88 (Rev. 1/94) Subpoena in a Civil Case

| PROOF OF SERVICE | |
|---|---|
| DATE | PLACE |
| **SERVED** _____, 2007 | East Coast Express Eviction, 29 U St., NW Washington, DC 20001 |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on_____          _____
DATE                                        SIGNATURE OF SERVER

                                            ADDRESS OF SERVER
                                            _____

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:46 am on June 21, 2007, I served East Coast Express Eviction a/k/a All American Way and/or A-Team at 1st Street, NE and O Street, NE, Washington, DC 20002 by serving Nelson Terry, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     48
HEIGHT-  5'6"
HAIR-    BLACK/GRAY
WEIGHT-  220
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/22/07
              Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189883

Issued by the
UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| Harry Jakeyia Ashford, et al., | SUBPOENA ON CRAWFORD & CRAWFORD |
|---|---|
| *Plaintiffs,* | |
| v. | Case Number: 06-CV-1561 |
| | Hon. Richard J. Leon |
| East Coast Express Eviction, et al., | |
| *Defendants.* | |

TO: Crawford & Crawford
200 55th Street, NE
Washington, DC 20019

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **All documents and things requested in attached Schedule A.**

| PLACE | DATE AND TIME |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave, NW, Suite 9000, Washington, DC 20006 | **May 2, 2007 or 14 days after service, whichever is later, at 10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT): *[signature]* Lee F. Berger, Counsel for Plaintiffs | DATE April 17, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Lee F. Berger
Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC 20006, (202) 974-1500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number
AO 88 (Rev 1/94) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| **SERVED** | DATE _____, 2007 | PLACE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:46 pm on April 18, 2007, I served Crawford & Crawford at 200 55th Street, NE, Apartment 24, Washington, DC 20019 by serving Vincent Crawford, Officer, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     55
HEIGHT-  5'9"
HAIR-    BALD
WEIGHT-  250
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 4-19-07
         Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186756

Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., *Plaintiffs*, v. East Coast Express Eviction, et al., *Defendants*. | **SUBPOENA ON PLATINUM REALTOR SERVICES, INC.** Case Number: 06-CV-1561 Hon. Richard J. Leon |

TO  Platinum Realtor Services, Inc
    6705 McKeldin Drive
    Suitland, MD 20746

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects)  **All documents and things requested in attached Schedule A.**

| PLACE | DATE AND TIME |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave, NW, Suite 9000, Washington, DC 20006 | **May 2, 2007 or 14 days after service, whichever is later, at 10:00 a.m.** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* **Lee F. Berger, Counsel for Plaintiffs** | DATE **April 17, 2007** |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Lee F. Berger**
**Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC 20006, (202) 974-1500**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev 1/94) Subpoena in a Civil Case

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Harry Jakeyia Ashford, et al.

vs.

East Coast Express Eviction, et al.

No. 06-CV-1561 (RJL)

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Subpoena Duces Tecum and Schedule A in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:00 am on April 23, 2007, I served Platinum Realtor Services, Inc. at 6705 McKeldin Drive, Suitland, Maryland 20746 by serving Choya Lord Rodriquez, Officer, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    46
 HEIGHT-    5'11"
   HAIR-    BLACK
 WEIGHT-    200
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/26/07
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186755