# EXHIBIT H

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 3
 4   ---------------x
     HARRY KALEYIA ASHFORD,      :
 5   et al.,                     :
              Plaintiffs,        :
 6   vs.                         : Civil Action
                                 : No. 06cv1651
 7   EAST COAST EXPRESS          :
     EVICTION, et al.,           :
 8                               :
              Defendants.        :
 9   ---------------x
10
            Deposition of
11
        CHOYA LORD "TROY" RODRIGUEZ
12
            Washington, D.C.
13
        Wednesday, November 14, 2007
14
            10:07 a.m.
15
16
17
18
19   Job No.: 1-115028
20   Pages 1 through 42, Volume 1
21   Reported by: Sandria L. Cox
22
```

Page 2

```
 1           Deposition of
 2        CHOYA LORD "TROY" RODRIGUEZ
 3   Held in the Courtroom of
 4   Magistrate Judge John M. Facciola:
 5     E. BARRETT PRETTYMAN FEDERAL COURTHOUSE
 6     333 Constitution Avenue, Northwest,
 7     1225, Courtroom 6
 8     Washington, D.C. 20001
 9
10
11
12
13
14
15
16
17
18        Taken pursuant to Court Order, before Sandria
19   L. Cox, Court Reporter and Notary Public.
20
21
22
```

Page 3

```
 1                 A-P-P-E-A-R-A-N-C-E-S
 2
 3   ON BEHALF OF PLAINTIFF ASHFORD:
 4     LARRY C. DEMBOWSKI, ESQUIRE
 5     LEE F. BERGER, ESQUIRE
 6     Cleary, Gottlieb, Steen & Hamilton
 7     2000 Pennsylvania Avenue, Northwest
 8     Washington, D.C. 20006-1801
 9     (202) 974-1500
10
11
12   ALSO PRESENT:
13     Magistrate Judge John M. Facciola
14     Jared Hosid, Court Clerk
15
16
17
18
19
20
21
22
```

Page 4

```
 1              C-O-N-T-E-N-T-S
 2   EXAMINATION OF CHOYA LORD "TROY" RODRIGUEZ  PAGE
 3     By Mr. Dembowski              10
 4
        E-X-H-I-B-I-T-S
 5
        (None marked)
 6
 7
 ...
22
```

DEPOSITION OF CHOYA LORD "TROY" RODRIGUEZ, VOLUME 1
CONDUCTED ON WEDNESDAY, NOVEMBER 14, 2007

7 (Pages 25 to 28)

Page 25

1  altogether you performed three to four hundred
2  evictions?
3     A  Yes.
4     Q.  Do you have any idea which percentage of
5  those were in D.C.?
6     A.  Very small.
7     Q.  Very small.
8     A.  Like I said, I try not to work in D.C.
9     Q.  Why do you try not to work in D.C.?
10    A.  Why?  Because D.C. is not a place where
11 you want to do evictions.  The courts doesn't allow
12 many evictions.  The percentage is 30 percent,
13 everything, including when you don't do anything.
14    Q.  Do you recall in 2006 how many evictions
15 you performed?
16    A.  No, not exactly.
17    Q.  Do you maintain records regarding what
18 evictions you perform?
19    A.  I do.
20    Q.  Can you describe those records, please?
21    A.  In what manner?
22    Q.  Are you keeping work orders?

Page 26

1     A  Yes, I keep work orders.
2     Q.  Invoices?
3     A.  Yes.
4     Q.  How far back do your work orders and
5  invoices go in time?
6     A.  All of the way back to '98.
7     Q.  If Platinum Realtor wasn't created until
8  2003, how do you have records that go back?
9     A.  We have records that go back as far as
10 2002.
11    Q.  Okay.  Did you work in the eviction
12 industry before 2002?
13    A.  I worked with other companies before.
14    Q.  And you maintained records for those
15 companies?
16    A   That's right.  I help build them.
17    Q.  What companies did you help build?
18    A.  Like Atlantic Properties.  Stuff like
19 that.  So --
20    Q.  Did you work with other people at
21 Atlantic Properties?
22    A.  I did.

Page 27

1     Q.  Who did you work with?
2     A.  A guy named Terry.
3     Q.  Nelson Terry?
4     A.  No, not Nelson Terry.
5        Terry is a lawyer now.  He was the owner
6  of the company, so --
7     Q.  Since the company was created in 2002,
8  do you have an estimate as far as how many
9  evictions the company has performed?
10    A.  No, I don't.
11    Q.  But you have records that would reflect
12 how many evictions the company has performed; is
13 that correct?
14    A   Yes, I should have records.
15    Q.  And do these records reflect the
16 location of the evictions?
17    A   Yes, it has the address.
18    Q.  Okay.  Do the records reflect how many
19 employees worked on the eviction?
20    A   Yes, they reflect that.
21    Q.  Does it reflect the identity of the
22 employees that worked on the evictions?

Page 28

1     A.  If you're talking about names, it's got
2  the name.
3     Q.  Does it reflect how much you paid the
4  employees for that eviction?
5     A.  Yes.
6     Q.  Okay.  Does Platinum Realtor Services
7  own any cars, trucks or vans?
8     A.  Couple of used trucks.
9     Q.  How many trucks does it own?
10    A.  About three little vans.
11    Q.  Can you tell me the make of the vans?
12    A.  I don't know.  About '90 or '94 Dodge.
13    Q.  All three of them are 1994 Dodges?
14    A.  One is '94.  One is 1997.
15    Q.  And the third one?
16    A.  The third one is an old U-Haul truck.
17    Q.  And do you happen to remember the
18 license plate number of the '94 Dodge?
19    A.  No.
20    Q.  How about the 1997 Dodge?
21    A.  No.
22    Q.  Do you know the license plate of the