# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | Civil Action No. 06-cv-1561 (RJL) |
| ) | |
| individually and on behalf ) | Hon. Richard J. Leon |
| of all others similarly situated, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION BY DEFENDANT BUTCH ENTERPRISES, INC.**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Columbia, Plaintiffs hereby request that defendant Butch Enterprises, Inc. admit the truth of the following statements, in accord with the Definitions and Instructions set forth below.

**DEFINITIONS**

1. "Antitrust Laws" is defined as 15 U.S.C. § 1 *et seq.*; D.C. Code § 28-4502 *et seq.*; Md. Code Ann., Com. Law § 11-204 *et seq.*; and Va. Code Ann. § 59.1-9.5 *et seq.*

2. "Butch" is defined as Butch Enterprises, Inc., including any predecessors and successors in interest, present and former parents, subsidiaries, divisions, and affiliates, and all present and former officers, board members, directors, owners, managers, employees, agents, other representatives and any other person in whole or in part acting on behalf of any of the forgoing, but excluding Eviction Workers.

**Request for Admission 44**: Butch has hired over 150 Eviction Workers during the Class Period.

**Request for Admission 45**: Butch has hired over 200 Eviction Workers during the Class Period.

**Request for Admission 46**: Butch has hired over 300 Eviction Workers during the Class Period.

**Request for Admission 47**: Butch has hired over 500 Eviction Workers during the Class Period.

**Request for Admission 48**: Butch has hired over 750 Eviction Workers during the Class Period.

**Request for Admission 49**: Butch has hired over 1,000 Eviction Workers during the Class Period.

**Request for Admission 50**: Butch has hired over 2,000 Eviction Workers during the Class Period.

**Request for Admission 51**: Butch had the power to hire Eviction Workers.

**Request for Admission 52**: Butch had the power to fire Eviction Workers.

**Request for Admission 53**: Butch supervised Eviction Workers' work schedules while those Eviction Workers worked for Butch.

**Request for Admission 54**: Butch controlled Eviction Workers' work schedules while those Eviction Workers worked for Butch.

**Request for Admission 55**: Butch supervised the Eviction Workers' conditions of employment while those Eviction Workers worked for Butch.

**Request for Admission 56**: Butch controlled the Eviction Workers' conditions of employment while those Eviction Workers worked for Butch.

**Request for Admission 57**: Butch controlled where the Eviction Workers work while those Eviction Workers worked for Butch.

**Request for Admission 58**: Butch controlled when the Eviction Workers work while those Eviction Workers worked for Butch.

**Request for Admission 59**: Butch determined the rate at which it paid Eviction Workers while those Eviction Workers worked for Butch.

**Request for Admission 60**: Butch determined the method by which it paid Eviction Workers while those Eviction Workers worked for Butch.

**Request for Admission 61**: When Butch hired Eviction Workers during the Class Period, those persons were Butch's employees.

**Request for Admission 62**: Butch paid sub-minimum wages to the Eviction Workers during the Class Period.

**Request for Admission 63**: The Other Eviction Companies paid sub-minimum wages to the Eviction Workers during the Class Period.

**Request for Admission 64**: The Named Plaintiffs' claims are typical of the claims of other Class Members because the Named Plaintiffs have performed the same types of Eviction Work for Butch and the Other Eviction Companies and at the same sub-minimum wages as other members of the Class.

**Request for Admission 65**: Except as to the amount of damages each member of the Class has individually sustained, all other questions of law and fact are common to the Class.

**Request for Admission 197**: Each Class Member is an employee of at least one Defendant.

**Request for Admission 198**: Butch typically pays each Eviction Worker (exclusive of Butch's permanent staff) $5.00 for each eviction performed.

**Request for Admission 199**: The Other Eviction Companies typically pay each Eviction Worker (exclusive of Defendants' permanent staffs) $5.00 for each eviction performed.

**Request for Admission 200**: Butch typically pays each Eviction Worker (exclusive of Butch's permanent staff) $5.00 for each eviction performed in a one-bedroom apartment.

**Request for Admission 201**: The Other Eviction Companies typically pay each Eviction Worker (exclusive of Defendants' permanent staffs) $5.00 for each eviction performed in a one-bedroom apartment.

**Request for Admission 202**: The $5.00 payment per eviction does not vary depending on the time spent on the eviction.

**Request for Admission 203**: The $5.00 payment per eviction does not vary depending on travel time to and from an eviction site.

**Request for Admission 204**: The $5.00 payment per eviction has been standard throughout the Class Period.

**Request for Admission 205**: Butch maintains payroll records as required by the Minimum Wage Laws.

**Request for Admission 206**: Butch maintains records regarding Eviction Workers.

**Request for Admission 207**: Butch maintains records regarding wage payments to employees as required by federal, state, and District of Columbia tax law.

**Request for Admission 208**: For the year 2002, Butch's annual gross volume of business is not less than $500,000.

**Request for Admission 209**: For the year 2003, Butch's annual gross volume of business is not less than $500,000.

**Request for Admission 210**: For the year 2004, Butch's annual gross volume of business is not less than $500,000.

**Request for Admission 211**: For the year 2005, Butch's annual gross volume of business is not less than $500,000.

**Request for Admission 212**: For the year 2006, Butch's annual gross volume of business is not less than $500,000.

**Request for Admission 213**: Butch expects that its annual gross volume of business will be not less than $500,000 for the year 2007.

**Request for Admission 214**: Butch has hired plaintiff Anthony Forte to perform Eviction Work at least one time.

**Request for Admission 215**: Plaintiff Anthony Forte was Butch's employee some time during the Class Period.

**Request for Admission 216**: Butch has hired plaintiff Hassan Shakur to perform Eviction Work at least one time.

**Request for Admission 217**: Plaintiff Hassan Shakur was Butch's employee some time during the Class Period.