# EXHIBIT D

TO: Lee Berger Esq

FROM:
**LAW OFFICES OF DAVID E. FOX**
1325 18th Street, N.W.
Suite 103
WASHINGTON, DC 20036
(202) 887-0725

SUBJECT: Ashford v Butch Ent., et al   DATE: 4-10

ENCLOSED ARE THE 2 FORMS which Butch has albeit not all are retained

14/encl + 1 = 15

PLEASE REPLY TO →   SIGNED

REPLY

DATE:   SIGNED

# Workorder Request

Date Received: _____   Eviction Date: 9-27-06
Time Received: _____   Eviction Time: 9:00
Initials: _____   Bill to: _____

Manpower requirement: _____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: Dudley PRO
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 215 Oakwood st SE #301

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: 2Be

Go to rental office: YES  NO        Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO          Break Lock: YES  NO        Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: 8:37 A           MARSHALL: B. Colman
TIME MARSHALL ARRIVED: 9:39 A       DEPUTY SHERIFF: _____
TIME STARTED: 9:38 A                DATE OF EVICTION: 9-27-06
TIME STOPPED: 9:40 A                SUPERVISOR: Otto Nunes
                                    LANDLORD'S AGENT: ✓
                                    OCCUPANT PRESENT: YES  (NO)

CANCELLATION INFORMATION:           TOW CO: _____
DATE: _____                        BY: _____
TIME: _____                        PAID: _____
CALLER: _____                      STAY: _____
                                    MOVED: _____
[B1]   INVOICE # _____             EXPIRED: _____
       AMOUNT TO BILL _____

# Workorder Request

Date Received: _____
Time Received: _____
Initials: _____

Eviction Date: 9-27-06
Eviction Time: 9:00
Bill to: _____

Manpower requirement: _____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: Dudley Bro Realty
APT PROJECT: _____
CALLER: Darrell
PHONE: 202-526-6882
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: 215 Oakwood St SE #204

SIZE OF PREMISES:   House ☐   Apartment ☐   # of Bedrooms: 2BR

Go to rental office:   YES   NO        Rental Office Address: _____
Agent at site:         YES   NO
Arrange for locks:    YES   NO        Break Lock: YES  NO        Security Lock: YES  NO
Pets on premises:     YES   NO
Children:             YES   NO
Dangerous Alerts:     YES   NO

REMARKS: Paid in Full

TIME CREW ARRIVED: 8:37
TIME MARSHALL ARRIVED: 9:40
TIME STARTED: 8:41
TIME STOPPED: 9:45

MARSHALL: B Colman
DEPUTY SHERIFF: _____
DATE OF EVICTION: 9-27-06
SUPERVISOR: Otto Menes
LANDLORD'S AGENT: _____
OCCUPANT PRESENT:   YES   NO

CANCELLATION INFORMATION:
DATE: _____
TIME: _____
CALLER: _____

B.2   INVOICE # _____
AMOUNT TO BILL _____

TOW CO: _____
BY: _____
PAID: _____
STAY: _____
MOVED: _____
EXPIRED: _____

Jun. 02 2005 03:02PM P3
LAW OFFICES OF DAVID E FOX   FAX NO. :   #0275 P.003 /015
FROM :   30/04 2007 11:52 2028720200

# Workorder Request

Date Received: _____          Eviction Date: _9/27/06_
Time Received: _____          Eviction Time: _3:00_
Initials: _____               Bill to: _____

Manpower requirement: _____ Mgmt Co: ☐ Individual Owner: ☐
CLIENT/MGMT CO: __EKG__
APT PROJECT: __Meadow Green__
CALLER: __Khadijah__
PHONE: __202-510-5250__
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: __119 35th St SE #201__

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: __2BR__

Go to rental office: YES  NO     Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO      Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: __1:03__     MARSHALL: __Zotsch__
TIME MARSHALL ARRIVED: __1:03__ DEPUTY SHERIFF: _____
TIME STARTED: __1:05__          DATE OF EVICTION __9/27/06__
TIME STOPPED: __2:00__          SUPERVISOR: __Gaskins__
                                LANDLORD'S AGENT: _____
                                OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____           TOW CO: _____
TIME: _____           BY: _____
CALLER: _____         PAID: _____
                                STAY: _____
        INVOICE # _____   MOVED: _____
        AMOUNT TO BILL _____  EXPIRED: _____

## Workorder Request

Date Received: _____  
Time Received: _____  
Initials: _____  

Eviction Date: 9-27-06  
Eviction Time: 13:00  
Bill to: 3.00  

Manpower requirement: _____   Mgmt Co: ☐   Individual Owner: ☐  
CLIENT/MGMT CO: ETG  
APT PROJECT: MEADOW GREEN  
CALLER: Khadijah  
PHONE: 202-582-5252  
TENANT: _____   AMOUNT OWED: $ _____  
EVICTION ADDRESS: 10-35th St. SE  #203  

SIZE OF PREMISES: House ☐   Apartment ☐   # of Bedrooms: 2BR  

Go to rental office: YES  NO         Rental Office Address: _____  
Agent at site:       YES  NO  
Arrange for locks:   YES  NO         Break Lock: YES  NO       Security Lock: YES  NO  
Pets on premises:    YES  NO  
Children:            YES  NO  
Dangerous Alerts:    YES  NO  

REMARKS: _____

TIME CREW ARRIVED: 12:53         MARSHALL: Zitsch  
TIME MARSHALL ARRIVED: 12:53     DEPUTY SHERIFF: _____  
TIME STARTED: 12:54              DATE OF EVICTION: 9/27/06  
TIME STOPPED: 1:00               SUPERVISOR: GASKINS  
                                 LANDLORD'S AGENT: _____  
                                 OCCUPANT PRESENT: YES  NO  

**CANCELLATION INFORMATION:**  
DATE: _____                     TOW CO: _____  
TIME: _____                     BY: _____  
CALLER: _____                   PAID: _____  
                                 STAY: _____  
[A-1]   INVOICE # _____         MOVED: _____  
        AMOUNT TO BILL _____    EXPIRED: _____

FROM : 7033850898    BUTCH ENTERPRISE INC    PAGE 03

**GASKINS**

**PAYROLL**    4/4/06

NAME: _____    DATE: _____

Address: _____    Address: _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

**$20.00 EACH MAN**

| | |
|---|---|
| Name: Robert Poe<br>Address: 425 2nd St. NW<br>Signature: Robert Poe<br>Social Security No.: 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 | Name: Amos Lewis<br>Address: 425 2nd St NW<br>Signature: Amos Lewis<br>Social Security No.: 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 |
| Name: Charles King<br>Address: 425 2nd St NW<br>Signature: Charles King<br>Social Security No.: 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 | Name: Kevin Jones<br>Address: 425 2nd St NW<br>Signature: Kevin Jones<br>Social Security No.: 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 |
| Name: Kerry J Rivens<br>Address: 1355 New York Av<br>Signature: Kerry Rivens<br>Social Security No.: 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 | Name: Gerard K Adams<br>Address: 425 2nd St NW<br>Signature: Gerard K Adams<br>Social Security No.: 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 |
| Name: Floyd Richardson<br>Address: 35 13 St NW<br>Signature: Floyd Richardson<br>Social Security No.: 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 | Name: Mike Holmes<br>Address: 425 2nd St N.W.<br>Signature: Mike Holmes<br>Social Security No.: 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 |
| Name: William Bush<br>Address: 425 2nd St NW<br>Signature: William Bush<br>Social Security No.: 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 | Name: Melvin Hawkins<br>Address: 425 2nd St NW<br>Signature: Melvin Hawkins<br>Social Security No.: 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 |

07/05/2005  01:53  7033850898          BUTCH ENTERPRISE INC          PAGE  03

(GASKINS)

**PAYROLL**

NAME: _____   DATE: 3/28/06

Address _____   Address _____

$30.00 EACH MAN

The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
The following are employed as subcontractors and are self employed individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc. Workers Compensation policy

| | |
|---|---|
| Name: Robert Poe | Name: William Bush |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Robert Poe | Signature: William Bush |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Charles ~~King~~ TONY MOORE | Name: Amos Lewis |
| Address: 425 2nd st. NW | Address: 425 2nd st. NW |
| Signature: [signature] | Signature: Amos Lewis |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Micheal Moore | Name: Derrick Terry |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Micheal Moore | Signature: Derrick D.T. |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Elroy Wilson | Name: Mike Brown |
| Address: 425 2nd st NW | Address: 425 2nd st NW |
| Signature: Elroy Wilson | Signature: Michael Brown |
| Social Security No.: 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 | Social Security No.: 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 |
| Name: Ron Brown | Name: ~~William~~ Richard Jackson |
| Address: 425 2nd st NW | Address: 13 K St NW |
| Signature: [signature] | Signature: Richard Jackson |
| Social Security No.: 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 | Social Security No.: 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 |

FROM: LAW OFFICES OF DAVID E BOX  FAX NO.: 2028720200  Jun. 02 2005 03:03PM P7  #0275 P.007/015  30/04 2007 11:52

07/05/2005 01:53   7033850898   BUTCH ENTERPRISE INC   PAGE 03

(GASKINS)   (PAYROLL)   5/23/06

NAME: _____   DATE: _____
Address: _____   Address: _____

($25.00 EACH MAN)

The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc Workers Compensation policy.

| | |
|---|---|
| Name: Robert Poe<br>Address: 425 3rd St. N.W.<br>Signature: Robert Poe<br>Social Security No.: 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 | Name: Roy Gaskins<br>Address: 425 3rd St. N.W.<br>Signature: Roy Gaskin<br>Social Security No.: 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 |
| Name: Rae Brown<br>Address: 425 3rd St N.W.<br>Signature: Rae Brown<br>Social Security No.: 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 | Name: William Bush<br>Address: 425 3rd St. N.W.<br>Signature: Walter Bush<br>Social Security No.: 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 |
| Name: Elroy Wilson<br>Address: 425 3rd St. N.W.<br>Signature: Elroy Wilson<br>Social Security No.: 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 | Name: Derrick Henry<br>Address: 425 2nd St NW<br>Signature: D.H.<br>Social Security No.: D.H. |
| Name: Hayes Lewis<br>Address: 425 3rd St. N.W.<br>Signature: Ann Lewis<br>Social Security No.: 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 | Name: Penter Burgess<br>Address: 425 2nd NW<br>Signature: Penter Burgess<br>Social Security No.: 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 |
| Name: Steve Lee<br>Address: 425 3rd St. N.W.<br>Signature: S. Lee<br>Social Security No.: 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 | Name: Wade Walker<br>Address: 425 2nd St<br>Signature: Wade W<br>Social Security No.: 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 |

Sep. 29 2004 11:25PM P2

## Workorder Request

Date Received: 8/24/06
Time Received: 1057
Initials: PS

Eviction Date: 8/25/06
Eviction Time: 1PM
Bill to: _____

Manpower requirement: _____   Mgmt Co: ☐   Individual Owner: ☐
CLIENT/MGMT CO: O. J. H.
APT PROJECT: Friendship Crossings
CALLER: Ms Digg
PHONE: 202 563 2157
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADRESS: 121 Galveston St. SW #203

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office: YES  NO      Rental Office Address: _____
Agent at site: YES  NO
Arrange for locks: YES  NO       Break Lock: YES  NO       Security Lock: YES  NO
Pets on premises: YES  NO
Children: YES  NO
Dangerous Alerts: YES  NO

REMARKS: _____

TIME CREW ARRIVED: 11:53              MARSHALL: Kern
TIME MARSHALL ARRIVED: 11:54          DEPUTY SHERIFF: _____
TIME STARTED: 12:04                   DATE OF EVICTION: 8/25/06
TIME STOPPED: 12:11                   SUPERVISOR: Gaskins
                                      LANDLORD'S AGENT: _____
                                      OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                          TOW CO: _____
TIME: _____                          BY: _____
CALLER: _____                        PAID: _____
                                      STAY: _____
B-1    INVOICE # _____               MOVED: _____
       AMOUNT TO BILL _____          EXPIRED: _____

## Workorder Request

Date Received: 8/24/06
Time Received: 10:51
Initials: D

Eviction Date: 8/25/06
Eviction Time: 1PM
Bill to: _____

Manpower requirement: _____ Mgmt Co: ☐ Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossings
CALLER: M Digg
PHONE: 202.563.2157
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADDRESS: 97 Galveston St NW
#102

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office:  YES  NO        Rental Office Address: _____
Agent at site:        YES  NO
Arrange for locks:    YES  NO        Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:     YES  NO
Children:             YES  NO
Dangerous Alerts:     YES  NO

REMARKS: _____

TIME CREW ARRIVED: 12:12            MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 12:12        DEPUTY SHERIFF: _____
TIME STARTED: 12:13                 DATE OF EVICTION 8/25/06
TIME STOPPED: 12:25                 SUPERVISOR: GASKINS
                                    LANDLORD'S AGENT: X_____
                                    OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____                    TOW CO: N/
TIME: _____                    BY: ____
CALLER: _____                  PAID: ____
                                    STAY: ____
                                    MOVED: ____
INVOICE #: ____                     EXPIRED: ____
AMOUNT TO BILL: ____

## Workorder Request

Date Received: **8/24/06**
Time Received: **10:57**
Initials: **W**

Eviction Date: **8/25/06**
Eviction Time: **2PM**
Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: **C.I.H.**
APT PROJECT: **Friendship Crossing**
CALLER: **M Diggs**
PHONE: **202 563 2157**
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADRESS: **81 Galveston St. SW #101**

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: **1**

Go to rental office:   YES  NO      Rental Office Address: _____
Agent at site:         YES  NO
Arrange for locks:     YES  NO      Break Lock: YES  NO       Security Lock: YES  NO
Pets on premises:      YES  NO
Children:              YES  NO
Dangerous Alerts:      YES  NO

REMARKS: ~~12:27~~
         ~~12:27~~

TIME CREW ARRIVED: **12:27**       MARSHALL: **KEVIN**
TIME MARSHALL ARRIVED: **12:27**   DEPUTY SHERIFF: _____
TIME STARTED: **12:28**            DATE OF EVICTION **8/25/06**
TIME STOPPED: **12:50**            SUPERVISOR: **GASKINS**
                                    LANDLORD'S AGENT: _____
                                    OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____              TOW CO: _____
TIME: _____              BY: _____
CALLER: _____            PAID: _____
                                    STAY: _____
                                    MOVED: _____
INVOICE # _____                   EXPIRED: _____
AMOUNT TO BILL _____

FROM :                           FAX NO. :                    Sep. 29 2004 11:26PM  P4

## Workorder Request

Date Received: 8/24/06          Eviction Date: 8/25/06
Time Received: 10:57            Eviction Time: 2PM
Initials: W                     Bill to: _____

Manpower requirement: ____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship Crossings
CALLER: Ms Diggs
PHONE: 202 563 2157
TENANT: _____   AMOUNT OWED: $ _____
EVICTION ADDRESS: 81 Galveston St SW  #302

SIZE OF PREMISES: House ☐   Apartment ☑   # of Bedrooms: 2

Go to rental office: YES  NO     Rental Office Address: _____
Agent at site:       YES  NO
Arrange for locks:   YES  NO     Break Lock: YES  NO     Security Lock: YES  NO
Pets on premises:    YES  NO
Children:            YES  NO
Dangerous Alerts:    YES  NO

REMARKS: _____

TIME CREW ARRIVED: 12:57         MARSHALL: Kevin
TIME MARSHALL ARRIVED: 12:57     DEPUTY SHERIFF: _____
TIME STARTED: 12:58              DATE OF EVICTION 8/25/06
TIME STOPPED: 1:18               SUPERVISOR: Gaskins
                                 LANDLORD'S AGENT: _____
                                 OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:        TOW CO: _____
DATE: _____                     BY: _____
TIME: _____                     PAID: _____
CALLER: _____                   STAY: _____
                                 MOVED: _____
[131]  INVOICE # _____          EXPIRED: _____
       AMOUNT TO BILL _____

FROM :                          FAX NO. :                    Sep. 29 2004 11:26PM P6

# Workorder Request

Date Received: 8/24/06
Time Received: 10:51
Initials: D

Eviction Date: 8/25/06
Eviction Time: 3PM
Bill to: _____

Manpower requirement: _____  Mgmt Co: ☐  Individual Owner: ☐
CLIENT/MGMT CO: C.J.H.
APT PROJECT: Friendship Crossing
CALLER: Ms Diggs
PHONE: 202 563 2157
TENANT: _____  AMOUNT OWED: $ _____
EVICTION ADRESS: 65 Galveston St. SW #404

SIZE OF PREMISES:  House ☐   Apartment ☑  # of Bedrooms: 1

Go to rental office:   YES  NO      Rental Office Address: _____
Agent at site:         YES  NO
Arrange for locks:     YES  NO      Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises:      YES  NO
Children:              YES  NO
Dangerous Alerts:      YES  NO

REMARKS: _____

TIME CREW ARRIVED: 1:21         MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 1:21     DEPUTY SHERIFF: _____
TIME STARTED: _____            DATE OF EVICTION 8/25/06
TIME STOPPED: _____            SUPERVISOR: GASKINS
                                LANDLORD'S AGENT: _____
TENANT PAID AT 1:26             OCCUPANT PRESENT:  YES  NO

CANCELLATION INFORMATION:
DATE: _____                    TOW CO: _____
TIME: _____                    BY: _____
CALLER: _____                  PAID: _____
                                STAY: _____
[BT]                            MOVED: _____
         INVOICE # _____       EXPIRED: _____
         AMOUNT TO BILL _____

Date Received: 8/24/06
Time Received: 10:57
Initials: D

Eviction Date: 8/25/06
Eviction Time: 3PM
Bill to: _____

Manpower requirement: ____ Mgmt Co: ☐ Individual Owner: ☐
CLIENT/MGMT CO: C.I.H.
APT PROJECT: Friendship ~~Hgts~~ Crossings
CALLER: MS Diggs
PHONE: 202 563 2157
TENANT: _____ AMOUNT OWED: $ _____
EVICTION ADDRESS: 49 Galveston SW B #1

SIZE OF PREMISES: House ☐  Apartment ☑  # of Bedrooms: 2

Go to rental office: YES  NO      Rental Office Address: _____
Agent at site: (YES) NO
Arrange for locks: YES NO    Break Lock: YES  NO    Security Lock: YES  NO
Pets on premises: YES NO
Children: YES NO
Dangerous Alerts: YES NO

REMARKS: _____

TIME CREW ARRIVED: 2:00           MARSHALL: KEVIN
TIME MARSHALL ARRIVED: 2:00       DEPUTY SHERIFF: _____
TIME STARTED: 2:02                DATE OF EVICTION: 8/25/06
TIME STOPPED: 2:22                SUPERVISOR: GASKINS
                                  LANDLORD'S AGENT: X
                                  OCCUPANT PRESENT: YES  NO

CANCELLATION INFORMATION:
DATE: _____           TOW CO: _____
TIME: _____           BY: _____
CALLER: _____         PAID: _____
                        STAY: _____
                        MOVED: _____
INVOICE #: _____      EXPIRED: _____
AMOUNT TO BILL: _____

07/05/2006 01:53   7033050P90   BUTCH ENTERPRISE INC   PAGE 03

NAME: Otto Hines   DATE: 4/11/06

Address: _____   Address: _____

- The following are employed as subcontractors and are solely responsible for filing their own Federal, State and FICA taxes.
- The following are employed as subcontractors and are self employed Individual Subcontractors and not subject to the State Workers Compensation. I understand that I am responsible solely for any and all injuries that I may incur, and hereby waive any and all rights under Butch Enterprises, Inc. Workers Compensation policy.

| | |
|---|---|
| $20.00 Name: Lonnie Taylor<br>Address: 801 East BD5E<br>Signature: Lonnie Taylor<br>Social Security No.: 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 | Name: Louis Parker $20.00<br>Address: 19 Eye St NW<br>Signature: Louis Parker<br>Social Security No.: 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 |
| $20.00 Name: Vernell Bullock<br>Address: 1325 Ceylon<br>Signature: Vernell Bullock<br>Social Security No.: 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 | Name: Bruce Stewart $20.00<br>Address: 425 2nd St NW<br>Signature: Bruce Stewart<br>Social Security No.: 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 |
| $20.00 Name: Vernon Blythes<br>Address: 12E St NW<br>Signature: Vernon Blythes<br>Social Security No.: 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 | Name: Leroy Faye Brown Jr $20.00<br>Address: _____<br>Signature: Leroy Brown<br>Social Security No.: 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 |
| $20.00 Name: Steve Tice<br>Address: _____<br>Signature: _____<br>Social Security No.: 578-19-68 | Name: James Barksdale $20.00<br>Address: _____<br>Signature: James Barksdale<br>Social Security No.: 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 |
| $20.00 Name: Leroy Wilson<br>Address: _____<br>Signature: Leroy Wilson<br>Social Security No.: 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 | Name: Reginald Reese $20.00<br>Address: _____<br>Signature: Reginald Reese |

#0267-007