# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



HARRY J. ASHFORD, ET AL.,          :     Docket No. CV06-1561
                                   :     (RJL)
            Plaintiffs,            :
                                   :     December 4, 2007
                                   :
v.                                 :     2:30 p.m.
                                   :
EAST COAST EXPRESS EVICTION,       :
ET AL.,                            :
                                   :
            Defendants.            :
. . . . . . . . . . . . . . . .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:            LARRY C. DEMBOWSKI, ESQ.
                               LEE F. BERGER, ESQ.
                               Cleary Gottlieb Steen &
                                    Hamilton, LLP
                               2000 Pennsylvania Avenue, NW
                               Washington, DC 20006


For the Defendants
Tonya Smith and
A 1 Eviction Services:         GINA MARIE SMITH, ESQ.
                               Meyers Rodbell & Rosenbaum, PA
                               6801 Kenilworth Avenue
                               Riverdale, Maryland 20737


Court Reporter:                PATTY ARTRIP GELS, RMR
                               Official Court Reporter
                               Room 4700-A, U.S. Courthouse
                               Washington, D.C. 20001

Page 5

1   Enterprises and Irwin Staten as previously mentioned.

2           Also outstanding on the docket for your Honor is the
3   outstanding Motion For Leave To Amend The Complaint to which
4   none of the Defendants have filed any kind of objection and also
5   the Motion For Default Injunction also to which there has been
6   no opposition.

7           THE COURT: All right.

8           MR. BERGER: Thank you, your Honor.

9           THE COURT: Now, have you been getting the documents
10  you need from A 1?

11          MR. BERGER: We have been getting cooperation from A 1
12  which has settled with us, your Honor.

13          THE COURT: All right. Very good. Thank you.

14          MR. BERGER: Thank you.

15          THE COURT: Mr. Fox.

16          MR. FOX: Yes, your Honor.

17          THE COURT: What's the problem with the complying with
18  Judge Facciola's orders? Is there some issue here?

19          MR. FOX: The problem, your Honor, is that I have a
20  client who really doesn't have much in the way of records. We
21  will provide Mr. Berger with everything that we have Tuesday of
22  next week. We have been working rather diligently, but they
23  certainly don't keep records.

24          THE COURT: Well, you know, the rules of procedure
25  don't require you to produce that which you don't have. I mean

Page 6

1  if you don't have it, you don't have it; and, of course,
2  obviously your client will be held accountable to the extent
3  that's legally appropriate for not having them, but no one is
4  asking anyone to produce things they don't keep, don't have.
5        You need to comply with Judge Facciola's orders within
6  the time frame set so --
7        MR. FOX: Your Honor is absolutely correct. I
8  understand that. I have been pushing on Butch Enterprises very
9  hard to keep searching. The reason, your Honor, is one of the
10 men who works for Butch Enterprises said that there is some
11 papers kept in the van. We have had just a heck of a time
12 trying to figure out what he meant by that. We are working on
13 that.
14       THE COURT: Whose van are we talking about here?
15       MR. FOX: A van that is used by Butch Enterprises to
16 carry people to the eviction sites. He has I think three vans.
17       THE COURT: Has anyone gone and looked in these vans?
18       MR. FOX: Yes, your Honor.
19       THE COURT: Did you find anything?
20       MR. FOX: There were some crumpled up papers. We are
21 chasing them down to see if there is something else.
22       THE COURT: All right. Well, let's see what next
23 Tuesday brings here. And how about the Interrogatories? Are you
24 going to have those done by Tuesday?
25       MR. FOX: Yes, your Honor, we will.

Page 8

1   happen -- at least we will invite them in the time period of 7
2   to 14 days.
3           THE COURT:  All right.  Well, if you don't have them
4   available -- why don't we do this.  Why don't we give you a
5   deadline.  How's that? Have you got your calendar there?
6           MR. FOX:  I do, your Honor.
7           THE COURT:  The 14th is a week from Friday so you got
8   between now and next Friday, the 14th to make them available for
9   them to take a look at them.  Pick a place that works for
10  everyone's convenience there, and then Mr. Berger or one of his
11  colleagues will go look at them and report to him if he can't
12  go.  That's basically ten days roughly.
13          MR. FOX:  That's fine, your Honor.
14          THE COURT:  So get it done for next week.  So that's
15  all done.  So Tuesday you will have all the discovery in.  By
16  Friday the vans will have been looked at.  What else do you
17  need?
18          MR. BERGER:  We need the documents and the
19  Interrogatory responses to all of our --
20          THE COURT:  You are going to get those Tuesday.  If he
21  doesn't give them to you Tuesday, he is going to have a problem.
22          MR. BERGER: Yes, your Honor.
23          THE COURT: You heard that, right, Mr. Fox?
24          MR. FOX:  I do hear you.
25          THE COURT:  Very good.

Page 10

```
 1            THE COURT:  They better be short unless you are
 2   Superman.
 3            MR. FOX:  But it is what I have to attend.
 4            THE COURT:  All right.  So that's the week of the 17th,
 5   you have got three trials that week?  All right.
 6            MR. FOX:  If Mr. Berger is free on Friday the 28th, I
 7   am free on that day.
 8            MR. BERGER:  We can have someone attend depositions
 9   either day.  We would note there are two depositions
10   outstanding, one for Treasurer and Vice President Kimber Staten
11   and one for President of the company Irwin Staten.  We would
12   need separate days for those depositions.
13            THE COURT:  Yes.  Well --
14            MR. BERGER:  We are available.  We can do the week
15   after Christmas too.  That works for you.
16            THE COURT:  All right. So why don't you do this.  Work
17   out a schedule the week after Christmas.  All right.  That way
18   your trials are done, and then you work it out and try to get
19   those two depositions done before New Year.  How is that?
20            MR. BERGER:  That works for us, your Honor.
21            MR. FOX:  Your Honor, I am very good on Friday the 28th
22   if Mr. Berger is.  We really only need one day because Ms.
23   Staten has nothing to do with this business so she should be a
24   five-minute deposition.
25            THE COURT:  All right.  We will hold you to that.  We
```