# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                           :
In the Matter of:          :
                           :
HARRY J. ASHFORD, et al.,  :
                           :
    Plaintiffs,            :
                           :
         vs.               :    Civil Action No. 06-1561
                           :
EAST COAST EXPRESS EVICTION, :
  et al.,                  :
                           :
       Defendants.         :
                           :    Washington, D.C.
- - - - - - - - - - - - - - x    October 30, 2007


TRANSCRIPT OF STATUS HEARING
BEFORE THE HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:      LARRY DEMBOWSKI, ESQ.
                         LEE BERGER, ESQ.

For the Defendants:      DAVID FOX, ESQ.




Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C.  20005, 202-347-5395, www.pro-typists.com
M2111V/bf

1   on it.

2          THE MAGISTRATE JUDGE:  All right.  Okay.  With

3   that said, Mr. Fox, where do you see yourself as being in

4   terms of the obligations you have and where are we.  Why

5   don't you come to the podium.

6          MR. FOX:  Thank you, Your Honor.  If I may, Your

7   Honor, Butch Enterprises and Butch Staten may file a motion

8   for special relief.  The reason we've been late on some of

9   these things is my illnesses.  And that was three

10  operations, as well as some additional procedures, mostly

11  at Georgetown Hospital.  So I may be asking the Court to

12  reconsider the show cause.

13         On general discovery, we'll attempt to comply,

14  but I do frankly anticipate that the Plaintiff will not be

15  happy with the responses.  The main reason is that we're

16  not dealing with the type of company that really keeps

17  records.  If anything, I've discovered that in this

18  business there are very few records.

19         So I'm going to have to fashion a motion that

20  deals with those issues, and I apologize to the Court

21  because it may result in some of these things coming before

22  the Court twice when it could have been done once, had I

23  been available.

24         THE MAGISTRATE JUDGE:  All right.  So that means

25  -- now, they are pending against Butch Enterprises, three