# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY JAKEYIA ASHFORD, et al.

        Plaintiffs,

        v.

EAST COAST EXPRESS EVICTION, et al.

        Defendants.

Case No. 1:06cv1561

Judge: Richard J. Leon

### DEFENDANT'S SUPPLEMENTAL REPLY TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Staten has re-searched the office of Butch Enterprises and submits herewith:

1. Check Register

2. DMV Registration.

Defendant has no other requested documents.

David E. Fox
D.C. Bar No.: 165258
1325 18th Street, N. W.
Suite 103
Washington, D. C. 20036
(202) 955-5300

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing Defendants' Supplemental Reply to Plaintiff's Request for Production of Documents this _____ day of December, 2007, to Lee F. Burger, Esquire, Matthew D. Slater, Esquire, and Larry C. Dembowski, Esquire, Cleary, Gottlieb, Steen & Hamilton, LLP, 2000 Pennsylvania Avenue, N. W., Washington, D. C. 20006-1801; Gina M. Smith, Esquire, Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Avenue, Suite 400, Riverdale Park, MD 20730, Attorney for A 1 Eviction Services and Tanya Smith; and to Lloyd J. Eisenberg, Esquire, 10632 Little Columbia Parkway, Suite 430, Columbia, Maryland 21044, Attorney for Big Time Movers.

_____
David E. Fox