# EXHIBIT J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## **DECLARATION OF LEE F. BERGER**

I, Lee F. Berger, hereby affirm and state the following:

1. I am an attorney of record for the plaintiffs (other than Mr. Ashford) in the above-captioned case. The statements in this affidavit are based on my own personal knowledge.

2. On December 13, 2007, plaintiffs received from the Butch Defendants' counsel a package containing thirty-seven pages of documents. The package did not contain any discovery responses purporting to be on behalf of defendant Butch Enterprises or responses to any interrogatories. As of the date of this affidavit, plaintiffs have received no interrogatory responses or further documents responsive to the discovery requests from the Butch Defendants.

3. To the best of my knowledge, as of the date of this affidavit, the Butch Defendants have not fulfilled the requirements of the Court's December 14 Order. Specifically, Irwin Staten has not provided plaintiffs' counsel with responses to Plaintiffs' First Set of Interrogatories. The Butch Defendants have not produced all responsive documents, including responsive documents identified by Irwin Staten at his deposition. The Butch Defendants have not paid plaintiffs the awarded attorney's fees. The Butch Defendants have also not certified compliance with the Court's December 14 Order.

4. On December 28, 2007, Kimbra Staten, Vice-President of Butch Enterprises, failed to appear for her scheduled deposition. This date was chosen by counsel for the Butch Defendants after Judge Leon expressly ordered the Butch defendants to hold Ms. Staten's deposition before the end of 2007. Kimbra Staten has still not been made available for deposition.

5. On December 31, 2007, plaintiffs' counsel sent to David Fox, attorney for the Butch Defendants, a letter requesting that we meet and confer regarding a motion for further sanctions against the Butch Defendants, the overdue discovery responses, the Butch Defendants' spoliation of evidence, and the attorney's fees that the Court ordered the Butch Defendants to pay. In that letter, we informed Mr. Fox that we intended to file a motion for sanctions if he did not meet and confer with us regarding these disputes by January 7, 2008. Later in the day on December 31, 2007, Mr. Fox met and conferred with me regarding this letter telephonically, but he expressly refused to commit to producing any documents or take a position on the motion. Mr. Fox informed me that he would contact me if, after talking to his client, he did have a position on any of these topics. Mr. Fox has never contacted me or any of my colleagues again regarding these topics.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2008

Lee F. Berger (D.C. Bar #482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorney for Plaintiffs Donald Brooks, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

2