# EXHIBIT M

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3

 4   HARRY JAKEYIA ASHFORD,      *

 5   et al.,                     *

 6              Plaintiffs,      *  Civil Action

 7         vs.                   *  No. 06cv1561

 8   EAST COAST EXPRESS          *

 9   EVICTION, et al.,           *

10              Defendants.      *

11

12

13            Deposition of DEREK GASKINS

14                 Washington, D.C.

15              Tuesday, June 26, 2007

16                    10:28 a.m.

17

18

19   Job No.: 1-106501

20   Pages 1 - 167

21   Reported by:  Vicki L. Forman

22
```

57

1           MR. BERMAN:  Yes, many actually.  Thank you.

2           I'd like to enter into evidence here -- I'll

3  call this Gaskins Exhibit 1.

4           MR. FOX:  You're not entering anything into

5  evidence.

6           MR. BERMAN:  Thank you, Mr. Fox.  This is

7  Gaskins Exhibit Number 1.  I'm marking it as such.

8           (Gaskins Deposition Exhibit Number 1 was

9  marked for identification and attached to the

10 transcript.)

11 BY MR. BERMAN:

12      Q    This is for you, Mr. Gaskins.

13      A    If you got all that, why are you asking me

14 then?

15      Q    Do you recognize these forms, Mr. Gaskins?

16      A    Yeah.

17      Q    Across the top it says Payroll; is that

18 correct?

19           MR. FOX:  Objection.  The document reads for

20 itself.

21 BY MR. BERMAN:

22      Q    Mr. Gaskins, do you see that it says Payroll

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

58

```
 1   up top?
 2        A    Yeah, I see that.
 3        Q    And at the very upper left-hand corner you
 4   see it says Gaskins?
 5        A    Yeah.
 6        Q    Did you write this?  Is this your
 7   handwriting?
 8        A    Could be.
 9        Q    You're not sure?
10        A    That's two different handwriting.  It could
11   be mine.  It could be somebody else's.
12        Q    Does it look like it could be Butch's
13   handwriting?
14        A    I don't know.
15        Q    Do you see where it says $20 Each Man?
16        A    Yeah.
17        Q    It's on page one.
18             First off, what is this form?  What are all
19   these names on here?  Can you please describe what this
20   form is used for?
21        A    They're the names that people give me.
22        Q    Do people fill this out when they get on your
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

59

1  truck?

2      A    They're the names they give me.

3      Q    Do they write their own names down or do you

4  write their names down for them?

5      A    Sometimes they write them down. Sometimes I

6  write them down.

7      Q    Whenever you pick people up, do you always

8  give them a form like this?

9      A    That's for one -- that right there is the

10 only form for them to sign of whoever I'm taking that

11 day.

12     Q    But every time that you work an eviction, do

13 you fill out a form like this?

14     A    What do you mean every time?

15     Q    I mean is it standard for you to have a form

16 like this for everyday that you go out to work an

17 eviction?

18     A    Yeah, I do. Yeah, I fill it out for that one

19 day, yeah, not no two -- just one sheet.

20     Q    Just one sheet?

21     A    Yeah.

22     Q    If you can turn to page two, please. This is

60

1  another form.

2         Again, you would have people fill out this
3  form everyday that you work an eviction; is that
4  correct?
5         A    Yeah.
6         Q    This sheet says $30 Each Man.  Do you write
7  down the amount that each man is paid there?
8         A    Yeah, I write that.
9         Q    So you recognize that $30 Each Man?
10        A    Yeah.  That look like me, yeah.
11        Q    Do you write that down at the start of the
12 day?
13        A    No, I write that down in the evening.
14        Q    You write that down at the end of the day?
15        A    Yeah.
16        Q    Do you write that down after you've paid
17 everyone for eviction work?
18        A    That's the end of the day.
19        Q    At the end of the day do you write this down
20 after you've dropped people back off from where you've
21 picked them up, or do you write this down as you're
22 paying them?

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

61

1    A    It's at the end of the day.  It's at the end
2    of the day.  Don't make no difference when I write it.
3    I might write it the next morning if I forget to write
4    it at the end of the day.
5    Q    Do you see at the bottom of this sheet
6    there's a little box down here?
7    A    What box is that?
8    Q    If you look at the very bottom lower
9    left-hand corner of your sheet --
10   A    Yeah.
11   Q    -- there's like a box.
12   A    It's empty.
13   Q    It's empty.  And there is another line here
14   with some squiggles that also appears to be empty.
15   A    Yeah.
16   Q    Do you normally write something at the bottom
17   of the sheet?
18   A    Might be somebody else's name if I'm filling
19   the paper out.
20   Q    So you think that this might have had
21   somebody else's name in it?
22

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

67

1  do?

2  Q    They're free to sit outside the truck waiting
3  for the sheriff or the marshal?

4  A    I just answered that question.

5  Q    Do the workers have to go to the site in your
6  truck or can people meet you at the site?

7  A    Yeah, if it's next door they can stay -- they
8  can meet me there.  If I know they're going -- if I know
9  we're doing all right there and they can get in touch
10 with me and tell me that the girl already told me that
11 she's getting evicted tomorrow, I'm going to be right
12 here, yes, I guess they could stay right there.

13 Q    Does that ever happen?

14 A    No.  Why would it because somebody else could
15 be doing that?  It could be a whole another company
16 doing that so how would that help me?

17 Q    So generally speaking, you take all the
18 workers to the site on your truck; is that correct?

19 A    Majority of the time, yeah.

20 Q    Would you say almost every time?

21 A    Yeah, almost every time.

22 Q    Would you say every time?

69

1    A    What do you mean do I drive straight to the
2  site and wait to go?  What does that mean?
3    Q    Once you have the number of workers that you
4  need to perform the jobs that you have for the day, do
5  you close the van and head straight to the first site?
6    A    In due time.  I usually know how long it take
7  to get there.  I'm from D.C.  I got a good estimate how
8  long it take to get to places.
9    Q    So you'll usually wait at the pickup point
10 until you have the amount of time you need to go and
11 then you'll drive to the site?
12   A    Yeah.
13   Q    So you won't just leave once you have the
14 number of people and then wait at the site?  You'd
15 rather wait at the pickup point?
16   A    Yeah, that way they got an option to leave if
17 they want.
18   Q    When you get to a job site and an eviction
19 begins, do you go in with the workers to work the
20 eviction or do you stay in the truck?
21   A    No, I go in.
22   Q    You go in?

86

1  of the day?

2      A    No.  I don't see him everyday.  How am I
3  going to give it to him?

4      Q    Do you keep these forms after a day?

5      A    They're stashed around somewhere in the truck
6  if they don't throw them away.

7      Q    Do you keep them in the truck usually?

8      A    Yeah.  Sometimes they get throwed away when
9  they clean the truck out.

10     Q    Do you ever throw them away?

11     A    No, I don't throw them out.  I don't even
12 clean the truck out.

13     Q    Did Butch ask you to keep these forms?

14     A    For you?

15     Q    No, just generally.

16     A    They was in the truck I imagine.

17     Q    I mean were you ever asked by Butch to hold
18 on to forms and put them anywhere?

19     A    He asked me for them and he asked me did I
20 have any in the truck and I looked in the truck and I
21 gave him all the stack that was there.  I'd say if
22 anything missing he throwed it away.

91

```
 1      A      Yeah.
 2      Q      The rest of the van has no seats?
 3      A      This is crazy, Man.  If there ain't but two
 4  seats in the van you do the math, Man.  Why you asking
 5  me?  You went to law school and all that.  You should
 6  know.
 7             MR. BERMAN:  I'd like to mark this as Gaskins
 8  Exhibit 2.
 9             (Gaskins Deposition Exhibit Number 2 was
10  marked for identification and attached to the
11  transcript.)
12  BY MR. BERMAN:
13      Q      Have you seen documents like this before,
14  Mr. Gaskins?
15      A      Yeah.
16      Q      When have you seen documents like this
17  before?
18      A      I see 9/27/06 so it had to be that day.
19      Q      Do you fill out documents like this?
20      A      Yeah.
21      Q      When you receive a -- this document says
22  Workorder Request.
```

DEPOSITION OF DEREK GASKINS
CONDUCTED ON TUESDAY, JUNE 26, 2007

92

1        When you receive a request to do work, do you
2   fill out a document like this for each job that you
3   perform?
4        A    I just said yeah, Man.
5        Q    If you can turn with me to page three,
6   please. If you notice on page three there's a line that
7   says Supervisor: Gaskins, eviction date of 9/27/06,
8   September 27, 2006.
9             Do you recall working an eviction on
10  September 27, 2006?
11       A    That's September, Man. This is June. I
12  don't know -- I don't know what I did yesterday for
13  real. Come on, Man.
14       Q    Does this look like your handwriting on this
15  form?
16       A    Yeah, my name right there so I had to fill it
17  out.
18       Q    Do you fill out one of these forms at the
19  start of every job that you work and at the end of every
20  job that you work?
21       A    Yeah.
22       Q    See there's a line that says Time Crew

93

```
 1  Arrived:  1:03, Time Marshal Arrived:  1:03?
 2           Do you write that down simultaneously with
 3  when you get there?
 4       A   Yeah.  Really that's an estimate.
 5       Q   It says Time Started:  1:05.
 6           Would you have written that down at the same
 7  time that it actually started?
 8       A   Sometimes I might be doing something else and
 9  I might take a wild guess at about what time it was.
10  You never know.  It varies on what I'm doing at that
11  time.
12       Q   It says Time Stopped:  2:00.
13           Would you always record what time it stopped
14  at?
15       A   Yeah, that's usually accurate.
16       Q   When you fill these forms out -- after you
17  filled them out, do you do anything with the form?
18       A   What do you mean do I do anything with them?
19       Q   Is there a specific place that you put it?
20       A   In the truck.
21       Q   Is there a --
22       A   There's probably a lot -- a truckload of
```

94

1  them, all I didn't throwaway.  I told you that.

2       Q    So you would fill one of these out for every

3  eviction that you work?

4       A    Yeah.

5       Q    Did Butch give you this form to fill out?

6       A    It came through the fax machine.

7       Q    So Butch would fax you the form?

8       A    I can't see you on the other side of the fax

9  machine.

10      Q    Well, you would receive a form from the fax?

11      A    From the fax machine.

12      Q    Right.  And then you would fill the form out

13 with the information on the site?

14      A    Yeah.

15      Q    Do you fax these forms to anyone at the end

16 of a day?

17      A    I fax them to a phone number.

18      Q    You fax them to a phone number?

19      A    Yeah.

20      Q    Do you always fax forms like this to a phone

21 number?

22      A    If I have to.

97

1    A    That's correct.

2    Q    But you do fax the Workorder Request

3    information in?

4    A    Not everyday.

5    Q    Not everyday?

6    A    No.

7    Q    But usually?

8    A    Usually.

9    Q    If you fill out a payroll form for every job

10   and fill out a Workorder Request for every job, how come

11   there's no payroll form for the jobs that occurred on

12   9/27/06?

13        MR. FOX:  Objection as to "how come."

14   BY MR. BERMAN:

15   Q    Do you recall filling out a payroll form for

16   this job?

17   A    Probably, yeah.  Probably in the truck or one

18   of the ones that's throwed away.  I don't know.  If it

19   ain't there it ain't there.  That's only like three or

20   four days.

21        How would I know where the one that go to

22   that one is?

98

1   Q    But you would have filled these out for every
2   job that you work; is that correct?
3        MR. FOX:   Objection as to what he would have.
4   BY MR. BERMAN:
5   Q    You fill these out almost everyday; is that
6   correct?
7   A    I only fax that.
8   Q    Right, but when you work a job -- almost
9   everyday that you work a job you fill out one of these
10  Workorder forms?
11  A    Yeah.
12  Q    And you've done that going back -- you said
13  you've worked for a year.
14       A year ago did you fill out these forms?
15  A    I didn't work no straight year, no whole
16  straight year.  I'm saying the day you asked me when I
17  started was over a year.  I didn't work no straight
18  year.
19  Q    But going back to the earliest jobs that you
20  worked, do you remember filling out these forms?
21  A    Yeah.
22  Q    You remember filling out Workorder forms