# EXHIBIT T

## DAVID E. FOX
### Attorney at Law
1325 18th Street, NW
Suite 103
Washington, DC 20036
Phone (202) 955-5300  Fax (202) 872-0200

_David E. Fox (DC, MD)_

# F A C S I M I L E

TO:  Anne Newton, Esq.                    Date:  May 16, 2007

FR:  David E. Fox, Esq.                   RE:  Ashford v. East Coast
                                                Express Evictions, et al.

Fax No.:  (202) 974-1999

Number of Pages:  1

---

I must advise you that I am not available for a deposition on Friday.

As I have a very busy calendar, I suggest you not unilaterally set deposition dates.

Please respond to my prior letter suggesting that we alternate deposition dates.  One day for you to depose Defendant or "his" contractors, one day for me to depose your Plaintiffs.  I will need about an hour with each one.  That, I believe, is a fair proposal.

My next open dates are:  June 12th and 13th.  Are you available then?  Again, one day for Plaintiff and one day for Defendant.