**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>individually and on behalf )<br>of all others similarly situated, )<br>)<br>           *Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>           *Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL/JMF)<br><br>Hon. Richard J. Leon<br>Hon. John M. Facciola |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT AND ADVERSE INFERENCES ON DAMAGES AGAINST DEFENDANTS IRWIN STATEN AND BUTCH ENTERPRISES, INC.**

Upon consideration of Motion For Default and Adverse Inferences on Damages Against Defendants Irwin Staten and Butch Enterprises, Inc., it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. The undersigned recommends[1] that a sanction of DEFAULT be entered against Defendant Butch Enterprises, Inc.;

3. The undersigned recommends that a sanction of DEFAULT be entered against Defendant Irwin Staten; and

4. Plaintiffs are GRANTED all reasonable inferences against Defendants Irwin Staten and Butch Enterprises, Inc. regarding damages.

---

[1] Failure to file timely objections to the findings and recommendations set forth here may waive a party's right of appeal from an order of the District Court adopting such findings and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

5.  Defendants Irwin Staten and Butch Enterprises, Inc. are PRECLUDED from arguing that plaintiffs' damages calculation fails due to lack of evidence that Defendants Irwin Staten and Butch Enterprises, Inc. should have produced.

SO ORDERED.

Date: _____         _____
                              JOHN M. FACCIOLA
                              UNITED STATES MAGISTRATE JUDGE

## List of Persons to Be Notified (LCvR 7(k))

Matthew D. Slater
Lee F. Berger
Larry C. Work-Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: Mslater@cgsh.com
Email: Lberger@cgsh.com
Email: Ldembowski@cgsh.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email: dfox159937@aol.com

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

East Coast Express Evictions
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019