IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | |
| individually and on behalf ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| of all others similarly situated, ) | |
| ) | |
| *Plaintiffs*, ) | Hon. Richard J. Leon |
| v. ) | Hon. John M. Facciola |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' MOTION TO WITHDRAW MICHAEL R. HARTMAN AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.6(c), Plaintiffs' counsel requests that Michael R. Hartman be permitted to withdraw as counsel for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, and Donald Brooks (collectively "Plaintiffs"). Mr. Hartman left his employment with Cleary Gottlieb Steen & Hamilton LLP on January 4, 2007.

2

For the foregoing reason, Plaintiffs' counsel requests that Michael R. Hartman's appearance in this matter be withdrawn.

Dated: February 21, 2008            Respectfully submitted,

/s/ Larry C. Work-Dembowski
Larry C. Work-Dembowski (D.C. Bar # 486331)
Matthew D. Slater (D.C. Bar # 386986)
Lee F. Berger (D.C. Bar # 482435)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Facsimile: (202) 974-1999
*Attorneys for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green and Donald Brooks*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 21, 2008, a copy of the foregoing Plaintiffs' Motion to Withdraw Michael R. Hartman as Counsel for Plaintiffs and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

Platinum Realtor Services, Inc.
P.O.Box 631
Suitland, MD 20752

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019


Dated:  February 21, 2008                /s/ Emily C. Capehart
                                         Emily C. Capehart