IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Harry Jakeyia Ashford, et al., | ) | |
| | ) | |
| individually and on behalf | ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| of all others similarly situated, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Hon. Richard J. Leon |
| v. | ) | Hon. John M. Facciola |
| | ) | |
| East Coast Express Eviction, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## [PROPOSED] ORDER

It is, this _____ day of _____, 2008, hereby ORDERED that the appearance of Matthew J. Berman on behalf of Plaintiffs be withdrawn.

SO ORDERED.

_____
Richard J. Leon
United States District Judge

**List of Persons to Be Notified (LCvR 7(k))**

Matthew D. Slater
Lee F. Berger
Larry C. Dembowski
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Email: Mslater@cgsh.com
Email: Lberger@cgsh.com
Email: Ldembowski@cgsh.com

David E. Fox
1325 Eighteenth Street, NW
Suite 103
Washington, D.C. 20036
Email: dfox159937@aol.com

Nelson Terry
29 U Street, N.W.
Washington, D.C. 20001

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Vincent Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Caroline Lanford
1112 48th St. N.E.
Washington, D.C. 20019

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Gina Marie Smith
Myers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, #400
Riverdale, MD 20730
Email: gsmith@mrrlaw.net

East Coast Express Eviction
29 U Street, N.W.
Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E., Apt. 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019