# EXHIBIT A

Capital Reporting Company

Page 1

1    IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA
2    _____
     HARRY JAKEVIA ASHFORD, et al. :
3                                  :
                       Plaintiffs, :
4              v                   : CASE NO:
                                   : 1:06CV1581
5    EAST COAST EXPRESS EVICTION   :
     et al.                        :
6                                  :
                       Defendants  :
7    _____

8

9                              Washington, D.C.

10                        Wednesday, June 13, 2007

11   Deposition of:

12                 KIRK GREENE

13

14   called for oral examination by counsel for

15   Defendants, pursuant to Notice, at the Law Offices

16   of David E. Fox, 1325 18th Street, Northwest,

17   Suite 103, Washington, D.C., before Mary E. Warner

18   of Capital Reporting, sworn by a Notary Public in

19   and for the District of Columbia, beginning at

20   9:30 a.m.

21

22

Capital Reporting Company

Page 6

1  A  I've done eviction, home improvement,
2  worked with picket lines.
3  Q  Okay. Was the home improvement regular
4  work?
5  A  No, it was off and on.
6  Q  I'm sorry?
7  A  It was off and on.
8  Q  Would you go to a central place where
9  contractors pick up men for day work?
10 A  Yes, I did.
11 Q  Did you ever work for a contractor for a
12 couple months?
13 A  Yes, I did.
14 Q  Which contractor?
15 A  A fellow named Bob Wooden, he does home
16 improvement.       --
17 Q  Do you know what state --
18 A  He is in DC.
19 Q  Do you know if he has a company name?
20 A  No, he doesn't, just Bob Wooden.
21 Q  Mr. Greene, have you filed taxes in the
22 last four or five years?

Page 7

1  A  No, I haven't.
2  Q  Now you say you did eviction work, when
3  did you start doing eviction work, what year?
4  A  2004.
5  Q  Do you remember whether it was beginning
6  of the year, middle of the year, end of the year?
7  A  End of the year.
8  Q  And when is the last time you did
9  eviction work?
10 A  A month and a half ago.
11 Q  You're still doing it now?
12 A  Yes.
13 Q  Back in 2004, can you tell us, sir, how
14 many days a week would you average for doing
15 eviction?
16 A  Maybe three.
17 Q  And would they be full days or part days?
18 A  Part days.
19 Q  Is it fair to say three half days a week?
20 A  Yes.
21 Q  I'm not off target, now, that three half
22 days is fair?

Page 8

1  A  Right.
2  Q  What eviction companies did you work for
3  back in 2004?
4  A  Worked for Linmar, Incorporated out of
5  Maryland. I did a few for, I found out now it's
6  Butch Enterprise. I worked with Otto, one of his
7  drivers.
8  Q  Who else?
9  A  That's about it.
10 Q  You worked for two in 2004?
11 A  Right.
12 Q  Linmar, do you know how to spell Linmar?
13 A  L-i-n-m-a-r.
14 Q  And that was in Maryland?
15 A  Yes.
16 Q  Do they pick up men in DC to do Maryland
17 work?
18 A  Yes, they did.
19 Q  When did they pick you up?
20 A  At Sums.
21 Q  You say you worked for Butch Enterprises
22 back in '04?

Page 9

1  A  Right.
2  Q  And a man named Otto?
3  A  Right.
4  Q  You said you just learned Butch
5  Enterprise was one of the companies?
6  A  Yes.
7  Q  Who did you learn that from?
8  A  One of the co-workers I work with.
9  Q  You can't remember his name offhand?
10 A  No.
11 Q  Do you know his street name?
12 A  I met so many fellows, you know.
13 Q  And is he the one that told you the year
14 you worked out there?
15 A  He told me the year? The year was 2004,
16 and five, yeah.
17 Q  Did you work for particular eviction
18 companies in 2005?
19 A  Yes, I did.
20 Q  Which ones?
21 A  Quite a few. Terry, I don't know the
22 name of his company, I worked with Butch, I worked

3 (Pages 6 to 9)