# EXHIBIT B

Capital Reporting Company

Page 1

```
1          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2    _____
     HARRY JAKEVIA ASHFORD, et al. :
3                                   :
                         Plaintiffs,:
4               v                   : CASE NO:
                                    : 1:06CV1581
5    EAST COAST EXPRESS EVICTION    :
     et al.                         :
6                                   :
                         Defendants :
7    _____

8

9                                   Washington, D.C.

10                             Wednesday, June 13, 2007

11   Deposition of:

12                   ANTHONY FORTE

13

14   called for oral examination by counsel for

15   Defendants, pursuant to Notice, at the Law Offices

16   of David E. Fox, 1325 18th Street, Northwest,

17   Suite 103, Washington, D.C., before Mary E. Warner

18   of Capital Reporting, sworn by a Notary Public in

19   and for the District of Columbia, beginning at

20   10:00 a.m.

21

22
```

Capital Reporting Company

| Page 18 |
|---|
| 1    Q  Butch have glasses? |
| 2    A  I couldn't tell from the distance. |
| 3    Q  Butch have a beard? |
| 4    A  From a distance, I couldn't see a beard, |
| 5  no. |
| 6    Q  Do you know the names of Butch's drivers? |
| 7    A  A few of them. |
| 8    Q  Tell us. |
| 9    A  One we call Fats, Otto. |
| 10   Q  Was there a third one? |
| 11   A  There used to be -- I forgot.  We call |
| 12  him 40. |
| 13   Q  Like four zero? |
| 14   A  Yeah, we call him 40.  And his sister |
| 15  drove once, I believe. |
| 16   Q  Butch's sister or 40? |
| 17   A  40's sister. |
| 18   Q  What kind of vehicle did Butch's people |
| 19  drive? |
| 20   A  A red van, green van and a white van. |
| 21   Q  Did the vans have any names on the side? |
| 22   A  No. |

| Page 19 |
|---|
| 1    Q  Did any of the vans for any of the |
| 2  eviction companies have names on the side? |
| 3    A  Not that I see. |
| 4    Q  Did Butch pay the same as the other |
| 5  companies, $5 a job? |
| 6    A  $5 a job. |
| 7    Q  He paid basically the same? |
| 8    A  (Nods head). |
| 9    Q  That was '05.  How about '06? |
| 10   A  Butch, Terry and other companies who I |
| 11  don't know the name. |
| 12   Q  So it sounded like you were no longer |
| 13  working for East Coast in '05? |
| 14   A  I worked for East Coast. |
| 15   Q  I should add East Coast. |
| 16   A  Terry is East Coast, yeah. |
| 17   Q  Terry is East Coast? |
| 18   A  Yeah. |
| 19   Q  I didn't realize that.  Did you average |
| 20  the same number of days in '06? |
| 21   A  Well, I was considered a regular by Butch |
| 22  in '06. |

| Page 20 |
|---|
| 1    Q  So would it be the same, about one day a |
| 2  week with Butch or maybe a little less? |
| 3    A  No, about four days, three to four days a |
| 4  week. |
| 5    Q  With Butch or with all of them? |
| 6    A  With Butch, I was a regular.  Every day I |
| 7  worked I would be with Butch's company. |
| 8    Q  Butch four days a week in '06? |
| 9    A  Average four. |
| 10   Q  Was 40 and 40's sister driving for Butch |
| 11  In '06? |
| 12   A  Not that I can recall. |
| 13   Q  Was Otto driving for Butch in '06? |
| 14   A  Yes. |
| 15   Q  And was Fats driving for Butch? |
| 16   A  Yes. |
| 17   Q  But you can't recall the others? |
| 18   A  No. |
| 19   Q  Same three vehicles? |
| 20   A  Yeah. |
| 21   Q  Now, when you would work for Butch, would |
| 22  you sign a receipt when you got paid? |

| Page 21 |
|---|
| 1    A  No. |
| 2    Q  Would you sign anything for Butch? |
| 3    A  We would write our name down, that was |
| 4  it.  Sometimes Social Security number, but mostly |
| 5  name. |
| 6    Q  What kind of paper would you put your |
| 7  name and Social Security number on for Butch? |
| 8    A  Just a piece of paper. |
| 9    Q  Would the paper have anything written on |
| 10  it? |
| 11   A  It -- |
| 12   Q  I understand it was a plain piece of |
| 13  paper? |
| 14   A  Yes. |
| 15   Q  Butch ever have you sign a paper or ask |
| 16  you to sign a paper, I'm talking about Butch's |
| 17  company, saying you were an independent |
| 18  contractor? |
| 19   A  No. |
| 20   Q  Ever asked you to sign a paper that you |
| 21  were a subcontractor? |
| 22   A  No. |

6 (Pages 18 to 21)