# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>East Coast Express Eviction, et al., )<br>)<br>*Defendants*. )<br>) | Civil Action No. 06-cv-1561 (RJL/JFM)<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Nicole Rothe as counsel in the above captioned case for Plaintiffs Kirk Douglas Greene, Anthony Forte, Hassan Gerald Shakur, Sandy Theodore Green, and Donald Brooks, individually and on behalf of all others similarly situated.

June 2, 2008
DC Bar # 503009

/s/ Nicole Rothe
Nicole Rothe
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1647
Facsimile:  (202) 974-1999
Nrothe@cgsh.com
*Attorney for Plaintiffs Donald Brooks, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On June 3, 2008, a copy of the foregoing Appearance of Nicole Rothe was served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Platinum Realtor Services, Inc.
>6705 McKeldin Drive
>Suitland, MD 20746

Platinum Realtor Services, Inc.
P.O. Box 631
Suitland, MD 20752

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated: June 3, 2008                           /s/ Emily C. Capehart
                                              Emily C. Capehart