**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561(RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' MOTION TO WITHDRAW LARRY C. WORK-DEMBOWSKI AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.6(c), Plaintiffs' counsel requests that Larry C. Work-Dembowski be permitted to withdraw as counsel for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green, and Donald Brooks (collectively "Plaintiffs"). Mr. Work-Dembowski has transferred to the offices of Cleary Gottlieb Steen & Hamilton LLP in Frankfurt, Germany, on June 2, 2008.

For the foregoing reason, Plaintiffs' counsel requests that Larry C. Work-Dembowski's appearance in this matter be withdrawn.

Dated: June 6, 2008

        Respectfully submitted,

        /s/ Matthew D. Slater
        Matthew D. Slater (D.C. Bar # 386986)
        Lee F. Berger (D.C. Bar # 482435)
        Cleary Gottlieb Steen & Hamilton LLP
        2000 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006-1801
        Telephone: (202) 974-1500
        Facsimile: (202) 974-1999
        *Attorneys for Plaintiffs Kirk Greene, Anthony Forte, Hassan Shakur, Sandy Green and Donald Brooks*

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On June 6, 2008, a copy of the foregoing Plaintiffs' Motion to Withdraw Larry C. Work-Dembowski as Counsel for Plaintiffs and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>dfox159937@aol.com
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>Gina M. Smith
>Meyers, Rodbell & Rosenbaum, P.A.
>6801 Kenilworth Avenue, #400
>Riverdale Park, MD 20730
>gsmith@mrrlaw.net
>Attorney for A 1 Eviction Services and Tanya Smith

and were served by U.S. mail, first-class postage prepaid, on the following parties:

>David E. Fox
>1325 Eighteenth Street, N.W.
>Suite 103
>Washington, D.C. 20036
>Attorney for Butch Enterprises, Inc. and I. Staten
>
>East Coast Express Eviction
>29 U Street, N.W.
>Washington, D.C. 20001
>
>Nelson Terry
>29 U Street, N.W.
>Washington, D.C. 20001

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Platinum Realtor Services, Inc.
P.O.Box 631
Suitland, MD 20752

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55 th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019

Dated: June 6, 2008                     /s/ Emily C. Capehart
                                        Emily C. Capehart