IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harry Jakeyia Ashford, et al., ) | |
| ) | Civil Action No. 06-cv-1561 (RJL/JMF) |
| individually and on behalf ) | |
| of all others similarly situated, ) | Hon. Richard J. Leon |
| ) | Hon. John M. Facciola |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| East Coast Express Eviction, et al., ) | |
| ) | |
| *Defendants*. ) | |

MOTION FOR STATUS CONFERENCE BEFORE MAGISTRATE

Plaintiffs respectfully request that the Court schedule a status conference before Magistrate Judge Facciola, as soon as practicable, to address the status of discovery and outstanding motions and to establish a schedule for further proceedings in this matter. In support of this request, plaintiffs state as follows.

Discovery was initially scheduled to close in this case on July 18, 2007, almost a year ago. Minute Order (Apr. 5, 2007). The discovery period was extended, in part due to plaintiffs' allegations that the two remaining litigating defendants, Butch Enterprises, Inc., and its owner, Irwin Staten ("Butch Defendants"), were not cooperating with discovery, and Judge Leon referred the case to Magistrate Judge Facciola for discovery management purposes on July 31, 2007. Minute Order (Jul. 31, 2007).

On October 15, 2007, this Court agreed with plaintiffs that the "Butch Defendants have wholly abandoned their discovery responsibilities." *Ashford v. East Coast Express Eviction*, 245 F.R.D. 36, 38 (D.D.C. 2007). The Court granted plaintiffs' motions to compel, ordered compliance with all outstanding discovery requests, and further ordered defendants to

show cause why sanctions were not appropriate. *Id.* On December 14, 2007, the Court ordered the Butch Defendants to pay $28,516.58 for plaintiffs' reasonable expenses in bringing the motion to compel, as well as monetary sanctions against other defendants. *See* Orders dated Dec. 14, 2007 (Dkts. 146-49) ("December 14 Orders"). The December 14 Orders once again ordered defendants, including the Butch Defendants, to comply with outstanding discovery requests and further ordered the Butch Defendants to certify their compliance directly to the Court.

The Butch Defendants have never fully complied with these orders. *See* Mot. to Strike Resp. to Disc. (Dec. 20, 2007) (Dkt. 145) ("Motion to Strike"); Mot. for Default and Adverse Inferences on Damages Against Defs. Irwin Staten and Butch Enterprises, Inc. (Jan. 29, 2008) (Dkt. 161) ("Butch Default Motion").

With the Court's assistance, plaintiffs conducted several depositions in November and December, including a deposition of Mr. Staten on December 26. In Mr. Staten's December 26 deposition, he revealed that the Butch Defendants have systematically destroyed some of the most relevant evidentiary documents to this case, including payroll records and work requests for every eviction performed by the Butch Defendants since 1999 identifying eviction locations, durations, names of workers, and how much those workers were paid. Dep. of Irwin Staten, 45:3-16, 97:20-98:3, 99:6-10, 111:13-112:5 (Dec. 28, 2007). Mr. Staten revealed that the Butch Defendants have destroyed these records <u>during this litigation</u> and his testimony suggests that they are likely <u>still destroying</u> these documents on a regular basis. *Id.*

Based on the Butch Defendants' destruction of evidence, on January 29, 2008, plaintiffs filed the Butch Default Motion and other motions for sanctions in the form of adverse inferences against other defaulting defendants for their failure to abide by the Court's December 14 Orders. Mots. dated Jan. 29, 2008 (Dkt. Nos. 158-60) ("Adverse Inferences Motions").

2

The Butch Default Motion, the Motion to Strike, and the Adverse Inferences Motions have been briefed and remain pending.

On February 29, 2008, Judge Leon referred the case to this Court for mediation for sixty days. Minute Order (Feb. 29, 2008). The mediation period expired on April 29, 2008, without a resolution of the dispute between plaintiffs and the Butch Defendants. It is plaintiffs' position that a further delay of proceedings for mediation purposes is unlikely to be fruitful.

The need for a status conference and schedule for moving this case forward is urgent in light of the ongoing harm plaintiffs and class members continue to suffer at defendants' hands. Indeed, the recently reported sixfold spike in incidents of property foreclosure in the D.C. metro area is likely to bring with it a correspondingly steep increase in the number of evictions required to be performed and harm suffered by plaintiffs and class members while the antitrust and wage problems at issue in this case continue unabated. *See* Philip Rucker, *D.C. Region's Foreclosure Rate Soars: Sixfold Increase Surpasses Most Hot Spots in Country*, Wash. Post, Jun. 19, 2008, at A1.

There is no reason for this case to languish. Liability has already been determined in favor of plaintiffs on each of their claims against all non-settling defendants except the Butch Defendants. Even the Butch Defendants have admitted the elements of all of plaintiffs' claims and allegations. *See, e.g.*, *Ashford*, 245 F.R.D. at 38 (deeming admitted by Butch Defendants all of Plaintiffs' First Set of Requests for Admission). A status conference is necessary to address the outstanding discovery motions and to allow this case to proceed with all due speed to final resolution.

For these reasons, plaintiffs respectfully request that the Court schedule a status conference for this matter at the earliest convenient time.

Dated:  July 11, 2008

Respectfully Submitted,

/s/ Lee F. Berger
Lee F. Berger (D.C. Bar # 482435)
Matthew D. Slater (D.C. Bar # 386986)
Aaron M. Page (D.C. Bar # 974936)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500
Facsimile:   (202) 974-1999
*Attorneys for Plaintiffs Donald Brooks, Sandy Theodore Green, Hassan Gerald Shakur, Kirk Douglas Greene, and Anthony Forte*

**CERTIFICATION Pursuant to LCvR 7(m)**

I, Lee F. Berger, attorney for plaintiffs, hereby certify that plaintiffs' counsel has in good faith attempted to meet and confer with David Fox, counsel for Butch Enterprises, Inc. and Irwin Staten ("Butch Defendants"), regarding those defendants' opposition or lack of opposition to the above motion. Specifically, I sent Mr. Fox a letter by facsimile and hand delivery on July 8, 2008, describing the motion, requesting to meet and confer regarding the motion, and concluding: "If I do not hear from you, I will assume that you are declining the invitation to meet and confer and will proceed with filing the motion." I never received a response from Mr. Fox, and on that basis plaintiffs assume that the Butch Defendants oppose this motion.

I also certify that I met and conferred with Joseph Chazen, counsel for defendants A-1 Eviction Services, Inc. and Tanya Smith. Mr. Chazen consented to the status conference requested in this motion and to this motion.

/s/ Lee F. Berger
Lee F. Berger

Dated: July 11, 2008

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On July 11, 2008, a copy of the foregoing Motion for Status Conference Before Magistrate and accompanying documents were served by electronic transmission through the Court's CM/ECF System on the following parties:

> Gina M. Smith
> Meyers, Rodbell & Rosenbaum, P.A.
> 6801 Kenilworth Avenue, #400
> Riverdale Park, MD 20730
> gsmith@mrrlaw.net
> Attorney for A 1 Eviction Services and Tanya Smith
>
> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> dfox159937@aol.com
> Attorney for Butch Enterprises, Inc. and I. Staten

and were served by U.S. mail, first-class postage prepaid, on the following parties:

> David E. Fox
> 1325 Eighteenth Street, N.W.
> Suite 103
> Washington, D.C. 20036
> Attorney for Butch Enterprises, Inc. and I. Staten
>
> East Coast Express Eviction
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Nelson Terry
> 29 U Street, N.W.
> Washington, D.C. 20001
>
> Platinum Realtor Services, Inc.
> P.O. Box 631
> Suitland, MD 20752

Platinum Realtor Services, Inc.
6705 McKeldin Drive
Suitland, MD 20746

Choya Lord Rodriguez
6705 McKeldin Drive
Suitland, MD 20746

Crawford & Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Vincent Crawford
200 55th Street, N.E.
Apt. # 24
Washington, D.C. 20019

Harry J. Ashford
c/o *Street Sense*
1317 G Street, N.W.
Washington, D.C. 20005

Caroline Lanford
1112 48th Street, N.E.
Washington, D.C. 20019

All American Eviction Company
1112 48th Street, N.E.
Washington, D.C. 20019


Dated: July 11, 2008                     /s/ Emily C. Capehart
                                         Emily C. Capehart