# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**HARRY JAKEYIA ASHFORD,** *et al.*

    **Plaintiffs,**

    v.

**EAST COAST EXPRESS EVICTION,** *et al.*

    **Defendants.**

Civil Action 06-1561 (RJL/JMF)

## ORDER

Now before the Court is plaintiffs' <u>Motion for a Status Conference Before the Magistrate</u> [#170]. I have resolved all pending discovery motions in this case, and discovery is now closed. There are no remaining issues to be resolved before me. Therefore it is

**ORDERED** that the plaintiffs' Motion is **DENIED**.

**SO ORDERED**.


Dated: October 8, 2008

                                          /s/
                                      JOHN M. FACCIOLA
                                      U.S. MAGISTRATE JUDGE